AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| KELSEY CASCADIA ROSE JULIANA; XIUHTEZCATL TONATIUH M., through his Guardian Tamara Roske-Martinez; et al. | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) Civil Action No. |
| the UNITED STATES OF AMERICA; BARACK OBAMA, in his official capacity as President of the United States; et al. | ) ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Secretary Anthony Foxx
U.S. Department of Transportation
1200 New Jersey Avenue SE
Washington, DC 20590

See attached sheet for additional parties

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Julia Olson, Wild Earth Advocates
1216 Lincoln Street, Eugene, OR 97401
Daniel M. Galpern, Law Offices of Daniel M. Galpern
1641 Oak Street, Eugene, OR 97401
Philip L. Gregory; Cotchett, Pitre & McCarthy, LLP
San Francisco Airport Office Center, 840 Malcolm Road, Burlingame, CA 94010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                              *Server's signature*

                                         _____
                                              *Printed name and title*

                                         _____
                                              *Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
for the
District of Oregon

Additional Parties:

ALEXANDER LOZNAK; JACOB LEBEL; ZEALAND B., through his Guardian
Kimberly Pash-Bell; AVERY M., through her Guardian Holly McRae; SAHARA V.,
through her Guardian Toña Aguilar; KIRAN ISAAC OOMMEN; TIA MARIE
HATTON; ISAAC V., through his Guardian Pamela Vergun; MIKO V., through her
Guardian Pamela Vergun; HAZEL V., through her Guardian Margo Van Ummersen;
SOPHIE K., through her Guardian Dr. James Hansen; JAIME B., through her Guardian
Jamescita Peshlakai; JOURNEY Z., through his Guardian Erika Schneider; VICTORIA
B., through her Guardian Daisy Calderon; NATHANIEL B., through his Guardian
Sharon Baring; AJI P., through his Guardian Helaina Piper; LEVI D., through his
Guardian Leigh-Ann Draheim; JAYDEN F., through her Guardian Cherri Foytlin;
NICHOLAS V., through his Guardian Marie Venner; EARTH GUARDIANS, a
nonprofit organization; and FUTURE GENERATIONS, through their Guardian Dr.
James Hansen;

Plaintiffs,

vs.

the OFFICE OF THE PRESIDENT OF THE UNITED STATES; CHRISTY
GOLDFUSS, in her official capacity as Director of Council on Environmental Quality;
SHAUN DONOVAN, in his official capacity as Director of the Office of Management
and Budget; DR. JOHN HOLDREN, in his official capacity as Director of the Office of
Science and Technology Policy; the UNITED STATES DEPARTMENT OF ENERGY;
DR. ERNEST MONIZ, in his official capacity as Secretary of Energy; the UNITED
STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her official
capacity as Secretary of Interior; the UNITED STATES DEPARTMENT OF
TRANSPORTATION; ANTHONY FOXX, in his official capacity as Secretary of
Transportation; the UNITED STATES DEPARTMENT OF AGRICULTURE;
THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; the UNITED
STATES DEPARTMENT OF COMMERCE; PENNY PRITZKER, in her official
capacity as Secretary of Commerce; the UNITED STATES DEPARTMENT OF
DEFENSE; ASHTON CARTER, in his official capacity as Secretary of Defense; the
UNITED STATES DEPARTMENT OF STATE; JOHN KERRY, in his official capacity
as Secretary of State; the UNITED STATES ENVIRONMENTAL PROTECTION
AGENCY; GINA MCCARTHY, in her official capacity as Administrator of EPA;

Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

| District of Oregon |

| KELSEY CASCADIA ROSE JULIANA;<br>XIUHTEZCATL TONATIUH M., through his Guardian<br>Tamara Roske-Martinez; et al. | ) ) ) ) |
|---|---|
| *Plaintiff(s)* | ) ) |
| v. | ) ) ) |
| the UNITED STATES OF AMERICA; BARACK<br>OBAMA, in his official capacity as President of the<br>United States; et al. | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Secretary Ashton Carter
U.S. Department of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

See attached sheet for additional parties

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Julia Olson, Wild Earth Advocates
1216 Lincoln Street, Eugene, OR 97401
Daniel M. Galpern, Law Offices of Daniel M. Galpern
1641 Oak Street, Eugene, OR 97401
Philip L. Gregory; Cotchett, Pitre & McCarthy, LLP
San Francisco Airport Office Center, 840 Malcolm Road, Burlingame, CA 94010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                        *Server's signature*

                                               _____
                                                        *Printed name and title*

                                               _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
for the
District of Oregon

Additional Parties:

ALEXANDER LOZNAK; JACOB LEBEL; ZEALAND B., through his Guardian
Kimberly Pash-Bell; AVERY M., through her Guardian Holly McRae; SAHARA V.,
through her Guardian Toña Aguilar; KIRAN ISAAC OOMMEN; TIA MARIE
HATTON; ISAAC V., through his Guardian Pamela Vergun; MIKO V., through her
Guardian Pamela Vergun; HAZEL V., through her Guardian Margo Van Ummersen;
SOPHIE K., through her Guardian Dr. James Hansen; JAIME B., through her Guardian
Jamescita Peshlakai; JOURNEY Z., through his Guardian Erika Schneider; VICTORIA
B., through her Guardian Daisy Calderon; NATHANIEL B., through his Guardian
Sharon Baring; AJI P., through his Guardian Helaina Piper; LEVI D., through his
Guardian Leigh-Ann Draheim; JAYDEN F., through her Guardian Cherri Foytlin;
NICHOLAS V., through his Guardian Marie Venner; EARTH GUARDIANS, a
nonprofit organization; and FUTURE GENERATIONS, through their Guardian Dr.
James Hansen;

Plaintiffs,

vs.

the OFFICE OF THE PRESIDENT OF THE UNITED STATES; CHRISTY
GOLDFUSS, in her official capacity as Director of Council on Environmental Quality;
SHAUN DONOVAN, in his official capacity as Director of the Office of Management
and Budget; DR. JOHN HOLDREN, in his official capacity as Director of the Office of
Science and Technology Policy; the UNITED STATES DEPARTMENT OF ENERGY;
DR. ERNEST MONIZ, in his official capacity as Secretary of Energy; the UNITED
STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her official
capacity as Secretary of Interior; the UNITED STATES DEPARTMENT OF
TRANSPORTATION; ANTHONY FOXX, in his official capacity as Secretary of
Transportation; the UNITED STATES DEPARTMENT OF AGRICULTURE;
THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; the UNITED
STATES DEPARTMENT OF COMMERCE; PENNY PRITZKER, in her official
capacity as Secretary of Commerce; the UNITED STATES DEPARTMENT OF
DEFENSE; ASHTON CARTER, in his official capacity as Secretary of Defense; the
UNITED STATES DEPARTMENT OF STATE; JOHN KERRY, in his official capacity
as Secretary of State; the UNITED STATES ENVIRONMENTAL PROTECTION
AGENCY; GINA MCCARTHY, in her official capacity as Administrator of EPA;

Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| KELSEY CASCADIA ROSE JULIANA;<br>XIUHTEZCATL TONATIUH M., through his Guardian<br>Tamara Roske-Martinez; et al.<br><br>_____<br>*Plaintiff(s)*<br>v.<br>the UNITED STATES OF AMERICA; BARACK<br>OBAMA, in his official capacity as President of the<br>United States; et al.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   President Barack Obama
The White House
1600 Pennsylvania Avenue N.W.
Washingonton, DC 20500

See attached sheet for additional parties

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Julia Olson, Wild Earth Advocates
1216 Lincoln Street, Eugene, OR 97401
Daniel M. Galpern, Law Offices of Daniel M. Galpern
1641 Oak Street, Eugene, OR 97401
Philip L. Gregory; Cotchett, Pitre & McCarthy, LLP
San Francisco Airport Office Center, 840 Malcolm Road, Burlingame, CA 94010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                     *Server's signature*

                                            _____
                                                     *Printed name and title*


                                            _____
                                                     *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
District of Oregon

Additional Parties:

ALEXANDER LOZNAK; JACOB LEBEL; ZEALAND B., through his Guardian
Kimberly Pash-Bell; AVERY M., through her Guardian Holly McRae; SAHARA V.,
through her Guardian Toña Aguilar; KIRAN ISAAC OOMMEN; TIA MARIE
HATTON; ISAAC V., through his Guardian Pamela Vergun; MIKO V., through her
Guardian Pamela Vergun; HAZEL V., through her Guardian Margo Van Ummersen;
SOPHIE K., through her Guardian Dr. James Hansen; JAIME B., through her Guardian
Jamescita Peshlakai; JOURNEY Z., through his Guardian Erika Schneider; VICTORIA
B., through her Guardian Daisy Calderon; NATHANIEL B., through his Guardian
Sharon Baring; AJI P., through his Guardian Helaina Piper; LEVI D., through his
Guardian Leigh-Ann Draheim; JAYDEN F., through her Guardian Cherri Foytlin;
NICHOLAS V., through his Guardian Marie Venner; EARTH GUARDIANS, a
nonprofit organization; and FUTURE GENERATIONS, through their Guardian Dr.
James Hansen;

