**C. Marie Eckert**, OSB No. 883490
marie.eckert@millernash.com
**Suzanne C. Lacampagne**, OSB No. 951705
suzanne.lacampagne@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  (503) 224-5858
Facsimile:  (503) 224-0155

**Roger R. Martella, Jr.**
rmartella@sidley.com
**Quin M. Sorenson**
qsorenson@sidley.com
**Benjamin E. Tannen**
btannen@sidley.com
*(to be specially admitted)*
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 736-8000
Facsimile:  (202) 736-8711

Attorneys for Proposed Intervenor-Defendants
  The National Association of Manufacturers,
  American Fuel & Petrochemical Manufacturers,
  and American Petroleum Institute

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **KELSEY CASCADIA ROSE JULIANA**, et al., | Case No.  6:15-cv-01517-TC |
| **Plaintiffs,** | MOTION TO INTERVENE |
| v. | Request for Oral Argument |
| **UNITED STATES OF AMERICA**, et al., | |
| **Defendants.** | |

Page 1 Motion to Intervene

**MOTION TO INTERVENE**

Pursuant to Fed. R. Civ. P. 24(a), Proposed Intervenor-Defendants move the Court for an order allowing them to intervene as defendants in this case as of right with full rights as parties. In the alternative, Proposed Intervenor-Defendants move the Court for an order allowing them to intervene permissively pursuant to Fed. R. Civ. P. 24(b) with the same rights as parties. Pursuant to Local Rule 7-1, the Proposed Intervenor-Defendants have conferred with counsel for both Defendants and Plaintiffs and have been unable to resolve their dispute. Defendants do not object to intervention by the Proposed Intervenor-Defendants. Counsel for Plaintiffs object to intervention by the Proposed Intervenor-Defendants.

In support of this motion, Proposed Intervenor-Defendants respectfully refer the Court to the accompanying memorandum of law and supporting declarations, filed contemporaneously herewith. Proposed Intervenor-Defendants have also contemporaneously filed a motion to dismiss and supporting memorandum of law in line with Fed. R. Civ. P. 24(c). Proposed Intervenor-Defendant the National Association of Manufacturers (NAM) represents small and large manufacturers in every industrial sector and in all 50 states. Proposed Intervenor-Defendant American Fuel & Petrochemical Manufacturers (AFPM) is a national trade association whose members include virtually all United States refiners and petrochemical manufacturers. Proposed Intervenor-Defendant American Petroleum Institute (API) is a national trade association whose members include over 625 oil and natural gas companies representing all facets of the oil and natural gas industry and who collectively provide most of the nation's energy.

Plaintiffs seek to require that greenhouse gas (GHG) emissions be swiftly phased out under a national remedial plan that will require a global reduction in GHG emissions of at least

6% per year. If Plaintiffs succeed, each of the Proposed Intervenor-Defendants' members will be harmed in various ways. For example, each Proposed Intervenor-Defendants' member that produces, refines, uses, or sells conventional fossil fuels will be harmed, as Plaintiffs' suit seeks the virtual elimination of use of such fuels in the United States. More generally, the dramatic reduction in U.S. GHG emissions that Plaintiffs seek would increase production and transportation costs for all of the Proposed Intervenor-Defendants, decreasing their global competitiveness and driving jobs and businesses abroad. Because the Proposed Intervenor-Defendants have significantly protectable interests at stake in this litigation, they should be permitted to intervene as of right. In the alternative, the Proposed Intervenor-Defendants request that they be granted permissive intervention.

WHEREFORE, Proposed Intervenor-Defendants respectfully request that their motion to intervene be granted.

DATED this 12th day of November, 2015.

MILLER NASH GRAHAM & DUNN LLP

/s/ C. Marie Eckert
C. Marie Eckert, OSB No. 883490
marie.eckert@millernash.com
Suzanne C. Lacampagne, OSB No. 951705
suzanne.lacampagne@millernash.com
Telephone: (503) 224-5858
Facsimile: (503) 224-0155

SIDLEY AUSTIN LLP

Roger R. Martella, Jr.
rmartella@sidley.com
Quin M. Sorenson
qsorenson@sidley.com
Benjamin E. Tannen
btannen@sidley.com
*(to be specially admitted)*

Page 3 Motion to Intervene

70061291.1

1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

*Attorneys for Proposed Intervenor-Defendants
The National Association of Manufacturers,
American Fuel & Petrochemical Manufacturers,
and American Petroleum Institute*

MANUFACTURERS' CENTER FOR LEGAL ACTION

Linda E. Kelly
Quentin Riegel
qriegel@nam.org
733 10th Street, NW, Suite 700
Washington, DC 20001
Telephone: (202) 637-3000
Facsimile: (202) 637-3182

AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS

Richard Moskowitz
RMoskowitz@afpm.org
1667 K Street, NW, Suite 700
Washington, DC 20006
Telephone: (202) 457-0480
Facsimile: (202) 457-0486

I hereby certify that I served the foregoing Motion to Intervene on:

| | |
|---|---|
| Julia A. Olson<br>Wild Earth Advocates<br>1216 Lincoln Street<br>Eugene, Oregon 97401<br>E-mail: juliaaolson@gmail.com<br><br>*Attorney for Plaintiffs* | Daniel M. Galpern<br>Law Offices of Daniel M. Galpern<br>1641 Oak Street<br>Eugene, Oregon 97401<br>E-mail: dan.galpern@gmail.com<br><br>*Attorney for Plaintiffs* |
| Philip L. Gregory<br>Cotchett, Pitre & McCarthy, LLP<br>840 Malcolm Road<br>Burlingame, California 94010<br>E-mail: pgregory@cpmlegal.com<br><br>*Attorney for Plaintiffs* | Justin Torres<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Natural Resources Section<br>601 D. Street NW<br>Washington, D.C. 20044<br>E-mail: justin.torres@usdoj.gov<br><br>*Attorney for Defendants* |

by the following indicated method or methods on the date set forth below:

☒ **CM/ECF system transmission.**

☐ **E-mail.** As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☐ **Facsimile communication device.**

☐ **First-class mail, postage prepaid.**

☐ **Hand-delivery.**

DATED this 12th day of November, 2015.

/s/ C. Marie Eckert
_____

C. Marie Eckert, P.C.
Oregon State Bar No. 883490

*Of Attorneys for Proposed Intervenor-Defendants The National Association of Manufacturers, American Fuel & Petrochemical Manufacturers, and American Petroleum Institute*

Page 1 -    Certificate of Service

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204