**C. Marie Eckert**, OSB No. 883490
marie.eckert@millernash.com
**Suzanne C. Lacampagne**, OSB No. 951705
suzanne.lacampagne@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  (503) 224-5858
Facsimile:  (503) 224-0155

**Roger R. Martella, Jr.**
rmartella@sidley.com
**Quin M. Sorenson**
qsorenson@sidley.com
**Benjamin E. Tannen**
btannen@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 736-8000
Facsimile:  (202) 736-8711

Attorneys for Intervenor-Defendants
   The National Association of Manufacturers
   American Fuel & Petrochemical Manufacturers
   American Petroleum Institute

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **KELSEY CASCADIA ROSE JULIANA**, et al.,<br><br>            **Plaintiffs,**<br><br>     v.<br><br>**UNITED STATES OF AMERICA**, et al.,<br><br>            **Defendants.** | Case No.  6:15-cv-01517-TC<br><br>INTERVENORS' OPPOSITION TO MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF [ECF. NO. 60] |

The intervenors oppose John E. Davidson's motion for leave to file an *amicus curiae* brief (Doc. 60) on grounds as set forth in the federal defendants' separate opposition to the motion (Doc. 62).

DATED this 7th day of March, 2016.

MILLER NASH GRAHAM & DUNN LLP

/s/ C. Marie Eckert
C. Marie Eckert, OSB No. 883490
marie.eckert@millernash.com
Suzanne C. Lacampagne, OSB No. 951705
suzanne.lacampagne@millernash.com
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: (503) 224-5858

SIDLEY AUSTIN LLP

/s/ Roger R. Martella, Jr.
Roger R. Martella, Jr.
rmartella@sidley.com
Quin M. Sorenson
qsorenson@sidley.com
Benjamin E. Tannen
btannen@sidley.com
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000

*Attorneys for Intervenor-Defendants*

CERTIFICATE OF COMPLIANCE

This filing complies with the applicable word-count limitation under LR 7-2(b), 26-3(b), 54-1(c), or 54-3(e) because it contains 33 words, including headings, footnotes, and quotations, but excluding the caption, table of contents, table of cases and authorities, signature block, exhibits, and any certificates of counsel.

Dated: March 7, 2016

                /s/ C. Marie Eckert
                C. Marie Eckert

I hereby certify that I served the foregoing Intervenors' Opposition to Motion for Leave to File Amicus Curiae Brief [ECF No. 60] on:

| | |
|---|---|
| Julia A. Olson<br>Wild Earth Advocates<br>1216 Lincoln Street<br>Eugene, Oregon  97401<br>E-mail:  juliaaolson@gmail.com<br><br>*Attorney for Plaintiffs* | Daniel M. Galpern<br>Law Offices of Daniel M. Galpern<br>1641 Oak Street<br>Eugene, Oregon  97401<br>E-mail:  dan.galpern@gmail.com<br><br>*Attorney for Plaintiffs* |
| Philip L. Gregory<br>Cotchett, Pitre & McCarthy, LLP<br>840 Malcolm Road<br>Burlingame, California  94010<br>E-mail:  pgregory@cpmlegal.com<br><br>*Attorney for Plaintiffs* | Sean C. Duffy<br>United States Department of Justice<br>Environment & Natural Resources Division<br>Natural Resources Section<br>P.O. Box 7611<br>Washington, D.C.  20044<br>E-mail:  sean.c.duffy@usdoj.gov<br><br>*Attorney for Defendants* |

Page 1 Certificate of Service

70084271.1

Charles M. Tebbutt
Law Offices of Charles M. Tebbutt, P.C.
941 Lawrence
Eugene, Oregon 97401
E-mail: charlie@tebbuttlaw.com

*Attorney for Amici Curiae Global Catholic Climate Movement and Leadership Council of Women Religious*

by the following indicated method or methods on the date set forth below:

☒ **CM/ECF system transmission.**

☐ **E-mail.** As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☐ **Facsimile communication device.**

☐ **First-class mail, postage prepaid.**

☐ **Hand-delivery.**

DATED this 7th day of March, 2016.

/s/ C. Marie Eckert

C. Marie Eckert, P.C.
Oregon State Bar No. 883490

*Of Attorneys for Intervenor-Defendants The National Association of Manufacturers, American Fuel & Petrochemical Manufacturers, and American Petroleum Institute*

Page 2 Certificate of Service

70084271.1