**C. Marie Eckert, OSB No. 883490**
marie.eckert@millernash
**Suzanne C. Lacampagne**, OSB No. 951705
suzanne.lacampagne@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Telephone: (503) 224-5858
Facsimile: (503) 224-0155

**Roger R. Martella, Jr.**
rmartella@sidley.com
**Quin M. Sorenson**
qsorenson@sidley.com
**Benjamin E. Tannen**
btannen@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

Attorneys for Intervenor-Defendants
National Association of Manufacturers
American Fuel & Petrochemical Manufacturers
American Petroleum Institute

### UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| **KELSEY CASCADIA ROSE JULIANA,** et al., <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES OF AMERICA**, et al., <br><br> Defendants. | Case No. 6:15-cv-01517-TC <br><br> **INTERVENOR-DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO FIRST AMENDED COMPLAINT** |

Page 1 -    Intervenor-Defendants' Motion for Extension of Time to File Answer to First
            Amended Complaint

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

4851-6695-0205.3

## LR 7-1 CERTIFICATION

The undersigned certifies that the parties have conferred regarding this motion, but have been unable to reach agreement. The United States of America, *et al.* (the "Federal Defendants") consent to this motion, but the plaintiffs oppose this motion.

## MOTION

Intervenor-Defendants National Association of Manufacturers, American Fuel & Petrochemical Manufacturers, and the American Petroleum Institute ("Intervenor-Defendants") respectfully move the Court for an extension of time until December 15, 2016, to file their answer to the Plaintiffs' First Amended Complaint. Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the Court may grant extensions of time for good cause so long as a motion for extension is filed prior to the relevant deadline. The grounds for Intervenor-Defendants' motion are as follows.

1. Plaintiffs filed their original Complaint on July 12, 2015, and their First Amended Complaint on September 10, 2015. The Federal Defendants and Intervenor-Defendants filed timely motions to dismiss thereafter. Briefing on the motions to dismiss concluded on February 19, 2016, and Magistrate Judge Thomas Coffin held a hearing on March 9, 2016. Magistrate Judge Coffin issued Findings & Recommendation to deny the motions to dismiss of both the Federal Defendants and Intervenor-Defendants. The Federal Defendants and Intervenor-Defendants filed Objections to the Findings & Recommendation on May 2, 2016, and the Court heard oral arguments on the Objections on September 13, 2016. The Court issued an order adopting the Findings & Recommendation of Magistrate Judge Coffin and denied the motions to dismiss on November 10, 2016.

Page 2 -   Intervenor-Defendants' Motion for Extension of Time to File Answer to First Amended Complaint

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

4851-6695-0205.3

2. Pursuant to Fed. R. Civ. P. 12(a)(4)(A), where the Court denies a motion to dismiss, Intervenor-Defendants must file an Answer to the First Amended Complaint within 14 days. Here, the time for Intervenor-Defendants to file their answer falls on the Thanksgiving holiday, November 24, 2016, and the Court is closed.  According to the Court's list of Holiday Closure Dates, it is also closed on November 25, 2016.  Pursuant to Fed. R. Civ. P. 6(a)(1)(C), Intervenor-Defendants' answer would therefore be due on November 28, 2016.

3. On November 14, 2016, Magistrate Judge Coffin scheduled a Rule 16 Conference on November 28, 2016.  According to Magistrate Judge Coffin's order, the parties will discuss, among other things, discovery, potential trial dates, alternative dispute resolution, and proposed modifications to the initial Discovery and Pretrial Scheduling Order.

4. Further, the Plaintiffs' First Amended Complaint contains 100 pages and some 310 paragraphs of allegations regarding complex legal, scientific, and technical allegations. Intervenor-Defendants would otherwise be required to draft their Answer to the First Amended Complaint, in part, during an extended holiday weekend, which will add further challenges to the necessary drafting and review process. These circumstances will significantly limit the already brief time given to answer such complicated allegations. Intervenor-Defendants therefore respectfully request an extension of time to file their Answer to the First Amended Complaint until December 15, 2016.

