JULIA A. OLSON (OR Bar 062230)
juliaaolson@gmail.com
WILD EARTH ADVOCATES
1216 Lincoln Street
Eugene, OR 97401
Tel: (415) 786-4825

DANIEL M. GALPERN (OR Bar 061950)
dan.galpern@gmail.com
LAW OFFICES OF DANIEL M. GALPERN
1641 Oak Street
Eugene, OR 97401
Tel: (541) 968-7164

JOSEPH W. COTCHETT
jcotchett@cpmlegal.com
PHILIP L. GREGORY (*pro hac vice*)
pgregory@cpmlegal.com
PAUL N. MCCLOSKEY
pmccloskey@cpmlegal.com
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **KELSEY CASCADIA ROSE JULIANA**; **XIUHTEZCATL TONATIUH M.**, through his Guardian Tamara Roske-Martinez; et al., <br><br> Plaintiffs, <br><br> v. <br><br> The **UNITED STATES OF AMERICA**; **DONALD J. TRUMP**, in his official capacity as President of the United States; et al., <br><br> Federal Defendants. | Case No.: 6:15-cv-01517-TC <br><br> PLAINTIFFS' SUBSTITUTION OF PARTIES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 25(d) |

**PLAINTIFFS' SUBSTITUTION OF PARTIES PURSUANT TO RULE 25(d)**

Plaintiffs, by and through counsel, and pursuant to Fed.R.Civ.P. 25(d), hereby substitute **DONALD J. TRUMP** as a named party in place of BARACK OBAMA. In support of this substitution, Plaintiffs state as follows:

1. At the time this suit was filed, defendant BARACK OBAMA was President of the United States and was a named party to this action in his official capacity as President of the United States. As of January 20, 2017, defendant BARACK OBAMA is no longer President of the United States.

2. As of January 20, 2017, **DONALD J. TRUMP** is President of the United States.

3. Under Fed.R.Civ.P. 25(d)(1), "[w]hen a public officer is a party to an action in an official capacity and during his pendency … ceases to hold office, the action does not abate and the officer's successor is automatically substituted as a party." As defendant BARACK OBAMA was sued in his official capacity as President of the United States and is no longer President, and **DONALD J. TRUMP** is now President of the United States, Plaintiffs hereby substitute **DONALD J. TRUMP**, in his official capacity as President of the United States, as a party defendant for the former President of the United States and previously named defendant BARACK OBAMA pursuant to Fed.R.Civ.P. 25(d).

Respectfully submitted this 9th day of February, 2017,

    *s/ Philip L. Gregory*
    PHILIP L. GREGORY (*pro hac vice*)
    pgregory@cpmlegal.comK
    **COTCHETT, PITRE & McCARTHY, LLP**
    840 Malcolm Road
    Burlingame, CA 94010
    Tel: (650) 697-6000
    Fax: (650) 697-0577

**PLAINTIFFS' SUBSTITUTION OF PARTIES PURSUANT TO RULE 25(d)**    1

JULIA OLSON (OR Bar 062230)
juliaaolson@gmail.com
**WILD EARTH ADVOCATES**
1216 Lincoln St.
Eugene, OR 97401
Tel: (415) 786-4825

DANIEL M. GALPERN (OR Bar 061950)
dan.galpern@gmail.comK
**LAW OFFICES OF DANIEL M. GALPERN**
1641 Oak Street
Eugene, OR 97401
Tel: (541) 968-7164

*Attorneys for Plaintiffs*

**PLAINTIFFS' SUBSTITUTION OF PARTIES PURSUANT TO RULE 25(d)**     2