**C. Marie Eckert, OSB No. 883490**
marie.eckert@millernash.com
**Suzanne C. Lacampagne**, OSB No. 951705
suzanne.lacampagne@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: (503) 224-5858
Facsimile: (503) 224-0155

**Frank R. Volpe**
fvolpe@sidley.com
**Benjamin E. Tannen**
btannen@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

Attorneys for Intervenor-Defendants
National Association of Manufacturers
American Fuel & Petrochemical Manufacturers
American Petroleum Institute

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| **KELSEY CASCADIA ROSE JULIANA,** et al., | Case No. 6:15-cv-01517-TC |
| Plaintiffs, | |
| v. | INTERVENOR-DEFENDANTS' MOTION FOR CERTIFICATION OF ORDER FOR INTERLOCUTORY APPEAL |
| **UNITED STATES OF AMERICA**, et al., | |
| Defendants. | Expedited Hearing Requested |

**Page 1 -** Intervenor-Defendants' Motion for Certification of Order for Interlocutory Appeal

## MOTION FOR CERTIFICATION

Intervenor-Defendants the National Association of Manufacturers, American Fuel & Petrochemical Manufacturers, and American Petroleum Institute (collectively, "the intervenor-defendants") respectfully move the Court to certify its November 10, 2016 Opinion and Order ("Order") for interlocutory appeal pursuant to 28 U.S.C. § 1292(b) due to its holding on the political question doctrine. *See* Dkt. 83. Specifically, the intervenor-defendants request that the Court certify the following question for interlocutory appeal:

> Whether the political question doctrine bars the plaintiffs' claims that the federal government has violated their constitutional rights through alleged action or inaction concerning climate change for which the plaintiffs request wide-ranging injunctive relief that would reshape the United States' climate change and energy policies without legislative or statutory authority.

Pursuant to Local Rule 7-1, the intervenor-defendants have conferred with counsel for both the federal defendants and the plaintiffs regarding this motion, and have been advised that the federal defendants support the intervenor-defendants' motion for certification of issues for interlocutory appeal while the plaintiffs oppose this motion.

As discussed in the supporting memorandum of law, the Order satisfies the requirements of 28 U.S.C. § 1292(b) because its holding that the political question doctrine does not bar the plaintiffs' claims is "a controlling question of law." *Id.* Second, "there is substantial ground for difference of opinion" concerning whether the political question doctrine bars the plaintiffs' claims. *Id.* Finally, resolution of this legal issue will likely "materially advance the ultimate termination of th[is] litigation." *Id.*

The intervenor-defendants join the federal defendants' Motion to Certify Order for Interlocutory Appeal, Dkt. 120, 120-1, including their request for expedited review of the motions for interlocutory appeal. The intervenor-defendants also join the federal defendants'

Motion to Stay Litigation, Dkt. 121.

      WHEREFORE, the intervenor-defendants respectfully request that their motion for certification be granted.

      DATED this 10th day of March 2017.

      MILLER NASH GRAHAM & DUNN LLP

      /s/ C. Marie Eckert
C. Marie Eckert, OSB No. 883490
marie.eckert@millernash.com
Suzanne C. Lacampagne, OSB No. 951705
suzanne.lacampagne@millernash.com
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: (503) 224-5858

SIDLEY AUSTIN LLP

/s/ Frank R. Volpe
Frank R. Volpe
fvolpe@sidley.com
Benjamin E. Tannen
btannen@sidley.com
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000

*Attorneys for Intervenor-Defendants
National Association of Manufacturers,
American Fuel & Petrochemical Manufacturers,
and American Petroleum Institute*

Page 3 -    Intervenor-Defendants' Motion for Certification of Order for Interlocutory Appeal

I hereby certify that I served the foregoing Motion for Certification of Order for Interlocutory Appeal on:

Julia A. Olson
Wild Earth Advocates
1216 Lincoln Street
Eugene, Oregon  97401
E-mail:  juliaaolson@gmail.com

*Attorney for Plaintiffs*

Philip L. Gregory
Cotchett, Pitre & McCarthy, LLP
840 Malcolm Road
Burlingame, California  94010
E-mail:  pgregory@cpmlegal.com

*Attorney for Plaintiffs*

Charles M. Tebbutt
Law Offices of Charles M. Tebbutt, P.C.
941 Lawrence
Eugene, Oregon  97401
E-mail:  charlie@tebbuttlaw.com

*Attorney for Amici Curiae Global Catholic Climate Movement and Leadership Council of Women Religious*

Daniel M. Galpern
Law Offices of Daniel M. Galpern
1641 Oak Street
Eugene, Oregon  97401
E-mail:  dan.galpern@gmail.com

*Attorney for Plaintiffs*

Sean C. Duffy
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C.  20044
E-mail:  sean.c.duffy@usdoj.gov

*Attorney for Defendants*

Michelle A. Blackwell
Blackwell Law PC
P.O. Box 10326
Eugene, Oregon  97440
E-mail:  mblackwell@blackwell.law

*Attorney for Amicus Curiae John Davidson*

Page 1 -     Certificate of Service

Travis Stephen Eiva
Zemper Eiva Law
101 E. Broadway, Suite 303
Eugene, Oregon 97401
E-mail: travis@zempereiva.com

*Attorney for Amici League of Women Voters of the United States/League of Women Voters of Oregon*

by the following indicated method or methods on the date set forth below:

☒　　**CM/ECF system transmission.**

DATED this 10th day of March 2017.

/s/ Benjamin E. Tannen
Benjamin E. Tannen
*Of Attorneys for Intervenor-Defendants National Association of Manufacturers, American Fuel & Petrochemical Manufacturers, and American Petroleum Institute*

Page 2 -    Certificate of Service