Exhibit 1 to Declaration of Julia A. Olson

**American Fuel and Petrochemical Manufacturers' Association Members**

Advanced Refining Technologies
AECOM
Aegis Energy Advisors Corp.
Afton Chemical Corporation
Air Liquide Large Industries U.S. LP
Airgas, Inc.
Akzo Nobel Polymer Chemicals
Albemarle Corporation
Alfa Laval Packinox
AlixPartners LLP
All4 Inc.
Allied Universal
Allied Universal Security
AltairStrickland, Inc.
Altran North America
Ambitech Engineering Corporation
Amec Foster Wheeler
American Refining Group, Inc.
Amerisafe Consulting & Safety Services
Apex Companies, LLC
Apprion, Inc.
Aramco
Argo, Inc.
Argus Media
Arkema Inc.
Aspen Technology, Inc.
Asset Performance Networks
Athlon Solutions
Atlantic Methanol Production Co.
Austin Industrial, Inc.
Axens North America
Axion Energy
AZZ WSI
Babcock & Wilcox
BAKER & O'BRIEN
Baker Hughes Incorporated
Barr Engineering Company
BASF Corporation
Bay Ltd.
Bechtel Corporation
Big West Oil, LLC
Booz Allen Hamilton, Inc.
Bouchard Transportation Co., Inc.
BP Petrochemicals

BP Products North America
Brand Energy and Infrastructure Services
Braskem America, Inc.
Brenntag North America, Inc.
Brinderson, L.P.
Brock Group
Brown and Caldwell
Burns & McDonnell
C&I Engineering
Cajun Industries, LLC
Calcasieu Refining Company
Campbell Fittings, Inc.
CARBER
Catalyst & Chemical Containers
CB&I
Celanese Ltd.
Cenovus Energy Inc.
CertifiedSafety, Inc.
CH2M
Chemical Data
Chemium International Corp.
ChemTreat, Inc.
Chevron Lummus Global LLC
Chevron Phillips Chemical Company LP
Chevron U.S.A. Inc.
China Petrochemical Technology Company Limited
CHS Inc.
CITGO Petroleum Corporation
Clariant Corporation
Clean Air Engineering
Clean Harbors Energy and Industrial Services Corp.
Clean Harbors Environmental Svcs
CMC - Commercial Metals Company
CME Group
Consumers' Co-operative Refineries Ltd
Contanda LLC
Contract Fabricators, Inc.
Cooling Tower Depot, Inc.
Cornerstone Chemical
Countrymark Cooperative Holding Corporation
Criterion Catalysts & Technologies
Crystaphase
Cust-O-Fab
CVR Energy, Inc.
Delamine B.V.
Delek Refining Ltd.

Deloitte
Deployed Resources
DEWright, Inc.
Dorf Ketal Chemicals, LLC
Downstream Advisors, Inc.
Dresser-Rand
DuPont Clean Technologies
DuraTherm, Inc. Division of Clean Harbors ES
EA Engineering, Science, and Technology, Inc.
Eastman Chemical Company
Echo Group, Ltd.
Emerson Automation Solutions
Emission Monitoring Services, Inc.(EMSI)
Enterprise Products Operating LLC
Environmental Resources Management
Envirosystems Inc.
Ergon, Inc.
Essar Oil Limited
Eurecat U.S. Incorporated
Evergreen Industrial Services
Evonik Corporation
Excel Modular Scaffold
Exxon Mobil Corporation
ExxonMobil Chemical Co.
Firestone Polymers
Flexitallic L.P.
Flint Hills Resources, LP
Fluor Corporation
Formosa Plastics Corporation, USA
Gallop Tower Field Service
Gantrade Corporation
Gary-Williams Corporation
Gayesco-WIKA USA
GE Water & Process Technologies
GHD Services
Graywolf Industrial Company
GTC Technology US, LLC
Gulf Chemical & Metallurgical Corp.
Gulf Publishing - Hydrocarbon Processing
Gulfspan Industrial, LLC
Haldor Topsoe, Inc.
Hargrove Engineers + Constructors
Helm AG
Hertz Equipment Rental Corporation
HOERBIGER Compression Technology
HollyFrontier Corporation

Honeywell Inc.
Houston Area Safety Council (HASC)
Houston Refining, LP
HPCL - Mittal Energy Ltd.
HTI
Hunt Refining Company
Hunter Buildings & Manufacturing, LP
Huntsman Corporation
Husky Energy
HydroChem LLC
IAG
ICIS
ICL
IHS Markit
IMI Z&J
Industrias Derivadas Del Etileno, S.A. DE C.V.
INEOS Olefins & Polymers USA
Infineum USA L.P.
Ingenero
Innospec Fuel Specialties LLC
Inserv - Integrated Service Company LLC
InterAtlas Chemical Inc.
Interchem USA
Intertek PARC
ioMosaic Corporation
Irving Oil Limited
ITOCHU Chemicals America Inc.
J.J. White, Inc.
Jacobs Engineering Group Inc.
James & Luther, Inc.
JCL Safety Services
JO Tankers Inc.
Johnson Matthey Process Technologies
Katten Muchin Rosenman LLP
KBC Advanced Technologies, Inc.
KBR
Kiewit
KiOR, Inc.
Kirby Inland Marine, LP
Koch Industries, Inc.
Kolmar Americas, Inc.
KP Engineering, LP
KPMG LLP
LANXESS Corporation
Lauren Engineers & Constructors, Inc.
LBC Houston, LP

