Exhibit 3 to Declaration of Julia A. Olson



**NPRA**

International Petrochemical Conference
March 25-27, 2007
Convention Center
San Antonio, Texas

IPC-07-72        **Climate Change**

**Problem But Not Top Priority**

Presented By:

Name            Bjorn Lomborg
Title           Adjunct Professor
Company         Copenhagen Business School
Location        Copenhagen, Denmark

National Petrochemical & Refiners Association        1899 L Street, NW          202.457.0480 voice
                                                     Suite 1000                 202.429.7726 fax
                                                     Washington, DC             www.npra.org
                                                     20036.3896

This paper has been reproduced for the author or authors as a courtesy by the National Petrochemical & Refiners Association.  Publication of this paper does not signify that the contents necessarily reflect the opinions of the NPRA, its officers, directors, members, or staff. Requests for authorization to quote or use the contents should be addressed directly to the author(s)

# Climate change

*Problem, but not top priority*

Bjørn Lomborg

*www.lomborg.com*

# Two important points

- Remove our myths
  - Doomsday is not nigh
  - Thus, we don't have to act in desperation
- Essential information necessary to make the best possible decisions
  - There is only one bag of money but many good uses

# Are things really getting better?

- We have more leisure time, greater security and fewer accidents, more education, more amenities, higher incomes, fewer starving, more food and a healthier and longer life.

  - Both for the industrialized and developing world



# Calories for developed and developing countries, 1961-2050

*FAO 2007*

# Are things really getting better? II

- At the same time, the environmental load in many of the important areas has decreased:
  - air
  - water

- And in general we need to focus on the costs and advantages:
  - our chemical fears, e.g. pesticides
  - global warming

# We believe things are bad

- Where are we worried?



# Why so much bad news?

- Research
  - built-in bias
- Interest Organizations
  - argue for a specific case
- Media
  - single issue
  - bad news sells better

# Resources

## - are there enough to support our future?

# Oil, Consumption Time



*Simon et al. 1994 & EIA 1997, 1999, 2000*

# Prices on Raw Materials, 1845-2000



*Economist 2001*

# Pollution

## *- are we undermining welfare?*

# Particles and SO₂ in London, 1585-1997



*Brimblecombe 1977, Laxen & Thomsen 1987, Elsom 1997, OECD 1999*

# And the developing world?

- Pollution has a tendency to get first worse with economic growth, then better

- Thus, *both* growth and environment



*World Bank 1992, Shafik 1994*



# Global warming

## What to do?

# Four central points

- Global warming is real and man-made
  - UN/IPCC conclusion
- Consequences vastly exaggerated
  - E.g. Al Gore
- We need smarter solutions
  - Not "now or never" but "now or later"
- Climate change not the only problem
  - Many other, better solutions first



1

Global warming is real
and man-made

# Climate change is real

- On the agenda, thanks to Al Gore
- The best information from the UN Climate Panel, IPCC
- Likely temperature rise by 2100
  - 2.6°C (4.7°F)
- Total cost of $15 trillion
  - 0.5% of 21st century $3,000 trillion GDP
- Need *smart* strategy

# Global warming and
# other costs of the 21ˢᵗ century



IPCC 2000

# Global temperature 1856-2006



*Jones et al. 2007*

# 2

## Consequences vastly exaggerated

### Leading to bad judgment

# Al Gore and the standard story

- Gore and many others tell us
  - Planetary emergency
    - "We have just ten years to avert a major catastrophe that could send our entire planet into a tail-spin of epic destruction involving extreme weather, floods, droughts, epidemics and killer heat waves beyond anything we have ever experienced."

- Four central issues
  - Heat deaths
  - Sea level rise
  - Hurricanes
  - Malaria

# 1 Higher mortality with heat?

- Heat and cold deaths
  - In the UK
    - 2,000 more heat deaths by 2080
  - But fewer cold deaths
    - 20,000 fewer
  - Likewise in the US
    - 174,000 net fewer deaths by 2050

*Bosello, Roson, & Tol, 2006; Keatinge & Donaldson, 2004; Keatinge et al., 2000*

# Higher temperature, fewer deaths – also globally



*Bosello et al. 2006*

# 2 Sea level rise

- Sea levels will rise
- But not a catastrophe
  - About 1 foot over the next 100 years
    - Not Al Gores' 20 feet
  - About 1 foot the last 150 years
    - Did we worry?

