JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division

LISA LYNNE RUSSELL, Chief
GUILLERMO A. MONTERO, Assistant Chief
SEAN C. DUFFY (NY Bar No. 4103131)
MARISSA PIROPATO (MA Bar No. 651630)
Trial Attorneys
Natural Resources Section
601 D Street NW
Washington, DC 20004
(202) 305-0445 (Duffy)
(202) 305-0470 (Piropato)
sean.c.duffy@usdoj.gov
marissa.piropato@usdoj.gov

*Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

**KELSEY CASCADIA ROSE JULIANA**, et al.,

    Plaintiffs,

Case No. 6:15-cv-01517-TC

v.

**NOTICE OF FILING PETITION FOR WRIT OF MANDAMUS**

**UNITED STATES OF AMERICA**, et al.,

    Federal Defendants.

### NOTICE OF FILING PETITION FOR WRIT OF MANDAMUS

Federal Defendants, by and through undersigned counsel, hereby give notice of the filing in the United States Court of Appeals for the Ninth Circuit of a Petition for a Writ of Mandamus to the United States District Court for the District of Oregon and Request for Stay of Proceedings in District Court ("Petition"). A copy of the Petition is filed herewith as an exhibit to this Notice.

NOTICE OF FILING PETITION FOR
WRIT OF MANDAMUS           1

Dated: June 9, 2017

Respectfully submitted,

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division

*/s/ Sean C. Duffy*
LISA LYNNE RUSSELL
GUILLERMO A. MONTERO
SEAN C. DUFFY (NY Bar No. 4103131)
MARISSA PIROPATO (MA Bar No. 651630)
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
601 D Street NW
Washington, DC 20004
Telephone: (202) 305-0445
Facsimile: (202) 305-0506
sean.c.duffy@usdoj.gov

*Attorneys for Federal Defendants*

### Certificate of Service

I hereby certify that on June 9, 2017, I filed the foregoing with the Clerk of Court via the CM/ECF system, which will provide service to all attorneys of record.

*/s/ Sean C. Duffy*
Sean C. Duffy

*Attorney for Federal Defendants*