| | |
|---|---|
| JULIA A. OLSON (OR Bar 062230) | JOSEPH W. COTCHETT |
| juliaaolson@gmail.com | jcotchett@cpmlegal.com |
| WILD EARTH ADVOCATES | PHILIP L. GREGORY (*pro hac vice*) |
| 1216 Lincoln Street | pgregory@cpmlegal.com |
| Eugene, OR 97401 | PAUL N. MCCLOSKEY |
| Tel: (415) 786-4825 | pmccloskey@cpmlegal.com |
| | COTCHETT, PITRE & McCARTHY, LLP |
| | San Francisco Airport Office Center |
| | 840 Malcolm Road |
| | Burlingame, CA 94010 |
| | Tel: (650) 697-6000 |
| | Fax: (650) 697-0577 |

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **KELSEY CASCADIA ROSE JULIANA**; **XIUHTEZCATL TONATIUH M.**, through his Guardian Tamara Roske-Martinez; et al.<br><br>Plaintiffs,<br><br>v.<br><br>**The UNITED STATES OF AMERICA**; **DONALD TRUMP**, in his official capacity as President of the United States; et al.,<br><br>Defendants. | Case No.: 6:15-cv-01517-TC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that DANIEL M. GALPERN is withdrawing as counsel for the Plaintiffs in the above-captioned case. Julia Olson and Philip Gregory will continue to represent the Plaintiffs in this matter.


Dated: October 4, 2017
　　　　　　　　　　　　　　　　　　　/s/ Julia A. Olson
JULIA A. OLSON (OR Bar 062230)
juliaaolson@gmail.com
WILD EARTH ADVOCATES
1216 Lincoln Street
Eugene, OR 97401

PHILIP L. GREGORY (CSB No. 95217)
pgregory@cpmlegal.com
**COTCHET, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010

*Attorneys for Plaintiffs*