JULIA A. OLSON (OR Bar 062230)
JuliaAOlson@gmail.com
Wild Earth Advocates
1216 Lincoln Street
Eugene, OR 97401
Tel: (415) 786-4825

PHILIP L. GREGORY (*pro hac vice*)
pgregory@gregorylawgroup.com
Gregory Law Group
1250 Godetia Drive
Redwood City, CA 94062
Tel: (650) 278-2957

ANDREA K. RODGERS (OR Bar 041029)
Andrearodgers42@gmail.com
Law Offices of Andrea K. Rodgers
3026 NW Esplanade
Seattle, WA 98117
Tel: (206) 696-2851

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **KELSEY CASCADIA ROSE JULIANA**; **XIUHTEZCATL TONATIUH M.**, through his Guardian Tamara Roske-Martinez; et al., | Case No.: 6:15-cv-01517-TC |
| Plaintiffs, | **DECLARATION OF DR. STEVEN W. RUNNING in Support of Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment** |
| v. | |
| **The UNITED STATES OF AMERICA**; **DONALD TRUMP**, in his official capacity as President of the United States; et al., | |
| Defendants. | |

**Declaration of Dr. Steven W. Running in Support of Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment**

I, Dr. Steven W. Running, hereby declare and if called upon would testify as follows:

1.  I have been retained as an expert on behalf of Plaintiffs in this matter.

2.  I have prepared an expert report for this litigation ("Expert Report"), a true and correct copy of which is attached hereto as **Exhibit 1**. My Expert Report is signed by me. A copy of my Expert Report was served on Defendants on April 6, 2018.

3.  My Expert Report contains:

    a.  a complete statement of all opinions I will express at trial and the basis and reasons for these opinions;

    b.  the facts or data considered by me in forming my opinions;

    c.  any exhibits that I currently plan to use to summarize or support my opinions;

    d.  my qualifications, including a list of all publications authored by me in the previous 10 years;

    e.  a list of all other cases in which, during the previous 4 years, I testified as an expert at trial or by deposition, if any; and

    f.  a statement of the compensation to be paid for the study and testimony in the case.

4.  If called to testify in this matter, I would provide testimony as described in the attached Expert Report.

    In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

    DATED this ____ day of June, 2018.

                                                      Respectfully submitted,

                                                      _____
                                                      Dr. Steven W. Running

**Declaration of Dr. Steven W. Running in Support of Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment**                    2