JULIA A. OLSON (OR Bar 062230)
JuliaAOlson@gmail.com
Wild Earth Advocates
1216 Lincoln Street
Eugene, OR 97401
Tel: (415) 786-4825

ANDREA K. RODGERS (OR Bar 041029)
Andrearodgers42@gmail.com
Law Offices of Andrea K. Rodgers
3026 NW Esplanade
Seattle, WA 98117
Tel: (206) 696-2851

PHILIP L. GREGORY (*pro hac vice*)
pgregory@gregorylawgroup.com
Gregory Law Group
1250 Godetia Drive
Redwood City, CA 94062
Tel: (650) 278-2957

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **KELSEY CASCADIA ROSE JULIANA**; **XIUHTEZCATL TONATIUH M.**, through his Guardian Tamara Roske-Martinez; et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>**The UNITED STATES OF AMERICA**; **DONALD TRUMP**, in his official capacity as President of the United States; et al.,<br><br>          Defendants. | Case No.: 6:15-cv-01517-TC<br><br>**DECLARATION OF DR. JOSEPH E. STIGLITZ** in Support of Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment |

**Declaration of Dr. Joseph E. Stiglitz in Support of Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment**

I, Dr. Joseph E. Stiglitz, hereby declare and if called upon would testify as follows:

1. I have been retained as an expert on behalf of Plaintiffs in this matter.

2. I have prepared an expert report for this litigation ("Expert Report"), a true and correct copy of which is attached hereto as **Exhibit 1**. My Expert Report is signed by me. A copy of my Expert Report was served on Defendants on April 13, 2018.

3. My Expert Report contains:

    a. a complete statement of all opinions I will express at trial and the basis and reasons for these opinions;

    b. the facts or data considered by me in forming my opinions;

    c. any exhibits that I currently plan to use to summarize or support my opinions;

    d. my qualifications, including a list of all publications authored by me in the previous 10 years;

    e. a list of all other cases in which, during the previous 4 years, I testified as an expert at trial or by deposition, if any; and

    f. a statement of the compensation to be paid for the study and testimony in the case.

4. If called to testify in this matter, I would provide testimony as described in the attached Expert Report.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 26th day of June, 2018.

Respectfully submitted,

_____
Dr. Joseph E. Stiglitz