# EXPERT REPORT
## OF
# JOSEPH E. STIGLITZ, PH.D.

University Professor, Columbia University

Kelsey Cascadia Rose Juliana; Xiuhtezcatl Tonatiuh M.,
through his Guardian Tamara Roske-Martinez; et al.,
Plaintiffs,

v.

The United States of America; Donald Trump,
in his official capacity as President of the United States; et al.,
Defendants.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

(Case No.: 6:15-cv-01517-TC)

Prepared for Plaintiffs and Attorneys for Plaintiffs:

Julia A. Olson
JuliaAOlson@gmail.com
Wild Earth Advocates
1216 Lincoln Street
Eugene, OR 97401
Tel: (415) 786-4825

Philip L. Gregory
pgregory@gregorylawgroup.com
Gregory Law Group
1250 Godetia Drive
Redwood City, CA 94062
Tel: (650) 278-2957

## TABLE OF CONTENTS

I.    QUALIFICATIONS AND PROFESSIONAL BACKGROUND ......................................1

II.    ASSIGNMENT AND SUMMARY OF CONCLUSIONS ..................................................6

III.    BACKGROUND ON THE RELATIONSHIP BETWEEN ATMOSPHERIC CONCENTRATIONS OF GREENHOUSE GASES AND CLIMATE CHANGE ............9

IV.    DEFENDANTS' ACTIONS THAT PERPETUATE A FOSSIL FUEL ENERGY SYSTEM AND INSUFFICIENT ACTION ON CLIMATE CHANGE ARE IMPOSING AND WILL CONTINUE TO IMPOSE ENORMOUS COSTS ON YOUTH PLAINTIFFS ...................................................................................................................12

V.    TRANSITIONING THE U.S. ECONOMY OFF OF FOSSIL FUELS IS NOT ONLY FEASIBLE BUT WILL BENEFIT THE ECONOMY ....................................................27

        A.    TRANSITIONING OFF OF FOSSIL FUELS IS FEASIBLE .................................27

        B.    POLLUTION IS A CLASSIC EXTERNALITY THAT CAN BE COMBATED WITH STANDARD ECONOMIC TOOLS THAT PROMOTE SOCIAL WELFARE ............................................33

        C.    DEFENDANTS' USE OF DISCOUNTING IN DECISION-MAKING UNDERESTIMATES THE COSTS OF CLIMATE CHANGE ON YOUTH PLAINTIFFS AND FUTURE GENERATIONS AND THE BENEFITS OF MITIGATION, WITH DELETERIOUS CONSEQUENCES ............41

VI.    CONCLUSION ........................................................................................................................47


EXHIBIT A: CURRICULUM VITAE

EXHIBIT B: PREVIOUS EXPERT TESTIMONY

EXHIBIT C: MATERIALS CONSIDERED

# TABLE OF ACRONYMS AND ABBREVIATIONS

C:   Celsius

CAFE:  Corporate Average Fuel Economy

CAD:  Canadian Dollar

CBO:  Congressional Budget Office

$CO_2$:  carbon dioxide

CPI:  consumer price index

EPA:  U.S. Environmental Protection Agency

GDP:  gross domestic product

GHGs:  greenhouse gases

IMF:  International Monetary Fund

IPCC:  Intergovernmental Panel on Climate Change

NASA:  National Aeronautics and Space Administration

NOAA:  National Oceanic and Atmospheric Administration

OECD:  Organisation for Economic Co-operation and Development

OMB:  Office of Management and Budget

ppm:  parts per million

R&D:  research and development

USGCRP: U.S. Global Change Research Program

## I.   QUALIFICATIONS AND PROFESSIONAL BACKGROUND

1.   I am one of sixteen University Professors at Columbia University with joint appointments in the Faculty of Arts and Sciences (Department of Economics), the Graduate School of Business (Department of Finance), and the School of International and Public Affairs. Prior to assuming this position, I held professorships at Stanford University, Yale University, Princeton University, and the University of Oxford, where I taught a wide variety of graduate and undergraduate courses in economics and finance.  I received my Ph.D. in Economics from MIT in 1967.

2.   Over the course of my career I have published hundreds of peer-reviewed articles, written or edited more than 50 academic and popular books, testified several times before Congress, and written numerous opinion pieces for newspapers and magazines.  My publications and research have extended into many different areas, including macroeconomics and monetary theory, development economics and trade theory, public and corporate finance, industrial organization and rural organization, welfare economics, and income and wealth distribution, many of which are germane to this case.  Oxford University Press is in the process of publishing a six-volume set based on my research, *Selected Works of Joseph E. Stiglitz*.  The first two volumes have been published and are entitled *Information and Economic Analysis: Basic Principles and Information* and *Economic Analysis: Applications to Capital, Labor, and Products Markets*.

3.   Public economics and public finance, which study how governments raise funds and make expenditures, have been major pillars of my academic work.  I served as a co-editor of the *Journal of Public Economics*, the leading economics journal dealing with matters of taxation and public economics, and have published broadly in this area.  My textbook, *Economics of the Public Sector*, is a leading text first published in 1986 with the most-recent version released in 2015.  Another of my books, *Lectures on Public Economics*, published in 1980 and reprinted in 2015 with a new introduction, has been widely translated.  Many of my popular texts, including my recent books *The Great Divide* and *The Price of Inequality*, published in 2015 and 2012, respectively, critically examine our public institutions, and comment on public finance and public economics generally.

4.    Environmental economics and economic policy around natural resources has been another focus of my academic and professional work. I was one of the lead authors of the 1995 Report of the Intergovernmental Panel on Climate Change, which shared the 2007 Nobel Peace Prize with former Vice President Gore. I was co-chair of the High-Level Commission on Carbon Prices (we released our report in May 2017). I was also involved in environmental economic policy during my time on the Council of Economic Advisors, where one of my responsibilities was evaluating, designing, and implementing public policies that affect the environment, and while Chief Economist of the World Bank, where one of my responsibilities was evaluating and designing environmentally sustainable economic policies. I have also published many peer-reviewed articles that examine how we treat externalities (e.g., pollution) and public goods (e.g., the environment).

5.    I have received numerous fellowships and honors over my career. In 2001, I was awarded the Nobel Memorial Prize in Economics for my work on Information Economics. This work includes the study of how information asymmetries affect economic behavior, the determination of the conditions under which efficient sharing of risk occurs, and the economics of financial markets, which are directly relevant to this case. In 1979, I was awarded the John Bates Clark Medal by the American Economic Association, given biennially to the economist under 40 who has made the most significant contribution to economics.[1]

6.    I was the founding editor of the *Journal of Economic Perspectives*. I have served (or am currently serving) on the Editorial Board of numerous journals, including *The Economists' Voice*, the *Journal of Globalization and Development,* the *World Bank Economic Review*, the *Journal of Public Economics*, the *American Economic Review*, the *Journal of Economic Theory*, *The Review of Industrial Organization*, *Managerial and Decision Economics*, *Energy Economics*, the *Review of Economic Design*, and the *Review of Economic Studies*.

---

[1]    The John Bates Clark Medal has been given annually since 2009.

7.      I served as President of the International Economic Association from 2011–2014 and as President of the Eastern Economic Association in 2008.  I also served as Vice President of the American Economic Association in 1985.

8.      I have received more than 40 honorary degrees, and have received awards from foreign governments, including the Legion of Honor from France.  I have also been elected to numerous academic and scientific societies in the United States and abroad, including the National Academy of Sciences, the Royal Society, the American Academy of Arts and Sciences, the American Philosophical Society, and the British Academy.  In 2011, *Time* magazine named me to their *Time 100* list as one of the 100 most influential people in the world.

9.      From 1993 to 1997, I served as a member of President Clinton's Council of Economic Advisers, and from 1995 to 1997, as Chairman of the Council and a member of the President's Cabinet.  As Chairman and Cabinet Member, I was heavily involved in formulating fiscal policy, sustainable economic policies (including environmental economic policies), financial sector regulation and banking policy, and coordinating policy with the U.S. Treasury.

10.     From 1997 to 2000, I served as Chief Economist and Senior Vice President of the World Bank, in which capacity I had the responsibility of advising countries around the world on the design of fiscal, tax, and monetary policies, competition policies, sustainable economic policies (including those regarding natural resources and the environment), intellectual property regimes, financial regulations, and trade policy.

11.     I have served or am serving currently on many commissions and advisory committees addressing a myriad of economic policy issues, both in the U.S. and abroad, including the Joint CFTC-SEC Advisory Committee on Emerging Regulatory Issues, the United Nations' International Labour Organization World Commission on the Social Dimensions of Globalization, the High Level Panel of the African Development Bank, and the Economic Advisory Panel in South Africa.

12.     At the behest of the President of the General Assembly of the United Nations, I served as Chair of the Commission of Experts on Reforms of the International Monetary and Financial System, to review the workings of the global financial system in the wake of

the 2008 economic crisis and suggest steps for U.N. member states to secure a sustainable economic future.  Our final report was published in September 2009.  In addition, I was appointed President of the Commission on the Measurement of Economic Performance and Social Progress by President Sarkozy of France, in 2008.  This commission was formed to consider flaws in traditional macroeconomic indicators measuring economic performance and social progress and consider what might be the more relevant metrics, which are relevant to this case.  Our final report was released in September 2009.

13.  In 2000, I founded the Initiative for Policy Dialogue, for which I continue to serve as co-President.  The Initiative for Policy Dialogue is a global network of academics and practitioners to enhance democratic processes for decision-making in developing countries.  I am also Co-Chair of the High-Level Expert Group on the Measurement of Economic Performance and Social Progress, Organisation for Economic Co-operation and Development (OECD) and the Chief Economist of, and a Senior Fellow at, the Roosevelt Institute.

14.  Previously, I served as Chair of the Management Board at the Brooks World Poverty Institute at the University of Manchester, on the Board of Trustees of Amherst College, my undergraduate *alma mater*, and as Co-Chair of Columbia University's Committee on Global Thought.

15.  I have provided expert testimony in various fora throughout the United States, and before foreign courts and international tribunals.  I have submitted *amicus curiae* briefs before the Supreme Court of the United States and before U.S. Circuit Courts of Appeal.  My expert testimonies have related broadly to financial markets and derivatives, taxes, antitrust and competition, patent enforcement, and public interest generally (e.g., promotion of efficiency and/or minimization of welfare costs).  I have also offered testimony regarding environmental economics, specifically, around offshore drilling.

16.  My curriculum vitae, which provides more details of my qualifications, including a list of my publications, is attached as **Exhibit A**.  **Exhibit B** contains a list of my previous expert testimony within the last five years.  The materials that I, and volunteers supporting me at my direction, considered in preparing this report are cited in the footnotes and listed in **Exhibit C**.

17.     I am working *pro bono* to prepare this expert report.  My usual rate for work in litigation matters is $2,000 per hour, which is the rate I will charge if another party seeks discovery under Federal Rule 26(b).  I have no present or intended financial interest in the outcome of this matter.  My work in this matter is ongoing, and I reserve the right to revise or augment the opinions set forth in this report should additional relevant information become available to me, or as I perform further analysis.

## II.    ASSIGNMENT AND SUMMARY OF CONCLUSIONS

18.    Julia Olson and Philip Gregory, counsel for Plaintiffs in this matter, have asked me to provide my expert opinion on the economics of transitioning to a non-fossil fuel economy.[2]  In particular, I have been asked: (a) to analyze from an economic perspective how climate change will harm the Youth Plaintiffs (and Affected Children) if Defendants continue to pursue policies that perpetuate a fossil-fuel-based energy system and defer action to mitigate climate change; and (b) to assess the economic benefits of transitioning to a non-fossil-fuel economy now rather than later. The opinions expressed in this report are my own. All opinions expressed herein are to a reasonable degree of scientific certainty, unless otherwise specifically stated.

19.    I have formed four primary conclusions in this case, the bases for which are set forth more fully below:

   a.    Scientific evidence shows further incremental increases in global temperature will lead to disproportionately greater costs imposed on our society.  This has important consequences for how Defendants' actions harm the Youth Plaintiffs and Affected Children more generally. Continuation of the national fossil fuel-based energy system by Defendants is causing imminent, significant, and irreparable harm to the Youth Plaintiffs and Affected Children more generally. This kind of environmental harm, by its nature, cannot be adequately remedied by money damages and is often permanent or at least of long duration, i.e., irreparable. There is a point at which, once this harm occurs, it cannot be undone at any reasonable cost or in any reasonable period of time.  Based on the best available science, our country is close to approaching that point.[3]

---

[2]    I understand that the plaintiffs in this litigation are young people, who I will refer to as the "Youth Plaintiffs."  However, my analysis also looks at the impact on other young people who are not named plaintiffs (and as-yet-unborn youth, the so-called future generations), but are just as (or even more) affected, whom I collectively refer to as "Affected Children."

[3]    This is a global problem.  However, as I discuss below in Section V.B, the U.S. is a significant contributor to GHG emissions, and so actions by the U.S., have a significant impact on these global outcomes.

b.  Defendants' continuing support and perpetuation of a national fossil fuel-based energy system and continuing delay in addressing climate change is saddling and will continue to saddle Youth Plaintiffs with an enormous cost burden, as well as tremendous risks, which is causing substantial harm to the economic and personal well-being and security of Youth Plaintiffs.  These costs and risks will be borne over each ensuing year that progress towards remediation is not undertaken by Defendants. Such costs and risks arise both from damage caused by accumulated greenhouse gas emissions and from the required outlays on future remediation and adaptation efforts, which grow more expensive as the accumulation of greenhouse gases in the atmosphere increases.  There are particularly consequential risks arising from the potentially catastrophic impacts of climate change, which increase each year that Defendants defer action on greenhouse-gas mitigation efforts.

c.  Moving the U.S. economy away from fossil fuels is both feasible and beneficial, especially over the next 30 years (as technological and scientific evidence discussed below makes clear).   Defendants could facilitate this transition with standard economic tools for dealing with externalities, for example a tax or levy on carbon (a price on the externality) and the elimination of subsidies on fossil-fuel production. Relatedly, decisions concerning the transition off of fossil fuels can be reached more systematically and efficiently by revising current government discounting practices, the methodology by which future costs are compared to present costs. Current and historical government decision making practices based on incorrect discount rates lead to inefficient and inequitable outcomes that impose undue burdens on Youth Plaintiffs and future generations.  Basing decisions (policies, programs, and actions) on appropriate discount rates would help minimize the burdens that Defendants' current policies place on Youth Plaintiffs and future generations.  That is to say, if Defendants' discounting policies and practices more accurately reflected the expected changes in relative prices over time (and their distribution, implicitly putting a lower discount rate on climate change benefits), the basis for Defendants' policy-making decisions would more closely align with economic principles and yield more efficient outcomes.

d.  Based on this reasoning, I conclude that Defendants can and should take meaningful actions to reduce GHG emissions from fossil fuels and mitigate climate change impacts now rather than defer action to some future date.  Acting now will yield benefits for both Defendants and Youth Plaintiffs and reduce harm to Youth Plaintiffs, and the costs of mitigating climate change now are manageable. Defendants could make meaningful progress on climate change mitigation by acting today in accordance with the best available science.  Moreover, Defendants meeting their constitutional and public trust obligations to redress climate change would improve societal well-being by any reasonable economic standard.  In fact, some of the actions that Defendants could take to meet these obligations would actually have a negative cost.  That is to say, in the long run, the net present value of benefits to society would exceed the net present value of costs that society would have to incur.[4] This is referred to as Kaldor–Hicks efficiency in standard economic analysis, typically a hallmark of sound policymaking, from an economic perspective, whereby the net benefits of a policy change outweigh the net costs of such policy change. Thus, if Defendants were to make such changes as are argued for by other of Plaintiffs' experts, the net societal gain would more than outweigh the net societal loss.  In contrast, Defendants' current policies of perpetuating the fossil fuel-based energy system impose unacceptably high costs and risks on the Youth Plaintiffs specifically and Affected Children more generally, and will continue to do so, well out of portion to the amounts that Defendants save currently by avoiding taking the appropriate actions.

20.  The body of my report sets out the factual and analytical bases for my conclusions and opinions. The balance of my report proceeds as follows: Section III summarizes the scientific evidence on increasing greenhouse gases affecting global temperatures and why the time to act is now; Section IV discusses the costs that Youth Plaintiffs will face if Defendants continue to promote and permit a fossil-fuel-based energy system and no

---

[4]  This is not to say that each party is better off (which would be a Pareto improvement); but those parties who are better off by the policy change (e.g.., non-polluters) are made better off by more than the parties made worse off by the policy change (e.g.., polluters) are made worse off.

actions (or insufficient actions) are taken to wean society off fossil fuels; Section V analyzes how the transition away from fossil fuels is feasible and can be facilitated with standard economic tools; and, finally, Section VI concludes.

## III.   BACKGROUND ON THE RELATIONSHIP BETWEEN ATMOSPHERIC CONCENTRATIONS OF GREENHOUSE GASES AND CLIMATE CHANGE

21.   The climate change young people are experiencing today is caused by the historic emissions of carbon dioxide ($CO_2$) and other greenhouse gases (GHGs), primarily from burning fossil fuels and other anthropogenic activities, including deforestation and agricultural practices.[5]  It is scientifically established that human activities produce GHG emissions, which accumulate in the atmosphere and the oceans, resulting in warming of Earth's surface and the oceans[6], acidification of the oceans,[7] increased variability of climate, with a higher incidence of extreme weather events, and other changes in the climate.

22.   Dangerous impacts are already occurring from the current level of global warming of around 1°C above preindustrial temperatures. Climate scientists have established through the paleo record that warming of 1.5°C or 2°C above pre-industrial levels would be well outside the Holocene range of global temperatures within which humans have lived and

---

[5]   See, for example, Intergovernmental Panel on Climate Change, "Climate Change 2014:  Synthesis Report Summary for Policymakers," pp. 4-5.  Other Greenhouse Gases, like Methane, also trap heat within the earth.  They differ in key technical properties, like the rate of dissipation.  Throughout this report, I use the terms GHG and $CO_2$ emissions interchangeably.

There is a popular but misguided debate among so-called climate "skeptics" about the extent to which the observed increase in temperature is a result of the emissions of $CO_2$ and other GHGs.  The scientific literature is clear (and has been clear for a long time):  the increase in atmospheric concentration of GHGs predictably increases the Earth's temperature in the manner observed.  This has been most recently reaffirmed by "Climate Science Special Report: Fourth National Climate Assessment, Volume I" U.S. Global Change Research Program, November 2017, pp. 96-97 https://science2017.globalchange.gov/downloads/CSSR2017_FullReport.pdf. (Hereinafter USGCRP Climate Science Special Report).

But even if there were other factors contributing to climate change, the analysis here is unchanged:  Defendants could, with mild costs, take actions now that would avoid imposing the undue and excessive burdens and risks imposed on the Youth Plaintiffs in this case.

[6]   USGCRP Climate Science Special Report, p. 364.

[7]   USGCRP Climate Science Special Report, pp. 371-372.

societies developed.[8] Moreover, leading experts believe that there is already more than enough excess heat in the climate system to do severe damage and that 2°C of warming would have very significant adverse effects, including resulting in multi-meter sea level rise.[9] NOAA projects up to 0.63 m (2.1 feet) of sea level rise by 2050, 1.2 m (3.9 feet) by 2070, 2.5 m (8.2 feet) by 2100, 5.5 m (18 feet) by 2150, and 9.7 m (31.8 feet) by 2200.[10] A 2-3 foot sea level rise would inundate and render uninhabitable large portions of the world's barrier islands and deltas and place major pressures on the infrastructure of low-lying coastal zones like South Florida, and 3 feet of seal level rise would "permanently inundate 2 million American's homes and communities."[11] Sea level rise of this magnitude would impose irreversible harm and an immense financial burden on young people in coastal areas, along with significant indirect costs on young people elsewhere.

23.    Experts have identified a number of known "feedback loops" in the climate system. These feedback loops cause warming to catalyze still further warming. For example, warmer arctic temperatures result in melting permafrost that releases methane, a GHG that further warms the planet. These feedbacks, in conjunction with the fact that $CO_2$ persists in the atmosphere for centuries, mean that the longer we delay action, the greater the risk that warming will trigger tipping points in the climate system and become irreversible, or reversible only at much increased cost.  Given the self-reinforcing nature

---

[8]    J. Hansen et al., "Assessing ''Dangerous Climate Change': Required Reduction of Carbon Emissions to Protect Young People, Future Generations and Nature," *PLOS One*, 8:12, e81648, 2013, p. 9.

[9]    J. Hansen, et al., "Ice melt, sea level rise and superstorms:  evidence from paleoclimate data, climate modeling, and modern observations that 2C global warming is highly dangerous," *Atmospheric Chemistry and Physics Discussions*, 15, 20059-179, 2015, http://faculty.sites.uci.edu/erignot/files/2017/06/Ice-melt-sea-level-rise-and-superstorms-evidence-from-paleoclimate-data-climate-modeling-and-modern-observations-that-2C-global-warming-is-highly-dangerous.pdf.

[10]    "Global and regional sea level rise scenarios for the United States," NOAA Technical Report NOS CO-OPS 083, January 2017, p. 23, https://tidesandcurrents.noaa.gov/publications/techrpt83_Global_and_Regional_SLR_Scenarios_for_the_US_final.pdf.

[11]    H. Wanless, "Declaration of Dr. Harold R. Wanless in Support of Answer of Real Parties in Interest to Petition for Writ of Mandamus", *in United States of America et al. v. United States District Court for the District of Oregon et al.*, Case No. 17-71692, Doc. No. 14-3, paras. 31-32, *citing* "Global and regional sea level rise scenarios for the United States," NOAA Technical Report NOS CO-OPS 083, January 2017.

of climate change, prompt action is needed to both minimize future emissions and reduce the effects of historic emissions.

24.    Experts have observed an increased incidence of climate-related extreme weather events, including increased frequency and intensity of extreme heat and heavy precipitation events and more severe droughts and associated heatwaves.  Experts have also observed an increased incidence of large forest fires; and reduced snowpack affecting water resources in the western U.S. The most recent National Climate Assessment projects these climate impacts will continue to worsen in the future as global temperatures increase.[12]

25.    Although the scale of the problems and risks that we face are immense, it is possible to reduce these risks by acting now to avoid irreversible harm to essential natural systems with its catastrophic consequences such as sea level rise, increased ocean temperatures, ocean acidification, heat waves, increased drought, and the associated impacts on water quality and availability, human health, and agriculture. Such impacts would harm our economy directly and introduce much increased risk in the form of variability in and uncertainty around climate outcomes.

26.    Dr. Hansen and other experts in this case have provided a prescription for an emissions reduction and carbon sequestration pathway back to $CO_2$ levels below 350 ppm by 2100, which they say would substantially lessen the risk of catastrophic sea level rise and other climate harms.[13] Returning to temperatures and atmospheric $CO_2$ levels that avoid dangerous anthropogenic climate change has a limited window (because of tipping points in the climate system), which is still open but is closing rapidly.  Defendants must take action now to reduce these risks.

---

[12]    USGCRP Climate Science Special Report, pp. 19-22.

[13]    James Hansen et al., "Assessing ''Dangerous Climate Change': Required Reduction of Carbon Emissions to Protect Young People, Future Generations and Nature," *PLOS One*, 8:12, e81648, 2013.

IV.    **DEFENDANTS' ACTIONS THAT PERPETUATE A FOSSIL FUEL ENERGY SYSTEM AND INSUFFICIENT ACTION ON CLIMATE CHANGE ARE IMPOSING AND WILL CONTINUE TO IMPOSE ENORMOUS COSTS ON YOUTH PLAINTIFFS**

27.    The current national energy system, in which approximately 80 percent of energy comes from fossil fuels, is a direct result of decisions and actions taken by Defendants.[14] Defendants control and dictate the U.S. national energy policy in a myriad of ways.  For example, they provide billions of dollars annually in subsidies to the fossil fuel industry;[15] control the fuel economy of cars and trucks through the Corporate Average Fuel Economy ("CAFE") standard; set efficiency standards for appliances; permit the extraction, transportation, import, export, and combustion of fossil fuels; and provide funding for research and development.[16]  The fact that the U.S. national energy system is so predominately fossil fuel-based is not an inevitable consequence of history.  With the oil crises of the 1970s, recognition of the risks of dependence on oil was developed (though these risks were markedly different from those with which we are concerned today).  Even then, it was clear that there were viable alternatives, and with the appropriate allocation of further resources to R&D, it is likely that these alternatives would have been even more competitive.  Thus, the current level of dependence of our energy system on fossil fuels is a result of intentional actions taken by Defendants over many years (including subsidization of fossil fuels and *inactions* in the form of not providing adequate support for alternatives).[17]  Cumulatively, these actions promote the use of fossil fuels, contribute to dangerous levels of $CO_2$ emissions, and cause climate change.  The economic impacts of these actions are deleterious to Youth Plaintiffs and the nation as a whole.  In other words, Defendants' actions promoting a fossil fuel based

---

[14]    U.S. Energy Information Administration, Table 1.3 Primary Energy Consumption by Source, August 2017 Monthly Energy Review, https://www.eia.gov/totalenergy/data/browser/xls.php?tbl=T01.03&freq=m.

[15]    See, Section V, below.

[16]    "Direct Federal Financial Interventions and Subsidies in Energy in Fiscal Year 2013", U.S. Energy Information Administration, March 2015, https://www.eia.gov/analysis/requests/subsidy/pdf/subsidy.pdf.

[17]    I would note that inactions in this sense are affirmative decisions by Defendants not to act.

energy system are serving to undermine the legitimate government interests of national security and economic prosperity that they purport to advance.[18]

28.     When conducting an economic analysis of the effects of climate change and appropriate responses thereto, Defendants must take into account a number of salient aspects of climate change.  I have already noted some of these aspects:  not just global warming in the sense of on-average increases in temperature, but also an increase in extreme (and damaging) weather events, rising sea levels, the public health consequences, and many other direct and indirect impacts of climate change.   Still another aspect of climate change that is crucial in framing an appropriate response are the long lag times inherent in the climate system, implying that the full climate impact of any given accumulation of GHGs may not be apparent for many years.[19]  Moreover, critical to the effects (as already noted) is the increase in concentration of GHGs.   The fact that GHGs dissipate very slowly from the atmosphere (particularly in the case of $CO_2$[20]) and that the costs of taking

---

[18]   Daniel R. Coats, Director of National Intelligence, "Statement for the Record:  Worldwide Threat Assessment of the US Intelligence Community," *Office of the Director of National Intelligence*, February 13, 2018,  https://www.intelligence.senate.gov/sites/default/files/documents/os-dcoats-021318.PDF (at page 16: "The impacts of the long-term trends toward a warming climate, more air pollution, biodiversity loss, and water scarcity are likely to fuel economic and social discontent—and possibly upheaval….").

[19]   Because of these lags, we have not yet seen the full rise in temperature that will occur as a result of the $CO_2$ that has already been emitted.  As noted above, the Earth's average surface temperature has already risen by approximately 1°C since the Industrial Revolution. The concentration of $CO_2$ in the atmosphere is increasing at the rate of 2-3 ppm per year. Scientists tell us that even if $CO_2$ were stabilized at current levels, there would be at least another 0.5°C "in the pipeline." The delayed response is known as climate lag. The reason the planet takes several decades to respond to increased $CO_2$ is the thermal inertia of the oceans. Consider a saucepan of water placed on a gas stove. Although the flame has a temperature measured in hundreds of degrees C, the water takes a few minutes to reach boiling point. This simple analogy explains climate lag. The mass of the oceans is around 500 times that of the atmosphere. The time that it takes to warm up is measured in decades. For example, a paper by Dr. Hansen (and others) estimates the time required for 60 percent of global warming to take place in response to increased emissions to be in the range of 25 to 50 years.  See, Hansen, J.E. et al., "Earth's Energy Imbalance:  Confirmation and Implications," *Sciencexpress*, April 28, 2004, http://science.sciencemag.org/content/early/2005/04/28/science.1110252.

[20]   Accumulations of $CO_2$ are particularly problematic because they dissipate so slowly.  See, e.g., "Carbon is forever," *Nature Reports Climate Change,* November 20, 2008.  This article discusses results from Dr. Hansen's research, stating: "Several long-term climate models, though their details differ, all agree that anthropogenic $CO_2$ takes an enormously long time to dissipate. If all recoverable fossil fuels were burnt up using today's technologies, after 1,000 years the air would still hold around

Continued on next page

$CO_2$ out of the atmosphere through non-biological carbon capture and storage are very high[21] means that the consequences of GHG emissions should be viewed as effectively irreversible.  Accordingly, if Defendants do not take serious action to mitigate climate change now, Youth Plaintiffs and Affected Children will largely shoulder the costs caused by Defendants' actions that contribute to the further accumulation of GHGs and Defendants' failure to act to redress the harm. We can expect these burdens to manifest themselves in at least four ways.

29.    ***First***, despite their relative lack of economic power in society today, Youth Plaintiffs themselves will suffer the disproportionate, increased financial burdens of climate change as the impacts of climate change propagate throughout the economy. For example, rising sea levels will lead to massive reductions in property value (indeed, the value of land that is underwater will fall to zero).  Some Youth Plaintiffs, such as Levi D., and Affected Children will (with high probability) be deprived of the use of submerged lands, and many of them will almost surely experience large capital losses, as markets eventually fully reflect the realities of climate change.  In addition, Youth Plaintiffs and Affected Children will, as future taxpayers, help bear the enormous cost of relocating the people and infrastructure that are now on this land to higher ground.  Youth Plaintiffs and Affected Children will also bear the cost of instituting temporary stopgap measures, such as dikes to hold back rising sea levels, and some of them will have to bear directly themselves relocation costs.

---

Continued from previous page

a third to a half of the $CO_2$ emissions. 'For practical purposes, 500 to 1000 years is 'forever,'' as Hansen and colleagues put it. In this time, civilizations can rise and fall, and the Greenland and West Antarctic ice sheets could melt substantially, raising sea levels enough to transform the face of the planet."

[21]    See, for example, House, K.Z., et al., "Economic and energetic analysis of capturing $CO_2$ from ambient air," *Proceedings of the National Academy of Sciences,* 108(51) (December 2011): 20428-20433, http://www.pnas.org/content/108/51/20428.full.pdf.   The authors concluded:  "Our empirical analysis of energetic and capital costs of existing, mature, gas separation systems indicates that air capture processes will be significantly more expensive than mitigation technologies aimed at decarbonizing the electricity sector. Unless a technological breakthrough that departs from humankind's accumulated experience with dilute gas separation can be shown to "break" the Sherwood plot and the second-law efficiency plot—and the burden of proof for such a process will lie with the inventor—direct air capture is unlikely to be cost competitive with $CO_2$ capture at power plants and other large point sources."

30.    **Second**, Youth Plaintiffs and Affected Children will face increased burdens as taxpayers because, as Defendants and climate scientists project, climate change will increase future losses related to climate variability, sometimes of a catastrophic nature.[22] In previous cases of catastrophic loss, society as a whole has borne much of the cost in the form of disaster relief payments from the public sector.[23]    Recent examples of catastrophes in which a large proportion of the losses were borne by the public sector include Hurricane Katrina, Hurricane Sandy, Hurricane Harvey, Hurricane Irma, and Hurricane Maria. Each of these disasters has (or will) cost the public sector billions of dollars in disaster relief. For instance, Hurricane Sandy cost the U.S. government over $50 billion, which is three times larger than the $18.7 billion of insured losses from that disaster, and over 70

---

[22]    "The Impact of Climate Change on Natural Disasters," NASA, https://earthobservatory.nasa.gov/Features/RisingCost/rising_cost5.php.    "Global Warming and Hurricanes," National Oceanic and Atmospheric Association, https://www.gfdl.noaa.gov/global-warming-and-hurricanes/.    "Climate Change Indicators: Weather and Climate," EPA, https://www.epa.gov/climate-indicators/weather-climate.    See also, K. Trenberth et al., "Attribution of climate extreme events," *Nature Climate Change* 5 (2015): 725-730.

[23]    "Potential Increases in Hurricane Damage in the United States: Implications for the Federal Budget", Congressional Budget Office (CBO), June 2016, https://www.cbo.gov/sites/default/files/114th-congress-2015-2016/reports/51518-hurricane-damage.pdf.

Public sector relief is needed in these cases because private risk-pooling solutions, such as property and casualty insurers, do not and cannot cover even a majority of the realized losses.  This is true for three primary reasons. *First*, a significant portion of the population is uninsured or underinsured for certain types of losses such as the risk of flood, especially in areas that have not been historically prone to flooding.  *Second*, public property may not be insured at all. *Third*, property and casualty insurers are sometimes insufficiently capitalized to cover the enormous losses that such events can potentially cause, and their insolvency forces policyholders to turn to the government for assistance.

This point is illustrated by Hurricane Harvey in 2017, where some estimates of the costs run to nearly $200 billion, which represents about 1 percent of gross national product.  See, e.g., Doyle Rice, "Harvey to be costliest natural disaster in U.S. history, estimated cost of $190 billion," *USA Today*, August 31, 2017, https://www.usatoday.com/story/weather/2017/08/30/harvey-costliest-natural-disaster-u-s-history-estimated-cost-160-billion/615708001/ and Reuters, "Hurricane Harvey Damages Could Cost up to $180 Billion," *Fortune*, September 3, 2017, http://fortune.com/2017/09/03/hurricane-harvey-damages-cost/.  The Treasury Secretary went so far as to speculate that the Federal government's debt limit would have to be raised to free up spending for disaster recovery, and the Governor of Texas estimated that such relief could require $180 billion. *Id.*

Estimates for Hurricane Maria have been on the order of $100 billion.  See, Jill Disis, "Hurricane Maria could be a $95 billion storm for Puerto Rico," *CNN*, September 28, 2017, http://money.cnn.com/2017/09/28/news/economy/puerto-rico-hurricane-maria-damage-estimate/index.html.

percent of the total economic damage of the disaster as estimated by the CBO.[24] Hurricane Katrina cost the U.S. government over $110 billion, 75 percent of the total economic damages of the disaster.[25]  With increased catastrophic losses due to climate change, we can expect that the U.S. government's role as a safety net will expand.[26] As this trend continues, taxpayers of the future, including Youth Plaintiffs, will have to make whole the losses of property owners.  The continuation, let alone the expansion, of the public sector's role as a safety net will be enormously costly, impose an increased burden and economic disadvantage on Youth Plaintiffs and Affected Children compared to older generations, and result in fewer government resources to be spent on public services.[27]

31.    The National Centers for Environmental Information tracks the impact of weather events on the United States.  As they report, from 1980 to 2017 the U.S. has experienced "219 weather and climate disasters since 1980 where overall damages/costs reached or exceeded $1 billion (including CPI adjustment to 2017). **The total cost of these 219 events exceeds $1.5 trillion.**"[28] (Emphasis in original.)  In describing the impact on the U.S. in 2017 (the last full year):[29]

---

[24]    "Catastrophes: U.S.," Insurance Information Institute, http://www.iii.org/fact-statistic/catastrophes-us. "Potential Increases in Hurricane Damage in the United States: Implications for the Federal Budget", Congressional Budget Office (CBO), June 2016, https://www.cbo.gov/sites/default/files/114th-congress-2015-2016/reports/51518-hurricane-damage.pdf.

[25]    "Potential Increases in Hurricane Damage in the United States: Implications for the Federal Budget," Congressional Budget Office (CBO), p. 17, https://www.cbo.gov/sites/default/files/114th-congress-2015-2016/reports/51518-hurricane-damage.pdf.

[26]    "Underinsurance of Property Risks: Closing the Gap," Swiss Re, No. 5/2015, http://institute.swissre.com/research/overview/sigma/5_2015.html.

[27]    The CBO estimates that, by 2075, hurricane losses alone will total 0.22 percent of GDP, or $39 billion in 2016 dollars, an increase of 40 percent from today's annual levels, and over half of that loss will be borne by the U.S. government. "Potential Increases in Hurricane Damage in the United States: Implications for the Federal Budget," Congressional Budget Office, https://www.cbo.gov/sites/default/files/114th-congress-2015-2016/reports/51518-hurricane-damage.pdf.

[28]    "Billion-Dollar Weather and Climate Disasters:  Overview," National Centers for Environmental Information, 2018, https://www.ncdc.noaa.gov/billions/.

[29]    *Id.*

In 2017, there were 16 weather and climate disaster events with losses exceeding $1 billion each across the United States. These events included 1 drought event, 2 flooding events, 1 freeze event, 8 severe storm events, 3 tropical cyclone events, and 1 wildfire event. Overall, these events resulted in the deaths of 362 people and had significant economic effects on the areas impacted.

32.    As the above makes clear, it is not just hurricanes that can cause such costly events.  The 2017 wildfire season in California was particularly harsh.  Insurance claims at the end of 2017 were approximately $9.4 billion (with many properties being underinsured or not insured, the total damage is higher),[30] and estimates of the total impact on economic activity were $180 billion (including damages, closures, costs to fight fires, lost sales, etc.).[31]  In 2016, Canada had a similar experience in Fort McMurray, Alberta; insurance payments were the costliest in Canadian history at CAD 3.58 billion,[32] and this covered only 70 percent of the total economic loss.[33]  Particularly insidious with forest fires is that they also lead to massive injections of $CO_2$ into the atmosphere.  As the Climate Science Special Report (a compilation by the U.S. Global Change Research Program, spanning multiple government agencies) noted about the Alberta wild fires specifically:  "They can also radically increase emissions of greenhouse gases, as demonstrated by the amount of carbon dioxide produced by the Fort McMurray fires of May 2016—more than 10% of Canada's annual emissions."[34]  The federal government expends significant financial

---

[30]    W. Richter, "We may never be able to know the true cost of California's massive wildfires," *Business Insider*, December 7, 2017, http://www.businessinsider.com/santa-rosa-california-fires-cost-damage-2017-12.

[31]    "AccuWeather predicts 2017 California wildfire season cost to rise to $180 billion," *AccuWeather*, December 8, 2017, https://www.accuweather.com/en/weather-news/accuweather-predicts-2017-california-wildfire-season-cost-to-rise-to-180-billion/70003495.

[32]    "Northern Alberta Wildfire Costliest Insured Natural Disaster in Canadian History – Estimate of insured losses: $3.58 billion," Insurance Bureau of Canada, July 7, 2016, http://www.ibc.ca/ab/resources/media-centre/media-releases/northern-alberta-wildfire-costliest-insured-natural-disaster-in-canadian-history.

[33]    W. Koblensky, "Fort McMurray in top 10 worst insured losses globally," Insurance Business Canada, March 29, 2017, http://www.insurancebusinessmag.com/ca/news/environmental/fort-mcmurray-in-top-10-worst-insured-losses-globally-63960.aspx.

[34]    USGCRP Climate Science Special Report, p. 415.

resources each year on both fire suppression efforts and in the aftermath of wildfires, and while costs do vary from year to year, in general, they are rising.[35]

33.    Other potential examples include agricultural losses.    Whether or not insurance reimburses farmers for their crops, there can be food shortages that lead to higher food prices (that will be borne by consumers, that is, Youth Plaintiffs and Affected Children). There is a further risk that as our climate and land use pattern changes, disease vectors may also move (e.g., diseases formerly only in tropical climates move northward).[36]  This could lead to material increases in public health costs in terms of vaccinations and treatments, at least some portion of which will be borne by future taxpayers, i.e., Youth Plaintiffs and Affected Children.  Moreover, the Youth Plaintiffs and Affected Children will be at risk of experiencing directly one or more of these increased health hazards, only a portion of the costs of which will be picked up by insurance or public assistance. There is a risk too that the increased health costs will be reflected in increased insurance premiums, affecting all those relying on private insurance, including some or all of the Youth Plaintiffs and Affected Children.

34.    All of these factors will also lead to increasing inequality, as those with financial means are more able to privately bear the costs of these disasters, while those without financial means will not.  Those with means will also be able to relocate, perhaps avoiding (for themselves) the burdens of rising sea levels.  This will impose a greater burden on those less able to pay for the direct, local consequences of climate change.  Such increasing inequality is bad not only for those made worse off, but also for society as a whole, as a more unequal society is one with poorer economic performance.[37]  This will impose

---

[35]  See, e.g., K. Hoover & B. Lindsay, "Wildfire Suppression Spending: Background, Issues, and Legislation in the 115[th] Congress," Congressional Research Service, October 5, 2017, https://fas.org/sgp/crs/misc/R44966.pdf.

[36]  See, e.g., G. Mercer, "The Link Between Zika and Climate Change," *The Atlantic*, February 24, 2016, https://www.theatlantic.com/health/archive/2016/02/zika-and-climate-change/470643/.

[37]  See, e.g., OECD, "Inequality hurts economic growth, finds OECD research," September 12, 2014, http://www.oecd.org/newsroom/inequality-hurts-economic-growth.htm and Prakash Loungani and Jonathan D. Ostry, "The IMF's Work on Inequality: Bridging Research and Reality," IMF, February 22, 2017, https://blogs.imf.org/2017/02/22/the-imfs-work-on-inequality-bridging-research-and-reality/ ("Another important conclusion of IMF research: rising inequality poses risks to durable

Continued on next page

further costs on the Youth Plaintiffs and Affected Children as they have to adapt to a structurally weaker economy due to increasing inequality (as elaborated on below, inequality is also exacerbated by Defendants' subsidy system that takes from taxpayers and gives to fossil-fuel corporations).

35.     **Third,** Youth Plaintiffs will face increased burdens because the more time that passes, the more expensive it becomes to address climate change.[38] It is highly likely that, as the consequences and magnitude of climate change become manifest, there will finally be a global consensus for a globally equitable and efficient response.[39]  At that juncture, the only way to prevent the accumulation of greenhouse gases beyond a tolerable level will be "negative emissions," i.e. taking carbon out of the atmosphere, effectively attempting to undo the damage that is currently being done.[40]  That will be enormously expensive relative to what it would have cost to begin curtailing emissions today.[41] Further, there is no guarantee that Youth Plaintiffs will be able to timely and effectively repair this

---

Continued from previous page

economic growth.  This puts addressing inequality squarely within the IMF's mandate to help countries improve economic performance.").

[38]  See, e.g., "Climate change in the United States: Benefits of Global Action", EPA. Beccherle, Julien and Tirole, Jean, "Regional Initiatives and the Cost of Delaying Binding Climate Change Agreements", *Journal of Public Economics* 95 (December 2011): 1339-1348. Jakob, Michael and Tavoni, Massimo, "Time to act now? Assessing the costs of delaying climate measures and benefits of early action", *Climate Change* 114 (2012): 79-99.

[39]  See, for example, Climate change in the United States: Benefits of Global Action, EPA, https://www.epa.gov/sites/production/files/2015-06/documents/cirareport.pdf.

[40]  See, for example, "The cost of delaying action to stem climate change," Executive Office of the President of the United States, July 2014, p. 13, https://obamawhitehouse.archives.gov/sites/default/files/docs/the_cost_of_delaying_action_to_stem_climate_change.pdf.

[41]  Even as these costly actions to undo the damage are undertaken, the effects of failing to act now will likely be felt, in ways described earlier in this report.  Each and every one of the Youth Plaintiffs will face a risk of being personally affected, e.g., by increased taxes, increased direct losses, and increased exposure to health risks and to climate variability itself.

A recent estimate pegged the costs of $CO_2$ extraction to be on the order of $8 to $18.5 trillion, or over $100 billion per year over 80 years, to return to a 350 ppm target by 2100.  These costs are much higher with continued high emissions (i.e., if we do not cease fossil fuel use and rely only on carbon capture and storage), being on the order of $100 *trillion* or more.  See, J. Hansen et al., "Young People's Burden:  Requirement of Negative $CO_2$ Emissions," *Earth System Dynamics*, vol. 8, 2017, pp. 577-616, at 591-592.

damage. In other words, the actions of Defendants in promoting and perpetuating a fossil fuel-based energy system impose a disproportionately higher financial burden and economic disadvantage on Youth Plaintiffs and Affected Children, undermining their economic security and depriving them of the stronger economy that they would have had in the absence of unmitigated climate change.

36.    **_Fourth_**, in the absence of mitigation efforts, there is a significant risk of catastrophic impacts of climate change; indeed, there is overwhelming evidence that such catastrophic impacts are likely to result. Defendants' failure to invest in climate change mitigation and thereby insure against that outcome imposes an enormous degree of risk on Youth Plaintiffs, not experienced by older generations. Events such as the rapid melting of ice sheets and consequent increases in global sea levels or temperature increases on the higher end of the range of scientific forecasts have the potential to entail severe, perhaps even irreparable, consequences.[42] To confront properly the possibility of climate catastrophes, Defendants must take prudent steps now to reduce the chance of the most severe consequences of climate change. The longer Defendants postpone such action, the greater will be the atmospheric concentration of GHGs and the risk (due to the self-reinforcing and path-dependent[43] nature of climate systems and long lags between actions and results, as discussed above). Just as businesses and individuals guard against severe financial risks by purchasing various forms of insurance, Defendants can take actions now that reduce the chances of triggering the most severe climate events. There is no third party from which Defendants could purchase insurance to protect Youth Plaintiffs from the damages that are consequent to Defendants' actions. The only alternative for Defendants is to take actions without delay to reduce the atmospheric concentration of $CO_2$ in order to restore Earth's energy balance and avert catastrophic and irreversible

---

[42]    See, Section III, above.

[43]    By path dependence, I mean that prior actions affect the future trajectory of the economy in ways that are not irreversible, or reversible only at high costs. Accordingly, what is a prudent strategy today depends on decisions made yesterday (and many years ago). Put differently, prior decisions are not something that we can now just walk away from; those prior decisions directly affect the world we live in today and affect the analysis of what is a prudent strategy going forward.

climate change impacts.[44]  Unlike conventional insurance policies, climate and energy policy that serves the purpose of climate insurance also results in cleaner air, improved energy security, and other benefits, many of which are difficult to monetize, like biological diversity or preserving culturally important places, but are nonetheless significant.

37.     The benefits of undertaking such actions are disproportionate to the costs, even without taking account of the huge benefits that arise from the reduction of risk itself.  This has been documented, for example, in the High-Level Commission on Carbon Prices.[45]  Due to feedback loops, the magnitude of climate change may change much more than the proportionate increase in atmospheric concentrations of GHGs.  Likewise, the increases in atmospheric concentrations of GHGs may increase disproportionately relative to emissions,[46] and the cost of damage wrought by climate change can increase much faster still.[47]  More is being learned about the behavior of the climate system, including the potential timing and likelihood of these worst-case scenarios. However, the paleo-climate record gives scientists at least one good indication of the consequences of different levels of atmospheric $CO_2$. The last time in the geologic record that $CO_2$ levels were over 400 ppm, the seas were 70-90 feet higher than sea level today.[48]  The experience of the last

---

[44]    J. Hansen, "Exhibit A: Declaration of Dr. James E. Hansen in Support of Plaintiffs' Complaint for Declaratory and Injunctive Relief," in *Juliana et al. v. United States et al.*, Case No. 6:15-cv-01517-TC, Doc. No. 7-1., 2015, paras. 39, 67, 85.

[45]    The Commission showed that even a modest tax on carbon combined with the elimination of subsidies and certain other regulatory measures and modest public investments would be able to prevent a rise of temperature beyond the 1.5°C to 2°C.

[46]    See, for example, "The study of Earth as an integrated system," NASA, https://climate.nasa.gov/nasa_science/science/ and National Research Council of the National Academies, "Climate Change: Evidence, Impacts, and Choices," *The National Academies of Sciences, Engineering, and Medicine*, 2012, http://nas-sites.org/americasclimatechoices/files/2012/06/19014_cvtx_R1.pdf.

[47]    This is discussed in the Stern Review.  See, for example, Figure 6.6 showing the exponential increase in reduced GDP per capita as global mean temperature increases. Nicholas Stern, "Stern Review: The Economics of Climate Change", p. 159, http://unionsforenergydemocracy.org/wp-content/uploads/2015/08/sternreview_report_complete.pdf.

[48]    H. Wanless, "Declaration of Dr. Harold R. Wanless in Support of Answer of Real Parties in Interest to Petition for Writ of Mandamus", *in United States of America et al. v. United States District Court for the District of Oregon et al.*, Case No. 17-71692, Doc. No. 14-3, para. 52.

quarter century is that there have been many surprises of underestimating adverse climate impacts (e.g., early estimates of sea level rise had not taken into account the effect of the melting of the arctic icecap or the release of methane gases from the tundra).[49]

38.    Fair treatment of Youth Plaintiffs by Defendants requires taking due account of some of the worst, but still plausibly possible, cases.  In such cases, national income will be lower because of the adverse effects of climate change,[50] imposing doubly an increased financial burden and economic disadvantage on Youth Plaintiffs and Affected Children: they will face the costs of remediation and adaptation with fewer resources with which to do so. Even if national incomes continue to rise in real terms, the costs of taking remedial climate action are an ever-increasing burden on Youth Plaintiffs and Affected Children as well.  Moreover, as discussed in the climate science summary above, we are quickly approaching (or some argue we may have already passed) certain "tipping points" that will dramatically increase costs in a non-linear fashion.[51]  Thus, it is not a practical solution to say Youth Plaintiffs and future generations may be more wealthy in the future (in fact, GDP may be lower in the future because of climate effects) and can bear the costs more efficiently than Defendants today (because those costs continue to increase disproportionately and have long-lasting adverse effects).  The assumption of ever-increasing national income has significant implications for Defendants' cost-benefit

---

[49]    See, for example, Schneider, Stephen H. and Root, Terry L. Ecological implications of climate change will include surprises, *Biodiversity and Conservation* 5 (1996): 1109-1119.

[50]    In one recent study, researchers found that temperature change due to unmitigated global warming will leave global GDP per capita 23 percent lower in 2100 than it would be without any warming. See Burke, M., Hsiang, S. M., & Miguel, E., (2015) "Global non-linear effect of temperature on economic production," *Nature*, 527 (7577): 235-239.

A per capita 23 percent lowering of GDP is the on-average result, which understates the full potential impact in two ways (much as the on-average temperature increases understate the increase in catastrophic events, as I discussed above).  *First*, a 23 percent on-average result includes many states of the world where the average may be much worse.  *Second*, a 23 percent on-average result will not affect all persons or all regions equally; those near the bottom of the income distribution that have no savings will suffer from lack of ability to consume, and almost surely these effects will be felt more in coastal regions, from which those near the bottom of the income distribution will lack the financial resources to relocate, further exacerbating their financial difficulties.

[51]    See also, "The study of Earth as an integrated system," NASA, https://climate.nasa.gov/nasa_science/science/.

analysis and development of discount rates and the social cost of carbon, as described in more detail in Section V.C, below.

39.     Moreover, it will be necessary to devote a significant proportion of national income to dealing with the consequences of climate change; the standard term is that there will be high costs of adaptation.[52]  Especially disturbing are the impacts on developing countries, many of which are in tropical zones, which will be particularly hard hit.  In the U.S., Youth Plaintiffs will not be able to insulate themselves from the global repercussions. The costs of adaptation to climate change by developing countries are well beyond anything that those countries can afford (or will be able to afford in the future).  Youth Plaintiffs may recognize that they have a moral responsibility to global citizens elsewhere in the world because of the actions of the U.S., including Defendants, and thus they will bear a burden because of the failure of Defendants to take appropriate actions.[53] However, even were they not to do so, the markedly lower incomes in developing countries will set off large migration pressures, which we are already seeing today.[54]

---

[52]  According to the United Nations Environment (UNEP) report, the cost of adapting to climate change in developing countries could rise to between $280 and $500 billion per year by 2050. There will be a significant financing gap unless new and additional finance for adaptation is made available. See UNEP 2016. The Adaptation Finance Gap Report 2016. United Nations Environment Programme (UNEP), Nairobi, Kenya

[53]  Of course, Defendants do not control global climate emissions.  The U.S. is the second-largest current emitter of $CO_2$ at 15 percent of global emissions (behind only China), and by far the largest historical emitter of $CO_2$ and GHGs.  See, EPA, "Global Greenhouse Gas Emissions Data," *United States Environmental Protection Agency*, data as of 2014, https://www.epa.gov/ghgemissions/global-greenhouse-gas-emissions-data#Country and J. Gillis and N. Popovich, "The U.S. Is the Biggest Carbon Polluter in History. It Just Walked Away From the Paris Climate Deal," *The New York Times*, June 1, 2017, https://www.nytimes.com/interactive/2017/06/01/climate/us-biggest-carbon-polluter-in-history-will-it-walk-away-from-the-paris-climate-deal.html.

However, action by the world's largest historical contributor of GHGs and the world's largest economy (the U.S.) would help further the goals of the Paris agreement and other countries' efforts to reduce GHG emissions.  Moreover, it could reduce the incentive for other countries to shirk their climate change efforts by attempting to gain a competitive edge by not addressing climate change (a race to the bottom, so to speak).  In any event, however, the fact that other countries, particularly developing countries, may not take as strong as action as is needed is not justification for Defendants using out-dated economic models and analysis to foist high costs on Youth Plaintiffs and Affected Children more generally.

[54]  See, for example, Coral Davenport and Campbell Robertson, "Resettling the First American 'Climate Refugees,'" *The New York Times*, May 3, 2016, https://www.nytimes.com/2016/05/03/us/resettling-

Continued on next page

Managing this migration (including possibly putting up hard-and costly-to-enforce barriers to it) will impose large costs on Youth Plaintiffs, undermining their economic security.[55]  Moreover, in a globally interconnected system, lower incomes abroad will adversely affect the demand for American goods and services, thereby reducing U.S. GDP from what it otherwise would be, with consequent risks for Youth Plaintiffs and Affected Children.

40.     I understand that Defendants argue their policies were necessary for the economic and national security of the U.S.[56]  Such arguments do not withstand economic scrutiny. Whatever benefits might have existed in the middle of the 20th century, it has been decades since such policies were rational.  This has been recognized by leading security experts.  For example, since at least 2007, members of the U.S. military have recognized that "serious consequences to our national security … are likely from unmitigated climate

---

Continued from previous page
the-first-american-climate-refugees.html and Aryn Baker, "How Climate Change is Behind the Surge of Migrants to Europe," *Time*, September 7, 2015, http://time.com/4024210/climate-change-migrants/.

[55]   As discussed in the Stern Review, some estimates suggested up to 200 million people may become permanently displaced by climate change by the middle of this century, noting that almost as many people leave their homes because of environmental disasters as flee political oppression. See, Nicholas Stern, "Stern Review: The Economics of Climate Change", p. 77, http://unionsforenergydemocracy.org/wp-content/uploads/2015/08/sternreview_report_complete.pdf. See also, K. Burrows & P. Kinney, "Exploring the Climate Change, Migration and Conflict Nexus," *International Journal of Environmental Research and Public Health* 13(4) (2016): 443, noting that the number of people displaced by climate change by 2050 is estimated to be between 50 million, on the low end, and 1 billion, on the high end.

[56]   See, e.g., "Office of Fossil Energy FY 2019 Budget," U.S. Department of Energy, https://www.energy.gov/fe/about-us/our-budget ("The Office of Fossil Energy (FE) programs are focused on activities related to the reliable, efficient, affordable, and environmentally sound use of fossil fuels that are essential to our Nation's security and economic prosperity.").

See also, Jason Furman and Gene Sperling, "Reducing America's Dependence on Foreign Oil As a Strategy to Increase Economic Growth and Reduce Economic Vulnerability," Obama White House Archives, August 29, 2013, https://obamawhitehouse.archives.gov/blog/2013/08/29/reducing-america-s-dependence-foreign-oil-strategy-increase-economic-growth-and-redu ("...the President's focus on increasing America's energy independence is not just a critical national security strategy, it is also part of an economic plan to create jobs, expand growth and cut the trade deficit." The first element of President's Obama plan was "Increasing domestic production of oil.").

change."[57]  In a report released in 2007, eleven retired military generals and admirals detailed the variety of threats to America's national and economic security that climate change poses:[58]

> In already-weakened states, extreme weather events, drought, flooding, sea level rise, retreating glaciers, and the rapid spread of life-threatening diseases will themselves have likely effects: increased migrations, further weakened and failed states, expanded ungoverned spaces, exacerbated underlying conditions that terrorist groups seek to exploit, and increased internal conflicts. In developed countries, these conditions threaten to disrupt economic trade and introduce new security challenges, such as increased spread of infectious disease and increased immigration. Overall, climate change has the potential to disrupt our way of life and force changes in how we keep ourselves safe and secure by adding a new hostile and stressing factor into the national and international security environment.

41.    From an economic perspective, one of the key insights is that, just at the time when money is scarce (and our economy is weak) because of climate change, there will be greater need for funds.  Thus, government will be less able to provide the requisite finance for key public services, depriving Youth Plaintiffs and Affected Children of the economic benefits enjoyed by older generations.  This makes it even more compelling for Defendants to take all the precautionary measures today that they can.

42.    As noted by the High-Level Commission on Carbon Prices (the "High-Level Commission"), which I co-chaired, the estimated economic costs of climate change in many of the standard models, and in particular Defendants' estimates of the social cost of carbon (under the Obama administration), are:[59]

---

[57]  "National Security and the Threat of Climate Change," The CNA Corporation, 2007, p. 44, https://www.cna.org/cna_files/pdf/national%20security%20and%20the%20threat%20of%20climate%20change.pdf.

[58]  "National Security and the Threat of Climate Change," The CNA Corporation,  2007, pp. 44-45, https://www.cna.org/cna_files/pdf/national%20security%20and%20the%20threat%20of%20climate%20change.pdf.

[59]  High-Level Commission on Carbon Prices, "Report of the High-Level Commission on Carbon Prices", 2017, Washington, DC: World Bank, Appendix A.

…biased downward because they fail to consider many vitally important risks and costs associated with climate change—particularly the widespread biodiversity losses, long-term impacts on labor productivity and economic growth, impacts on the poorest and most vulnerable, rising political instability and the spread of violent conflicts, ocean acidification, large migration movements, as well as the possibility of extreme and irreversible changes.

43.    Thus, it is prudent for Defendants to take precautionary actions, not based on the "average" estimate of what the damage might be, but rather based on estimates of realistically plausibly possible "worst cases."    Because, as detailed below, Defendants could take actions at modest costs, and it would be reckless not to undertake those actions; it would be needlessly endangering the future prospects and the economic and personal security of Youth Plaintiffs and Affected Children.

## V.    TRANSITIONING THE U.S. ECONOMY OFF OF FOSSIL FUELS IS NOT ONLY FEASIBLE BUT WILL BENEFIT THE ECONOMY

### A.    TRANSITIONING OFF OF FOSSIL FUELS IS FEASIBLE

44.    There is broad consensus among economists, and the High-Level Commission concluded, that limiting temperature increase to "well below 2°C" is achievable with reasonable and modest measures, and that the costs of those measures are far smaller than the costs of the damage that climate change could inflict.[60]

45.    The High-Level Commission estimated that the costs of curtailing emissions to a level to achieve the goals set forth by the Paris Agreement ("well below 2°C") would be modest.[61]   The High-Level Commission noted that the carbon tax, that they explained could induce the requisite change in emissions, could substitute for other more distortionary taxes.   If governments made such a substitution, the aggregate cost of curtailing carbon emissions could even be less than zero, providing net benefits to the economy.   Furthermore, at a time when so much discussion focuses on the Federal government's deficit spending (and our national debt), the elimination of billions of dollars of often-hidden subsidies to the fossil fuel industry would improve the country's fiscal situation and economic performance generally.   As discussed below in Section V.B, the full amount of post-tax subsidies in the U.S. has been estimated at nearly $700 billion a year, more than half of the Federal government's forecasted deficit for the next fiscal year.[62]   Eliminating all fossil fuel subsidies (implicit and explicit, many of which

---

[60]    High-Level Commission on Carbon Prices, "Report of the High-Level Commission on Carbon Prices", 2017, Washington, DC: World Bank, p. 1.

[61]    When I use the term "costs" here, I refer to the net effect of undertaking such policy changes—that is, such costs can be negative (when the benefits outweigh the costs).   As is standard in economic analysis, I analyze the *marginal* effects, that is, the marginal (i.e., additional as compared to the *status quo*) net outlays that will be required for effectuating a given policy choice.   Because certain policy choices can have long-term benefits that outweigh long-term costs, negative costs are a distinct possibility.

[62]    Coady et al., "How Large Are Global Energy Subsidies?", IMF Working Paper, Fiscal Affairs Department,          2015,          paper          and          underlying          data          available          at: https://www.imf.org/en/News/Articles/2015/09/28/04/53/sonew070215a.

Continued on next page

go to large corporations) could, therefore, both curtail fossil-fuel production, through forcing companies to bear more of the true costs of fossil-fuel production, and substantially reduce our national deficit in one fell swoop. Equity would also be improved with corporations paying more and individuals, such as the Youth Plaintiffs and Affected Children, benefiting.

46.     There are many reasons to be optimistic that emissions could be curtailed further than previously thought. These benefits are a result of continued technological development in the renewables sector. Because of technological improvements, the costs of renewables and storage are decreasing. The price of solar panels has dropped by more than half in recent years (80 percent reduction from 2008 to 2016).[63] In 2016 alone, the average dollar capital expenditure per megawatt for solar photovoltaics and wind dropped by over 10 percent.[64] As these technologies continue to improve and the efficiency increases, while manufacturing costs drop, these technologies will more easily substitute for existing fossil fuel infrastructure.

47.     Transitioning to a non-fossil-fuel-based economy will require additional investment in our energy sector. Such sectoral shifts in our economy are not uncommon. In fact, a hallmark of a well-functioning market economy is its ability to shift between sectors as

---

Continued from previous page

See also a report published by the Overseas Development Institute and Oil Change International, which found that as of 2014, the U.S. government provides approximately $20 billion annually in producer side subsidies through various tax exceptions/deductions.

Doukas, Alex, "G20 subsidies to oil, gas and coal production: United States", Overseas Development Institute, 2015, https://www.odi.org/sites/odi.org.uk/files/odi-assets/publications-opinion-files/9979.pdf).

With the recent tax cuts, the deficit is currently forecasted to be about $1 trillion in the next fiscal year. See, Associated Press in Washington, "US deficit to approach $1tn after Trump tax cuts and spending bill, CBO says," *The Guardian*, April 9, 2018, https://www.theguardian.com/us-news/2018/apr/09/us-deficit-trump-tax-cuts-trillion-cbo-projection.

[63]   See, e.g., Ryan Whitman, "We could be headed for a solar power renaissance as costs keep dropping," *ExtremeTech*, December 19, 2016, https://www.extremetech.com/extreme/241300-headed-solar-power-renaissance-costs-keep-dropping.

[64]   Frankfurt School-UNEP Centre/BNEF, "Global Trends in Renewable Energy Investment 2017," 2017, http://fs-unep-centre.org/sites/default/files/publications/globaltrendsinrenewableenergyinvestment2017.pdf.

technology changes and demand fluctuates.  For example, we have seen shifts from agriculture to manufacturing to services over the course of the twentieth century, and we saw a shift towards the financial sector (from less than 3 percent to over 8 percent of GDP) from the 1950s to its peak in 2006 (immediately before the financial crisis).[65]  Our spending on our energy sector has also fluctuated, as the chart below shows energy expenditures as a percent of GDP from 1970 to 2015.  While the high levels of spending in the early 1980s (over 10 percent) were during periods of economic turbulence with high inflation and an energy crisis, there have been other periods, such as the 2000s and the early 1970s where there was economic growth and high spending on our energy system.  Moreover, our economy has endured sudden, unplanned disruptions in the past (again, for example, the financial crisis); moving our economy to one without fossil fuels would come with a slight cost, but would be an event we can plan for to minimize disruptions (and would bring net benefits in the form of risk reduction).

---

[65]   See, e.g., Robin Greenwood and David Scharfstein, "The Growth of Finance," *Journal of Economic Perspectives*, 27(2) (Spring 2013):  3-28.



Figure 1:  Energy Expenditures as Share of GDP (Percent)

Source:   U.S. Energy Information Administration, March 2018 Monthly Energy Review, Table 1.7 Primary Energy Consumption, Energy Expenditures, and Carbon Dioxide Emissions Indicators.

48.     There are a number of important new "energy smart" technologies that can play a role in reducing dependence on energy, making our existing energy infrastructure more efficient.[66]  Smart grids, for example, can turn on appliances when renewable electricity is plentiful—and ramp down electric loads when renewable power wanes.  Advanced energy storage technologies are increasingly diverse and many, like ice energy storage, are simpler and can be more cost effective than chemical batteries.  Electric vehicles can also be considered "energy smart" technology, as their charging and discharging of batteries can be flexible, creating great potential to improve the efficiency of our national energy infrastructure. These technologies reduce overall energy consumption, so that even without the introduction of less carbon intensive energy sources, they can reduce

---

[66]   Frankfurt School, UNEP Centre, "Global Trends In Renewable Energy Investment 2017," http://fs-unep-centre.org/sites/default/files/publications/globaltrendsinrenewableenergyinvestment2017.pdf.

carbon emissions.  Many energy efficiency technologies actually have a negative cost to implement, especially if one includes in the costs the implicit costs associated with GHG emissions (costs to society that are currently externalized).[67]

49.    The major U.S. corporations that have committed themselves to dramatic emissions reductions—as well as state and local governments that have committed to emissions reductions—support the feasibility of a swift transition.[68] Creating predictability is of significant economic value in aggressively seeking to reduce emissions; i.e., it makes clear to players in the future economy that they can plan accordingly with very high confidence.  In addition, this greater certainty facilitates the production of goods and services at lower costs.  For instance, the Chief Executive Officers of Apple, BHP Billiton, BP, DuPont, General Mills, Google, Intel, Microsoft, National Grid, Novartis Corporation, Rio Tinto, Schneider Electric, Shell, Unilever, and Walmart all called on the President to stay the course with respect to United States' participation in the Paris Agreement.[69]  So too, were the Defendants to adopt a high and reliable price of carbon, households and firms would know that it paid economically to adopt low- or zero-emission technologies and products.

50.    In pursuing clean-energy technology, there is also the potential for increasing overall economic production and stimulating aggregate demand and economic growth.  As I

---

[67]  See, e.g., European Commission, "The Macroeconomic and Other Benefits of Energy Efficiency", https://ec.europa.eu/energy/sites/ener/files/documents/final_report_v4_final.pdf.

[68]  In 2017, for example, nine states making up the Regional Greenhouse Gas Initiative consortium agreed to a cap-and-trade program that seeks a 30 percent reduction in carbon pollution from energy plants by 2030.  See, Colin Young, "9 states, including Mass., Agree to Accelerate Emission Reductions in Next Decade," *WBUR*, August 23, 2017, http://www.wbur.org/news/2017/08/23/9-states-including-mass-agree-to-extend-carbon-reduction-goals-to-2030.

Other state-driven strategies include California's January 2018 announcement to have 5 million zero-emission vehicles in use by 2030; Hawaii mandating that all of the state's electricity come from renewable sources by the mid-21st century; and Vermont's commitment to reduce emissions to 80-95 percent below 1990 levels by 2050.  See, "U.S. Leads in Greenhouse Gas Reductions, but Some States are Falling Behind," Environmental and Energy Study Institute, March 27, 2018, http://www.eesi.org/articles/view/u.s.-leads-in-greenhouse-gas-reductions-but-some-states-are-falling-behind.

[69]  See, e.g., Center for Climate and Energy Solutions, "Top companies urge White House to stay in the Paris Agreement," Center for Climate and Energy Solutions Press Release, April 2017, https://www.c2es.org/newsroom/releases/major-companies-urge-white-house-stay-paris.

wrote a few years ago in *The Guardian*, "retrofitting the global economy for climate change would help to restore aggregate demand and growth."[70]  Consistent with this, the High-Level Commission, which I co-chaired with Lord Stern,[71] found that "climate policies, if well designed and implemented, are consistent with growth, development, and poverty reduction. The transition to a low-carbon economy is potentially a powerful, attractive, and sustainable growth story, marked by higher resilience, more innovation, more livable cities, robust agriculture, and stronger ecosystems."[72]

51.    However, instead of supporting existing clean energy technology that would benefit the economy and create jobs, Defendants are acting in ways to suppress and hinder clean energy, which also leads to job losses and harms the economy.  For example, in January 2018, President Trump approved tariffs on imported solar cells that start at 30 percent. The tariffs are unlikely to benefit American solar manufacturing jobs, but, according to the Solar Energy Industries Association, are likely to result in the loss of 23,000 American jobs this year and the delay or cancelation of billions in solar investments. The tariffs are also expected to lead to a net reduction in solar installations by roughly 11 percent between 2018 and 2022, a 7.6-gigawatt reduction in solar PV capacity, which means approximately 1.2 million homes will not be powered by renewable solar energy. Such tariffs are both harmful for the environment and the economy.[73]

52.    Not promptly undertaking actions to pursue clean-energy technology continues to expose Youth Plaintiffs and Affected Children to the risk of extreme costs and damages, not just from climate change itself, but from the required outlays on future remediation and adaptation efforts and a weaker, less efficient, and more expensive U.S. economy.

---

[70]  Stiglitz, J., "Climate Change and Poverty Have Not Gone Away," *The Guardian*, January 7, 2013, https://www.theguardian.com/business/2013/jan/07/climate-change-poverty-inequality

[71]  Lord Stern succeeded me as Chief Economist of the World Bank and subsequently was a leading economic advisor to the UK Treasury, as Second Permanent Secretary and head of the Government Economic Service.

[72]  High-Level Commission on Carbon Prices, "Report of the High-Level Commission on Carbon Prices," 2017, Washington, DC: World Bank, p. 1.

[73]  Julia Pyper, "New Tariffs to Curb US Solar Installations by 11% Through 2022," *Greentech Media,* January 23, 2018, https://www.greentechmedia.com/articles/read/tariffs-to-curb-solar-installations-by-11-through-2022#gs.YNyvdYQ

**B.    POLLUTION IS A CLASSIC EXTERNALITY THAT CAN BE COMBATED WITH STANDARD ECONOMIC TOOLS THAT PROMOTE SOCIAL WELFARE**

53.    Currently, around 80 percent of the energy consumed in the U.S. comes from fossil fuels.[74] In contrast, renewable energy sources comprise 11 percent of total energy consumption. That percentage has only risen by 2 percent (9 to 11 percent) from 1949 to 2017.[75]

54.    The burning of fossil fuels generates large amounts of pollution.  Pollution is the archetypal negative externality.  In economics, an externality arises when the cost or benefit of an activity of one party imposes a cost or benefit on another.  In the pollution example, the polluter makes a good (its primary activity), but in the course of doing so generates pollution that imposes a cost or burden on another (e.g., a fisherman who fishes in the waters that become polluted will catch fewer fish).  A positive externality example might be a technological development that benefits more than the inventor alone (e.g., the developer of the worldwide web who made it freely available).

55.    The issue that arises with a negative externality is that the producer of the externality (e.g., the polluter) considers only their private costs when making production decisions and not the total costs of their activity (the costs borne by the polluter and the fisherman). Standard economic theory argues that private markets can be relied on to make efficient decisions, if, and only if, the (marginal private) costs confronting individuals equal the (marginal) social costs, and the (marginal private) benefits confronting them equal the (marginal) social benefits.  When there is an externality, social and private costs and/or benefits are not aligned.  A classic way to intervene in this situation is for government to tax the causes of negative externalities (thereby raising the effective private cost closer to

---

[74]    U.S. Energy Information Administration, Table 1.3 Primary Energy Consumption by Source, March 2018 Monthly Energy Review, https://www.eia.gov/totalenergy/data/browser/xls.php?tbl=T01.03&freq=m.

[75]    U.S. Energy Information Administration, Table 1.3 Primary Energy Consumption by Source, March 2018 Monthly Energy Review, https://www.eia.gov/totalenergy/data/browser/xls.php?tbl=T01.03&freq=m.

the social cost and forcing the producer to bear the full cost of their actions).[76]  Having a well-functioning price system—where price setters take into account all costs—is important for economic efficiency and overall social welfare.

56.     At present, the U.S. lacks a comprehensive carbon-pricing regime that accounts for the negative externalities of burning fossil fuels such that private markets can be relied on to make efficient decisions.  Thus, producers and sellers of fossil fuels consider only their private costs and benefits, and the costs that their activities are imposing on society through, among other factors, increased GHG emissions and long-term climate effects of the sort I discussed earlier are not considered or internalized as part of the price.

57.     Beyond the lack of a comprehensive carbon-pricing regime, a faulty system that is full of hidden subsidies for fossil fuels, as noted above, hinders the transition towards a less carbon-intensive economy. These subsidies also accelerate and exacerbate the costs to Youth Plaintiffs from climate change.

58.     These subsidies take many forms.  For instance, upstream oil and gas exploration and production companies in the U.S. receive several tax breaks that go beyond those afforded to businesses generally, such as deducting intangible drilling costs as a current business expense (not capitalized over the life of the well), depletion allowances,[77] and offshore drilling tax royalty relief (which permits the claiming of foreign royalties as taxes (and makes them creditable against U.S. taxes) for taxpayers taxed in two countries). When companies make an investment, it is natural that they be allowed to depreciate the cost of the capital as a tax-deductible expense over the lifetime of the asset.

---

[76]   Sometimes, governments have to rely on "second best" interventions.  Thus, government can subsidize alternatives (or positive-externality activities), which lowers the effective price of substitute products.  Lowering the price of a substitute product can have the effect of increasing demand for the substitute (e.g., clean energy) and reducing the demand for the original product (e.g., fossil fuel-based energy).  But leaving the negative externality-generating activity without a "charge" for its external effects leaves a distortion in place.

[77]   I have studied the economics of depletion allowances, together with Sir Partha Dasgupta, in my academic work.  See, J.E. Stiglitz, "Monopoly and the Rate of Extraction of Exhaustible Resources," *The American Economic Review* 66(4) (September 1976): 655-661 and P. Dasgupta and J.E. Stiglitz, "Uncertainty and the Rate of Extraction Under Alternative Arrangements," *Institute Mathematical Studies in the Social Sciences*, tech. rep. no. 179 (September 1975).

But with depletion allowances, an oil company can deduct 15 percent of the revenue as a "depletion allowance," regardless of the amount of investment it made to find the oil.[78] The company receives the depletion allowance—as if it invested money—even if it makes no investment.  The value of this provision itself is enormous; some estimates say it could save the U.S. Treasury over $11 billion in 10 years if it were eliminated.[79] (Money not received by Treasury is, in effect, money given to the fossil fuel industry.) Coal companies can receive similar corporate tax reductions, and are able to purchase or lease land from Defendants at below market rates.[80]  These tax breaks artificially reduce the private cost of fossil fuels to producers and consumers (but not the social cost), which makes renewable sources of energy appear less competitive to consumers.[81]  In the U.S., these tax breaks for fossil fuel companies have resulted in an economy heavily dependent on fossil fuels and infrastructure designed around fossil fuels.

59.    Similarly, at various times, oil, gas, and coal leases have been conducted in ways in which fossil fuel companies are able to obtain leases at prices far below what the competitive equilibrium price would be, depriving taxpayers of money they need for a variety of public purposes, while distorting the market to make participation in oil, gas, and coal more economically attractive.[82]  The efficient auctions that have been used in

---

[78]    This provision dates to 1913.  See, e.g., Rebecca Leber, "Happy 100th Birthday, Big Oil Tax Breaks," *Think Progress*, March 1, 2013, https://thinkprogress.org/happy-100th-birthday-big-oil-tax-breaks-3c9731c4bc85/.  See also, Seth Hanlon, "Big Oil's Misbegotten Tax Gusher," *Center for American Progress*, May 5, 2011, https://www.americanprogress.org/issues/economy/news/2011/05/05/9663/big-oils-misbegotten-tax-gusher/.

[79]    See, Seth Hanlon, "Big Oil's Misbegotten Tax Gusher," *Center for American Progress*, May 5, 2011, https://www.americanprogress.org/issues/economy/news/2011/05/05/9663/big-oils-misbegotten-tax-gusher/.

[80]    Doukas, Alex, "G20 subsidies to oil, gas and coal production: United States", Overseas Development Institute, 2015, https://www.odi.org/sites/odi.org.uk/files/odi-assets/publications-opinion-files/9979.pdf.

[81]    Bridle, Richard, Kitson, Lucy, "The Impact of Fossil-Fuel Subsidies on Renewable Electricity Generation", International Institute for Sustainable Development, December 2014, http://www.iisd.org/sites/default/files/publications/impact-fossil-fuel-subsidies-renewable-electricity-generation.pdf.

[82]    This was the case, for instance, in the early 1980s, when large numbers of tracts were simultaneously put up for auctions, so many that the average tract had less than two bidders.  I discussed some of the

Continued on next page

other areas (e.g., for the auctioning of the electro-magnetic spectrum) were typically never used.  A 2016 report from the President's Council of Economic Advisors regarding coal leases recognized several of these points explicitly, noting, for example, that the coal leasing program "has been widely criticized in recent years by economic and environmental experts for providing a poor return to the taxpayer and for not adequately addressing the environmental costs of coal extraction, processing, and combustion."[83]  The report also found that previous and then-current policies of Defendants had misaligned incentives:  "the program has been structured in a way that misaligns incentives going back decades, resulting in a distorted coal market with an artificially low price for most Federal coal and unnecessarily low government revenue from the leasing program."[84]  The report suggests that to fully reflect the social costs of coal extraction— i.e., price the externality completely—the costs are so high that the resulting royalty rate may be "well-over 100 percent."[85]

---

Continued from previous page

research in this instance in my Nobel lecture.  See, J.E. Stiglitz, "Information and the Change in the Paradigm in Economics," Prize Lecture, December 8, 2001, pp. 489-490, https://www.nobelprize.org/nobel_prizes/economic-sciences/laureates/2001/stiglitz-lecture.pdf.

See also, J.J. Leitzinger and J.E. Stiglitz, "Information Externalities in Oil and Gas Leasing," *Contemporary Policy Issues* 5 (March 1984): 44-57 and J.E. Stiglitz, "What is the Role of the State?" Chapter 2 in M. Humphreys, J.D. Sachs, and J.E. Stiglitz (eds.) "Escaping the Resource Curse," 2007, Columbia University Press, pp. 23-52 at p. 31:  "When competition for the resources is limited—and especially when it is known that it is limited—then the prices that prevail will be lower. There are three ways of limiting competition. The first is suddenly to put up for lease a large number of tracts— increase the supply so that the bidding on each tract is limited. This is what President Reagan did in the early 1980s. It was like a fire sale—as if the government had to get rid of its holdings immediately. But in fact, there was no reason for it; it was not as if the oil was going to disappear, or as if the United States needed to raise cash quickly. On a very large fraction of tracts, there was only one bidder (and, of course, the oil companies knew this).  In a study I conducted with Jeff Leitzinger (1984) we quantified the impact on the price the government received. The government got a fraction of what it would have earned had the tracts been put up in a more orderly process, and the extra profits went into the coffers of the oil companies."

[83]  "The Economics of Coal Leasing on Federal Lands:  Ensuring a Fair Return to Taxpayers," Executive Office of the President of the United States, June 2016, at p. 2, https://obamawhitehouse.archives.gov/sites/default/files/page/files/20160622_cea_coal_leasing.pdf.

[84]  *Id.*

[85]  *Id.* at p. 29.

60.    An important source of protection against global warming is carbon-sequestration—holding carbon in trees, plants, wetlands, or soils.  Carbon molecules that are thus held are carbon molecules that are not in the atmosphere.[86]  There are large amounts of public land holding millions of acres of trees, but the government has an industry-driven policy framework in which (a) the timber industry, which acquires the right to cut down the timber, does not pay for the carbon costs of their activities; (b) the timber industry is typically subsidized through roads constructed by the Department of Agriculture, which manages these public forests; (c) the timber industry, like the fossil fuel industry, receives favorable tax benefits; and (d) the timber industry acquires these assets at prices that are below prices that would prevail in a competitive market that accounted for all private and public costs of logging.[87]

61.    The provision of these tax benefits and the sale and/or lease of these public assets at below competitive market prices by Defendants harms the U.S. today, and these Youth Plaintiffs and Affected Children, in multiple ways.  The harm to the U.S. arises because improper pricing that ignores the externalities of logging leads to inefficient uses of forests, logs, and wood products that would not materialize if the price of logs reflected the carbon costs of cutting down the trees and releasing $CO_2$ into the atmosphere. These actions by Defendants support the destruction of forests, which are needed to sequester $CO_2$ (not to mention all the critical ecosystem benefits forests provide).  The poorly functioning price mechanism deprives our society of governmental revenues that could be used for multiple purposes, including investment in emission reductions and investments in R&D that would facilitate the transition towards a green economy; and forces taxes to be imposed elsewhere, with distortionary costs—so that total costs to society are well in excess of the losses of tax revenues.  The resulting weaker economy

---

[86]    For a more thorough articulation of this framework, see J.E. Stiglitz, "Sharing the Burden of Saving the Planet: Global Social Justice for Sustainable Development: Lessons from the Theory of Public Finance," Columbia University Academic Commons, https://doi.org/10.7916/D8KD24MX and Mary Kaldor and Joseph E. Stiglitz, eds., *The Quest for Security: Protection without Protectionism and the Challenge of Global Governance*, New York: Columbia University Press, pp. 161-190.

[87]    See, e.g., "Congressional Subsidies for Private Logging," Taxpayers for Common Sense, December 13, 2001, http://www.taxpayer.net/library/article/congressional-subsidies-for-private-logging.

means that Youth Plaintiffs are inheriting an economy that is not only dirtier than it otherwise would have been, but also weaker.

62. There are also indirect explicit subsidies that contribute to the continued reliance on fossil fuels, such as government investments and policies that promote emission producing methods of transportation or manufacturing.

63. Another implicit subsidy granted by governments is to not charge the fossil fuel industry for the negative externalities they create, such as carbon emissions. As discussed above, carbon emissions, and pollution in general, are negative externalities that can affect society and the economy, yet the vast majority of negative-externality carbon emissions across the globe are not priced.[88]  Pricing $CO_2$ emissions and emissions of other GHGs would greatly enhance revenues available to government to address a variety of societal needs, as I discussed in Section IV above.  A basic principle of taxation is that it is better to tax bad things like pollution than good things like savings and work.  Again, the resulting weaker economy means that Youth Plaintiffs are inheriting an economy that is not only dirtier than it otherwise would have been, but also weaker.  In this instance, not only are Defendants not raising revenue in an efficient way (subsidizing rather than taxing carbon emissions), Youth Plaintiffs are burdened with the socioeconomic costs that arise with pollution, such as additional healthcare costs.

64. Defendants have recognized for at least 40 years that these direct and indirect subsidies to fossil fuel producers hinder the adoption of renewable energy and improvements in

---

[88]  See, e.g., High-Level Commission on Carbon Prices, "Report of the High-Level Commission on Carbon Prices," 2017, Washington, DC: World Bank, at p. 35: "The carbon prices observed span from less than US$1/tCO2e to US$126/tCO2e, 85 percent of global emissions are not priced today…"

Because all emissions generate externalities, for an efficient economy, all emissions should be taxed. In a few instances, the adverse effects of not taxing the emissions can be mitigated by the imposition of regulations.

renewable energy technologies.  For example, a 1978 memo to President Carter regarding solar power found that:[89]

> Widespread use of solar energy is also hindered by Federal and state policies and market imperfections that effectively subsidize competing energy sources.  These policies include Federal price controls on oil and gas, a wide variety of direct and indirect subsidies, and utility rate structures that are based on average, rather than marginal costs. Also, the market system fails to reflect the full social benefits and costs of competing energy sources, such as the costs of air and water pollution.

65.  If Defendants stopped providing subsidies and/or implemented carbon pricing policies that allow the U.S. government to further fund research and development of green technologies to decarbonize the economy, such measures would have a large positive impact in the long term. These positive effects are not limited to mitigating the environmental effects; there are monetary gains, too.  Some estimates of the financial benefit to the U.S. economy of accelerating technological developments for lowering carbon emissions suggest that they would amount to $1 trillion by 2050.[90]

66.  This monetary estimate does not take into account possible spillover effects from advancing technology that could provide further value to the economy (e.g., in the same way that the space race or developments in the world wars brought us many advancements in basic science that made their way into consumer and industrial products).  Even without technological change, the net financial costs to the economy may be negative, taking into account the financial benefits of eliminating carbon subsidies and replacing them with carbon taxes and the consequent development of a more efficient low-carbon energy system.

67.  A short-term measure Defendants can readily implement is to cease approvals for any new fossil fuel infrastructure, pending completion of a national climate recovery plan.  Any new coal projects or coal extraction harms Youth Plaintiffs.  For example, it

---

[89]  Attachment to Memorandum from Jim Schlesinger to The President, "Domestic Policy Review of Solar Energy:  A Response Memorandum to The President of the United States," December 5, 1978, at p. iv.

[90]  Richard G. Richels, Geoffrey J. Blanford, "The value of technological advance in decarbonizing the U.S. economy," *Energy Economics* 30(6) (2008): 2930-2946, ISSN 0140-988.3.

increases GHG emissions locking in higher concentrations of GHGs in the atmosphere as Youth Plaintiffs grow up and live their lives, with all the attendant costs and impacts that I have described thus far. Enabling investments in long-lasting "fossil" infrastructure (like coal-burning power plants and oil and natural gas pipelines) means that for decades going forward, there will continue to be incentives to engage in costly carbon emissions. Once the plants are built, the owners have an incentive to continue using it to recover their investment (and in so doing, generate GHG emissions). Furthermore, should a fossil-fuel plant be shut down before the natural end of its economic life, there will be allegations of lost economic value (the owners' private loss on their investment). Such allegations will become a political argument against taking further actions curbing emissions. (These arguments will almost surely be put forward even though the public benefits of shutting down the coal fired plants may be enormous—as I have noted—and even though a standard argument in economics is that bygones-are-bygones. Mistaken investments in the past should not continue to justify distorted power generation. Elsewhere, however, the "politics" of stranded assets has played an important role—that is to say; private owners of large, sunk investments have (successfully) argued for preferential treatment for them to recoup their private investments, despite the attendant social costs.)

68. I should also respond to an expected argument from Defendants that, even if the U.S. were to lower its GHG emissions, other countries would increase their production of goods that create GHGs. This might be referred to as a "substitution" argument. There are two rejoinders to this:

a. First, I turn to standard economic theory. That is, that in any given equilibrium the lowest-cost providers are providing any given resources. Thus, if the U.S. is providing GHG-dependent products today, it is because the marginal cost of the U.S. providing such products is below the next-cheapest alternative. If the U.S. were to cease producing, say, 100 "units" of GHGs, the next-cheapest alternative would increase its production by less than 100 "units" (because if it made economic sense for the next-cheapest alternative to produce more than 100 "units" they would already be doing so). As such, any substitution will be less than perfect and reductions in

U.S. emissions will be offset less than one-to-one by alternative supplies (i.e., there will be a net reduction).

b.  Second, specific to GHG emissions, recent technical studies have shown that U.S. emissions will not be perfectly offset.[91]  This is consistent with the general theory I mentioned above.  While climate change is a global problem, the U.S. is a significant contributor to GHG emissions, and so actions by the U.S., both directly, and by the leadership which such actions provide, has a significant impact on these global outcomes.  Indeed, the U.S. stands out as the sole country announcing that it is not committed to the reduction of carbon emissions, having announced that it will leave the Paris Agreement.  Despite the U.S.'s actions, other countries remain committed. Thus, if the U.S. were to recommit itself to climate action, there is no significant risk of other countries polluting more, so as to offset the benefits of U.S. reductions in carbon emissions.

69.  The government has recognized since the 1980s that the U.S. will need to take a leadership role in climate change.  For example, a government memorandum from 1989 discusses the desire for the U.S. to have a leadership role in addressing climate change. The memorandum also makes clear that when it comes to addressing climate change the U.S. "simply cannot wait -- the costs of inaction will be too high."[92]

**C.  DEFENDANTS' USE OF DISCOUNTING IN DECISION-MAKING UNDERESTIMATES THE COSTS OF CLIMATE CHANGE ON YOUTH PLAINTIFFS AND FUTURE GENERATIONS AND THE BENEFITS OF MITIGATION, WITH DELETERIOUS CONSEQUENCES**

70.  In running the government, Defendants must repeatedly make decisions about projects and policies.  They must evaluate alternative choices with which they are confronted.  In this section, I explain that the way Defendants do this systematically undermines the

---

[91]  See, e.g., P. Erickson and M. Lazarus, "Would constraining US fossil fuel production affect global CO2 emissions? A case study of US leasing policy," *Climatic Change*, 2018, https://doi.org/10.1007/s10584-018-2152-z.

[92]  Memorandum from Frederick M. Bernthal to Richard T. McCormack, Department of State, February 9, 1989, attachment "Environment, Health and Natural Resources Issues," and responses to "Question #1."

interests of Youth Plaintiffs in a way which cannot be justified. Indeed, economic science provides sound alternative methodologies for the evaluation of policies and projects which systemically lead to better outcomes for society in general, and would not systematically discriminate against Youth Plaintiffs in the way that existing policies do.

71.    While there are a number of longstanding and well-established perspectives in economics which recognize that delaying the kinds of precautionary actions suggested above is deleterious to societal welfare, government practices and procedures underlying important decision-making systematically undervalue the costs to be borne by future generations (including Youth Plaintiffs and Affected Children).

72.    The issue devolves around how governments should value benefits and costs that arise at some future date relative to those that occur today. Typically, less value is given to future effects than to current effects. The question is, how much less. Since the most catastrophic effects of climate change may not be felt for years (see paragraph 27 and footnote 19, above), saying that what happens in the future does not matter much biases public decision making against taking actions to protect Youth Plaintiffs.

73.    The standard methodology for making such assessments is called cost-benefit analysis. In a cost-benefit analysis, using a discount rate is commonplace; however, that discount rate must be appropriate. As I have noted, issues around discounting are especially important in the context of climate change because the full benefits may not accrue for many years after society incurs costs to limit the emissions of GHGs.[93]

74.    Formal intertemporal analysis on which so much of modern economics is based originated with the path breaking work of Frank Ramsey, who argued that there was no ethically defensible justification for discounting the well-being (utility) of future

---

[93]    There is also a problem with how discounting is often applied when we consider future costs compared to future benefits. Standard economic theory says that risky future benefits (e.g., uncertainty regarding an investment's return) are discounted to account for that risk. That is, risky benefits are worth less than riskless benefits. When we consider costs, however, analysts often *reduce* risky costs: uncertainty regarding future costs should decrease the value of a project (i.e., increase its costs), not increase the value of a project.

generations.[94]   In the almost one century since his work, no one has developed a persuasive argument to the contrary.[95]

75.   There is an argument that future consumption should be discounted, since future incomes are assumed to be higher, and standard arguments of diminishing marginal utility imply that if that is the case, the value of consumption will be lower.   But the high discount rates used by Defendants can only be justified by the assumption of high future increases in standards of living.   Since 2008, there is overwhelming evidence that the pace of productivity has declined markedly, implying that we cannot count on past rates of increases prevailing in the future.   There is one school of thought (studied and advocated by Prof. Robert Gordon at Northwestern) that argues even the current pace of

---

[94]   Clearly, if one thought that the world would end, say in 50 years, as a consequence of a nuclear war, unrelated to climate change, one would not need to take into account events beyond the 50-year extension.   We rule out such possibilities, or assume that they are of sufficiently low probability as not to affect our analysis.

For mathematical tractability, many analyses assume a small, positive pure intergenerational discount rate.   While ethically indefensible for our purposes, the results are not much different from those obtained with a zero discount rate.

[95]   In the middle of the twentieth century, two teams of researchers, each with a prominent Nobel Prize winner, formulated "guides" to cost benefit analysis.   See Dasgupta, Sen, and Marglin, prepared for UNIDO (the United Nations Industrial Development Organization) (P. Dasgupta, S.A. Marglin, A. Sen, *Guidelines for project evaluation*, United Nations Industrial Development Organization, Vienna (1972) (United Nations publication sales no.: E.72.II.B.11)) and Little and Mirrlees, prepared for OECD Development Center (I.M.D. Little and J.A. Mirrlees, *Manual of Industrial Project Analysis in Developing Countries vols. 1 and 2*, OECD, Paris (1968, 1969).   Amartya Sen received the Nobel prize in 1998, Partha Dasgupta was knighted in 2002, Ian Little was the Deputy Director of the Economic Section at the U.K. Treasury and a distinguished Oxford development economist, and Sir James Mirrlees received the Nobel Prize in 1996.

In the 1970s, discounting became important as the country thought through how to respond to the oil price shocks:   what were the requisite changes to its energy system?   Though this was done in an era before the costs of carbon emissions were widely understood, the principles are still relevant.   See J.E. Stiglitz, "The Rate of Discount for Cost-Benefit Analysis and the Theory of the Second Best," *Discounting for Time and Risk in Energy Policy*, R. Lind (ed.), Baltimore:   The Johns Hopkins University Press, 1982, pp. 151-204.

There have been various guidelines published on this topic for internal government use, see, for example:   OMB Circular No. A-94, "Discount Rates to be Used in Evaluating Time-Distributed Costs and Benefits" (Mar. 27, 1972) and OMB Circular No. A-94, "Guidelines and Discount Rates for Benefit-Cost Analysis of Federal Programs", Oct. 1992.

productivity—far lower even than in the recent past—may decline still more.[96]  Whether one agrees with Gordon's assessment or not, this recent discussion has brought out four key points:

a.  There is considerable uncertainty about the pace of increase in living standards.

b.  The pace of increase in living standards is endogenous—it depends on what actions we take.

c.  If there is significant climate change, and if we continue on our current path, there is a significant risk of a decrease in standards of living.

d.  The marginal value of consumption is likely to be high in those states of nature where climate change is greater, and where the adverse effects of climate change are large. That is to say, the value of additional consumption—the ability to build or consume more—and therefore its price will be higher when the effects of climate change are greater.  Thus, in those places where the effects of climate change are most pronounced—where damage is the greatest and remediation need and costs are the highest—the *social cost* of such remediation will also be at its highest, exacerbating the damages to Youth Plaintiffs (both because when damages are high, the cost of remediation is also high, and because levels of consumption—what is left over after paying for remediation costs, and taking into account the damage done by climate change—are low).

76.    It would be foolhardy—and wrong—for public policy to proceed as if there were no risk, either of a decrease in living standards, and especially of a lowering of those standards as a result of a failure to appropriately curtail emissions.

77.    Standard economics over the past half century has emphasized the importance of risk aversion, and that risk affects our actions.  Common usage of discounting in public finance fails to take account of risk appropriately.  When individuals are risk averse, they

---

[96]   See, R.J. Gordon, *The Rise and Fall of American Growth:  The U.S. Standard of Living since the Civil War*, Princeton University Press, 2016.  See also, R.J. Gordon, "Is U.S. Economic Growth Over?  Faltering Innovation Confronts the Six Headwinds," *NBER Working Paper*, No. 18315, August 2012, http://www.nber.org/papers/w18315.pdf.

are willing to buy insurance against a risk—to pay a considerable risk premium.  This is also true for the business sector and society in general.  This is especially important when we assess the appropriate response to the threat of climate change.  The planet Earth cannot buy insurance from another planet against the risk of climate change here, but we can take precautionary actions.  At the very least, this implies that the discount rate used for assessing climate change actions should be markedly different from that used for conventional short-term projects.  As Chairman of the Council of Economic Advisers, I headed a review committee for the Office of Management and Budget (OMB) reviewing the guidelines for discounting, and that was the conclusion we reached in the late 1990s—that one must account for changes in relative price over time, and when our environment becomes more valuable in the future (i.e., as the value of preserving it becomes higher) that must be reflected in the economic analysis.[97]  This was consistent with the position taken in the 2nd assessment of the IPCC, and in a paper I co-authored with the late Nobel laureate Kenneth Arrow and others.[98]

78.  More than half a century ago, President Johnson sent a message to Congress that we faced two paths:  the cheaper option, in the short-term, of carrying down the path of pollution, or the more expensive option (at the time), of restoring the country and its natural heritage to the people.[99]

> We are able to see the magnitude of the choice before us, and its consequences for every child born on our continent from this day forward.  Economists estimate that this generation has already suffered losses from pollution that run into billions of dollars each year. But the ultimate cost of

---

[97]  Our report was issued in 1996:  "Economic Analysis of Federal Regulations Under Executive Order 12866,"  The White House, January 11, 1996, https://obamawhitehouse.archives.gov/omb/inforeg_riaguide/.

[98]  K. Arrow, W.R. Cline, K-G. Maler, M. Munasinghe, J. E. Stiglitz, and R. Squitieri, "Intertemporal Equity and Discounting," in *Global Climate Change: Economic and Policy Issues,* M. Munasinghe (ed.), World Bank Environment Paper 12, Washington, D.C. 1995, pp. 1-32. Reprinted in an abbreviated format as "Intertemporal Equity, Discounting, and Economic Efficiency," *Climate Change 1995: Economic and Social Dimensions of Climate Change,* J. Bruce, H. Lee, and E. Haites (eds.), Cambridge: Cambridge University Press, 1996, pp. 125-144.

[99]  "Preserving Our Natural Heritage," Message from the President of the United States, transmitting "Programs for Controlling Pollution and Preserving our Natural and Historical Heritage," February 23, 1966.

> pollution is incalculable.  We see that we can corrupt and destroy our lands, our rivers, our forests, and the atmosphere itself all in the name of progress and necessity. Such a course leads to a barren America, bereft of its beauty, and shorn of its sustenance.  We see that there is another course more expensive today, more demanding. Down this course lies a natural America restored to her people. The promise is clear rivers, tall forests, and clean air – a sane environment for man.

79.    For the last 50 years, Defendants have shirked from the "more demanding" course of restoring "America … to her people."  Defendants' policies that discount the future of Youth Plaintiffs and Affected Children at inappropriately high rates continue to steer America on the path of incalculable losses and away from that more demanding and sane course.  The costs of fixing the damage today are much higher than they would have been in 1966 when President Johnson sent his message; but, the costs today are much lower than what they will be after another 50 years of fossil fuel pollution and inaction.

## VI.    CONCLUSION

80.    The choice between incurring manageable costs now and the incalculable, perhaps even irreparable, burden Youth Plaintiffs and Affected Children will face if Defendants fail to rapidly transition to a non-fossil fuel economy is clear. While the full costs of the climate damages that would result from maintaining a fossil fuel-based economy may be incalculable, there is already ample evidence concerning the lower bound of such costs, and with these minimum estimates, it is already clear that the cost of transitioning to a low/no carbon economy are far less than the benefits of such a transition.  No rational calculus could come to an alternative conclusion.  Defendants must act with all deliberate speed and immediately cease the subsidization of fossil fuels and any new fossil fuel projects, and implement policies to rapidly transition the U.S. economy away from fossil fuels.

81.    This urgent action is not only feasible, the relief requested will benefit the economy. More importantly, this action is necessary if Defendants are to prevent the extreme cost and damages Youth Plaintiffs and Affected Children are facing and will face to an even greater extent if Defendants continue on a path that does not account for what is scientifically necessary to protect the climate system they depend on for their future well-being and their personal and economic security.

_____

Joseph E. Stiglitz, Ph.D.
April 13, 2018

**EXHIBIT A:**
**CURRICULUM VITAE**

# CURRICULUM VITAE
# JOSEPH E. STIGLITZ

**Born**

February 9th, 1943

**Address**

Uris Hall, Room 212
Columbia University
3022 Broadway
New York, NY 10027

Phone: (212) 854-0671
Fax: (212) 662-8474
jes322@columbia.edu

**Current Positions**

University Professor, Columbia University. Teaching at the Columbia Business School, the Graduate School of Arts and Sciences (Department of Economics) and the School of International and Public Affairs.

Co-founder and Co-President of the Initiative for Policy Dialogue (IPD)

Co-Chair of the High-Level Expert Group on the Measurement of Economic Performance and Social Progress, Organisation for Economic Co-operation and Development (OECD)

Chief Economist of The Roosevelt Institute

**Previous Positions**

Co-Chair, Columbia University Committee on Global Thought

Chair of the Management Board, Brooks World Poverty Institute, University of Manchester

Chair, International Commission on the Measurement of Economic Performance and Social Progress, appointed by President Sarkozy, 2008-2009.

Chair, Commission of Experts on Reforms of the International Monetary and Financial System, appointed by the President of the General Assembly of the United Nations, 2009.

Professor of Economics and Senior Fellow, Hoover Institution, Stanford University, 1988–2001; professor emeritus, 2001--

Stern Visiting Professor, Columbia University, 2000

**Senior Vice President and Chief Economist, World Bank, 1997–2000**

Senior Fellow, Brookings Institution, 2000

**Chairman, Council of Economic Advisers (Member of Cabinet), 1995–1997**

Member, Council of Economic Advisers, 1993–1995

Research Associate, National Bureau of Economic Research

Senior Fellow, Institute for Policy Reform

Professor of Economics, Princeton University, 1979–1988

Drummond Professor of Political Economy, Oxford University, 1976-1979

Oskar Morgenstern Distinguished Fellow and Visiting Professor, Institute for Advanced Studies and Mathematica, 1978-1979

Professor of Economics, Stanford University, 1974-1976

Visiting Fellow, St. Catherine's College, Oxford, 1973-1974

Professor of Economics, Cowles Foundation and Department of Economics, Yale University, 1970-1974

Senior Research Fellow, Social Science Division, Institute for Development Studies, University College, Nairobi (under Rockefeller Foundation Grant), 1969-1971

Associate Professor, Cowles Foundation, 1968-1970

Assistant Professor, Cowles Foundation, 1967-1968

Tapp Research Fellow, Gonville and Caius College, Cambridge, 1966-1970

Visiting Professor, Department of Economics, University of Canterbury, Christchurch, New Zealand, June-August, 1967

Assistant Professor of Economics, M.I.T., 1966-1967

**Education**

B.A. Amherst College, 1964

Ph.D. in Economics, M.I.T., 1966-1967

*Unearned Degrees*

M.A., Cambridge University, 1970

M.A., Oxford, 1976

**Honorary doctorates**

D.H.L., Amherst College, 1974

University of Leuven, 1996

Ben Gurion University, 1997

Academia de Studii Economice, Bucharest, December 1999

University of Namur, March 2000

Technical University, Lisbon, June 2000

Northwestern University, Doctor of Laws, June 2000

New School University, February 2001

Bard College, May 2001

University of Toronto, June 2001

Charles University, Prague, June 2001

Glasgow University, July 2001

University of Buenos Aires, November 2001

University of Andes, October 2001

Sofia State University "Saint Clement Ohridski," Bulgaria, 2002

Wirtschafts Universitat, Vienna, January 2002

University of Macau, March 2002

Pomona College, May 2002

Université catholique de Louvain la Neuve Belgium, February 2003

Doshisha University, April 2003

University of Barcelona, May 2003

Azerbaijan State Economic University, 2003

Waseda University, April 2004

Georgetown University, May, 2004

Indiana University, May 2004

Pace University, May, 2004

University of Oxford, June 2004

University of Bergamo, Italy, July 2004

Université d'Antananarivo, Madagascar, August 2004

Drexel University, June 2005

Universidad de La Plata, August 2005

Durham University, September 2005

Lingnan University, Hong Kong, December 2005

University of the Basque Country, May 2006

Università degli Studi di Genova, May 2006

Universidad Mayor de San Andrés, Bolivia, May 2006

Renmin University, China, March 2007

University of Venice, Italy, May 2008

University of Liège, Belgium, May 2008

University of Manchester, UK, October 2008

Luiss Guido Carli University, Rome, February 2010

University of Hyderabad, India, January 2013

University of Córdoba, Argentina, August 2012

University of Hyderabad, India, January 2013

Cambridge University, United Kingdom, June 2013

Universite Paris-Dauphine, France, June 2013

Harvard University, May 2014

Arizona State University, May 2014

HEC Paris, January 2015

University of Split, May 2015

University of the Republic of Uruguay, December 2015

Chinese University of Hong Kong (CUHK), May 2016

Sant'Anna School of Advanced Studies, University in Pisa, Italy, May 2017

Università Politecnica delle Marche, Ancona, Italy, November 2017

**Fellowships and Honors**

National Science Foundation Fellowship, 1964–1965

Fulbright Fellowship, 1965-66

Social Science Research Council Faculty Fellowship, 1969-1970

Guggenheim Fellowship, 1969-70

Fellow of the Econometric Society, 1972

**John Bates Clark Award, American Economic Association, 1979**

Fellow, American Academy of Arts and Sciences, 1983

Fellow, National Academy of Science, 1988

International Prize of the Academia Lincei, 1988

UAP Scientific Prize, Paris, France, 1989

Corresponding Fellow of the British Academy, 1993

Rechtenwald Prize, Germany, 1998

Fellow, American Philosophical Society, 1998

**Nobel Prize in Economics, 2001**

Honorary Fellow, Gonville and Caius College, University of Cambridge, 2001

Distinguished Leadership in Government award, Columbia Business School, 2002

Le Prix Européen du Livre d'Économie, Special Mention for *Globalization and its Discontents*, November 2002

Honorary Professor, Al Farabi Kazakh National University, November 2003

Honorary Fellow, St. Catherine's College, Oxford, 2003

Order of the Gran Cruz con Placa de Oro, Republica de Colombia, 2003

Le Prix Européen du Livre d'Économie, First Prize, for *Roaring Nineties*, Paris, 2003

Bruno Kreisky Prize for Political Books, Vienna, 2003

Ordinary Academician, Pontifical Academy of Social Sciences, May 2003

John Kenneth Galbraith Award, American Agricultural Economics Association, August 2004

Serbian Scientific Society, December 2005

Honorary Professorship, Wuhan University, Hubei Province, China, March 2006

Changjiang Scholar, China Center for Economic Research, Peking University, China, March 2006

La Medalla de la Orden Nacional "Al Mérito," Ecuador, July 2006

National Center for Law and Economic Justice Benefit Award, May 2006

Honorary Fellowship, Fitzwilliam College, May 2006

Honorary Professorship, Guizhou University, China, March 2007

Honorary Professorship, Yunnan University, China, March 2007

Honorary Professorship, Central University of Finance and Economics, Beijing, China, March 2007

Honorary Dean, Hanqing School, Renmin University, Beijing, March 2007

Le Prix Manpower for *Making Globalization Work*, October 2007

Honorary Professor, Universidad de San Martin De Porres, Lima, Peru, December 2007

Honorary Professor, Universidad Nacional de San Antonio Abad del Cusco, Peru, December 2007

Lead author and member of the Steering Committee, Working Party 3, of the 1995 (Second Assessment) Report of the Intergovernmental Panel on Climate Change, which shared the **2007 Nobel Peace Prize**

John F. Kennedy Memorial Fellowship, Fulbright New Zealand, March 2008

Honorary Professorship, Tsinghua University, Beijing, China, March 2008

International Labour Organization, Decent Work Research Prize, June 2008

The Royal Society, Foreign Member, May 2009

Gerald Loeb Award, Commentary category, June 2010. (Among the highest honors in journalism, the Loeb Awards recognize the work of journalists whose contributions illuminate the world of business, finance and the economy for readers and viewers around the world.)

Inaugural Rodney Wylie Eminent Visiting Fellow, University of Queensland, July 2010

Francis Perkins Working People's Award, 2010 presented by the Fiscal Policy Institute, October 7, 2010, for recognizing the importance of sound economic analysis to the well-being of working people everywhere; for groundbreaking work on the circumstances under which government can improve market performance; and for vital contributions to public policy at the international, national, and state levels.

The Karel Englis Honorary Medal for Merit in the Social and Economic Sciences, awarded by the Academy of Sciences of the Czech Republic, 2010

100 Years of American Economic Review: The Top 20 Articles, February 2011, for "Monopolistic Competition and Optimum Product Diversity," with A. Dixit, *American Economic Review*, 67(3), June 1977, pp. 297-308 and "On the Impossibility of Informationally Efficient Markets," with S. Grossman, *American Economic Review*, 70(3), June 1980, pp. 393-408.

2011 100 Most Influential People in the World List, Time Magazine, "TIME 100", April 2011

Legion of Honor, rank of Officier, France, February 2012

Economic Theory Fellow, Society for the Advancement of Economic Theory, July 2012

Corresponding Academic, Royal Academy of Economic Sciences and Finance, Spain, September, 2012

Global Economy Prize, Kiel Institute, Germany, June 2013

Robert F. Kennedy Book Award, for *The Price of Inequality*, September 2013

Daniel Patrick Moynihan Prize, May 2014

Member, the American Academy of Political and Social Science, 2014

Jean-Jacques Laffont Prize, June 2014

Selected in Economic Journal's 125th Anniversary Issue as a seminal article, March 2015, for "A New View of Technological Change," with A. Atkinson, *Economic Journal*, 79(315), September 1969, pp. 573-578.

George S. Eccles Prize for Excellence in Economic Writing, for Creating a Learning Society, Columbia Business School, May 2015

2015 POLITICO 50 List, POLITICO Magazine, September 10, 2015

Columbia University Press, Distinguished Book Prize, for Creating a Learning Society, September 2016

Bloomberg 50 Most Influential People in the World of Finance, September 2016

Progress Medal for Scholarship and Leadership on Fairness and Well-being, Society for Progress, September 2016

National Association of Business Economics (NABE) Paul A. Volcker Lifetime Achievement Award for Economic and Monetary Policy, March 2017

Estoril Global Issues Distinguished Book Prize, for *The Euro*, May 2017

Sigillum Magnum, University of Bologna, November 2017

Donald Gordon STIAS Fellow, Stellenbosch Institute for Advanced Study, November 2017


**International Positions, Boards, etc. (selected)**

Past President, Eastern Economics Association, 2008

President, International Economics Association, 2011-2014; Committee Member, 2014-

Co-Chair, Institute for New Economic Thinking (INET) Global Economic Transformation Commission, 2017-

Member, High-level Commission on Carbon Prices, 2016-

Member, United Nations High-Level Advisory Board on Economic and Social Affairs

Center for a New Economy's Growth Commission for Puerto Rico, 2016-

Member, CFTC-SEC Advisory Committee on Emerging Regulatory Issues

World Bank, Chief Economist's Council of Economic Advisers, 2000-

ILO World Commission on the Social Dimensions of Globalization, 2003

High Level Panel of the African Development Bank, 2006-2007

Chairman, SI Commission on Global Financial Issues, 2009

Member, Economic Advisory Panel of the South African Minister of Economic Development, 2010

Member, Prime Minister's Advisory Committee of Progressive Intellectuals, Spain, 2008-2011

Member, International Advisory Board, Renault-Nissan (2000-2004)

Member, International Advisory Board, Docomo, 2008-2011

Member, International Advisory Board, Statoil, 2011-

Member, Economic Advisory Board, Brennan Center for Justice, 2015-

Commissioner, World Health Organization's High-Level Commission on Health Employment and Economic Growth, 2016

Board Member, Acumen Fund

Board member, Alliance for Climate Protection, 2011-

Member, Executive Supervisory Committee, CERGE-EI, Prague

Executive Board, Economic Research Forum, Cairo

Honorary Member, Board of Directors, Center for Global Development

Foreign Member, Russian Academy of Sciences, elected in 2003

Member, Barcelona Graduate School of Economics Advisory Scientific Council, 2007-

Member, Fiscal Commission Working Group, Scotland, 2012-

Member of French Government's Independent Council for Growth and Full-Employment, 2014-

Intergovernmental Panel on Climate Change (Steering Committee, Working Party 3, second assessment, a Lead Author of 1995 Report)

Chairman, Economic Policy Committee, OECD. 1993-1995

Member of the Board, Resources for the Future

Member of the Board of Trustees, Amherst College

Trustee, Folger Library, Washington, 2000-2005

International Advisory Board, Korea Financial Services Commission

U.S./Israel Joint Economic Decision Group (JEDG), 1993-1996

Member, Mid-east Economic Peace Forum, Amman, 1995

Chair, U. S. Delegation, OECD Ministerial, 1996

Member, U.S. Delegation, G-7 Jobs Summit, France, 1996

Chair, U.S. Delegation, G-7 and Developing Country Telecommunications Conference, South Africa, 1996

World Bank Delegate, G-22

Headed, U.S. Delegations to India, China, Russia, Ukraine


**Consulting (selected)**

Ford Foundation Energy Policy Study, 1973

Department of Labor (Pensions and Labor Turnover), 1974

Department of Interior (Offshore Oil Leasing Programs), 1975

Federal Energy Administration (Intertemporal Biases in Market Allocation of Natural Resources), 1975-76

World Bank

O.E.C.D.

Electrical Power Research Institute

Office of Fair Trading (U.K.) Consumer Protection Legislation

Bell Communications Research

Bell Labs

U.S. State Department - AID

Inter-American Development Bank

State of Louisiana (Attorney General)

State of Texas (Attorney General and Governor's Office)

Office of Tax Analysis, U.S. Treasury

Federal Reserve Board

Office of Technology Assessment

State of Alaska

Seneca Indian Nation

Micronomics

Department of Justice

Senior Advisor, Sebago Associates

New York State, Attorney General's Office

States of California, Washington, and others on Banking Competition

A-8

**Selected Invited Lectures**

Far Eastern Meetings of the Econometric Society, Tokyo, 1970

Association of University Teachers of Economics, Warwick, 1974

Westfalich Academy of Science

Fifth Annual Lecture of the Geneva Association, delivered at Zurich, March 1983

David Kindall Lecture, University of Illinois, 1985

Frank W. Paish Lecture, Association of University Teachers of Economics, Bath, United Kingdom, 1985

Journal of Money, Banking and Credit Lecture, Western Economic Association, Las Vegas, 1985

Invited Plenary Session Lecture, Meetings of the Sociedade Brasileira de Econometria, Belem, Brazil, December 1986

Upjohn Lecture, Western Michigan University, 1986

Johansen Lectures, Oslo, 1986

Frontiers of Economics Lecture, World Bank, 1986

Harry Lyman Hooker Distinguished Visiting Professors Series, McMaster University, 1986

Shepherd Lecture, State University of Iowa, 1986

Shell Lecture, City University, London, 1986

Rand Chair Distinguished Speaker Series, SUNY-Buffalo, 1987

Fisher-Schultz Lecture, European Meetings, Econometric Society, Copenhagen, 1987

Jacob Marschak Lecture, Far Eastern Meetings, Econometric Society, Tokyo, 1987

Invited Plenary Lecture, American Accounting Association, Cincinnati, 1987

Central Bank of Uruguay, Annual Conference for South American Economists, 1988

Argentina Economic Association, 1988

NÖG Lecture, Austrian Economic Association, 1988

John Crawford Lecture, Economic Congress of Australia (Joint Meeting of Economic Society, The Econometric Society, The Australian Agricultural Society and The Economic History Society of Australia and New Zealand, Canberra), 1988

Stevenson Lectureship, University of Glasgow, Scotland, December 1988

Plenary Session Latin American Meeting of the Econometric Society, Santiago, Chile, August 1989

Musgrave Lecture, University of California, Santa Cruz, March 1990

AT&T Lecture Series, Notre Dame University, April 1990

Wicksell Lectures, University of Stockholm, May 1990

Institute of Public Administration Annual Conference, Dublin, December 1990

IPR-IRIS Conference, Prague, March 1991

Caffee Lecture on Reformulation of Monetary Theory, Rome, April 1991

Lindhal Lectures on Fiscal and Monetary Policy, Uppsala, Sweden, April 1991

Irish Economic Association Annual Conference, Keynote Lecture, Dublin, May 1991

Federal Reserve Bank of Cleveland, May 1991

Villa Mondrage International Economic Seminar, Rome, June 1991

Far Eastern Meeting of the Econometric Society, Seoul, June 1991

Korea Development Institute, Seoul, June 1991

National Association of Business Economists, Los Angeles, September 1991

Marshall Lecture, European Economic Association Annual Meeting, Cambridge, UK, September 1991

NBER/CEPR Conference on Unemployment and Wage Determination, Boston, October 1991

NBER Taxation Program, Cambridge, MA, October 1991

Institute for Policy Reform 1991 AID Economists' Conference, Raleigh-Durham, November 1991

United Nations Conference on Trade and Development, Geneva, December, 1991

CEPR Conference on Finance and Development in Europe, Santiago, Spain, December 1991

Schumpeter Lecture, Kyoto, 1992

Marshall Lecture, Cambridge, 1996

Wider Lecture, Helsinki, 1997

EIB Lecture, Florence, 1997

Indian Development Bank 50th Jubilee Lecture, 1998

Prebisch Lecture, Geneva (UNCTAD), 1998

Annual Lecture, Government Economists Association, Chicago, 1998

University of Pittsburgh McKay Lecture, 1998

Institute of International Finance, Cordoba, Argentina, 1998

American Economic Association, Distinguished Lecture on Economics in Government, 1998

Bangladesh Economic Association, 1999

National Economic Research Institute Jubilee Lecture, 1999

Mattioli Lectures, Milan, 1999

Schwartz Lecture, Northwestern, 1999

McKenzie Lecture, Rochester, 1999

Nobel Symposium in Economics: The Economics of Transition, Saltsjöbaden, Sweden, 1999

Oxford Amnesty Lecture, 1999

Bruno Lecture, Beunos Aires, 1999

Papandreou Lecture, Athens, 1999-2000

Center for Contemporary Arab Studies, Georgetown University, 2000

Calouste Gulbenkian Foundation, Lisbon, 2000

Money, Macro and Finance Research Group Millennium Conference, London, 2000

HKEA First Biennial Conference, Hong Kong, 2000

Fifteenth Annual Henry George Lecture, University of Scranton, 2000

 (Keynote speaker, invited lecture, at national or regional economic meetings in Bogota, Montivedeo, Colombo, Manila, Seoul, Tokyo, Bangkok, Marrakech, Cairo, Kampala, Nairobi, Dacca, Kuala Lampur, San Salvador, San Jose (Costa Rica))

Goldman Lecture in Economics, Wellesley University, 2001

Arthur M. Okun Lecture Series, Yale University, 2001

Global Employment Forum, International Labor Office, Geneva, 2001

Fourteenth Annual Emile Grunberg Lecture Series, The University of Akron, 2001

Sixth International Congress, Centro Latinoamericano de Administración para el Desarrollo, 2002

Austrian Federal Ministry for Economic Affairs and Labour discussion forum, Vienna, January 2002

Miliband Lecture, London School of Economics, 2002

Keynote address, New School Graduate Program in International Affairs, "Economic Management and Political Collapse in Argentina" conference, April 2002

National Economic Council, Caracas, 2002

World Knowledge Forum, Seoul, 2002

Cercle de Economistes, Aix en Provence, 2002

Okigbo Memorial Lecture Series, inaugural edition, Enugu, Nigeria, 2002

Brazilian Economic and Social Development Bank fiftieth anniversary seminar, Rio de Janeiro, 2002

Second Prebisch Lecture, Economic Commission for Latin America and the Caribbean, Santiago, Chile, 2002

El Consejo de Economía Nacional conference, Caracas, 2002

Twentieth anniversary of Economics Faculty at the University of Urbino, Italy, 2003

Asian Development Bank Distinguished Speakers Program, Manila, 2003

Clarendon Lecture, Oxford University, 2003

Korean Development Institute, 2003

The Fourth Annual JAMA Lecture, The Elliott School of International Affairs, George Washington University, March 2003

Columbia Business School Distinguished Lecture Series, 2003

Conferencia Internacional Bogotá, 2003

Aaron Wildavsky Forum for Public Policy, Berkeley University, 2004

Second Gunnar Myrdal Lecture, United Nations Economic Commission for Europe, Geneva, 2004

Tanner Lecture, Oxford University, 2004

Keynote Address, Conference on Financial Disintermediation, The Bank Indonesia and Asian Development Bank, Denpasar, Bali, December 2004

Keynote Address, Ministerial Conference on Intellectual Property for Least Developed Countries, World Intellectual Property Organization, Seoul, 2004

Keynote Lecture, Seventh National Conference on Economics, A Coruña, Spain, 2005

Nobel Lecture series, Chinese University of Hong Kong, March 2005

Tenth Sir Arthur Lewis Memorial Lecture, Basseterre, St. Kitts and Nevis, November 2005

Distinguished Lecture in Economics and Public Policy, Clare College, 2006

Yates Lecture, The Murphy Institute, Tulane University, New Orleans, 2006

Jacques de Larosiere Lecture, European Bank for Reconstruction and Development, London, 2006

Takata Yasuma Memorial Lecture, Kyoto University, 2006

Geary Lecture, Economic and Social Research Institute, Dublin, 2006

Keynote Address, University of San Francisco Law School Symposium on Regulatory Federalism, 2006

Fourth Annual KC Basu Lecture, National University of Juridical Science, Calcutta, 2007

Keynote Address, Conference on "Welfare State in the International Economy" University of Texas at Austin, 2007

Annual Frey Lecture on International Property, Duke University, 2007

China Development Forum, 2006-2017

Howard University Omicron Delta Epsilon Economic Honors Society Dinner, 2007

Grotius Lecture, 101st Annual Meeting of the American Society for International Law, Washington, DC, 2007

Khazanah National Bank Global Lectures, Kuala Lumpur, Malaysia, 2007

Waseda University 125th Anniversary Celebration, Tokyo, 2007

Foundation Day Lecture, University of Manchester, UK, 2008

Kenneth Arrow Lecture, Columbia University, New York, 2008

Tenth Annual D.T. Lakdawala Memorial Lecture, New Delhi, 2008

Eminent Speakers Series, African Development Bank, Tunis, 2010

Daniel Patrick Moynihan Lecture, Washington, D.C., 2014

HEC Honorary Degree conferral presentation, Paris, 2015

Adana Young Businessmen Association Lecture, Turkey, 2015

WEF Latin America Lecture and Panel, Colombia, 2015

Royal Geographical Society Lecture, London, 2015

Our Common Future under Climate Change Conference, UNESCO, Lecture, Paris, 2015

UN Conference on Financing for Development, Ethiopia, 2015

Jackson Hole Summit Lecture, 2015

Clinton Global Initiative Annual Meeting, New York, 2015

World Bank/IMF Annual and Spring Meetings, Alternative Forum, Lima, 2015

The Center for Public Policy Debate Lecture, Sao Paolo, 2015

4th BRICS International Competition Conference Lecture, South Africa, 2015

Keynote Speaker, UNIDO General Conference, Vienna, 2015

Calouste Gulbenkian Foundation Lecture, Lisbon, 2015

Research Institute for Development, Growth, and Economics Forum Lecture, Buenos Aires, 2015

University of Zurich Lecture, 2016

World Economic Forum Lecture and Panel, Switzerland, 2016

Bank of Japan, Shinzo Abe, and Taro Aso Lecture, Toyko, 2016

Keynote speaker, The University of Ottawa, 2016

High Level Leadership Seminar Lecture, Namibia, 2016

The Chinese University of Hong Kong Lecture, Hong Kong, 2016

Council on Foreign Relations, New York, City, 2016

Advanced Graduate Workshop on Poverty, Development and Globalization Lecture, India, 2016

Annual Meeting of the African Export-Import Bank Lecture, Seychelles, 2016

Keynote speaker, The Biennial Cooperative Economy, Italy, 2016

Keynote speaker, International Summit of Cooperatives, Quebec City, 2016

Keynote speaker, Princeton University's Griswold Center for Economic Policy Studies Conference on Inequality, 2016

Presentation at the European Parliament to present "Overcoming the Shadow Economy," a report on reforming tax secrecy havens with Mark Pieth, published in Friedrich Ebert Stiftung International Policy Analysis Paper, with participation of half of the members of the Parliament, 2016

University of Havana and ANEC (The Cuban Society of Marketing of the National Association of Economists and Accountants of Cuba) Lecture, Cuba, 2016

Annual Meeting of the American Economic Association, Chicago, 2017

World Economic Forum Lectures, Davos, January 2017.

National Association of Business Economics (NABE) Paul A. Volcker Lifetime Achievement Award for Economic and Monetary Policy Lecture, March 2017

Japan Ministry of the Environment Japan (MOEJ) Vision Committee lecture, Tokyo, March 2017.

International Economic Association (IEA) World Congress, Opening Plenary Lecture, Mexico City, June 2017.

International Economic Association (IEA) World Congress Lecture, Mexico City, June 20, 2017.

American Sociological Association (ASA) Annual Meeting Lecture, Montréal, Canada, August 12, 2017.

Bank of England Conference, Lecture, October 4, 2017.

African Export-Import Bank Conference, Memorial for Babacar Ndiaye, Washington, DC, October 15, 2017.

STIAS Lecture Series, Stellenbosch Institute for Advanced Study, South Africa, November 14, 2017

Growth Summit hosted by the Bureau for Economic Research, Economic Research Southern Africa and the Research Project on Employment, Income Distribution and Inclusive Growth, Cape Town, South Africa, November 15, 2017.

Hill Briefing: Trade, Legal Experts across the Political Spectrum Agree ISDS Must Be Eliminated from NAFTA, Washington, DC, December 5, 2017.

Fragility of Truth, Nobel Week Dialogue, Gothenburg, Sweden, December 9, 2017.

AI, Worker-Replacing Technological Change and Income Distribution, 13th Annual Conference on Economic Growth and Development (ISI), New Delhi, India, December 18, 2017.

Trump and Globalization; Making Trade Globalization Inclusive; Unemployment, Welfare and Innovation, American Economic Association Annual Meeting, Philadelphia, January 5-7, 2018.

Beyond the Paradise Papers; Towards a Better Capitalism, World Economic Forum Annual Meeting 2018, Davos-Klosters, Switzerland, January 23, 2018.

Improving the Distribution of Wealth: Lecture in Memory of Anthony Atkinson, London School of Economics and Political Science, February 16, 2018.


**Editing**

Co-editor, *Journal of Globalization and Development*


*Previous editing positions*

Founding Editor, *Journal of Economic Perspectives*

Editorial Board, *World Bank Economic Review*

Associate Editor, *Review of Economic Design*

Board of Consulting Editors, *Economic Notes* (Monte dei Paschi Di Siena, Italy)

Member, Scientific Committee, *Assicurazioni*, Rome, Italy

Editorial Board, *The Geneva Papers on Risk and Insurance Theory*
Editorial Board, *Revista de Econometrica*
Associate Editor, *Journal of Economic Theory*, 1968-73
Co-editor, *Journal of Public Economics*, 1980-83
American Editor, *Review of Economic Studies*, 1968-76
Associate Editor, *American Economic Review*, 1968-76
Associate Editor, *Energy Economics*
Associate Editor, *Managerial and Decision Economics*
Editorial Board, *The Review of Industrial Organization*
Co-editor, *The Economists' Voice*


**Other Activities**

Counselor of the Academic Committee, National Economics Foundation
International Advisory Committee, Barcelona Graduate School of Economics
International Advisory Board, Open Society Foundation
Committee on Graduate Education in Economics, American Economic Association
Member, M.I.T. Corporation Visiting Committee in Economics, 197l-1983
Member, Committee on Urban Public Economics, 1973
Secretary, Econometric Society, 1972-1975
Council, Econometric Society, 1984–1990
Steering Committee, Conference on Mathematical Economics, NBER
Member, Economics Panel, National Science Foundation, 1972-1976
Executive Committee, American Economic Association, 1982-1984; ex-officio, 1985–
Vice-President, American Economic Association, 1985
Special Review Panel, NSF, 1986
Visiting Committee, University of California, Department of Economics, 1989
Member, Nikkei International Academy, 1991
Member, Center for Economic Studies, 1991
Member, SEC-organized task force on accounting in the new economy, 1999-2001

**Articles**

**1966**

"Investment, Income, and Wages," (abstract), with G. A. Akerlof, *Econometrica*, 34(5), Supplementary Issue, 1966, p. 118. (Presented at December meetings of the Econometric Society, New York.)

**1967**

"Allocation of Investment in a Dynamic Economy," with K. Shell, *Quarterly Journal of Economics*, 81, November 1967, pp. 592-609.

"A Two-Sector, Two Class Model of Economic Growth," *Review of Economic Studies*, 34, April 1967, pp. 227-238.

**1968**

"A Note on Technical Choice Under Full Employment in a Socialist Economy," *Economic Journal*, 78(311), September 1968, pp. 603-609.

"Output, Employment and Wages in the Short Run," with R. Solow, *Quarterly Journal of Economics*, 82, November 1968, pp. 537-560.

**1969**

"Allocation of Heterogeneous Capital Goods in a Two Sector Economy," *International Economic Review*, 10, October 1969, pp. 373-390. (Presented at the 1965 Chicago Symposium on the Theory of Economic Growth.)

"Behavior Toward Risk With Many Commodities," *Econometrica*, 37(4), October 1969, pp. 660-667.

"Capital Gains, Income and Savings," with K. Shell and M. Sidrauski, *Review of Economic Studies*, 36, January 1969, pp. 15-26.

"Capital, Wages and Structural Unemployment," with George A. Akerlof, *Economic Journal*, 79(314), June, 1969, pp. 269-281.

"Distribution of Income and Wealth Among Individuals," *Econometrica*, 37(3), July 1969, pp. 382-397. (Presented at the December 1966 meetings of the Econometric Society, San Francisco.)

"The Effects of Income, Wealth and Capital Gains Taxation on Risk-Taking," *Quarterly Journal of Economics*, 83(2), May 1969, pp. 263-283.

"The Implications of Alternative Saving and Expectations Hypotheses for Choices of Technique and Patterns of Growth," with D. Cass, *Journal of Political Economy*, 77, July-August 1969, pp. 586-627. (Presented at the 1967 Chicago Symposium on the Theory of Economic Growth.)

"A New View of Technological Change," with A. Atkinson, *Economic Journal*, 79(315), September 1969, pp. 573-578.

"A Re-Examination of the Modigliani-Miller Theorem," *American Economic Review*, 59(5), December 1969, pp. 784-793. (Presented at the 1967 meetings of the Econometric Society, Washington, D.C.)

"Rural-Urban Migration, Surplus Labor and the Relationship Between Urban and Rural Wages," *East African Economic Review*, 1-2, December 1969, pp. 1-27.

"Theory of Innovation: Discussion," with Evsey D. Domar, *American Economic Review*, AEA Papers and Proceedings, 59(2), May 1969, pp. 44-49.

**1970**

"A Consumption Oriented Theory of the Demand for Financial Assets and the Term Structure of Interest Rates," *Review of Economic Studies*, 37(3), July 1970, pp. 321-351. (Presented at the August 1968 meetings of the Econometric Society, Boulder, Colorado.)

"Factor Price Equalization in a Dynamic Economy," *Journal of Political Economy*, 78(3), May-June 1970, pp. 456-489.

"Increasing Risk: I. A Definition," with M. Rothschild, *Journal of Economic Theory*, 2(3), September 1970, pp. 225-243. Subsequently published in *Foundations of Insurance Economics*, G. Dionne and S. Harrington (eds.), Kluwer Academic Publishers, 1992.

"Non-Substitution Theorems with Durable Capital Goods," *Review of Economic Studies*, 37(4), October 1970, pp. 543-553.

"Reply to Mrs. Robinson on the Choice of Technique," *Economic Journal*, 80(318), June 1970, pp. 420-422.

"The Structure of Investor Preferences and Asset Returns, and Separability in Portfolio Allocation: A Contribution to the Pure Theory of Mutual Funds," with D. Cass, *Journal of Economic Theory*, 1, June 1970, pp. 122-160.

**1971**

"Differential Taxation, Public Goods, and Economic Efficiency," with P. Dasgupta, *Review of Economic Studies*, 38(2), April 1971, pp. 151-174.

"Increasing Risk: II. Its Economic Consequences," with M. Rothschild, *Journal of Economic Theory*, 5(1), March 1971, pp. 66-84.

**1972**

"Addendum to Increasing Risk: I. A Definition," with M. Rothschild, *Journal of Economic Theory*, 5(2), October 1972, p. 306.

"Four Lectures on Portfolio Allocation with Many Risky Assets," *Mathematical Methods in Investment and Finance*, Szege-Shell (eds.), Amsterdam: North-Holland Publishing, 1972, pp. 76-108.

"On Optimal Taxation and Public Production," with P. Dasgupta, *Review of Economic Studies*, 39(1), January 1972, pp. 87-103.

"On the Optimality of the Stock Market Allocation of Investment," *Quarterly Journal of Economics*, 86(1), February 1972, pp. 25-60. (Presented to the Far Eastern Meetings of the Econometric Society, June 1970, Tokyo, Japan.)

"Risk Aversion and Wealth Effects on Portfolios with Many Assets," with D. Cass, *Review of Economic Studies*, 39(3), July 1972, pp. 331-354.

"Some Aspects of the Pure Theory of Corporate Finance: Bankruptcies and Take-Overs," *Bell Journal of Economics*, 3(2), Autumn 1972, pp. 458-482.

"The Structure of Indirect Taxation and Economic Efficiency," with A. Atkinson, *Journal of Public Economics*, 1, March 1972, pp. 97-119.

"Taxation, Risk Taking, and the Allocation of Investment in a Competitive Economy," *Studies in the Theory of Capital Markets*, M. Jensen (ed.), New York: Praeger, 1972, pp. 294-361. (Proceedings of a conference at the University of Rochester, August 1969.)

**1973**

"Approaches to the Economics of Discrimination," *American Economic Review*, 62(2), May 1973, pp. 287-295. Reprinted in *Economics and Discrimination*, W. Darity and C. Boshamer (eds.), Edward Elgar Publishing, 1993.

"The Badly Behaved Economy with the Well Behaved Production Function," *Models of Economic Growth*, J. Mirrlees (ed.), MacMillan Publishing Company, 1973, pp. 118-137. (Presented at the International Economic Association Conference on Growth Theory, Jerusalem, 1970.)

"Education and Inequality," *Annals of the American Academy of Political and Social Sciences*, 409, September 1973, pp. 135-145.

"Recurrence of Techniques in a Dynamic Economy," *Models of Economic Growth*, J. Mirrlees (ed.), MacMillan, 1973, pp. 138-161.

"Some Further Results on the Measurement of Inequality," with M. Rothschild, *Journal of Economic Theory*, 6(2), April 1973, pp.188-204.

"Taxation, Corporate Financial Policy and the Cost of Capital," *Journal of Public Economics*, 2, February 1973, pp. 1-34. (Subsequently published in *Modern Public Finance*, 1, International Library of Critical Writings in Economics, No. 15., A. Atkinson (ed.), Elgar, 1991, pp. 96-129.)

**1974**

"Alternative Theories of Wage Determination and Unemployment in L.D.C.'s: The Labor Turnover Model," *Quarterly Journal of Economics*, 88(2), May 1974, pp. 194-227. Subsequently published in *Development Economics*, 1, D. Lal (ed.), Elgar, 1992, pp. 288-321. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 461-487.

"Benefit-Cost Analysis and Trade Policies," with P. Dasgupta, *Journal of Political Economy*, 82(1), January-February 1974, pp. 1-33. (Presented to Conference on Project Evaluation, Nairobi, July, 1971.)

"The Cambridge-Cambridge Controversy in the Theory of Capital; A View From New Haven: A Review Article," *Journal of Political Economy*, 82(4), July-August 1974, pp. 893-904.

"Demand for Education in Public and Private School Systems," *Journal of Public Economics*, 2, November 1974, pp. 349-386.

"Growth With Exhaustible Natural Resources: Efficient and Optimal Growth Paths," *Review of Economic Studies*, 41, Symposium on the Economics of Exhaustible Resources, March 1974, pp. 123-137.

"Growth With Exhaustible Resources: The Competitive Economy," *Review of Economic Studies*, 41, Symposium on the Economics of Exhaustible Resources, March 1974, pp. 139-152.

"Incentives and Risk Sharing in Sharecropping," *Review of Economic Studies*, 41(2), April 1974, pp. 219-255. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 361-399; and in Howard R. Vane and Chris Mulhearn, eds., *Pioneering Papers of the Nobel Memorial Laureates in Economics Series*, Elgar, Edward Publishing, Inc., 2010, v. 6, pp. 545-581

"Increases in Risk and in Risk Aversion," with P. Diamond, *Journal of Economic Theory*, 8(3), July 1974, pp. 337-360. (Presented at a Conference on Decision Rules and Uncertainty, Iowa City, May 1972.)

"On the Irrelevance of Corporate Financial Policy," *American Economic Review*, 64(6), December 1974, pp. 851-866. (Presented at a conference in Hakone, Japan, 1970.)

"Theories of Discrimination and Economic Policy," *Patterns of Racial Discrimination*, G. von Furstenberg, et al. (eds.), D.C. Heath and Company (Lexington Books), 1974, pp. 5-26.

**1975**

"Discussion of 'The Maryland Interindustry Forecasting Model' by Clopper Almon," *The Brookings Model: Perspective and Recent Developments,* Gary Fromm and Lawrence R. Klein (eds.), North-Holland Publishing Company, 1975, pp. 599-603.

"The Efficiency of Market Prices in Long Run Allocations in the Oil Industry," *Studies in Energy Tax Policy*, G. Brannon (ed.), Cambridge: Ballinger Publishing, 1975, pp. 55-99. (Report written for the Ford Foundation Energy Policy Project, August 1973.)

"Incentives, Risk and Information: Notes Toward a Theory of Hierarchy," *Bell Journal of Economics*, 6(2), Autumn 1975, pp. 552-579. (Presented at Berlin Symposium on Planning, August 1973.) Reprinted in *The Economics of Modern Business Enterprise*, Elgar Reference Collection: Northampton, MA, 2008. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 383-406.

"Information and Economic Analysis," *Current Economic Problems*, J.M. Parkin and A.R. Nobay (eds.), Cambridge: Cambridge University Press, pp. 27-52. (Proceedings of the Association of University Teachers of Economics, Manchester, England, April 1974.) Reprinted in *The Selected Works of Joseph E. Stiglitz, Colume I: Information and Economic Analysis,* Oxford: Oxford University Press, 2009, pp. 29-52.

"Reply to Mr. Stapleton on 'Some Aspects of the Pure Theory of Corporate Finance: Bankruptcies and Take-Overs'," *Bell Journal of Economics*, 6(2), Autumn 1975, pp. 711-714.

"The Theory of Screening, Education and the Distribution of Income," *American Economic Review*, 65(3), June 1975, pp. 283-300. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 99-121.

**1976**

"The Corporation Tax," *Journal of Public Economics*, 5, April-May 1976, pp. 303-311.

"The Design of Tax Structure: Direct Versus Indirect Taxation," with A. Atkinson, *Journal of Public Economics*, 6, July-August 1976, pp. 55-75. Subsequently published in *Modern Public Finance, 2*, International Library of Critical Writings in Economics, No. 15, A. Atkinson (ed.), Elgar, 1991, pp. 82-102.

"The Efficiency Wage Hypothesis, Surplus Labor and the Distribution of Income in L.D.C.'s," *Oxford Economic Papers*, 28(2), July 1976, pp. 185-207.

"Equilibrium in Competitive Insurance Markets: An Essay on the Economics of Imperfect Information," with M. Rothschild, *Quarterly Journal of Economics*, 90(4), November 1976, pp. 629-649. Subsequently reprinted in *Industrial Economics*, O.E. Williamson (ed.), Edward Elgar, 1990, pp. 141-61; in *Foundations of Insurance Economics*, G. Dionne and S. Harrington (eds.), Kluwer Academic Publishers, 1992; in *Economic Theory and the Welfare State*, Nicholas Barr (ed.), Cheltenham, UK: Edward Elgar, 2000; in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 141-159; and in Howard R. Vane and Chris Mulhearn, eds., *Pioneering Papers of the Nobel Memorial Laureates in Economics Series*, Elgar, Edward Publishing, Inc., 2010, v. 6, pp. 582-602.

"Estate Taxes, Growth and Redistribution," *Essays in Honor of W. Vickrey*, R. Grieson (ed.), Lexington: Lexington Publishing Company, 1976, pp. 225-232.

"Information and Competitive Price Systems," with S. Grossman, *American Economic Review*, 66(2), May 1976, pp. 246-253.

"Monopoly and the Rate of Extraction of Exhaustible Resources," *American Economic Review*, 66(4), September 1976, pp. 655-661. Reprinted in *The Economics of Exhaustible Resources*, G. Heal (ed.), Brookfield, VT: Edward Elgar, 1993, pp. 184-190.

"Notes on Estate Taxes, Redistribution, and the Concept of Balanced Growth Path Incidence," *Journal of Political Economy*, 86(2), part 2, pp. 137-150. (Paper presented at NBER Conference on Taxation, Stanford University, January 1976.)

### 1977

"Bargains and Ripoffs: A Model of Monopolistically Competitive Price Dispersions," with S. Salop, *Review of Economic Studies*, 44(3), October 1977, pp. 493-510. Reprinted in *The Economics of Information*, S.A. Lippman and D.K. Levine (eds.), Edward Elgar, 1995, pp. 198-215; and in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 493-515.

"Monopolistic Competition and Optimum Product Diversity," with A. Dixit, *American Economic Review*, 67(3), June 1977, pp. 297-308. Republished in *Microeconomics: Theoretical and Applied*, 2, R. Kuenne (ed.), Aldershot, UK: Elgar, 1991, pp. 183-94.  Republished in *The Monopolstic Competition Revolution in Retrospect*, Brakman, S. and Heijdra, B, Cambridge: Cambridge University Press, 2004, pp.70-119.

"Monopoly, Non-Linear Pricing and Imperfect Information: The Insurance Market," *Review of Economic Studies*, 44(3), October 1977, pp. 407-430. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 168- 192.

"On Value Maximization and Alternative Objectives of the Firm," with S. Grossman, *Journal of Finance*, 32(2), May 1977, pp. 389-402.

"Some Further Remarks on Cost-Benefit Analysis," *Social and Economic Dimensions of Project Evaluation*, Schwartz and R. Berney (eds.), Inter-American Development Bank, 1977, pp. 253-282. (Proceedings of the Symposium on Cost-Benefit Analysis, IDB, Washington, March 1973.)

"Some Lessons from the New Public Finance," with M. Boskin, *American Economic Review*, 67(1), February 1977, pp. 295-301.

"Symposium on the Economics of Information: Introduction," *Review of Economic Studies*, 44(3), October 1977, pp. 389-391.

"Tariffs vs. Quotas As Revenue Raising Devices Under Uncertainty," with P. Dasgupta, *American Economic Review*, 67(5), December 1977, pp. 975-981.

"Theory of Local Public Goods," *The Economics of Public Services*, M.S. Feldstein and R.P. Inman (eds.), London: MacMillan Press, 1977, pp. 274-333. (Paper presented to IEA Conference, Turin, 1974.)

**1978**

"Efficiency in the Optimum Supply of Public Goods," with L.J. Lau and E. Sheshinski, *Econometrica*, 46(2), March 1978, pp.269-284.

"Equality, Taxation and Inheritance," *Personal Income Distribution*, W. Krelle and A.F. Shorrocks (eds.), North-Holland Publishing Company, 1978, pp. 271-303. (Proceedings of IEA Conference, Noordwijk aan Zee, Netherlands, April 1977.)

**1979**

"Aggregate Land Rents, Expenditure on Public Goods and Optimal City Size," with R. Arnott, *Quarterly Journal of Economics*, 93(4), November 1979, pp. 471-500.

"Equilibrium in Product Markets with Imperfect Information," *American Economic Review*, 69(2), May 1979, pp. 339-345. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 759-766.

"Intergenerational Transfers and Inequality," with D. Bevan, *The Greek Economic Review*, 1(1), August 1979, pp. 8-26.

"Monopolistic Competition and Optimum Product Diversity: Reply," with A. Dixit, *American Economic Review*, 69(5), December 1979, pp. 961-963.

"A Neoclassical Analysis of the Economics of Natural Resources," *Scarcity and Growth Reconsidered*, V.K. Smith (ed.), Baltimore: Johns Hopkins Press, 1979, pp. 36-66. Subsequently reprinted in *The Economics of Exhaustible Resources*, G. Heal (ed.), Brookfield, VT: Edward Elgar, 1993, pp.131-161; and in *Natural Resource Economics: A Book of Readings*, C. Gopalakrishnan (ed.), University of California Press, 1992. (Originally presented at Conference of Resources for the Future, October 1976)

"On Search and Equilibrium Price Distributions," *Economics and Human Welfare: Essays in Honor of Tibor Scitovsky*, M. Boskin (ed.), York: Academic Press Inc., 1979, pp. 203-236.

"Sharecropping: Risk Sharing and the Importance of Imperfect Information," with D. Newbery, *Risk, Uncertainty and Agricultural Development*, J.A. Roumasset, et al. (eds.), Southeast Asian Regional Center for Graduate Study and Research in Agriculture (SEARCA) and Agricultural Development Council, 1979, pp. 311-341. (Originally presented at a conference in Mexico City, March 1976.)

"The Theory of Commodity Price Stabilization Rules: Welfare Impacts and Supply Responses," with D. Newbery, *The Economic Journal*, 89(356), December 1979, pp. 799-817. Subsequently published in *Development Economics*, 4, D. Lal (ed.), Elgar, 1992, pp. 200-218.

**1980**

"Industrial Structure and the Nature of Innovative Activity," with P. Dasgupta, *Economic Journal*, 90(358), June 1980, pp. 266-293. Reprinted in *The Economics of Technical Change,* Elgar Reference Collection, International Library of Critical Writings in Economics, 31, Edwin Mansfield and Elizabeth Mansfield (eds.), Aldershot, UK: Elgar. pp. 133-160.

"On the Impossibility of Informationally Efficient Markets," with S. Grossman, *American Economic Review*, 70(3), June 1980, pp. 393-408. Subsequently reprinted in *Financial Markets and Incomplete Information - Frontiers of Modern Financial Theory*, 2, S. Bhattacharya and G. Constantinides (eds.), Rowman and Littlefield, 1989, pp. 123-136; in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 516-536; and in Howard R. Vane and Chris Mulhearn, eds., *Pioneering Papers of the Nobel Memorial Laureates in Economics Series*, Elgar, Edward Publishing, Inc., 2010, v. 6, pp. 603-618.

"Risk, Futures Markets and the Stabilization of Commodity Prices," *The Proceedings of the First Annual Sponsor's Conference Frontiers in Futures*, Columbia University Center for the Study of Futures Markets, September 1980.

"Stockholder Unanimity in the Making of Production and Financial Decisions," with S. Grossman, *Quarterly Journal of Economics*, 94(3), May 1980, pp. 543-566.

"The Taxation of Exhaustible Resources," with P. Dasgupta and G. Heal, *Public Policy and the Tax System*, G.A. Hughes and G.M. Heal (eds.), London: George Allen and Unwin, 1980, pp. 150-172.

"Uncertainty, Industrial Structure and the Speed of R&D," with P. Dasgupta, *Bell Journal of Economics*, 11(1), Spring 1980, pp. 1-28. Also Princeton University Econometric Research Program Research Memorandum 255.

**1981**

"Aggregate Land Rents and Aggregate Transport Costs," with R. Arnott, *Economic Journal*, 91(362), June 1981, pp. 331-347. Also NBER Working Paper 523.

"Credit Rationing in Markets with Imperfect Information," with A. Weiss, *American Economic Review*, 71(3), June 1981, pp. 393-410. Subsequently reprinted in *New Keynesian Economics*, 2, G. Mankiw and D. Romer (eds.), Cambridge, Mass.: MIT Press, 1991 pp. 247-276. Also Princeton University Econometric Research Program Research Memoranda 267 and 268. (Presented at a meeting of the Western Economic Association, June 1978), subsequently reprinted in *Foundations of the Law*, Barry Adler (ed.), Foundation Press, 2003; in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp 262-286; and in Howard R. Vane and Chris Mulhearn, eds., *Pioneering Papers of the Nobel Memorial Laureates in Economics Series*, Elgar, Edward Publishing, Inc., 2010, v. 6, pp. 619-636.

"Energy Resources and Research and Development," with P. Dasgupta and R. Gilbert, *Erschopfbare Ressourcen*, edited by Horst Siebert, Vol. 108, Berlin: Duncker & Humbolt, pp. 85-108. (Presented at a conference in Mannheim, 1979.)

"Entry, Innovation, Exit: Toward a Dynamic Theory of Oligopolistic Industrial Structure," with P. Dasgupta, *European Economic Review,* 15(2), Feb. 1981, pp. 137-158.

"Market Structure and Resource Extraction Under Uncertainty," with P. Dasgupta, *Scandinavian Economic Journal*, 83, 1981, pp. 318-333. Reprinted in *The Impact of Rising Oil Prices on the World Economy*, Mattiessen (ed.), MacMillan, 1982, pp. 178-193. Princeton University Econometric Research Program Research Memorandum 262.

"On the Almost Neutrality of Inflation: Notes on Taxation and the Welfare Costs of Inflation," *Development in an Inflationary World*, M. June Flanders and Assaf Razin (eds.), New York: Academic Press, 1981, pp. 419-457. Also NBER Working Paper 499.

"Pareto Optimality and Competition," *Journal of Finance*, 36(2), May 1981, pp. 235-251.

"Potential Competition May Reduce Welfare," *American Economic Review*, 71(2), May 1981, pp. 184-189. (Papers and Proceedings of the AEA meetings in Denver, CO, September 1980.)

"Project Appraisal and Foreign Exchange Constraints," with C. Blitzer and P. Dasgupta, *Economic Journal*, 91(361), March 1981, pp. 58-74. (Presented at the Econometric Society Meeting, August 1976, Helsinki.)

"Resource Depletion Under Technological Uncertainty," with P. Dasgupta, *Econometrica*, 49(1), January 1981, pp. 85-104.

**1982**

"Alternative Theories of Wage Determination and Unemployment: The Efficiency Wage Model," *The Theory and Experience of Economic Development: Essays in Honor of Sir Arthur W. Lewis*, M. Gersovitz, et al. (eds.), London: George Allen & Unwin, 1982, pp. 78-106. Repritned in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 488-512.

"The Choice of Techniques and the Optimality of Market Equilibrium with Rational Expectations," with D. Newbery, *Journal of Political Economy*, 90(2), April 1982, pp. 223-246. (Also Princeton University Econometric Research Program Research Memorandum 277.)

"The Inefficiency of the Stock Market Equilibrium," *Review of Economic Studies*, 49(2), April 1982, pp. 241-261. Also Princeton University Econometric Research Program Research Memorandum 256, November 1980. (Paper presented at a Conference on Uncertainty and Insurance in Economic Theory in Honor of Karl Borch, Bergen, April 1979)

"Information and Capital Markets," *Financial Economics: Essays in Honor of Paul Cootner*, William F. Sharpe and Cathryn Cootner (eds.), Prentice Hall, New Jersey, 1982, pp. 118-158. Also NBER Working Paper 678. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 55-84.

"Invention and Innovation Under Alternative Market Structures: The Case of Natural Resources," with R. Gilbert and P. Dasgupta, *Review of Economic Studies*, 49(4), 1982, pp. 567-582. Also Princeton University Econometric Research Program Research Memorandum 263.

"Market Structure and Resource Depletion: A Contribution of the Theory of Intertemporal Monopolistic Competition," with P. Dasgupta, *Journal of Economic Theory*, 28(1), October 1982, pp. 128-164. Previously Princeton University Econometric Research Program Research Memorandum 261, March 1980.

"A Model of Employment Outcomes Illustrating the Effect of the Structure of Information on the Level and Distribution of Income," with M. Rothschild, *Economic Letters*, 10, 1982, pp. 231-236. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 122-126.

"On the Impossibility of Informationally Efficient Markets: Reply," with S. Grossman, *American Economic Review,* 72(4), September 1982, p. 875.

"Optimal Commodity Stock-Piling Rules," with D. Newbery, *Oxford Economic Papers*, November 1982, pp. 403-427.

"Ownership, Control and Efficient Markets: Some Paradoxes in the Theory of Capital Markets," *Economic Regulation: Essays in Honor of James R. Nelson,* Kenneth D. Boyer and William G. Shepherd (eds.), Michigan State University Press, 1982, pp. 311-341. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 99-114.

"The Rate of Discount for Cost-Benefit Analysis and the Theory of the Second Best," *Discounting for Time and Risk in Energy Policy*, R. Lind (ed.), Resources for the Future, 1982, pp. 151-204.

"Risk Aversion, Supply Response, and the Optimality of Random Prices: A Diagrammatic Analysis," with D. Newbery, *Quarterly Journal of Economics*, 97(1), February 1982, pp. 1-26. Also Princeton University Econometric Research Program Research Memorandum 276.

"Self-Selection and Pareto Efficient Taxation," *Journal of Public Economics*, 17, 1982, pp. 213-240. Also NBER Working Paper 632.

"Sharecropping and the Interlinking of Agrarian Markets," with A. Braverman, *American Economic Review*, 72(4), September 1982, pp. 695-715. Also Princeton University Econometric Research Program Research Memorandum 299.

"The Structure of Labor Markets and Shadow Prices in L.D.C.'s," *Migration and the Labor Market in Developing Countries*, R. Sabot (ed.), Boulder, CO: Westview, 1982, pp. 13-64. (Presented at World Bank Conference, February 1976.)

"The Theory of Sales: A Simple Model of Equilibrium Price Dispersion with Identical Agents," with S. Salop, *American Economic Review*, 72(5), December 1982, pp. 1121-1130. Also Princeton University Econometric Research Program Research Memorandum 283. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 747-758.

"Utilitarianism and Horizontal Equity: The Case for Random Taxation," *Journal of Public Economics*, 18, 1982, pp. 1-33. Also NBER Working Paper 694.

## 1983

"Alternate Approaches to the Analysis of Markets with Asymmetric Information," with A. Weiss, *American Economic Review*, 73(1), March 1983, pp. 246-249.

"Futures Markets and Risk: A General Equilibrium Approach," *Futures Markets, Modeling, Managing and Monitoring Futures Trading*, Manfred Streit (ed.), Basil Blackwell Publishers, October 1983, pp. 75-106. (Paper presented at a conference at the European Institute, Florence, March 1982.) Subsequently revised as "Futures Markets and Risk: A General Equilibrium Approach," Princeton University Financial Research Center Memorandum 47, April 1984.

"Implicit Contracts and Fixed Price Equilibria," with C. Azariadis, *Quarterly Journal of Economics* Supplement, 98, 1983, pp. 1-22. Subsequently reprinted in *New Keynesian Economics*, 2, N.G. Mankiw and D. Romer (eds.), MIT Press, 1991, pp. 187-210.

"Incentive Effects of Termination: Applications to the Credit and Labor Markets," with A. Weiss, *American Economic Review*, 73(5), December 1983, pp. 912-927. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 141-158.

"Information, Competition and Markets," with B. Nalebuff, *American Economic Review*, 73(2), May 1983, pp. 278-284. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 400-408.

"Money, Credit Constraints and Economic Activity," with A. Blinder, *American Economic Review*, 73(2), May 1983, pp. 297-302.

"On the Relevance or Irrelevance of Public Financial Policy: Indexation, Price Rigidities and Optimal Monetary Policy," *Inflation, Debt and Indexation*, R. Dornbusch and M. Simonsen (eds.), MIT Press, 1983, pp. 183-222. (Presented at a Conference at Rio de Janeiro, December 1981.)

"On the Theory of Social Insurance: Comments on 'The State and the Demand for Security in Contemporary Societies' by Raymond Barre," *The Geneva Papers*, 8(27), Sixth Annual Lecture of the Geneva Association, April 1983, pp. 105-110.

"Preemption, Leapfrogging and Competition in Patent Races," with D. Fudenberg, R. Gilbert and J. Tirole, *European Economic Review*, 22, June 1983, pp. 3-32.

"Prizes and Incentives: Toward a General Theory of Compensation and Competition," with B. Nalebuff, *Bell Journal*, 14(1), Spring 1983, pp. 21-43. Also Princeton University Econometric Research Program Research Memorandum 293. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 407-431.

"Public Goods in Open Economies with Heterogeneous Individuals," *Locational Analysis of Public Facilities*, J.F. Thisse and H.G. Zoller (eds.), Amsterdam: North-Holland, 1983, pp. 55-78.

"Review of 'Samuelson and Neoclassical Economics' by G.R. Feiwel," *Journal of Economic Literature,* 21(3), September 1983, pp. 997-999.

"Risk, Incentives and Insurance: The Pure Theory of Moral Hazard," *Geneva Papers*, 8(26), January 1983, pp. 4-32. Also Princeton University Financial Research Center Memorandum 42. (Fifth Annual Geneva Lecture delivered at Zurich, March 1981.) Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 611-631.

"Some Aspects of the Taxation of Capital Gains," *Journal of Public Economics*, 21, July 1983, pp. 257-294.

"Strategic Considerations in Invention and Innovation: The Case of Natural Resources," with P. Dasgupta and R. Gilbert, *Econometrica*, 51(5), September 1983, pp. 1430-1448. Subsequently reprinted in *Economic Organizations as Games*, K. Binmore and P. Dasgupta (eds.), New York: Basil Blackwell, 1986, pp. 165-175.

"The Theory of Local Public Goods Twenty-Five Years After Tiebout: A Perspective," *Local Provision of Public Services: The Tiebout Model After Twenty-Five Years*, G.R. Zodrow (ed.), New York: Academic Press, 1983, pp. 17-53.

"Toward a Reconstruction of Keynesian Economics: Expectations and Constrained Equilibria," with P. Neary, *Quarterly Journal of Economics*, 98, Supplement, 1983, pp. 199-228. Reprinted in *The Keynesian Heritage Volumes I*, G.K. Shaw (ed.), in a series: *Schools of Thought in Economics,* Mark Blaug (ed.), Edward Elgar Publishing Ltd. Also NBER Working Paper 376. (Presented at the Athens meeting of the Econometric Society, September 1979.)

**1984**

"Budget Policy and Processes: Where Do We Go From Here?," with M. Boskin, W. Niskanen, and R. Penner, *Contemporary Policy Issues*, Fall, 1984-85, pp. 53-78. (Panel discussion at the meetings of the Western Economic Association, July 1984.)

"The Economics of Price Scissors," with R. Sah, *American Economic Review*, 74(1), March 1984, pp. 125-138.

"Equilibrium Unemployment as a Worker Discipline Device," with Carl Shapiro, *American Economic Review*, 74(3), June 1984, pp. 433-444. Subsequently reprinted in *New Keynesian Economics*, 2, N.G. Mankiw and D. Romer (eds.), MIT Press, 1991, pp. 123-142; in *Macroeconomics and Imperfect Competition*, Jean-Pascal Bénassy (ed.), Edward Elgar Publisihing, 1995, pp. 453-464 and *The Economics of Modern Business Enterprise*, *Volume 3. Incentives and Control*, Elgar Reference Collection: Northampton, MA, 2008; in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp 287-303; and in Howard R. Vane and Chris Mulhearn, eds., *Pioneering Papers of the Nobel Memorial Laureates in Economics Series*, Elgar, Edward Publishing, Inc., 2010, v. 6, pp. 637-648.

"Information Externalities in Oil and Gas Leasing," with J. Leitzinger, *Contemporary Economic Policy Issues*, 5, March 1984, pp. 44-57. (Paper presented at the Western Economic Association Meetings, July 1983.)

"Information, Screening and Welfare," *Bayesian Models in Economic Theory*, Marcel Boyer and Richard Khilstrom (eds.), Elsevier Science Publications, 1984, pp. 209-239.

"Informational Imperfections in the Capital Markets and Macroeconomic Fluctuations," with A. Weiss and B. Greenwald, *American Economic Review*, 74(2), May 1984, pp. 194-199.

"The New Public Finance: A Perspective" (in Spanish), *Hacienda Publica Espanola*, 91, 1984, pp. 341-348.

"A Nonconcavity in the Value of Information," with R. Radner, *Bayesian Models in Economic Theory*, Marcel Boyer and Richard Khilstrom (eds.), Elsevier Science Publications, 1984, pp. 33-52. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 537-554.

"Pareto Inferior Trade," with D. Newbery, *Review of Economic Studies*, 51(1), January 1984, pp. 1-12.

"Price Rigidities and Market Structure," *American Economic Review*, 74(2), May 1984, pp. 350-356. Subsequently reprinted in *New Keynesian Economics*, 2, N.G. Mankiw and D. Romer (eds.), MIT Press, 1991, pp. 377-388. Also in *Macroeconomics and Imperfect Competition*, Jean-Pascal Bénassy (ed.), Edward Elgar Publisihing, 1995, pp. 221-226.

**1985**

"Can Unemployment be Involuntary? Reply," with C. Shapiro, *American Economic Review*, 75(5), December 1985, pp. 1215-1217.

"The Consumption Expenditure Tax," *The Promise of Tax Reform*, J. Pechman (ed.), Englewood Cliffs: Prentice-Hall, 1985, pp. 107-127.

"Credit Markets and the Control of Capital," *Journal of Money, Banking, and Credit*, 17(2), May 1985, pp. 133-152. Subsequently reprinted in *La Theoria del Mercata Finanziari*, G. Viciago and G.Verga (eds.), Bologna: Societa Editrice il Mulino, 1992; and in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 444-463.

"Economics of Information and the Theory of Economic Development," *Revista De Econometria*, 5(1), April 1985, pp. 5-32.

"Equilibrium Unemployment as a Worker Discipline Device: Reply," with C. Shapiro, *American Economic Review*, 75(4), September 1985, pp. 892-893.

"Equilibrium Wage Distributions," *Economic Journal*, 95(379), September 1985, pp. 595-618. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 559-580.

"The General Theory of Tax Avoidance," *National Tax Journal*, 38(3), September 1985, pp. 325-338. Also NBER Reprint No. 987.

"Human Fallibility and Economic Organization," with R. Sah, *American Economic Review*, 75(2), May 1985, pp. 292-296. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. pp.409-416.

"Information and Economic Analysis: A Perspective," *Economic Journal*, 95, Supplement: Conference Papers, 1985, pp. 21-41. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp.7-19.

"Labor Turnover, Wage Structure & Moral Hazard: The Inefficiency of Competitive Markets," with R. Arnott, *Journal of Labor Economics*, 3(4), October 1985, pp. 434-462. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 581-600.

"The Social Cost of Labor, and Project Evaluation: A General Approach," with R. Sah, *Journal of Public Economics*, 28, 1985, pp. 135-163. Economic Growth Center Discussion Paper No. 470, Yale University, March 1985.

## 1986

"The Architecture of Economic Systems: Hierarchies and Polyarchies," with R. Sah, *American Economic Review*, 76(4), September 1986, pp. 716-727. Also a shortened version in AEA Papers and Proceedings, also published in *Personnel Economics*, Edward P. Lasear and Robert NcNabb (eds.) 2002.

"Comments on 'Tax Asymmetries and Corporate Tax Reform' by Saman Majd and Stewart C. Myers," *The Effects of Taxation on Capital Formation*, M. Feldstein (ed.), NBER, 1986, pp. 374-376.

"Cost Sharing Arrangement Under Sharecropping: Moral Hazard, Incentive Flexibility and Risk," with A. Braverman, *Journal of Agricultural Economics*, 68(3), August 1986, pp. 642-652. (Revised version of "Moral Hazard, Incentive Flexibility & Risk: Cost Sharing Arrangements under Sharecropping," with A. Braveman, Economic Research Program, Research Memorandum 298, Princeton, 1988.)

"Credit Rationing and Collateral," with A. Weiss, *Recent Developments in Corporate Finance*, Jeremy Edwards, et al. (eds.), New York: Cambridge University Press, 1986, pp. 101-135. Also a Bell Communications Research Discussion Paper. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 159-177.

"The Economics of Price Scissors: Reply," with R. Sah, *American Economic Review*, 76(5), December 1986, pp. 1195-1199. Published version of "The Economics of Town-versus-Country Problems," Yale Economic Growth Center Paper 508.

"Externalities in Economies with Imperfect Information and Incomplete Markets," with B. Greenwald, *Quarterly Journal of Economics*, Vol. 101, No. 2, May 1986, pp. 229-264. Reprinted in *Economic Theory and the Welfare State*, Nicholas Barr (ed.), Cheltenham, UK: Edward Elgar, 2000; in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 559-588; and in Howard R. Vane and Chris Mulhearn, eds., *Pioneering Papers of the Nobel Memorial Laureates in Economics Series*, Elgar, Edward Publishing, Inc., 2010, v. 6, pp. 649-684. Originally "Pecuniary and Market Mediated Externalities: Toward a General Theory of the Welfare Economics of Economies with Imperfect Information and Incomplete Markets," NBER Working Paper 1304, 1984.

"Hemmis Hohe Lohne," *Wirtschafts Woche*, 43(17), October 1986, pp. 98-105.

"Introduction to Proceedings of the International Economic Association Roundtable Conference on New Developments in the Theory of Market Structure," *New Developments in the Theory of Market Structure*, J.E. Stiglitz and F. Mathewson (eds.), MacMillan, 1986. (Conference held in Ottawa, Canada, May 10, 1982.)

"Landlords, Tenants and Technological Innovations," with A. Braverman, *Journal of Development Economics*, 23(2), October 1986, pp. 313-332.

"Moral Hazard and Optimal Commodity Taxation," with R. Arnott, *Journal of Public Economics*, 29, 1986, pp. 1-24.

"The New Development Economics," *World Development*, 14(2), 1986, pp. 257-265. Subsequently reprinted in *The Political Economy of Development and Underdevelopment*, C.K. Wilber (ed.), New York: Random House, 1988, pp. 393-407.

"Pure Theory of Country Risk," with J. Eaton and M. Gersovitz, *European Economic Review*, 30(3), June 1986, pp. 481-513. Reprinted in *Development Economics*, 4, D. Lal (ed.), Elgar, 1992, pp. 241-273. Also NBER Working Paper No. 1864, April 1986 and NBER Reprint 793. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 291-316.

"Theories of Wage Rigidities," *Keynes' Economic Legacy: Contemporary Economic Theories*, J.L. Butkiewicz, et al. (eds.), New York: Praeger Publishers, 1986, pp. 153-206. (Presented at a conference on Keynes' Economic Legacy, University of Delaware, December 1983.)

"Theory of Competition, Incentives and Risk," *New Developments in the Analysis of Market Structure*, J.E. Stiglitz and F. Mathewson (eds.), MacMillan/MIT Press, 1986, pp. 399-449. Also, Princeton University Econometric Research Program Research Memorandum 311.

"Toward a More General Theory of Monopolistic Competition," *Prices, Competition, & Equilibrium*, M. Peston and R. Quandt (eds.), Oxford: Philip Allan/Barnes & Noble Books, 1986, pp. 22-69. Also Princeton University Econometric Research Program Research Memorandum 316.

## 1987

"The Causes and Consequences of the Dependence of Quality on Prices," *Journal of Economic Literature*, 25, March 1987, pp. 1-48. Subsequently reprinted in *Impresa, Instituzione e Informazione*, M. Franzini and M. Messori (eds.), Bologna: Cooperative Libraria Universitaria, 1991; and in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp 304-352.

"Competition and the Number of Firms in a Market: Are Duopolies More Competitive Than Atomistic Markets?" *Journal of Political Economy*, 95(5), 1987, pp. 1041-1061. (Revised version of "Duopolies are More Competitive than Atomistic Markets," Princeton University Econometric Research Program Research Memorandum 310, February 1984.) Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 767-783.

"Credit Rationing: Reply," with A. Weiss, *American Economic Review*, 77(1), March 1987, pp. 228-231.

"The Design of Labor Contracts: Economics of Incentives and Risk-Sharing," *Incentives, Cooperation and Risk Sharing*, H. Nalbantian (ed.), Totowa, NJ: Rowman & Allanheld, 1987, pp. 47-68. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 432-446.

"Human Nature and Economic Organization," Jacob Marashak Lecture, presented at Far Eastern Meetings of the Econometric Society, October 1987.

"Imperfect Information, Credit Markets and Unemployment," with B. Greenwald, *European Economic Review*, 31, 1987, pp. 444-456.

"Information and Regulation," with D. Sappington, *Public Regulation*, E. Bailey (ed.), London: MIT Press, 1987, pp. 3-43.

"Information, Welfare and Product Diversity," with S. Salop, *Arrow and the Foundations of the Theory of Economic Policy*, G. Feiwel (ed.), London: MacMillan, 1987, pp. 328-340. (Revised version of a paper presented to a conference on imperfect information at Bell Labs, February 1978.)

"The Invariance of Market Innovation to the Number of Firms," with R. Sah, *Rand Journal of Economics*, 18(1), Spring 1987, pp. 98-108.

"Keynesian, New Keynesian and New Classical Economics," with B. Greenwald, *Oxford Economic Papers*, 39, March 1987, pp. 119-133. Subsequently reprinted in *Price, Quantities, and Expectations*, P.J.N. Sinclair (ed.), Oxford University Press, 1987, pp. 119-133; in the French translation of *Collected Papers on the Current State of Keynesian Theory*, R. Arena and D. Torre (eds.), Les Presses Universitaires de France; in the French translation of *Origins and Prospects of Keynesianism: Some New Developments*, R. Arena and D. Torre (eds.); and in *Keynes et les nouveaux Keynésiens,* R. Arena and D. Torre (eds.), Paris: Les Presses Universitaires de France, 1992, pp. 169-191.

"Learning to Learn, Localized Learning and Technological Progress," *Economic Policy and Technological Performance*, P. Dasgupta and Stoneman (eds.), Cambridge University Press, 1987, pp. 125-153.

"On the Microeconomics of Technical Progress," *Technology Generation in Latin American Manufacturing Industries*, Jorge M. Katz (ed.), New York: St. Martin;s Press, pp. 56-77. (Presented to IDB-CEPAL Meetings, Buenos Aires, November 1978.)

"Pareto Efficient and Optimal Taxation and the New New Welfare Economics," *Handbook on Public Economics*, A. Auerbach and M. Feldstein (eds.), North Holland: Elsevier Science Publishers, 1987, pp. 991-1042. Also NBER Working Paper 2189.

"Price Scissors and the Structure of the Economy," with R. Sah, *Quarterly Journal of Economics*, 102, 1987, pp. 109-134.

"Principal and Agent," *The New Palgrave: A Dictionary of Economics*, MacMillan Press, 1987. Subsequently reprinted in *The New Palgrave: Economic Development*, J. Eatwell, et al. (eds.), Macmillan, 1989.

"Privatization, Information and Incentives," with D. Sappington, *Journal of Policy Analysis and Management*, 6(4), 1987, pp. 567-582. Reprinted in *The Political Economy of Privatization and Deregulation*, E. Baily and J. Hower (eds.), Edward Elgar, 1993. NBER Working Paper No. 2196 and Reprint No. 1021.

"Safety, User Fees, and Public Infrastructure," with R. Arnott, *Transportation Deregulation and Safety*, Conference Proceedings, The Transportation Center, Northwestern University, June 1987, pp. 411-445.

"Sharecropping," *The New Palgrave: A Dictionary of Economics*, MacMillan Press, 1987. Subsequently reprinted in *The New Palgrave: Economic Development*, J. Eatwell, et al. (eds.), Macmillan, 1989, pp. 308-315.

"Some Theoretical Aspects of Agriculture Policies," *World Bank Research Observer*, 2(1), January 1987, pp. 43-60. Reprinted as "Algunos Aspectos Teoricos de la Polutica Agraria," *Revista de Analisis del Norte Alternativa*, June 1989, pp. 7-34.

"Tax Reform: Theory and Practice," *The Economics of Tax Reform*, Kalamazoo, MI: Upjohn Institute, 1987.

"Taxation and Pricing of Agricultural and Industrial Goods in Developing Economies," with R. Sah, *The Tax Theory for Developing Countries*, D. Newbery and N. Stern (eds.), Oxford: Oxford University Press, 1987, pp. 430-458.

"Technological Change, Sunk Costs, and Competition," *Brookings Papers on Economic Activity*, 3, 1987, pp.883-947. Also in special issue of *Microeconomics*, M.N. Baily and C. Winston (eds.), 1988.

"The Wage- Productivitiy Hypothesis:  Its Economic Consequences and Policy Implications," *Modern Developments in Public Finance*, Michael  J. Boskin ed., Basil Blackwell, 1987, pp. 130-165.

"Wage Rigidity, Implicit Contracts, Unemployment and Economic Efficiency," with D. Newbery, *Economic Journal*, 97(386), June 1987, pp. 416-430.

**1988**

"The Basic Analytics of Moral Hazard," with R. Arnott, *Scandinavian Journal of Economics*, 90(3), 1988, pp. 383-413. Also NBER Working Paper 2484. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 417-443.

"Comments on Symposium on Monetary Theory," with A. Stockman and M. Woodford, *Symposium on Monetary Theory* (Proceedings of Taipei), Institute of Economics, Acadamia Sinica, 1988, pp. 299-336.

"Committees, Hierarchies and Polyarchies," with R. Sah, *The Economic Journal*, 98(391), June 1988, pp. 451-470.

"Computerized Tax Collecting," Chapter 20 in *Tax Policy in the Twenty-First Century*, Herbert Stein (ed.), John Wiley and Sons, 1988, pp. 278-288. (Originally presented at the Conference on Tax Policy in the Twenty First Century, Washington DC, 1987, as "Technical Change and Taxation.")

"Economic Organization, Information, and Development," *Handbook of Development Economics*, H. Chenery and T.N. Srinivasan (eds.), Elsevier Science Publishers, 1988, pp. 185-201.

"Examining Alternative Macroeconomic Theories," with B. Greenwald, *Brookings Papers on Economic Activity*, 1, 1988, pp. 207-270. Subsequently reprinted in *Recent Developments in Macroeconomics*, Edmund Phelps (ed.), Edward Elgar, 1991, pp. 335-388.

"Financial Intermediaries and the Allocation of Capital," published as "Ruolo dei Fondi de Capitallizzazione Nello Szilluppo dell'Economia di un Paese Industrializzato," *Assicurazioni*, Luglio-Agosto 1988, pp. 1-16. (Originally delivered to Academia de Lincei, May 29, 1988, Rome.)

"Imperfect Information, Finance Constraints and Business Fluctuations," with B. Greenwald, *Finance Constraints, Expectations, and Macroeconomics*, M. Kohn and S.C. Tsiang (eds.), Oxford: Oxford University Press, 1988, pp. 103-140.

"Implicit Contracts, Labor Mobility and Unemployment," with R. Arnott and A. Hosios, *American Economic Review*, 78(5), December 1988, pp. 1046-1066. Also NBER Working Paper 2316.

"Information, Finance Constraints and Business Fluctuations," with B. Greenwald, *Symposium on Monetary Theory* (Proceedings of Taipei), Institute of Economics, Academia Sinica, 1988, pp. 299-336.

"Learning by Doing, Market Structure, and Industrial and Trade Policies," with P. Dasgupta, *Oxford Economic Papers*, 40(2), 1988, pp. 246-268.

"Money, Credit, and Business Fluctuations," *Economic Record,* 64(187), December 1988, pp. 62-72. Reprinted as "Dinero, Crédito y Fluctuaciones Economicas," *Revista de Economia*, Banco Central del Uruguay, 3(3), April 1989. Also NBER Working Paper No. 2823 and Reprint No. 1390.

"Money, Imperfect Information and Economic Fluctuations," with B. Greenwald, *Finance Constraints, Expectations and Macroeconomics*, M. Kohn and S.C. Tsiang (eds.), Oxford: Oxford University Press, 1988, pp.141-165. Also NBER Working Paper 2188.

"On the Market for Principles of Economics Textbooks: Innovation and Product Differentiation," *Journal of Economic Education*, 19(2), Spring 1988, pp. 171-177.

"On the Relevance or Irrelevance of Public Financial Policy," *The Economics of Public Debt,* Proceedings of the 1986 International Economics Association Meeting, London: Macmillan Press, 1988, pp. 4-76.

"Pareto Inefficiency of Market Economies: Search and Efficiency Wage Models," with B. Greenwald, *American Economic Review*, 78(2), May 1988, pp. 351-355.

"Potential Competition, Actual Competition and Economic Welfare," with P. Dasgupta, *European Economic Review,* 32, May 1988, pp. 569-577. Also Princeton University Discussion Paper 8, August 1987.

"Qualitative Properties of Profit-Maximizing K-out-of-N Systems Subject to Two Kinds of Failure," with R. Sah, *IEEE Transactions on Reliability*, 37(5), December 1988, pp. 515-520.

"Randomization with Asymmetric Information," with R. Arnott, *Rand Journal of Economics*, 19(3), Autumn 1988, pp. 344-362. Also NBER Working Paper 2507.

"Taxation, Information, and Economic Organization," with M. Wolfson, *Journal of the American Taxation Association*, 9(2), Spring 1988, pp. 7-18. Paper presented to the American Accounting Association, August 1987.

"Technological Change, Sunk Costs and Competition," *Brookings Papers on Economic Activity*, 1988, pp. 883-947.

"The Wage-Productivity Hypothesis: Its Economic Consequences and Policy Implications," *Modern Developments in Public Finance*, M.J. Boskin (ed.), Basil Blackwell, 1988, pp. 130-165. (Paper presented to the American Economic Association, December 1982.)

"Vertical Restraints and Producers' Competition," with P. Rey, *European Economic Review*, 32, March 1988, pp. 561-568. Also NBER Working Paper 2601 and Princeton University Discussion Paper 13.

"Why Financial Structure Matters," *Journal of Economic Perspectives*, 2(4), 1988, pp. 121-126. Reprinted in Spanish as "Razones por las Que Es Relevante la Estructura Financiera," *Revista Asturiana de Economia*, 43, 2009, pp. 49-57.

## 1989

"Congestion Pricing to Improve Air Travel Safety," with R. Arnott, *Transportation Safety in an Age of Deregulation*, L.N. Moses and I. Savage (eds.), Oxford University Press, 1989, pp. 167-185. Also in Princeton University Discussion Paper 27, "Two Essays on Travel Safety," with "The Economics of Transportation Safety and Deregulation."

"Credit Rationing, Tenancy, Productivity and the Dynamics of Inequality," with A. Braverman, P. Bardhan (ed.), *The Economic Theory of Agrarian Institutions*, Oxford: Clarendon Press, 1989, pp. 185-201. Previously World Bank Policy Research Working Paper 176, May 1989; also Princeton University Discussion Paper 23, 1988.

"Dinero, Credito y Fluctuaciones Economicas," *Revista De Econimia,* 3(3), April 1989, pp. 3-36.

"Financial Markets and Development," *Oxford Review of Economic Policy*, 5(4), 1989, pp. 55-68.

"Impact of the Changing Tax Environment on Investments and Productivity," with B. Greenwald, *The Journal of Accounting, Auditing and Finance*, 4(3), Summer 1989, pp. 281-301. (Revised version of paper prepared for a conference on "Tax Policy in a Complex and Dynamic Economic Environment: Challenges and Opportunities," New York University, December 1988.)

"Imperfect Information in the Product Market," *Handbook of Industrial Organization*, 1, Elsevier Science Publishers, 1989, pp. 769-847. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 705-746.

"Incentives, Information and Organizational Design," *Empirica*, 16(1), January 1989, pp. 3-29. Also NBER Working Paper 2979. (NOG Lecture, Austrian Economic Association, September 1988.)

"The Informational Content of Initial Public Offerings," with I. Gale, *Journal of Finance*, 44(2), June 1989, pp. 469-478. Also NBER Working Paper 3259. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 115-121.

"Markets, Market Failures and Development," *American Economic Review*, 79(2), May 1989, pp. 197-203. Subsequently published in *Boletin de Informacion Comercial Espanola*, Madrid.

"Monopolistic Competition and the Capital Market," *The Economics of Imperfect Competition and Employment - Joan Robinson and Beyond*, G. Feiwel (ed.), New York: New York University Press, 1989, pp. 485-507; also published in *The Monopolstic Competition Revolution in Retrospect*, Brakman, S. and Heijdra, B, Cambridge: Cambridge University Press, 2004, pp.49-67.

"Mutual Funds, Capital Structure, and Economic Efficiency," *Theory of Valuation - Frontiers of Modern Financial Theory*, 1, S. Bhattacharya and G. Constantinides (eds.), Totowa, NJ: Rowman and Littlefield, 1989, pp. 342-356.

"Notes on Stochastic Capital Theory," with W. Brock and M. Rothschild, *Joan Robinson and Modern Economic Theory (Vol 1)*, G. Feiwel (ed.), Macmillan Press, 1989, pp. 591-622. Also NBER Technical Working Paper 23, May 1982 and Social Systems Research Institute Reprint Series 373. (Revised version presented at Conference in Honor of Karl Borch, Bergen, Norway, April 1989.)

"On the Economic Role of the State," *The Economic Role of the State*, A. Heertje, ed. (Bank Insinger de Beaufort NV) 1989. Reprinted as "O Ekonomskoj Ulozi Države," *Izazovi: Modernoj Upravi I Upravljanju*, Belgrade: Timit, 1995, p. 451-207.

"Principal and Agent," *The New Palgrave: Allocation, Information and Markets*, J. Eatwell, et al. (eds.), MacMillan Press, London, 1989, pp. 241-253. Also Princeton University Discussion Paper 18.

"Rational Peasants, Efficient Institutions and the Theory of Rural Organization: Methodological Remarks for Development Economics," *The Economic Theory of Agrarian Institutions*, P. Bardhan (ed.), Oxford: Clarendon Press, 1989, pp. 18-29.

"Reflections on the State of Economics: 1988," *Economic Record*, March 1989, pp. 66-72. (Presented at Australian Economic Meetings, Canberra, August 1988.)

"Sources of Technological Divergence between Developed and Less Developed Countries," with R. Sah, *Debt, Stabilizations and Development: Essays in Memory of Carlos Diaz-Alejandro*, G. Calvo, et al. (eds.), Basil Blackwell, 1989, pp. 423-46. Also Princeton University Discussion Paper 22.

"Technological Learning, Social Learning and Technological Change," with R. Sah, *The Balance between Industry and Agriculture in Economic Development*, S. Chakravarty (ed.), MacMillan Press/IEA, 1989, pp. 285-298. Also Yale University Economic Growth Center Paper 433.

"Toward a Theory of Rigidities," with B. Greenwald, *American Economic Review,* 79(2), May 1989, pp. 364-69. Also NBER Working Paper 2938.

"Using Tax Policy to Curb Speculative Short-Term Trading," *Journal of Financial Services Research*, 3(2/3), December 1989, pp. 101-115. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 85-98.

### 1990

"Asymmetric Information and the New Theory of the Firm: Financial Constraints and Risk Behavior," with B. Greenwald, *American Economic Review*, 80(2), May 1990, pp. 160-65. Also NBER Working Paper No. 3359.

"Banks as Social Accountants and Screening Devices for the Allocation of Credit," with A. Weiss, *Greek Economic Review*, 12, Supplement, Autumn 1990, pp. 85-118. Reprinted in *Financial Intermediaries*, Mervin K. Lewis (ed.), Aldershot, UK: Elgar, 1995, pp. 297-330. Also NBER Working Paper 2710, September 1988. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 237-257.

"Credit Rationing," with D. Jaffee, *Handbook of Monetary Economics*, B. Friedman and F. Hahn (eds.), Amsterdam: Elsevier Science Publishers, 1990, pp. 837-888.

"Financial Market Imperfections and Productivity Growth," with B. Greenwald and M. Kohn, *Journal of Economic Behavior and Organization,* 13(3), June 1990, pp. 321-345. Also NBER Working Paper 2945.

"Imperfect Information and Rural Credit Markets: Puzzles and Policy Perspectives," with K. Hoff, *World Bank Economic Review*, 4(3), September 1990, pp. 235-250. Subsequently revised and reprinted in *The Economics of Rural Organization: Theory, Practice, and Policy*, K. Hoff, A. Braverman, and J. Stiglitz (eds.), New York: Oxford University Press for the World Bank, 1993, pp. 33-52.

"Macroeconomic Models with Equity and Credit Rationing," with B. Greenwald, *Asymmetric Information, Corporate Finance, and Investment,* R. B. Hubbard (ed.), University of Chicago Press, 1990, pp. 15-42.

"Pareto Efficient Tax Structures," with D.L. Brito, J.H. Hamilton and S.M. Slutsky, *Oxford Economic Papers*, 42, 1990, pp. 61-77. Subsequently reprinted in *Taxation, Private Information and Capital*, P.J.N. Sinclair and M.D.E. Slater (eds.), Oxford: Clarendon Press, 1991, pp. 61-77.

"Peer Monitoring and Credit Markets," *World Bank Economic Review*, 4(3), September 1990, pp. 351-366. Reprinted in *The Economics of Rural Organization: Theory, Practice, and Policy*, World Bank, 1993, pp. 70-86; and in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 464-478.

"Remarks on the Occasion of the Presentation of the UAP Prize," *Journées Scientifiques & Prix UAP, 1988, 1989, 1990*, 2, Conseil Scientifique de l'UAP (ed.), December 1990, pp. 23-32.

"Some Retrospective Views on Growth Theory, presented on the occasion of the Celebration of Robert Solow's 65th Birthday," *Growth/Productivity/Unemployment,* P. Diamond (ed.), Cambridge, MA: MIT Press, 1990, pp. 50-68.

"Symposium on Bubbles," *Journal of Economic Perspectives,* 4(2), Spring 1990, pp. 13-18.

"The Welfare Economics of Moral Hazard," with R. Arnott, *Risk, Information and Insurance: Essays in the Memory of Karl H. Borch*, H. Louberge (ed.), Norwell: Kluwer Academic Publishers, 1990, pp. 91-122. Also NBER Working Paper 3316.

**1991**

"Another Century of Economic Science," *Economic Journal* Anniversary Issue, 101(404), January 1991, pp. 134-141. Also published in *The Future of Economics*, J.D. Hey (ed.), Blackwell Publishers, 1992.

"Comments on David Bradford, 'Market Value vs. Accounting Measures of National Saving'," *National Saving and Economic Performance*, B.D. Bernheim and J.B. Shoven (eds.), University of Chicago Press, 1991, pp. 15-48. (Presented at NBER Conference on Savings, Maui, Hawaii, January 1989.)

"Development Strategies: The Roles of the State and the Private Sector," *Proceedings of the World Bank's Annual Conference on Development Economics 1990,* 1991, pp. 430-35.

"Dynamic Optimal Income Taxation With Government Commitment," with D.L. Brito, J.H. Hamilton and S.M. Slutsky, *Journal of Public Economics*, 44, 1991, pp. 15-35. Also NBER Working Paper 3965.

"The Economic Role of the State: Efficiency and Effectiveness," *Efficiency and Effectiveness in the Public Domain. The Economic Role of the State*, T.P. Hardiman and M. Mulreany (eds.), Dublin: Institute of Public Administration, 1991, pp. 37-59.

"Equilibrium Unemployment as a Worker-Discipline Device," with Carl Shapiro, *New Keynesian Economics: Volumbe 2: Coordination Failures and Real Rigidities,* N. Gregory Mankiw and David Romer (eds.), The MIT Press, 1991, 123-142. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 513-543.

"Foreword," *Informal Credit Markets and the Institution of Economics,* S. Claro and P. Yotopoulos (eds.), Westview Press, 1991.

"Implicit Contracts and Fixed-Price Equilibria," with Costas Azariadis, *New Keynesian Economics: Volumbe 2: Coordination Failures and Real Rigidities,* N. Gregory Mankiw and David Romer (eds.), The MIT Press, 1991, 187-209.

"Introduction to Symposium on Organizations and Economics," *Journal of Economic Perspectives*, 5(2), Spring 1991, pp. 15-24

"The Invisible Hand and Modern Welfare Economics," *Information Strategy and Public Policy*, D. Vines and A. Stevenson (eds.), Oxford: Basil Blackwell, 1991, pp. 12-50. Also NBER Working Paper 3641. (Stevenson Lecture given at Glasgow University, December 1988.)

"Moral Hazard and Non-Market Institutions: Dysfunctional Crowding Out or Peer Monitoring," with R. Arnott, *American Economic Review*, 81(1), March 1991, pp. 179-190. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 589-603.

"Pareto Efficient Tax Structures," with Dagobert L. Brito, Jonathan H. Hamilton and Steven M. Slutsky, *Taxation Private Information and Capital*,P.J.N. Sinclair and M.D.E. Slater (eds.), Oxford University Press, 1991, pp. 61-77.

"The Quality of Managers in Centralized Versus Decentralized Organizations," with R. Sah, *Quarterly Journal of Economics*, 106(1), February 1991, pp. 289-295. Also Yale University Economic Growth center Discussion Paper 624, April 1990.

"Some Theoretical Aspects of the Privatization: Applications to Eastern Europe," *Revista di Politica Economica*, December 1991, pp. 179-204. IPR-USAID Working Paper, September 1991. Also in *Privatization Processes in Eastern Europe.* M. Baldassarri, L. Paganetto, and E.S. Phelps (eds.), New York: St Martin's Press, 1993.

"Symposium on Organizations and Economics," *Journal of Economic Perspective,* 5(2), Spring 1991, pp. 15-24.

"Toward a Reformulation of Monetary Theory: Competitive Banking," with B. Greenwald, *Economic and Social Review* 23(1), October 1991, pp. 1-34. Also NBER Working Paper 4117. (Paper prepared for the Irish Economic Association Annual Conference, Dublin, May 1991, and Caffee Lectures presented to the University of Rome and the Bank of Italy, Rome, April 1991.)

**1992**

"Alternative Tactics and Strategies for Economic Development," *New Directions in Development Economics*, K. Jameson, and A. Dutt (eds.), Edward Elgar, 1992, pp. 57-80. (AT&T Lecture presented at Notre Dame, April 1990.)

"Asymmetric Information in Credit Markets and Its Implications for Macroeconomics," with A. Weiss, *Oxford Economic Papers,* 44(4), October 1992, pp. 694-724.

"Banks versus Markets as Mechanisms for Allocating and Coordinating Investment," *The Economics of Cooperation: East Asian Development and the Case for Pro-Market Intervention*, J.A. Roumasset and S. Barr (eds.), Westview Press, Boulder, 1992, pp. 15-38. (Presented at Investment Coordination in the Pacific Century: Lessons from Theory and Practice Conference, given at the University of Hawaii, January 1990.) Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 258-272.

"Capital Markets and Economic Fluctuations in Capitalist Economies," *European Economic Review*, 36, North-Holland, 1992, pp. 269-306. (Marshall Lecture prepared for the European Economic Association Annual Meeting, Cambridge, UK, August 1991.)

"Contract Theory and Macroeconomic Fluctuations," *Contract Economics,* L. Werin and H. Wijkander (eds.), Basil Blackwell, 1992, pp. 292-322.

"The Design of Financial Systems for the Newly Emerging Democracies of Eastern Europe," *The Emergence of Market Economies in Eastern Europe*, C. Clague and G.C. Rausser (eds.), Cambridge: Basil Blackwell, 1992, pp. 161-184. Also Institute for Policy Reform Working Paper IPR21, 1991.

"Explaining Growth: Competition and Finance," *Rivista di Politica Economica (Italy),* 82(169), November 1992, p. 225. (Paper prepared for the Villa Mondragone International Economic Seminar, Rome, June 1992.)

"Futures Markets and Risk Reduction," with D.M.G. Newbery, *The Theory of Futures Markets,* P. Weller (ed.), Oxford: Basil Blackwell, 1992, pp. 36-55.

"Information, Finance and Markets: The Architecture of Allocative Mechanisms," with B. Greenwald, *Industrial and Corporate Change,* 1(1), 1992, pp. 37-63. Also in *Finance and the Enterprise,* V. Zamagni (ed.), Academic Press, 1992, pp. 11-36. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 219-236.

"Introduction: S&L Bailout," *The Reform of Federal Deposit Insurance: Disciplining the Government and Protecting Taxpayers,* J. Barth and R. Brumbaugh, Jr. (eds.), Harper Collins Publishers, 1992, pp. 1-12.

"The Meanings of Competition in Economic Analysis," *Rivista internazionale de scienze sociali,* 2, April-June 1992, pp. 191-212.

"Methodological Issues and the New Keynesian Economics," *Macroeconomics: A Survey of Research Strategies*, A. Vercelli and N. Dimitri (eds.), Oxford University Press, 1992, pp. 38-86. Also NBER Working Paper No. 3580 and Reprint No. 1801.

"Prices and Queues as Screening Devices in Competitive Markets," *Economic Analysis of Markets and Games: Essays in Honor of Frank Hahn*, D. Gale and O. Hart (eds.), Cambridge: MIT Press, 1992, pp. 128-166. Also IMSSS Technical Report No. 212, Stanford University, August 1976. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 193-221.

"Stochastic and Deterministic Fluctuations in a Non-Linear Model with Equity Rationing," with M. Gallegati, *Giornale Degli Economisti e Annali di Economia (Italy),* 60, January-April 1992, pp. 97-108.

## 1993

"Capital market imperfections and regional economic development," with Bruce C. Greenwald and Alec Levinson, *Finance and Development: Issues and Experience,* Alberto Giovannini (ed.), Cambridge University Press, 1993, pp. 65-93.

"Comments on 'Toward a Counter-Counter-Revolution in Development Theory'," *Proceedings of the World Bank's Annual Conference on Development Economics 1992,* Washington, D.C.: World Bank, 1993, pp. 39-49.

"Consequences of Limited Risk Markets and Imperfect Information for the Design of Taxes and Transfers: An Overview," *The Economics of Rural Organization: Theory, Practice, and Policy*, K. Hoff, A. Braverman, and J. Stiglitz (eds.), New York: Oxford University Press for the World Bank, 1993, pp. 33-49.

"Financial Market Imperfections and Business Cycles," with B. Greenwald, *Quarterly Journal of Economics,* 108(1), February 1993, pp. 77-114. Also NBER Working Paper 2494. (Paper prepared for the Far-Eastern Meeting of the Econometric Society, Seoul, June 1991.) Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 617-648.

"Incentives, Organizational Structures, and Contractual Choice in the Reform of Socialist Agriculture," *The Agricultural Transition in Central and Eastern Europe and the Former U.S.S.R.*, A. Braverman, K. Brooks, and C. Csaki (eds.), World Bank, 1993, pp. 27-46. (Presented at the World Bank conference "Agricultural Reform in Eastern Europe and the USSR," Budapest, August 1990.)

"Information," *The Fortune Encyclopedia of Economics,* David R. Henderson (ed.), Warner Books, 1993, pp. 16-21.

"International Perspectives in Undergraduate Education," *American Economic Review,* 83(2), May 1993, pp. 27-33.

"Market Socialism and Neoclassical Economics," *Market Socialism: The Current Debate,* P. Bardhan and J. Roemer (eds.), New York: Oxford University Press, 1993, pp. 21-41.

"Measures for Enhancing the Flow of Private Capital to the Less Developed Countries," *Development Issues,* Development Committee, World Bank, 1993, pp. 201-211.

"Monopolistic Competition and Optimum Product Diversity: Reply," with A. Dixit, *American Economic Review,* 83(1), March 1993, pp. 301-304

"New and Old Keynesians," with B. Greenwald, *Journal of Economic Perspectives,* 7(1), Winter 1993, pp. 23-44, reprinted in *A Macreconomic Reader,* Brian Snowdon and Howard R. Vane (eds.), Routledge, 1997, pp.552-574.

"Overview," *Finance and Development: Issues and Experience,* Alberto Giovannini (ed.), Cambridge University Press, 1993, pp. 343-353.

"Perspectives on the Role of Government Risk-Bearing within the Financial Sector," *Government Risk-bearing,* M. Sniderman (ed.), Norwell, MA: Kluwer Academic Publishers, 1993, pp. 109-130. (Paper prepared for Conference on Government Risk Bearing, Federal Reserve Bank of Cleveland, May 1991.)

"Post Walrasian and Post Marxian Economics," *Journal of Economic Perspectives,* 7(1), Winter 1993, pp. 109-114.

"The Role of the State in Financial Markets," *Proceedings of the World Bank Annual Conference on Development Economics*, The World Bank, pp. 19-52.

**1994**

"Economic Growth Revisited," *Industrial and Corporate Change,* 3(1), pp. 65-110, 1994.

"Endogenous Growth and Cycles," *Innovation in Technology, Industries, and Institutions,* Y. Shionoya and M. Perlman (eds.), The University of Michigan Press, 1994, pp. 121-56. Also NBER Working Paper 4286.

"Information and Economic Efficiency," with R. Arnott and B. Greenwald, *Information Economics and Policy,* 6(1), March 1994, pp. 77-88. Also NBER Working Paper 4533. (Paper prepared for the New Orleans Meeting of the American Economic Association, 1992.)

"Reflections on Economics and on Being and Becoming an Economist," *The Makers of Modern Economics*, *Vol. II*, Arnold Heertje (ed.), Harvester Wheatsheaf (Simon & Schuster International Group), May 1994, pp. 140-183.

"Rethinking the Economic Role of the State: Publicly Provided Private Goods/ Replantejament del paper de l'estat a l'economia: els béns privats subministrats públicament," *Anàlisi Econòmica de la Sanitat: Colección els Llibres Dels Fulls Econòmics*, 10, Generalitat de Catalunya Departament de Sanitat I Seguretat Social, Barcelona: Fulls Econòmics del Sistema Sanitari,pp. 19-47.  (Paper originally delivered at Universitat Pompeu Fabra, Barcelona, November 15, 1992.)

## 1995

"Discouraging Rivals: Managerial Rent-Seeking and Economic Inefficiencies," with A. Edlin, *American Economic Review,* 85(5), December 1995, pp. 1301-1312. Also NBER Working Paper 4145, 1992. Later published in *40 Years of Research on Rent Seeking 2*, R. Congelton, A. Hillman, and K. Konrad, eds., Berlin: Springer, pp. 609-620. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 317-330.

"Interest Rate Puzzles, Competitive Theory and Capital Constraints," *Economics in a Changing World,* IEA Conference Volume, Economic Growth and Capital and Labour markets, 111(5), Jean-Paul Fitoussi (ed.), New York: St. Martin's Press, 1995, pp. 145-175. (Prepared for the International Economics Association Meetings, Moscow, August 1992.)

"Labor Market Adjustments and the Persistence of Unemployment," with B. Greenwald, *American Economic Review*, 85(2), May 1995, pp. 219-225.

"Randomization in Optimal Income Tax Schedules," with D. Brito, J. Hamilton, and S. Slutsky, *Journal of Public Economics*, 56(189), February 1995, pp. 189-223. Also NBER Working Paper No. 3289

"The Role of Exclusive Territories in Producers' Competition," with P. Rey, *Rand Journal of Economics*, 26(3), Autumn 1995, pp. 431-51. Previously NBER Working Paper: 4618, January 1994.

"Setting Budget Priorities," *Vital Speeches of the Day*, 6(4), December 1, 1995, pp. 121-124.

"Social Absorption Capability and Innovation," *Social Capability and Long-Term Economic Growth,* Bon Ho Koo and D.H. Perkins (eds.), New York: St. Martin's Press, 1995, pp. 48-81.

## 1996

"Deposit Mobilisation Through Financial Restraint," with T. Hellmann and K. Murdock, *Financial Development and Economic Growth,* N. Hermes and R. Lensink (eds.), Routledge, 1996, pp. 219-246. Also in *Banking and Financial Institutions*, 3(5B), February 7, 1996; and Stanford Graduate School of Business Research Paper 1354, July 1995.

"Financial Markets, Public Policy, and the East Asian Miracle," with M. Uy, *World Bank Research Observer,* 11(2), August 1996, pp. 249-276.

"Institutional Innovations and the Role of Local Government in Transition Economies: The Case of Guangdong Province of China," with Yingyi Qian, *Reforming Asian Socialism: The Growth of Market Institutions*, John McMillan and Barry Naughton (eds.), Ann Arbor, MI: The University of Michigan Press, 1996, pp. 175-193.

"International Economic Justice and National Responsibility: Strategies for Economic Development in the Post Cold War World," *Oxford Development Studies*, 24(2), June 1996, pp. 101-109.

"Introduction: Scope of the Assessment," with J. Goldemberg, Goldemberg, J., R. Squitieri, A. Amano, X. Shaoxiong, S. Kane, J. Reilly, and T. Teisberg, Chapter 1 in *Climate Change 1995: Economic and Social Dimensions of Climate Change*, J. Bruce, H. Lee, and E. Haites (eds.), Cambridge: Cambridge University Press, 1996, pp. 21-51

"Intertemporal Equity and Discounting," with K. Arrow, W.R. Cline, K-G. Maler, M. Munasinghe, and R. Squitieri, *Global Climate Change: Economic and Policy Issues,* M. Munasinghe (ed.), World Bank Environment Paper 12, Washington, D.C. 1995, pp. 1-32. Reprinted in an abbreviated format as "Intertemporal Equity, Discounting, and Economic Efficiency," *Climate Change 1995: Economic and Social Dimensions of Climate Change,* J. Bruce, H. Lee, and E. Haites (eds.), Cambridge: Cambridge University Press, 1996, pp. 125-144.

"Some Lessons from the East Asian Miracle," *World Bank Research Observer*, 11(2), August 1996, pp. 151-177. Reprinted as "Algunas ensenanzas del milagro del Este Asiatico (with English summary)," *Desarrollo Economico*, 37(147), Oct.-Dec. 1997, pages 323-349.

## 1997

"Competition and Insurance Twenty Years Later," with Michael Rothschild, *Geneva Papers on Risk and Insurance Theory*, 22(2), December 1997, pages 73-79. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 160-167.

"Defending the Clinton Administration," interview with *Challenge*, 40(3), May/ June 1997, pp. 22-34.

"Dumping on Free Trade: The U.S. Import Trade Laws," *Southern Economic Journal,* 64(2), 1997, pp. 402-424. Also in *Trips, The Uruguay Round and Third World Interests,* Sir Hans Singer, Neelambar Hatti and Rameshwar Tandon (eds.), B.R. Publishing Corportation, 1999, pp. 711-748.

"Financial Restraint: Toward a New Paradigm," with T. Hellmann and K. Murdock, *The Role of Government in East Asian Economic Development*, M. Aoki, H. Kim, and M. Okuna-Fujiwara (eds.), Oxford: Clarendon Press, 1997, pp. 163-207.

"A Framework for a Development Strategy in a Market Economy," with Nicholas Stern, *Development Strategy and the Management of the Market Economy*, E. Malinvaud and A.K. Sen (eds.), Oxford: Clarendon Press, 1997, pp. 253-295. Also European Bank for Reconstruction and Development Working Paper 20, April 1997.

"Looking out for the National Interest: the Principles of the Council of Economic Advisers," *American Economic Review*, 87(2), May 1997, pp. 109-113. (Speech to American Economic Association. New Orleans. January 5, 1997.)

"Moneylenders and Bankers: Price-increasing Subsidies in a Monopolistically Competitive Market," with Karla Hoff, *Journal of Development Economics* 52, 1997, pp. 429-462. Corrected for printing errors in "Moneylenders and Bankers: Price-Increasing Subsidies with Monopolistic Competition," *Journal of Development Economics*, 55, 1998, pp. 485-518. Previously "Theory of Imperfect Competition in Rural Credit Markets," Institute for Policy Reform Working Paper IPR 49, 1992; and "Moneylenders and Bankers: Fragmented Credit Markets with Monopolistic Competition," Working Paper 93-10, University of Maryland, Department of Economics, 1993.

"Reflections on the Natural Rate Hypothesis," *Journal of Economic Perspectives,* 11(1), Winter 1997, pp. 3-10.

"Reply: Georgescu-Roegen versus Solow/Stiglitz," *Ecological Economics*, Elsevier Science, 1997, pp. 269-270.

"The Role of Government in Economic Development  (Keynote Address)," *Annual World Bank Conference on Development Economics 1996*, M. Bruno and B. Pleskovic (eds.), World Bank, 1997, pp. 11-23.

"The Role of Government in the Economies of Developing Countries," *Development Strategy and the Management of the Market Economy*, E. Malinvaud and A.K. Sen (eds.), Oxford: Clarendon Press, 1997, pp. 61-109.

"The State and Development: Some New Thinking," Report: International Roundtable: "The Capable State," World Bank and German Foundation for International Development. Berlin, October 8. (Transcript available at <http://www.worldbank.org/html/extdr/extme/jssp100897.htm>)

**1998**

"An Agenda for Development in the Twenty-First Century," *Annual World Bank Conference on Development Economics 1997*, J.E. Stiglitz and B. Pleskovic (eds.), World Bank, 1998, pp. 17-31.

"Building Robust Financial Systems," *Central Bank of Barbados Economic Review*, 25(1), June 1998, pp. 49-56.

"Central Banking in a Democratic Society," *De Economist* (Netherlands), 146(2), 1998, pp. 199-226. (Originally presented as 1997 Tinbergen Lecture, Amsterdam, October).

"Development Based on Participation – A Strategy for Transforming Societies," *Transition*, 9(6), World Bank and Davidson Institute, December 1998, pp. 1-3.

"Economic Consequences of Income Inequality," with Jason Furman, *Symposium Proceedings – Income Inequality: Issues and Policy Options*, Jackson Hole, Wyoming: Federal Reserve Bank of Kansas City, 1998, pp. 221-263.

"Economic Crises: Evidence and Insights from East Asia," with Jason Furman, *Brookings Papers on Economic Activity*, 1998(2), pp. 1-114. (Presented at Brookings Panel on Economic Activity, Washington, September 3, 1998.)

"Evaluation as an incentive instrument," *Evaluation & Development: The Institutional Dimension, Robert Picciotto and Eduardo Wiesner (eds.)*, Transaction Publishers, 1998, pp. 287-290.

"Financial Restraint and the Market Enhancing View," with T. Hellmann and K. Murdock, *The Institutional Foundations of East Asian Economic Development*, Y. Hayami and M. Aoki (eds.), London: MacMillan, 1998, pp. 255-284.

"Foreword," *Assessing Aid: What Works, What Doesn't, and Why*, World Bank Policy Research Report, New York: Oxford University Press, 1998, pp. ix-x.

"IFIs and the Provision of International Public Goods," *Cahiers Papers*, 3(2), European Investment Bank, 1998, pp. 116-134.

"Inequality and Growth: Implications for Public Finance and Lessons from Experience in the US," *Beyond Tradeoffs: Market Reform and Equitable Growth in Latin America,*" N. Birdsall, C. Graham, R.H. Sabot (ed.), Inter-American Development Bank, 1998, pp. 305-319.

"International Development: Is it Possible?," with Lyn Squire, *Foreign Policy*, 110, Spring 1998, pp. 138-151.

"Introduction," with Boris Pleskovic, *Annual World Bank Conference on Development Economics 1997*, Pleskovic and Stiglitz (eds.), World Bank, Washington, D.C., 1998, pp. 1-7.

"Knowledge for Development: Economic Science, Economic Policy, and Economic Advice," *Annual World Bank Conference on Development Economics*, B. Pleskovic and J. Stiglitz (eds.), Washington: World Bank, 1998, pp. 9-58.

"The Private Uses of Public Interests: Incentives and Institutions," *Journal of Economic Perspectives,* 12(2), Spring 1998, pp. 3-22. (Originally presented as Society of Government Economists Distinguished Lecture on Economics in Government, ASSA meetings, January 4, 1998.)

"The Role of Government in the Contemporary World," *Income Distribution and High-Quality Growth*, Vito Tanzi and Ke-young Chu (eds.), Cambridge, MA: MIT Press, pp. 21-53. Also Background Paper No. 5 of the 3rd Meeting High Level Group on Development Strategy and Management of the Market Economy, UNU/WIDER, Helsinki, Finland, July 8-10.

"Road to Recovery: Restoring Growth in the Region Could Be a Long and Difficult Process," *Asiaweek* 24(8), July 17, 1998, pp. 66-67.

"Towards a New Paradigm for Development: Strategies, Policies and Processes," 9th Raul Prebisch Lecture delivered at the Palais des Nations, Geneva, October 19, 1998, UNCTAD. Chapter 2 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 57-93.

**1999**

"Aid Effectiveness and Development Partnership," *Donor Coordination and the Effectiveness of Development Assistance*, UNU Public Lectures, November 1999, pp. 17-30.

"Beggar-Thyself vs. Beggar-Thy-Neighbor Policies: The Dangers of Intellectual Incoherence in Addressing the Global Financial Crisis," *Southern Economic Journal*, 66(1), July 1999, pp. 1-38. (Paper presented at the Annual Meetings of the Southern Economics Association, Baltimore, November 8, 1998.)

"Duality and Development: Some Reflections on Economic Policy," G.R. Saxonhouse and T.N. Srinivasan (eds.), *Development, Duality, and the International Economic Regime: Essays in Honor of Gustav Ranis*, Ann Arbor: University of Michigan Press, pp. 55-84.

"Dumping on Free Trade:  The U.S. Import Trade Laws," *New World Order Series*, 15(part II), *Sir Hans Singer, Neelambar Hatti, and Rameshwar Tandon*(eds.), B.R. Publishing Corporation, 1999, pp.711-748.

"Economia y gobierno: los usos privados de los intereses publicos, incentivos e instituciones," *Planeacion & Desarrollo,* vol.XXX, No. 1, enero – marzo 1999, pp. 127-156.

"Foreword," *The Economics of Saving & Growth: Theory, Evidence, and Implications for Policy, Klaus Schmidt-Hebbel and Luis Servén* (eds.), Cambridge University Press, 1999.

"The Future of the International Financial Architecture," *World Economic Affairs*, 2(3), Winter 1999, pp. 35-38.

"Interest Rates, Risk, and Imperfect Markets: Puzzles and Policies," *Oxford Review of Economic Policy* 15(2), 1999, pp. 59-76.

"Introduction," *Economic Notes*, 28(3), November 1999, pp. 249-254.

"Introduction," with Boris Pleskovic, *Annual World Bank Conference on Development Economics 1998,* Boris Pleskovic and Joseph E. Stiglitz (eds.), World Bank, Washington, D.C., 1999, pp. 1-8.

"Knowledge as a Global Public Good," *Global Public Goods: International Cooperation in the 21st Century*, Inge Kaul, Isabelle Grunberg, Marc A. Stern (eds.), United Nations Development Programme, New York: Oxford University Press, 1999, pp. 308-325. Also published in *International Intellectual Property in an Integrated World Economy,* F. Abbot, T. Cottier, and F. Gurry, eds., Aspen Publishers, 2007.

"Lessons from East Asia," *Journal of Policy Modeling*, 21(3), May 1999, pp. 311-330. (Paper presented at the American Economic Association Annual Meetings, New York, January 4, 1999.)

"More Instruments and Broader Goals: Moving Toward the Post-Washington Consensus," *Development Issues in the 21st Century*, G. Kochendorfer-Lucius and B. Pleskovic (eds.), Berlin: German Foundation for International Development, 1999, pp. 11-39. Also Chapter 1 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 17-56. (Originally presented as the 1998 WIDER Annual Lecture, Helsinki, January 1998; also keynote address at Villa Borsig Winter Workshop, February 1998.)

"Must Financial Crises Be This Frequent and This Painful?" *Policy Options* (Canada), 20(5), June, pp. 23-32. (Paper originally given on September 23, 1998 as University of Pittsburgh McKay Lecture).

"New Perspectives on the Role of the State," *Akademische Reden und Kolloquien* (Academic Lectures and Colloquia), 18, University of Erlangen-Nuernberg, 1999. (Paper initially presented as Recktenwald Prize Acceptance Speech, February 3, 1998)

"The Procyclical Role of Rating Agencies: Evidence from the East Asian Crisis," with G. Ferri and L.-G. Liu, *Economic Notes*, 28(3), 1999, pp. 335-355.

"Public-Private Technology Partnerships: Promises and Pitfalls," with Scott J. Wallsten, *American Behavioral Scientist*, 43(1), September 1999, pp. 52-74. Also published in *Public-Private Policy Partnerships*, P. Rosenau (ed.), Cambridge, MA: MIT Press, 2000, pp. 37-59.

"The Reasons Behind the Crash," *Etruria Oggi*, 17(50), June 1999, pp. 28-31.

"Reforming the Global Economic Architecture: Lessons from Recent Crises." *The Journal of Finance* 54 (4), August 1999, pp. 1508-1521.

"Responding to Economic Crises: Policy Alternatives for Equitable Recovery and Development," *The Manchester School*, 67(5), Special Issue 1999, pp. 409-427. (Paper presented to North-South Institute, Ottawa, Canada, September 29, 1998.)

"The Role of Participation in Development," *Development Outreach*, 1(1), Summer 1999, pp. 10-13. (Excerpted from presentation delivered at the Conference on Democracy, Market Economy and Development in Seoul, South Korea, February 1999.)

"Taxation, Public Policy and The Dynamics of Unemployment," *International Tax and Public Finance*, 6, pp. 239-262. (Paper presented to the Institute of International Finance, Cordoba, Argentina, August 24, 1998.)

"Toward a General Theory of Wage and Price Rigidities and Economic Fluctuations," *American Economic Review*, 89(2), May 1999, pp. 75-80. Reprinted in *Market Failure or Success – The New Debate*, Cowen, T. and E. Crampton (eds.), Edward Elgar, 2002, pp. 31-40.

A-48

"Trade and the Developing World: A New Agenda," *Current History*, 98(631), November 1999, pp. 387-393.

"The World Bank and the Overseas Economic Cooperation Fund in the New Millennium," *Journal of Development Assistance*, 5(1), pp. 11-17.

"The World Bank at the Millennium," *Economic Journal*, 109(454), pp. F577-F597.

"The WTO Millennium Round," *Social Development Review*, 3(4), December 1999, pp. 6-9.

**2000**

"Addressing Developing Country Priorities and Needs in the Millennium Round," *Seattle, the WTO, and the Future of the Multilateral Trading System*, R. Porter and P. Sauvé, eds., Cambridge: Harvard University Press, 2000, pp. 31-60

"Capital Market Liberalization, Economic Growth, and Instability," *World Development*, 28(6), 2000, pp. 1075-1086.

"Chinese Reforms from a Comparative Perspective," with Athar Hussain and Nicholas Stern, *Incentives, Organization, and Public Economics: Papers in Honour of Sir James Mirrlees*, Peter J. Hammond and Gareth D. Myles (eds.), Oxford University Press, 2000, pp. 243-277.

"Conclusions," *Economic Notes*, 29(1), Special Issue, The East Asian Crisis: Lessons for Today and for Tomorrow, February 2000, pp. 145-151.

"The Contributions of the Economics of Information to Twentieth Century Economics", *Quarterly Journal of Economics*, 115(4), November 2000, pp. 1441-78.

"Credit and Equity Rationing in Markets with Adverse Selection," with T. Hellmann, *European Economic Review*, 44(2), February 2000, pp. 281-304. Earlier, longer version in "A Unifying Theory of Credit and Equity Rationing in Markets with Adverse Selection," Stanford Graduate School of Business Research Paper 1356, October 1995. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 178-188.

"Democratic Development as the Fruits of Labor," Chapter 9 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 279-315. (Originally Keynote Address at the Industrial Relations Research Association, Boston, January 2000.) Shortened version available in *Perspectives on Work*, 4(1), 2000, pp. 31-38.

"Development Issues: Settled and Open," with Shahid Yusuf, *Frontiers of Development Economics: The Future in Perspective*, G. Meier and J. Stiglitz (eds.), Oxford: Oxford University Press, 2000, pp. 227-268.

"Formal and Informal Institutions," *Social Capital: A Multifaceted Perspective*, P. Dasgupta and I. Serageldin (eds.), Washington: World Bank, 2000, pp. 59-68.

"Introduction" and "Conclusions," with H. de Largentaye, P. Muet, and J. Rischard, *Governance, Equity and Global Markets: Proceedings from the Annual Bank Conference on Development Economics in Europe, June 1999*, Conseil d'Analyse economique, Paris, 2000, pp. 9-18 and 237-238. Printed in French in *Revue d'Economie du Developpement*, 0(1-2), June 2000.

"Introduction," with Boris Pleskovic, *Annual World Bank Conference on Development Economics 1999,* Boris Pleskovic and Joseph E. Stiglitz (eds.), World Bank, Washington, D.C., 2000, pp. 1-13.

"Introduction," *The World Bank: Structure and Policies,* Christopher L. Gilbert and David Vines, (eds.), Cambridge University Press, Cambridge, 2000, pp. 1-9.

"Lessons from the Global Financial Crisis," *Global Financial Crises: Lessons from Recent Events*, Joseph R. Bisignano, William C. Hunter, George G. Kaufman (eds.), Boston: Kluwer Academic Publishers, 2000, pp. 89-109. (Originally presented at the Conference on Global Financial Crises, Bank for International Settlements and Federal Reserve Bank of Chicago, May 6, 1999.)

"Liberalization, Moral Hazard in Banking and Prudential Regulation: Are Capital Requirements Enough?" with T. Hellmann and K. Murdock, *American Economic Review*, 90(1), March 2000, pp. 147-165. Also published in *Industrial Organization and Regulation*, 3(17), August 2000; and in *Banking and Financial Institutions*, 5(8), June 2000.

"Mi aprendizaje de la crisi economica mundial," *Nueva Sociedad*, 168, pp.106-115.

"New Bridges Across the Chasm: Macro- and Micro-Strategies for Russia and other Transitional Economies," with David Ellerman, *Zagreb International Review of Economics and Business*, 3(1), 2000, pp. 41-72.

"O Que Eu Aprendi com a Crise Mundial," *Revista de Economia Politica/Brazilian Journal of Political Economy*, 20(3), July-September 2000, pp.169-74.

"Preface" with Gerald M. Meier, *Frontiers of Development Economics: The Future in Perspective*, G. Meiter and J. Stiglitz (eds.), Oxford: Oxford University Press, 2000, pp. ix-x.

"Quis custodiet ipsos custodes? Corporate Governance Failures in the Transition," *Governance, Equity and Global Markets*, *Proceedings from the Annual Bank Conference on Development Economics in Europe*, *June 1999,* Pierre-Alain Muet and J.E. Stiglitz (eds.), Conseil d'Analyse economique, Paris, 2000, pp. 51-84. Also published in *Challenge*, 42(6), November/December 1999, pp. 26-67. (Originally presented as keynote address at the Annual Bank Conference on Development Economics in Europe, Paris, June 23, 1999.) French version "Quis custodiet ipsos custodes? Les defaillances du gouvernement d'entreprise dans la transition", *Revue d'Economie du Developpement*, 0(1-2), June 2000, pp. 33-70.

"Reflections on Mobility and Social Justice, Economic Efficiency, and Individual Responsibility," *New Markets, New Opportunities? Economic and Social Mobility in a Changing World*, Nancy Birdsall and Carol Graham (eds.), Washington D.C.: Brookings Institution Press, 2000, pp. 36-65. (Paper prepared for presentation at MacArthur Research Network meeting, Bellagio, Italy, May 6, 1998.)

"Reflections on the Theory and Practice of Reform," *Economic Policy Reform: The Second Stage,* Anne Krueger (ed.), University of Chicago Press, 2000, pp. 551-584.

"Scan Globally, Reinvent Locally: Knowledge Infrastructure and the Localization of Knowledge," *Banking on Knowledge: the Genesis of the Global Development Network,* Diane Stone (ed.), Routledge, 2000, pp. 24-43. Also Chapter 6 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 194-219. (Originally Keynote Address to the First Global Development Network Conference, Bonn, December 1999.)

"Some Elementary Principles of Bankruptcy," *Governance, Equity and Global Markets: Proceedings from the Annual Bank Conference on Development Economics in Europe, June 1999,* Conseil d'Analyse economique, Paris, 2000, pp. 605-620.

"Two Principles for the Next Round or, How to Bring Developing Countries in from the Cold," *World Economy,* 23(4), pp. 437-54.

"The Underpinnings of a Stable and Equitable Global Financial System: From Old Debates to New Paradigm," with Amar Bhattacharya, *Annual World Bank Conference on Development Economics 1999*, B. Pleskovic and J.E. Stiglitz (eds.), Washington: World Bank, 2000, pp. 91-130. (Paper presented to the Annual World Bank Conference on Development Economics, April 28-30, 1999.)

"Whither Reform? Ten Years of Transition," *Annual World Bank Conference on Economic Development,* B. Pleskovic and J.E. Stiglitz (eds.), Washington: World Bank, 2000, pp. 27-56. Also Chapter 4 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 127-171. Summary in *Transition Economics*, 3(12), June 1999. (Originally presented on April 30, 1999.)

## 2001

"Bankruptcy Laws: Basic Economic Principles," *Resolution of Financial Distress: An International Perspective on the Design of Bankruptcy Laws*, S. Claessens, S. Djankov, and A. Mody, eds., Washington, DC: World Bank, pp. 1-23.

"A Comparison of Economic Transition among China and Other Countries," *Economics Information*, 5,  May, 2001, pp. 43-46 (in Chinese).

"Challenges in the Analysis of the Role of Institutions in Economic Development," *Villa Borsig Workshop Series 2000: The Institutional Foundations of a Market Economy*, Gudrun Kochendorfer-Lucius and Boris Pleskovic (eds.), German Foundation for  (DSE), 2001, pp. 15-28.

"Crisis y Restructuración Financiera: el Papel de la Banca Central," *Cuestiones Económicas*, 17(2), 2001, pp. 3-24.

"Development Theory at a Crossroads," *Proceedings from the Annual Bank Conference on Development Economics in Europe*, June 2000, Jean-Francois Rischard, et al. (eds.), Conseil d'Analyse Economique, 2001, pp. 65-74.

"Development Thinking at the Millennium," *Proceedings from the Annual Bank Conference on Development Economics 2000*, Washington: World Bank, 2001, pp. 13-38. (Paper presented to the Annual World Bank Conference on Development Economics, Paris, June 26, 2000.)

"Failure of the Fund: Rethinking the IMF Response", *Harvard International Review*, 23(2), Summer 2001, pp. 14-18.

"Foreword," *The Great Transformation: The Political and Economic Origins of Our Time*," by Karl Polanyi, Boston: Beacon Press, 2001, pp. vii-xvii.

"From Miracle to Crisis to Recovery: Lessons from Four Decades of East Asian Experience," *Rethinking the East Asian Miracle,* J. Stiglitz and S. Yusuf (eds.), Oxford: Oxford University Press, 2001, pp. 509-526.

"Etica, politica economica e paesi in via di sviluppo," *Rivista Internazionale di Scienza Sociali*, CIX (4), 2001, pp. 391-407. (Also published in "Globalizzazione: nuove ricchezze e nuove poverta," Vita e Pensiero, Milano 2001.)

"Introduction," with Robert Holzmann, *New Ideas about Old Age Security,* Robert Holzmann and Joseph E. Stiglitz (eds.). Washington: World Bank, 2001, pp. 1-16. (Presented at the conference on "New Ideas About Old Age Security," World Bank, Washington, DC, September 14-15, 1999.)

"Mexico—Five Years After the Crisis," with D. Lederman, A. Menendez, and G. Perry, *Annual Bank Conference on Development Economics 2000*, Washington: World Bank, 2001, pp. 263-282.

"Modern Economic Theory and Development" with Karla Hoff, *Frontiers of Development Economics: The Future in Perspective*, G. Meier and J. Stiglitz (eds.), Oxford: Oxford University Press, 2001, pp. 389-459.

"Not Poles Apart: 'Whither Reform?' and 'Whence Reform?'," with David Ellerman, *The Journal of Policy Reform*, 4(4), 2001, pp. 325-338.

"On Liberty, the Right to Know and Public Discourse: The Role of Transparency in Public Life," Chapter 8 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 250-278. Also published in *Globalizing Rights*, Matthew Gibney (ed.), Oxford: Oxford University Press, 2003, pp. 115-156. (Originally presented as 1999 Oxford Amnesty Lecture, Oxford, January 1999.)

"Participation and Development: Perspectives from the Comprehensive Development Paradigm," *Democracy, Market Economics & Development: An Asian Perspective*, Farrukh Iqbal and Jong-Il You (eds.), World Bank, 2001, pp. 49-72. Also Chapter 7 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 220-249.

"Preface," *The New Russia: Transition Gone Awry,* L. Klein and M. Pomer (eds.), Stanford, CA: Stanford University Press, 2001, pp. xvii-xxiii.

"Principles of Financial Regulation: A Dynamic Approach," *The World Bank Observer,* 16(1), Spring 2001, pp. 1-18. Also Institute for Policy Reform Working Paper IPR 56, 1992.


"Redefining the Role of the State," Chapter 2 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 94-126. (Originally presented on the Tenth Anniversary of MITI Research Institute Tokyo, Japan, March 17, 1998.)

 "Rethinking Pension Reform: Ten Myths About Social Security Systems" with Peter Orszag, *New Ideas About Old Age Security*, R. Holman and J. Stiglitz (eds.), Washington: World Bank, 2001, pp. 17-56.  Also in Italital in *Il Pilastro Debole,* 1/2000, pp. 13-62. (Presented at the conference on "New Ideas About Old Age Security," World Bank, Washington, DC, September 14-15, 1999.)

"Robust Financial Restraint," with P. Honohan, *Financial Liberalization: How Far, How Fast?* G. Caprio, P. Honohan and J. Stiglitz (eds.), Cambridge, UK: Cambridge University Press, 2001, pp. 31-63.

"The Role of International Financial Institutions in the Current Global Economy," Chapter 5 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 172-193. (Originally Address to the Chicago Council on Foreign Relations, Chicago, February 27, 1998.)

"Shaken and Stirred: Explaining Growth Volatility," with William Easterly and Roumeen Islam, *Annual Bank Conference on Development Economics 2000*, Washington: World Bank, 2001, pp. 191-212.

"Shaken and Stirred: Volatility and Macroeconomic Paradigms for Rich and Poor Countries," with William Easterly and Roumeen Islam, *Advances in Macroeconomic Theory*, Jacques Dreze(ed.), IEA Conference Volume, 133, Houndsmill: Palgrave, 2001, pp. 353-372. (Speech given for Michael Bruno Memorial Lecture, 12th World Congress of IEA, Buenos Aires, August 27, 1999.)

**2002**

"Capital Market Liberalization and Exchange Rate Regimes: Risk without Reward," *The Annals of the American Academy of Political and Social Science*, 579, Jan. 2002, pp. 219-248.

"Competition and Competitiveness in a New Economy," *Competition and Competitiveness in a New Economy*, Heinz Handler and Christina Burger (eds.), Vienna: Austrian Federal Ministry for Economic Affairs and Labour, 2002, pp. 11-22.

"Employment, Social Justice, and Societal Well-Being," *International Labour Review*, 141(1-2), 2002, pp. 9-29. Also published in *Revista Internacional del Trabajo,* 121 (1-2), 2002, pp. 9-31, and *Revue Internationale du Travail,* 141(1-2), 2002, pp. 9-31,.

"Financial Market Stability and Monetary Policy," *Pacific Economic Review*, 7(1), February 2002, pp. 13-30 (Keynote speech at the HKEA First Biennial Conference, Hong Kong, 2000).  Reprinted as "Financial Market Stability, Monetary Policy, and the IMF," *Exchange Rate Regimes and Macroeconomic Stability,* Lok-Sang Ho and Chi-Wa Yuen, eds., Norwell, MA: Kluwer Academic Publishers, 2003, pp. 33-54.

"Franchise Value and the Dynamics of Financial Liberalization," with Thomas Hellmann and Kevin Murdock, *Designing Financial Systems in Transition Economies; Strategies for Reform in Central and Eastern Europe,* Anna Meyendorff and Anjan Thakor (eds.), MIT Press, 2002, pp. 111-127.

 "Globalization and the Logic of International Collective Action: Re-Examining the Bretton Woods Institutions," *Governing Globalization: Issues and Institutions*, Deepak Nayyar (ed.), UNU/WIDER, New York: Oxford University Press, 2002, pp. 238-253.

"Information and the Change in the Paradigm in Economics," *Les Prix Nobel; The Nobel Prizes 2001,* Tore Frangsmyr (ed.), The Nobel Foundation, 2002, pp. 472-540. Also published in *Revista Asturiana De Economia*, 25, December, 2002, pp.95-164 and *Nobel Lectures: Economic Sciences, 2001-2005,* P. Englund, ed., World Scientific: Singapore, 2008, pp. 126-194. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 53-98

"Information and the Change in the Paradigm in Economics," abbreviated version of Nobel lecture, *American Economic Review*, 92(3), June 2002, pp. 460-501.

"Keynesian Economics and Critique of First Fundamental Theorem of Welfare Economics," *Market Failure or Success – The New Debate*, Cowen, T. and E. Crampton (eds.), Edward Elgar, 2002, pp. 41-65.

"The Lessons of Argentina for Development in Latin America," *Argentina in Collapse? The Americas Debate*, Michael Cohen and Margarita Gutman (eds.), The New School, 2002, pp. 151-167. (Also published in Spanish in *¿Argentina en Colapso? América Debate*, Buenos Aires: Instituto Internacional de Medio Ambiente y Desarrollo, IIED-AL, 2002.)

"Mejorando la eficiencia y la capacidad de respuesta del sector público: lecciones de la experiencia reciente," *Revista del CLAD: Reforma y Democracia*, No. 22, February 2002, pp. 7-68 (Speech given at the VI International Congress of CLAD, Buenos Aires, Argentina, November 2001).

"Minimum Wage Laws and Unemployment Benefits, When Labor Supply is a Household Decision," with K. Basu and Garance Genicot, *Markets and Governments*, K. Basu, P. Nayak, and R. B. Ray (eds.), in Oxford University Press, pp.38-59.

"New Perspectives on Public Finance: Recent Achievements and Future Challenges," *Journal of Public Economics*, 86, 2002, pp. 341-360.

"New Perspectives on the role of the state," *Editing Economics; Essays in honour of Mark Perlman,* H. Lim, Ungsuh K. Park and G.C. Harcourt (eds.), Routledge-Taylor & Francis Group, 2002, p. 216-227.

"Nobel Memoirs," *Les Prix Nobel; The Nobel Prizes 2001,* Tore Frangsmyr (ed.), The Nobel Foundation, 2002, pp. 447-471.

"On Liberty, the Right to Know and Public Discourse: the Role of Transparency in Public Life," *Global Law Review*, 24, Autumn 2002, pp. 263-273.

"Politicas de desenvolvimento no mundo da globalizacao," *BNDES Desenvolvimento Em Debate: Novos Rumos do Desenvolvimento no Mundo*, Ana Celia Castro (ed.), Rio de Janeiro: Mauad: BNDES, 2002, pp. 333-365. (Paper presented at the seminar "New International Trends for Economic Development" on the occasion of the fiftieth anniversary of the Brazilian Economic and Social Development Bank, Rio de Janeiro, September 12-13, 2002.)

"Spotlight on Latin America," *The Bretton Woods Committee Critical Issues Forum*, Dec. 2002, pp. 4-5.

"Transparency in Government," *The Right to Tell: The Role of Mass Media in Economic Development*, R. Islam, ed., WBI Development Studies, Washington, D.C.: World Bank Institute, 2002, pp. 27-44.

"WTO Accession: Opportunities and Challenges for China," *New Economy & Asia: Proceeding of International Think Tank Forum 2001*, Li Luoli (ed.), Scientific and Cultural Publishing Co. H.K., 2002, pp. 267-281.

**2003**

"Challenging the Washington Consensus," Feature Interview in *The Brown Journal of World Affairs*, 9(2), Winter/Spring 2003, pp.33-40.

"Colombia: Políticas para un crecimiento sostenible y equitativo," Hacia Una Economía Sostenible: Conflicto y Posconflicto en Colombia, Fundación Agenda Colombia (ed.), 2003, pp. 65-86 (Presented at the Conferencia Internacional Bogotá, March 6-7, 2003).

"Dealing with Debt: How to Reform the Global Financial System," *Harvard International Review*,25(1), Spring 2003,pp.54-59.

A-55

"Democratizing the International Monetary Fund and the World Bank: Governance and Accountability," *Governance*, 16(1), January 2003, pp.111-139.

"El desarrollo no sólo es crecimiento del PIB," Papeles: De Cuestiones Internacionales, 81, Spring 2003, pp. 11-26 (Text of speech given at the Corporación Financiera Nacional de Ecuador, 2001).

"El desarrollo económico en el nuevo milenio: visiones y estrategias," Documentos 1, Consejo de Economía Nacional, 2003, pp. 26-64. Abridged version published in *Revista BCV*, 17(2), July-December 2003, pp. 155-157. (Speech given at the Consejo de Economía Nacional, Caracas, Venezuela, 2002).

"Edmund S. Phelps and Modern Macroeconomics," with Philippe Aghion, Roman Frydman, and Michael Woodford, *Knowledge, Information, and Expectations in Modern Macroeconomics: In Honor of Edmund S. Phelps*, Philippe Aghion, Roman Frydman, Joseph Stiglitz, and Michael Woodford (eds.), Princeton University Press, 2003, pp. 3-22

"Ética, asesoría económica y política económica," *Revista Venezolana de Gerencia,* Venezuela Universidad del Zulia, No. 21, pp.129-158, enero-marzo 2003 (presented a conference held by the InterAmerican Development Bank, Washington DC, 2000.)

"Ethics, Market and Government Failure, and Globalisation," *The Governance of Globalisation: the Proceedings of the Ninth Plenary Session of the Pontifical Academy of Social Sciences,* E. Malinvaud and L. Sabourin, eds. The Pontifical Academy of Social Sciences: Vatican City, 2004, pp. 261-279. (presented to the Ninth  Plenary Session, Casina Pio IV, 2-6 May, 2003).

"The Eighth Risk Lecture, 1996: Competition and Insurance," with Michael Rothschild, *Ventures in Insurance  Economics and Strategy- 30 Years- The Geneva Association*, Patrick M. Liedtke (ed.), Blackwell Publishing Ltd, 2003, pp.321-349.

"Foreword," *Caspian Oil Windfalls: Who Will Benefit?* by Svetlana Tsalik, New York: Open Society Institute, pp. xi-xii.

"Globalization and Development," *Taming Globalization: Frontiers of Governance*, David Held and Mathias Koenig-Archibugi (eds.), Cambridge: Polity Press, 2003, pp. 47-67. (Presented as part of the  Miliband Lecture Series at the London School of Economics, January 29, 2002).

"Globalization and Growth in Emerging Markets and the New Economy," *Journal of Policy Modeling*, 25(5), July 2003, pp. 505-524.

"Globalization and the Economic Role of the State in the New Millennium," *Industrial and Corporate    Change*, 12(1), 2003, pp.3-26. ( Originally presented as a lecture in Rome, January 2001.)

"Globalization, Technology, and Asian Development," *Asian Development Review*, 20(2), 2003, pp. 1-

18 (Paper delivered in the Asian Development Bank Distinguished Speakers Program, Manila, April 2003.

"Inflation Paranoia," *Realworld Economic Outlook the Legacy of Globalization: Debt and Deflation*, Ann Pettifor (ed.), Palgrave Macmillan, 2003, pp.42-44.

"Information and the Change in the Paradigm in Economics, Part One," *The American Economist*, Volume 47, 2003, pp. 6-26.

"Japan's Economic Malaise: Causes, Cures & Lessons for the Rest of the World," Columbia Business School Distinguished Lecture Series, *Special Report*, March 26, 2003

"Macroeconomic Fluctuations in an Economy of Phelps-Winter Markets," with Bruce Greenwald, *Knowledge, Information, and Expectations in Modern Macroeconomics: In Honor of Edmund S. Phelps*, Philippe Aghion, Roman Frydman, Joseph Stiglitz, and Michael Woodford (eds.), Princeton University Press, 2003, pp.123-136

"Making Corporations Responsible," *The Responsive Community*,14(1), Winter 2003/2004, pp.4-6.

"Mexican Investment  After the Tequila Crisis: Basic Economics, 'Confidence' Effect or Market Imperfection?" with Daniel Lederman, Ana María Menéndez, and Guillermo Perry, *Journal of International Money and Finance*, 22(2003), pp. 131-151.

"My Book and Its Discontents," *Aspenia International: Is the West Still the West,* 9(19-20), 2003, pp.9-25. Also in Italian under "Tutti gli Errori del Fondo Monetario Internazionale," *Aspenia: Il Prezo dell'Impero*, 9(20), 2003, pp. 10-28.

"On Liberty, the Right to Know, and Public Discourse: The Role of Transparency in Public Life," *Globalizing Rights: The Oxford Amnesty Lectures 1999*, Mathew J. Gibney (ed.), Oxford University Press, 2003, pp.115-156.

"El rumbo de las reformas. Hacia una nueva agenda para América Latina," *Revista de la CEPAL*, No. 80, August 2003, pp. 7-40.

"Rumors of War," *The Iraq War and Its Consequences: Thoughts of Nobel Peace Laureates and Eminent Scholars,* Irwin Abrams and Wang Gungwu, eds., Singapore: World Scientific Publishing, 2003,  pp. 171-173.

"Slicing and Dicing," *Realworld Economic Outlook the Legacy of Globalization: Debt and Deflation*, Ann Pettifor (ed.), PALGRAVE MACMILLAN, 2003, pp.45-49.

"Sustainable Development and Neo-Liberalism," Bangladesh Economic Association, August 14, 2003, pg 21-50.

"Towards a New Paradigm of Development," *Making Globalization Good: The Moral Challenges of Global Capitalism,* John H. Dunning (ed.), Oxford: Oxford University Press, 2003, pp. 76-107.

"La Transicion de Una Economia Regulada a una Economia de Mercado," *Revistade Ciencias Empresariales y Economia*, 2(2), 2003, pp. 18-32 (Speech at the Central Bank of Uruguay, November 2001).

"Whither Reform? Towards a New Agenda for Latin America," *CEPAL Review,* No. 80, August 2003, pp. 7-38.

**2004**

"After the Big Bang? Obstacles to the Emergence of the Rule of Law in Post-Communist Societies," with Karla Hoff, *American Economic Review*, 94(3), June 2004, pp. 753 - 763.

"Banking Disintermediation and its Implication to Monetary Policy (Keynote Address)," *Banking Disintermediation and its Implication to Monetary Policy: Theoretical Views and Countries' Experiences,* Charles Joseph (ed.), proceedings of an international seminar sponsored by the Bank Indonesia and Asian Development Bank, in Denpasar, Bali, December 2004, pp. 1-11.

"The Broken Promise of NAFTA," *Rotman, The Alumni Magazine of the Rotman School of Management*, Spring/Summer 2004, pp. 32-35.

"Capital-Market Liberalization, Globalization and the IMF," *Oxford Review of Economic Policy*, Vol. 20, Issue 1, Spring 2004, pp.57-71. (Also published in Spanish as "Liberalización de los mercados de capitales, globalización y el FMI," *Desarrollo Económico – Revista de Ciencias Sociales,* 45(177), April/June 2005, pp. 3- 23.)

"Common Values for the Development Round," with Andrew Charlton, *World Trade Review,* 3(3), 2004, pp. 495-506.

"A Development Round of Trade Negotiations," with Andrew Charlton, *Annual World Bank Conference on Development Economics,* B. Pleskovic, ed., Washington: World Bank, 2004.

"The Doha Round of Trade Negotiations: An Agenda to Promote Development and Facilitate Adjustment," with Andrew Charlton, Commonwealth Finance Ministers Reference Report 2004, pp. 174-183.

"Evaluating Economic Change," *Dædalus*, Summer 2004, pp.18-25.

"Globalization and Growth in Emerging Markets," *Journal of Policy Modeling*, 26, 2004, pp. 465-484.

"Information and the Change in the Paradigm in Economics, Part Two" *The American Economist*, Vol. 48, Spring 2004, pp.17-50.

"Multilateral Strategies to Promote Democracy," with Thomas Carothers, John Cavanagh,  Michael Doyle, Sakiko Fukuda-Parr, Andrew Kuper, Adam Przeworski, Mary Robinson, *Carnegie Council on Ethics and International Affairs, First Report of the Empire and Democracy Project*, 2004.

"Reflections on the State of the Theory of  Monopolistic Competition," *The Monopolistic Competition Revolution in Retrospect*, Steven Brakman and Ben J. Hiejdra (eds.), Cambridge University Press, 2004, Chapter 6, pp. 134-148.

"The Transition Process in Post-Communist Societies: Towards a Political Economy of Property Rights," with K. Hoff, *Toward Pro-Poor Policies: Aid, Institutions and Globalization,* B. Tungodden, N. Stern, and I. Kolstad (eds.), World Bank/Oxford University Press, 2004, pp. 231-245.  Published in Chinese: *Nanjing Business Review* 4 (2005), pp. 22-37 and in French: *Revue d'économie du développement*, 2003/2-3 (Vol. 17).

"A Willing World Can End Child Poverty," *The State of the World's Children 2005*, United Nations Children's Fund (UNICEF), 2004, pp. 96-97.

**2005**

"On Selective Indirect Tax Reform in Developing Countries" with S. Emran, *Journal of Public Economics*, April 2005, Pages 599-623.

"The CDFs Intellectual Structure," *Balancing the Development Agenda: The Transformation of the World Bank under James D. Wolfensohn, 1995-2005*, Ruth Kagia, ed., Washington, DC: World Bank Press, 2005, pp. 150-151

"A Development-friendly Prioritisation of Doha Round Proposals," with Andrew H. Charlton, *The World Economy,* Volume 28, Issue 3, March 2005, pp. 293-312. Also Initiative for Policy Dialogue Working Paper Series, Task Force on Trade, May 18, 2004.

"Development Policies in a World of Globalization," *Putting Development First: The Importance of Policy Space in the WTO and International Financial Institutions*, Kevin P. Gallagher (ed.), New York: St Martin's Press, 2005, pp. 15-32.

"The Ethical Economist," review of *The Moral Consequences of Economic Growth* by Benjamin M. Friedman, *Foreign Affairs*, 84(6), Nov/Dec 2005, pp. 128-134.

"Finance for Development," *Development Dilemmas: The Methods and Political Ethics of Growth Policy* edited by Melvin Ayogu and Don Ross, Great Britain, Routledge, Taylor & Francis Inc, 2005, pp. 15-29.

"Foreword," *Paul Samuelson: On Being an Economist*, Michael Szenberg, Aron A. Gottesman, Lall Ramrattan, eds., New York: Jorge Pinto Books, Inc., 2005, pp. ix-xiii.

"Freedom to Choose?" *Human Rights and the Global Marketplace: Economic, Social, and Cultural Dimensions,* Jeanne M. Woods and Hope Lewis, eds., Transnational Publishers: New York, 2005.

"The Integration of Unemployment Insurance with Retirement Insurance," with Jungyoll Yun, *Journal of Public Economics,* 89 (2005) pp. 2037-2067. (Revised from NBER Working Paper No. w9199).

"More Instruments and Broader Goals: Moving toward the Post-Washington Consensus," *WIDER Perspectives on Global Development*, United Nations University –World Institute for Development Economics Research (ed.), Houndmills: Palgrave MacMillan, 2005, pp.16-48 (From the 1998 WIDER Annual Lecture, January 1998.)

"Making Natural Resources into a Blessing rather than a Curse," *Covering Oil: A Reporter's Guide to Energy and Development*, Svetlana Tsalik and Anya Schiffrin, eds., The Open Society Institute: New York, 2005, pp. 13-20.

"The Overselling of Globalization," *Globalization: What's New*, edited by Michael M. Weinstein, Columbia University Press, 2005, pg 228-261.

"The Process of European Integration and the Future of Europe", Economic Analysis Division Occasional Paper No. 3, 2005 (Gunnar Myrdal Lecture, United Nations Publications, Palais des Nations, February 11, 2004)

**2006**

"Aid for Trade," with Andrew Charlton, *International Journal of Development Issues*, 5(2), pp. 1-41  (Reprint of paper prepared for Commonwealth Secretariat).

"Aid for Trade," with Andrew Charlton, *The Swiss Review of International Economic Relations,* vol. 61(2), June 2006 (Abridged version of paper prepared for Commonwealth Secretariat).

"Business Fluctuations in a Credit-Network Economy," with Domenico Delli Gatti, Mauro Gallegati, Bruce Greenwald, and Alberto Russo, *Physica A*, Vol. 370, pp. 68-74.

"China and the Global Economy: Challenges, Opportunities, Responsibilities," *China, Hong Kong and the World Economy,* Lok Sang Ho and Robert Ash, eds., Hampshire, UK: Palgrave Macmillan, 2006, pp. 17-31.

"Civil Strife and Economic and Social Policies," *The Economics of Peace and Security Journal*, 1(1), 2006, pp. 6-9.

"Development and Finance: Insights from the New Paradigm of Monetary Economics," *Economic Theory and Development Options: The Legacy of W. Arthur Lewis*, edited by the Eastern Caribbean Central Bank, Kingston: Ian Randle Publishers, 2006, pp. 191-209. (The Tenth Sir Arthur Lewis Memorial Lecture, Basseterre, St. Kitts and Nevis, November 1, 2005)

"Encore: Iraq Hemorrhage," with Linda Bilmes, *Milken Institute Review,* 4th Quarter, pp. 76-83.

"Federalism in Securities Regulation: An Economist's Perspective," *University of San Francisco Law Review,* Vol. 40, No. 4, Summer 2006.

"Foreword," *Economic Development and Environmental Sustainability*, R. López and M. Toman, eds., Oxford University Press: Oxford, 2006, pp. xv-xvii.

"Global Public Goods and Global Finance: Does Global Governance Ensure that the Global Public Interest is Served?" *Advancing Public Goods,* Jean-Philippe Touffut, ed., Edward Elgar Publishing, Great Britain, pp. 149-164.

"Globalism's Discontents," *Readings in Comparative Politics: Political Challenges and Changing Agendas,* M. Kesselman and J. Krieger, eds., Houghton Mifflin: Boston, 2006, pp.140-151. (Reprinted with permission from *The American Prospect*, vol. 13, no. 1, January 2002.)

"Globalism's Discontents," *The Politics of Globalization: A Reader,* Mark Kesselman, ed., Houghton Mifflin: Boston, 2007, pp. 86-95. (Reprinted with permission from *The American Prospect,* vol. 13, no. 1, January 2002.)

"Globalization and Its Discontents: The Promise of Global Institutions," *Beyond Borders: Thinking Critically About Global Issues*, Paula S. Rothberg, ed., New York: Worth Publishers, pp.419-431. (Reprinted from Stiglitz, J.E., *Globalization and Its Discontents*, New York: W.W. Norton Company, 2002.)

"Helping Infant Economies Grow: Foundations of Trade Policies for Developing Countries," with B. Greenwald, *American Economic Review: AEA Papers and Proceedings,*Vol. 96, No. 2, May 2006, pp. 141-146.

"Prologue," *The New Public Finance: Responding to Global Challenges*, I. Kaul and P. Conceição, eds., Oxford: Oxford University Press, 2006, pp. xii-xv.

"Samuelson and the Factor Bias of Technological Change," *Samuelsonian Economics and the Twenty-First Century,* M. Szenberg et al, eds., Oxford University Press: New York, 2006, pp. 235-251.

"Scrooge and Intellectual Property Rights," *British Medical Journal*, 333, December 2006, pp. 1279-1280.

"Social Justice and Global Trade," *Far Eastern Economic Review,* 169(2), March 2006, pp. 18-22.

"What is the Appropriate Role of the Federal Government in the Private Markets for Credit and Insurance? What is the Outlook?" Federal Reserve Bank of St. Louis *Review*, July/August 2006, pp. 391-395.

**2007**

"Credit Chains and Bankruptcy Propagation in Production Networks," with S. Battiston, D. Delli Gatti, and B. Greenwald, *Journal of Economic Dynamics and Control*, Volume 31, Issue 6, June 2007, pp. 2061-2084.

"Europa in der Pflicht," *Abendland Unter? Reden über Europa*, Herausgegeben von Henning Schulte-Noelle and Michael M. Thoss, eds., Munich: Diederichs, 2007: pp. 80-89

"Foreword," *The Right to Know: Transparency for an Open World*, A. Florini, ed., Columbia University Press: New York, 2007.

"Future Directions for the Management of Natural Resources," with M. Humphreys and J. Sachs, *Escaping the Resource Curse*, M. Humphreys, J. Sachs, and J.E. Stiglitz, eds., New York: Columbia University Press, 2007, pp. 322-336.

"The Global Economy (interview))," *The Present as History: Critical Perspectives on Global Power,* Nermeen Shaikh, ed., Columbia University Press: New York, 2007, pp.54-67.

"Growth, Initial Conditions, Law and Speed of Privatization in Transition Countries: 11 Years Later," with S. Godoy, *Transition and Beyond*, S. Estrin et al, eds., Palgrave Macmillian: Hampshire, England, 2007, pp. 89-117.

"International Justice and Aid. Do We Need some Scheme of Redistribution of Income at the World Level along the Lines of What Most Countries Have at the National Level?" *Charity and Justice in the Relations Among Peoples and Nations*, Proceedings of the 13th Plenary Session of the Pontifical Academy of Social Sciences, 27 April-1 May, 2007, Mary Ann Glendon, Juan José Llach, and Marcelo Sánchez Sorondo, eds., The Pontifical Academy of Social Sciences: Vatican City, 2007, pp. 221-230.

"Introduction: What is the Problem with Natural Resource Wealth?" with M. Humphreys and J. Sachs, *Escaping the Resource Curse*, M. Humphreys, J. Sachs, and J.E. Stiglitz, eds., New York: Columbia University Press, 2007, pp. 1-20.

"Le 'Shadow G8' 2007," *Revue de l'OFCE* 102, Paris: Observatoire Français de Économiques, pp. 139-154.

"What is the Role of the State?" *Escaping the Resource Curse*, M. Humphreys, J. Sachs, and J.E. Stiglitz, eds., New York: Columbia University Press, 2007, pp. 23-52.

**2008**

"A New Agenda for Global Warming," *The Economists' Voice: Top Economists Take on Today's Problems*, J.E. Stigliz, A. Edlin, and J.B. DeLong, eds., Columbia University Press: New York, pp. 22-27.

"Aid for Trade," Keynote Address, with Andrew Charlton, *Annual World Bank Conference on Development Economics 2007, Rethinking Infrastructure for Development*, F. Bourguignon and B. Pleskovic, eds., World Bank: Washington, DC, pp. 29-46.

"The Asymmetric Effect of Diffusion Processes: Risk Sharing and Contagion," with M. Gallegati, B. Greenwald, and M. Richiardi, *Global Economy Journal*, Vol. 8, Issue 3, Article 2.

"Capital Flows, Financial Market Stability, and Monetary Policy," *Monetary Policy under Uncertainty*, Proceedings of the 2007 Banco Central de la República Argentina Money and Banking Seminar, J. Carrera, ed., BCRA: Buenos Aires, 2008, pp. 123-134.

"Capital Market Liberalization, Globalization, and the IMF," *Capital Market Liberalization and Development*, J.E. Stiglitz and J.A. Ocampo (eds.), New York: Oxford University Press, pp.76-100.

"Capital Market Liberalization and Development," with J.A. Ocampo and S. Spiegel, *Capital Market Liberalization and Development,* J.E. Stiglitz and J.A. Ocampo (eds.), New York: Oxford University Press, pp. 1-47.

"China: Towards a New Model for Development," *China Economic Journal* 1(1), pp. 33-52.

"Comment on 'Social Capital and Personal Identity' by Partha Dasgupta," *Pursuing the Common Good: How Solidarity and Subsidiarity Can Work Together*, M. Archer and P. Donati, eds., Proceedings of the 14th Plenary Session of the Pontifical Academy of Social Sciences, held May 2-6, 2008, Vatican City.

"The Economic Foundations of Intellectual Property," sixth annual Frey Lecture in Intellectual Property, Duke University, February 16, 2007, *Duke Law Journal*, Vol. 57, No. 6, April 2008, pp. 1693-1724.

"Edmund Phelps: American Economic Association Luncheon Speech Honoring the 2006 Nobel Laureate in Economics," *Capitalism and Society*, 3(3), Article 4.

"Exiting a Lawless State," with Karla Hoff, *Economic Journal*, 118(531), pp. 1474-1497. An earlier version of this paper was entitled "The creation of the rule of law and the legitimacy of property rights:  The political and economic consequences of a corrupt privatization" (NBER Working Paper 11772).

"Foreword," *Privatization: Success and Failures*, G. Roland, ed., New York: Columbia University Press, 2008, pp. ix-xix.

"Fostering an Independent Media with a Diversity of Views," *Information and Public Choice: From Media Markets to Policymaking*, R. Islam, ed., World Bank: Washington, DC, 2008, pp. 139-152.

"The Future of Global Governance," *The Washington Consensus Reconsidered: Towards a New Global Governance*,  Narcis Serra and Joseph E. Stiglitz (eds.), New York: Oxford University Press, 2008, pp. 313-327.

"The Future of Globalization: Lessons from Cancún and Recent Financial Crises," *The Future of Globalization: Explorations in Light of Recent Turbulence*, Ernesto Zedillo, ed., New York: Routledge, 2008, pp. 70-81.

"La globalización y los retos de la inmigración," *La inmigración y sus causas*, Alfonso Guerra and José Félix Tezanos, eds., Madrid: Editorial Sistema, 2008. (From a speech delivered at the 6th Forum for Debate about Immigration and its Causes, Fundacion Sistema, Salamanca, Spain, June 2007.)

"Hidden Wounds and Accounting Tricks," with Linda Bilmes, *Lessons from Iraq: Avoiding the Next War*, M. Pemberton and W. Hartung, eds., Boulder, CO: Paradigm, 2008.

"The High Cost of the Iraq War," *The Economists' Voice: Top Economists Take on Today's Problems*, J.E. Stigliz, A. Edlin, and J.B. DeLong, eds., Columbia University Press: New York, pp. 80-86.

"Introduction: From the Washington Consensus Towards a New Global Governance," with N. Serra and S. Spiegel, *The Washington Consensus Reconsidered: Towards a New Global Governance*, N. Serra and J.E. Stiglitz (eds.), New York: Oxford University Press, 2008, pp. 3-13.

"Is there a Post-Washington Consensus Consensus?" *The Washington Consensus Reconsidered: Towards a New Global Governance*, Narcis Serra and Joseph E. Stiglitz (eds.), New York: Oxford University Press, 2008, pp. 41-56.

"It Doesn't Take Nostradamus," *The Economists' Voice*, 5(8), Article 1.

"Making Globalization Work – The 2006 Geary Lecture," *The Economic and Social Review*, 39(3), Winter, pp. 171-190.

"The Need for an Adequate International Framework for FDI," *The Rise of Transnational Corporations from Emerging Markets: Threat or Opportunity?*, edited by Karl P. Sauvant, Northampton, MA: Edward Elgar, pp. 319-329.

"The Progressive Tariff Reduction Scheme," with Andrew Charlton, *The WTO: Governance, Dispute Settlement, and Developing Countries*, M. Janow, V. Donaldson, and A. Yanovich, eds., New York: Juris Publishing, 2008, pp. 169-183 (from a paper presented at the conference, "WTO at 10" held at Columbia University, April 2006).

"Regulating Multinational Corporations: Towards Principles of Cross-Border Legal Frameworks in a Globalized World Balancing Rights with Responsibilities," *American University International Law Review*, 23(3), pp. 451-558, Grotius Lecture presented at the 101st Annual Meeting of the American Society for International Law, Washington, DC, March 28, 2007.

"Toward a General Theory of Consumerism: Reflections on Keynes' *Economic Possibilities for Our Grandchildren*," *Revisiting Keynes: Economic Possibilities for Our Grandchildren*, G. Piga and L. Pecchi, eds., Cambridge: MIT Press, pp. 41-87.

"Turn Left for Sustainable Growth," *Economists' Voice*, 5(4),

"The World Development Report: Development Theory and Policy," *Development Economics Through the Decades: A Critical Look at 30 Years of the World Development Report*, by Shahid Yusuf, Washington, DC: World Bank, 2008, p. 139-151.

**2009**

"The Anatomy of a Murder: Who Killed America's Economy?" *Critical Review*, 21(2-3), pp. 329-339.

"Business Fluctuations and Bankruptcy Avalanches in an Evolving Network," with D. Delli Gatti, M. Gallegati, B. Greenwald, and A. Russo, *Journal of Economic Interaction and Coordination,* 4(2), November 2009, pp. 195-212.

"Capitalist Fools," *Best American Political Writing*, R. Flippin, ed, Boulder:Public Affairs, pp.107-115. Originally appeared in *Vanity Fair*, January 2009.

"Dividend Taxation and Intertemporal Tax Arbitrage," with Anton Korinek, *Journal of Public Economics*, 93(2009), pp. 142-159.

"The Future of Industrial Policies in the New Millennium: Toward a Knowledge-Centered Development Agenda," with Mario Cimoli and Giovanni Dosi, conclusion to *The Political Economy of Capabilities Accumulation: the Past and Future of Policies for Industrial Development*, M. Cimoli, G. Dosi, and J.E. Stiglitz, eds., Oxford University Press (Previously LEM Working Paper Series September 2008).

"The Global Crisis, Social Protection, and Jobs," *International Labour Review*, Vol. 148, No. 1-2, pp. 1-13. Also published as "Crisis mundial, protección social y empleo," *Revista Internacional del Trabajo*, Vol. 128, No. 1-2, pp. 1-15, and "Crise mondiale, emplois et protection sociale," *Revue Internationale du Travail*, Vol. 148, No. 1-2, pp. 1-13. Based on an address to the Governing Body of the International Labour Organization, Geneva, March 12, 2009.

"The Current Economic Crisis and Lessons for Economic Theory," Presidential Lecture to the Eastern Economic Association, *Eastern Economic Journal*, 35(3), June, pp. 281-296.

"Moving Beyond Market Fundamentalism to a More Balanced Economy," *Annals of Public and Cooperative Economics*, 80(3), pp. 345-360.

"Institutions and Policies in Developing Economies," with M. Cimoli, G. Dosi, and R. Nelson, *Handbook of Innovation systems and Developing Countries: Building Domestic Capabilities in a Global Setting*, Cheltenham, UK and Northampton, MA: Edward Elgar, pp. 337-359.

"Keynote Address at Berlin Meeting," *The Global Financial Crisis and International Financial Institutions: Governance Perspectives for Developing Countries,"* Proceedings, International Policy Dialogue, 8-9 March 2009, Berlin and 25 April 2009, Washington, D.C., pp. 21-28.

"The Political Economy of Capabilities Accumulation: the Past and Future of Policies for Industrial Development," with Mario Cimoli and Giovanni Dosi, preface to *The Political Economy of Capabilities Accumulation: the Past and Future of Policies for Industrial Development*, M. Cimoli, G. Dosi, and J.E. Stiglitz, eds., Oxford University Press (Previously LEM Working Paper Series July 2008).

"Preface," *One Billion Rising: Land Law and the Alleviation of Global Poverty*, T. Hanstad, R. Mitchell and R. Prosterman, eds., Amsterdam: Leiden University Press, 2009, pp. 9-15.

"Regulation and Market Failure," *New Perspectives on Regulation*, D. Moss and J. Cisternino, eds., Cambridge, MA: Tobin Project, 2009, pp 11-23.

"Simple Formulae for Optimal Income Taxation and the Measurement of Inequality," *Arguments for a Better World: Essays in Honor of Amartya Sen, Volume I, Ethics, Welfare, and Measurement*, K. Basu and R. Kanbur, eds., Oxford, UK: Oxford University Press, 2009, pp. 535-566.

"Sorting Out the Differences Between Signaling and Screening Models," with A. Weiss, *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 223-231. Originally NBER Technical Working Paper 93, November 1990.

"Two Ideas to Increase Innovation and Reduce Pharmaceutical Costs and Prices," with Arjun Jayadev, *Health Affairs*,  28(1), January/February 2009, pp. 165-168.

"Ownership Changes and Access to External Financing," with A. Knyazeva and D. Knyazeva, *Journal of Banking and Finance,* 33(10), October 2009, pp. 1804-1816.

**2010**

"Comment on 'The Right to Food,'" *Catholic Social Doctrine and Human Rights*, Proceedings of the 15th Plenary Session of the Pontifical Academy of Social Sciences, R. Minnerath, O.F. Carulli, and V. Possenti, eds., Vatican City: Pontifical Academy of Social Sciences, 2010, pp.336-340.

"Contagion, Liberalization, and the Optimal Structure of Globalization," *Journal of Globalization and Development,* 1(2), Article 2, 45 pages.

"The Dangers of Deficit Reduction," *The Economists' Voice*, 7(1), Article 6.

"Development-Oriented Tax Policy," *Taxation in Developing Countries*, R. H. Gordon, ed., New York: Columbia University Press,  pp. 11-3

"Equilibrium Fictions: A Cognitive Approach to Societal Rigidity," with K. Hoff, *American Economic Review,* 100(2), May 2010, pp. 141-146.  Shortened version of  Policy research Working Paper 5219 (same title), The World Bank Development Research Group, February 2010, accessible at http://elibrary.worldbank.org/docserver/download/5219.pdf?expires=1304012730&id=id&accname=guest&checksum=5428C2B3013CF8ECBB54953BAC3F328C.

"Government Failure vs. Market Failure: Principles of Regulation," *Governments and Markets: Toward a New Theory of Regulation*, E.J. Balleisen and D. Moss, eds., New York: Cambridge University Press, 2010, pp. 13-51.

"Human Rights and Globalization: The Responsibility of States and of Private Actors," *Catholic Social Doctrine and Human Rights*, Proceedings of the 15th Plenary Session of the Pontifical Academy of Social Sciences, R. Minnerath, O.F. Carulli, and V. Possenti, eds., Vatican City: Pontifical Academy of Social Sciences, 2010, pp.341-346.

"Intellecutal Property, Dissemination of Innovation, and Sustainable Development," with C. Henry, *Global Policy* 1(1), October, pp. 237-251.

"Introduction," *Capitalism, Socialism and Democracy,* by Joseph A. Schumpeter, London: Rutledge pp. ix-xiv.

"Introduction," with S. Griffith-Jones and J.A. Ocampo, *Time for a Visible Hand: Lessons from the 2008 World Financial Crisis*, S. Griffith-Jones, J.A. Ocampo, and J.E. Stiglitz, eds., Initiative for Policy Dialogue Series, Oxford: Oxford University Press, pp. 1-18, 2010.

"Interpreting the causes of the Great Recession of 2008," *Financial System and Macroeconomic Resilience: Revisited*, BIS Paper No. 53, September, pp. 4-19.

"The Financial Crisis of 2007-2008 and its Macroeconomic Consequences,", *Time for a Visible Hand: Lessons from the 2008 World Financial Crisis*, S. Griffith-Jones, J.A. Ocampo, and J.E. Stiglitz, eds., Initiative for Policy Dialogue Series, Oxford: Oxford University Press, pp. 19-49

"Responding to the Crisis," *Time for a Visible Hand: Lessons from the 2008 World Financial Crisis*, S. Griffith-Jones, J.A. Ocampo, and J.E. Stiglitz, eds., Initiative for Policy Dialogue Series, Oxford: Oxford University Press, 2010, pp. 76-100

"A Modest Proposal for International Monetary Reform," with Bruce Greenwald, *Time for a Visible Hand: Lessons from the 2008 World Financial Crisis*, S. Griffith-Jones, J.A. Ocampo, and J.E. Stiglitz, eds., Initiative for Policy Dialogue Series, Oxford: Oxford University Press, 2010. pp.314-344

"Introduction," *Debates on the Measurement of Global Poverty,* S. Anand, P. Segal, and J.E. Stiglitz (eds.), New York: Oxford University Press, 2010, pp. 1-24.

"Leverage and Asset Bubbles: Averting Armageddon with Chapter 11?" with Marcus Miller, *Economic Journal*, 120(544), May 2010, pp. 500-518.

"Lessons from the Global Financial Crisis of 2008," *Seoul Journal of Economics*, 23(3), pp. 321-339.

"Medicine for tomorrow: Some Alternative Proposals to Promote Socially Beneficial Research and Development in Pharmaceuticals," with Arjun Jayadev, *Journal of Generic Medicine*, 7(3), pp. 217-226.

"Premio Nobel de Economia," *Es dificil ser joven en america latina: Los Desafios Abiertos,* Bernardo Kliksberg (ed.), pp. 43-65.

"Prepared Joint Statement," with Linda J. Bilmes, *Hearing before the Committee on veterans' affairsn.* 2nd session, Washington: USGovernment Printing Office, 2010.

"Por Qué Estalló la Economía Americana?" *Es Difícil Ser Joven en América Latina: Los Desafíos Abiertos*, B. Kliksberg, ed., Buenos Aires: UNDP, 2010, pp. 43-65.

"The Promise of Global Institutions," *Globalization: The Greatest Hits,* M. B. Steger, ed., Boulder, CO: Paradigm, 2010, pp. 136-152. (Reprinted from Stiglitz, J.E., *Globalization and Its Discontents*, New York: W.W. Norton Company, 2002.)

"Regulación y fallas," *Revista de Economí Institucional*, 12(23), pp.13-28.

"Risk and Global Economic Architecture: Why Full Financial Integration May be Undesirable," *American Economic Review*, 100(2), May 2010, pp. 388-392.

"Robust Growth or Anemic Recovery in the U.S. and Global Economy," *Journal of Policy Modeling*, 32(5), September-October, pp. 632-636.

"Sovereign Debt: Notes on Theoretical Frameworks and Policy Analyses," *Overcoming Developing Country Debt Crises,* B. Herman, J.A. Ocampo, and S. Spiegel, eds., Oxford: Oxford University Press, pp. 35-69.

"Towards a New Global Reserves System," with Bruce Greenwald, *Journal of Globalization and Development*, 1(2), Article 10. A different version of the paper with the same title, appears in *The Future Global Reserve System*, J.D. Sachs, M. Kawai, J.-W. Lee, and W.T. Woo, eds., June, Asian Development Bank.

## 2011

"An Analysis of the Japanese Credit Network," with G. De Masi, Y. Fujiwara, M. Gallegati, and B. Greenwald, *Evolutionary and Institutional Economics Review*,7(2), pp. 203-232..

"The Failure of Macroeconomics in America," *China & World Economy*, Volume 19, Issue 5, October, pp. 17-30.

"From Inside Brazil: Vinod Thomas's Vision," *A Vision for Development: Dialogues on the Work of Vinod Thomas*, Ray C. Rist, ed., Washington, DC: Independent Evaluation Group, pp. 201-205.

"Heterogeneous Interacting Agent Models for Understanding Monetary Economies," with M. Gallegati, *Eastern Economic Journal*, 37 (Winter 2011), pp. 6-12.

"The Media and the Crisis:  An Information Theoretic Approach," *Bad News: How America's Business Press Missed the Story of the Century,* A. Schiffrin, ed., New York: The New Press, pp. 22-36.

"The Long-Term Costs of Conflict: the Case of the Iraq War," with Linda Bilimes, *Handbook on the Economics of Conflict*, Keith Hartley and Derek Braddon, eds., Cheltenham, UK: Edward Elgar Publish Ltd, pp. 293-310.

"Preface," *Exiting from the Crisis: Towards a Model of More Equitable Growth and Sustainable Development*, D. Coats (ed.), Brussels, ETUI aisbl, pp. 9-15. Published in French in *Sortir de la Crise: Vers un Modele de Croissance Plus Équitable et Plus Durable*, D. Coats (ed.), Brussels: Institut Syndical Européen (2014).

"Rethinking Development Economics," *The World Bank Research Observer*, 26(2):230-236.

"Rethinking Macroeconomics: What Went Wrong and How to Fix It," *Global Policy*, 2(2): pp. 165-175.

"Rethinking Macroeconomics: What Failed and How to Repair It," *Journal of the European Economic Association*, 9(4), pp. 591-645.

"Should the Government Invest, or Try to Spur Private Investment?" with Michael Cragg, *Economists' Voice*, 8(1), Article 1.

## 2012

"African Development Prospects and Possibilities," with Akbar Noman, in E. Aryeetey et al., eds., *The Oxford Companion to the Economics of Africa*, Oxford: Oxford University Press, pp. 33-40.

"Crises and Contagion: A Survey," with A. Knyazeva and D. Knyazeva, *What if Ireland Defaults?*, B. Lucey, C. Larkin and C. Gurdgiev (eds.), Dublin: Orpen Press. Reprinted in *Europe on the Brink: Debt Crisis and Dissent in the European Periphery*, Tony Phillips (ed.), London, Zed Books (2014), pp. 74-110.

"Default Cascades: When Does Risk Diversification Increase Stability?" with S. Battiston, D. Delli Gatti, M. Gallegati, and B. Greenwald, *Journal of Financial Stability*, 8(3), pp.138-149.

"Dynamic Aggregation of Heterogeneous Interacting Agents and Network: An Analytical Solution for Agent Based Models," with C. Di Guilmi, M. Gallegati, S. Landini, *Journal of Economic Dynamics and Control*, forthcoming.

"Essay on Commodity Price Volatility and Inclusive Growth," *Commodity Price Volatility and Inclusive Growth in Low-Income Countries*, Rabah Arezki, Catherine A Pattillo, Marc Quintyn, Min Zhu (eds.), Washington, DC: IMF, pp. xvi-xxiv.

"Estimating the Costs of War: Methodological Issues, with Applications to Iraq, and Afghanistan," with L.J. Bilmes, *The Oxford Handbook of the Economics of Peace and Conflict*, M.R. Garfinkel and Stergios Skaperdas, eds., Oxford University Press, pp. 275-314.

"From the G-20 to a Global Economic Coordination Council," with José Antonio Ocampo, *Journal of Globalization and Development*, 2(2), Article 9.

"Harmony Between Man and Man, and Man and Nature," *The Global Quest for Tranquillitas Ordinis. Pacem in Terris, Fifty Years Later*, M.A. Glendon, R. Hittinger, and M. Sánchez Sorondo (eds.), Vatican City: Pontifical Academy of Social Sciences, Acta 18, pp. 475-483.

"Introduction: The World Wakes," *From Cairo to Wall Street: Voices from the Global Spring*, A. Schiffrin and E. Kircher-Allen, eds., New York: The New Press, pp. 1-22.

"The Journal of Economic Perspectives and the Marketplace of Ideas: A View from the Founding," *Journal of Economic Perspectives*, 25(2): 1-9.

"Liaisons Dangereuses: Increasing Connectivity, Risk Sharing, and Systemic Risk," with Stefano Battiston, Domenico Delli Gatti, Mauro Gallegati, and Bruce Greenwald, *Journal of Economic Dynamics and Control*, 36(8): 1121-1141.

"Macroeconomics, Monetary Policy, and the Crisis," *In the Wake of the Crisis*, O.J. Blanchard, D. Romer, M. Spence, and J.E. Stiglitz (eds.), Cambridge, MA: MIT Press, 2012, pp. 31-42.

"Mobility Constraints, Productivity Trends, and Extended Crises," with D. Delli Gatti, M. Gallegati, B. Greenwald, and A. Russo, *Journal of Economic Behavior & Organization*, 83(3): 375– 393.

"Macroeconomic Fluctuations, Inequality, and Human Development," *Journal of Human Development and Capabilities*, 13(1), pp. 31-58. Reprinted in *Macroeconomics and Human Development*, Deepak Nayyar (ed.), Taylor and Francis, 2013.

"Preface," with A. Noman, K. Botchwey, and H. Stein, *Good Growth and Global Governance in Africa*, A. Noman, K. Botchwey, H. Stein, J.E. Stiglitz, eds., New York: Oxford University Press, pp. vii-x.

"Sectoral Imbalances and Long Run Crises," with D. Delli Gatti, M. Gallegati, B.C. Greenwald and A. Russo, *The Global Macro Economy and Finance*, F. Allen, M. Aoki, J.-P. Fitoussi, N. Kiyotaki, R. Gordon, and J.E. Stiglitz, eds., IEA Conference Volume No. 150-III, Houndmills, UK and New York: Palgrave, 2012, pp. 61-97 (originally Columbia University Working paper, 2012, and presented to World Congress of IEA, Jordan, June, 2014)

"Strategies for African Development," with Akbar Noman, *Good Growth and Governance for Africa: Rethinking Development Strategies*, A. Noman, K. Botchwey, H. Stein, and J.E. Stiglitz, eds., Oxford, New York: Oxford University Press, pp. 3-47.

"Toward an Analytical Solution for Agent-Based Models: An Application to a Credit Network Economy," *Complexity and Insitutions: Markets, Norms, and Corporations*, Masahiko Aoki, Kenneth Binmore, Simon Deakin, and Herbert Gintis (eds.), Houndmills, UK and New York: Palgrave Macmillan, pp. 63-80.

**2013**

"Analyzing Legal Formality and Informality: Lessons From Land-Titling and Microfinance Programs," with Antara Haldar, *Law and Economic Development with Chinese Characteristics: Institutions for Promoting Development in the Twenty-First Century*, David Kennedy and Joseph Stiglitz, eds., 2013, New York and Oxford: Oxford University Press, pp.112-148.

"Complex Derivatives," with Stefano Battiston, Guido Caldarelli, Co-Pierre Georg, and Robert May, *Nature Physics*, 9(March): 123-125.

"Conclusion: Taking Stock—Analytical Challenges and Directions for Future Research," *Sovereign Wealth Funds and Long-Term Investing*, Patrick Bolton, Frederic Samama, and Joseph E. Stiglitz (eds.), New York: Columbia University Press, 2012, pp. 221-224.

"Creating the Institutional Foundations for a Market Economy," *Law and Economic Development with Chinese Characteristics: Institutions for the 21st Century*, J.E. Stiglitz and D. Kennedy (eds.), New York and Oxford: Oxford University Press, pp. 71-111.

"The Economics Behind Law in a Market Economy: Alternatives to the Neoliberal Orthodoxy," *Law and Economic Development with Chinese Characteristics: Institutions for the 21st Century*, J.E. Stiglitz and D. Kennedy (eds.), New York and Oxford: Oxford University Press, pp. 153-186.

"Equilibrium in Competitive Insurance Markets with Moral Hazard," with R. Arnott, *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 660- 689. Originally Princeton University Discussion Paper 4, 1987. Also NBER Working Paper 3588, 1991.

"Incentives: An Overview," *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 341-382.

"Information and Competition," *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 20-35. Originally the Inaugural Lecture presented at All Souls College, Oxford, June 1978.

"Institutional Design for China's Innovation System," *Law and Economic Development with Chinese Characteristics: Institutions for the 21st Century*, J.E. Stiglitz and D. Kennedy (eds.), New York and Oxford: Oxford University Press, pp. 247-277.

"Introduction," with P. Bolton and F. Samama, *Sovereign Wealth Funds and Long-Term Investing*, with Patrick Bolton and Frederic Samama (eds.), New York: Columbia University Press, 2012, pp. 1-25.

"Introduction," with J. Cortina and E. Ochoa- Reza, *New Perspectives on International Migration and Development*, J. Cortina and E. Ochoa- Reza (eds.), New York: Columbia University Press, pp. xv-xx.

"Introduction," with Mary Kaldor, *The Quest for Security: Protection without Protectionism and the Challenge of Global Governance*, Mary Kaldor and Joseph E. Stiglitz (eds.), New York: Columbia Unversity Press, pp. 1-16.

"Introduction," with D. Kennedy, *Law and Economic Development with Chinese Characteristics: Institutions for the 21st Century*, J.E. Stiglitz and D. Kennedy (eds.), Oxford and New York: Oxford University Press, pp. 1-16.

"Introductory Remarks," Sunil Khilnani and Manmohan Malhoutra, eds., *An Indian Social Democracy: Integrating Markets, Democracy and Social Justice*, v. I, pp. 225-229.

"Learning and Macro-Economic Dynamics," with S. Landini, M. Gallegati, and X. Li, *Nonlinear Economic Dynamics and Financial Modelling*, R. Dieci, X.-Z. He and C. Hommes (eds.), Berlin and Heidelberg: Springer-Verlag, pp. 109-134.

"On the Measurement of Social Progress and Wellbeing: Some Further Thoughts", with Jean-Paul Fitoussi, *Global Policy,* Volume 4, Issue 3, September, pp 290-293 and *The Global Macro Economy and Finance*, Franklin Allen, Masahiko Aoki, Jean-Paul Fitoussi, Nobuhiro Kiyotaki, Roger Gordon, and Joseph E. Stiglitz (eds), International Economic Association Series, Palgrave Macmillan, 2012, pp. 13-24.

"Ownership Change, Institutional Development and Performance," with A. Knyazeva and D. Knyazeva, *Journal of Banking and Finance.* 37: 2605–2627.

"Price Equilibrium, Efficiency, and Decentralizability in Insurance Markets," with R. Arnott, *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 632-659. Originally NBER Working Paper 3642, 1991.

"A Revolution in Monetary Policy," (C.D. Deshmukh memorial lecture, January, 2013). in Uma Kapila, ed., *Indian Financial Reforms: Priorities and Policies Post Global Financial Crisis*, New Delhi: Academic Foundation, pp. 159-203.

"The Right to Trade: Rethinking the Aid for Trade Agenda," with Andrew Charlton, *Assessing Aid for Trade: Effectiveness, Current Issues and Future Directions*, Mohammad A. Razzaque and Dirk Willem te Velde (eds.), London: Commonwealth Secretariat, pp. 359-386. Originally published in 2012 online at http://unctad.org/meetings/en/Miscellaneous%20Documents/Right-to-Trade-Report.pdf.

"A Simple Proof that Futures Markets are Almost Always Informationally Imperfect," with I. Gale, *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp.122-132. Originally working paper from April 1989. (Revised version of "Futures Markets Are Almost Always Informationally Inefficient," Princeton University Financial Research Center Memorandum No. 57, February 1985.)

"Sharing the Burden of Saving the Planet: Global Social Justice for Sustainable Development," Mary Kaldor and Joseph E. Stiglitz, eds., *The Quest for Security: Protection without Protectionism and the Challenge of Global Governance*, New York: Columbia Unversity Press, pp. 161-190.

"Short-term Contracts as a Monitoring Device," with P. Rey, *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 273-290. Originally NBER Working Paper 4514, 1993.

"A Social Democratic Agenda for a More Dynamic Indian Economy: Creating an Innovative and Learning Society," Sunil Khilnani and Manmohan Malhoutra, eds., *An Indian Social Democracy: Integrating Markets, Democracy and Social Justice*, v. II, pp. 277-307.

"Social Protection without Protectionism," Mary Kaldor and Joseph E. Stiglitz, eds, *The Quest for Security: Protection without Protectionism and the Challenge of Global Governance*, New York: Columbia Unversity Press, pp. 24-47.

"Sovereign Wealth Funds—Distinguishing Aspects and Opportunities" *Sovereign Wealth Funds and Long-Term Investing*, Patrick Bolton, Frederic Samama, and Joseph E. Stiglitz, (eds.), New York: Columbia University Press, 2012, pp. 26-31.

"Stable Growth in an Era of Crises: Learning from Economic Theory and History," *Ekonomi-tek,* 2(1): 1-38(Originally delivered as keynote lecture to the Turkish Economic Association, Izmir, November, 2012).

## 2014

"Can the Euro Be Saved? An Analysis of the Future of the Currency Union," *Rivista di Politica Economica*, 3, pp. 7-42.

"Crises: Principles and Policies: With an Application to the Eurozone Crisis," *Life After Debt: The Origins and Resolutions of Debt Crisis*, Joseph E. Stiglitz and Daniel Heymann (eds.), Houndmills, UK and New York: Palgrave Macmillan, 2014, pp.43-79.

 "Economies with Heterogeneous Interacting Learning Agents," with S. Landini and M. Gallegati, *Journal of Economic Interaction and Coordination*, January, available online at <http://link.springer.com/article/10.1007%2Fs11403-013-0121-1>.

"Eliminating Extreme Inequality: A Sustainable Development Goal, 2015-2030," with Michael Doyle, *Ethics and International Affairs* 28(1), available online at <http://www.ethicsandinternationalaffairs.org/2014/eliminating-extreme-inequality-a-sustainable-development-goal-2015-2030/>.  Condensed and reprinted in *Ministers Reference Book Commonwealth 2015*, Lodon: Henley Media Group, pp. 86-88.

"Income Contingent Loans for the Unemployed: A Prelude to a General Theory of the Efficient Provision of Social Insurance," with Jungyoll Yun, *Income Contingent Loans: Theory, Practice and Prospects*, Joseph E. Stiglitz, Bruce Chapman, and Timothy Higgins (eds.), Houndmills, UK and New York: Palgrave Macmillan, pp.180-204.

"Industrial Policies, the Creation of a Learning Society, and Economic Development," with Bruce C. Greenwald, *The Industrial Policy Revolution I: The Role of Government Beyond Ideology,* Joseph E. Stiglitz and Justin Yifu Lin (eds.), Houndmills, UK and New York: Palgrave Macmillan, pp. 43-71.

"Inequality Is Holding Back the Recovery," *Divided: The Perils of Our Growing Inequality*, New York: The New Press, pp. 44-49. Originally published by *The New York Times* on January 19, 2013.

"Introduction," with Daniel Heymann, *Life After Debt: The Origins and Resolutions of Debt Crisis*, Joseph E. Stiglitz and Daniel Heymann (eds.), Houndmills, UK and New York: Palgrave Macmillan, 2014, pp. 1-39.

"Introduction: Industrial Policy in the African Context," with Justin Yifu Lin, Célestin Monga, and Ebrahim Patel, *The Industrial Policy Revolution II: Africa in the 21st Century*, Joseph E. Stiglitz, Justin Yifu Lin, and Ebrahim Patel (eds.), Houndmills, UK and New York: Palgrave Macmillan, pp. 1-22.

"Introduction: The Rejuvenation of Industrial Policy," with Justin Yifu Lin and Célestin Monga, *The Industrial Policy Revolution I: The Role of Government Beyond Ideology,* Joseph E. Stiglitz and Justin Yifu Lin (eds.), Houndmills, UK and New York: Palgrave Macmillan, pp. 1-15.

"Introduction and Summary," with Bruce Chapman and Timothy Higgins, *Income Contingent Loans: Theory, Practice and Prospects*, Joseph E. Stiglitz, Bruce Chapman, and Timothy Higgins (eds.), Houndmills, UK and New York: Palgrave Macmillan, pp.1-11.

"Learning and Industrial Policy: Implications for Africa," with Bruce Greenwald, *The Industrial Policy Revolution II: Africa in the 21ˢᵗ Century*, Joseph E. Stiglitz, Justin Yifu Lin, and Ebrahim Patel (eds.), Houndmills, UK and New York: Palgrave Macmillan, pp. 25-49.

"Learning, Growth, and Development: A Lecture in Honor of Sir Partha Dasgupta," *Environment & Development Economics: Essays in Honor of Sir Partha Dasgupta,* Scott Barret, Karl-Goran Maler, and Eric S. Maskin (eds.), Oxford: Oxford University Press, pp. 31-94. Revised version of paper of same title in *Development Challenges in a Postcrisis World: Annual World Bank Conference on Development Economics 2011*, C. Sepúlveda, A. Harrison, and J.Y. Lin (eds.), Washington: The World Bank, pp. 37-88. Published in French as "Apprentissage, croissance et développement: conférence en l'honneur de Sir Partha Dasgupta," *Revue D'Économie du Développment*, No. 4, December, 2011, pp.19-86.

"The Lessons of the North Atlantic Crisis for Economic Theory and Policy," *What Have We Learned? Macroeconomic Policy after the Crisis*, Geroge Akerlof, Olivier Blanchard, David Romer, and Joseph E. Stiglitz (eds.) Cambridge, Mass. and London: MIT Press, pp. 335-347.

"Reforming Taxation to Promote Growth and Equity," Roosevelt Institute White Paper, May 28.

"Remarks on Income Contingent Loans: How Effective Can They Be at Mitigating Risk?" *Income Contingent Loans: Theory, Practice and Prospects*, Joseph E. Stiglitz, Bruce Chapman, and Timothy Higgins (eds.), Houndmills, UK and New York: Palgrave Macmillan, pp. 31-38.

"The Role of Intellectual Property Rights in Developing Countries: Some Conclusions," with Mario Cimoli, Giovanni Dosi, Keith E. Maskus, Ruth L. Okediji, and Jerome H. Reichman, *Intellectual Property Rights: Legal and Economic Challenges for Development*, Mario Cimoli, Giovanni Dosi, Keith E. Maskus, Ruth L. Okediji, Jerome H. Reichman, and Joseph E. Stiglitz (eds.), Oxford, UK and New York: Oxford University Press, pp. 503-513.

"The Role of Intellectual Property Rights in the Development Process, with Some Lessons from Developed Countries: An Introduction," with Giovanni Dosi, *Intellectual Property Rights: Legal and Economic Challenges for Development*, Mario Cimoli, Giovanni Dosi, Keith E. Maskus, Ruth L. Okediji, Jerome H. Reichman, and Joseph E. Stiglitz (eds.), Oxford, UK and New York: Oxford University Press, pp. 1-53.

"Tapping the Brakes: Are Less Active Markets Safer and Better for the Economy?" Presented at the Federal Reserve Bank of Atlanta 2014 Financial Markets Conference Tuning Financial Regulation for Stability and Efficiency, April 15, available at http://www.frbatlanta.org/documents/news/conferences/14fmc/Stiglitz.pdf.

A-74

"Transition to a Market Economy: Explaining the Successes and Failures," with Shenggen Fan, Ravi Kanbur, Shang-Jin Wei, Xiaobo Zhang (eds.), *The Oxford Companion to the Economics of China*, New York and Oxford: Oxford University Press, 2014, pp. 36-41.

"Un'agenda per salvare l'euro," *Un'altra Europa. Sostenibile, democratica, paritaria, solidale*, S. Zamboni (ed.), Milan: Edizioni Ambiente, 2014, pp. 105-108.

## 2015

"Devolution, Independence, and the Optimal Provision of Public Goods," *Economics of Transportation*, 4, pp. 82–94.

"Economics and Policy: Some Lessons from Africa's Experience," with Akbar Noman, in *The Oxford Handbook of Africa and Economics, Volume II: Policies and Practices*, Célestin Monga and Justin Yifu Lin (eds.), Oxford, UK and New York: Oxford University Press, pp. 830-848.

"Foreword," *What Caused the Crime Decline?,* Oliver Roeder, Lauren-Brooke Eisen, and Julia Bowling, report of the Brennan Center for Justice at the New York University School of Law, pp. 1-2.

"Identifying and Resolving Inter-Creditor and DebItor-Creditor Equity Issues in Sovereign Debt Restructuring," with Skylar Brooks, Martin Guzman and Domenico Lombardi, for the Centre for International Governance Innovation, Policy Brief No. 53, January 2015, available online at https://www.cigionline.org/sites/default/files/pb_no53.pdf. Also published in Spanish in Ensayos Economicos by Banco Central de la Republica Argentina.

"In Praise of Frank Ramsey's Contribution to the Theory of Taxation," *Economic Journal*, 125(583), March 2015, pp. 235-268 and NBER Working Paper 20530, October 2014.

"Introduction," *Taming Capital Flows: Capital Account Management in an Era of Globalization,* with Refet S. Gurkaynak, IEA Conference Volume No. 154, Joseph E. Stiglitz and Refet S. Gurkaynak (eds.), New York: Palgrave Macmillan, 2015.

"Introduction and Overview: Economic Transformation and Learning, Industrial, and Technology Policies in Africa," *Industrial Policy and Economic Transformation in Africa*, Akbar Noman and Joseph E. Stiglitz (eds.), New York: Columbia University Press, 2015.

"Leaders and Followers: Perspectives on the Nordic Model and the Economics of Innovation," *Journal of Public Economics*, Volume 127, July 2015, pp 3–16 and NBER Working Paper 20493, September 2014.

"Monetary Policy in a Multipolar World," *Taming Capital Flows: Capital Account Management in an Era of Globalization,* IEA Conference Volume No. 154, Joseph E. Stiglitz and Refet S. Gurkaynak (eds.), Houndmills, UK and New York: Palgrave Macmillan, 2015.

"The Origins of Inequality, and Policies to Contain It," *National Tax Journal* 68(2): 425-448.

"The Price of Inequality: How Today's Divided Society Endangers Our Future," *Sustainable Humanity, Sustainable Nature: Our Responsibility*, P.S. Dasgupta, V. Ramanathan, M. Sanchez Sorondo (eds.), Vatican City: The Pontifical Academy of Sciences, 2015, pp.379-399.

"A Progressive Agenda for the Twenty-First Century," *Progressivism in America: Past, Present and Future*, David B. Woolner and John M. Thompson (eds.), New York: Oxford University Press, 2015, pp. 215-232.

"Reconstructing Macro-Economic Theory to Manage Economic Policy," *Fruitful Economics: Papers in Honour of and by Jean-Paul Fitoussi*, Eloi Laurent and Jacques Le Cacheux (eds.), Houndmills, UK and New York: Palgrave Macmillan, pp. 20-49.

"Sovereign Debt and Joint Liability: An Economic Theory Model for Amending the Treaty of Lisbon," with Kaushik Basu, *Economic Journal*, 125(586), August 2015, pp. F115-F130 and World Bank Policy Research Working Paper WPS6555, August, 2013.

"The Unfinished Task of Bretton Woods: Creating a Global Reserve System", *Bretton Woods—The Next 70 Years*, Marc Uzan (ed), The Reinventing Bretton Woods Committee, pp. 343-350.

"Wealth and Income Distribution: New Theories Needed for a New Era," with Ravi Kanbur, Vox, August 18, 2015.


## 2016

"America's Great Malaise and What To Do About It," *Journal of Policy Modeling*, 38 (2016), pp. 639-648, accessible at https://www.sciencedirect.com/science/article/pii/S0161893816300412. (Paper presented at the American Economic Association Annual Meetings, San Francisco, January 3, 2016.)

"An Agenda for Sustainable and Inclusive Growth for Emerging Markets," *Journal of Policy Modeling*, 38 (2016), pp. 693-710, accessible at https://www.sciencedirect.com/science/article/pii/S0161893816300503. (Paper presented at the American Economic Association Annual Meetings, San Francisco, January 3, 2016.)

"Agent Based-Stock Flow Consistent Macroeconomics: Towards a Benchmark Model," with Alessandro Caiania, Antoine Godinb, Eugenio Caverzasia, Mauro Gallegatia, and Stephen Kinsellac, *Journal of Economic Dynamics and Control,* Volume 69, August, pp. 375–408, accessible at https://www.sciencedirect.com/science/article/pii/S0165188915301020.

"Building the Fairer and Sustainable Social Security System," *CDF Proceedings 2016*, accessible at http://bit.ly/2sfqfdh.  Paper presented at China Development Forum, March 19, 2016.

"Creating a Framework for Sovereign Debt Restructuring that Works," with Martin Guzman, *Too Little, Too Late: The Quest to Resolve Sovereign Debt Crisis*, M. Guzman, J.A. Ocampo and J.E. Stiglitz (eds.), New York: Columbia University Press, accessible at http://bit.ly/2BJBs9L and presented at the United Nations General Assembly Ad Hoc Committee on Sovereign Debt Restructuring Processes, July 2015.

"Dynastic Inequality, Mobility and Equality of Opportunity," with Ravi Kanbur, *Journal of Economic Inequality*, Volume 14, Issue 4, December, pp. 419-434, accessible at https://link.springer.com/content/pdf/10.1007%2Fs10888-016-9328-4.pdf, and Centre for  Economic Policy Research Discussion Paper No. 10542, April 2015, accessible at https://cepr.org/active/publications/discussion_papers/dp.php?dpno=10542#.

"Ethics, Economic Advice, and Economic Policy," *The Oxford Handbook of Professional Economic Ethics*, George F. DeMartino and Deirdre N. McCloskey (eds.), Oxford, UK and New York: Oxford University Press, pp. 495-519, accessible at http://bit.ly/2ElCURl.

"Fed Policy, Inequality, and Equality of Opportunity," *Economic Mobility: Research & Ideas on Strengthening Families, Communities & the Economy*, edited by the Federal Reserve Bank of St. Louis and the Board of Governors of the Federal Reserve System, pp. 77-94; published by The Roosevelt Institute in August 2015; and presented at the Ninth Biennial Federal Reserve System Community Development Research Conference, April 2015, accessible at https://www.stlouisfed.org/~/media/Files/PDFs/Community%20Development/EconMobilityPapers/EconMobility_Book_508.pdf and http://rooseveltinstitute.org/wp-content/uploads/2015/10/276094823-Fed-Policy-Inequality-and-Equality-of-Opportunity.pdf.

"Group Lending, Joint Liability, and Social Capital: Insights from the Indian Microfinance Crisis," with Antara Haldar, *Politics & Society*, SAGE Publications, Vol. 44(4) 459–497, accessible at http://journals.sagepub.com/doi/pdf/10.1177/0032329216674001.

"How to Restore Equitable and Sustainable Economic Growth in the United States," *American Economic Review,* 106(5): 43-47, accessible at https://pubs.aeaweb.org/doi/pdfplus/10.1257/aer.p20161006.

"Income Contingent Loans: Some General Theoretical Considerations, with Applications," *Contemporary Issues in Microeconomics,* Joseph E. Stiglitz and Martin Guzman (eds.), IEA Conference Volume, No. 155-III, Houndmills, UK and New York: Palgrave Macmillan, accessible at http://bit.ly/2ElT5ye. (Paper presented at a special session of the International Economic Association World Congress, Dead Sea, Jordan, June, 2014 sponsored by the OECD.)

"Inequality and Economic Growth," *Rethinking Capitalism*, Mariana Mazzucato and Michael Jacobs (eds.), Hoboken, New Jersey: Wiley-Blackwell in association with *The Political Quarterly,* accessible at http://bit.ly/2Eo4Nsl and published in Chinese in *Comparative Economic & Social Systems,* accessible at http://bit.ly/2nTZcj4.

"Introduction," with Martin Guzman and Jose Antonio Ocampo, *Too Little, Too Late: The Quest to Resolve Sovereign Debt Crisis*, M. Guzman, J.A. Ocampo and J.E. Stiglitz (eds.), New York: Columbia University Press, accessible at http://bit.ly/2H7Zf2C.

"Learning, Industrial, and Technology Policies: An Overview," with Akbar Noman, *Efficiency, Finance, and Varieties of Industrial Policy: Guiding Resources, Learning, and Technology for Sustained Growth,* Joseph E. Stiglitz and Akbar Noman (eds.), New York: Columbia University Press, pp. 1-20, accessible at http://bit.ly/2ElAgep.

"The Measurement of Wealth: Recessions, Sustainability and Inequality," *Contemporary Issues in Macroeconomics: Lessons from The Crisis and Beyond,* Joseph E. Stiglitz and Martin Guzman (eds.), IEA Conference Volume, No.155-II, Houndmills, UK and New York: Palgrave Macmillan and NBER Working Paper 21327, July 2015. (Paper presented at a special session of the International Economic Association World Congress, Dead Sea, Jordan, June 2014 sponsored by the OECD, accessible at http://www.nber.org/papers/w21327.pdf.)

"Measuring Income Inequality: Comments on 'Do Nations Just Get the Inequality they Deserve? The 'Palma Ratio' Re-examined,'" *Inequality and Growth: Patterns and Policy, Volume II: Regions and Regularities*, Kaushik Basu and Joseph E. Stiglitz (eds.), IEA Conference Volume No. 156-II, Houndmills, UK and New York: Palgrave Macmillan, accessible at http://bit.ly/2Hb3rPl.

"New Theoretical Perspectives on the Distribution of Income and Wealth among Individuals," *Inequality and Growth: Patterns and Policy, Volume I: Concepts and Analysis*, Kaushik Basu and Joseph E. Stiglitz (eds.), IEA Conference Volume No. 156-I, Houndmills, UK and New York: Palgrave Macmillan, 2016, accessible at http://bit.ly/2nVcQSX.

"Overcoming the Shadow Economy," with Mark Pieth, Friedrich Ebert Stiftung International Policy Analysis Paper, November, accessible at https://library.fes.de/pdf-files/iez/12922.pdf. (Also published in German, accessible at http://library.fes.de/pdf-files/iez/13083.pdf and Portuguese, accessible at http://library.fes.de/pdf-files/bueros/brasilien/13165.pdf.)

"Preface: Inequality and Growth: A Preamble," *Inequality and Growth: Patterns and Policy, Volume I: Concepts and Analysis and Volume II: Regions and Regularities*, with Kaushik Basu and Vivian Hon, Kaushik Basu and Joseph E. Stiglitz (eds.), IEA Conference Volume No. 156-I, Houndmills, UK and New York: Palgrave Macmillan, 2016, accessible at https://link.springer.com/content/pdf/bfm%3A978-1-137-55459-8%2F1.pdf and http://bit.ly/2nS33gz.

"The Price of Complexity in Financial Networks," with Stefano Battiston, Guido Caldarelli, Robert M. May, and Tarik Roukny, *PNAS (Proceedings of the National Academy of Sciences of the United States of America)*, September 6, Volume 113, No 36, pp. 10031-36, accessible at http://www.pnas.org/content/pnas/113/36/10031.full.pdf.

"Reflections on China's 13th Five Year Plan," *CDF Proceedings 2016*. Paper presented at China Development Forum, March 19, 2016, accessible at http://bit.ly/2EmNbsu.

"A Soft Law Mechanism for Sovereign Debt Restructuring Based on the UN Principles," with Martin Guzman, FES International Policy Analysis paper with Initiative for Policy Dialog, October, accessible at http://library.fes.de/pdf-files/iez/12873.pdf (also translated in Spanish, accessible at http://nuso.org/media/documents/guzman_y_stiglitz_2017_FF.pdf and Chinese, accessible at http://library.fes.de/pdf-files/bueros/china/13983.pdf) and presented in seminar "Sovereign Debt Vulnerabilities and the Opportunity for a New Debt Workout Mechanism Building on the UNGA process" at the United Nations in October.

"The State, the Market, and Development," to be published in *Mapping Development Economics: the Past, Present and Future*, Tony Addison and Finn Tarp (eds.) and WIDER working paper 2016/1, January 2016, originally presented at UNU-WIDER 30th Anniversary Conference held September 2015 in Helsinki, Finland, accessible at https://www.wider.unu.edu/sites/default/files/wp2016-1.pdf.

"Stockholm Statement: Towards a Consensus on the Principles of Policymaking for the Contemporary World," with twelve economists, statement issued November, from meeting in Stockholm, Sweden, September 16-17, 2016, hosted by Swedish International Development Cooperation Agency (Sida) and the World Bank, accessible at https://www.sida.se/globalassets/sida/eng/press/stockholm-statement.pdf.

"Striving for Balance in Economics: Towards a Theory of the Social Determination of Behavior," with Karla Hoff,  *Journal of Economic Behavior and Organization*, Issue 126 (June), pp. 25–57; World Bank Policy Research Working Paper No. WPS 7537, January; and NBER Working Paper 21823, December 2015, accessible at http://documents.worldbank.org/curated/en/636811468179051978/pdf/WPS7537.pdf.

"A Theory of Pseudo-Wealth," *Contemporary Issues in Macroeconomics: Lessons from The Crisis and Beyond,* Joseph E. Stiglitz and Martin Guzman (eds.), IEA Conference Volume, No.155-II, Houndmills, UK and New York: Palgrave Macmillan, accessible at http://bit.ly/2nUyG9l. (Paper presented at a special session of the International Economic Association World Congress, Dead Sea, Jordan, June 2014.)

*Towards a General Theory of Deep Downturns*, IEA Conference Volume, 155-VI, Houndmills, UK and New York: Palgrave Macmillan, 2016.   NBER Working Paper 21444, August 2015, accessible at http://www.nber.org/papers/w21444.pdf. Originally presented as Presidential Address to the 17th World Congress of the International Economic Congress, Dead Sea, Jordan, June, 2014, accessible at http://bit.ly/2ECenXO.

**2017**

"Artificial Intelligence, Worker-Replacing Technological Progress and Income Distribution," with Anton Korinek, NBER Working Paper No. 24174, December 2017 and to be published in *Economics of Artificial Intelligence*, NBER/University of Chicago Press, accessible at http://www.nber.org/papers/w24174. (Paper presented in NBER AI conference September 13-14, 2017.)

"The Coming Great Transformation," *Journal of Policy Modeling*, Vol. 39, Issue 4, July–August, pp. 625-638, accessible at http://bit.ly/2EmKurL. (Paper presented at the American Association Annual Meetings, Chicago, January 6, 2017.)

"Countering the Power of Vested Interests: Advancing Rationality in Public Decision-Making," *Journal of Economic Issues*, 51(2), 2017, pp. 359-365, accessible at http://www.tandfonline.com/doi/full/10.1080/00213624.2017.1320907; paper presented at the 2017 ASSA Conference, January 2017.

"From Global Savings Glut to Financing Infrastructure: The Advent of Investment Platforms," with Rabah Arezki, Patrick Bolton, Sanjay Peters, and Frederic Samama, to be published in *Economic Policy* and IMF Working Paper WP/16/18, February 2016, accessible at https://www.imf.org/en/Publications/WP/Issues/2016/12/31/From-Global-Savings-Glut-to-Financing-Infrastructure-The-Advent-of-Investment-Platforms-43689.

"The Fundamental Flaws in the Euro Zone Framework," *The Euro and the Crisis: Perspectives for the Eurozone as a Monetary and Budgetary Union*, Nazaré da Costa Cabral, José Renato Gonçalves, Nuno Cunha Rodrigues (eds.), New York: Springer, pp. 11-16, accessible at http://bit.ly/2EnIbom; excerpt from "Crises: Principles and Policies: With an Application to the Eurozone Crisis," *Life After Debt: The Origins and Resolutions of Debt Crisis*, Joseph E. Stiglitz and Daniel Heymann (eds.), Houndmills, UK and New York: Palgrave Macmillan, 2014, pp.43-79.

"Growing Inequality: Laws of Nature or Laws of Men?" *Starmus Beyond the Horizon: A Tribute to Stephen Hawking*, Garik Israelian and Brian May (eds.), Starmus, pp. 188–199, accessible at http://bit.ly/2BEFgER. (Speech at Starmus Festival 2016, Tenerife, Spain.)

"Industrial Policy, Learning and Development," in *The Practice of Industrial Policy: Government-Business Coordination in Africa and East Asia,* John Page and Finn Tarp (eds.), Oxford: Oxford University Press, pp. 23-39, accessible at http://bit.ly/2nbsI2w  (WIDER Working Paper 2015/149, UNU-WIDER, and the Korean International Cooperation Agency, Helsinki, Finland, December 2015, accessible at https://www.wider.unu.edu/sites/default/files/wp2015-149.pdf, based on keynote address to 30th Anniversary celebration of WIDER, Helsinki, September 18, 2015.)

"Innovation, Intellectual Property, and Development: A Better Set of Approaches for the 21st Century," with Dean Baker and Arjun Jayadev, paper in series AccessIBSA: Innovation & Access to Medicines in India, Brazil & South Africa, a project supported by the Shuttleworth Foundation, accessible at http://cepr.net/images/stories/reports/baker-jayadev-stiglitz-innovation-ip-development-2017-07.pdf.

"Interconnectedness as a Source of Uncertainty in Systemic Risk", with Tarik Roukny and Stefano Battiston, forthcoming in *Journal of Financial Stability,* accessible at https://www.sciencedirect.com/science/article/pii/S1572308916302200?_rdoc=1&_fmt=high&_origin=gateway&_docanchor=&md5=b8429449ccfc9c30159a5f9aeaa92ffb.

"Markets, States and Institutions", in *Markets, Governance and Institutions in the Process of Economic Development*:  *Essays in Honor of Kaushik Basu*, Ajit Mishra and Tridip Ray (eds.), Oxford: Oxford University Press (Roosevelt Institute Working Paper, June, accessible at http://rooseveltinstitute.org/markets-states-and-institutions/.)

"Monopolistic Competition, the Dixit–Stiglitz Model, and Economic Analysis," *Research in Economics*, 71 (2017), Special Issue of in Honor of the 40 Years of the Dixit-Stiglitz model, pp. 798-802, accessible at https://www.sciencedirect.com/science/article/pii/S1090944317303265?via%3Dihub.

"Overcoming the Copenhagen Failure with Flexible Commitments," *Global Carbon Pricing: The Path to Climate Cooperation*, Peter Cramton, David JC MacKay, Axel Ockenfels, and Steven Stoft (eds), Cambridge, Mass.: MIT Press, pp. 99–108, accessible at http://bit.ly/2FEfqU1; and in *Economics of Energy and Environmental Policy,* Vol. 4, No. 2, Symposium on International Climate Negotiations, September 2015, pp. 29–36, accessible at http://bit.ly/2rSOUUF; and in Global Carbon Pricing: We Will If You Will, Peter Cramton, David J.C. MacKay, Azel Ockenfels, and Steven Stoft (eds), eBook, December 2015, P 59-66, accessible at http://carbon-price.com/wp-content/uploads/Global-Carbon-Pricing-cramton-mackay-okenfels-stoft.pdf.

"The Overselling of Globalization," *Business Economics*, Vol. 52, No. 3, pp. 129–137, accessible at http://bit.ly/2nw9hCC. (Roosevelt Institute Working Paper, August, accessible at http://rooseveltinstitute.org/oversellingofglobalization/, based on speech for Paul A. Volcker Lifetime Achievement Award for Economic and Monetary Policy of the National Association of Business Economics.)

"Pareto Efficient Taxation and Expenditures: Pre- and Re-distribution," NBER Working Paper No. 23892, September 2017, Revised October 2017, accessible at http://www.nber.org/papers/w23892, and to be published in *Journal of Public Economics Special Issue for Tony Atkinson*, Henrik Kleven and Erzo Luttmer (eds.).

"Report of the High-Level Commission on Carbon Prices," with Nicholas Stern and Commission Members, Carbon Pricing Leadership Coalition, International Bank for Reconstruction and Development and International Development Association/ The World Bank, May 29, accessible at https://www.carbonpricingleadership.org/report-of-the-highlevel-commission-on-carbon-prices/.

"Rethinking Globalization in the Trump Era: US-China Relations," *CDF Proceedings 2017*. Paper presented at China Development Forum, March 18, 2017 and published as Roosevelt Institute Working Paper, June, accessible at http://rooseveltinstitute.org/rethinking-globalization-trump-era-us-china-relations/.

"The Revolution of Information Economics: The Past and the Future," to be published in proceedings from World Bank conference *The State of Economics, The State of the World*, and NBER Working Paper No. 23780, September, accessible at http://www.nber.org/papers/w23780.

"Structural Transformation, Deep Downturns, and Government Policy," to be published in *Oxford Handbook of Structural Transformation: Structural Transformation, Deep Downturns, and Government Policy*, Célestin Monga and Justin Yifu Lin (eds.), and NBER Working Paper No. 23794, September, accessible at http://www.nber.org/papers/w23794.

"Tony Atkinson and His Legacy," with Rolf Aaberge, et al., *Review of Income and Wealth*, vol. 63, no. 3, Sept. 2017, pp. 411–44, accessible at http://onlinelibrary.wiley.com/doi/10.1111/roiw.12335/full.

"Toward a Taxonomy of Media Capture," in *In The Service of Power: Media Capture and the Threat to Democracy*, Anya Schiffrin (ed.), Washington, D.C.: Center for Media Assistance, National Endowment for Democracy, accessible at https://www.cima.ned.org/resource/media-capture-toward-taxonomy-media-capture/.

"Towards a Broader View of Competition Policy," to be published in *Competition Policy for the New Era: Insights from the BRICS Countries*, Tembinkosi Bonakele, Eleanor Fox, and Liberty Mncube (eds.), Oxford: Oxford University Press, and Roosevelt Insitute Working Paper June, accessible at http://rooseveltinstitute.org/towards-broader-view-competition-policy/. (Lecture presented to the 4th BRICS International Competition  Conference in Durban, November 2015.)

"Towards a Twenty-first Century Investment Agreement," to be published as the Preface *in Yearbook on International Investment Law and Policy 2015-2016,* Lise Johnson and Lisa Sachs (eds.), Oxford University Press, accessible at http://bit.ly/2DVPqXv.

"Wealth and Income Inequality in the Twenty-First Century", to be published in IEA Conference Volume. Paper presented at the 18th World Congress of the International Economic Association, Mexico City, June 19-23 2017, accessible at http://bit.ly/2DVMdHz.

 "Where Modern Macroeconomics Went Wrong," to be published in *Oxford Review of Economic Policy*, special issue on "The Future of Macroeconomic Theory", David Vines and Sam Wills (eds.), and NBER Working Paper No. 23795, September, accessible at http://www.nber.org/papers/w23795.


**2018**

"Alternatives to Debt-driven Growth: Continuing in China's 40 year of Reform," *CDF Proceedings 2018*. Paper presented at China Development Forum, accessible at https://bit.ly/2Gdp7JL.

"An Analysis of Puerto Rico's Debt Relief Needs to Restore Debt Sustainability," with Pablo Gluzmann and Martin Guzman, Espacios Abiertos*,* January, accessible at http://espaciosabiertos.org/wp-content/uploads/2018/01/Final-Report-DSA-2018.01.pdf.

"Economic Justice in America: Fifty Years After the Kerner Report," *Healing Our Divided Society: Investing in America Fifty Years After the Kerner Report,* Fred Harris and Alan Curtis (eds.), Philadelphia: Temple University Press, pp.127-138, accessible at https://bit.ly/2ITIZTR and Roosevelt Institute Working Paper, August 2017, accessible at http://rooseveltinstitute.org/economic-justice-america/.

"Lessons from the Financial Crisis and their Implications for Global Economic Policy," to be published in *The 10 Years After: The End of the Familiar...Reflections on the Great Economic Crisis*, Reinventing Bretton Woods Committee (RBWC), accessible at http://bit.ly/2BEVjmf.

"The Theory of Credit and Macroeconomic Stability," *Economic Theory and Policy Amidst Global Discontent: Essays in Honour of Deepak Nayyar*, Ananya Ghosh Dastidar, Rajeev Malhotra and Vivek Suneja (eds.), Routledge India and NBER Working Paper No. 22837, accessible at http://www.nber.org/papers/w22837.pdf.

"The Welfare State in the Twenty First Century," *The Welfare State Revisited*, Jose Antonio Ocampo and Joseph E. Stiglitz (eds.), Initiative for Policy Dialogue at Columbia, New York: Columbia University Press, accessible at https://bit.ly/2DXBW8S and Roosevelt Institute Working Paper, June, pp. 1-37, accessible at http://rooseveltinstitute.org/welfare-state-twenty-first-century/.

"Working with a Great Public Intellectual: Remembering Tony Atkinson," *The Economic and Labour Relations Review*, Vol. 29(1) pp. 38–40, accessible at http://journals.sagepub.com/doi/10.1177/1035304618757111.

## Books

*An Agenda for the Development Round of Trade Negotiations in the Aftermath of Cancun*, with Andrew Charlton, prepared for the Commonwealth Secretariat, 2004.

*Contemporary Issues in Macroeconomics: Lessons from The Crisis and Beyond,* Joseph E. Stiglitz and Martin Guzman (eds.), IEA Conference Volume, No.155-III,Houndmills, UK and New York: Palgrave Macmillan, 2016.

*Contemporary Issues in Microeconomics,* Joseph E. Stiglitz and Martin Guzman (eds.), IEA Conference Volume, No.155-II, Houndmills, UK and New York: Palgrave Macmillan, 2016.

*Creating a Learning Society: A New Approach to Growth, Development, and Social* Progress, with Bruce C. Greenwald, New York: Columbia University Press, 2014. Reader's Edition published 2015. Also published Chinese (simplified)/China (mainland PR) by CITIC Publishing Group (Expected December 2016), Czech/World by Nakladatestvi Academia (Expected September 2017), French/World by Editions Les Liens Qui Liberent (Expected Spring 2017), German/World by UllsteBuchverlage GmbH. (Published 10/9/15), Hungarian/World by Napvilag Kidao Kft. (Expected January 2017), Italian/World by Giulio Einaudi Editore (Expected end of 2017), Japanese/World by Toyo Keizai Inc. (Published 2017), Korean/World by The Korea Economic Daily & Business Publications (Published 2016), Portuguese/World ex. Brazil by Bertrand Editora Ltda (Expected 2017), Spanish/LatAmerica and US by Ediciones Culturales Paidos (Published 10/15/15) and Spanish/World ex. LatAmerica and US by La Esfera De Los Libros, S.L. (Published 1/26/16), Vietnamese by National Publishing House of Vietnam (Published 2017)

*An Economic Analysis of the Conservation of Depletable Natural Resources*, with P. Dasgupta, G. Heal, R. Gilbert, and D. Newbery, prepared for the Federal Energy Administration, May 1977.

*The Economic Role of the State*, Oxford, Basil Blackwell, 1989. (Translated in Italian by Marco Da Rin, Società editrice il Mulino, Bologna, 1992)

*The Euro: How a Common Currency Threatens the Future of Europe,* New York: W.W. Norton, 2016. Published in paperback in 2017, also by Norton. Also published the UK by Allen Lane/Penguin, audiobook by Audible, Bulgarian by Iztok-Zapad, Catalan by Edicions 62, Chinese complex characters by Business Weekly, Chinese simplified characters by China Machine Press, Croatian by Profil, Czech by Euromedia Group, Dutch by Athenaeum, French by Les Liens qui Liberent, German by Siedler, Greek by Editions K. Papadapoulos, Italian by Guilio Einaudi Editore, Japanese by Tokuma Shoten, Korean by The Open Books Col, Polish by Krytyka Polityczna, Portuguese by Bertrand Editoria, Romanian by Editura Publica, Serbian by Akademska Knjiga, Spanish by Taurus, and Swedish by Atlantis.

*Effects of Risk on Prices and Quantities of Energy Supplies*, with R. Gilbert, prepared for Electric Power Research Institute, EPRI EA-700, Project 869-1, Final Report, 1-4, May 1978.

*Fair Trade for All*, with Andrew Charlton, New York: Oxford University Press, 2005. Also published in Simplified Chinese by China Renmin University Press, in Croatian by Masmedia, in Czech by Victoria, in French by Fayard, in German by Murmann, in Hungarian by Lexecon, in Italian by Garzanti, in Japanese by Nihon Keizai, in Korean by Nexus, in Polish by PWN, in Portuguese by Elsevier (Brazil) and ASA (Portugal), in Russian by Ves Mir, and in Spanish by Taurus.

*Freefall: America, Free Markets, and the Sinking of the World Economy*, New York: WW Norton, 2010. Also published in the UK by Penguin/Allen Lane.  Translated in Arabic by Dar Al Kitab al Arabi, Bahasa Melayu by Institut Terjemahan Negara, Bulgarian by Info Dar, complex Chinese by Commonwealth, simplified Chinese by China Machine Press, Dutch by Het Spectrum, Estonian by Tänapäev, French by Les Liens qui Liberent, German by Siedler, Greek by Papadopoulos, Italian by Einaudi, Japanese by Tokuma Shoten, Korean by Book 21, Polish by Polish Economic Society, Portuguese (Brazil) by Companhia das Letras, Portuguese (Portugal) by Ana Paula Faria, Romanian by Editura Publica Com Srl, Russian by Eksmo Press, Serbian by Media II, Spanish by Taurus and Debolsillo (by Penguin Random House Grupo Editorial), Swedish by Leopard, Thai by ASTV Manager Co., Turkish by Hiperlink Egtim Iletisim Yay, and Vietnamese by DT Books. Audio version published by Tantor Media.

*Globalization and Its Discontents*, New York: W.W. Norton Company, 2002. Also published by Penguin Books (UK); Profil (Croatian); Alfa Basim Yayim Dagitm Tic (Turkish); Einaudi (Italian); Radarami (Georgian); ASTVmanager (Thai); Siedler (German); Turiba (Latvian); Youth Publisher (Vietnamese); Monsudar (Mongolian); Ecumenical Institute (Sinhala); Zenith (Albanian); Prophetes Globalizacija (Slovenian); China Machine Press (Chinese Simplified); PWN (Polish); PT Ina Publikatama (Indonesian); Livani (Greek); Taurus (Spanish); Tokuma Shoten (Japanese); Azerbaijan Center for Economic Reforms (Azeri); D C Books (Malayalam); Dar al-Farabi (Arabic); Editura Economica SRL (Romanian); Empuries (Catalan); Fayard (French); Hakibbutz Hameuchad (Hebrew); Het Spectrum (Dutch); Info Dar (Bulgarian); Kyiv Mohyla

(Ukrainian); Leopard (Swedish); Locus (Chinese Complex); Napvilag Kiado (Hungarian); National Public Scientific Foundation (Russian); PT-Kustannus (Finnish); Prostor (Czech); Sejong Books (Korean); Spektrum (Norwegian); Miba Books (Serbian).

*Globalization and Its Discontents Revisited: Anti-Globalization in the Era of Trump,* New York: W.W. Norton, 2017. Also published in the UK by Allen Lane/Penguin.

*Globalizzazione*, Rome: Donzelli, 2011.

*The Great Divide: Unequal Societies and What We Can Do About Them*, New York: W.W. Norton, 2015. Published in paperback in 2016, also by Norton. Also published in the U.K. by Penguin Books and in audio format by Audible. Translated and published in Chinese complex characters by Commonwealth Magazine Group, in Chinese simplified characters by China Machine Press, in French by Les Liens qui Liberent, in German by Siedler, in Italian by Einaudi, in Japanese by Tokuma Shoten, in Korean by The Open Books Co., in Portuguese by Alta Books (Brazil) and Bertrand Editoria (Portugal), in Romanian by Editura Publica, in Russian by Exem License Limited, in Serbian by Akademska Knjiga, and in Spanish by Taurus.

*Have Recent Crises Affected the State-Market Debate?* Dhaka: University Press Ltd (for the Bangladesh Economic Association), 1999.

*In un mondo imperfetto. Mercato e democrazia nell'era della globalization,* Donzelli: Rome, 2001.

*Informazione, Economia pubblica e Macroeconomia*, edited by A. Boitani and A. Petretto, Bologna: Il Mulino, 2002.

*Intellectual Property Rights: Legal and Economic Challenges for Development*, Mario Cimoli, Giovanni Dosi, Keith E. Maskus, Ruth L. Okediji, Jerome H. Reichman, and Joseph E. Stiglitz (eds.), Oxford, UK and New York: Oxford University Press, 2014.

*Joseph Stiglitz for Project Syndicate: The Complete Archive, 2001-2011*, Project Syndicate, 2011 (Kindle eBook).

*Making Globalization Work,* New York: WW Norton, 2006. Also published in the UK by Penguin/Allen Lane, in audio format by Audible, in Arabic by Arabic Book Program Cairo, in Catalan by Empuries, in complex Chinese by Commonwealth, in simplified Chinese by China People's Publishing House, in Croatian by Algoritam, in Dutch by Het Spectrum, in French by Fayard, in German by Siedler, in Herbrew by Arieh Nir, in Indonesian by Mizan Pustaka, in Italian by Einaudi, in Japanese by Tokuma Shoten, in Korean by Book 21, in Malayalam by Kerala State Institute of Languages, in Norwegian by Pax Forlag, in Polish by PWN, in Portuguese by Companhia das Letras (Brazil) and ASA Editores (Portugal), in Romanian in Editura Polirom, in Serbian by Informatika, in Spanish by Debolsillo and Taurus, in Swedish by Daidalos, in Thai by Suan Nguen Mee Ma Press, in Turkish by Plan B, and in Vietnamese by Youth Publishers.

*Mismeasuring Our Lives: Why GDP Doesn't Add Up*, with J. Fitoussi and A. Sen, New York: The New Press, 2010. Published in French by in French by Odile Jacob, simplified Chinese by Xinhua, in Italian by Etas, in Korean by Dongnyok, and in Spanish by RBA.

*Peasants versus City-Dwellers: Taxation and the Burden of Economic Development*, with R. Sah, Oxford and New York: Oxford University Press, 1992. Published in paperback in 2002, also by Oxford University Press.

*The Price of Inequality: How Today's Divided Society Endangers Our Future*, New York: W.W. Norton, 2012. Also published in the U.K. by Penguin/Allen Lane and in audio format by Tantor Media. Translated in Arabic by National Center for Translation, Egypt, in Bulgarian by Iztok-Zapad, in simplified Chinese by China Machine Press, in complex Chinese by Commonwealth, in French by Les Liens Qui Libèrent, in German by Siedler, in Greek by Papadopoulos, in Hebrew by Calcalist, in Italian by Einaudi, in Japanese by Tokuma Shoten, in Korean by Open Books, in Polish by Krytyka Polityczna, in Portuguese by Bertrand Editora, in Romanian by Editura Publica, in Russian by Exem License Limited, in Spanish by Taurus and Penguin Random House Grupo Editorial, in Tamil by Aazhi Publishers, in Thai by SE-Education Public Company Limited, in Turkish by Iletisim Yayincilik, in Ukranian by Ecem Media, and in Vietnamese by Knowledge Publishing House.

*The Rebel Within: Joseph Stiglitz and the World Bank*, edited by Ha-Joon Chang, Anthem World Economics, London: Wimbledon Publishing Company, UK, 2001. (A collection of papers and lectures written or delivered during tenure as Chief Economist of the World Bank)

*Rewriting the Rules of the American Economy,* with Nell Abernathy, Adam Hersh, Susan Holmberg and Mike Konczal, A Roosevelt Institute Book, New York: W.W. Norton, 2015. Also published in audio format by Random House Audio. Translated and published in Chinese complex characters by Commerical Press, in Chinese simplified characters by China Machine Press, in Italian by il Saggiatore, in Japanese by Tokuma Shoten, in Korean by The Open Books Co., and in Portuguese by Bertrand. Available at http://www.rewritetherules.org.

*The Roaring Nineties: A New History of the World's Most Prosperous Decade,* New York: W.W. Norton, 2003.  Also published in the U.K. by Penguin/ Allen Lane. Translated in Arabic by Dar al-Farabi, in complex Chinese by Commonwealth, in simplified Chinese by China Financial, in French by Fayard, in German by Siedler, in Greek by Livani, in Hungarian by Napvilag Kiado, in Indonesian by Marjin Kiri, in Italian by Einaudi, in Japanese by Tokuma Shoten, in Korean by Sejong, in Polish by PWN, in Portuguese by Companhia das Letras (Brazil) and Terramar (Portugal), in Romanian by Editura Economica, in Russian by National Public Scientific Foundation, in Spanish by Taurus, and in Turkish by CSA Global.

*Selected Works on Economics of Joseph E. Stiglitz* (Chinese), Beijing: China Financial Publishing House, 2006.

*The Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009.

*The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013.

*Stability with Growth: Macroeconomics, Liberalization, and Development*, with José Antonio Ocampo, Shari Spiegel, Ricardo Ffrench-Davis, and Deepak Nayyar, The Initiative for Policy Dialogue Series, Oxford: Oxford University Press, 2006.

*The Stiglitz Report: Reforming the International Monetary and Financial Systems in the Wake of the Global Crisis,* with Members of the Commission of Experts on Reforms of the International Monetary and Financial System appointed by the President of the United Nations General Assembly, New York: The New Press, 2010. Published in complex Chinese by Commonwealth Magazine Company, in simplified Chinese by Xinhua, in French by Odile Jacob, in India by Orient Black Swan (2011), in Korean by Dongnyok, in Russian by International Relations Publishing, and in Spanish by RBA.

*Sustainable Development and Neo-Liberalism*, Dhaka:Bangladesh Economic Association, 2004.

*Taming Capital Flows: Capital Account Management in an Era of Globalization,* IEA Conference Volume No. 154, Joseph E. Stiglitz and Refet S. Gurkaynak (eds.), Houndmills, UK and New York: Palgrave Macmillan, 2015.

*The Theory of Commodity Price Stabilization,* with D. Newbery, Oxford: Oxford University Press, 1981.

*The Three Trillion Dollar War: The True Cost of the War in Iraq*, with L. Bilmes, New York: W.W. Norton and London: Penguin, 2008. Also published in the UK by Penguin, in Arabic by Dar al Kitab al Arabi, in Chinese simplified characters by China Renmin, in Dutch by Het Spectrum, in French by Fayard, in German by Siedler, in Indonesia by Mizan Pustaka, in Italian by Einaudi,, in Japanese by Tokuma Shoten, in Korean by Strategy and Culture Publishing, in Polish by PWN, in Romanian by Editura Tehnica, in Spanish by Taurus, and in Turkish by ODTU Gelistirme Vakfi.

*Towards a New Paradigm in Monetary Economics,* with Bruce Greenwald, Cambridge: Cambridge University Press, 2003.  Also published in complex Chinese by Sci-tech Publishing, in simplified Chinese by CITIC Publishing,  in French by Editions Librairie Economica, in Japanese by University of Tokyo Press, and in Portuguese (Brazil) by Editora Francis Ltda.

*Towards a General Theory of Deep Downturns*, IEA Conference Volume, 155-VI, Houndmills, UK and New York: Palgrave Macmillan, 2016.   NBER Working Paper 21444, August 2015.  Originally presented as Presidential Address to the 17th World Congress of the International Economic Congress, Dead Sea, Jordan, June, 2014.

*Whither Socialism?* Cambridge, MA: MIT Press, 1994. (Expanded from a paper presented at the Wicksell Lectures, May 1990.)

**Textbooks**

*Economics,* 1st Edition, New York: W.W. Norton, 1993. Translated in Catalan by Editorial Ariel. In Chinese simplified by China People's University Press, in French by Edition de Boeck (France) and USIA (Haiti and Africa), in Italian by Bollati Boringhieri Editore, in Japanese by Toyo Kiezai Shinposha Ltd, in Latvian by The University of Latvia, in Spanish by Editorial Ariel (Spain) and Planeta International (Latin America).

*Economics,* 2nd edition, New York: W.W. Norton, 1997.  Translated in Chinese simplified by China People's University Press and China Renmin, in French by Edition de Boeck (France) and by USIA/Nouveaux Horizons (Haiti and Africa), in German by Oldenbourg Verlag, in Italian by Bollati Boringhieri Editore, in Japanese by Toyo Kiezai Shinposha Ltd, and in Korean by Hanul.

*Economics,* with Carl Walsh, 3rd edition, New York: W.W. Norton, 2002.  Translated in Chinese (simplified) by China People's University Press and China Renmin, French by Edition de Boeck, in Japanese by Toyokezai Shinposha, in Portuguese by Editora Campus, and in Romanian by Economica.

*Economics,*with Carl Walsh, 4th Edition, New York: W.W. Norton, 2006. Also published in Chinese simplified by China Renmin, in English by Viva Books (India) and Wiley Australia (Australia & New Zealand), in French by de Boeck, and in German by Oldenbourg, in Greek by Papazissis, and in Japanese by Toyokeizai Shinposha.

*Economics and the Canadian Economy,* with R. Boadway, Canadian Edition. New York: W.W. Norton, 1994.

*Economics and the Canadian Economy,* 2nd edition, with R. Boadway, Canadian Edition. New York: W.W. Norton, 1997.

*Economics of the Public Sector*, New York: W.W. Norton, 1986. Translated in Czech by Liberal Institute USIA/ Victoria Publishing, in French by Editions de Boeck, in German by Oldenbourg Verlag, in Italian by Ulrico Hoepli Editore, in Japanese by McGraw Hill Book Co. and Toyokeizai Shinposha, in Norwegian by Norsk-Lyd, in Portuguese by Editora Atlas, in Russian by Moscow University Press, in Spanish by Antoni Bosch, and in Turkish by Marmara University USIA.

*Economics of the Public Sector*, second edition, New York: W.W. Norton, 1988. Translated in Czech by Liberal Institute/USIA/ Victoria Publishing, in Chinese (simplified) by China People's University Press, in Estonian by the Estonian Institute of Public Administration, in Greek by Kritiki, in Hungarian by Kozgazdasagi Ed Jugi Konyvkiado, in Japanese by Toyo Keizai Shinposha, in Spanish by Antoni Bosch, and in Ukranian by Osnovy Publishers.

*Economics of the Public Sector*, third edition, New York: W.W. Norton, 2000. Translated in Chinese (simplified) by China People's University Press and China Renmin, in French by Edition de Boeck, in Italian by Ulrico Hoepli Editore, in Japanese by Toyokiezai Shinposha Ltd, in Macedonian by Macedonian Ministry of Finance and Tabernakul Publishing, in Polish by Wydawnictwo Naukowe PWN, in Portuguese by Editora Atlas (Brazil), in Serbian by the University of Belgrage Economic Department and Center for Publishing Activiti, in Spanish by Antoni Bosch..

*Economics of the Public Sector*, fourth edition, New York: W.W. Norton, 2015. Translated in Chinese simplified by China Renmin, in French by De Boeck, in Italian by Hoepli, and in Spanish by Antoni Bosch.

*Lectures on Public Economics*, with A.B. Atkinson, McGraw-Hill Book Company, New York and London, 1980. Reprinted in 2015, with a new introduction, Princeton: Princeton University Press. (Spanish translation 1988, Instituto de Estudios Fiscales; Chinese translation 1991, Shanghai San-Lian Publishing.)

*Principles of Macroeconomics,* New York: W.W. Norton, 1993.

*Principles of Macroeconomics,* 2nd Edition, New York: W.W. Norton, 1997.

*Principles of Macroeconomics,* with Carl Walsh, 3rd Edition  New York: W.W. Norton, 2002. Translated in Portuguese by Editora Campus and in Spanish by Editorial Ariel.

*Principles of Macroeconomics,* with Carl Walsh, 4th Edition, New York: W.W. Norton, 2006.

*Principles of Macroeconomics and the Canadian Economy,* New York: W.W. Norton, 1993.

*Principles of Microeconomics,* New York: W.W. Norton, 1993. Translated into Spanish by Editorial Ariel.

*Principles of Microeconomics,* 2nd Edition, New York: W.W. Norton, 1997.

*Principles of Microeconomics,* with Carl Walsh, 3rd Edition, New York: W.W. Norton, 2002. Translated in Italian by Ulrico Hoepli Editore, in Portuguese by Editora Campus, and in Spanish by Editorial Ariel.

*Principles of Microeconomics,* with Carl Walsh, 4th Edition, New York: W.W. Norton, 2006. Translated in French by de boeck.  Translated in Japanese by Toyokeizai Shinposha.


**Edited books**

*The Collected Scientific Papers of P.A. Samuelson*, volumes 1 and 2, M.I.T. Press, 1965; Japanese language edition, 1991.

*Readings in Modern Theory of Economic Growth*, with H. Uzawa, M.I.T. Press, 1969

*Capital Market Liberalization and Development*, with Jose Antonio Ocampo (eds.), New York: Oxford University Press, 2008.

*Contemporary Issues in Macroeconomics: Lessons from The Crisis and Beyond*, with Martin Guzman (eds.), IEA Conference Volume No. 155-II, Houndmills, UK and New York: Palgrave Macmillan, 2016.

*Contemporary Issues in Microeconomics*, with Martin Guzman, IEA Conference Volume No. 155-III, Houndmills, UK and New York: Palgrave Macmillan, 2016.

*Debates on the Measurement of Global Poverty,* with Sudhir Anand and Paul Segal (eds.), New York: Oxford University Press, 2010.

*The Economics of Rural Organization: Theory, Practice, and Policy,* with K. Hoff and A. Braverman (eds.), New York: Oxford University Press, 1993.

*The Economists' Voice: Top Economists Take on Today's Problems*, with Aaron S. Edlin and J. Bradford DeLong (eds.), New York: Columbia University Press, 2008.

*Efficiency, Finance, and Varieties of Industrial Policy: Guiding Resources, Learning, and Technology for Sustained Growth,* with Akbar Noman (eds.), New York: Columbia University Press, 2016.

*Escaping the Resource Curse*, with Macartan Humphreys and Jeffrey Sachs (eds.), New York: Columbia University Press, 2007.

*Etica y Desarrollo*, with B. Kliksberg and A. Sen (eds.), Buenos Aires: El Ateneo, 2002.

*Financial Liberalization: How Far, How Fast?* with Gerard Caprio and Patrick Honohan (eds.), Cambridge, UK: Cambridge University Press, 2001.

*Frontiers of Development Economics: the Future in Perspective,* with Gerald M. Meier (eds.), New York: Oxford University Press, 2001.

*The Global Macro Economy and Finance*, with Franklin Allen, Masahiko Aoki, Nobuhiro Kiyotaki, Roger Gordon, and Jean-Paul Fitoussi (eds.), Palgrave Macmillan, 2012.

*Good Growth and Governance in Africa*, with Akbar Noman, Kwesi Botchwey, and Howard Stein (eds.), New York: Oxford University Press, 2012.

*Governance, Equity, and Global Markets,* with Pierre-Alain Muet (eds.), Oxford: Oxford University Press, 2001.

*The G20 and Recovery and Beyond: An Agenda for Global Governance for the Twenty-First Century*, with J.P. Fitoussi (eds), e-book with contributions from The Paris Group, 2011 (available at www.josephstiglitz.com).

*In the Wake of the Crisis,* J. Blanchard, David Romer, Michael Spence and J. E. Stiglitz (eds.), Cambridge, MA: MIT Press, 2012, Cambridge, MA: MIT Press, 2012.

*Income Contingent Loans: Theory, Practice and Prospects*, with B. Chapman and T. Higgins (eds.), Houndmills, UK and New York: Palgrave Macmillan, 2014.

*Industrial Policy and Development,* with M. Cimoli and G. Dosi (eds.), Oxford: Oxford University Press, 2009.

*Industrial Policy and Economic Transformation in Africa,* with Akbar Noman (eds.), New York: Columbia University Press, 2015.

*The Industrial Policy Revolution I: The Role of Government Beyond Ideology,* with Justin Yifu Lin, Houndmills, UK and New York: Palgrave Macmillan, 2014. Translated in Chinese by Peking University Press.

*The Industrial Policy Revolution II: Africa in the 21st Century*, with Justin Yifu Lin and Ebrahim Patel, Houndmills, UK and New York: Palgrave Macmillan, 2014. Translated in Chinese by Peking University Press.

*Inequality and Growth: Patterns and Policy, Volume I: Concepts and Analysis*,  with Kaushik Basu (eds.), IEA Conference Volume No. 156-I, Houndmills, UK and New York: Palgrave Macmillan, 2016.

*Inequality and Growth: Patterns and Policy, Volume II: Regions and Regularities*, with Kaushik Basu (eds.), IEA Conference Volume No. 156-I, Houndmills, UK and New York: Palgrave Macmillan, 2016.

*Intellectual Property Rights: Legal and Economic Challenges for Development*, with Mario Cimoli, Giovanni Dosi, Keith E. Maskus, Ruth L. Okediji, Jerome H. Reichman (eds.), Oxford: Oxford University Press, 2014.

*Knowledge, Informtation and Expectation in Modern Macroeconomics: In Honor of Edmund S. Phelps*, with P. Aghion, R. Frydman, and M, Woodford, Princeton, NJ: Princeton University Press, 2003.

*Law and Economic Development with Chinese Characteristics: Institutions for the 21st Century*, with David Kennedy (eds.), 2013, Oxford and New York: Oxford University Press.

*Life After Debt: The Origins and Resolutions of Debt Crisis*, with Daniel Heymann, Houndmills, UK and New York: Palgrave Macmillan, 2014. Also published in Spanish by Eudeba.

*New Developments in the Analysis of Market Structure*, with C.F. Mathewson (eds.), London: The Macmillan Press, 1986.

*New Ideas about Old Age Security,* with Robert Holzmann (eds.), Washington, D.C.: World Bank, 2001.

*The Quest for Security: Protection without Protectionism and  the Challenge of Global Governance*, with Mary Kaldor (eds.), New York: Columbia University Press, 2013. Translated in Spanish as *La Búsqueda de la Seguridad: Protección sin Protecciónsimo y el Desafío de la Gobernanza Global*, Buenos Aires: Paidós, 2013; and in Portuguese by Bertrand Editora,2015..

*Rethinking the East Asian Miracle,* with S. Yusuf (eds.), World Bank and Oxford University Press, 2001.

*Sovereign Wealth Funds and Long-Term Investing*, with Patrick Bolton and Frederic Samama (eds.), New York: Columbia University Press, 2012.

*Taming Capital Flows: Capital Account Management in an Era of Globalization*, with Refet S. Gurkaynak (eds.), IEA Conference Volume No. 154, Houndmills, UK and New York: Palgrave Macmillan, 2015.

*Time for a Visible Hand: Lessons from the 2008 World Financial Crisis*, with S. Griffith-Jones and J.A. Ocampo (eds.), Initiative for Policy Dialogue Series, Oxford: Oxford University Press, 2010.

*Too Little, Too Late: The Quest to Resolve Sovereign Debt Crises,* with Martin Guzman and J.A. Ocampo (eds.), Initiative for Policy Dialogue at Columbia, New York: Columbia University Press, 2016.

*The Washington Consensus Reconsidered: Towards a New Global Governance*, with Narcis Serra (eds.), New York: Oxford University Press, 2008.

*What Have We Learned? Macroeconomic Policy after the Crisis*, George Akerlof, Olivier Blanchard, David Romer, and J. E. Stiglitz (eds.), Cambridge, Mass. and London: MIT Press, 2014.


**Journalism**

**2018**

"When Shall We Overcome?" Project Syndicate, March 12, 2018.

"Post-Davos Depression," Project Syndicate, February 1, 2018.

"A Fiscal Plan for Puerto Rico Recovery," with Daron Acemoglu, Alan A. Aja, Robert Blecker, José Caraballo Cueto, Hector Cordero-Guzman, William "Sandy" Darity, Jr., Alberto Dávila,Zadia M. Feliciano, José M. Fernández, Richard Freeman, Jason Furman, Jamie Galbraith, Martin Guzman, Darrick Hamilton, Simon Johnson, Thea Lee, José Alameda Lozado, Mario Marazzi Santiago, Marie T. Mora, Francisco L. Rivera-Batiz, Dani Rodrik, Jeffrey Sachs, Gene Sperling, Mark Weisbrot, and Antonio Weiss, January 24, 2018.

"The US Donor Relief Act of 2017," Project Syndicate, January 2, 2018.


**2017**

"The Global Economy's Risky Recovery," Project Syndicate, December 20, 2017.

"Don't Expect Debt Payments from Puerto Rico Any Time Soon," with Martin Guzman and Antonio Weiss, December 11, 2017.

"The Globalization of Our Discontent," Project Syndicate, December 5, 2017.

"In Celebration of Africa's Fine, Upstanding Muckrakers," Sunday Times (South Africa), with Anya Schiffrin, November 12, 2017.

"Has Trump Captured the Fed?," Project Syndicate, November 3, 2017.

"230 Law and Economics Professors Urge President Trump to Remove Investor-State Dispute Settlement (ISDS) from NAFTA and Other Pacts," October 25, 2017.

"America Has a Monopoly Problem—and It's Huge," The Nation, October 23, 2017.

"Bail-ins and Bailouts: Incentives, Connectivity, and Systemic Stability," VOX, October 18, 2017.

"Intellectual Property for the Twenty First Century Economy," with Dean Baker and Arjun Jayadev, Project Syndicate, October 17, 2017.

"When It Comes to The Economy, Britain Has a Choice: May's 80s Rerun or Corbyn's Bold Rethink," Prospect Magazine, October 9, 2017.

"Déjà Voodoo," Project Syndicate, October 4, 2017.

"PROMESA's Dangerous Premises," with Martin Guzman, Project Syndicate, September 18, 2017.

"Learning from Harvey," Project Syndicate, September 8, 2017.

"Why Tax Cuts for the Rich Solve Nothing," Project Syndicate, July 27, 2017.

"Trump and the Truth About Climate Change," Project Syndicate, July 2, 2017.

"Austerity Has Strangled Britain. Only Labour will Consign it to History," The Guardian, June 7, 2017.

"Trump's Rogue America," Project Syndicate, June 2, 2017.

"Lessons from the Anti-Globalists," Project Syndicate, May 1, 2017.

Janet Yellen Piece for TIME 100, April 20, 2017.

"Le programme antieuropéen de Marine Le Pen dénoncé par 25 Nobel d'économie," Le Monde, April 18, 2017. (The anti-European program of Marine Le Pen denounced by 25 Nobel economics.)

"Illiberal Stagnation," Project Syndicate, April 2, 2017.

"From Bad to Worse for Puerto Rico," with Martin Guzman, Project Syndicate, February 27, 2017.

"Letter to the Editor on Puerto Rico," The New York Times, February 27, 2017.

"How to Survive the Trump Era," Project Syndicate, February 20, 2017.

"Trump's Most Chilling Economic Lie," Vanity Fair, February 17, 2017.

"Nobel Economist: One-Percenters, Pay Your Taxes," CNN.com and on Frankfurter Allgemeine Zeitung, January 16, 2017.

"Trumpian Uncertainty," Project Syndicate, January 9, 2017.


## 2016

"A New Year's Development Resolution," with Kaushik Basu, Francois Bourguignon, and Justin Yifu Lin, Project Syndicate, December 30, 2016.

"Why 2017 Could See the Collapse of the Euro," Fortune, December 30, 2016.

"A Nobel Laureate Explains How Trump Could Nuke the Economy," Vanity Fair, December 27, 2016.

"Bad News for America's Workers," Project Syndicate, December 19, 2016.

"How Democrats Can Fix Themselves: The Days of Triangulation Are Toast," Vanity Fair, November 17, 2016.

"What America's Economy Needs from Trump," Project Syndicate, November 13, 2016.

"Would a President Trump Be Good for Business?," Tampa Bay Times, November 1, 2016.

"Why the Economy Has Failed So Many - And Why Donald Trump Has the Wrong Answers," Cleveland Plain Dealer, October 26, 2016.

"The One Thing Our Next President Needs to Know About the Economy," Vanity Fair, October 24, 2016.

"How Trump Happened," Project Syndicate, October 14, 2016.

"The Real Scandal Behind the Panama Papers," Vanity Fair, September 29, 2016.

"The Apple Tax Tussle Shows the Need for a New Way of Taxing Profits," with Erika Siu, in Süddeutsche Zeitung, September 19, 2016.

"A Better Economic Plan for Japan," Project Syndicate, September 14, 2016.

"Reform or Divorce in Europe," Project Syndicate, August 22, 2016.

"Why We Left the Panama Commission," with Mark Pieth, TIME, August 10, 2016.

"Globalization and its New Discontents," Project Syndicate, August 5, 2016.

"Trump and the Damage Done," Boston Globe, August 4, 2016.

"From Brexit to the Future," Project Syndicate, July 6, 2016.

"Learning from Namibia," with Anya Schiffrin, Project Syndicate, June 14, 2016.

"Donald Trump's Biggest Vulnerability," Vanity Fair, June 1, 2016.

"Monopoly's New Era," Project Syndicate, May 13, 2016.

"TTIP and Climate Change: A Tale of Two Cities from Paris to Hannover" and "Mit TTIP zerstören Merkel und Obama ihr eigenes Werk" ("Merkel and Obama destroy their own work with TTIP"), Suddeutsche Zeitung, April 21, 2016.

"What's Wrong With Negative Interest Rates?", Project Syndicate, April 13, 2016.

"How Hedge Funds Held Argentina for Ransom," New York Times, April 1, 2016.

"Tricks of the Trade Deal: Six Big Problems with the Trans-Pacific Partnership," Roosevelt Institute, March 28, 2016.

"The New Generation Gap," Project Syndicate, March 16, 2016.

"Closing Developing Countries' Capital Drain," with Hamid Rashid, Project Syndicate, February 18, 2016.

"What's Holding Back the World Economy?", with Hamid Rashid, Project Syndicate, February 8, 2016.

"China's Bumpy New Normal," Project Syndicate, January 27, 2016, and in Columbia Business School Chazen Global Insights, February 1, 2016.

Article in Economic Report of the President, "Chapter 7: The 70th Anniversary of the Council of Economic Advisors," February 2016.

"Argentina's Uncertain Prospects," with Martin Guzman, Project Syndicate, January 29, 2016.

"Sri Lanka's Rebirth," Project Syndicate, January 25, 2016.

Article for New York Magazine's Beginnings: The Breakthrough Moment, January 12, 2016.

"The New Geo-Economics," Project Syndicate, January 8, 2016.


**2015**

"How to Fix Inequality," Boston Globe, December 10, 2015.

"When Inequality Kills," Project Syndicate, November 9, 2015.

"A Step Forward for Sovereign Debt," with Martin Guzman, Project Syndicate, November 9, 2015.

"Tax avoidance Fuels Global Inequality," CNN, October 9, 2015.

"El Gobierno Debe Exigir un Acuerdo Transpacifico que Beneficie a los Mexicanos," with Adam S. Hersh, La Jornada, October 3, 2015.

"The Trans-Pacific Free-Trade Charade," with Adam S. Hersh, Project Syndicate, October 2, 2015.

"Don't Let TPP Jeopardise Malaysia's Future," with Adam S. Hersh, The Malaysian Insider, October 2, 2015.

"Nobel de Economia a Humala: No Permitan que el TPP Encierre al Peru en Relaciones Comerciales Desiguales," with Adam S. Hersh, La Republica, October 1, 2015.

"Fed Up with the Fed," Project Syndicate, September 7, 2015.

"Joseph Stiglitz Explains Why the Fed Shouldn't Raise Interest Rates," Los Angeles Times, August 27, 2015.

"What the United States Owes Puerto Rico," with Mark Medish, The Wall Street Journal, August 13, 2015.

"America in the Way," Project Syndicate, August 6, 2015.

"Greece, the Sacrificial Lamb," The New York Times, July 25, 2015.

"Joseph E. Stiglitz: The U.S. Must Save Greece," Time.com, July 9, 2015.

"Europe Must Back Away from Greek Austerity Cliff: Joseph Stiglitz," USA Today, July 7, 2015.

"Argentina Shows Greece There May Be Life After Default," with Martin Guzman, Huffington Post, June 30, 2015.

"Europe's Attack on Greek Democracy," Project Syndicate, June 29, 2015.

"A Rule of Law for Sovereign Debt," with Martin Guzman, Project Syndicate, June 15, 2015.

"Europe's Last Act?", Project Syndicate, June 5, 2015.

"Inequality, Wealth, and Capital," FEPS Queries Magazine, Summer 2015.

"The Secret Corporate Takeover," Project Syndicate, May 13, 2015.

"Asia's Multilateralism," op-ed on the AIIB, Project Syndicate April 13, 2015.

"A Fair Hearing for Sovereign Debt," with Martin Guzman, Project Syndicate, March 5, 2015.

"Obama Versus Obamacare," with Dean Baker and Arjun Jayadev, Project Syndicate, February 10, 2015.

"A Greek Morality Tale," Project Syndicate, February 3, 2015.

"Don't Trade Away Our Health," The New York Times, January 31, 2015.

"Europe Will Benefit from Greece Being Given a Fresh Start," letter to the Financial Times, signed with several other scholars, January 22, 2015.

"The Politics of Economic Stupidity," Project Syndicate, January 20, 2015.

"Europe's Lapse of Reason," Project Syndicate, January 8, 2015.

"The Chinese Century," Vanity Fair, January 2015.


**2014**

"Inequality and the American Child," Project Syndicate, December 11, 2014.

"Ebola and Inequality," Project Syndicate, November 20, 2014

"Slow Growth and Inequality Are Political Choices. We Can Choose Otherwise." Washington Monthly, December 2014.

"Fed Can Influence Banks to Spread Opportunity," The New York Times, October 28, 2014.

"The Age of Vulnerability," Project Syndicate, October 13, 2014.

"The World Needs a Sovereign Debt Restructuring Mechanism," Emerging Markets, October 12, 2014.

"Debeaking the Vultures," Project Syndicate, October 1, 2014.

"Europe's Austerity Zombies," Project Syndicate, September 26, 2014.

"Comments on wage growth," The Financial Times, September 18, 2014.

"Comments on Scotland," The Sunday Herald, September 14, 2014.

"Democracy in the Twenty-First Century," Project Syndicate, September 1, 2014.

"The Economy Should Serve Society, Finance and Development," September 2014.

"Phony Capitalism," Harper's Magazine, September 2014.

"Argentina's Griesafault," with Martin Guzman, Project Syndicate, August 7, 2014.

"A New U.S. Strategy for Business in Africa," The Financial Times, August 4, 2014.

"A Global System Is Needed for Debt Restructuring," The New York Times, Room for Debate forum on Argentina's default, August 1, 2014.

"The Myth of America's Golden Age," Politico, July/August 2014.

"American Delusions Down Under," Project Syndicate, July 9, 2014.

"Inequality Is Not Inevitable," The New York Times, June 27, 2014.

"Saving a Broken Euro," Queries, June 23, 2014.

"Creating a Learning Society," Project Syndicate, June 3, 2014.

"A Light Unto Cities (lessons from Medellin)," Project Syndicate, May 7, 2014.

"Reforming China's State-Market Balance," Project Syndicate, April 2, 2014.

"Eliminating Extreme Inequality: A Sustainable Development Goal," 2015-2030, with Michael Doyle, Ethics and International Affairs, March 20, 2014.

"On the Wrong Side of Globalization," The New York Times, March 17, 2014.

"The Innovation Enigma," Project Syndicate, March 9, 2014.

"Stagnation by Design," Project Syndicate, February 6, 2014.

"Advanced Malaise," Project Syndicate, January 13, 2014.

"The Great Malaise Drags On," Project Syndicate, January 5, 2014.

"Joint Liability in International Lending: A Proposal for Amending the Treaty of Lisbon," with Kaushik Basu, VOX, January 2, 2014.

## 2013

"In No One We Trust," The New York Times, December 21, 2013.

"An Agenda to Save the Euro," Project Syndicate, December 4, 2013.

"The Insanity of Our Food Policy," The New York Times, November 16, 2013.

"Inequality Is a Choice," The New York Times, October 13, 2013.

"The Global Financial Crisis Has Made Capital Account Management More Important than Ever," Emerging Markets, October 11, 2013.

"Five Years in Limbo," Project Syndicate, October 8, 2013.

"How Washington Caved to Wall Street," TIME, September 23, 2013.

"There Is Still Much to Learn from Lehman," The Financial Times, September 18, 2013.

"Why Janet Yellen, Not Larry Summers, Should Lead the Fed," The New York Times, September 6, 2013.

"The Vultures' Victory," Project Syndicate, September 4, 2013.

"Australia, You Don't Know How Good You've Got It," The Sydney Morning Herald, September 2, 2013.

"How Dr. King Shaped My Work in Economics," The New York Times, August 28, 2013.

"The Wrong Lesson From Detroit's Bankruptcy," The New York Times, August 12, 2013.

"The Changing of the Monetary Guard," Project Syndicate, August 5, 2013.

"How Intellectual Property Reinforces Inequality," The New York Times, July 14, 2013.

"The Free-Trade Charade," Project Syndicate, July 4, 2013.

"Sub-Saharan Africa's Subprime Borrowers," with Hamid Rashid, Project Syndicate, June 25, 2013.

"Japan Is a Model, Not a Cautionary Tale," The New York Times, June 9, 2013.

"East Asia's Lessons for Africa," Project Syndicate, June 3, 2013.

"Globalisation Isn't Just About Profits. It's About Taxes, Too," The Guardian, May 27, 2013.

"Student Debt and the Crushing of the American Dream," The New York Times, May 12, 2013.

"Lives versus Profits," Project Syndicate, May 6, 2013.

"The Lessons of the North Atlantic Crisis for Economic Theory and Policy," IMF Direct, May 3, 2013.

"A New World's New Development Bank," with Nicholas Stern, Amar Bhattacharya, Mattia Romani, Project Syndicate, May 1, 2013.

"A Tax System Stacked Against the 99 Percent," The New York Times, April 15, 2013.

"India's Patently Wise Decision," with Arjun Jayadev, Project Syndicate, April 8, 2013.

"The Promise of Abenomics," Project Syndicate, April 5, 2013.

"Singapore's Lessons for an Unequal America," The New York Times, March 18, 2013.

"What Is Italy Saying?" Project Syndicate, March 4, 2013.

"Equality of Opportunity, Our National Myth," The New York Times, February 16, 2013.

"Complacency in a Leaderless World," Project Syndicate, February 6, 2013.

"No US Peace Dividend After Afghanistan," with Linda Bilmes, Financial Times, January 23, 2013.

"Inequality Is Holding Back the Recovery," The New York Times, January 19, 2013.

"The Post-Crisis Crises," Project Syndicate, January 7, 2013.


**2012**

"Joseph Stiglitz: US Setting 'Terrible Example' with Income Inequality," The Global Post, December 27, 2012.

"Some Are More Unequal Than Others," The New York Times, October 26, 2012.

"Political Causes, Political Solutions for Inequality," The New York Times, October 18, 2012.

"Fallacies of Romney's Logic," USA Today, September 19, 2012.

"The One Housing Solution Left: Mass Mortgage Refinancing," with Mark Zandi, The New York Times, August 12, 2012.

"Debt buries American dream," USA Today, July 5, 2012.

"America is no longer a land of opportunity," Financial Times, June 26, 2012.

"To grow again, attack inequality," New York Daily News, June 24, 2012.

"How policy has contributed to the great economic divide," The Washington Post, June 22, 2012.

"An Economic Agenda for the G20, Emerging Markets," June 14, 2012.

 "The 99 percent wakes up," The Daily Beast, May 2, 2012.

"The 1 Percent's Problem," Vanity Fair, May, 2012.

"End the monopoly: Let's make it a real World Bank at last," Financial Times, March 18, 2012.

"The US labour market is still a shambles," Financial Times, March 12, 2012.

"The Book of Jobs," Vanity Fair, January 2012.


**2011**

"Achieving the Impossible, Emerging Markets," September 22, 2011.

"America's Costly War Machine," with Linda Bilmes, Los Angeles Times, September 18, 2011.

"How to put America back to work," Politico, September 7, 2011.

"How to make the best of the long malaise," Financial Times, August 9, 2011.

"Europe finally admits its debt problem to save the Euro," Financial Times, July 22, 2010.

"Eurozone's problems are political, not economic," Financial Times, July 20, 2011.

"Europe's travails and our collective fate," The New York Times and International Herald Tribune, July 19, 2011.

Response to PBS story on Fannie Mae, PBS NewsHour Web site, July 1, 2011.

"We must help Tunisia to nurture democracy," Financial Times, May 25, 2011.

"The IMF cannot afford to make a mistake with Strauss-Kahn's successor," The Telegraph, May 21, 2011.

"Of the 1%, by the 1%, for the 1%," Vanity Fair, May 2011.

"ECB-IMF deal is a noose that will strangle economic recovery," with Michael Cragg, Irish Times, April 9, 2011.

"The best alternative to a new global currency," Financial Times, March 31, 2011.

"Why I didn't sign deficit letter," Politico, March 28, 2011.

"A balanced debate about reforming economics," IMF blog, March 22, 2011.

"Turbulence ahead: another year of malaise along the Atlantic," Newsweek, January 23, 2011.


**2010**

"The Economic Outrage of 2010," New York Daily News, December 22, 2010.

"Federal Spending Is a Necessity," Los Angeles Times, November 14, 2010.

"A Currency War Has No Winners," The Guardian, November 1, 2010.

"Why Easier Money Won't Work," The Wall Street Journal, October 23, 2010.

"To Choose Austerity Is to Bet It All on the Confidence Fairy," Guardian, October 19, 2010.

"It Is Folly to Place All Our Trust in the Fed," Financial Times, October 18, 2010.

"Time to Build a Better Stimulus," Politico, September 15, 2010.

"The True Cost of the Iraq War: $3 Trillion and Beyond," with Linda J. Bilmes, The Washington Post, September 5, 2010.

"Needed: a New Economic Paradigm," Financial Times, August 19, 2010.

"Taming Finance in an Age of Austerity," Project Syndicate, July 8, 2010.

"Fiscal Conservatism May Be Good for One Nation, but Threatens Collective Disaster," The Independent, June 15, 2010.

"Reach Equals Grasp on Banking Bill," Politico, June 7, 2010.

"Financial Re-Regulation and Democracy," Project Syndicate, June 4, 2010.

"Protect Taxpayers from Wall Street Risk," CNN.com, May 3, 2010.

"Can the Euro Be Saved?", Project Syndicate, May 2010.

"The Non-Existent Hand," London Review of Books, April 22, 2010.

"The Case Against Gene Patents," with John Sulston, Wall Street Journal, April 16, 2010.

"Build Strong Rules for Finance System," Politico, April 12, 2010.

"No Time for a Trade War," Project Syndicate, April 6, 2010.

"The Dangers of Deficit Reduction," Project Syndicate, March 5, 2010.

"Obama Must Resist "Deficit Fetish"" Politico.com, February 10, 2010.

"Watchdogs Need Not Bark Together," Financial Times, February 10, 2010.

"Obama's Banking Proposals are a Good First Step," LA Times, January 29, 2010.

"Obama's Falling Down on the Job," New York Daily News, January 29, 2010.

"A Principled Europe Would Not Leave Greece to Bleed," The Guardian (UK), January 25, 2010.

"Incentives and the Performance of America's Financial Sector," testimony at the Hearing on Compensation in the Financial Industry, House Committee on Financial Services, January 22, 2010.

"Economics: Facing a Marked Global Reversal," Financial Times, January 3, 2011.

"Overcoming the Copenhagen Failure," Project Syndicate, January 2010.


**2009**

"The Imperative for Improved Global Economic Coordination," Development Outreach, December 2009.

"Too Big to Live," Project Syndicate, December 2009.

"Let a Hundred Theories Bloom," Project Syndicate, November 2009.

"Death Cometh for the Greenback," The National Interest, October 27, 2009.

"For all of Obama's Talk of Overhaul, the US has Failed to Wind in Wall Street," The Guardian (UK), September 14, 2009.

"GDP Seen as Inadequate Measure of Economic Health," by David Jolly, New York Times, September 14, 2009.

"Towards A Better Measure of Well-Being," Financial Times, September 13, 2009.

"Thanks to the Deficit, the Buck Stops Here," Washington Post, August 30, 2009.

"Stimulate or Die," Project Syndicate, August 2009.

 "The US in Iraq: An Economics Lesson," LA Times, July 2, 2009.

"The UN Takes Charge," Project Syndicate, July 2009.

"Wall Street's Toxic Message," Vanity Fair, July 2009.

"One Small Step Forward," The Guardian (UK), June 28, 2009.

"A Global Recovery for a Global Recession," The Nation, June 24, 2009.

"America's Socialism for the Rich," Project Syndicate, June 2009.

"The Spring of the Zombies," Project Syndicate, May 2009.

"Obama's Ersatz Capitalism," The New YorkTimes, April 1, 2009.

"Developing Countries and the Global Crisis," Project Syndicate, April 2009.

"Reform is Needed. Reform is in the Air. We Can't Afford to Fail," The Guardian (UK), March 27, 2009.

"A Bank Bailout That Works," The Nation, March 23, 2009.

"Obama's Chance to Lead the Green Recovery," with Nicholas Stern, Financial Times, March 4, 2009.

"How to Fail to Recover," Project Syndicate, March 2009.

"Davos Man's Depression," Project Syndicate, February 2009.

"Give us Bangs for our Bailout Bucks," The Times (London), January 27, 2009.

"How to Rescue the Bank Bailout," CNN.com, January 26, 2009.

"Do Not Squander America's Stimulus on Tax Cuts," Financial Times, January 15, 2009.

"Recommendations for Immediate Action," a statement from the first meeting of the Comission of Experts, January 4-6, 2009, New York.

"The Rocky Road to Recovery," Project Syndicate, January 2009.

"The $10 Trillion Hangover: Paying the Price for Eight Years of Bush," Harper's Magazine, January 2009.


**2008**

"Markets Can't Rule Themselves," Newsweek, December 31, 2008.

"Chapter 11 is the Right Road for America's Carmakers," The Financial Times, December 12, 2008.

"Getting Bang for Your Buck," The Guardian (UK), December 5, 2008.

"The Triumphant Return of John Maynard Keynes," Project Syndicate, December 2008.

"The Seven Deadly Deficits," Mother Jones Magazine, November/December 2008.

"A $1 Trillion Answer," New York Times, November 29, 2008.

"It Doesn't Take Nostradamus," Economists' Voice, November 2008.

"Dealing with the Global Crisis," Q&A for the International Herald Tribune, November 18, 2008.

"Global Crisis, Made in America," Der Spiegel, November 12, 2008.

"Financial Crisis: Europe's Leaders Can Seize This Opportunity to Fill the Leadership Gap," The Daily Telegraph (UK), November 11, 2008.

"More Pain to Come, Even if He's Perfect," Washington Post, November 9, 2008.

"Let's Throw Away the Rule Book," The Guardian (UK), November 6, 2008.

"The Next Bretton Woods," Project Syndicate, November 2008.

"Realign the Interests of Wall Street," Harpers Magazine, November 2008.

"Reversal of Fortune," Vanity Fair, November 2008 issue.

"Dear Mr. President: Advice from Seven Nobel Laureates on Fixing the Economy," Newsweek, October 22, 2008.

"A Crisis of Confidence," The Guardian (UK), October 22, 2008.

Testimony on "The Future of Financial Services Regulation," House Financial Services Committee, October 21, 2008.

Economist.com Online Debate: Con side of "It would be a mistake to regulate the financial system heavily after the crisis," Economist online, October 17, 2008.

"How to Get Out of the Financial Crisis," Time Magazine, October 17, 2008.

"Guided by an Invisible Hand," New Statesman (UK), October 16, 2008.

"Paulson Tries Again," The Guardian, October 16, 2008.

"The Dismal Questions," The New York Times, October 7, 2008.

"Good Day for Democracy," The Guardian (UK), October 1, 2008.

"We Aren't Done Yet: Comments on the Financial Crises and Bailout," The Economists' View, October 2008.

"A Chance to Improve the Bail-out," USA Today, September 30, 2008.

"Bail-out Blues," The Guardian (UK), September 30, 2008.

"A Better Bail-out," The Nation.com, September 26, 2008.

"Dr. Joseph Stiglitz, Interview with Ron Garmon about the Financial Crisis and the Iraq war," LA City Beat, September 24, 2008.

"Commentary: How to Prevent the Next Wall Street Crisis," CNN.com, September 17, 2008.

"Stiglitz: The Fall of Wall Street is to Market Fundamentalism What the Fall of the Berlin Wall Was to Communism," interview with Nathan Gardels, The Huffington Post, September 16, 2008.

"The Fruit of Hypocrisy," The Guardian (UK), September 16, 2008.

Transcript of Interview on the Turmoil on Wall Street, Lou Dobbs Tonight, September 15, 2008.

"Little Risk of Great Depression Repeat," AFP News, September 15, 2008.

"Falling Down: No manufacturing. No new ideas. What's our economy based on?" The New Republic, September 10, 2008 issue.

"Kevin Conrad - Heroes of the Environment 2008," Time Magazine, September 2008.

"Learning the Lessons of Iraq," Project Syndicate, September 2008.

"Is this any way to rebuild Iraq? by Joseph Stiglitz and Linda Bilmes, The Los Angeles Times, August 15, 2008.

"Turn Left for Growth," Project Syndicate, August 2008.

"Stiglitz on Central Banks and Inflation," Interview on Europe this Week, July 31, 2008.

"Fannie and Freddie Must Not Get a Free Lunch," The Financial Times, July 25, 2008.

 "Science is Being Held Back by Outdated Laws," Letter with John Sulston, The Times (London), July 5 2008.

"The End of Neo-Liberalism?" Project Syndicate, July 2008.

"Joseph Stiglitz talks to the Sunday Times," Sunday Times (UK), June 15, 2008.

"Scarcity in an Age of Plenty," The Guardian UK, June 15, 2008.

"Joseph Stiglitz on Recession," interview with James Harris, TruthDig, June 3, 2008.

"Stagflation Redux," Inc. Magazine, June 2008.

"Scarcity in an Age of Plenty," Project Syndicate, June 2008.

"Fair Trade: The Fair Play Debate," The National Interest, Number 95, May/June 2008.

"The Failure of Inflation Targeting," Project Syndicate, May 2008.

"Deficit, Schmeficit," Conde Nast Portfolio, May 2008 Issue.

 "A Deficit of Leadership, Comment is Free," The Guardian (UK), April 8, 2008.

"$3 Trillion May Be Too Low, by Joseph Stiglitz and Linda Bilmes, Comment is Free, The Guardian (UK), April 6, 2008.

"Stiglitz on US Economy," interview with Anna Martin, CNBC, April 2, 2008.

"America's War-Torn Economy," Project Syndicate, April 2008.

"The Three Trillion Dollar War," Project Syndicate, April 2008.

"The $3 Trillion War," an excerpt from the book "The Three Trillion Dollar War" by Stiglitz and Linda Bilmes, in Vanity Fair, April 2008 issue.

"Ways We Can Fix This Giant Mess," Newsweek, March 31, 2008.

"Are We in the Worst Financial Crisis and Can We Solve it? You Ask the Questions..." The Independent (UK), March 24, 2008.

"Economist Stiglitz Blames Crunch on 'Flawed' City Bonuses System," by Sean O'Grady, The Independent (UK), March 24, 2008.

"There is no Such Thing as a War for Free, by Joseph Stiglitz and Linda Bilmes, Chicago Tribune, March 20, 2008.

"Stiglitz: U.S. Fiscal Measures Too Little Too Late," by Brian Fallow, New Zealand Herald, March 19, 2008.

"The High Cost of Fighting a Losing Battle, by Joseph Stiglitz and Linda Bilmes, The Financial Times, March 18, 2008.

"War's price tag, by Joseph Stiglitz and Linda Bilmes, Los Angeles Times, Sunday, March 16, 2008.

"The Iraq War Will Cost Us $3 Trillion, and Much More, by Joseph Stiglitz and Linda Bilmes, The Washington Post, Sunday, March 9, 2008.

"The Three Trillion Dollar War," Project Syndicate, March 2008.

"Iraq War Caused Slowdown in the US," by Peter Wilson, The Australian, February 28, 2008.

"War at Any Cost? The Total Economic Costs of the War Beyond the Federal Budget," written testimony for the Joint Economic Committee, February 28, 2008.

"The Three Trillion Dollar War," with Linda Bilmes, The Sunday Times (London), February 23, 2008.

"Alpine Schadenfreude," Project Syndicate, February 2008.

"How to Stop the Downturn," The New York Times, January 23, 2008.

"Day of Reckoning in the US Glasshouse," The Times (London), January 21, 2008.

"Stagflation Cometh," The Guardian (UK), January 2, 2008.

"Ask a Question: The Three Trillion Dollar War, readers' questions answered by Joseph Stiglitz and Linda Bilmes, McClatchy Newspapers.


**2007**

"Showdown in Bali," Project Syndicate, December 2007.

"The Economic Consequences of Mr. Bush," Vanity Fair, December 2007.

"Financial Hypocrisy," Project Syndicate, November 2007.

"America's Houses of Cards," Project Syndicate, October 2007.

"Bleakonomics: Review of The Shock Doctrine: The Rise of Disaster Capitalism, by Naomi Klein," New York Times Sunday Book Review, September 30, 2007.

"Q&A with Joseph Stiglitz on economic and climate change," International Herald Tribune, September 26, 2007.

"The Malaysian Miracle," Project Syndicate, September 2007.

"America's Day of Reckoning," Project Syndicate, August 2007.

"The Asian Crisis Ten Years After," Project Syndicate, July 2007.

"Questions for Robert Zoellick," Project Syndicate, June 2007.

"The World Bank and Development Assistance Testimony," presentation before the House Financial Services Committee May 22, 2007.

"The Wolfowitz Affair and its Consequences," The Financial Times, May 6, 2007.

"Good Governance Begins at Home," Project Syndicate, May 2007.

"Getting Beyond Balanced Budget Mania and Addressing the Nation's Needs," Transcript of event at "Beyond Balanced Budget Mania," Economic Policy Institute, April 12, 2007.

"China's New Economic Model," Project Syndicate, April 2007.

"The EUs Global Mission," Project Syndicate, March 2007.

"Prizes, Not Patents," Project Syndicate, March 2007.

MBA Podcast: "Making Globalization Work," Times Online, February 18, 2007.

"Managing Globalization, Q&A with Joseph Stiglitz," International Herald Tribune, February 14, 2007.

The Most Global Issue, Our Planet, the magazine of the United Nations Environment Programme, February 2007.

"Will the Dam Break in 2007?", Project Syndicate, January 2007.


**2006**

"John Kenneth Galbraith Understood Capitalism as Lived - not as Theorized," The Christian Science Monitor, December 28, 2006.

"The Phelps Factor," Project Syndicate, December 2006.

"A Cool Calculus of Global Warming," Project Syndicate, November 2006.

"Taking Control of Globalization," The Seattle Post-Intelligencer, October 13, 2006.

"Managing Globalization: Q&A with Joseph Stiglitz," The International Herald Tribune, October 11, 2006.

"Can the World Economy Be Saved?", The Toronto Globe and Mail, October 12, 2006.

"How to Fix the Global Economy," The New York Times, October 3, 2006.

"Good Numbers Gone Bad," Fortune Magazine, October 2, 2006.

"The Tyranny of King Cotton," Project Syndicate, October 2006.

"Corrupting the Fight Against Corruption," Project Syndicate, October 2006.

"How Globalization Could Help Ease Global Warming," The San Francisco Chronicle, September 17, 2006.

"Give Prizes not Patents," The New Scientist, September 16, 2006.

"We Have Become Rich Countries of Poor People," The Financial Times, September 8, 2006.

"Making Globalization Work," The Guardian, September 7, 2006.

"Making Globalization Work," Project Syndicate, September 2006.

"The Real Reason You're Held up at the Airport," The London Evening Standard, August 25, 2006.

"An Airport Debacle Worsened by Greed and Neglect," The Financial Times, August 22, 2006.

"The Demise of the Development Round," Project Syndicate, August 2006.

"America's New Trade Hypocrisy," with Hamid Rashid, Project Syndicate, July 2006.

"Who Owns Bolivia?" Project Syndicate, June 2006.

"The IMF's America Problem," Project Syndicate, May 2006.

"A Progressive Response to Globalization," The Nation, "Taming Global Capitalism Anew" forum, April 17, 2006 issue.

"Development in Defiance of the Washington Consensus," The Guardian, April 13, 2006.

"China's Roadmap," Project Syndicate, April 2006.

"Markets and Morals," The Atlantic Monthly, April 2006, pp. 44.

"The High Cost of the Iraq War," The Economists' Voice, Vol.3, Issue 5, March 2006.

"Bush's Bad-Faith Energy Policy," Project Syndicate, March 2006.

"It Takes More than Free Trade to End Poverty," The Independent, February 3, 2006.

"War's Stunning Price Tag," op-ed by Joseph Stiglitz and Linda Bilmes from LA Times, January 17, 2006

"A Tale of Two Deficits," Global Agenda, The Magazine of the World Economic Forum Annual Meeting, 2006, pp. 85-86.

**2005**

"The Doha Round is Missing the Point on Helping Poor Countries," with Andrew Charlton, The Financial Times, December 13, 2005

"Conservation: Analysis: This is a bold initiative that could unite the whole world," The Independent, December 12, 2005

"The Ethical Economist, Review of 'The Moral Consequences of Economic Growth,' by Benjamin M. Friedman," Foreign Affairs, November/December 2005

"The Way to Help Ourselves by Helping Others," with Andrew Charlton, The Daily Telegraph, November 28, 2005

"Progressive Dementia," The Atlantic Monthly, November 2005

"America has Little to Teach China about a Steady Economy," Financial Times, July 27, 2005

"No Old-Age Security in the Private Sector Either," Los Angeles Times, May 22, 2005.

"Global Playing Field: More Level, but It Still Has Bumps," Review of Thomas Friedman's book The World is Flat, The New York Times, April 30, 2005.

"China's Alternative to Revaluation," with Lawrence Lau, The Financial Times, April 25, 2005

"Reforms Take the Security out of Social Security," Financial Times, March 21, 2005

"Securing Social Security for the Future," The Economists' Voice, Special Issue on Social Security, Volume 2, Issue 1, 2005.

## 2004

"It's not the Economy, Stupid," Financial Times, September 28, 2004

"We Can Now Cure Dutch Disease," The Guardian, August 18, 2004

"New Trade Pacts Betray the Poorest Partners," New York Times, July 10, 2004

"It Is Time for a True Development Trade Round," Financial Times, June 20, 2004

"The Social Costs of Globalization," Financial Times, February 25, 2004.

"That Was Then," The American Prospect, February 2004.

"The Broken Promise of NAFTA," New York Times, January 6, 2004

"The Parties' Flip-Flops on Deficit Spending: Economics or Politics?", The Economists' Voice, Volume 1, Issue 1, 2004.

## 2003

"My Book and Its Discontents," Aspenia International: Is the West Still the West, 9(19-20), 2003, pp.9-25. Also in Italian under "Tutti gli Errori del Fondo Monetario Internazionale," Aspenia: Il Prezo dell'Impero, 9(20), 2003, pp. 10-28.

"A Deficit of Fiscal Smarts," San Francisco Chronicle, December 21, 2003

"Do as the US Says, Not as it Does," The Guardian, October 29, 2003

"The Ideas Exchange: Economic View - How America Lost its Balance," The Independent, October 5, 2003

"Odious Rulers, Odious Debts," The Atlantic Monthly, September 10, 2003.

"Trade Imbalances," The Guardian, August 15, 2003

"Terrorism: There's No Futures in It," The LA Times, July 31, 2003

"Don't Trust Technocrats," The Guardian, July 16, 2003

"Biting the Budget Bullet: Why Raising Taxes is the Least Painful Way Out of the State's Fiscal Crisis," with Peter Orszag, The Boston Globe, April 27, 2003

"The Ruin of Russia," The Guardian, April 9, 2003

"Bush's Tax Plan - The Dangers," The New York Review of Books, March 13, 2003.

"Fair Play? Not Always In Fair-Trade Treaties," The Nation, February 18, 2003.

"Economists' Statement Opposing the Bush Tax Cuts," Economic Policy Institute, February 2003.


**2002**

"There Is No Invisible Hand," The Guardian, December 20, 2002

"Rewriting History," The Moscow Times, November 27, 2002

"White House Economic Policies Are Bankrupt," The Los Angeles Times, October 2, 2002

"The Disastrous Consequences of a World Without Balance," Financial Times, September 23, 2002

"A Second Chance for Brazil and the IMF," New York Times, August 14, 2002

"Argentina, Shortchanged: Why the Nation that Followed the Rules Fell to Pieces," Washington Post, May 12, 2002

"Accounting for Options," Wall Street Journal, May 3, 2002

"Overseas Aid is Money Well Spent," Financial Times, April 14, 2002

"Global Greenbacks," Economic Times, March 22, 2002

"Globalism's Discontents," The American Prospect, January 14, 2002.


**2001**

"Thanks for Nothing," Atlantic Monthly, October, 2001


**2000**

"What I Learned at the World Economic Crisis," New Republic, April 17, 2000


**1998**

"Virtue Should be Granted its Reward; Instead of Reducing Foreign Aid to an All-time Low, Donors Should Target it at Developing World's Well-Governed Countries," The Guardian (London), November 16, 1998.

**Online publications, testimonies etc.**

"Brief of Joseph E. Stiglitz as *Amicus Curiae* in Support of Petitioners," for *Esther Kiobel, et al. v. Royal Dutch Petroleum Co., et al.,* in the Supreme Court of the United States, December, 2011.

"Brief of Joseph E. Stiglitz as *Amicus Curiae* in Support of Petitioners," for *Republic of Argentina, Petitioner, v. NML Capital Ltd., et al., Respondents*, in the Supreme Court of the United States, March 24, 2014.

"Budget Cuts vs. Tax Increases at the State Level: Is One More Counter-Productive than the Other During a Recession?" with Peter Orszag, Center on Budget and Policy Priorities Report, Nov. 6, 2001. http://www.cbpp.org/10-30-01sfp.htm.

"Declaration of Joseph E. Stiglitz, Ph.D", for ACLU regarding BRCA patents, Case 1:09-cv-04515-RWS, Document 224, Filed 01/20/2010, the United States District Court for the Southern District of New York.

"I Dissent: Unconventional Economic Wisdom," monthly column for Project Syndicate, an association of over 150 newspapers around the world. http://www.project-syndicate.org/series/series_list.php4?id=11.

"The Impact of Paying for College on Family Finances," with Laura Tyson, Peter Orszag, and Jonathan Orszag, commissioned by UPromise, Inc., November 2000. http://www.upromise.com/pdfs/tysonStiglitzResearch.pdf.

"Implications of the New Fannie Mae and Freddie Mac Risk-based Capital Standard," with Jonathan M. Orszag and Peter R. Orszag, *Fannie Mae Papers*, I(2), March 2002. http://www.sbgo.com/Papers/fmp-v1i2.pdf.

"Incentives and the Performance of America's Financial Sector, House Committee on Financial Services, Hearing on Compensation in the Financial Industry," testimony by Joseph E. Stiglitz, January 22, 2010. http://financialservices.house.gov/media/file/hearings/111/stiglitz.pdf.

"On the Need for Increased Capital Requirements for Banks and Further Actions to Improve the Safety and Soundness of America's Banking System," testimony before the Senate Banking Committee, August 3, 2011. http://www.banking.senate.gov/public/index.cfm?FuseAction=Files.View&FileStore_id=97cec3e1-2d1d-44fa-acd9-a0a1bc640bc4.

"Optimal Fire Departments: Evaluating Public Policy in the Face of Externalities," with Peter R. Orszag, The Brookings Institution, Jan. 4, 2002. http://www2.gsb.columbia.edu/faculty/jstiglitz/download/papers/2002_Optimal_Fire_Depts.pdf.

"The Role of Government in a Digital Age," with Peter Orszag and Jonathan Orszag, study commissioned by the Computer & Communications Industry Association, October 2000.

A-111

"Statement of Joseph Stiglitz at Center on Budget and Policy Priorities Press Conference," Center on Budget and Policy Priorities Report, Oct. 26, 2001. http://www.cbpp.org/10-26-01bud.htm

"Too Big to Fail or Too Big to Save? Examining the Systemic Threats of Large Financial Institutions," testimony at a hearing of the United States Congress's Joint Economic Committee, April 21, 2009. http://www.jec.senate.gov/public/?a=Files.Serve&File_id=6b50b609-89fa-4ddf-a799-2963b31d6f86.

"Tax Cuts are not Automatically the Best Stimulus: A Response to Glenn Hubbard," with Peter Orszag, Center on Budget and Policy Priorities Report, Nov. 27, 2001. http://www.cbpp.org/11-27-01tax.pdf

"The True Cost of the War," testimony with Linda J. Bilmes at the House Committee on Veterans' Affairs, September 30, 2010, http://veterans.house.gov/hearings/Testimony_Print.aspx?newsid=632&Name=_Linda_J._Bilmes

"U.S. versus Microsoft, Declaration as Part of The Tunney Act Proceeding," with Jason Furman, commissioned by the Computer & Communications Industry Association, Jan. 28, 2002. http://www.sbgo.com/Papers/tunney_jesjf.pdf

"Witness Testimony of Joseph E. Stiglitz," Congressional Oversight Panel, Hearing on Impact of the TARP on Financial Stability, March 4, 2011. http://cybercemetery.unt.edu/archive/cop/20110401230935/http://cop.senate.gov/documents/testimony-030411-stiglitz.pdf.

**Other outside activities**

**Speaking engagements at some point during the past five years**

List includes lectures, speeches, and participation in panels. To view a select chronological list of Professor Stiglitz's speeches and links to powerpoints, videos, and speech texts, please visit his website, www.josephstiglitz.com. For more information on this list or an item on it, please write to stiglitzpress@gmail.com.

92nd Street Y, Abraaj Capital, Absa Capital African Central Banks Conference, Academy of Achievement, Academy of Behavioral Finance & Economics, Acumen Fund, Adana Young Businessmen Association (Turkey), ADC Forum (Australia), Advanced Graduate Workshop on Poverty, Development and Globalization (Bangalore), Affordable World Security Conference, AFL-CIO, African Export-Import Bank Advisory Group on Trade Finance and Export Development in Africa, All Party Parliamentary Group on Inclusive Growth of the UK, American Academy of Political and Social Science, American Bar Association, American Civil Liberties Union, American Economic Association (AEA) / Allied Social Science Association, American Federation of Labor and Congress of Industrial Organizations, Amundi, Annual India Business Conference (Columbia), Ansonia Independent Democratic Club, Asia Society, Asia Society (Hong Kong), Asian Development Research Institute, Associação Portuguesa de Empresas de Distribuição, Association for Evolutionary Economics, Atlanta Fed, Atlantic Council, Australia and New Zealand Banking Group Limited, Australia Institute, Australian Conference of Economists, Australian Institute of Superannuation Trustees (AIST), Azim Premji University, B&C Industrieholding, Bachelet Commission on Pension Re-reform, Bank of Singapore, Bank of Uganda, Barcelona Graduate School of Economics, Barclays, Barnes & Noble, Berggruen Institute, Bertelsmann Foundation, Blackwood Capital, BNDES - Brazilian Development Bank, Bohemian Club (Sonoma, California), BRICS International Competition Conference, British Academy, Brooklyn Public Library, B-Team, Calouste Gulbenkian Foundation, Camera dei Deputati (Italy), Carbon Commission, Carbon Pricing Leadership Coalition (CPLC), Catholic University of the Sacred Heart, Center for a New Economy (CNE), Center for Economic Development (Australia), Center for Popular Democracy, Center for Public Integrity, Center for Public Policy Debate (Brazil), Center of Studies of the University of Alcalá, Center on Global Economic Governance, Center on Japanese Economy and Business, Centre for International Governance Innovation, Centre of Excellence in Population Aging Research (Australia), Charles Krause Gallery, Chatham House, Chicago Council on Global Affairs, Chifley Research Centre (Australia), China Development Research Foundation, China Development Research Foundation (CDRF), China Entrepreneur Club, China Finance 40 Forum, China Machinery Press, Citi, City of Sydney, City University of New York, Clinton Global Initiative, CLSA Investors' Forum, Columbia Club of New York, Columbia European Society, Columbia Global Center (Turkey), Columbia Real Estate Forum, Columbia University Alumni Assocation (Bangalore), Columbia University Club, Comisiones Obreras (CCOO), Committee for Economic Development of Australia, Committee of 100, Committee on Global Thought, Committee on Japan's Long-term Low Carbon Vision, Commonwealth Club, Conference on Development Policy Options in Myanmar, Cornell Club, Council of Eminent Persons, Council on Foreign Relations, Coursera, Crawford School of Economics, Credit Suisse, Cultural Services of the French Embassy (New York), Deakin University (Australia), DeGroote School at McMasters University, Democratic Party of Japan, Dhurakij Pundit University, Discovery Leadership Conference (South Africa),

Doosan Global Business Forum, Dubai World Government Summit, Economic and Social Research Institute, Economic Commission for Latin America and the Caribbean (ECLAC), Economic Society of Australia, ECOSOC, Edinburgh Book Festival, Employment and Social Affairs Committee (EU Parliament), Ernst and Young, ETH Zurich, European Parliament Members Inquiry Committee (PANA), European Pensions & Investments Summit, European Petrochemical Association, Federal Department of Foreign Affairs (Switzerland), Federal Reserve System, Feltrinelli Foundation, Financial Conduct Authority, Fondation Jean Jaurès, Ford Foundation, Fordham University, Foundation for European Progressive Studies (FEPS), Free Library of Philadelphia, Friedrich-Ebert-Stiftung, Frontiers of Thought, Fundación RAP, George Washington University Law School, German Council on Foreign Relations, Gerson Lehrman Group, Global Alliance for Tax Justice, Global Development Institute, Global Economic Symposium, Global Relations Forum, Government of Chile, Government of China, Government of Colombia, Government of Cuba, Government of Japan, Government of Mexico, Government of Namibia, Government of Panama, Government of Scotland, Government of South Africa, Government of Sri Lanka, Government of Tunisia, Government of United Arab Emirates, Greenpeace, Hans Boecker Foundation, Harvard Business School, Harvard Club, Harvard University, HEC Paris, Hessian State Centre for Civic Education, Hitachi Innovation Forum, Hong Kong Trade Development Council (Asia Financial Forum), House Democratic Caucus Issues Conference, How To Academy, Icahn School of Medicine at Mt. Sinai, IHEC School of Business  (Tunisia), Independent Commission for the Reform of International Corporate Taxation, Independent Commission for the Reform of International Corporate Taxation, Initiative for Policy Dialogue (IPD), Innovasjon Norge, Institute for Human Rights and Business, Institute for New Economic Thinking (INET), Institute for Science, Engineering and Public Policy, Institute of Development Studies Kolkata, Institute of Latin American Studies at Columbia University, Intergovernmental Group of 24, International Bar Association, International Economics Association, International Federation of Accountants, International Institute for Journalism, International Institute of Information Technology (Bangalore), International Labour Organization, International Monetary Fund, International Political Science Association World Congress, International Summit of Cooperatives, Istituto di Studi Economici e per l'Occupazione (I.S.E.O.), Italian Cultural Institute, Japan Broadcasting Corporation (NHK), Japan International Cooperation Agency, Jewish Community Center, Joseph Crowley, Joseph Fisher Lecture, Julius Baer, Kairos, Kentucky Author Forum, Khazanah (Malaysia), Kiel Institute, Koç Holding, Korea Business News, Labour Party of the UK, Lanxess, Le Havre Forum, Les Entretiens du Tresor, Libera Universita Internazionale degli Studi Sociali (LUISS), Lindau Nobel Laureate Meetings, lit.COLOGNE, Living Liberally, London School of Economics, Lotos Club, Lugano Fund Forum, LUISS University, Luxembourg Income Study, Lycee Francaise (New York), Macao International Environmental Co-operation Forum & Exhibition, Marche Polytechnic University, Martha's Vineyard Hebrew Center Summer Institute, Masic Investment Forum, Massachusetts Institute of Technology, Mexican Association of Insurance Companies, Milestones Conference, Ministry of Finance (Ethiopia), Ministry of Finance (Indonesia), Monetary Authority of Macau, Morgan Stanley Investment Management, MS Europa, Museum of American Finance, Myanmar Federation of Chambers of Commerce and Industry (sponsored by UNDP and

A-115

Myanmar Development Research Institute), Nasscom, National Assembly (France), National Association for Business Economics (NABE), National Association of Economists and Accountants of Cuba (ANEC), National Press Club, National Tax Association, Negotiators of the Trans-Pacific Partnership, New Democratic Party of Canada, New York City Bar Association, New York Hedge Fund Roundtable, New York Historical Society, New York Public Library, New York University, NMS Management, North Jersey Public Policy Network , OECD, Open Society Institute, Organisation for Economic Co-operation and Development, Otis University, Oxfam, Oxford Blavatnik School, Oxford Fulbright Distinguished Lecture in International Relations, Oxford Martin School, Paris School of Economics, Parliament of Scotland, Pew Charitable Trusts, Phoenix Group, Polish Chamber of Commerce, Pontifical Academy of Social Sciences, Princeton University Press, Princeton University's Griswold Center for Economic Policy Studies, Productivity Commission (Australia), Program for Economic Research, Progressive Alliance of Socialists and Democrats (European Parliament), Progressive Economy Annual Forum (Belgium), Public Eye Awards, Public Pension Funding Forum (Columbia), Public Theater, Rabobank, Raising the Bar, Ramapo College, Real Academia de Ciencias Económicas y Financieras, Reinventing Bretton Woods Committee, Renmin University, Research Institute for Development, Growth and Economics (RIDGE), Reserve Bank of India, Resources for the Future, Responsible Endowments Coalition, Rockefeller Brothers Fund, Roosevelt Institute, Rosa DeLauro, Royal Bank of Canada, Royal Geographical Society , Royal Society for the Encouragement of Arts, Manufactures and Commerce, Russell Sage Foundation, Rutgers University, Sacred Heart school (New York), Sapienza University of Rome, Sceintific Council for Government Policy (Netherlands), School of International and Public Affairs at Columbia University, Sciences Po, Scuola Superiore Sant'Anna, SEC, Securities & Exchange Commission, Shanghai Jiaotong University, Shearman and Sterling, LLP, Social Business Awards (France), Society for Progress, Society of Corporate Secretaries and Governance Professionals, Spanish Royal Academy, Standard Chartered, Starmus Festival, Statoil, Stuyvesant High School, Sun Hung Kai Properties, Swedish International Development Cooperation Agency (SIDA), Swiss International Finance Forum, Tamer Center, Tannenbaum Lecture (Columbia), The Chinese University of Hong Kong, The Commonwealth, The Economist, The Greens/European Free Alliance (European Parliament), The New Republic, The New School, The Overseas Development Institute, Tiger Forum (France), Tokyo International Conference on African Development, Town Hall Seattle , Trento Festival of Economics , Trinity College, Tsinghua University, Turkish Economic Association, UBS, UK Treasury, UNDESA, UNDP, UNESCO, UNFPA, UNICEF, Union Investment, United Nations, United Nations Conference on Trade and Development, United Nations Development Programme, United Nations Economic and Social Commission for Asia and the Pacific, United Nations High-Level Panel on Innovation and Access to Medicines, United Nations Industrial Development Organization, United Nations Office of the High Commissioner for Human Rights, United Nations Panel Sovereign Debt Vulnerabilities and the Opportunity for a New Debt Workout Mechanism Building on the UNGA process, United Nations University World Institute for Development Economics Research (UNU-WIDER), United States Congress, United States Senate, United States Senate Budget Committee, United States State Department, Universidad del Rosario, Universidad

Nacional de Cordoba (Argentina), Universite Paris-Dauphine, University of Adelaide, University of British Columbia, University of California at Berkeley, University of Chicago Booth School of Business, University of Fribourg (Switzerland), University of Goettingen, University of Havana, University of Hawaii, University of Heidelberg, University of Hyderabad, University of Macao, University of New South Wales, University of Oslo, University of Ottawa, University of Split (Croatia), University of Trento, University of Zurich, Vector Casa de Bolsa, Victoria University, Vienna University of Economics and Business, Virginia Festival of the Book, Washington Center for Equitable Growth, Ways With Words Festival (Totnes, UK), Winton Capital Management, Women's Alternative Investment Summit, World Affairs Council, World Bank, World Economic Forum, World Health Organization, World Leaders Forum, World Technology Network, World Urban Forum, Yale Institution for Social and Policy Studies, Youth Forum on Foreign Policy (India), ZFU International Business School.

**Additional outside activities (including consulting, advising, paid and unpaid) at some point during last five years:**

CFTC-SEC Advisory Committee on Emerging Regulatory Issues (Member), Acumen Fund (member of the board), Amherst College (member of board of trustees), Resources for the Future (member of board of trustees), Alliance for Climate Projection, Center for Global Development, Economic Research Forum (Cairo), Barcelona Graduate School of Economics Advisory Scientific Council, International Advisory Board, Statoil and Docomo, Scientific Advisory Board, Institute for New Economic Thinking, International Economics Association (President, 2011-2013), World Bank (CEAC, Chief Economist's Advisory Council, Eminent Persons), OECD (High Level Expert Group on the Measurement of Economic Performance and Social Progress, co-chair), Commission of Experts on Reforms of the International Monetary and Financial System, appointed by the President of the General Assembly of the United Nations (2009, chair), Economic Advisory Council (South Africa), South African Competitive Council (Expert), Government of South Africa, Fiscal Commission Working Group (Scotland), Roosevelt Institute (Chief Economist), Oxfam, Advisory Board of the Martin School of Oxford, Independent Commission for the Reform of International Corporate Taxation (Commissioner), World Economic Forum (on Latin America, Co-chair and other advisory work), China Development Research Foundation, Research Institute for Development, Growth and Economics (Chairman), Brennan Center for Justice (Member, Economic Advisory Board), Carbon Pricing Leadership Coalition's High-level Commission on Carbon Prices (Co-Chair), Center for a New Economy's Growth Commission for Puerto Rico (Member).

Litigation support/expert witness for plaintiffs in anti-trust litigation concerning alleged anti-competitive restraints imposed by Visa, Mastercard, and American Express and for US Air concerning alleged anti-competitive restraints imposed by Sabre GDS; for plaintiffs in Canada concerning alleged anti-competitive practices of Microsoft and their impacts on consumers and innovation; for plaintiffs involved in litigation involving alleged

misconduct by credit rating agency; pro-bono expert for Argentina in litigation involving debt restructuring; expert witness on welfare costs associated with exclusionary actions against Intel, Apple, and Hewlett Packard before ITC in case involving alleged patent infringement; pro-bono amicus filings in cases concerning Alien Torts Act, patentability of human genes (BRAC genes), and debt restructuring (interpretation of pari passu clause), Brattle (work involving financial sector misconduct and anti-trust issues).

Informal and unpaid consultations and advice to a variety of governments and government officials, including those in Greece, Namibia, Panama, South Africa, Spain, Scotland, and France; congressional testimony and to the congressional oversight panel on matters relating to reforming the financial sector, the cost of Iraq and Afghanistan wars, and inequality.

**Working papers and unpublished papers (in categories)**

**1. Economics of Information**

"Characterization, Existence, and Pareto Optimality in Insurance Markets with Asymmetric Information with Endogenous and Asymmetric Disclosures: Revisiting Rothschild-Stiglitz," (update and revision of "Equilibrium in a Competitive Insurance Market Under Adverse Selection with Endogenous Information"), February 2018.

"Contests and Cooperation: Toward a General Theory of Compensation and Competition," presented at a Conference on the Internal Organization of Firms, International Institute of the Internal Organization of Firms, International Institute of Management, Berlin, July 1980; and at a Conference on the Economics of Information, University of Pennsylvania, May 1981.

"Cutting off Credit: An Application of Constraints on Incentive Devices," with A. Weiss, April 1982.

"Equilibrium in a Competitive Insurance Market Under Adverse Selection with Endogenous Information," with Jungyoll Yun and Andrew Kosenko, NBER Working Paper No. 23556, June 2017.

"Equilibrium Unemployment as a Worker Screening Device," with B. Nalebuff and A. Rodriguez, NBER Working Paper 4357, May 1993. (Paper presented as "Equilibrium Unemployment, Testing, and the Pure Theory of Selection" at the NBER/CEPR Conference on Unemployment and Wage Determination, Boston, October 1991.)

"Equilibrium Unemployment, Testing, and the Pure Theory of Selection," with A. Rodriguez, presented at NBER/CEPR Conference on Unemployment and Wage Determination, Boston, October 1991.

"The Existence and Characteristics of Competitive Equilibrium," with R. Arnott, revised 1985.

"Existence and Equilibrium in Markets with Imperfect Information," with M. Rothschild, presented to World Congress of Econometric Society, Toronto, 1975.

"Incentives Schemes Under Differential Information Structures: An Application to Trade Policy," with P. Dasgupta, IMSSS Technical Report No. 172, Stanford University, July 1972.

"Information and Exploration Externalities," SEER Technical Report, Stanford University, 1976.

"Information in a Decentralized (Market) Economy," presented at Spoleto Conference on Post Industrial Society, July 1986.

"Information, Planning and Incentives," presented at the CSCCRP Sino-American Conference on Alternative Development Strategies in Wingspread, Racine, WI, November 1980. (Chinese edition published 1982.)

"Knowledge of Technology and the Technology of Knowledge: New Strategies for Development," Background paper for *UNDP Human Report 2001*.

"Moral Hazard and Unemployment in Competitive Equilibrium," with P. Rey. October 1993. (Revised July 1996.)

"Prices and Queues in Screening Services in Competitive Markets," IMSSS Technical Report 212, Stanford University, August 1976.

"Remarks on Inequality, Agency Costs, and Economic Efficiency," prepared for a workshop in "Economic Theories of Inequality," Stanford Institute for Theoretical Economics, Stanford University, March 11-13, 1993.

"Unemployment and Efficiency Wages: The Adverse Selection Model," with A. Rodriguez, presented at NBER/CEPR Conference on Unemployment and Wage Determination, Boston, October 17-19 1991.

"Unemployment As a Worker Selection Device," with B. Nalebuff, Princeton University, 1985, (Revision of "Quality and Prices," Princeton University Econometric Research Memorandum No. 297, May 1982.)

## 2. Economics of Uncertainty

"Risk and Trade Policy," with D. Newbery, World Bank Working Paper No. 53, January 1983. (Revised 1985.)

## 3. Risk and Agriculture

"Alternate Stabilization Schemes for Supply Uncertainty," with D. Newbery, Economic Theory Discussion Paper No. 4, University of Cambridge, January 1978.

"Determinants of the Distributional Impact of Commodity Price," with D. Newbery, Economic Theory Discussion Paper 17, University of Cambridge, July 1979.

**4. Financial Markets**

"Bail-ins and Bail-outs: Incentives, Connectivity, and Systemic Stability", with B. Benjamin and A. Capponi, NBER Working Paper No. 23747, August 2017. (Presented to the World Congress of the International Economic Association, Mexico City, June, 2017.)

"Economics of Small Business Lending," at "Bank Lending to Small Businesses: A Conference," Office of the Comptroller, November 15, 1991.

"The Effect of Financial Repression in an Economy with Positive Real Interest Rates: Theory and Evidence," with K. Murdock, August 1993.

"Equity Financing for New Firms," with I. Gale, May 1986.

"The Fall: A Chronicle of the Financial Crisis," lecture at IMCA 2010 Annual Conference in Orlando, Florida, May 17, 2010.

"Financial Restraint: Toward a New Paradigm," with Thomas Hellmann and Kevin Murdock, Stanford Graduate School of Business Research Paper: 1355, April 1995. (Prepared for World Bank's EDI Workshop on "Role of Government in Economic Development: Analysis of East Asian Experiences," Kyoto, Japan, September 16-17, 1994.)

"Futures Markets and Risk: A General Equilibrium Approach," Princeton University Financial Research Center Memorandum 47, April 1984.

"Futures Markets Are Almost Always Informationally Inefficient," with I. Gale, Princeton University Financial Research Center Memorandum No. 57, February 1985. (Revised as "A Simple Proof that Futures Markets Are Almost Always Informationally Inefficient," Working Paper, 1989.)

"Multiple Stock Offering and the Financing of New Firms," with I. Gale, Princeton University Financial Research Center Memorandum 73, November 1986.

"Perfect and Imperfect Capital Markets," presented to the Econometric Society Meetings, New Orleans, 1971.

"Restoring Stability and Confidence in European Sovereign Debt Markets," lecture given at Global ARC in London, May 18, 2010.

"Theory of Liquidity Preference and the Term Structure of Interest Rates," Cowles Foundation Discussion Paper No. 252, August 1968.

**5. Growth and Capital Theory**

"Capital Constraints and Economic Growth," revised version of a paper prepared for a conference at Buffalo, May 1990.

"Imperfect Capital Markets and Productivity Growth," with B. Greenwald and M. Salinger. Paper presented at NBER Conference in Vail, CO, April 1990, revised March 1991 and April 1992.

"Notes on Learning, Capital Constraints, Growth and Efficiency," presented at Conference held by Institute for the Study of Free Enterprise Systems, Buffalo, NY, May 1990.

## 6. Natural Resources

"Climate Change: An Agenda for Global Collective Action," with Joseph E. Aldy and Peter R. Orszag, prepared for the conference on "The Timing of Climate Change Policies," Pew Center on Global Climate Change, October 2001.

"Stepping Toward Balance: Addressing Global Climate Change," presented at the Conference on Environmentally and Socially Sustainable Development. Washington, D.C., October 6, 1997.

"Sharing the Burden of Saving the Planet: Global Social Justice for Sustainable Development," Keynote speech at the meeting of the International Economic Association, Istanbul, June 2008.

## 7. Theory of Market Structure, R&D

"Analysis of Factors Affecting the R&D Choices of Firms," with P. David, Center for Research in Economic Growth Memorandum 232, Stanford University, 1979.

"Creating Competition in Telecommunications," presented at the Conference on Managing the Telecommunications Sector Post-Privatization, George Washington University, Washington, D.C., April 27, 1998.

"Entry, Equilibrium, and Welfare," with R. Gilbert.

"Exercises in the Economics of Learning-By-Doing," with P. Dasgupta, Cambridge University, May 1985. (Presented at GTE Conference on Industrial Organization, Cambridge, August 1985.)

"Intellectual Property Rights, the Pool of Knowledge, and Innovation," NBER working paper 20014, March 2014, available at http://www.nber.org/papers/w20014.pdf?new_window=1.

"Some Rough Notes on Diversity of Tastes and Diversity of Commodities," Oxford University, paper presented at Bell Labs Conference on Monopolistic Competition, February 1977.

"Sunk Costs, Competition, and Welfare," with P. Dasgupta, August 1985.

"Unemployment and Innovation," NBER Working Paper 20670, November 2014.

"Welfare and Competition with Sunk Costs," with P. Dasgupta, November 1985.

## 8. Macroeconomics

"An Agenda for Reforming Economic Theory," lecture at Institute for New Economic Thinking Conference in Cambridge, April 10, 2010.

"Bankruptcy protection against macroeconomic shocks: the case for a 'super chapter 11'," with M. Miller, World Bank Conference on Capital Flows, Financial Crises, and Policies, April 15, 1999.

"Capital Market Imperfections and Labor Market Adjustments," with B. Greenwald, presented to NBER/CEPR Conference on Labor Market Dynamics, Cambridge, October, 1991.

"An Economic Analysis of Labor Turnover," Institute for Mathematical Studies in the Social Sciences (ISMMM) Working Paper No. 53, Stanford University, February 1976.

"Evolutionary Theory and the Current Economic Crisis," presented at the American Economic Association annual meeting, January, 2010.

"Expectations, Asset Accumulation and the Real-Balance Effect," with P. Neary, presented at Dublin Meetings of the Econometric Society, September 1982, Working Paper 1990.

"Financially Constrained Fluctuations in an Evolving Network Economy," with D. Delli Gatti, M. Gallegati, B. Greenwald and A. Russo, NBER working paper No. 14112, June 2008.

"From Measuring Production to Measuring Wellbeing," lecture co-hosted by the Economic Society of Australia Victorian Branch and the Productivity Commission in Melbourne, Australia, July 29, 2010.

"Growth and Equity in a World of Deficits: An Alternative to Austerity," lecture given in Copenhagen, Denmark, May 13, 2011.

"Household Labor Supply, Unemployment, and Minimum Wage Legislation", with Kaushik Basu and Garance Genicot, Policy Research Working Paper 2049, Washington, D.C.: World Bank, 1999.

"Imperfect Information and Macroeconomic Analyses," with B. Greenwald.

"The Long Boom? Business Cycles in the 1980s and 1990s," given to CEPR conference "The Long Boom", Stanford University, September 5, 1997.

"Macro-economic Management in an Electronic Credit/Financial System, " NBER Working Paper 23032, January 2017.

"Macroeconomic Dynamics, Heterogeneous Interacting Agents and Network: A Solvable Agent Based Model of a Monetary Economics," with M. Gallegati and S. Landini, 2010.

"Macroeconomic Equilibrium and Credit Rationing," with A. Weiss, NBER Working Paper 2164, 1987.

"The New Keynesian Economics: Money and Credit," Fisher-Schultz Lecture presented at the Meetings of Econometric Society, Copenhagen, August 1987.

"Principles and Guidelines for Deficit Reduction," The Roosevelt Institute, December 2, 2010, Working Paper No. 6.

"Psuedo-Wealth and Consumption Fluctuations," with Martin Guzman, NBER Working Paper No. 22838, November 2016 and presented at the American Economic Association Meetings, January, 2015.

"Rethinking Macroeconomics: What Went Wrong and How to Fix It," Adam Smith Lecture, European Economic Association, Glasgow, August 24, 2010. Also presented at DIME conference, Budapest, September 8, 2010.

"A Theorist's View of Policymaking and a Policymaker's View of Theory Perspectives on Modern Macro-economics," Marshall Lectures presented at Cambridge University. April 29-30, 1996.

## 9. Monetary Economics

"Adverse Selection, Credit Rationing and Central Bank Policy," Working Paper, 1989.

"Capital Market Imperfections and Regional Economic Development," with B. Greenwald and A. Levinson, prepared for CEPR conference on Finance and Development in Europe, Santiago, Spain, December 1991.

"Consumer and Producer Price-Neutral Tax Reform with an Informal Economy,"  with M. Shahe Emran, Working Paper, September, 2002.

"Money Neutrality in a Model of Firm Adjustment," with B. Greenwald and K. Clay, Working Paper, Stanford University, 1990.

"Monetary and Exchange Rate Policy in Small Open Economies: The Case of Iceland," Central Bank of Iceland Working Paper Nr. 15. http://www.sedlabanki.is/uploads/files/WP-15.pdf

"Monetary Policy and the Institutional Structure of Banking," with B. Greenwald, June 1991.

"Monetary Policy and the Theory of the Risk-Averse Bank," with B. Greenwald, prepared for the conference "Macroeconomic Stabilization Policy: Lessons for the Future," CEPR, Stanford University and the Federal Reserve Bank of San Francisco, March 5, 1993.

"Net Worth, Exchange Rates, and Monetary Policy: The Effects of a Devaluation in a Financially Fragile Environment," with D. Delli Gatti, M. Gallegati, and B. Greenwald, Stiglitz, NBER working paper No. 13244, July 2007.

"Real Exchange Rate Policies for Economic Development," with M. Guzman and J.A. Ocampo, NBER working paper No. 23868, September 2017.

## 10. International Economics

"Asia and the Emerging Global Economic System," lecture presented at Institute for New Economic Thinking conference, Bretton Woods, April 10, 2011.

"Back to Basics: Policies and Strategies for Enhanced Growth and Equity in Post-Crisis East Asia," Bangkok, Thailand. July 29, 1999.

"Can We Prevent Another Global Financial Crisis?" public lecture at the University of Hobart in Hobart, Australia, August 2, 2010.

"The Economic Crisis: Towards a New World Order? Towards Sustainable Growth?" lecture given in Mumbai, May 26, 2010.

"Farewell to the Invisible Hand? A Global Financial System for the Twenty-first Century," 2010 David Finch Lecture at the University of Melbourne in Melbourne, Australia, July 28, 2010.

"Freefall: The Sinking of the Global Economy," public lecture at Murdoch University in Perth, Australia, Jul 19, 2010 and at the University of Queensland in Brisbane, Australia on July 26, 2010.

"The Future of the Euro: An Analysis of the Challenges Facing the Currency Union," Columbia University working paper, 2014.

"The Global Financial Crisis: Lessons for Economc and Financial Theory and Policy," presented to Swiss Finance Institute, Zurich, September 20, 2010.

"The Global Financial Crisis: Perspectives and Policies," presented to Stanford Institute for Economic Policy Research, Stanford, March 24, 1999. Also given as talk to Pacific Affairs Council and Pomona College.

"New Economic World Order: Perspectives from the U.S." presented in Flims, Switzerland, September 17, 2010.

"A New Era of Opening Up," lecture at the China Development Forum, March 20, 2011.

"Two Principles for the Next Round or, How to Bring Developing Countries in from the Cold," Stockholm, Sweden, April 12, 1999. Revised and presented to WTO, Geneva, Switzerland, September 21, 1999.

"Responding to Economic Crises: Policy Alternatives for Equitable Recovery and Development," presented to North-South Institute, Ottawa, Canada, September 29, 1998.

"Responding to the Crisis: Real Estate, Asia, and the Global Economy," MIPIM Asia, Hong Kong, November 11, 2010.

"Road to Ruin?: Financial Instability and the Global Economy," lecture at the Crawford School of Economics in Canberra, Australia, August 3, 2010.

"A Short Note on Surveillance and How Reforms in Surveillance Can Help the IMF to Promote Global Financial Stability," International Monetary Fund, July 2011.

"Towards a New International Architecture: Principles and Policies," presented to European Investment Bank in Fiesole, Italy, October 15, 1995.

**11. Development**

"Allocation of Capital in East Asia," with M. Uy, prepared for *The East Asian Miracle,* World Bank, 1993.

"Can Aid Facilitate Development? A New Vision for Development Cooperation in the 21st Century," paper presented Tokyo, Japan, September 17, 1997.

"Confronting AIDS in Developing Countries," address to Members of the European Parliament, Brussels, November 25, 1997.

"Development Under Adversity? The Palestinian Economy in Transition," address to the Conference on Development Under Adversity, Gaza, November 22, 1997.

"The East Asian Crisis and Its Implications for India," Commemorative Lecture for the Golden Jubilee Year Celebration of Industrial Finance Corporation of India, New Delhi, India, May 19, 1998.

"The Dialectics of Law and Development," with Antara Haldar, presented at the Institute for Policy Dialogue's China Task Force Meeting, June, 2008.

"Distribution, Efficiency and Voice: Designing the Second Generation of Reform," presented at Conference on Asset Distribution, Poverty, and Economic Growth. Ministry of Land Reform, Brazil and the World Bank, Brasília, Brazil, July 14, 1998.

"Equitable and Sustainable Development," presented at the Conference on "Central Banking and Sustainable Development in the 21st Century," Kuala Lumpur, 28-30 August, 2000.

"Financial Liberalization, Financial Restraint, and Entrepreneurial Development," with Shahe Emran, January, 2009.

"The Future of China," presented in "China: Challenges and Prospects," at the World Bank Group - International Monetary Fund Annual Meetings Program of Seminars, Hong Kong SAR, China, September 22, 1997.

"Government, Financial Markets, and Economic Development," NBER Working Paper 3669, 1991. (Presented at a conference by the Vargas Foundation, "The Economic Reconstruction of Latin America," Rio de Janeiro, August 1989.)

"Growth with Responsibility in a Globalized World – Findings of the Shadow G-8," with Stephany Griffith-Jones, Friedrich-Ebert-Stiftung *Dialogue on Globalization* Occasional Paper No. 31, May 2007.

"The Impact of Individual Accounts: Piecemeal vs. Comprehensive Approaches," with Mike Orszag, Peter Orszag, and Dennis Snower, presented at the World Bank Annual Development Conference, April 1999.

"The Indian Microfinance Crisis," with Antara Haldar, February 2013.

"Introduction," working paper distributed at Fifth Tokyo International Conference on African Development (TICAD), Initiative for Policy Dialogue, Columbia, June 1-3, 2013.

"An Issues Paper on Financial Markets and Policies in East Asian Economies," June 1992.

"Markets and Development," prepared for the American Economic Association Meetings, December 1980.

"Microfinance and Missing Markets," with Shahe Emran and Mahbub Morshed, October 2006.

"More Instruments and Broader Goals: Moving Toward the Post-Washington Consensus," World Institute for Development Economics Research (WIDER) Annual Lectures 2, Helsinki, Finland, January 1998.

"Participation and Development: Perspectives from the Comprehensive Development Paradigm," presented at the International Conference on Democracy, Market Economy, and Development. Seoul, Korea, February 27, 1999.

"Post Financial Crisis: Options for SIDS and Emerging Economies," presentation in Mauritius, February 9, 2011.

"Reducing Poverty: Some Lessons from the Last Quarter Century," presented at BWPI/Chronic Poverty Research Centre International Conference, "Ten years of global poverty reduction: What have we learned and what should we do?" September 8, 2010.

"A Report on the China Trip for the World Bank Project 'Public Policy and the Asian Miracle'," with Y. Qian, January 1993.

"The Role of Cognitive Change in Societal Rigidity and Change," with K. Hoff, March 20, 2011.

"The Role of the Financial System in Development," presentation at the Fourth Annual World Bank Conference on Development in Latin America and the Caribbean (LAC ABCDE), San Salvador, El Salvador, June 29, 1998.

"Second Generation Strategies for Reform for China," presented to Beijing University, Beijing, China, July 20, 1998

"A Social Democratic Agenda for a More Dynamic Indian Economy: Creating an Innovative and Learning Society," The 2010 Jawaharlal Nehru Memorial Lecture, November 18.

"Sound Finance and Sustainable Development in Asia," Keynote Address to the Asia Development Forum Manila, the Philippines, March 12, 1998.

"Statement to the Meeting of Finance Ministers of ASEAN plus 6 with the IMF and the World Bank," Kuala Lumpur, Malaysia, December 1, 1997.

"Statement to the Meeting of the Heads of Multilateral Development Banks," Inter-American Development Bank, Washington, D.C., January 15, 1998.

"Survey of the Economics of International Debt," with J. Eaton and M. Gersovitz, 1985.

"Taxes, Prices, and the Balance Between Industry and Agriculture," with R. Sah, presented at 8th International Economic Congress in New Dehli, December 1986.

"Technology, Taxes, Prices, and the Balance between Industry and Agriculture," with R. Sah, prepared in EMBRAPA-Yale Workshop, Brasilia, May 18-22, 1987.

"Theory of Imperfect Competition in Rural Credit Markets," with K. Hoff, Institute for Policy Reform Working Paper IPR 49, October 1992.

"A Theory of Rural Credit Markets with Costly Enforcement," with K. Hoff, October 1992.

"Toward a New Paradigm for Development: Strategies, Policies, and Processes," given as the 1998 Prebisch Lecture at UNCTAD, Geneva, October 19, 1998.

"Towards a Pro-Development and Balanced Intellectual Property Regime," Keynote address presented at the Ministerial Conference on Intellectual Property for Least Developed Countries, World Intellectual Property Organization (WIPO), Seoul, October 25, 2004.

## 12. Distribution of Income and Wealth

"Inequality, Stagnation, and Market Power: The Need for a New Progressive Era," Roosevelt Working Paper, November 2017.

"Intergenerational Mobility and Dynastic Inequality," with R. Kanbur, Princeton University Economic Research Program Research memorandum No. 324, April 1986.

"Mobility and Inequality: A Utilitarian Analysis," with R. Kanbur, Economic Theory Discussion Paper 57, University of Cambridge, May 1982.

"New Theoretical Perspectives on the Distribution of Income and Wealth Among Individuals: Parts I-IV" NBER Working Papers 21189-21192, May 2015.

"Piketty Meets Pasinetti: On Public Investment and Intelligent Machinery," with L. Mattauch, D. Klenerty, and O. Edenhoferx, January 2017.

"Remarks on Inequality, Agency Costs, and Economic Efficiency," prepared for a workshop in "Economic Theories of Inequality," Stanford Institute for Theoretical Economics, Stanford University, March 11-13, 1993.

"Simple Formulae for the Measurement of Inequality and the Optimal Linear Income Tax," IMSSS Technical Report No. 215, Stanford University, August 1976.

## 13. Welfare Economics

"The Inefficiency of the Competitive Stock Market and Its Implications for the Depletion of Natural Resources," Studies in the Economics of Energy Resources, Technical Report No. 21, Stanford University, 1977.

"Pareto Inferior Trade and Optimal Trade Policy," with D. Newbery, Princeton University Econometric Research Program Research Memorandum 281, May 1981.

## 14. Comparative Economic Systems / Organization Theory

"Economics of Committees," with R. Sah, Center Discussion Paper 486, Economic Growth Center, Yale University, June 1985.

"Human Nature and Economic Organization," Jacob Marashak Lecture, presented at Far Eastern Meetings of the Econometric Society, October 1987.

"Lessons for Transition Economies from the Experience of the East Asian Tigers," Videorecording of a lecture given in an IMF Institute seminar series, November 7, 1996.

"Managerial Quality in Centralized versus Decentralized Economic Systems," with R. Sah, July 1986.

"Notes on Evolutionary Economics: Imperfect Capital Markets, Organizational Design, Long-run Efficiency." 1995.

"Perpetuation and Self-Reproduction of Organizations: The Selection and Performance of Managers," with R. Sah, presented at World Congress of Econometric Society, Cambridge, August 1985.

"Some Aspects of a General Theory of Economic Organization," lecture presented at the Ninth Latin American Meeting of the Econometric Society, Santiago, Chile, August 1989.

## 15. Political Economy

"Gender and Development: The Role of the State," World Bank Gender and Development Workshop, Washington, D.C., April 2, 1998.

"Political Economy in a Contestable Democracy: The Case of Dividend Taxation," with A. Korinek, *2008 Meeting Papers*, Society for Economic Dynamics.

"Public Policy for a Knowledge Economy," remarks at the Department for Trade and Industry and Center for Economic Policy Research, London, U.K., January 27, 1999.

"Reflections on the Theory and Practice of Reform," presented to Stanford University, September 17, 1998.

"Rethinking the Economic Role of the State: Publicly Provided Private Goods," lecture delivered at Universitat Pompeu Fabra, Barcelona, November 15, 1992.

## 16. Theory of Taxation / Public Finance

"Financial Structure and the Incidence of the Corporate Income Tax," with B. Greenwald, March 1987.

"Information and Multi-Period Optimal Income Taxation with Government Commitment," with D. Brito, J. Hamilton, and S. Slutsky, NBER Working Paper 2458, December 1987.

"Information and Multi-Period Optimal Taxation With Self-Selection," with D. Brito, J. Hamilton and S. Slutsky, Princeton University, October 1983.

"Local Financing Alternative to the International Incidence of Corporate Income Taxes," with B. Greenwald, presented to NBER Conference on International Aspects of Taxation, September 1991.

"Modelling the Effects of Capital Gains Taxes on the Accrual and Realization of Capital Gains," Report prepared for the Department of the Treasury, October 1981.

"Pareto Efficient Taxation and Expenditure Policies, With Applications to the Taxation of Capital, Public Investment, and Externalities," presented at conference in honor of Agnar Sandmo, Bergen, January 1998.

"Technological Change and Taxation," prepared for Conference on Tax Policy in the Twenty-First Century, Washington, D.C.

"Taxation and Agricultural Pricing Policies, Cost Benefit Analysis, and the Foreign Exchange Constraint," Paper prepared for the World Bank, September 1982.

"The Town-Versus-Country Problem: Optimal Pricing in an Agrarian Economy," with A. Braverman and R. Sah, presented to a Conference at the World Bank, June 1982.

## 17. Theory of Public Expenditures

"Project Appraisal and Foreign Exchange Constraints: A Simple Exposition," with C.R. Blitzer and P. Dasgupta, NBER Working Paper 2165, 1987.

"The Theory of International Public Goods and the Architecture of International Organizations," Background Paper No. 7, Third Meeting, High Level Group on Development Strategy and Management of the Market Economy, UNU/WIDER, Helsinki, Finland, July 8-10, 1995.

## 18. Miscellaneous

"Bailouts, Regulation or Free Markets? Business and Government in a Small Regional Economy," lecture given to Economic Society of Australia Tasmania Branch and the Tasmanian Chamber of Commerce and Industry in Hobart, Australia, August 2, 2010.

"China: Forging a Third Generation of Reforms," Speech given on July 23, 1999.

"The Impact of Asbestos Liabilities on Workers in Bankrupt Firms," with Jonathan M. Orszag and Peter R. Orszag, commissioned by the American Insurance Association, December 2002.

"Inequality and Capital Taxation," IMSSS Technical Report 457, Stanford University, July 1985.

"Incentives and Institutions in the Provision of Health Care in Developing Countries: Toward an Efficient and Equitable Health Care Strategy," Keynote Address, International Conference in Health and Economic Development, National Institutes of Health, November 15, 1999.

"Optimal Leverage: The Role of Externalities," with S. Battiston, D. Delli Gatti, M. Gallegati, and B. Greenwald.

"Optimal Provision of Loans and Insurance against Unemployment from a Lifetime Perspective," with Jungyoll Yun, National Bureau of Economic Research Working Paper 19064, May 2013.

"Optimality and Equilibrium in a Competitive Insurance Market under Adverse Selection and Moral Hazard," with Jungyoll Yun, NBER Working Paper 19317, August, 2013.

**EXHIBIT B:**
**PREVIOUS EXPERT TESTIMONY**

The list below indicates all matters in which I have provided expert reports, affidavits, declarations, witness statements, deposition testimony, or trial testimony in the past five years. While I have in my possession copies of all such reports, affidavits, declarations, and witness statements, many of these cases are subject to protective orders or confidentiality agreements that prevent me from providing copies in this matter.

**Case:** Ambac Assurance Corporation and The Segregated Account of Ambac Assurance Corporation, vs. Countrywide Home Loans, Inc., Countrywide Securities Corp., Countrywide Financial Corp., and Bank of America Corp., Index No.: 653979/2014
**Forum:** Supreme Court of the State of New York, New York County
**Testimony:** Report
*This case is subject to a protective order that prevents disclosure of materials.*

**Case:** American International Group, Inc. and Subsidiaries vs. United States of America, ECF Case No.: 09 Civ. 1871 (LLS)
**Forum:** United States District Court for the Southern District of New York
**Testimony:** Report, Rebuttal Report, Deposition
*This case is subject to a protective order that prevents disclosure of materials.*

**Case:** MBIA Insurance Corporation vs. Credit Suisse Securities (USA) LLC, DLJ Mortgage Capital Inc., and Select Portfolio Servicing, Inc., Index No.: 603751/2009
**Forum:** Supreme Court of the State of New York, New York County
**Testimony:** Report, Rebuttal and Reply Report, Deposition
*This case is subject to a protective order that prevents disclosure of materials.*

**Case:** Ambac Assurance Corporation vs. EMC Mortgage LLC (f/k/a EMC Mortgage Corporation), J.P. Morgan Securities LLC (f/k/a Bear, Stearns & Co. Inc.), and JPMorgan Chase Bank, N.A., Index No.: 650421/2011
**Forum:** Supreme Court of the State of New York, New York County
**Testimony:** Report, Rebuttal Report
*This case is subject to a protective order that prevents disclosure of materials.*

**Case:** Ambac Assurance Corporation and The Segregated Account of Ambac Assurance Corporation, vs. Countrywide Home Loans, Inc., Countrywide Securities Corp., Countrywide Financial Corp., and Bank of America Corp., Index No.: 651612/2010
**Forum:** Supreme Court of the State of New York, New York County
**Testimony:** Report, Rebuttal Report, Deposition
*This case is subject to a protective order that prevents disclosure of materials.*

**Case:** US Airways, Inc., vs. Sabre Holdings Corporation, Sabre, Inc., Sabre Travel International Limited, Civil Action No.: 1:11-cv-02725-LGS
**Forum:** United States District Court for the Southern District of New York

**Testimony:**   Report, Reply Report, Deposition, Declaration, Trial Testimony, Rebuttal Trial Testimony
*This case is subject to a protective order that prevents disclosure of materials.*

**Case:**        In re: American Express Anti-Steering Rules Antitrust Litigation, 11-MD-02221
**Forum:**       United States District Court for the Eastern District of New York
**Testimony:**   Declaration
*This case is subject to a protective order that prevents disclosure of materials.*

**Case:**        Abaclat and Others vs. The Argentine Republic, Case No.: ARB/07/5
**Forum:**       International Centre for Settlement of Investment Disputes
**Testimony:**   Reports, Rebuttal Reports
*This case is subject to a confidentiality agreement that I believe prevents disclosure of materials.*

**EXHIBIT C:**
**MATERIALS CONSIDERED**

## MATERIALS CONSIDERED

### CASE FILINGS AND EXPERT REPORTS

1. J. Hansen, "Exhibit A: Declaration of Dr. James E. Hansen in Support of Plaintiffs' Complaint for Declaratory and Injunctive Relief," in Juliana et al. v. United States et al., Case No. 6:15-cv-01517-TC, Doc. No. 7-1, 2015.

2. H. Wanless, "Declaration of Dr. Harold R. Wanless in Support of Answer of Real Parties in Interest to Petition for Writ of Mandamus", in United States of America et al. v. United States District Court for the District of Oregon et al., Case No. 17-71692, Doc. No. 14-3.

### ACADEMIC ARTICLES AND BOOKS

1. K. Arrow, W.R. Cline, K-G. Maler, M. Munasinghe, J. E. Stiglitz, and R. Squitieri, "Intertemporal Equity and Discounting," in *Global Climate Change: Economic and Policy Issues*, M. Munasinghe (ed.), World Bank Environment Paper 12, Washington, D.C. 1995, pp. 1-32. Reprinted in an abbreviated format as "Intertemporal Equity, Discounting, and Economic Efficiency," *Climate Change 1995: Economic and Social Dimensions of Climate Change*, J. Bruce, H. Lee, and E. Haites (eds.), Cambridge: Cambridge University Press, 1996, pp. 125-144.

2. J. Beccherle, and J. Tirole, "Regional Initiatives and the Cost of Delaying Binding Climate Change Agreements", *Journal of Public Economics* 95 (December 2011): 1339-1348.

3. M. Burke, S.M. Hsiang and E. Miguel, (2015) "Global non-linear effect of temperature on economic production," *Nature*, 527 (7577): 235-239.

4. K. Burrows & P. Kinney, "Exploring the Climate Change, Migration and Conflict Nexus," *International Journal of Environmental Research and Public Health* 13(4) (2016): 443.

5. P. Dasgupta and J.E. Stiglitz, "Uncertainty and the Rate of Extraction Under Alternative Arrangements," *Institute Mathematical Studies in the Social Sciences*, tech. rep. no. 179 (September 1975).

6. P. Dasgupta, S.A. Marglin, A. Sen, Guidelines for project evaluation, *United Nations Industrial Development Organization*, Vienna (1972) (United Nations publication sales no.: E.72.II.B.11).

7. P. Erickson and M. Lazarus, "Would constraining US fossil fuel production affect global CO2 emissions? A case study of US leasing policy," Climatic Change, 2018, https://doi.org/10.1007/s10584-018-2152-z.

8.  R.J. Gordon, "Is U.S. Economic Growth Over?  Faltering Innovation Confronts the Six Headwinds," NBER Working Paper, No. 18315, August 2012, http://www.nber.org/papers/w18315.pdf.

9.  R.J. Gordon, *The Rise and Fall of American Growth:  The U.S. Standard of Living since the Civil War*, Princeton University Press, 2016.

10. R. Greenwood and D. Scharfstein, "The Growth of Finance," *Journal of Economic Perspectives*, 27(2) (Spring 2013):  3-28.

11. J. Hansen et al., "Young People's Burden:  Requirement of Negative CO2 Emissions," Earth System Dynamics, vol. 8, 2017, pp. 577-616

12. J. Hansen, et al., "Ice melt, sea level rise and superstorms:  evidence from paleoclimate data, climate modeling, and modern observations that 2C global warming is highly dangerous," *Atmospheric Chemistry and Physics Discussions*, 15, 20059-179, 2015, http://faculty.sites.uci.edu/erignot/files/2017/06/Ice-melt-sea-level-rise-and-superstorms-evidence-from-paleoclimate-data-climate-modeling-and-modern-observations-that-2C-global-warming-is-highly-dangerous.pdf.

13. J.E. Hansen, et al., "Earth's Energy Imbalance:  Confirmation and Implications," *Sciencexpress*, April 28, 2004, http://science.sciencemag.org/content/early/2005/04/28/science.1110252.

14. J. Hansen et al., "Assessing ''Dangerous Climate Change': Required Reduction of Carbon Emissions to Protect Young People, Future Generations and Nature," PLOS One, 8:12, e81648, 2013.

15. K.Z. House, et al., "Economic and energetic analysis of capturing CO2 from ambient air," *Proceedings of the National Academy of Sciences*, 108(51) (December 2011): 20428-20433, http://www.pnas.org/content/108/51/20428.full.pdf.

16. M. Jakob and M. Tavoni, "Time to act now? Assessing the costs of delaying climate measures and benefits of early action", *Climate Change* 114 (2012): 79-99.

17. M. Kaldor and J.E. Stiglitz, eds., *The Quest for Security: Protection without Protectionism and the Challenge of Global Governance*, New York: Columbia University Press, pp. 161-190.

18. J.J. Leitzinger and J.E. Stiglitz, "Information Externalities in Oil and Gas Leasing," Contemporary Policy Issues 5 (March 1984): 44-57

19. I.M.D. Little and J.A. Mirrlees, Manual of Industrial Project Analysis in Developing Countries vols. 1 and 2, *OECD*, Paris (1968, 1969).

20. National Research Council of the National Academies, "Climate Change:  Evidence, Impacts, and Choices," *The National Academies of Sciences, Engineering, and Medicine*, 2012, http://nas-sites.org/americasclimatechoices/files/2012/06/19014_cvtx_R1.pdf.

21. R.G. Richels and G.J. Blanford, "The value of technological advance in decarbonizing the U.S. economy," *Energy Economics* 30(6) (2008): 2930-2946, ISSN 0140-988.3.

22. S.H. Schneider and T.L. Root, "Ecological implications of climate change will include surprises," *Biodiversity and Conservation* 5 (1996): 1109-1119.

23. J.E. Stiglitz, "Monopoly and the Rate of Extraction of Exhaustible Resources," *The American Economic Review* 66(4) (September 1976): 655-661

24. J.E. Stiglitz, "Information and the Change in the Paradigm in Economics," Prize Lecture, December 8, 2001, pp. 489-490, https://www.nobelprize.org/nobel_prizes/economic-sciences/laureates/2001/stiglitz-lecture.pdf.

25. J.E. Stiglitz, "What is the Role of the State?" Chapter 2 in M. Humphreys, J.D. Sachs, and J.E. Stiglitz (eds.) *Escaping the Resource Curse*, 2007, Columbia University Press, pp. 23-52

26. J.E. Stiglitz, "Sharing the Burden of Saving the Planet: Global Social Justice for Sustainable Development: Lessons from the Theory of Public Finance," *Columbia University Academic Commons*, https://doi.org/10.7916/D8KD24MX

27. J. E. Stiglitz, "The Rate of Discount for Cost-Benefit Analysis and the Theory of the Second Best," Discounting for Time and Risk in Energy Policy, R. Lind (ed.), *Resources for the Future*, 1982, pp. 151-204.

28. K. Trenberth et al., "Attribution of climate extreme events," *Nature Climate Change* 5 (2015): 725-730.

**DATA**

1. U.S. Energy Information Administration, Table 1.3 Primary Energy Consumption by Source, March 2018 Monthly Energy Review.

2. U.S. Energy Information Administration, Table 1.7 Primary Energy Consumption, Energy Expenditures, and Carbon Dioxide Emissions Indicators, March 2018 Monthly Energy Review.

**U.S. GOVERNMENT REPORTS AND DOCUMENTS**

1. "Climate Science Special Report: Fourth National Climate Assessment, Volume I," U.S. Global Change Research Program, November 2017.

2.  "Global and regional sea level rise scenarios for the United States," NOAA Technical Report NOS CO-OPS 083, January 2017, https://tidesandcurrents.noaa.gov/publications/techrpt83_Global_and_Regional_SLR_Scenarios_for_the_US_final.pdf.

3.  "Direct Federal Financial Interventions and Subsidies in Energy in Fiscal Year 2013", U.S. Energy Information Administration, March 2015, https://www.eia.gov/analysis/requests/subsidy/pdf/subsidy.pdf.

4.  Daniel R. Coats, Director of National Intelligence, "Statement for the Record: Worldwide Threat Assessment of the US Intelligence Community," Office of the Director of National Intelligence, February 13, 2018, https://www.intelligence.senate.gov/sites/default/files/documents/os-dcoats-021318.PDF.

5.  "The Impact of Climate Change on Natural Disasters," NASA, https://earthobservatory.nasa.gov/Features/RisingCost/rising_cost5.php.

6.  "Global Warming and Hurricanes," NOAA, https://www.gfdl.noaa.gov/global-warming-and-hurricanes/.

7.  "Climate Change Indicators: Weather and Climate," EPA, https://www.epa.gov/climate-indicators/weather-climate.

8.  "Potential Increases in Hurricane Damage in the United States: Implications for the Federal Budget", Congressional Budget Office (CBO), June 2016, https://www.cbo.gov/sites/default/files/114th-congress-2015-2016/reports/51518-hurricane-damage.pdf.

9.  "Potential Increases in Hurricane Damage in the United States: Implications for the Federal Budget", Congressional Budget Office (CBO), June 2016, https://www.cbo.gov/sites/default/files/114th-congress-2015-2016/reports/51518-hurricane-damage.pdf.

10. "Billion-Dollar Weather and Climate Disasters:  Overview," National Centers for Environmental Information, 2018, https://www.ncdc.noaa.gov/billions/.

11. "Climate change in the United States: Benefits of Global Action", EPA.

12. Climate change in the United States: Benefits of Global Action, EPA, https://www.epa.gov/sites/production/files/2015-06/documents/cirareport.pdf.

13. "The cost of delaying action to stem climate change," Executive Office of the President of the United States, July 2014, https://obamawhitehouse.archives.gov/sites/default/files/docs/the_cost_of_delaying_action_to_stem_climate_change.pdf.

14. "The study of Earth as an integrated system," NASA, https://climate.nasa.gov/nasa_science/science/.

15. EPA, "Global Greenhouse Gas Emissions Data," United States Environmental Protection Agency, data as of 2014, https://www.epa.gov/ghgemissions/global-greenhouse-gas-emissions-data#Country.

16. Office of Fossil Energy FY 2019 Budget," U.S. Department of Energy, https://www.energy.gov/fe/about-us/our-budget.

17. Jason Furman and Gene Sperling, "Reducing America's Dependence on Foreign Oil As a Strategy to Increase Economic Growth and Reduce Economic Vulnerability," Obama White House Archives, August 29, 2013, https://obamawhitehouse.archives.gov/blog/2013/08/29/reducing-america-s-dependence-foreign-oil-strategy-increase-economic-growth-and-redu.

18. "The Economics of Coal Leasing on Federal Lands:  Ensuring a Fair Return to Taxpayers," Executive Office of the President of the United States, June 2016, https://obamawhitehouse.archives.gov/sites/default/files/page/files/20160622_cea_coal_leasing.pdf.

19. Attachment to Memorandum from Jim Schlesinger to The President, "Domestic Policy Review of Solar Energy:  A Response Memorandum to The President of the United States," December 5, 1978.

20. Memorandum from Frederick M. Bernthal to Richard T. McCormack, Department of State, February  9, 1989, attachment "Environment, Health and Natural Resources Issues," and responses to "Question #1."

21. OMB Circular No. A-94, "Discount Rates to be Used in Evaluating Time-Distributed Costs and Benefits" (Mar. 27, 1972)

22. OMB Circular No. A-94, "Guidelines and Discount Rates for Benefit-Cost Analysis of Federal Programs", Oct. 1992.

23. "Economic Analysis of Federal Regulations Under Executive Order 12866," The White House, January 11, 1996, https://obamawhitehouse.archives.gov/omb/inforeg_riaguide/.

24. "Preserving Our Natural Heritage," Message from the President of the United States, transmitting "Programs for Controlling Pollution and Preserving our Natural and Historical Heritage," February 23, 1966.

OTHER PUBLIC INFORMATION

1. "National Security and the Threat of Climate Change," The CNA Corporation, 2007, https://www.cna.org/cna_files/pdf/national%20security%20and%20the%20threat%20of%20climate%20change.pdf.

2. High-Level Commission on Carbon Prices, "Report of the High-Level Commission on Carbon Prices", 2017, Washington, DC: World Bank.

3. Coady et al., "How Large Are Global Energy Subsidies?", *IMF Working Paper*, Fiscal Affairs Department, 2015, https://www.imf.org/en/News/Articles/2015/09/28/04/53/sonew070215a.

4. Doukas, Alex, "G20 subsidies to oil, gas and coal production: United States", *Overseas Development Institute*, 2015, https://www.odi.org/sites/odi.org.uk/files/odi-assets/publications-opinion-files/9979.pdf).

5. Associated Press in Washington, "US deficit to approach $1tn after Trump tax cuts and spending bill, CBO says," *The Guardian*, April 9, 2018, https://www.theguardian.com/us-news/2018/apr/09/us-deficit-trump-tax-cuts-trillion-cbo-projection.

6. Ryan Whitman, "We could be headed for a solar power renaissance as costs keep dropping," *ExtremeTech*, December 19, 2017, https://www.extremetech.com/extreme/241300-headed-solar-power-renaissance-costs-keep-dropping.

7. Frankfurt School-UNEP Centre/BNEF, "Global Trends in Renewable Energy Investment 2017," 2017, http://fs-unep-centre.org/sites/default/files/publications/globaltrendsinrenewableenergyinvestment2017.pdf.

8. W. Richter, "We may never be able to know the true cost of California's massive wildfires," *Business Insider*, December 7, 2017, http://www.businessinsider.com/santa-rosa-california-fires-cost-damage-2017-12.

9. "AccuWeather predicts 2017 California wildfire season cost to rise to $180 billion," *AccuWeather*, December 8, 2017, https://www.accuweather.com/en/weather-news/accuweather-predicts-2017-california-wildfire-season-cost-to-rise-to-180-billion/70003495.

10. "Northern Alberta Wildfire Costliest Insured Natural Disaster in Canadian History – Estimate of insured losses: $3.58 billion," *Insurance Bureau of Canada*, July 7, 2016, http://www.ibc.ca/ab/resources/media-centre/media-releases/northern-alberta-wildfire-costliest-insured-natural-disaster-in-canadian-history.

11. W. Koblensky, "Fort McMurray in top 10 worst insured losses globally," *Insurance Business Canada*, March 29, 2017, http://www.insurancebusinessmag.com/ca/news/environmental/fort-mcmurray-in-top-10-worst-insured-losses-globally-63960.aspx.

12. K. Hoover & B. Lindsay, "Wildfire Suppression Spending: Background, Issues, and Legislation in the 115th Congress," *Congressional Research Service*, October 5, 2017, https://fas.org/sgp/crs/misc/R44966.pdf.

13. G. Mercer, "The Link Between Zika and Climate Change," *The Atlantic*, February 24, 2016, https://www.theatlantic.com/health/archive/2016/02/zika-and-climate-change/470643/.

14. OECD, "Inequality hurts economic growth, finds OECD research," September 12, 2014, http://www.oecd.org/newsroom/inequality-hurts-economic-growth.htm.

15. Prakash Loungani and Jonathan D. Ostry, "The IMF's Work on Inequality: Bridging Research and Reality," IMF, February 22, 2017, https://blogs.imf.org/2017/02/22/the-imfs-work-on-inequality-bridging-research-and-reality/.

16. "Underinsurance of Property Risks: Closing the Gap," *Swiss Re*, No. 5/2015, http://institute.swissre.com/research/overview/sigma/5_2015.html.

17. Doyle Rice, "Harvey to be costliest natural disaster in U.S. history, estimated cost of $190 billion," *USA Today*, August 31, 2017, https://www.usatoday.com/story/weather/2017/08/30/harvey-costliest-natural-disaster-u-s-history-estimated-cost-160-billion/615708001/

18. Reuters, "Hurricane Harvey Damages Could Cost up to $180 Billion," Fortune, September 3, 2017, http://fortune.com/2017/09/03/hurricane-harvey-damages-cost/.

19. Jill Disis, "Hurricane Maria could be a $95 billion storm for Puerto Rico," CNN, September 28, 2017, http://money.cnn.com/2017/09/28/news/economy/puerto-rico-hurricane-maria-damage-estimate/index.html.

20. "Catastrophes: U.S.," Insurance Information Institute, http://www.iii.org/fact-statistic/catastrophes-us.

21. "Carbon is forever," Nature Reports Climate Change, November 20, 2008.

22. Nicholas Stern, "Stern Review: The Economics of Climate Change," http://unionsforenergydemocracy.org/wp-content/uploads/2015/08/sternreview_report_complete.pdf.

23. UNEP 2016. The Adaptation Finance Gap Report 2016. United Nations Environment Programme (UNEP), Nairobi, Kenya.

24. J. Gillis and N. Popovich, "The U.S. Is the Biggest Carbon Polluter in History. It Just Walked Away From the Paris Climate Deal," *The New York Times*, June 1, 2017, https://www.nytimes.com/interactive/2017/06/01/climate/us-biggest-carbon-polluter-in-history-will-it-walk-away-from-the-paris-climate-deal.html.

25. Coral Davenport and Campbell Robertson, "Resettling the First American 'Climate Refugees,'" *The New York Times*, May 3, 2016, https://www.nytimes.com/2016/05/03/us/resettling-the-first-american-climate-refugees.html

26. Aryn Baker, "How Climate Change is Behind the Surge of Migrants to Europe," *Time*, September 7, 2015, http://time.com/4024210/climate-change-migrants/.

27. Rebecca Leber, "Happy 100th Birthday, Big Oil Tax Breaks," Think Progress, March 1, 2013, https://thinkprogress.org/happy-100th-birthday-big-oil-tax-breaks-3c9731c4bc85/.

28. Seth Hanlon, "Big Oil's Misbegotten Tax Gusher," *Center for American Progress*, May 5, 2011, https://www.americanprogress.org/issues/economy/news/2011/05/05/9663/big-oils-misbegotten-tax-gusher/.

29. Bridle, Richard, Kitson, Lucy, "The Impact of Fossil-Fuel Subsidies on Renewable Electricity Generation", *International Institute for Sustainable Development*, December 2014, http://www.iisd.org/sites/default/files/publications/impact-fossil-fuel-subsidies-renewable-electricity-generation.pdf.

30. "Congressional Subsidies for Private Logging," Taxpayers for Common Sense, December 13, 2001, http://www.taxpayer.net/library/article/congressional-subsidies-for-private-logging.

31. European Commission, "The Macroeconomic and Other Benefits of Energy Efficiency", https://ec.europa.eu/energy/sites/ener/files/documents/final_report_v4_final.pdf.

32. Colin Young, "9 states, including Mass., Agree to Accelerate Emission Reductions in Next Decade," *WBUR*, August 23, 2017, http://www.wbur.org/news/2017/08/23/9-states-including-mass-agree-to-extend-carbon-reduction-goals-to-2030.

33. "U.S. Leads in Greenhouse Gas Reductions, but Some States are Falling Behind," Environmental and Energy Study Institute, March 27, 2018, http://www.eesi.org/articles/view/u.s.-leads-in-greenhouse-gas-reductions-but-some-states-are-falling-behind.

34. Center for Climate and Energy Solutions, "Top companies urge White House to stay in the Paris Agreement," Center for Climate and Energy Solutions Press Release, April 2017, https://www.c2es.org/newsroom/releases/major-companies-urge-white-house-stay-paris.

35. J.E. Stiglitz, "Climate Change and Poverty Have Not Gone Away," *The Guardian*, January 7, 2013, https://www.theguardian.com/business/2013/jan/07/climate-change-poverty-inequality

36. Julia Pyper, "New Tariffs to Curb US Solar Installations by 11% Through 2022," Greentech Media, January 23, 2018, https://www.greentechmedia.com/articles/read/tariffs-to-curb-solar-installations-by-11-through-2022#gs.YNyvdYQ

37. Intergovernmental Panel on Climate Change, "Climate Change 2014:  Synthesis Report Summary for Policymakers."