

*Independent Statistics & Analysis*
U.S. Energy Information
Administration

# Sales of Fossil Fuels Produced from Federal and Indian Lands, FY 2003 through FY 2014

July 2015

      

*Independent Statistics & Analysis*

www.eia.gov

U.S. Department of Energy

Washington, DC 20585

P00000024043

This report was prepared by the U.S. Energy Information Administration (EIA), the statistical and analytical agency within the U.S. Department of Energy. By law, EIA's data, analyses, and forecasts are independent of approval by any other officer or employee of the United States Government. The views in this report therefore should not be construed as representing those of the Department of Energy or other federal agencies.

P00000024044

# Contents

Sales of Fossil Fuels Produced from Federal and Indian Lands,  FY 2003 through FY 2014 ......................... 1

    Summary ....................................................................................................................................... 1

    Sales from production on federal and Indian lands ............................................................. 4

    Trends in federal and Indian lands production from FY 2003 through FY 2014 ..................... 5

    State/offshore trends ........................................................................................................... 7

    Data sources ...................................................................................................................... 10

Appendix ..................................................................................................................................... 23

    State/area maps .................................................................................................................. 23

P00000024045

# Tables

Table 1. Fossil fuel sales of production from federal lands, FY 2003-14 ....................................................... 2

Table 2. Fossil fuel sales of production from Indian lands, FY 2003-14.......................................................... 3

Table 3. Sales of crude oil and lease condensate production from federal and Indian lands, FY 2003-14 16

Table 4. Sales of natural gas production from federal and Indian lands, FY 2003-14 ................................ 16

Table 5. Sales of natural gas plant liquids production from federal and Indian lands, FY 2003-14.......... 17

Table 6. Sales of coal from federal and Indian lands, FY 2003-14 ............................................................ 17

Table 7. Sales of fossil fuel production from federal and Indian lands by state/area, FY 2003-14 ............ 18

Table 8. Sales of crude oil and lease condensate production from federal and Indian lands by state/area, FY 2003-14 ................................................................................................................................................... 19

Table 9. Sales of natural gas production from federal and Indian lands by state/area, FY 2003-14.......... 20

Table 10. Sales of natural gas plant liquids production from federal and Indian lands by state/area, FY 2003-14 ....................................................................................................................................................... 21

Table 11. Sales of coal production from federal and Indian lands by state/area, FY 2003-14 .................. 22

# Figures

Figure 1. Fossil fuel production on federal lands, FY 2003-14 ..................................................................... 6

Figure 2. Fossil fuel production on Indian lands, FY 2003-14 ...................................................................... 7

Figure 3. Onshore federal and Indian lands ................................................................................................ 8

Figure 4. Fossil fuel production on federal and Indian lands, FY 2003-14 .................................................. 10

Figure 5. Crude oil production on federal and Indian lands, FY 2003-14 ................................................... 12

Figure 6. Natural gas production on federal and Indian lands, FY 2003-14 ............................................... 13

Figure 7. Natural gas liquids production on federal and Indian lands, FY 2003-14 .................................... 14

Figure 8. Coal production on federal and Indian lands, FY 2003-14.......................................................... 15

Figure A1. Fossil fuel production on federal and Indian lands, FY 2014 .................................................... 23

Figure A2. Changes in fossil fuels production (trillion Btu) on federal and Indian lands, FY 2013-14 ........ 24

Figure A3. Crude oil production on federal and Indian lands, FY 2014 ...................................................... 25

Figure A4. Changes in crude oil production on federal and Indian lands, FY 2013-14 ............................... 26

Figure A5. Natural gas production on federal and Indian lands, FY 2014 .................................................. 27

Figure A6. Changes in natural gas production on federal and Indian lands, FY 2013-14 .......................... 28

Figure A7. Natural gas liquids production on federal and Indian lands, FY 2014 ...................................... 29

Figure A8. Changes in natural gas liquids production on federal and Indian lands, FY 2013-14............... 30

Figure A9. Coal production on federal and Indian lands, FY 2014 ............................................................ 31

Figure A10. Changes in coal production on federal and Indian lands by state, FY 2013-14 ...................... 32

P00000024046

# Sales of Fossil Fuels Produced from Federal and Indian Lands, FY 2003 through FY 2014

## Summary

The U.S. Energy Information Administration (EIA) estimates that total sales of fossil fuels from production[1] on federal and Indian lands increased slightly (less than 0.2%) during fiscal year[2] (FY) 2014. Total fossil fuels production on federal lands decreased by 24 trillion British thermal units (Btu) in FY 2014 (Table 1), while total fossil fuels production on Indian lands increased by 52 trillion Btu (Table 2).

In FY 2014 (compared with FY 2013), crude oil and lease condensate production on federal and Indian lands increased 7%, natural gas production declined 7%, natural gas plant liquids production increased by 8%, and coal production increased slightly.

| Land | Crude Oil and Lease Condensate | Natural Gas | Natural Gas Plant Liquids | Coal | All Fossil Fuels |
|---|---|---|---|---|---|
| Federal | Up 37 mmbbl, +6% | Down 284 bcf, -7% | Up 9 mmbbl, +8% | Up 1 mmst, +0.2% | -24 trillion Btu,-0.2% |
| Indian | Up 10 mmbbl, +22% | Up 0.3 bcf, +0.1% | Up 0.6 mmbbl, +16% | Down 0.3 mmst,-1.6% | +52 trillion Btu,+5.7% |

Notable developments in FY 2014 include:

- A 46.5 million barrel increase (7%) in oil production on federal and Indian lands, led by increases in the federal offshore Gulf of Mexico, North Dakota, and New Mexico
- A 284 billion cubic feet decline (-7%) in natural gas production, with most of that decrease in the federal offshore Gulf of Mexico and Wyoming

Breakdowns by state and area of the fuel production volumes on federal and Indian lands show that:

- The federal Gulf of Mexico produced 68% of the federal and Indian lands crude oil total in FY 2014
- Wyoming, the federal Gulf of Mexico, New Mexico, and Colorado together represented 86% of total production of natural gas on federal and Indian lands in FY 2014
- Wyoming produced 80% of the coal on federal and Indian lands in FY 2014

EIA's estimates are based on data provided by the U.S. Department of the Interior's (DOI) Office of Natural Resources Revenue (ONRR) and include sales of production from federal onshore and offshore lands, and from Indian lands.[3] EIA summarizes total sales of fossil fuels produced on federal and Indian lands in common energy units (British thermal units, or Btu) to allow for aggregation across fuels, including crude oil and lease condensate, natural gas, natural gas plant liquids(NGPL), and coal (Tables 1 and 2). The data presented in this report update the data previously reported by EIA[4] for FY 2003 through FY 2013.

