BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT                 06-MAR-2018
GULF OF MEXICO REGION                                          PAGE:     1

*Annual Summary of Production  for Entire Region*

Start Date: 2005

| YEAR | OIL (BBLS) | CONDENSATE (BBLS) | TOTAL OIL (BBLS) | GAS (MCF) | CASINGHEAD (MCF) | TOTAL GAS (MCF) |
|---|---|---|---|---|---|---|
| 2005 | 384,063,414 | 82,862,286 | 466,925,700 | 2,473,517,550 | 682,141,444 | 3,155,658,994 |
| 2006 | 390,630,711 | 81,446,733 | 472,077,444 | 2,270,654,740 | 651,521,362 | 2,922,176,102 |
| 2007 | 387,637,481 | 80,371,196 | 468,008,677 | 2,200,340,915 | 612,376,631 | 2,812,717,546 |
| 2008 | 366,326,941 | 57,093,286 | 423,420,227 | 1,838,443,211 | 491,507,551 | 2,329,950,762 |
| 2009 | 510,746,638 | 59,562,690 | 570,309,328 | 1,883,560,338 | 567,516,468 | 2,451,076,806 |
| 2010 | 505,612,701 | 61,015,682 | 566,628,383 | 1,693,946,953 | 556,479,850 | 2,250,426,803 |
| 2011 | 429,346,366 | 52,353,995 | 481,700,361 | 1,354,669,548 | 471,924,323 | 1,826,593,871 |
| 2012 | 416,003,103 | 48,786,638 | 464,789,741 | 1,076,165,635 | 459,737,522 | 1,535,903,157 |
| 2013 | 416,602,653 | 42,446,531 | 459,049,184 | 863,844,967 | 464,443,459 | 1,328,288,426 |
| 2014 | 465,154,549 | 45,309,242 | 510,463,791 | 758,016,624 | 518,573,457 | 1,276,590,081 |
| 2015 | 509,407,713 | 43,579,523 | 552,987,236 | 719,152,702 | 588,175,341 | 1,307,328,043 |
| 2016 | 548,944,358 | 36,336,716 | 585,281,074 | 591,064,428 | 629,571,732 | 1,220,636,160 |
| 2017 | 583,148,136 | 24,113,256 | 607,261,392 | 441,099,499 | 633,952,240 | 1,075,051,739 |
| 2018 | 10,069,145 | 208,918 | 10,278,063 | 5,493,256 | 14,197,865 | 19,691,121 |
| TOTAL | 5,923,693,909 | 715,486,692 | 6,639,180,601 | 18,169,970,366 | 7,342,119,245 | 25,512,089,611 |

\* \* \* \* \*     **UNCLASSIFIED**     \* \* \* \* \*

P00000024886