JULIA A. OLSON (OR Bar 062230)
JuliaAOlson@gmail.com
WILD EARTH ADVOCATES
1216 Lincoln Street
Eugene, OR 97401
Tel: (415) 786-4825

ANDREA K. RODGERS (OR Bar 041029)
Andrearodgers42@gmail.com
Law Offices of Andrea K. Rodgers
3026 NW Esplanade
Seattle, WA 98117
Tel: (206) 696-2851

PHILIP L. GREGORY (*pro hac vice*)
pgregory@gregorylawgroup.com
Gregory Law Group
1250 Godetia Drive
Redwood City, CA 94062
Tel: (650) 278-2957

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **KELSEY CASCADIA ROSE JULIANA**; **XIUHTEZCATL TONATIUH M.**, through his Guardian Tamara Roske-Martinez; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**The UNITED STATES OF AMERICA**; **DONALD TRUMP**, in his official capacity as President of the United States; et al.,<br><br>Defendants. | Case No.: 6:15-cv-01517-TC<br><br>**DECLARATION OF JULIA A. OLSON** Noticing the Conventional Filing of Documents in Support of Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment and Certificate of Service |

**DECLARATION OF JULIA A. OLSON** Noticing the Conventional Filing of Documents in Support of Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment and Certificate of Service

I, Julia A. Olson, hereby declare and if called upon would testify as follows:

1. I am an attorney of record in the above-entitled action.

2. On June 29, 2018, pursuant to Local Rule 5-7, and in accordance with guidance from the District of Oregon ECF Help Desk, I caused to be filed with the Court true and correct copies of the following exhibits, via a USB flash drive, because such documents are incompatible with the ECF filing system.

    a. Exhibit U to Expert Report of Dr. James E. Hansen, ECF No. 274-1, which is attached as Exhibit 10 to Declaration of James E. Hansen, ECF No. 274.

    b. Exhibit E to Expert Report of Dr. Ove Hoegh-Guldberg, ECF No. 260-1, which is attached as Exhibit 1 to Declaration of Dr. Ove Hoegh-Guldberg, ECF No. 260.

    c. Exhibit F to Expert Report of Dr. Ove Hoegh-Guldberg, ECF No. 260-1, which is attached as Exhibit 1 to Declaration of Dr. Ove Hoegh-Guldberg, ECF No. 260.

    d. Exhibit G to Expert Report of Dr. Ove Hoegh-Guldberg, ECF No. 260-1, which is attached as Exhibit 1 to Declaration of Dr. Ove Hoegh-Guldberg, ECF No. 260.

    e. Exhibit H to Expert Report of Dr. Ove Hoegh-Guldberg, ECF No. 260-1, which is attached as Exhibit 1 to Declaration of Dr. Ove Hoegh-Guldberg, ECF No. 260.

    f. Exhibit I to Expert Report of Dr. Ove Hoegh-Guldberg, ECF No. 260-1, which is attached as Exhibit 1 to Declaration of Dr. Ove Hoegh-Guldberg, ECF No. 260.

    g. Exhibit J to Expert Report of Dr. Ove Hoegh-Guldberg, ECF No. 260-1, which is attached as Exhibit 1 to Declaration of Dr. Ove Hoegh-Guldberg, ECF No. 260.

    h. Exhibit K to Expert Report of Dr. Ove Hoegh-Guldberg, ECF No. 260-1, which is attached as Exhibit 1 to Declaration of Dr. Ove Hoegh-Guldberg, ECF No. 260.

