JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division

LISA LYNNE RUSSELL, Chief
GUILLERMO A. MONTERO, Assistant Chief
SEAN C. DUFFY (NY Bar No. 4103131)
MARISSA PIROPATO (MA Bar No. 651630)
CLARE BORONOW (admitted to MD bar)
FRANK J. SINGER (CA Bar No. 227459)
Trial Attorneys
Natural Resources Section
601 D Street NW
Washington, DC 20004
(202) 305-0445
sean.c.duffy@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| KELSEY CASCADIA ROSE JULIANA, *et al.*, | Case No. 6:15-CV-01517-TC |
| Plaintiffs, | **NOTICE OF FILING OF APPLICATION TO THE SUPREME COURT FOR STAY** |
| v. | |
| UNITED STATES OF AMERICA, *et al.*, | |
| Defendants. | |

Defendants, by and through undersigned counsel, hereby give notice of the filing in the United States Supreme Court of an Application for a Stay Pending Disposition by the United States Court of Appeals for the Ninth Circuit of a Petition for Writ of Mandamus to the United States District Court for the District of Oregon and Any Further Proceedings in This Court and

Request for an Administrative Stay ("Application"). A copy of the Application is filed herewith as an exhibit to this Notice.

Dated: July 17, 2018                              Respectfully submitted,

                                                      JEFFREY H. WOOD
                                                      Acting Assistant Attorney General
                                                      Environment & Natural Resources Division

                                                      */s/ Clare Boronow*
                                                      LISA LYNNE RUSSELL
                                                      GUILLERMO A. MONTERO
                                                      SEAN C. DUFFY (NY Bar No. 4103131)
                                                      MARISSA PIROPATO (MA Bar No. 651630)
                                                      CLARE BORONOW (admitted to MD bar)
                                                      FRANK J. SINGER (CA Bar No. 227459)
                                                      U.S. Department of Justice
                                                      Environment & Natural Resources Division
                                                      Natural Resources Section
                                                      601 D Street NW
                                                      Washington, DC 20004
                                                      Telephone: (202) 305-0445
                                                      Facsimile:  (202) 305-0506
                                                      sean.c.duffy@usdoj.gov

                                                      *Attorneys for Defendants*