Plaintiffs,

vs.

the OFFICE OF THE PRESIDENT OF THE UNITED STATES; CHRISTY
GOLDFUSS, in her official capacity as Director of Council on Environmental Quality;
SHAUN DONOVAN, in his official capacity as Director of the Office of Management
and Budget; DR. JOHN HOLDREN, in his official capacity as Director of the Office of
Science and Technology Policy; the UNITED STATES DEPARTMENT OF ENERGY;
DR. ERNEST MONIZ, in his official capacity as Secretary of Energy; the UNITED
STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her official
capacity as Secretary of Interior; the UNITED STATES DEPARTMENT OF
TRANSPORTATION; ANTHONY FOXX, in his official capacity as Secretary of
Transportation; the UNITED STATES DEPARTMENT OF AGRICULTURE;
THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; the UNITED
STATES DEPARTMENT OF COMMERCE; PENNY PRITZKER, in her official
capacity as Secretary of Commerce; the UNITED STATES DEPARTMENT OF
DEFENSE; ASHTON CARTER, in his official capacity as Secretary of Defense; the
UNITED STATES DEPARTMENT OF STATE; JOHN KERRY, in his official capacity
as Secretary of State; the UNITED STATES ENVIRONMENTAL PROTECTION
AGENCY; GINA MCCARTHY, in her official capacity as Administrator of EPA;

Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| KELSEY CASCADIA ROSE JULIANA;<br>XIUHTEZCATL TONATIUH M., through his Guardian<br>Tamara Roske-Martinez; et al.<br><br>_____<br>*Plaintiff(s)*<br>v.<br>the UNITED STATES OF AMERICA; BARACK<br>OBAMA, in his official capacity as President of the<br>United States; et al.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Director Christy Goldfuss
Council on Environmental Quality
722 Jackson Place, N.W.
Washington, DC 20503


See attached sheet for additional parties

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Julia Olson, Wild Earth Advocates
1216 Lincoln Street, Eugene, OR 97401
Daniel M. Galpern, Law Offices of Daniel M. Galpern
1641 Oak Street, Eugene, OR 97401
Philip L. Gregory; Cotchett, Pitre & McCarthy, LLP
San Francisco Airport Office Center, 840 Malcolm Road, Burlingame, CA 94010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____          _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____            _____
                                                           *Server's signature*

                                                  _____
                                                           *Printed name and title*


                                                  _____
                                                           *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
District of Oregon

Additional Parties:

ALEXANDER LOZNAK; JACOB LEBEL; ZEALAND B., through his Guardian
Kimberly Pash-Bell; AVERY M., through her Guardian Holly McRae; SAHARA V.,
through her Guardian Toña Aguilar; KIRAN ISAAC OOMMEN; TIA MARIE
HATTON; ISAAC V., through his Guardian Pamela Vergun; MIKO V., through her
Guardian Pamela Vergun; HAZEL V., through her Guardian Margo Van Ummersen;
SOPHIE K., through her Guardian Dr. James Hansen; JAIME B., through her Guardian
Jamescita Peshlakai; JOURNEY Z., through his Guardian Erika Schneider; VICTORIA
B., through her Guardian Daisy Calderon; NATHANIEL B., through his Guardian
Sharon Baring; AJI P., through his Guardian Helaina Piper; LEVI D., through his
Guardian Leigh-Ann Draheim; JAYDEN F., through her Guardian Cherri Foytlin;
NICHOLAS V., through his Guardian Marie Venner; EARTH GUARDIANS, a
nonprofit organization; and FUTURE GENERATIONS, through their Guardian Dr.
James Hansen;

Plaintiffs,

vs.

the OFFICE OF THE PRESIDENT OF THE UNITED STATES; CHRISTY
GOLDFUSS, in her official capacity as Director of Council on Environmental Quality;
SHAUN DONOVAN, in his official capacity as Director of the Office of Management
and Budget; DR. JOHN HOLDREN, in his official capacity as Director of the Office of
Science and Technology Policy; the UNITED STATES DEPARTMENT OF ENERGY;
DR. ERNEST MONIZ, in his official capacity as Secretary of Energy; the UNITED
STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her official
capacity as Secretary of Interior; the UNITED STATES DEPARTMENT OF
TRANSPORTATION; ANTHONY FOXX, in his official capacity as Secretary of
Transportation; the UNITED STATES DEPARTMENT OF AGRICULTURE;
THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; the UNITED
STATES DEPARTMENT OF COMMERCE; PENNY PRITZKER, in her official
capacity as Secretary of Commerce; the UNITED STATES DEPARTMENT OF
DEFENSE; ASHTON CARTER, in his official capacity as Secretary of Defense; the
UNITED STATES DEPARTMENT OF STATE; JOHN KERRY, in his official capacity
as Secretary of State; the UNITED STATES ENVIRONMENTAL PROTECTION
AGENCY; GINA MCCARTHY, in her official capacity as Administrator of EPA;

Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

| District of Oregon |

| | |
|---|---|
| KELSEY CASCADIA ROSE JULIANA;<br>XIUHTEZCATL TONATIUH M., through his Guardian<br>Tamara Roske-Martinez; et al.<br><br>———————————————————<br>*Plaintiff(s)*<br><br>v.<br><br>the UNITED STATES OF AMERICA; BARACK<br>OBAMA, in his official capacity as President of the<br>United States; et al.<br><br>———————————————————<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Department of Commerce
1401 Constitution Ave. N.W.
Washington, DC 20230

See attached sheet for additional parties

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Julia Olson, Wild Earth Advocates
1216 Lincoln Street, Eugene, OR 97401
Daniel M. Galpern, Law Offices of Daniel M. Galpern
1641 Oak Street, Eugene, OR 97401
Philip L. Gregory; Cotchett, Pitre & McCarthy, LLP
San Francisco Airport Office Center, 840 Malcolm Road, Burlingame, CA 94010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                      _____
                                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____        _____

*Server's signature*

_____

*Printed name and title*

_____

*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
District of Oregon

Additional Parties:

ALEXANDER LOZNAK; JACOB LEBEL; ZEALAND B., through his Guardian
Kimberly Pash-Bell; AVERY M., through her Guardian Holly McRae; SAHARA V.,
through her Guardian Toña Aguilar; KIRAN ISAAC OOMMEN; TIA MARIE
HATTON; ISAAC V., through his Guardian Pamela Vergun; MIKO V., through her
Guardian Pamela Vergun; HAZEL V., through her Guardian Margo Van Ummersen;
SOPHIE K., through her Guardian Dr. James Hansen; JAIME B., through her Guardian
Jamescita Peshlakai; JOURNEY Z., through his Guardian Erika Schneider; VICTORIA
B., through her Guardian Daisy Calderon; NATHANIEL B., through his Guardian
Sharon Baring; AJI P., through his Guardian Helaina Piper; LEVI D., through his
Guardian Leigh-Ann Draheim; JAYDEN F., through her Guardian Cherri Foytlin;
NICHOLAS V., through his Guardian Marie Venner; EARTH GUARDIANS, a
nonprofit organization; and FUTURE GENERATIONS, through their Guardian Dr.
James Hansen;

Plaintiffs,

vs.

the OFFICE OF THE PRESIDENT OF THE UNITED STATES; CHRISTY
GOLDFUSS, in her official capacity as Director of Council on Environmental Quality;
SHAUN DONOVAN, in his official capacity as Director of the Office of Management
and Budget; DR. JOHN HOLDREN, in his official capacity as Director of the Office of
Science and Technology Policy; the UNITED STATES DEPARTMENT OF ENERGY;
DR. ERNEST MONIZ, in his official capacity as Secretary of Energy; the UNITED
STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her official
capacity as Secretary of Interior; the UNITED STATES DEPARTMENT OF
TRANSPORTATION; ANTHONY FOXX, in his official capacity as Secretary of
Transportation; the UNITED STATES DEPARTMENT OF AGRICULTURE;
THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; the UNITED
STATES DEPARTMENT OF COMMERCE; PENNY PRITZKER, in her official
capacity as Secretary of Commerce; the UNITED STATES DEPARTMENT OF
DEFENSE; ASHTON CARTER, in his official capacity as Secretary of Defense; the
UNITED STATES DEPARTMENT OF STATE; JOHN KERRY, in his official capacity
as Secretary of State; the UNITED STATES ENVIRONMENTAL PROTECTION
AGENCY; GINA MCCARTHY, in her official capacity as Administrator of EPA;

Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| KELSEY CASCADIA ROSE JULIANA;<br>XIUHTEZCATL TONATIUH M., through his Guardian<br>Tamara Roske-Martinez; et al.<br><br>*Plaintiff(s)*<br>v.<br>the UNITED STATES OF AMERICA; BARACK<br>OBAMA, in his official capacity as President of the<br>United States; et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>      Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Department of Defense
1400 Defense Pentagon
Washington, DC 20301-1000