Page 3 -    Intervenor-Defendants' Motion for Extension of Time to File Answer to First
            Amended Complaint

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

4851-6695-0205.3

5. Intervenor-Defendants note that such an extension would have no substantial effect on the current schedule for this matter – which will be determined on November 28, 2016 – and will not result in undue delay or prejudice to any party.

DATED this 18th day of November 2016

    MILLER NASH GRAHAM & DUNN LLP

    /s/ C. Marie Eckert
    C. Marie Eckert, OSB No. 883490
    marie.eckert@millernash.com
    Suzanne C. Lacampagne, OSB No. 951705
    suzanne.lacampagne@millernash.com
    3400 U.S. Bancorp Tower
    111 S.W. Fifth Avenue
    Portland, Oregon 97204
    Telephone: (503) 224-5858

    SIDLEY AUSTIN LLP

    /s/ Roger R. Matella, Jr.
    Roger R. Martella, Jr.
    rmartella@sidley.com
    Quin M. Sorenson
    qsorenson@sidley.com
    Benjamin E. Tannen
    btannen@sidley.com
    1501 K Street, N.W.
    Washington, D.C. 20005
    Telephone: (202) 736-8000

*Attorneys for Intervenor-Defendants National Association of Manufacturers, American Fuel & Petrochemical Manufacturers, and American Petroleum Institute*

Page 4 -    Intervenor-Defendants' Motion for Extension of Time to File Answer to First Amended Complaint

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

4851-6695-0205.3

1  I hereby certify that I served the foregoing Intervenor-Defendants' Motion for
2  Extension of Time to File Answer to First Amended Complaint on:

3  Julia A. Olson                                    Daniel M. Galpern
   Wild Earth Advocates                              Law Offices of Daniel M. Galpern
4  1216 Lincoln Street                               1641 Oak Street
   Eugene, Oregon  97401                             Eugene, Oregon  97401
5  E-mail:  juliaaolson@gmail.com                    E-mail:  dan.galpern@gmail.com

6  *Attorney for Plaintiffs*                         *Attorney for Plaintiffs*

7  Philip L. Gregory                                 Sean C. Duffy
   Cotchett, Pitre & McCarthy, LLP                   United States Department of Justice
8  840 Malcolm Road                                  Environment & Natural Resources Division
   Burlingame, California  94010                     Natural Resources Section
9  E-mail:  pgregory@cpmlegal.com                    P.O. Box 7611
                                                     Washington, D.C.  20044
10 *Attorney for Plaintiffs*                         E-mail:  sean.c.duffy@usdoj.gov

11                                                   *Attorney for Defendants*

12 Charles M. Tebbutt                                Michelle A. Blackwell
   Law Offices of Charles M. Tebbutt, P.C.           Blackwell Law PC
13 941 Lawrence                                      P.O. Box 10326
   Eugene, Oregon  97401                             Eugene, Oregon  97440
14 E-mail:  charlie@tebbuttlaw.com                   E-mail:  mblackwell@blackwell.law

15 *Attorney for Amici Curiae Global Catholic        Attorney for Amicus Curiae John Davidson*
   *Climate Movement and Leadership Council*
16 *of Women Religious*

17
18
19
20
21
22
23
24
25
26

Page 1 -    Certificate of Service

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

4851-6695-0205.3

| | |
|---|---|
| 1 | Travis Stephen Eiva |
| | Zemper Eiva Law |
| 2 | 101 E. Broadway, Suite 303 |
| | Eugene, Oregon 97401 |
| 3 | E-mail: travis@zempereiva.com |
| 4 | *Attorney for Amici League of Women* |
| | *Voters of the United States/League of* |
| 5 | *Women Voters of Oregon* |

6  by the following indicated method or methods on the date set forth below:

7    ☒    **CM/ECF system transmission.**

8

9         DATED this 18th day of November, 2016.

10

11                                    /s/ C. Marie Eckert
                                      C. Marie Eckert, P.C.
12                                    Oregon State Bar No. 883490
                                      *Of Attorneys for Intervenor-Defendants*
13                                    *National Association of Manufacturers,*
                                      *American Fuel & Petrochemical*
14                                    *Manufacturers, and American Petroleum*
                                      *Institute*
15

16

17

18

19

20

21

22

23

24

25

26

Page 2 -    Certificate of Service

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

4851-6695-0205.3