Leidos Engineering LLC
Lewis Goetz
Liskow & Lewis
Lucite International Inc.
Lummus Technology
LyondellBasell Industries
MAHLE Industrial Filtration
Marathon Petroleum Corporation
Marubeni America Corporation
Masterank America Inc.
Matheson
Matrix Service
McKinsey & Company
MEGlobal
Merichem Company
Meridium Inc.
MERRICK & Company
Middough Inc.
MISTRAS Group Inc.
Mitsubishi International Corporation
Mitsui & Co. (U.S.A.), Inc.
Monroe Energy, LLC
Montrose Environmental Group, Inc.
Motiva Enterprises LLC
Muse, Stancil & Company
NALCO Champion
Navigant Consulting, Inc.
Nexant Inc.
Nooter Corporation
North West Redwater Partnership (NWR)
Norton Engineering Consultants, Inc.
NOVA Chemicals Corporation
NovaPex
Occidental Chemical Corporation
Odfjell USA (Houston) Inc.
Ohmstede
Oiltanking
Old World Industries, LLC
Olin Chlor Alkali Products and Vinyls
Opportune LLP
OSIsoft
Oxea Corporation
Par Petroleum LLC
ParFab Companies
Parpinelli Tecnon
Pasadena Refining System, Inc.

PBF Energy Inc.
PCL Industrial Construction Co.
PCS Sales
Performance Contractors, Inc.
Perstorp Specialty Chemicals
Petrojam Limited
PETROTRIN
Phillips 66
Pilko & Associates, Inc.
Placid Refining Company
Plant Automation Services, Inc.
Plant Performance Services LLC (P2S)
Porocel International, LLC
Praxair Inc.
PricewaterhouseCoopers
Process Consulting Services Inc.
Procter and Gamble Company
PSC
RAMBOLL ENVIRON
Recon Refractory Engineering & Const.
RedGuard
Refractory Construction Services Co., LLC
Reichhold
Reliability Management Group (RMG)
Reliance Industries Ltd.
Rentech Boiler Services, Inc.
Repcon, Inc.
Richard Industrial Group, Inc.
Rive Technology, Inc
Roddey Engineering Services, Inc.
S&B Engineers and Constructors Ltd.
SABIC
Sabin Metal Corporation
Safway Group
Sage Environmental Consulting
Samsung C&T America, Inc.
Satellite Shelters, Inc.
Savage
Scheck Mechanical Corporation
Schneider Electric
Sentinel Integrity Solutions
Service Radio - Industrial Blind Solutions
SGS Petroleum Service Corporation
Shaw Stone & Webster
Shell Chemical Company
Shermco Industries

SI Group
Siemens Energy, Inc. - Water Solutions
Sinclair Oil Corporation
SLR/E.Vironment, LLC
SNC-Lavalin
Sojitz Corporation of America
Solenis
Solomon Associates LLC
Solvay
Sonneborn, LLC
South Chicago Packing Co.
South Hampton Resources, Inc.
Southern Chemical Corporation
Spiral Software Limited
Spirit Environmental
SPX Cooling Technologies
SRI Consulting
Stancil & Co.
STARCON International Inc.
STC
Stolt-Nielsen USA, Inc.
Sulzer Chemtech USA, Inc.
Sumitomo Corporation of Americas
Sunbelt Rentals
Suncor Energy, Inc.
Swift Fuels, LLC
Systech Environmental Corporation
Systran, Inc.
T.A. Cook
TapcoEnpro, LLC.
Tauber Oil Company
Team, Inc.
Technip USA
Tecnon OrbiChem Ltd.
Tesoro Corporation
Texas Aromatics L.P.
Textron Aviation
The Dow Chemical Company
The Equity Engineering Group
The International Group, Inc.
The Linde Group
The Mundy Companies
The Williams Companies
Third Coast International
TIC - The Industrial Company
Tongsuh Petrochemical Corporation

Total Energy Corp.
Total Petrochemicals & Refining USA, Inc.
Total Safety U.S., Inc.
Toyota Tsusho America, Inc.
TPC Group
TRC
Tricon Energy, Ltd.
TRICORD Consulting, LLC
Trihydro Corporation
Trinity Consultants, Inc.
TrinityRail
Turnaround Logistics, Inc
Turner Industries Group, LLC
Turner, Mason & Company
U.S. Oil & Refining Co.
UBE Industries (America), Inc.
United Rentals, Inc.
Univar USA Inc.
Universal Plant Services, Inc.
UOP LLC - A Honeywell Company
Valero Energy Corporation
Vallen
Vapor Point, LLC
Veolia North America
Versalis S.p.A.
Vopak Americas
W. R. Grace & Co.
Waid Environmental
Watson Millican & Co.
Weaver
Western Refining Company
Westlake Chemical Corporation
William W. Rutherford & Associates
Wood Group Mustang
Wood Mackenzie
WorleyParsons
Yokogawa
Zachry Group
Zeeco, Inc.