# Sea level rise

- Sea levels will rise
  - Mostly due to warmer water expanding
- But not a catastrophe
  - 30cm over the next 100 years
    - Not Al Gores' 7 meters
  - 30cm the last 150 years
    - Did we worry?
  - Maldives lose 77% land (121% BNP)
    - Yes, if they don't act, but 0,00014% if they act efficiently (cost: 0,1% BNP)

# Al Gore: melt from Greenland

- Greenland till 2100
  - Gore predict 20 feet
  - IPCC predict 1.4 inch
    - This is 174 times exaggerated
    - Not helpful in a democratic debate
    - The impression of immediate inundation



# 3 Hurricanes: ever costlier in the US

- Damage costs from hurricanes in the US



*Pielke et al. 2007*

# More people with more goods in exposed areas

- Damage costs if all hurricanes had hit the US in 2007



*Pielke et al. 2007*

# Hurricanes:
## Fix climate or social vulnerability

Pielke 2005

- **If we stop climate change**
  - Prevent 10% damage increase
- **If we end social vulnerability**
  - Prevent 480% damage increase
- **Which knob should we focus on?**



**Increase in hurricane losses till 2050**

climate change | social vulnerability

0% 50% 100% 150% 200% 250% 300% 350% 400% 450% 500%

# 4 More malaria from heat?

- **Malaria is weakly connected to heat**
  - But much more dependent on wealth and treatment
  - Malaria endemic in Europe & US in little ice age
    - Even malaria in the Arctic circle
    - 20% malaria in Moscow in the 1940s
  - As economies strengthened, we dealt with malaria
    - Even as temperatures increased
  - Thus, with economic growth comes lower malaria
  - Is climate the right knob to turn?

# Which knob to tackle malaria?

- We can save 400 times more
- At less than 2% of the cost



# 5 Melting glaciers

- Al Gore shows us melting glaciers
  - But not surprising
  - Maximal extent of glaciers since the last ice age was around 1750

- We are told we're loosing the last 10,000 years of stable climate
  - Wrong. IPCC tells us that glaciers were almost absent 9,000–6,000 years ago

# Kilimajaro melt

Kaiser et al. 2004

# Swiss Argentiere Glacier 1966



# Swiss Argentiere Glacier 1850



# Media tends to over-worry
## *"The Ice Age Cometh?" 1975*

- "Threat of climatic changes"
- "Climate change: Chilling Possibilities"

  - The unusually beneficial climate of the past few decades may be degenerating, facing humanity with a new cahllenge to survival

  - We may be approaching the end of a major interglacial cycle.

  - This transition would involve only a small change of global temperature – 2 or 3 degrees – but the impact on civilization would be catastrophic.

  - Scientists once thought the onset of an ice age would be very gradual... but recent studies ... indicate the transition can be rather sudden.

*Cover of Science News 1975*





# 6 Consequences for agriculture
## (production of cereals)

*Fischer et al. 2005*

# Changes in hunger

*Arnell 2004*



# Again, which knob?



# 3

## Smarter options needed:
Kyoto or EU 20% high cost-no gain

# Kyoto:
# Postpone warming by 5 years

- Cost of Kyoto
  - $180 billion per year

*Wigley 1998*



Temperature change, °C — Busines-as-usual / Kyoto

# Total cost/benefit of Kyoto

*Nordhaus 2006*



# EU's new 20% cut by 2020: Postpone warming by 2 years

*Nordhaus 2006*



- Cost
  - $90 billion per year



# Gore solution:
## Postpone warming by 4.5 years

- Replace payroll tax
- Cost
  - $160 billion per year
- Consequence
  - $1.25 per gallon
  - Essentially, US do a Kyoto all by itself

*Nordhaus 2006*



# All peer reviewed cost-benefit show little effort now

- Only Stern review shows otherwise
  - Easily end up making policies that do more harm than climate change

*Tol and Yohe 2006*



# Why?

- Because cost is now, benefit *much* later



Stabilizing at 1990 levels

*Nordhaus 2006*

# Global warming overview
## *All Cost/Benefit: Do little*

*Nordhaus 2006*



# Global warming and other costs of the 21st century

*IPCC 2000*



# Smarter way forward

- Long-term problem, long-term solution
  - Invest 0.05% of GDP in RD&D of non-carbon emitting energy technologies
  - $25 billion/year
  - Let each country focus on its own future
    - renewables, fission, fusion, conservation, carbon storage
  - Will solve global warming in the medium term

# 4

## Many other problems where we can do much more good

# Gore:
## our generational mission

- How do we want to be remembered?
  - Spending $180 billion/year doing virtually no good a hundred years from now? (Kyoto etc.)

- Compare this to
  - For $75 billion/year the UN estimate we can solve all major basic problems
    - Clean drinking water
    - Sanitation
    - Basic healthcare
    - Primary education

# Copenhagen Consensus

## Top economists: Most bang for the buck

|  |  |  | Good per dollar |
|---|---|---|---|
| 1 | HIV/AIDS | | $40 |
| 2 | Micronutrients | | $30 |
| 3 | Free trade | | $20 |
| 4 | Malaria | | $15 |
| : | : | | |
| : | : | | |
| 16 | Kyoto Protocol | | $0.25 |

*Very good investments*

*Bad investments*

# Summary

- We are moving in the right direction
  - Many environmental indicators better
  - We need to focus on the right priorities
- Global warming is real & man-made
- Often wildly exaggerated
  - Harms our ability to make good judgment
- We need smart decisions
  - Not fast, expensive and useless cuts but
  - long-term, cost-effective investment in R&D
- Many other opportunities much better
  - Our real generational mission