The sales reported by ONRR are a reasonable proxy for marketed production for a fiscal year.  Sales are assigned to the fiscal year in which the sales were made rather than when royalties were collected. They also include production leaving the lease that is exempt from royalty payments under various royalty relief programs.

---

[1] Throughout this report, the term *production* means sales from production.
[2] The U.S. government's fiscal year runs from October 1 through September 30.
[3] Includes offshore and onshore areas the federal government owns or administers, including American Indian lands.
[4] Sales of Fossil Fuels Produced from Federal and Indian Lands, FY 2003 through FY 2013, EIA, June 2014, found at http://www.eia.gov/analysis/requests/archive/2013/pdf/eia-federallandsales_061914.pdf

P00000024047

#### Table 1. Fossil fuel sales of production from federal lands, FY 2003-14

| Fiscal Year | Crude Oil and Lease Condensate | | | Natural Gas Plant Liquids [2] | | | Natural Gas | | | Coal | | | Fossil Fuels | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Million Barrels [1] | Trillion Btu | Percent of U.S. Total | Million Barrels [1] | Trillion Btu | Percent of U.S. Total | Billion Cubic Feet [1] | Trillion Btu | Percent of U.S. Total | Million Short Tons [1] | Trillion Btu | Percent of U.S. Total | Trillion Btu | Percent of U.S. Total |
| 2003 | 679 | 3,939 | 33.0% | 93 | 347 | 14.7% | 6,798 | 6,981 | 35.7% | 436 | 8,960 | 40.6% | 20,227 | 36.1% |
| 2004 | 670 | 3,884 | 33.3% | 104 | 386 | 15.7% | 6,376 | 6,545 | 34.0% | 451 | 9,226 | 41.0% | 20,041 | 35.8% |
| 2005 | 638 | 3,698 | 32.8% | 96 | 358 | 14.7% | 6,057 | 6,223 | 33.1% | 447 | 9,110 | 39.6% | 19,390 | 34.8% |
| 2006 | 571 | 3,313 | 31.3% | 85 | 315 | 13.8% | 5,373 | 5,523 | 29.6% | 429 | 8,715 | 37.2% | 17,867 | 32.4% |
| 2007 | 618 | 3,584 | 33.3% | 103 | 383 | 16.1% | 5,557 | 5,709 | 29.2% | 443 | 9,017 | 38.6% | 18,692 | 33.2% |
| 2008 | 565 | 3,276 | 30.7% | 103 | 382 | 15.5% | 5,532 | 5,681 | 27.6% | 483 | 9,771 | 41.6% | 19,110 | 33.3% |
| 2009 | 648 | 3,761 | 34.0% | 93 | 342 | 13.8% | 5,380 | 5,518 | 26.1% | 462 | 9,260 | 41.5% | 18,881 | 33.0% |
| 2010 | 724 | 4,201 | 36.4% | 131 | 482 | 17.6% | 5,086 | 5,206 | 24.4% | 457 | 9,188 | 42.8% | 19,076 | 33.3% |
| 2011 | 645 | 3,742 | 31.8% | 131 | 481 | 16.6% | 4,588 | 4,690 | 20.5% | 447 | 9,016 | 41.1% | 17,929 | 30.0% |
| 2012 | 601 | 3,489 | 26.4% | 130 | 478 | 14.9% | 4,261 | 4,361 | 17.8% | 442 | 8,924 | 42.1% | 17,251 | 27.7% |
| 2013 | 614 | 3,558 | 23.1% | 108 | 402 | 11.7% | 3,835 | 3,936 | 15.9% | 401 | 8,103 | 40.3% | 15,999 | 25.1% |
| 2014 | 651 | 3,774 | 21.4% | 117 | 434 | 11.3% | 3,551 | 3,649 | 14.1% | 402 | 8,118 | 40.8% | 15,975 | 23.7% |

[1]Includes sales volumes for production from federal lands including all classes of land owned by the federal government, including acquired military, Outer Continental Shelf, and public lands.

[2]Includes only those quantities for which the royalties were paid on the basis of the value of the natural gas plant liquids produced. Additional quantities of natural gas plant liquids were produced; however, the royalties paid were based on the value of natural gas processed. These latter quantities are included with natural gas.

Notes: Total fossil fuels are the sum of crude oil and lease condensate, natural gas plant liquids, natural gas, and coal. In addition, the sales volumes are reported for the fiscal year in which the sales occurred as opposed to the date of the royalty payment. Volumes include fossil fuels for which royalties were paid, as well as those amounts exempt from royalty payments, such as additions to the Strategic Petroleum Reserve.

Sources: **Physical Data:**  U.S. Department of the Interior, Office of Natural Resources Revenue, ONRR Statistical Information Site (http://statistics.onrr.gov).

**Btu Data**: U.S. Energy Information Administration. Btu are calculated using average, calendar-year heat rates for production of each fossil fuel, as reported in the *Monthly Energy Review* (March 2015). The total Btu-content per fossil fuel is calculated by multiplying the physical data by the approximate heat content. The fossil fuel total is the sum of the total heat content for crude oil and lease condensate, natural gas plant liquids, natural gas, and coal.

**Percent of Total**: Percentages are calculated by dividing sales of production from federal by total U.S. production, then multiplying by 100.  Fiscal year values for total U.S. production are the sum of October-September values from the *Monthly Energy Review* (March 2015) and reflect EIA's current data updates.

P00000024048

## Table 2. Fossil fuel sales of production from Indian lands, FY 2003-14

| Fiscal Year | Crude Oil and Lease Condensate | | | Natural Gas Plant Liquids [2] | | | Natural Gas | | | Coal | | | Fossil Fuels | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Million Barrels [1] | Trillion Btu | Percent of U.S. Total | Million Barrels [1] | Trillion Btu | Percent of U.S. Total | Billion Cubic Feet [1] | Trillion Btu | Percent of U.S. Total | Million Short Tons [1] | Trillion Btu | Percent of U.S. Total | Trillion Btu | Percent of U.S. Total |
| 2003 | 10 | 59 | 0.5% | 2 | 6 | 0.3% | 283 | 291 | 1.5% | 30 | 616 | 2.8% | 972 | 1.7% |
| 2004 | 10 | 58 | 0.5% | 2 | 7 | 0.3% | 312 | 320 | 1.7% | 33 | 667 | 3.0% | 1,052 | 1.9% |
| 2005 | 10 | 59 | 0.5% | 2 | 7 | 0.3% | 327 | 336 | 1.8% | 34 | 698 | 3.0% | 1,100 | 2.0% |
| 2006 | 10 | 56 | 0.5% | 2 | 8 | 0.3% | 308 | 317 | 1.7% | 29 | 593 | 2.5% | 974 | 1.8% |
| 2007 | 10 | 56 | 0.5% | 3 | 10 | 0.4% | 284 | 292 | 1.5% | 27 | 558 | 2.4% | 916 | 1.6% |
| 2008 | 10 | 57 | 0.5% | 3 | 11 | 0.4% | 272 | 279 | 1.4% | 26 | 527 | 2.2% | 874 | 1.5% |
| 2009 | 10 | 61 | 0.5% | 3 | 10 | 0.4% | 266 | 273 | 1.3% | 26 | 521 | 2.3% | 864 | 1.5% |
| 2010 | 13 | 77 | 0.7% | 3 | 11 | 0.4% | 251 | 257 | 1.2% | 22 | 435 | 2.0% | 781 | 1.4% |
| 2011 | 20 | 115 | 1.0% | 3 | 12 | 0.4% | 254 | 260 | 1.1% | 22 | 444 | 2.0% | 831 | 1.4% |
| 2012 | 31 | 182 | 1.4% | 4 | 13 | 0.4% | 253 | 259 | 1.1% | 19 | 383 | 1.8% | 837 | 1.3% |
| 2013 | 46 | 269 | 1.8% | 4 | 14 | 0.4% | 241 | 247 | 1.0% | 19 | 387 | 1.9% | 916 | 1.4% |
| 2014 | 56 | 324 | 1.8% | 4 | 16 | 0.4% | 241 | 247 | 1.0% | 19 | 380 | 1.9% | 968 | 1.4% |