**DECLARATION OF JULIA A. OLSON Noticing the Conventional Filing of Documents** 2
**in Support of Plaintiffs' Response in Opposition to Defendants' Motion for Summary
Judgment and Certificate of Service**

i. Exhibit L to Expert Report of Dr. Ove Hoegh-Guldberg, ECF No. 260-1, which is attached as Exhibit 1 to Declaration of Dr. Ove Hoegh-Guldberg, ECF No. 260.

j. Exhibit M to Expert Report of Dr. Ove Hoegh-Guldberg, ECF No. 260-1, which is attached as Exhibit 1 to Declaration of Dr. Ove Hoegh-Guldberg, ECF No. 260.

k. Exhibit N to Expert Report of Dr. Ove Hoegh-Guldberg, ECF No. 260-1, which is attached as Exhibit 1 to Declaration of Dr. Ove Hoegh-Guldberg, ECF No. 260.

l. Exhibit O to Expert Report of Dr. Ove Hoegh-Guldberg, ECF No. 260-1, which is attached as Exhibit 1 to Declaration of Dr. Ove Hoegh-Guldberg, ECF No. 260.

m. Exhibit P to Expert Report of Dr. Ove Hoegh-Guldberg, ECF No. 260-1, which is attached as Exhibit 1 to Declaration of Dr. Ove Hoegh-Guldberg, ECF No. 260.

n. Exhibit Q to Expert Report of Dr. Ove Hoegh-Guldberg, ECF No. 260-1, which is attached as Exhibit 1 to Declaration of Dr. Ove Hoegh-Guldberg, ECF No. 260.

o. Exhibit R to Expert Report of Dr. Ove Hoegh-Guldberg, ECF No. 260-1, which is attached as Exhibit 1 to Declaration of Dr. Ove Hoegh-Guldberg, ECF No. 260.

p. Exhibit S to Expert Report of Dr. Ove Hoegh-Guldberg, ECF No. 260-1, which is attached as Exhibit 1 to Declaration of Dr. Ove Hoegh-Guldberg, ECF No. 260.

q. Exhibit T to Expert Report of Dr. Ove Hoegh-Guldberg, ECF No. 260-1, which is attached as Exhibit 1 to Declaration of Dr. Ove Hoegh-Guldberg, ECF No. 260.

r. Exhibit U to Expert Report of Dr. Ove Hoegh-Guldberg, which is attached as Exhibit 1 to Declaration of Dr. Ove Hoegh-Guldberg, ECF No. 260.

s. Exhibit V to Expert Report of Dr. Ove Hoegh-Guldberg, ECF No. 260-1, which is attached as Exhibit 1 to Declaration of Dr. Ove Hoegh-Guldberg, ECF No. 260.

t.  Exhibit W to Expert Report of Dr. Ove Hoegh-Guldberg, ECF No. 260-1, which is attached as Exhibit 1 to Declaration of Dr. Ove Hoegh-Guldberg, ECF No. 260.

u.  Exhibit X to Expert Report of Dr. Ove Hoegh-Guldberg, ECF No. 260-1, which is attached as Exhibit 1 to Declaration of Dr. Ove Hoegh-Guldberg, ECF No. 260.

v.  Exhibit Y to Expert Report of Dr. Ove Hoegh-Guldberg, ECF No. 260-1, which is attached as Exhibit 1 to Declaration of Dr. Ove Hoegh-Guldberg, ECF No. 260.

w.  Exhibit Z to Expert Report of Dr. Ove Hoegh-Guldberg, ECF No. 260-1, which is attached as Exhibit 1 to Declaration of Dr. Ove Hoegh-Guldberg, ECF No. 260.

x.  Exhibit AA to Expert Report of Dr. Ove Hoegh-Guldberg, ECF No. 260-1, which is attached as Exhibit 1 to Declaration of Dr. Ove Hoegh-Guldberg, ECF No. 260.

y.  Exhibit E to Expert Report of Dr. Eric Rignot, ECF No. 262-1, which is attached as Exhibit 1 to Declaration of Dr. Eric Rignot, ECF No. 262.

z.  Exhibit F to Expert Report of Dr. Eric Rignot, ECF No. 262-1, which is attached as Exhibit 1 to Declaration of Dr. Eric Rignot, ECF No. 262.

aa. Exhibit G to Expert Report of Dr. Eric Rignot, ECF No. 262-1, which is attached as Exhibit 1 to Declaration of Dr. Eric Rignot, ECF No. 262.

bb. Exhibit H to Expert Report of Dr. Eric Rignot, ECF No. 262-1, which is attached as Exhibit 1 to Declaration of Dr. Eric Rignot, ECF No. 262.

cc. Exhibit M to Expert Report of Dr. Eric Rignot, ECF No. 262-1, which is attached as Exhibit 1 to Declaration of Dr. Eric Rignot, ECF No. 262.

dd. Exhibit N to Expert Report of Dr. Eric Rignot, ECF No. 262-1, which is attached as Exhibit 1 to Declaration of Dr. Eric Rignot, ECF No. 262.