See attached sheet for additional parties

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Julia Olson, Wild Earth Advocates
       1216 Lincoln Street, Eugene, OR 97401
     Daniel M. Galpern, Law Offices of Daniel M. Galpern
       1641 Oak Street, Eugene, OR 97401
     Philip L. Gregory; Cotchett, Pitre & McCarthy, LLP
       San Francisco Airport Office Center, 840 Malcolm Road, Burlingame, CA 94010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
District of Oregon

Additional Parties:

ALEXANDER LOZNAK; JACOB LEBEL; ZEALAND B., through his Guardian
Kimberly Pash-Bell; AVERY M., through her Guardian Holly McRae; SAHARA V.,
through her Guardian Toña Aguilar; KIRAN ISAAC OOMMEN; TIA MARIE
HATTON; ISAAC V., through his Guardian Pamela Vergun; MIKO V., through her
Guardian Pamela Vergun; HAZEL V., through her Guardian Margo Van Ummersen;
SOPHIE K., through her Guardian Dr. James Hansen; JAIME B., through her Guardian
Jamescita Peshlakai; JOURNEY Z., through his Guardian Erika Schneider; VICTORIA
B., through her Guardian Daisy Calderon; NATHANIEL B., through his Guardian
Sharon Baring; AJI P., through his Guardian Helaina Piper; LEVI D., through his
Guardian Leigh-Ann Draheim; JAYDEN F., through her Guardian Cherri Foytlin;
NICHOLAS V., through his Guardian Marie Venner; EARTH GUARDIANS, a
nonprofit organization; and FUTURE GENERATIONS, through their Guardian Dr.
James Hansen;

Plaintiffs,

    vs.

the OFFICE OF THE PRESIDENT OF THE UNITED STATES; CHRISTY
GOLDFUSS, in her official capacity as Director of Council on Environmental Quality;
SHAUN DONOVAN, in his official capacity as Director of the Office of Management
and Budget; DR. JOHN HOLDREN, in his official capacity as Director of the Office of
Science and Technology Policy; the UNITED STATES DEPARTMENT OF ENERGY;
DR. ERNEST MONIZ, in his official capacity as Secretary of Energy; the UNITED
STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her official
capacity as Secretary of Interior; the UNITED STATES DEPARTMENT OF
TRANSPORTATION; ANTHONY FOXX, in his official capacity as Secretary of
Transportation; the UNITED STATES DEPARTMENT OF AGRICULTURE;
THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; the UNITED
STATES DEPARTMENT OF COMMERCE; PENNY PRITZKER, in her official
capacity as Secretary of Commerce; the UNITED STATES DEPARTMENT OF
DEFENSE; ASHTON CARTER, in his official capacity as Secretary of Defense; the
UNITED STATES DEPARTMENT OF STATE; JOHN KERRY, in his official capacity
as Secretary of State; the UNITED STATES ENVIRONMENTAL PROTECTION
AGENCY; GINA MCCARTHY, in her official capacity as Administrator of EPA;

Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| KELSEY CASCADIA ROSE JULIANA; XIUHTEZCATL TONATIUH M., through his Guardian Tamara Roske-Martinez; et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> the UNITED STATES OF AMERICA; BARACK OBAMA, in his official capacity as President of the United States; et al. <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   United States Department of Energy
1000 Independence Ave. SW
Washington, DC 20585

See attached sheet for additional parties

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Julia Olson, Wild Earth Advocates
1216 Lincoln Street, Eugene, OR 97401
Daniel M. Galpern, Law Offices of Daniel M. Galpern
1641 Oak Street, Eugene, OR 97401
Philip L. Gregory; Cotchett, Pitre & McCarthy, LLP
San Francisco Airport Office Center, 840 Malcolm Road, Burlingame, CA 94010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .


I declare under penalty of perjury that this information is true.


Date: _____                  _____
                                              *Server's signature*

                                         _____
                                              *Printed name and title*

                                         _____
                                              *Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
for the
District of Oregon

Additional Parties:

ALEXANDER LOZNAK; JACOB LEBEL; ZEALAND B., through his Guardian
Kimberly Pash-Bell; AVERY M., through her Guardian Holly McRae; SAHARA V.,
through her Guardian Toña Aguilar; KIRAN ISAAC OOMMEN; TIA MARIE
HATTON; ISAAC V., through his Guardian Pamela Vergun; MIKO V., through her
Guardian Pamela Vergun; HAZEL V., through her Guardian Margo Van Ummersen;
SOPHIE K., through her Guardian Dr. James Hansen; JAIME B., through her Guardian
Jamescita Peshlakai; JOURNEY Z., through his Guardian Erika Schneider; VICTORIA
B., through her Guardian Daisy Calderon; NATHANIEL B., through his Guardian
Sharon Baring; AJI P., through his Guardian Helaina Piper; LEVI D., through his
Guardian Leigh-Ann Draheim; JAYDEN F., through her Guardian Cherri Foytlin;
NICHOLAS V., through his Guardian Marie Venner; EARTH GUARDIANS, a
nonprofit organization; and FUTURE GENERATIONS, through their Guardian Dr.
James Hansen;

Plaintiffs,

vs.

the OFFICE OF THE PRESIDENT OF THE UNITED STATES; CHRISTY
GOLDFUSS, in her official capacity as Director of Council on Environmental Quality;
SHAUN DONOVAN, in his official capacity as Director of the Office of Management
and Budget; DR. JOHN HOLDREN, in his official capacity as Director of the Office of
Science and Technology Policy; the UNITED STATES DEPARTMENT OF ENERGY;
DR. ERNEST MONIZ, in his official capacity as Secretary of Energy; the UNITED
STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her official
capacity as Secretary of Interior; the UNITED STATES DEPARTMENT OF
TRANSPORTATION; ANTHONY FOXX, in his official capacity as Secretary of
Transportation; the UNITED STATES DEPARTMENT OF AGRICULTURE;
THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; the UNITED
STATES DEPARTMENT OF COMMERCE; PENNY PRITZKER, in her official
capacity as Secretary of Commerce; the UNITED STATES DEPARTMENT OF
DEFENSE; ASHTON CARTER, in his official capacity as Secretary of Defense; the
UNITED STATES DEPARTMENT OF STATE; JOHN KERRY, in his official capacity
as Secretary of State; the UNITED STATES ENVIRONMENTAL PROTECTION
AGENCY; GINA MCCARTHY, in her official capacity as Administrator of EPA;

Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| KELSEY CASCADIA ROSE JULIANA; XIUHTEZCATL TONATIUH M., through his Guardian Tamara Roske-Martinez; et al. _____ *Plaintiff(s)* v. the UNITED STATES OF AMERICA; BARACK OBAMA, in his official capacity as President of the United States; et al. _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Department of the Interior
1849 C Street NW
Washington, DC 20240

See attached sheet for additional parties

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Julia Olson, Wild Earth Advocates
1216 Lincoln Street, Eugene, OR 97401
Daniel M. Galpern, Law Offices of Daniel M. Galpern
1641 Oak Street, Eugene, OR 97401
Philip L. Gregory; Cotchett, Pitre & McCarthy, LLP
San Francisco Airport Office Center, 840 Malcolm Road, Burlingame, CA 94010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                                                *Server's signature*

                                             _____
                                                                *Printed name and title*


                                             _____
                                                                *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
District of Oregon

Additional Parties:

ALEXANDER LOZNAK; JACOB LEBEL; ZEALAND B., through his Guardian
Kimberly Pash-Bell; AVERY M., through her Guardian Holly McRae; SAHARA V.,
through her Guardian Toña Aguilar; KIRAN ISAAC OOMMEN; TIA MARIE
HATTON; ISAAC V., through his Guardian Pamela Vergun; MIKO V., through her
Guardian Pamela Vergun; HAZEL V., through her Guardian Margo Van Ummersen;
SOPHIE K., through her Guardian Dr. James Hansen; JAIME B., through her Guardian
Jamescita Peshlakai; JOURNEY Z., through his Guardian Erika Schneider; VICTORIA
B., through her Guardian Daisy Calderon; NATHANIEL B., through his Guardian
Sharon Baring; AJI P., through his Guardian Helaina Piper; LEVI D., through his
Guardian Leigh-Ann Draheim; JAYDEN F., through her Guardian Cherri Foytlin;
NICHOLAS V., through his Guardian Marie Venner; EARTH GUARDIANS, a
nonprofit organization; and FUTURE GENERATIONS, through their Guardian Dr.
James Hansen;

Plaintiffs,

vs.