[1] Includes sales volumes for production from Indian lands.

[2] Includes only those quantities for which the royalties were paid on the basis of the value of the natural gas plant liquids produced. Additional quantities of natural gas plant liquids were produced; however, the royalties paid were based on the value of natural gas processed. These latter quantities are included with natural gas.

Notes: Total fossil fuels equals the sum of crude oil and lease condensate, natural gas plant liquids, natural gas, and coal.  In addition, the sales volumes are reported for the fiscal year in which the sales occurred as opposed to the date of the royalty payment. Volumes include fossil fuels for which royalties were paid, as well as those amounts exempt from royalty payments, such as additions to the Strategic Petroleum Reserve.

Sources: **Physical Data:** U.S. Department of the Interior, Office of Natural Resources Revenue, ONRR Statistical Information Site (http://statistics.onrr.gov).

**Btu Data:** U.S. Energy Information Administration. Btu are calculated using average, calendar-year heat rates for production of each fossil fuel, as reported in the *Monthly Energy Review* (March 2015). The total Btu-content per fossil fuel is calculated by multiplying the physical data by the approximate heat content. The fossil fuel total is the sum of the total heat content for crude oil and lease condensate, natural gas plant liquids, natural gas, and coal.

**Percent of Total**: Percentages are calculated by dividing sales of production from Indian lands by total U.S. production, then multiplying by 100.  Fiscal year values for total U.S. production are the sum of October-September values from the *Monthly Energy Review* (March 2015) and reflect EIA's current data updates.

P00000024049

## Sales from production on federal and Indian lands

### *Federal lands*

Coal represented 51% of fossil fuel sales from production on federal lands in FY 2014, measured in common Btu units, followed by crude oil and lease condensate (24%), natural gas (23%), and natural gas plant liquids (NGPL) (3%).   Total fossil fuels sales from production on federal lands decreased slightly from 15,999 trillion Btu in FY 2013 to 15,975 trillion Btu in FY 2014 (Table 1). On federal lands (only) in FY 2014:

- Sales of crude oil[5] from federal lands increased 6%, from 614 million barrels in FY 2013 to 651 million barrels in FY 2014.  Federal offshore and onshore oil production increased by 5% and 9%, respectively (Table 3). Despite this increase, crude oil production from federal lands as a share of total U.S. crude oil production decreased from 23% in FY 2013 to 21% in FY 2014. This decrease in the federal lands share of total production was the result of the 16% increase in total U.S. crude oil production.[6]

- Sales of natural gas from federal lands decreased 7%, from 3,835 billion cubic feet in FY 2013 to 3,551 billion cubic feet in FY 2014. Both offshore (11%) and onshore volumes (6%) declined (Table 4). Natural gas production on federal lands dropped to 14% of the U.S. total in FY 2014 from 16% in FY 2013. The largest portion of the drop in natural gas production on federal lands was from declines in the Gulf of Mexico and Wyoming.

- Sales of natural gas plant liquids (NGPL) produced on federal lands increased 8%, from 108 million barrels in FY 2013 to 117 million barrels in FY 2014. Both onshore (9%) and offshore volumes (7%) increased (Table 5). NGPL production from federal lands decreased from 12% to 11% of the U.S. total in FY 2014.

- Coal sales from production on federal lands increased slightly (0.2%) from 401 million short tons in FY 2013 to 402 million short tons in FY 2014 (Table 6). Coal produced on federal lands accounted for 41% of the U.S. total in FY 2014, up from 40% in FY 2013.

### *Indian Lands*

Coal represented 39% of fossil fuel sales from production on Indian lands in FY 2014, measured in common Btu units, followed by crude oil (33%), natural gas (26%), and NGPL (2%).  Total fossil fuels sales from production on Indian lands increased 6% from 916 trillion Btu in FY 2013 to 968 trillion Btu in FY 2014 (Table 2), as oil and NGPL production increased, natural gas production remained level, and coal production declined. On Indian lands (only) in FY 2014:

- Sales of crude oil produced on Indian lands increased 22%, increasing from 46 million barrels in FY 2013 to 56 million barrels in FY 2014 (Table 3). The increase in Indian lands oil production was attributable mostly to gains on tribal lands in North Dakota (Bakken formation) and, to a lesser extent, gains on tribal lands in New Mexico and Utah.

- Sales of natural gas from Indian lands remained at 241 billion cubic feet in FY 2014 (Table 4).

---

[5] Throughout this report, the term *crude oil* includes lease condensate.
[6] http://www.eia.gov/dnav/pet/pet_crd_crpdn_adc_mbblpd_a.htm.

P00000024050

- Sales of NGPL increased slightly and coal production decreased slightly on Indian lands in FY 2014, but these changes were negligible in the context of reported units (million short tons) in the tables of this report. Therefore, the production of NGPL and coal from Indian lands in FY 2014 matches that of FY 2013, 4 million barrels and 19 million short tons, respectively (Tables 5 and 6).

## Trends in federal and Indian lands production from FY 2003 through FY 2014

Overall fossil fuel production from federal lands generally declined between FY 2003 and FY 2014, down 21% in FY 2014 compared with FY 2003 (Table 1). This trend is primarily the result of a steady decline in federal offshore natural gas production between FY 2003 and FY 2014 and the 9% drop in coal production from federal lands from FY 2012 to FY 2013.

Conversely, overall fossil fuel production from Indian lands has risen since 2009 because of increasing crude oil and NGPL production. Total fossil fuels production on Indian lands in FY 2014 fell just short of surpassing the amount produced in FY 2003 (less than a 1% difference).