**DECLARATION OF JULIA A. OLSON** Noticing the Conventional Filing of Documents  4
in Support of Plaintiffs' Response in Opposition to Defendants' Motion for Summary
Judgment and Certificate of Service

ee. Exhibit P to Expert Report of Dr. Eric Rignot, ECF No. 262-1, which is attached as Exhibit 1 to Declaration of Dr. Eric Rignot, ECF No. 262.

ff. Exhibit Q to Expert Report of Dr. Eric Rignot, ECF No. 262-1, which is attached as Exhibit 1 to Declaration of Dr. Eric Rignot, ECF No. 262.

gg. Exhibit F to Expert Report of Dr. Steven W. Running, ECF No. 264-1, which is attached as Exhibit 1 to Declaration of Dr. Steven W. Running, ECF No. 264.

hh. Exhibit G to Expert Report of Dr. Steven W. Running, ECF No. 264-1, which is attached as Exhibit 1 to Declaration of Dr. Steven W. Running, ECF No. 264.

3. On June 29, 2018, pursuant to Local Rule 5-7, and in accordance with guidance from the District of Oregon ECF Help Desk, I caused to be filed with the Court true and correct copies of the following exhibits, via a USB flash drive, ***under seal pursuant to a protective order***, ECF No. 221, because such documents are incompatible with the ECF filing system.

   a. Exhibit 27 to Declaration of James E. Hansen, ECF No. 274.

   b. Exhibit 28 to Declaration of James E. Hansen, ECF No. 274.

   c. Exhibit 29 to Declaration of James E. Hansen, ECF No. 274.

   d. Exhibit 30 to Declaration of James E. Hansen, ECF No. 274.

   e. Exhibit 31 to Declaration of James E. Hansen, ECF No. 274.

   f. Exhibit 32 to Declaration of James E. Hansen, ECF No. 274.

   g. Exhibit 33 to Declaration of James E. Hansen, ECF No. 274.

   h. Exhibit 34 to Declaration of James E. Hansen, ECF No. 274.

4. The Defendants in this case have already been provided copies of these exhibits when the expert reports were served on them in April 2018, but are being provided additional copies for purposes of Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 29th day of June, 2018.

Respectfully submitted,

*/ s/ Julia A. Olson*_____
Julia A. Olson

**DECLARATION OF JULIA A. OLSON Noticing the Conventional Filing of Documents** 6
**in Support of Plaintiffs' Response in Opposition to Defendants' Motion for Summary**
**Judgment and Certificate of Service**

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2018, I served the foregoing Exhibits in Support of Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment on a USB thumb drive via Fed Ex on the following counsel:

Sean C. Duffy
sean.c.duffy@usdoj.gov
Frank Singer
Frank.Singer@usdoj.gov
Marissa Piropato
Marissa.piropato@usdoj.gov
Clare Boronow
clare.boronow@usdoj.gov
**U.S. Department of Justice**
Environment & Natural Resources Division
Natural Resources Section
601 D Street NW
Washington, DC 20004

*Attorneys for Defendants*

Dated: June 29, 2018

     */s/ Julia A. Olson*
JULIA A. OLSON (OR Bar 062230)
JuliaAOlson@gmail.com
Wild Earth Advocates
1216 Lincoln Street
Eugene, OR 97401
Tel: (415) 786-4825

Philip L. Gregory
pgregory@gregorylawgroup.com
Gregory Law Group
1250 Godetia Drive
Redwood City, CA 94062
Tel: (650) 278-2957

Andrea K. Rodgers
Andrearodgers42@gmail.com
Law Offices of Andrea K. Rodgers
3026 NW Esplanade
Seattle, WA 98117
Tel: (206) 696-2851

*Attorneys for Plaintiffs*