the OFFICE OF THE PRESIDENT OF THE UNITED STATES; CHRISTY
GOLDFUSS, in her official capacity as Director of Council on Environmental Quality;
SHAUN DONOVAN, in his official capacity as Director of the Office of Management
and Budget; DR. JOHN HOLDREN, in his official capacity as Director of the Office of
Science and Technology Policy; the UNITED STATES DEPARTMENT OF ENERGY;
DR. ERNEST MONIZ, in his official capacity as Secretary of Energy; the UNITED
STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her official
capacity as Secretary of Interior; the UNITED STATES DEPARTMENT OF
TRANSPORTATION; ANTHONY FOXX, in his official capacity as Secretary of
Transportation; the UNITED STATES DEPARTMENT OF AGRICULTURE;
THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; the UNITED
STATES DEPARTMENT OF COMMERCE; PENNY PRITZKER, in her official
capacity as Secretary of Commerce; the UNITED STATES DEPARTMENT OF
DEFENSE; ASHTON CARTER, in his official capacity as Secretary of Defense; the
UNITED STATES DEPARTMENT OF STATE; JOHN KERRY, in his official capacity
as Secretary of State; the UNITED STATES ENVIRONMENTAL PROTECTION
AGENCY; GINA MCCARTHY, in her official capacity as Administrator of EPA;

Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| KELSEY CASCADIA ROSE JULIANA;<br>XIUHTEZCATL TONATIUH M., through his Guardian<br>Tamara Roske-Martinez; et al.<br><br>*Plaintiff(s)*<br><br>v.<br><br>the UNITED STATES OF AMERICA; BARACK<br>OBAMA, in his official capacity as President of the<br>United States; et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   United States Department of Transportation
1200 New Jersey Avenue SE
Washington, DC 20590

See attached sheet for additional parties

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Julia Olson, Wild Earth Advocates
1216 Lincoln Street, Eugene, OR 97401
Daniel M. Galpern, Law Offices of Daniel M. Galpern
1641 Oak Street, Eugene, OR 97401
Philip L. Gregory; Cotchett, Pitre & McCarthy, LLP
San Francisco Airport Office Center, 840 Malcolm Road, Burlingame, CA 94010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

❒ I returned the summons unexecuted because _____; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                                 *Server's signature*

                                                              _____
                                                                 *Printed name and title*


                                                              _____
                                                                 *Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
for the
District of Oregon

Additional Parties:

ALEXANDER LOZNAK; JACOB LEBEL; ZEALAND B., through his Guardian
Kimberly Pash-Bell; AVERY M., through her Guardian Holly McRae; SAHARA V.,
through her Guardian Toña Aguilar; KIRAN ISAAC OOMMEN; TIA MARIE
HATTON; ISAAC V., through his Guardian Pamela Vergun; MIKO V., through her
Guardian Pamela Vergun; HAZEL V., through her Guardian Margo Van Ummersen;
SOPHIE K., through her Guardian Dr. James Hansen; JAIME B., through her Guardian
Jamescita Peshlakai; JOURNEY Z., through his Guardian Erika Schneider; VICTORIA
B., through her Guardian Daisy Calderon; NATHANIEL B., through his Guardian
Sharon Baring; AJI P., through his Guardian Helaina Piper; LEVI D., through his
Guardian Leigh-Ann Draheim; JAYDEN F., through her Guardian Cherri Foytlin;
NICHOLAS V., through his Guardian Marie Venner; EARTH GUARDIANS, a
nonprofit organization; and FUTURE GENERATIONS, through their Guardian Dr.
James Hansen;

Plaintiffs,

vs.

the OFFICE OF THE PRESIDENT OF THE UNITED STATES; CHRISTY
GOLDFUSS, in her official capacity as Director of Council on Environmental Quality;
SHAUN DONOVAN, in his official capacity as Director of the Office of Management
and Budget; DR. JOHN HOLDREN, in his official capacity as Director of the Office of
Science and Technology Policy; the UNITED STATES DEPARTMENT OF ENERGY;
DR. ERNEST MONIZ, in his official capacity as Secretary of Energy; the UNITED
STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her official
capacity as Secretary of Interior; the UNITED STATES DEPARTMENT OF
TRANSPORTATION; ANTHONY FOXX, in his official capacity as Secretary of
Transportation; the UNITED STATES DEPARTMENT OF AGRICULTURE;
THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; the UNITED
STATES DEPARTMENT OF COMMERCE; PENNY PRITZKER, in her official
capacity as Secretary of Commerce; the UNITED STATES DEPARTMENT OF
DEFENSE; ASHTON CARTER, in his official capacity as Secretary of Defense; the
UNITED STATES DEPARTMENT OF STATE; JOHN KERRY, in his official capacity
as Secretary of State; the UNITED STATES ENVIRONMENTAL PROTECTION
AGENCY; GINA MCCARTHY, in her official capacity as Administrator of EPA;

Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| KELSEY CASCADIA ROSE JULIANA; XIUHTEZCATL TONATIUH M., through his Guardian Tamara Roske-Martinez; et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> the UNITED STATES OF AMERICA; BARACK OBAMA, in his official capacity as President of the United States; et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   United States Environmental Protection Agency
1200 Pennsylvania Avenue N.W.
Washington, DC 20460-1101A

See attached sheet for additional parties

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Julia Olson, Wild Earth Advocates
1216 Lincoln Street, Eugene, OR 97401
Daniel M. Galpern, Law Offices of Daniel M. Galpern
1641 Oak Street, Eugene, OR 97401
Philip L. Gregory; Cotchett, Pitre & McCarthy, LLP
San Francisco Airport Office Center, 840 Malcolm Road, Burlingame, CA 94010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
for the
District of Oregon

Additional Parties:

ALEXANDER LOZNAK; JACOB LEBEL; ZEALAND B., through his Guardian
Kimberly Pash-Bell; AVERY M., through her Guardian Holly McRae; SAHARA V.,
through her Guardian Toña Aguilar; KIRAN ISAAC OOMMEN; TIA MARIE
HATTON; ISAAC V., through his Guardian Pamela Vergun; MIKO V., through her
Guardian Pamela Vergun; HAZEL V., through her Guardian Margo Van Ummersen;
SOPHIE K., through her Guardian Dr. James Hansen; JAIME B., through her Guardian
Jamescita Peshlakai; JOURNEY Z., through his Guardian Erika Schneider; VICTORIA
B., through her Guardian Daisy Calderon; NATHANIEL B., through his Guardian
Sharon Baring; AJI P., through his Guardian Helaina Piper; LEVI D., through his
Guardian Leigh-Ann Draheim; JAYDEN F., through her Guardian Cherri Foytlin;
NICHOLAS V., through his Guardian Marie Venner; EARTH GUARDIANS, a
nonprofit organization; and FUTURE GENERATIONS, through their Guardian Dr.
James Hansen;

Plaintiffs,

vs.

the OFFICE OF THE PRESIDENT OF THE UNITED STATES; CHRISTY
GOLDFUSS, in her official capacity as Director of Council on Environmental Quality;
SHAUN DONOVAN, in his official capacity as Director of the Office of Management
and Budget; DR. JOHN HOLDREN, in his official capacity as Director of the Office of
Science and Technology Policy; the UNITED STATES DEPARTMENT OF ENERGY;
DR. ERNEST MONIZ, in his official capacity as Secretary of Energy; the UNITED
STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her official
capacity as Secretary of Interior; the UNITED STATES DEPARTMENT OF
TRANSPORTATION; ANTHONY FOXX, in his official capacity as Secretary of
Transportation; the UNITED STATES DEPARTMENT OF AGRICULTURE;
THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; the UNITED
STATES DEPARTMENT OF COMMERCE; PENNY PRITZKER, in her official
capacity as Secretary of Commerce; the UNITED STATES DEPARTMENT OF
DEFENSE; ASHTON CARTER, in his official capacity as Secretary of Defense; the
UNITED STATES DEPARTMENT OF STATE; JOHN KERRY, in his official capacity
as Secretary of State; the UNITED STATES ENVIRONMENTAL PROTECTION
AGENCY; GINA MCCARTHY, in her official capacity as Administrator of EPA;

Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| KELSEY CASCADIA ROSE JULIANA;<br>XIUHTEZCATL TONATIUH M., through his Guardian<br>Tamara Roske-Martinez; et al.<br><br>*Plaintiff(s)*<br>v.<br><br>the UNITED STATES OF AMERICA; BARACK<br>OBAMA, in his official capacity as President of the<br>United States; et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Secretary Dr. Ernest Moniz
Department of Energy
1000 Independence Ave. SW
Washington, DC 20585

See attached sheet for additional parties

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Julia Olson, Wild Earth Advocates
1216 Lincoln Street, Eugene, OR 97401
Daniel M. Galpern, Law Offices of Daniel M. Galpern
1641 Oak Street, Eugene, OR 97401
Philip L. Gregory; Cotchett, Pitre & McCarthy, LLP
San Francisco Airport Office Center, 840 Malcolm Road, Burlingame, CA 94010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
for the
District of Oregon

Additional Parties:

ALEXANDER LOZNAK; JACOB LEBEL; ZEALAND B., through his Guardian
Kimberly Pash-Bell; AVERY M., through her Guardian Holly McRae; SAHARA V.,
through her Guardian Toña Aguilar; KIRAN ISAAC OOMMEN; TIA MARIE
HATTON; ISAAC V., through his Guardian Pamela Vergun; MIKO V., through her
Guardian Pamela Vergun; HAZEL V., through her Guardian Margo Van Ummersen;
SOPHIE K., through her Guardian Dr. James Hansen; JAIME B., through her Guardian
Jamescita Peshlakai; JOURNEY Z., through his Guardian Erika Schneider; VICTORIA
B., through her Guardian Daisy Calderon; NATHANIEL B., through his Guardian
Sharon Baring; AJI P., through his Guardian Helaina Piper; LEVI D., through his
Guardian Leigh-Ann Draheim; JAYDEN F., through her Guardian Cherri Foytlin;
NICHOLAS V., through his Guardian Marie Venner; EARTH GUARDIANS, a
nonprofit organization; and FUTURE GENERATIONS, through their Guardian Dr.
James Hansen;