- Crude oil production from federal lands decreased 4% between FY 2003 and FY 2014 (Figure 1, Table 3). Production in the federal offshore declined 13% over that period, which outweighs the 49% increase in the federal onshore volumes over the same period. In FY 2014, the federal offshore still had the majority (77%) of total federal crude oil production, but its share declined compared with FY 2003 when it comprised 85% of all federal crude oil production.
- For the past six consecutive fiscal years, 2009-2014, oil production on Indian lands has increased (Figure 2). Between FY 2003 and FY 2014, oil production on Indian lands increased 460%.
- Natural gas production from federal lands has declined steadily, down 48% in FY 2014 from 2003(Figure 1, Table 4). The once-larger federal offshore volumes declined every year through FY 2014, down 76% from FY 2003.  That decrease was partially offset by the now-larger onshore volumes, which increased 9% over the same time period.  This declining natural gas production from federal lands, coupled with increasing total U.S. natural gas production[7], steadily reduced the federal lands share of total U.S. natural gas production.
- NGPL production from federal lands increased 26% between FY 2003 and FY 2014 (Figure 1, Table 5).  Following the natural gas trend, the once-larger federal offshore NGPL volumes declined 6%, while the now-larger onshore NGPL volumes increased 64% over the same period. NGPL production on Indian lands in FY 2014 was 4 million barrels, and while this level is twice the amount produced from Indian lands in FY 2003, it is a small volume compared with what was produced on federal lands (117 million barrels) in FY 2014.
- Federal land coal production declined 8% between FY 2003 and FY 2014 (Figure 1, Table 6). Coal production on Indian lands declined 37% over the same period.  U.S. total coal production was an estimated 1,072 million short tons in 2003 and declined to 997 million short tons in 2014 (a 7% decline). Coal production from federal and Indian lands totaled 421 million short tons (42% of the U.S. total) in FY 2014.

---

[7] http://www.eia.gov/dnav/ng/ng_prod_sum_dcu_NUS_a.htm.

P00000024051

*July 2015*

**Figure 1. Fossil fuel production on federal lands, FY 2003-14**



Source: U.S. Energy Information Administration based on U.S. Department of the Interior, Office of Natural Resources Revenue. ONNR Statistical Information Site (http://statistics.onrr.gov).

Total fossil fuel production from Indian lands increased each year since FY 2010. Increases in oil production have almost completely offset the decreases in coal production and natural gas production between FY 2003 and FY 2014 (Table 2). The annual totals are less than 1% different, but the FY 2003 level was slightly higher.

- Crude oil production from Indian lands increased 460% from 10 million barrels in FY 2003 to 56 million barrels in FY 2014. Almost all of this increase took place since FY 2010 (Figure 2, Table 3), and mostly in North Dakota (primarily the Fort Berthold Indian Reservation in the western part of the state, part of the Bakken/Three Forks tight oil play).
- Natural gas production and coal production from Indian lands declined between FY 2003 and FY 2014 by 15% and 37%, respectively. Except for a small deviation in FY 2011, natural gas and coal production have steadily declined since FY 2005 (Figure 2).

P00000024052

*July 2015*

**Figure 2. Fossil fuel production on Indian lands, FY 2003-14**



Source: U.S. Energy Information Administration based on U.S. Department of the Interior, Office of Natural Resources Revenue. "ONNR Statistical Information Site" (http://statistics.onrr.gov).

## State/offshore trends

The federal government owns nearly 650 million acres of land—almost 30% of the land area of the United States (Figure 3). Four agencies—the National Park Service, the Fish and Wildlife Service, the Bureau of Land Management (BLM) in the Department of the Interior, and the U.S. Forest Service in the Department of Agriculture—administer about 95% of those federally owned lands.[8],[9]

---

[8] Federal Land Ownership: Current Acquisition and Disposal Authorities, Congressional Research Service, December 13, 2012, found at https://www.fas.org/sgp/crs/misc/RL34273.pdf.

[9] Maps of the various kinds of federal lands can be seen at http://nationalatlas.gov/printable/fedlands.html.

P00000024053

**Figure 3. Onshore federal and Indian lands**



| | | | |
|---|---|---|---|
| 🟩 Bureau of Indian Affairs | 🟪 Department of Defense | 🟧 Forest Service | 🟫 Tennessee Valley Authority |
| 🟩 Bureau of Land Management | 🟦 Fish and Wildlife Service | 🟥 National Park Service | 🟦 Other agencies |
| 🟦 Bureau of Reclamation | | | |

Source: Produced by U.S. Energy Information Administration from Federal Lands and Bureau of Indian Affairs map layers at
http://nationalatlas.gov/maplayers.html?openChapters=chpbound#chpbound

Most production of fossil fuels from federal and Indian lands falls under the purview of BLM. BLM manages 248 million acres and is responsible for 700 million acres of subsurface mineral resources.[10]

Federal land ownership is heavily concentrated in 12 western states:

- 62% of Alaska is federally owned.

---

[10] Federal Land Ownership: Overview and Data, Congressional Research Service, February 8, 2012, found at
https://www.fas.org/sgp/crs/misc/R42346.pdf.

P00000024054

- 47% of the 11 western states[11] in the Lower 48 states is federally owned. In calendar year 2013, those 11 western states represented approximately 20% of total U.S. reserves of crude oil and lease condensate and 23% of total U.S. reserves of wet natural gas.[12] Wyoming, Montana, Colorado, Utah, and New Mexico are the leading states producing fossil fuels from federal and Indian lands.
- Only 4% of the total area of all the other states combined is federally owned.

Indian lands are primarily in the western United States, with concentrations in the four corners region of Arizona, New Mexico, Colorado, and Utah; North and South Dakota; and a few other states (Figure 3).

Figures 4 through 8 provide summary information for production from federal and Indian lands for leading states and offshore areas. Complete state-level data on production from federal and Indian lands are provided in Tables 7 through11.[13] The relative and absolute contribution of each state and offshore region in federal and Indian lands production varies significantly across fuels. Some notable observations include:

- Wyoming and the federal Gulf of Mexico together produced 72% of the federal and Indian lands fossil fuels total in FY 2014 (Table 7, Figure 4). New Mexico, Colorado, and Utah were the next largest production states.
- The federal Gulf of Mexico produced 67% of the federal and Indian lands crude oil total in FY 2014 (Figure 5, Table 8). New Mexico, North Dakota, and Wyoming were the next largest crude oil producers on federal and Indian lands.
- Wyoming, the federal Gulf of Mexico, New Mexico, and Colorado together represented 86% of total production of natural gas on federal and Indian lands in FY 2014 (Figure 6, Table 9).
- The federal Gulf of Mexico, New Mexico, and Wyoming together produced 82% of NGPL from federal and Indian lands NGPL in FY 2014 (Figure 7, Table 10).
- Production of coal on federal and Indian lands is dominated by Wyoming, which accounted for 80% of the total in FY 2014 (Figure 8, Table11). Montana, Colorado, Utah, and New Mexico were the next biggest coal producers on federal and Indian lands. In FY 2014, coal production in Montana increased by 3 million short tons, and New Mexico production decreased by 2 million short tons.