Plaintiffs,

vs.

the OFFICE OF THE PRESIDENT OF THE UNITED STATES; CHRISTY
GOLDFUSS, in her official capacity as Director of Council on Environmental Quality;
SHAUN DONOVAN, in his official capacity as Director of the Office of Management
and Budget; DR. JOHN HOLDREN, in his official capacity as Director of the Office of
Science and Technology Policy; the UNITED STATES DEPARTMENT OF ENERGY;
DR. ERNEST MONIZ, in his official capacity as Secretary of Energy; the UNITED
STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her official
capacity as Secretary of Interior; the UNITED STATES DEPARTMENT OF
TRANSPORTATION; ANTHONY FOXX, in his official capacity as Secretary of
Transportation; the UNITED STATES DEPARTMENT OF AGRICULTURE;
THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; the UNITED
STATES DEPARTMENT OF COMMERCE; PENNY PRITZKER, in her official
capacity as Secretary of Commerce; the UNITED STATES DEPARTMENT OF
DEFENSE; ASHTON CARTER, in his official capacity as Secretary of Defense; the
UNITED STATES DEPARTMENT OF STATE; JOHN KERRY, in his official capacity
as Secretary of State; the UNITED STATES ENVIRONMENTAL PROTECTION
AGENCY; GINA MCCARTHY, in her official capacity as Administrator of EPA;

Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| KELSEY CASCADIA ROSE JULIANA; XIUHTEZCATL TONATIUH M., through his Guardian Tamara Roske-Martinez; et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> the UNITED STATES OF AMERICA; BARACK OBAMA, in his official capacity as President of the United States; et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Administrator Gina McCarthy
Environmental Protection Agency
1200 Pennsylvania Avenue N.W.
Washington, DC 20460-1101A

See attached sheet for additional parties

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Julia Olson, Wild Earth Advocates
1216 Lincoln Street, Eugene, OR 97401
Daniel M. Galpern, Law Offices of Daniel M. Galpern
1641 Oak Street, Eugene, OR 97401
Philip L. Gregory; Cotchett, Pitre & McCarthy, LLP
San Francisco Airport Office Center, 840 Malcolm Road, Burlingame, CA 94010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
for the
District of Oregon

Additional Parties:

ALEXANDER LOZNAK; JACOB LEBEL; ZEALAND B., through his Guardian
Kimberly Pash-Bell; AVERY M., through her Guardian Holly McRae; SAHARA V.,
through her Guardian Toña Aguilar; KIRAN ISAAC OOMMEN; TIA MARIE
HATTON; ISAAC V., through his Guardian Pamela Vergun; MIKO V., through her
Guardian Pamela Vergun; HAZEL V., through her Guardian Margo Van Ummersen;
SOPHIE K., through her Guardian Dr. James Hansen; JAIME B., through her Guardian
Jamescita Peshlakai; JOURNEY Z., through his Guardian Erika Schneider; VICTORIA
B., through her Guardian Daisy Calderon; NATHANIEL B., through his Guardian
Sharon Baring; AJI P., through his Guardian Helaina Piper; LEVI D., through his
Guardian Leigh-Ann Draheim; JAYDEN F., through her Guardian Cherri Foytlin;
NICHOLAS V., through his Guardian Marie Venner; EARTH GUARDIANS, a
nonprofit organization; and FUTURE GENERATIONS, through their Guardian Dr.
James Hansen;

Plaintiffs,

vs.

the OFFICE OF THE PRESIDENT OF THE UNITED STATES; CHRISTY
GOLDFUSS, in her official capacity as Director of Council on Environmental Quality;
SHAUN DONOVAN, in his official capacity as Director of the Office of Management
and Budget; DR. JOHN HOLDREN, in his official capacity as Director of the Office of
Science and Technology Policy; the UNITED STATES DEPARTMENT OF ENERGY;
DR. ERNEST MONIZ, in his official capacity as Secretary of Energy; the UNITED
STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her official
capacity as Secretary of Interior; the UNITED STATES DEPARTMENT OF
TRANSPORTATION; ANTHONY FOXX, in his official capacity as Secretary of
Transportation; the UNITED STATES DEPARTMENT OF AGRICULTURE;
THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; the UNITED
STATES DEPARTMENT OF COMMERCE; PENNY PRITZKER, in her official
capacity as Secretary of Commerce; the UNITED STATES DEPARTMENT OF
DEFENSE; ASHTON CARTER, in his official capacity as Secretary of Defense; the
UNITED STATES DEPARTMENT OF STATE; JOHN KERRY, in his official capacity
as Secretary of State; the UNITED STATES ENVIRONMENTAL PROTECTION
AGENCY; GINA MCCARTHY, in her official capacity as Administrator of EPA;

Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| KELSEY CASCADIA ROSE JULIANA; XIUHTEZCATL TONATIUH M., through his Guardian Tamara Roske-Martinez; et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> the UNITED STATES OF AMERICA; BARACK OBAMA, in his official capacity as President of the United States; et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Director Dr. John Holdren
                                        Office of Science and Technology Policy
                                        Executive Office of the President
                                        Eisenhower Executive Office Building
                                        1650 Pennsylvania Avenue
                                        Washington, DC 20504

                                                            See attached sheet for additional parties

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Julia Olson, Wild Earth Advocates
                                        1216 Lincoln Street, Eugene, OR 97401
                                        Daniel M. Galpern, Law Offices of Daniel M. Galpern
                                        1641 Oak Street, Eugene, OR 97401
                                        Philip L. Gregory; Cotchett, Pitre & McCarthy, LLP
                                        San Francisco Airport Office Center, 840 Malcolm Road, Burlingame, CA 94010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                     _____
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**
***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
District of Oregon

Additional Parties:

ALEXANDER LOZNAK; JACOB LEBEL; ZEALAND B., through his Guardian
Kimberly Pash-Bell; AVERY M., through her Guardian Holly McRae; SAHARA V.,
through her Guardian Toña Aguilar; KIRAN ISAAC OOMMEN; TIA MARIE
HATTON; ISAAC V., through his Guardian Pamela Vergun; MIKO V., through her
Guardian Pamela Vergun; HAZEL V., through her Guardian Margo Van Ummersen;
SOPHIE K., through her Guardian Dr. James Hansen; JAIME B., through her Guardian
Jamescita Peshlakai; JOURNEY Z., through his Guardian Erika Schneider; VICTORIA
B., through her Guardian Daisy Calderon; NATHANIEL B., through his Guardian
Sharon Baring; AJI P., through his Guardian Helaina Piper; LEVI D., through his
Guardian Leigh-Ann Draheim; JAYDEN F., through her Guardian Cherri Foytlin;
NICHOLAS V., through his Guardian Marie Venner; EARTH GUARDIANS, a
nonprofit organization; and FUTURE GENERATIONS, through their Guardian Dr.
James Hansen;

Plaintiffs,

vs.

the OFFICE OF THE PRESIDENT OF THE UNITED STATES; CHRISTY
GOLDFUSS, in her official capacity as Director of Council on Environmental Quality;
SHAUN DONOVAN, in his official capacity as Director of the Office of Management
and Budget; DR. JOHN HOLDREN, in his official capacity as Director of the Office of
Science and Technology Policy; the UNITED STATES DEPARTMENT OF ENERGY;
DR. ERNEST MONIZ, in his official capacity as Secretary of Energy; the UNITED
STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her official
capacity as Secretary of Interior; the UNITED STATES DEPARTMENT OF
TRANSPORTATION; ANTHONY FOXX, in his official capacity as Secretary of
Transportation; the UNITED STATES DEPARTMENT OF AGRICULTURE;
THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; the UNITED
STATES DEPARTMENT OF COMMERCE; PENNY PRITZKER, in her official
capacity as Secretary of Commerce; the UNITED STATES DEPARTMENT OF
DEFENSE; ASHTON CARTER, in his official capacity as Secretary of Defense; the
UNITED STATES DEPARTMENT OF STATE; JOHN KERRY, in his official capacity
as Secretary of State; the UNITED STATES ENVIRONMENTAL PROTECTION
AGENCY; GINA MCCARTHY, in her official capacity as Administrator of EPA;

Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| KELSEY CASCADIA ROSE JULIANA; XIUHTEZCATL TONATIUH M., through his Guardian Tamara Roske-Martinez; et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. |
| the UNITED STATES OF AMERICA; BARACK OBAMA, in his official capacity as President of the United States; et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Secretary John Kerry
Office of Authentications
U.S. Department of State
CA/PPT/S/TO/AUT
44132 Mercure CIR
P.O. Box 1206
Sterling, VA 20166-1206        See attached sheet for additional parties