---

[11] Montana, Wyoming, Colorado, New Mexico, Idaho, Utah, Arizona, Washington, Oregon, Nevada, and California.
[12] U.S. Crude Oil and Natural Gas Proved Reserves, 2013, Tables 6 and 10, EIA, December 2014, found at http://www.eia.gov/naturalgas/crudeoilreserves/.
[13] The Appendix presents information from these tables in the form of maps of the latest state-level production levels and changes.

P00000024055

**Figure 4. Fossil fuel production on federal and Indian lands, FY 2003-14**



Source: U.S. Energy Information Administration based on U.S. Department of the Interior, Office of Natural Resources Revenue. "ONRR Statistical Information Site" (http://statistics.onrr.gov).

## Data sources

U.S. Department of Interior program offices continually collect sales and royalty payment data on fossil fuel sales of production from federal and Indian lands. Near the end of the first quarter of each calendar year, ONRR issues the sales data it collected for the previous sales year. Sales are assigned to the fiscal year in which they occur, not necessarily the same year royalties were collected. Audits conducted by ONNR result in revisions to data previously reported.

This report is based on information reported to and processed by ONRR as of March 31, 2015. ONRR updates the data values it reports for prior years. The recently updated data provided by ONRR for FY 2003 through FY 2014 generally fall within 2% of the volumes EIA reported previously, although updates for some NGPL volumes slightly exceeded that threshold (e.g., FY 2013 NGPL production volume was revised upward 3.3% in May 2013).

Additional data, background information, and discussions of methodology and key drivers contributing to trends in sales from production on federal lands during the FY 2003 through FY 2013 period are available in *Sales of Fossil Fuels Produced on Federal and Indian Lands, FY 2003 through 2013* and on the ONRR website.

P00000024056

The following table shows the fuels (commodities) listed on the ONRR website and the associated products, which were included in this report:

| Fuel (commodity) | Product |
|---|---|
| **Coal** | Coal |
| | Coal-Bituminous-Raw |
| **Natural Gas** | Coal Bed Methane |
| | Flash Gas |
| | Fuel Gas |
| | Gas Lost - Flared or Vented |
| | Processed (Residue) Gas |
| | Unprocessed (Wet) Gas |
| **NGPL** | Gas Plant Products |
| **Oil** | Condensate |
| | Drip or Scrubber Condensate |
| | Fuel Oil |
| | Inlet Scrubber |
| | Oil |
| | Oil Lost |
| | Other Liquid Hydrocarbons |

P00000024057



### Figure 5. Crude oil production on federal and Indian lands, FY 2003-14



Source: U.S. Energy Information Administration based on U.S. Department of the Interior, Office of Natural Resources Revenue. "ONNR Statistical Information Site" (http://statistics.onrr.gov).

P00000024058

### Figure 6. Natural gas production on federal and Indian lands, FY 2003-14



Source: U.S. Energy Information Administration based on U.S. Department of the Interior, Office of Natural Resources Revenue. "ONNR Statistical Information Site" (http://statistics.onrr.gov).

P00000024059

### Figure 7. Natural gas liquids production on federal and Indian lands, FY 2003-14



Source: U.S. Energy Information Administration based on U.S. Department of the Interior, Office of Natural Resources Revenue. "ONNR Statistical Information Site" (http://statistics.onrr.gov).

P00000024060



**Figure 8. Coal production on federal and Indian lands, FY 2003-14**



Source: U.S. Energy Information Administration based on U.S. Department of the Interior, Office of Natural Resources Revenue. "ONNR Statistical Information Site" (http://statistics.onrr.gov).

P00000024061

### Table 3. Sales of crude oil and lease condensate production from federal and Indian lands, FY 2003-14

million barrels

| Fiscal Year | Offshore Federal | Onshore Federal | Total Federal | Indian Lands |
|---|---|---|---|---|
| 2003 | 579 | 100 | 679 | 10 |
| 2004 | 572 | 97 | 670 | 10 |
| 2005 | 541 | 96 | 638 | 10 |
| 2006 | 471 | 100 | 571 | 10 |
| 2007 | 514 | 104 | 618 | 10 |
| 2008 | 462 | 103 | 565 | 10 |
| 2009 | 544 | 105 | 649 | 10 |
| 2010 | 616 | 108 | 724 | 13 |
| 2011 | 532 | 113 | 645 | 20 |
| 2012 | 476 | 125 | 601 | 31 |
| 2013 | 476 | 137 | 614 | 46 |
| 2014 | 502 | 149 | 651 | 56 |

Notes: Totals may not equal sum of components because of independent rounding. Onshore federal excludes volumes on Indian lands. Offshore federal only includes areas in federal waters.
Source: U.S. Energy Information Administration based on U.S. Department of the Interior, Office of Natural Resources Revenue. "ONNR Statistical Information Site" (http://statistics.onrr.gov).

### Table 4. Sales of natural gas production from federal and Indian lands, FY 2003-14

billion cubic feet

| Fiscal Year | Offshore Federal | Onshore Federal | Total Federal | Indian Lands |
|---|---|---|---|---|
| 2003 | 4,522 | 2,276 | 6,798 | 283 |
| 2004 | 4,025 | 2,351 | 6,376 | 312 |
| 2005 | 3,523 | 2,534 | 6,057 | 327 |
| 2006 | 2,754 | 2,619 | 5,373 | 308 |
| 2007 | 2,700 | 2,857 | 5,557 | 284 |
| 2008 | 2,483 | 3,049 | 5,532 | 272 |
| 2009 | 2,213 | 3,167 | 5,380 | 266 |
| 2010 | 2,080 | 3,006 | 5,086 | 251 |
| 2011 | 1,692 | 2,896 | 4,588 | 254 |
| 2012 | 1,374 | 2,887 | 4,261 | 253 |
| 2013 | 1,198 | 2,637 | 3,835 | 241 |
| 2014 | 1,069 | 2,482 | 3,551 | 241 |

Notes: Totals may not equal sum of components because of independent rounding. Onshore federal excludes volumes on Indian lands. Offshore federal only includes areas in federal waters.
Source: U.S. Energy Information Administration based on U.S. Department of the Interior, Office of Natural Resources Revenue. "ONNR Statistical Information Site" (http://statistics.onrr.gov).