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Julia Olson, Wild Earth Advocates
1216 Lincoln Street, Eugene, OR 97401
Daniel M. Galpern, Law Offices of Daniel M. Galpern
1641 Oak Street, Eugene, OR 97401
Philip L. Gregory; Cotchett, Pitre & McCarthy, LLP
San Francisco Airport Office Center, 840 Malcolm Road, Burlingame, CA 94010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                            *Server's signature*

                               _____
                                            *Printed name and title*


                               _____
                                            *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
District of Oregon

Additional Parties:

ALEXANDER LOZNAK; JACOB LEBEL; ZEALAND B., through his Guardian
Kimberly Pash-Bell; AVERY M., through her Guardian Holly McRae; SAHARA V.,
through her Guardian Toña Aguilar; KIRAN ISAAC OOMMEN; TIA MARIE
HATTON; ISAAC V., through his Guardian Pamela Vergun; MIKO V., through her
Guardian Pamela Vergun; HAZEL V., through her Guardian Margo Van Ummersen;
SOPHIE K., through her Guardian Dr. James Hansen; JAIME B., through her Guardian
Jamescita Peshlakai; JOURNEY Z., through his Guardian Erika Schneider; VICTORIA
B., through her Guardian Daisy Calderon; NATHANIEL B., through his Guardian
Sharon Baring; AJI P., through his Guardian Helaina Piper; LEVI D., through his
Guardian Leigh-Ann Draheim; JAYDEN F., through her Guardian Cherri Foytlin;
NICHOLAS V., through his Guardian Marie Venner; EARTH GUARDIANS, a
nonprofit organization; and FUTURE GENERATIONS, through their Guardian Dr.
James Hansen;

Plaintiffs,

vs.

the OFFICE OF THE PRESIDENT OF THE UNITED STATES; CHRISTY
GOLDFUSS, in her official capacity as Director of Council on Environmental Quality;
SHAUN DONOVAN, in his official capacity as Director of the Office of Management
and Budget; DR. JOHN HOLDREN, in his official capacity as Director of the Office of
Science and Technology Policy; the UNITED STATES DEPARTMENT OF ENERGY;
DR. ERNEST MONIZ, in his official capacity as Secretary of Energy; the UNITED
STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her official
capacity as Secretary of Interior; the UNITED STATES DEPARTMENT OF
TRANSPORTATION; ANTHONY FOXX, in his official capacity as Secretary of
Transportation; the UNITED STATES DEPARTMENT OF AGRICULTURE;
THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; the UNITED
STATES DEPARTMENT OF COMMERCE; PENNY PRITZKER, in her official
capacity as Secretary of Commerce; the UNITED STATES DEPARTMENT OF
DEFENSE; ASHTON CARTER, in his official capacity as Secretary of Defense; the
UNITED STATES DEPARTMENT OF STATE; JOHN KERRY, in his official capacity
as Secretary of State; the UNITED STATES ENVIRONMENTAL PROTECTION
AGENCY; GINA MCCARTHY, in her official capacity as Administrator of EPA;

Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| KELSEY CASCADIA ROSE JULIANA; XIUHTEZCATL TONATIUH M., through his Guardian Tamara Roske-Martinez; et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> the UNITED STATES OF AMERICA; BARACK OBAMA, in his official capacity as President of the United States; et al. <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    The Office of the President of the United States
The White House
1600 Pennsylvania Avenue N.W.
Washingonton, DC 20500

See attached sheet for additional parties

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Julia Olson, Wild Earth Advocates
    1216 Lincoln Street, Eugene, OR 97401
Daniel M. Galpern, Law Offices of Daniel M. Galpern
    1641 Oak Street, Eugene, OR 97401
Philip L. Gregory; Cotchett, Pitre & McCarthy, LLP
    San Francisco Airport Office Center, 840 Malcolm Road, Burlingame, CA 94010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
for the
District of Oregon

Additional Parties:

ALEXANDER LOZNAK; JACOB LEBEL; ZEALAND B., through his Guardian
Kimberly Pash-Bell; AVERY M., through her Guardian Holly McRae; SAHARA V.,
through her Guardian Toña Aguilar; KIRAN ISAAC OOMMEN; TIA MARIE
HATTON; ISAAC V., through his Guardian Pamela Vergun; MIKO V., through her
Guardian Pamela Vergun; HAZEL V., through her Guardian Margo Van Ummersen;
SOPHIE K., through her Guardian Dr. James Hansen; JAIME B., through her Guardian
Jamescita Peshlakai; JOURNEY Z., through his Guardian Erika Schneider; VICTORIA
B., through her Guardian Daisy Calderon; NATHANIEL B., through his Guardian
Sharon Baring; AJI P., through his Guardian Helaina Piper; LEVI D., through his
Guardian Leigh-Ann Draheim; JAYDEN F., through her Guardian Cherri Foytlin;
NICHOLAS V., through his Guardian Marie Venner; EARTH GUARDIANS, a
nonprofit organization; and FUTURE GENERATIONS, through their Guardian Dr.
James Hansen;

Plaintiffs,

vs.

the OFFICE OF THE PRESIDENT OF THE UNITED STATES; CHRISTY
GOLDFUSS, in her official capacity as Director of Council on Environmental Quality;
SHAUN DONOVAN, in his official capacity as Director of the Office of Management
and Budget; DR. JOHN HOLDREN, in his official capacity as Director of the Office of
Science and Technology Policy; the UNITED STATES DEPARTMENT OF ENERGY;
DR. ERNEST MONIZ, in his official capacity as Secretary of Energy; the UNITED
STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her official
capacity as Secretary of Interior; the UNITED STATES DEPARTMENT OF
TRANSPORTATION; ANTHONY FOXX, in his official capacity as Secretary of
Transportation; the UNITED STATES DEPARTMENT OF AGRICULTURE;
THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; the UNITED
STATES DEPARTMENT OF COMMERCE; PENNY PRITZKER, in her official
capacity as Secretary of Commerce; the UNITED STATES DEPARTMENT OF
DEFENSE; ASHTON CARTER, in his official capacity as Secretary of Defense; the
UNITED STATES DEPARTMENT OF STATE; JOHN KERRY, in his official capacity
as Secretary of State; the UNITED STATES ENVIRONMENTAL PROTECTION
AGENCY; GINA MCCARTHY, in her official capacity as Administrator of EPA;

Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| KELSEY CASCADIA ROSE JULIANA; XIUHTEZCATL TONATIUH M., through his Guardian Tamara Roske-Martinez; et al. _____ *Plaintiff(s)* v. the UNITED STATES OF AMERICA; BARACK OBAMA, in his official capacity as President of the United States; et al. _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Secretary Penny Pritzker
U.S. Department of Commerce
Herbert C. Hoover Building
1401 Constitution Ave. N.W.
Washington, DC 20230

See attached sheet for additional parties

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Julia Olson, Wild Earth Advocates
                1216 Lincoln Street, Eugene, OR 97401
        Daniel M. Galpern, Law Offices of Daniel M. Galpern
                1641 Oak Street, Eugene, OR 97401
        Philip L. Gregory; Cotchett, Pitre & McCarthy, LLP
                San Francisco Airport Office Center, 840 Malcolm Road, Burlingame, CA 94010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____         _____
                                                    *Server's signature*

                                            _____
                                                    *Printed name and title*

                                            _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
for the
District of Oregon

Additional Parties:

ALEXANDER LOZNAK; JACOB LEBEL; ZEALAND B., through his Guardian
Kimberly Pash-Bell; AVERY M., through her Guardian Holly McRae; SAHARA V.,
through her Guardian Toña Aguilar; KIRAN ISAAC OOMMEN; TIA MARIE
HATTON; ISAAC V., through his Guardian Pamela Vergun; MIKO V., through her
Guardian Pamela Vergun; HAZEL V., through her Guardian Margo Van Ummersen;
SOPHIE K., through her Guardian Dr. James Hansen; JAIME B., through her Guardian
Jamescita Peshlakai; JOURNEY Z., through his Guardian Erika Schneider; VICTORIA
B., through her Guardian Daisy Calderon; NATHANIEL B., through his Guardian
Sharon Baring; AJI P., through his Guardian Helaina Piper; LEVI D., through his
Guardian Leigh-Ann Draheim; JAYDEN F., through her Guardian Cherri Foytlin;
NICHOLAS V., through his Guardian Marie Venner; EARTH GUARDIANS, a
nonprofit organization; and FUTURE GENERATIONS, through their Guardian Dr.
James Hansen;

Plaintiffs,

vs.

the OFFICE OF THE PRESIDENT OF THE UNITED STATES; CHRISTY
GOLDFUSS, in her official capacity as Director of Council on Environmental Quality;
SHAUN DONOVAN, in his official capacity as Director of the Office of Management
and Budget; DR. JOHN HOLDREN, in his official capacity as Director of the Office of
Science and Technology Policy; the UNITED STATES DEPARTMENT OF ENERGY;
DR. ERNEST MONIZ, in his official capacity as Secretary of Energy; the UNITED
STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her official
capacity as Secretary of Interior; the UNITED STATES DEPARTMENT OF
TRANSPORTATION; ANTHONY FOXX, in his official capacity as Secretary of
Transportation; the UNITED STATES DEPARTMENT OF AGRICULTURE;
THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; the UNITED
STATES DEPARTMENT OF COMMERCE; PENNY PRITZKER, in her official
capacity as Secretary of Commerce; the UNITED STATES DEPARTMENT OF
DEFENSE; ASHTON CARTER, in his official capacity as Secretary of Defense; the
UNITED STATES DEPARTMENT OF STATE; JOHN KERRY, in his official capacity
as Secretary of State; the UNITED STATES ENVIRONMENTAL PROTECTION
AGENCY; GINA MCCARTHY, in her official capacity as Administrator of EPA;

Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

KELSEY CASCADIA ROSE JULIANA;
XIUHTEZCATL TONATIUH M., through his Guardian
Tamara Roske-Martinez; et al.