P00000024062

## Table 5. Sales of natural gas plant liquids production from federal and Indian lands, FY 2003-14

million barrels

| Fiscal Year | Offshore Federal | Onshore Federal | Total Federal | Indian Lands |
|---|---|---|---|---|
| 2003 | 51 | 42 | 93 | 2 |
| 2004 | 62 | 41 | 104 | 2 |
| 2005 | 56 | 40 | 96 | 2 |
| 2006 | 46 | 39 | 85 | 2 |
| 2007 | 59 | 44 | 103 | 3 |
| 2008 | 53 | 50 | 103 | 3 |
| 2009 | 45 | 47 | 93 | 3 |
| 2010 | 58 | 73 | 131 | 3 |
| 2011 | 52 | 79 | 131 | 3 |
| 2012 | 45 | 85 | 130 | 4 |
| 2013 | 45 | 63 | 108 | 4 |
| 2014 | 48 | 69 | 117 | 4 |

Notes: Totals may not equal sum of components because of independent rounding. Onshore federal excludes volumes on Indian lands. Offshore federal only includes areas in federal waters.
Source: U.S. Energy Information Administration based on U.S. Department of the Interior, Office of Natural Resources Revenue. "ONNR Statistical Information Site" (http://statistics.onrr.gov).

## Table 6. Sales of coal from federal and Indian lands, FY 2003-14

million short tons

| Fiscal Year | Federal | Indian Lands |
|---|---|---|
| 2003 | 436 | 30 |
| 2004 | 451 | 33 |
| 2005 | 447 | 34 |
| 2006 | 429 | 29 |
| 2007 | 443 | 27 |
| 2008 | 483 | 26 |
| 2009 | 462 | 26 |
| 2010 | 457 | 22 |
| 2011 | 447 | 22 |
| 2012 | 442 | 19 |
| 2013 | 401 | 19 |
| 2014 | 402 | 19 |

Source: U.S. Energy Information Administration based on U.S. Department of the Interior, Office of Natural Resources Revenue. "ONNR Statistical Information Site" (http://statistics.onrr.gov).

P00000024063

### Table 7. Sales of fossil fuel production from federal and Indian lands by state/area, FY 2003-14

trillion Btu

| State | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alabama | 75 | 57 | 51 | 47 | 40 | 42 | 60 | 88 | 86 | 71 | 46 | 29 |
| Alaska | 61 | 66 | 68 | 52 | 32 | 28 | 27 | 23 | 21 | 19 | 18 | 21 |
| Arizona | 258 | 273 | 280 | 193 | 180 | 162 | 157 | 154 | 164 | 163 | 167 | 158 |
| Arkansas | 7 | 8 | 10 | 10 | 10 | 11 | 15 | 18 | 14 | 13 | 11 | 11 |
| California | 141 | 125 | 124 | 139 | 146 | 129 | 116 | 115 | 121 | 125 | 121 | 119 |
| Colorado | 785 | 842 | 960 | 906 | 905 | 931 | 846 | 868 | 917 | 952 | 875 | 877 |
| Florida | 0 | - | - | - | - | - | - | - | - | - | - | - |
| Illinois | 0 | - | - | - | - | - | - | - | - | - | - | - |
| Indiana | 0 | - | - | - | - | - | - | - | - | - | - | - |
| Kansas | 12 | 11 | 11 | 12 | 10 | 10 | 10 | 9 | 8 | 7 | 7 | 6 |
| Kentucky | 0 | - | - | 6 | 18 | 8 | 4 | 1 | 3 | 5 | 6 | - |
| Louisiana | 225 | 245 | 188 | 164 | 167 | 162 | 146 | 127 | 116 | 111 | 106 | 88 |
| Michigan | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 3 | 2 | 2 | 2 | 1 |
| Mississippi | 19 | 19 | 18 | 16 | 16 | 17 | 14 | 13 | 13 | 12 | 12 | 10 |
| Montana | 612 | 684 | 722 | 661 | 723 | 727 | 662 | 659 | 612 | 576 | 515 | 580 |
| Nebraska | 0 | - | 1 | 2 | 1 | - | - | - | - | - | - | - |
| Nevada | 3 | 3 | 3 | 2 | 2 | 2 | 3 | 3 | 2 | 2 | 2 | 2 |
| New Mexico | 1,823 | 1,750 | 1,696 | 1,627 | 1,570 | 1,474 | 1,447 | 1,333 | 1,339 | 1,365 | 1,408 | 1,403 |
| New York | 0 | - | - | - | - | - | - | - | - | - | - | - |
| North Dakota | 70 | 92 | 88 | 111 | 121 | 126 | 77 | 83 | 165 | 291 | 387 | 469 |
| Offshore Gulf | 7,570 | 7,086 | 6,484 | 5,289 | 5,553 | 5,046 | 5,235 | 5,587 | 4,713 | 4,078 | 3,907 | 3,949 |
| Offshore Pacific | 170 | 156 | 145 | 144 | 138 | 131 | 129 | 123 | 107 | 92 | 98 | 97 |
| Ohio | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | - |
| Oklahoma | 56 | 57 | 56 | 57 | 59 | 57 | 60 | 60 | 63 | 63 | 62 | 63 |
| Pennsylvania | 0 | - | - | - | - | - | - | - | - | - | - | - |
| South Dakota | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 |
| Texas | 119 | 113 | 90 | 87 | 87 | 67 | 64 | 49 | 54 | 76 | 62 | 50 |
| Utah | 586 | 637 | 677 | 654 | 621 | 647 | 622 | 632 | 570 | 734 | 733 | 738 |
| Virginia | 0 | - | 1 | 1 | - | - | - | - | - | - | - | - |
| Washington | 4 | - | - | - | - | - | - | - | - | - | - | - |
| West Virginia | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | - | - | - |
| Wyoming | 8,596 | 8,863 | 8,813 | 8,653 | 9,197 | 10,198 | 10,048 | 9,908 | 9,665 | 9,331 | 8,369 | 8,270 |
| **Total** | **21,200** | **21,096** | **20,493** | **18,841** | **19,607** | **19,984** | **19,748** | **19,859** | **18,760** | **18,091** | **16,915** | **16,944** |

Note: Totals may not equal sum of components because of independent rounding.