*Plaintiff(s)*

v.

the UNITED STATES OF AMERICA; BARACK
OBAMA, in his official capacity as President of the
United States; et al.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Secretary Sally Jewell
U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240

See attached sheet for additional parties

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Julia Olson, Wild Earth Advocates
1216 Lincoln Street, Eugene, OR 97401
Daniel M. Galpern, Law Offices of Daniel M. Galpern
1641 Oak Street, Eugene, OR 97401
Philip L. Gregory; Cotchett, Pitre & McCarthy, LLP
San Francisco Airport Office Center, 840 Malcolm Road, Burlingame, CA 94010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                     *Server's signature*

                                           _____
                                                     *Printed name and title*


                                           _____
                                                     *Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
for the
District of Oregon

Additional Parties:

ALEXANDER LOZNAK; JACOB LEBEL; ZEALAND B., through his Guardian
Kimberly Pash-Bell; AVERY M., through her Guardian Holly McRae; SAHARA V.,
through her Guardian Toña Aguilar; KIRAN ISAAC OOMMEN; TIA MARIE
HATTON; ISAAC V., through his Guardian Pamela Vergun; MIKO V., through her
Guardian Pamela Vergun; HAZEL V., through her Guardian Margo Van Ummersen;
SOPHIE K., through her Guardian Dr. James Hansen; JAIME B., through her Guardian
Jamescita Peshlakai; JOURNEY Z., through his Guardian Erika Schneider; VICTORIA
B., through her Guardian Daisy Calderon; NATHANIEL B., through his Guardian
Sharon Baring; AJI P., through his Guardian Helaina Piper; LEVI D., through his
Guardian Leigh-Ann Draheim; JAYDEN F., through her Guardian Cherri Foytlin;
NICHOLAS V., through his Guardian Marie Venner; EARTH GUARDIANS, a
nonprofit organization; and FUTURE GENERATIONS, through their Guardian Dr.
James Hansen;

Plaintiffs,

vs.

the OFFICE OF THE PRESIDENT OF THE UNITED STATES; CHRISTY
GOLDFUSS, in her official capacity as Director of Council on Environmental Quality;
SHAUN DONOVAN, in his official capacity as Director of the Office of Management
and Budget; DR. JOHN HOLDREN, in his official capacity as Director of the Office of
Science and Technology Policy; the UNITED STATES DEPARTMENT OF ENERGY;
DR. ERNEST MONIZ, in his official capacity as Secretary of Energy; the UNITED
STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her official
capacity as Secretary of Interior; the UNITED STATES DEPARTMENT OF
TRANSPORTATION; ANTHONY FOXX, in his official capacity as Secretary of
Transportation; the UNITED STATES DEPARTMENT OF AGRICULTURE;
THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; the UNITED
STATES DEPARTMENT OF COMMERCE; PENNY PRITZKER, in her official
capacity as Secretary of Commerce; the UNITED STATES DEPARTMENT OF
DEFENSE; ASHTON CARTER, in his official capacity as Secretary of Defense; the
UNITED STATES DEPARTMENT OF STATE; JOHN KERRY, in his official capacity
as Secretary of State; the UNITED STATES ENVIRONMENTAL PROTECTION
AGENCY; GINA MCCARTHY, in her official capacity as Administrator of EPA;

Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| KELSEY CASCADIA ROSE JULIANA; XIUHTEZCATL TONATIUH M., through his Guardian Tamara Roske-Martinez; et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> the UNITED STATES OF AMERICA; BARACK OBAMA, in his official capacity as President of the United States; et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Director Shaun Donovan
The Office of Management and Budget
725 17th Street, N.W.
Washington, DC 20503

See attached sheet for additional parties

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Julia Olson, Wild Earth Advocates
1216 Lincoln Street, Eugene, OR 97401
Daniel M. Galpern, Law Offices of Daniel M. Galpern
1641 Oak Street, Eugene, OR 97401
Philip L. Gregory; Cotchett, Pitre & McCarthy, LLP
San Francisco Airport Office Center, 840 Malcolm Road, Burlingame, CA 94010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.


Date: _____          _____

*Server's signature*

_____

*Printed name and title*

_____

*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
District of Oregon

Additional Parties:

ALEXANDER LOZNAK; JACOB LEBEL; ZEALAND B., through his Guardian
Kimberly Pash-Bell; AVERY M., through her Guardian Holly McRae; SAHARA V.,
through her Guardian Toña Aguilar; KIRAN ISAAC OOMMEN; TIA MARIE
HATTON; ISAAC V., through his Guardian Pamela Vergun; MIKO V., through her
Guardian Pamela Vergun; HAZEL V., through her Guardian Margo Van Ummersen;
SOPHIE K., through her Guardian Dr. James Hansen; JAIME B., through her Guardian
Jamescita Peshlakai; JOURNEY Z., through his Guardian Erika Schneider; VICTORIA
B., through her Guardian Daisy Calderon; NATHANIEL B., through his Guardian
Sharon Baring; AJI P., through his Guardian Helaina Piper; LEVI D., through his
Guardian Leigh-Ann Draheim; JAYDEN F., through her Guardian Cherri Foytlin;
NICHOLAS V., through his Guardian Marie Venner; EARTH GUARDIANS, a
nonprofit organization; and FUTURE GENERATIONS, through their Guardian Dr.
James Hansen;

Plaintiffs,

vs.

the OFFICE OF THE PRESIDENT OF THE UNITED STATES; CHRISTY
GOLDFUSS, in her official capacity as Director of Council on Environmental Quality;
SHAUN DONOVAN, in his official capacity as Director of the Office of Management
and Budget; DR. JOHN HOLDREN, in his official capacity as Director of the Office of
Science and Technology Policy; the UNITED STATES DEPARTMENT OF ENERGY;
DR. ERNEST MONIZ, in his official capacity as Secretary of Energy; the UNITED
STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her official
capacity as Secretary of Interior; the UNITED STATES DEPARTMENT OF
TRANSPORTATION; ANTHONY FOXX, in his official capacity as Secretary of
Transportation; the UNITED STATES DEPARTMENT OF AGRICULTURE;
THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; the UNITED
STATES DEPARTMENT OF COMMERCE; PENNY PRITZKER, in her official
capacity as Secretary of Commerce; the UNITED STATES DEPARTMENT OF
DEFENSE; ASHTON CARTER, in his official capacity as Secretary of Defense; the
UNITED STATES DEPARTMENT OF STATE; JOHN KERRY, in his official capacity
as Secretary of State; the UNITED STATES ENVIRONMENTAL PROTECTION
AGENCY; GINA MCCARTHY, in her official capacity as Administrator of EPA;

Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

| District of Oregon |

|   |   |
|---|---|
| KELSEY CASCADIA ROSE JULIANA; XIUHTEZCATL TONATIUH M., through his Guardian Tamara Roske-Martinez; et al. | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) |
| the UNITED STATES OF AMERICA; BARACK OBAMA, in his official capacity as President of the United States; et al. | ) ) ) ) |
| *Defendant(s)* | ) ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

U.S. Department of State
CA/PPT/S/TO/AUT
44132 Mercure CIR
P.O. Box 1206
Sterling, VA 20166-1206

See attached sheet for additional parties

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Julia Olson, Wild Earth Advocates
1216 Lincoln Street, Eugene, OR 97401
Daniel M. Galpern, Law Offices of Daniel M. Galpern
1641 Oak Street, Eugene, OR 97401
Philip L. Gregory; Cotchett, Pitre & McCarthy, LLP
San Francisco Airport Office Center, 840 Malcolm Road, Burlingame, CA 94010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .


I declare under penalty of perjury that this information is true.