Source: U.S. Energy Information Administration based on U.S. Department of the Interior, Office of Natural Resources Revenue. "ONRR Statistical Information Site" (http://statistics.onrr.gov)

P00000024064

**Table 8. Sales of crude oil and lease condensate production from federal and Indian lands by state/area, FY 2003-14**

million barrels

| State | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alabama | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Alaska | 4 | 5 | 5 | 3 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 1 |
| Arizona | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Arkansas | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| California | 23 | 21 | 21 | 23 | 24 | 21 | 19 | 19 | 19 | 19 | 19 | 19 |
| Colorado | 4 | 4 | 5 | 6 | 5 | 5 | 5 | 4 | 4 | 5 | 4 | 5 |
| Florida | 0 | - | - | - | - | - | - | - | - | - | - | - |
| Illinois | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Indiana | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Kansas | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Kentucky | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Louisiana | 13 | 13 | 8 | 7 | 7 | 7 | 7 | 7 | 6 | 7 | 7 | 6 |
| Michigan | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Mississippi | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Montana | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 3 | 3 | 3 |
| Nebraska | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Nevada | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| New Mexico | 32 | 30 | 26 | 25 | 25 | 26 | 28 | 31 | 35 | 42 | 51 | 59 |
| New York | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| North Dakota | 6 | 6 | 6 | 7 | 7 | 7 | 8 | 12 | 19 | 34 | 48 | 57 |
| Offshore Gulf | 531 | 527 | 502 | 435 | 480 | 430 | 513 | 587 | 505 | 452 | 451 | 477 |
| Offshore Pacific | 23 | 22 | 20 | 20 | 19 | 19 | 19 | 18 | 16 | 14 | 15 | 15 |
| Ohio | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Oklahoma | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 |
| Pennsylvania | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| South Dakota | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Texas | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| Utah | 10 | 10 | 12 | 13 | 14 | 16 | 17 | 18 | 19 | 20 | 21 | 24 |
| Virginia | - | - | - | - | - | - | - | - | - | - | - | - |
| Washington | - | - | - | - | - | - | - | - | - | - | - | - |
| West Virginia | - | - | - | 0 | - | - | - | - | - | - | - | - |
| Wyoming | 34 | 34 | 34 | 35 | 36 | 36 | 35 | 35 | 35 | 35 | 36 | 38 |
| **Total** | **689** | **680** | **648** | **581** | **628** | **575** | **659** | **738** | **665** | **633** | **660** | **706** |

Note: Totals may not equal sum of components because of independent rounding.

Source: U.S. Energy Information Administration based on U.S. Department of the Interior, Office of Natural Resources Revenue. "ONNR Statistical Information Site" (http://statistics.onrr.gov).

P00000024065

### Table 9. Sales of natural gas production from federal and Indian lands by state/area, FY 2003-14

billion cubic feet

| State | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alabama | 71 | 53 | 48 | 44 | 36 | 34 | 30 | 32 | 27 | 20 | 21 | 20 |
| Alaska | 35 | 37 | 40 | 35 | 28 | 25 | 24 | 20 | 16 | 16 | 13 | 13 |
| Arizona | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - |
| Arkansas | 7 | 8 | 9 | 10 | 10 | 10 | 15 | 18 | 14 | 12 | 11 | 10 |
| California | 6 | 5 | 5 | 7 | 7 | 7 | 7 | 7 | 10 | 13 | 8 | 8 |
| Colorado | 290 | 348 | 406 | 404 | 412 | 424 | 431 | 425 | 461 | 487 | 469 | 465 |
| Florida | - | - | - | - | - | - | - | - | - | - | - | - |
| Illinois | - | - | - | - | - | - | - | - | - | - | - | - |
| Indiana | - | - | - | - | - | - | - | - | - | - | - | - |
| Kansas | 11 | 10 | 9 | 8 | 8 | 8 | 7 | 7 | 6 | 5 | 4 | 4 |
| Kentucky | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Louisiana | 140 | 161 | 132 | 116 | 111 | 108 | 96 | 79 | 72 | 66 | 61 | 49 |
| Michigan | 4 | 4 | 4 | 4 | 4 | 3 | 3 | 2 | 2 | 2 | 2 | 1 |
| Mississippi | 15 | 16 | 15 | 13 | 14 | 15 | 12 | 11 | 11 | 10 | 9 | 8 |
| Montana | 22 | 26 | 30 | 34 | 34 | 33 | 31 | 27 | 23 | 18 | 14 | 13 |
| Nebraska | 0 | - | 1 | 2 | 1 | 0 | 0 | - | 0 | 0 | 0 | 0 |
| Nevada | - | - | - | - | - | - | - | - | - | - | - | - |
| New Mexico | 1,005 | 997 | 986 | 966 | 926 | 875 | 848 | 792 | 760 | 735 | 704 | 688 |
| New York | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| North Dakota | 8 | 8 | 9 | 10 | 10 | 9 | 9 | 9 | 10 | 15 | 22 | 31 |
| Offshore Gulf | 4,194 | 3,706 | 3,277 | 2,533 | 2,495 | 2,304 | 2,046 | 1,934 | 1,569 | 1,270 | 1,103 | 986 |
| Offshore Pacific | 32 | 27 | 25 | 26 | 25 | 21 | 20 | 20 | 15 | 12 | 12 | 11 |
| Ohio | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 |
| Oklahoma | 32 | 32 | 32 | 35 | 33 | 33 | 38 | 39 | 40 | 41 | 38 | 39 |
| Pennsylvania | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| South Dakota | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Texas | 108 | 102 | 80 | 76 | 75 | 58 | 57 | 43 | 47 | 69 | 56 | 45 |
| Utah | 135 | 147 | 188 | 209 | 243 | 270 | 300 | 280 | 289 | 315 | 290 | 274 |
| Virginia | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Washington | - | - | - | - | - | - | - | - | - | - | - | - |
| West Virginia | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 |
| Wyoming | 964 | 997 | 1,083 | 1,144 | 1,366 | 1,563 | 1,670 | 1,590 | 1,468 | 1,406 | 1,238 | 1,125 |
| **Total** | **7,081** | **6,688** | **6,383** | **5,681** | **5,841** | **5,804** | **5,646** | **5,337** | **4,843** | **4,514** | **4,076** | **3,792** |

Note: Totals may not equal sum of components because of independent rounding.

Source: U.S. Energy Information Administration based on U.S. Department of the Interior, Office of Natural Resources Revenue. "ONRR Statistical Information Site" (http://statistics.onrr.gov).