Date: _____          _____
                                               *Server's signature*

                                 _____
                                               *Printed name and title*

                                 _____
                                               *Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
for the
District of Oregon

Additional Parties:

ALEXANDER LOZNAK; JACOB LEBEL; ZEALAND B., through his Guardian
Kimberly Pash-Bell; AVERY M., through her Guardian Holly McRae; SAHARA V.,
through her Guardian Toña Aguilar; KIRAN ISAAC OOMMEN; TIA MARIE
HATTON; ISAAC V., through his Guardian Pamela Vergun; MIKO V., through her
Guardian Pamela Vergun; HAZEL V., through her Guardian Margo Van Ummersen;
SOPHIE K., through her Guardian Dr. James Hansen; JAIME B., through her Guardian
Jamescita Peshlakai; JOURNEY Z., through his Guardian Erika Schneider; VICTORIA
B., through her Guardian Daisy Calderon; NATHANIEL B., through his Guardian
Sharon Baring; AJI P., through his Guardian Helaina Piper; LEVI D., through his
Guardian Leigh-Ann Draheim; JAYDEN F., through her Guardian Cherri Foytlin;
NICHOLAS V., through his Guardian Marie Venner; EARTH GUARDIANS, a
nonprofit organization; and FUTURE GENERATIONS, through their Guardian Dr.
James Hansen;

Plaintiffs,

vs.

the OFFICE OF THE PRESIDENT OF THE UNITED STATES; CHRISTY
GOLDFUSS, in her official capacity as Director of Council on Environmental Quality;
SHAUN DONOVAN, in his official capacity as Director of the Office of Management
and Budget; DR. JOHN HOLDREN, in his official capacity as Director of the Office of
Science and Technology Policy; the UNITED STATES DEPARTMENT OF ENERGY;
DR. ERNEST MONIZ, in his official capacity as Secretary of Energy; the UNITED
STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her official
capacity as Secretary of Interior; the UNITED STATES DEPARTMENT OF
TRANSPORTATION; ANTHONY FOXX, in his official capacity as Secretary of
Transportation; the UNITED STATES DEPARTMENT OF AGRICULTURE;
THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; the UNITED
STATES DEPARTMENT OF COMMERCE; PENNY PRITZKER, in her official
capacity as Secretary of Commerce; the UNITED STATES DEPARTMENT OF
DEFENSE; ASHTON CARTER, in his official capacity as Secretary of Defense; the
UNITED STATES DEPARTMENT OF STATE; JOHN KERRY, in his official capacity
as Secretary of State; the UNITED STATES ENVIRONMENTAL PROTECTION
AGENCY; GINA MCCARTHY, in her official capacity as Administrator of EPA;

Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

District of Oregon

| | |
|---|---|
| KELSEY CASCADIA ROSE JULIANA;<br>XIUHTEZCATL TONATIUH M., through his Guardian<br>Tamara Roske-Martinez; et al.<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>the UNITED STATES OF AMERICA; BARACK<br>OBAMA, in his official capacity as President of the<br>United States; et al.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Secretary Thomas J. Vilsack
U.S. Department of Agriculture
1400 Independence Ave. S.W.
Washington, DC 20250

See attached sheet for additional parties

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Julia Olson, Wild Earth Advocates
1216 Lincoln Street, Eugene, OR 97401
Daniel M. Galpern, Law Offices of Daniel M. Galpern
1641 Oak Street, Eugene, OR 97401
Philip L. Gregory; Cotchett, Pitre & McCarthy, LLP
San Francisco Airport Office Center, 840 Malcolm Road, Burlingame, CA 94010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____
                                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
for the
District of Oregon

Additional Parties:

ALEXANDER LOZNAK; JACOB LEBEL; ZEALAND B., through his Guardian
Kimberly Pash-Bell; AVERY M., through her Guardian Holly McRae; SAHARA V.,
through her Guardian Toña Aguilar; KIRAN ISAAC OOMMEN; TIA MARIE
HATTON; ISAAC V., through his Guardian Pamela Vergun; MIKO V., through her
Guardian Pamela Vergun; HAZEL V., through her Guardian Margo Van Ummersen;
SOPHIE K., through her Guardian Dr. James Hansen; JAIME B., through her Guardian
Jamescita Peshlakai; JOURNEY Z., through his Guardian Erika Schneider; VICTORIA
B., through her Guardian Daisy Calderon; NATHANIEL B., through his Guardian
Sharon Baring; AJI P., through his Guardian Helaina Piper; LEVI D., through his
Guardian Leigh-Ann Draheim; JAYDEN F., through her Guardian Cherri Foytlin;
NICHOLAS V., through his Guardian Marie Venner; EARTH GUARDIANS, a
nonprofit organization; and FUTURE GENERATIONS, through their Guardian Dr.
James Hansen;

Plaintiffs,

vs.

the OFFICE OF THE PRESIDENT OF THE UNITED STATES; CHRISTY
GOLDFUSS, in her official capacity as Director of Council on Environmental Quality;
SHAUN DONOVAN, in his official capacity as Director of the Office of Management
and Budget; DR. JOHN HOLDREN, in his official capacity as Director of the Office of
Science and Technology Policy; the UNITED STATES DEPARTMENT OF ENERGY;
DR. ERNEST MONIZ, in his official capacity as Secretary of Energy; the UNITED
STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her official
capacity as Secretary of Interior; the UNITED STATES DEPARTMENT OF
TRANSPORTATION; ANTHONY FOXX, in his official capacity as Secretary of
Transportation; the UNITED STATES DEPARTMENT OF AGRICULTURE;
THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; the UNITED
STATES DEPARTMENT OF COMMERCE; PENNY PRITZKER, in her official
capacity as Secretary of Commerce; the UNITED STATES DEPARTMENT OF
DEFENSE; ASHTON CARTER, in his official capacity as Secretary of Defense; the
UNITED STATES DEPARTMENT OF STATE; JOHN KERRY, in his official capacity
as Secretary of State; the UNITED STATES ENVIRONMENTAL PROTECTION
AGENCY; GINA MCCARTHY, in her official capacity as Administrator of EPA;

Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| KELSEY CASCADIA ROSE JULIANA; XIUHTEZCATL TONATIUH M., through his Guardian Tamara Roske-Martinez; et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> the UNITED STATES OF AMERICA; BARACK OBAMA, in his official capacity as President of the United States; et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Department of Agriculture
1400 Independence Ave. S.W.
Washington, DC 20250

See attached sheet for additional parties

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Julia Olson, Wild Earth Advocates
                    1216 Lincoln Street, Eugene, OR 97401
            Daniel M. Galpern, Law Offices of Daniel M. Galpern
                    1641 Oak Street, Eugene, OR 97401
            Philip L. Gregory; Cotchett, Pitre & McCarthy, LLP
                    San Francisco Airport Office Center, 840 Malcolm Road, Burlingame, CA 94010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____

                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                              *Server's signature*

                                             _____
                                                              *Printed name and title*


                                             _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
District of Oregon

Additional Parties:

ALEXANDER LOZNAK; JACOB LEBEL; ZEALAND B., through his Guardian
Kimberly Pash-Bell; AVERY M., through her Guardian Holly McRae; SAHARA V.,
through her Guardian Toña Aguilar; KIRAN ISAAC OOMMEN; TIA MARIE
HATTON; ISAAC V., through his Guardian Pamela Vergun; MIKO V., through her
Guardian Pamela Vergun; HAZEL V., through her Guardian Margo Van Ummersen;
SOPHIE K., through her Guardian Dr. James Hansen; JAIME B., through her Guardian
Jamescita Peshlakai; JOURNEY Z., through his Guardian Erika Schneider; VICTORIA
B., through her Guardian Daisy Calderon; NATHANIEL B., through his Guardian
Sharon Baring; AJI P., through his Guardian Helaina Piper; LEVI D., through his
Guardian Leigh-Ann Draheim; JAYDEN F., through her Guardian Cherri Foytlin;
NICHOLAS V., through his Guardian Marie Venner; EARTH GUARDIANS, a
nonprofit organization; and FUTURE GENERATIONS, through their Guardian Dr.
James Hansen;

Plaintiffs,

vs.

the OFFICE OF THE PRESIDENT OF THE UNITED STATES; CHRISTY
GOLDFUSS, in her official capacity as Director of Council on Environmental Quality;
SHAUN DONOVAN, in his official capacity as Director of the Office of Management
and Budget; DR. JOHN HOLDREN, in his official capacity as Director of the Office of
Science and Technology Policy; the UNITED STATES DEPARTMENT OF ENERGY;
DR. ERNEST MONIZ, in his official capacity as Secretary of Energy; the UNITED
STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her official
capacity as Secretary of Interior; the UNITED STATES DEPARTMENT OF
TRANSPORTATION; ANTHONY FOXX, in his official capacity as Secretary of
Transportation; the UNITED STATES DEPARTMENT OF AGRICULTURE;
THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; the UNITED
STATES DEPARTMENT OF COMMERCE; PENNY PRITZKER, in her official
capacity as Secretary of Commerce; the UNITED STATES DEPARTMENT OF
DEFENSE; ASHTON CARTER, in his official capacity as Secretary of Defense; the
UNITED STATES DEPARTMENT OF STATE; JOHN KERRY, in his official capacity
as Secretary of State; the UNITED STATES ENVIRONMENTAL PROTECTION
AGENCY; GINA MCCARTHY, in her official capacity as Administrator of EPA;

Defendants.