P00000024066

**Table 10. Sales of natural gas plant liquids production from federal and Indian lands by state/area, FY 2003-14**

million barrels

| State | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alabama | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Alaska | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - | 0 |
| Arizona | - | - | - | - | - | - | 0 | 0 | 0 | 0 | - | - |
| Arkansas | - | - | - | - | - | - | - | - | - | - | - | - |
| California | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Colorado | 1 | 1 | 1 | 1 | 1 | 3 | 5 | 8 | 9 | 11 | 6 | 7 |
| Florida | - | - | - | - | - | - | - | - | - | - | - | - |
| Illinois | - | - | - | - | - | - | - | - | - | - | - | - |
| Indiana | - | - | - | - | - | - | - | - | - | - | - | - |
| Kansas | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Kentucky | - | - | - | - | - | - | 0 | 0 | 0 | - | - | - |
| Louisiana | 1 | 2 | 2 | 1 | 3 | 3 | 2 | 2 | 1 | 1 | 1 | 1 |
| Michigan | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Mississippi | 0 | 0 | - | - | - | - | - | - | - | 0 | 0 | - |
| Montana | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Nebraska | - | - | - | - | - | 0 | - | - | - | - | - | - |
| Nevada | - | - | - | - | - | - | - | - | - | - | - | - |
| New Mexico | 31 | 32 | 31 | 30 | 31 | 31 | 30 | 31 | 32 | 32 | 31 | 31 |
| New York | - | - | - | - | - | - | - | - | - | - | - | - |
| North Dakota | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 |
| Offshore Gulf | 49 | 60 | 54 | 44 | 55 | 50 | 43 | 55 | 50 | 43 | 43 | 45 |
| Offshore Pacific | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ohio | - | - | - | - | - | - | - | - | - | 0 | 0 | - |
| Oklahoma | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 |
| Pennsylvania | - | - | - | - | - | - | - | - | - | 0 | 0 | 0 |
| South Dakota | - | - | - | - | - | - | - | - | - | - | - | - |
| Texas | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Utah | 1 | 1 | 1 | 1 | 1 | 2 | 4 | 5 | 6 | 8 | 7 | 8 |
| Virginia | - | - | - | - | - | - | - | - | - | - | - | - |
| Washington | - | - | - | - | - | - | - | - | - | - | - | - |
| West Virginia | - | - | - | - | - | - | - | - | - | - | - | - |
| Wyoming | 9 | 8 | 8 | 8 | 12 | 15 | 11 | 31 | 34 | 35 | 20 | 23 |
| **Total** | **94** | **105** | **98** | **87** | **106** | **106** | **95** | **134** | **134** | **133** | **112** | **121** |

Note: Totals may not equal sum of components because of independent rounding.
Source: U.S. Energy Information Administration based on U.S. Department of the Interior, Office of Natural Resources Revenue. "ONRR Statistical Information Site" (http://statistics.onrr.gov).

P00000024067

### Table 11. Sales of coal production from federal and Indian lands by state/area, FY 2003-14

million short tons

| State | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alabama | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 3 | 3 | 2 | 1 | 0 |
| Alaska | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Arizona | 13 | 13 | 14 | 9 | 9 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| Arkansas | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| California | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Colorado | 22 | 22 | 25 | 22 | 22 | 23 | 18 | 19 | 19 | 19 | 17 | 17 |
| Florida | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Illinois | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Indiana | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Kansas | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Kentucky | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Louisiana | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Michigan | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Mississippi | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Montana | 28 | 31 | 33 | 30 | 33 | 33 | 30 | 30 | 28 | 27 | 24 | 27 |
| Nebraska | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Nevada | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| New Mexico | 24 | 21 | 20 | 19 | 17 | 15 | 15 | 11 | 12 | 12 | 14 | 12 |
| New York | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| North Dakota | 1 | 2 | 2 | 3 | 3 | 4 | 1 | 0 | 2 | 4 | 4 | 5 |
| Offshore Gulf | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Offshore Pacific | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ohio | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Oklahoma | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 |
| Pennsylvania | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| South Dakota | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Texas | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Utah | 19 | 21 | 20 | 18 | 14 | 14 | 10 | 11 | 7 | 13 | 14 | 14 |
| Virginia | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Washington | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| West Virginia | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Wyoming | 359 | 372 | 367 | 356 | 371 | 411 | 404 | 396 | 389 | 374 | 337 | 337 |
| **Total** | **466** | **484** | **482** | **458** | **471** | **509** | **488** | **478** | **470** | **461** | **420** | **421** |

Note: Totals may not equal sum of components because of independent rounding.
Source: U.S. Energy Information Administration based on U.S. Department of the Interior, Office of Natural Resources Revenue. "ONNR Statistical Information Site" (http://statistics.onrr.gov).

P00000024068

# Map Appendix

## State/area maps

### Figure A1. Fossil fuel production on federal and Indian lands, FY 2014



Source: U.S. Energy Information Administration based on U.S. Department of the Interior, Office of Natural Resources Revenue. "ONNR Statistical Information Site" (http://statistics.onrr.gov).

P00000024069

**Figure A2. Changes in fossil fuels production (trillion Btu) on federal and Indian lands, FY 2013-14**



Source: U.S. Energy Information Administration based on U.S. Department of the Interior, Office of Natural Resources Revenue. "ONNR Statistical Information Site" (http://statistics.onrr.gov).

P00000024070

**Figure A3. Crude oil production on federal and Indian lands, FY 2014**



Source: U.S. Energy Information Administration based on U.S. Department of the Interior, Office of Natural Resources Revenue. "ONNR Statistical Information Site" (http://statistics.onrr.gov).

P00000024071

**Figure A4. Changes in crude oil production on federal and Indian lands, FY 2013-14**



Source: U.S. Energy Information Administration based on U.S. Department of the Interior, Office of Natural Resources Revenue. "ONNR Statistical Information Site" (http://statistics.onrr.gov).

P00000024072

**Figure A5. Natural gas production on federal and Indian lands, FY 2014**



Source: U.S. Energy Information Administration based on U.S. Department of the Interior, Office of Natural Resources Revenue. "ONNR Statistical Information Site" (http://statistics.onrr.gov).

P00000024073

**Figure A6. Changes in natural gas production on federal and Indian lands, FY 2013-14**



Source: U.S. Energy Information Administration based on U.S. Department of the Interior, Office of Natural Resources Revenue. "ONNR Statistical Information Site" (http://statistics.onrr.gov).

P00000024074

**Figure A7. Natural gas liquids production on federal and Indian lands, FY 2014**



Source: U.S. Energy Information Administration based on U.S. Department of the Interior, Office of Natural Resources Revenue. "ONNR Statistical Information Site" (http://statistics.onrr.gov).

P00000024075

**Figure A8. Changes in natural gas liquids production on federal and Indian lands, FY 2013-14**



Source: U.S. Energy Information Administration based on U.S. Department of the Interior, Office of Natural Resources Revenue. "ONNR Statistical Information Site" (http://statistics.onrr.gov).

P00000024076

*July 2015*

**Figure A9.  Coal production on federal and Indian lands, FY 2014**



Source: U.S. Energy Information Administration based on U.S. Department of the Interior, Office of Natural Resources Revenue. "ONNR Statistical Information Site" (http://statistics.onrr.gov).

P00000024077

### Figure A10. Changes in coal production on federal and Indian lands by state, FY 2013-14



Source: U.S. Energy Information Administration based on U.S. Department of the Interior, Office of Natural Resources Revenue. "ONNR Statistical Information Site" (http://statistics.onrr.gov).

P00000024078