**EXPERT REPORT**

Opinion re "Expert Report of Peter A. Erickson" April 12, 2018
Opinion re "Expert Report of Joseph E. Stiglitz" April 13, 2018

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*

*Case No. 6:15-CV-01517-TC*

David G. Victor

Professor
University of California at San Diego
9500 Gilman Drive #0519
La Jolla, CA 92093

Prepared for:
The United States Department of Justice

August 13, 2018

_____
David G. Victor

1 **I.    INTRODUCTION**
2 This expert report is submitted in connection with the matter known as *Kelsey Cascadia Rose*
3 *Juliana; Xiuhtezcatl Tonatiuh M., through his Guardian Tamara Roske-Martinez; et al., v. The*
4 *United States of America; Donald Trump, in his official capacity as President of the United*
5 *States; et al., United States District Court, District of Oregon Case No. 6:15-cv-015-17-TC.* I
6 have been asked to assess claims made by Peter A. Erickson, regarding the U.S. share of GHG
7 emissions, the feasibility of transitioning to a consumption-based accounting system, and
8 impacts on emissions from potential reforms to federal fossil fuel subsidies and leases, as
9 proffered by Mr. Erickson in his Expert Report, dated April 12, 2018. I also have been asked to
10 assess claims made by Joseph E. Stiglitz, regarding whether U.S. dependence on fossil fuels is an
11 inevitable consequence of history, and whether the U.S. can adopt meaningful policy
12 interventions to mitigate climate change without engaging with its international trading partners,
13 as proffered by Dr. Stiglitz in his Expert Report, dated April 13, 2018.  The opinions contained
14 in this report are based on my professional knowledge, training, and experience. I reserve the
15 right to supplement this report as additional information is made available.
16
17 **II.    QUALIFICATIONS**
18
19 I am a professor at UC San Diego where I teach international relations, energy policy and energy
20 market design at the School of Global Policy and Strategy.  I also am an adjunct Professor of
21 Climate, Atmospheric Science and Physical Oceanography at the Scripps Institution of
22 Oceanography.  Formerly, I was a tenured full professor at Stanford Law School where I taught
23 industrial organization and also led the Stanford University Program on Energy and Sustainable
24 Development.
25
26 I am a nationally-recognized expert in energy and environmental policy, with more than thirty
27 years of experience.  I am the author or co-author/editor of eight (8) books and approximately
28 200 articles.  My work has been cited more than 14,000 times (per Google Scholar).  My
29 curriculum vitae is included as Appendix A to this report, and a list of my publications from
30 2008 to the present is contained in Appendix B.
31
32 Since 1990, I have been actively involved in the Intergovernmental Panel on Climate Change
33 (IPCC), the United Nations' body charged with periodically assessing the science of climate
34 change, including the science underpinning control of emissions that contribute to climate
35 change.  In 2007, the IPCC won the Nobel Peace Prize for its work.  I have been engaged in five
36 (5) IPCC assessments, performing various author, contributor and reviewer roles.  In the most
37 recent IPCC assessment, concluded in 2014, I served as a convening lead author, the term the
38 IPCC uses for assessment members who have greatest responsibility for the report.  I also
39 contributed to the two key summaries of the study—the "Summary for Policy Makers" and the
40 "Technical Summary."
41
42 I have been Chairman and a member of the advisory board, as well as a member of the Board of
43 Directors, for the Electric Power Research Institute (EPRI).  EPRI is a non-profit organization
44 established by US and global electric utilities for the purpose of conducting research on
45 advanced electric power technologies.  I am a member of the Global Future Council for the
46 World Economic Forum, which convenes the annual industry leader event in Davos Switzerland.

47 For four years, I have served as a member of the advisory board of the Institute of Nuclear Power
48 Operators (INPO), the organization established after Three Mile Island with the mission of
49 independent oversight of the safe operation of all U.S. nuclear reactors. I chair the San Onofre
50 Community Engagement Panel, which helps steward the safe closure and dismantlement of the
51 San Onofre nuclear reactor complex located south of Los Angeles.
52
53 My undergraduate degree is in History and Science (Harvard), and my Ph.D. is in Political
54 Science from the Massachusetts Institute of Technology (MIT).
55
56 I am a regular participant in academic, industry, and government studies on issues related to
57 energy sources and energy systems in the U.S. and abroad. Examples of my participation
58 include the Council on Foreign Relations Task Force regarding the national security
59 consequences of US dependency on oil imports—I served as task force member and Chief of
60 Staff with former Secretary of Defense Jim Schlesinger and former CIA Director John Deutch as
61 co-chairs. At Stanford, I convened studies on the globalization of the natural gas market, the
62 organization of the global oil industry, and the globalization of the coal market. I also served on
63 the advisory board of the MIT study "The Future of Natural Gas," a major study looking at
64 developments in the US and overseas gas markets. Most recently, I served as a panel member on
65 the US National Research Council study on reliability and resilience of the U.S. power grid.
66
67 In addition to my work at UC San Diego, I am a nonresident senior fellow at the Brookings
68 Institution. I am the co-chair and co-founder of the cross-Brookings initiative on energy and
69 climate. The goal of this initiative is to rethink strategies for effective management of the
70 climate change problem, within the U.S. and globally.
71
72 **III.    SUMMARY OVERVIEW**
73
74 The plaintiffs in this case have put forth a series of claims regarding the role played by the U.S.
75 in global greenhouse gas (GHG) emissions, and potential pathways for addressing these
76 emissions going forward. In my expert opinion, several assertions made by Mr. Peter A.
77 Erickson in his Expert Report, dated April 12, 2018, are based on insufficient facts and data, and
78 the incorrect application of generally accepted methods. Specifically, there are five topic areas
79 discussed by Erickson in his Expert Report, upon which I believe his opinions cannot be
80 reasonably relied.
81
82 First, with respect to the U.S. share of global emissions, it is my expert opinion that the analyses
83 within Erickson's Expert Report obscures the scope and complexity of policy interventions
84 needed to control emissions by improperly focusing only on energy-related combustion of fossil
85 fuels. A full accounting of GHGs and emissions controls indicates that a wide range of industrial
86 and agricultural activities and policies should be considered when deriving a total estimate of
87 emissions. By failing to consider the full range of activities and gases that contribute to climate
88 change, Erickson oversimplifies the scope of the actions necessary to decrease U.S. and global
89 GHG emissions. Further, Erickson's own data, as well as the data I reference in this Expert
90 Report, indicate that the U.S. constitutes only a small portion of global emissions. Even if the
91 U.S. were to unilaterally eliminate all of its greenhouse gas emissions, 87 to 88% of global
92 emissions still would remain. The facts support that the U.S. is just one of many emitters; and, in
93 my view, action to limit climate change requires coordinated international action.

94 Second, with respect to claims regarding the use of consumption-based accounting methods for
95 GHGs, it is my expert opinion that such methods are neither administratively, nor politically
96 straightforward to implement quickly. Erickson oversimplifies the technical feasibility of the
97 U.S. adopting a consumption-based inventory and accounting system. He also fails to articulate
98 the length of time that will be needed to design and implement an accurate consumption-based
99 accounting system. Importantly, Erickson fails to address a central challenge in implementing
100 such a system: border adjustments to bring emission control incentives for imported products in
101 line with products manufactured in the U.S. Further, Erickson's Expert Report fails to note that
102 even if the U.S. were to shift to a consumption-based accounting system, such a shift would
103 increase the share of global emissions attributed to the U.S. by only about 1%. As I stated
104 previously, action to limit climate change requires coordinated international action, regardless of
105 the accounting method adopted by the U.S.
106
107 Third, with respect to U.S. federal energy subsidies, I believe that Erickson's Expert Report is
108 misleading and provides insufficient basis to support his claims. Erickson suggests that U.S.
109 subsidization of energy is dominated by fossil fuels. I disagree. I estimate that: 1) federal fossil
110 fuel subsidies are a tiny fraction of total value of the fossil fuel energy industry, and therefore not
111 material to the industry's operations; and 2) Erickson appears to cherry-pick data that focuses on
112 fossil energy subsidies, ignoring the substantial subsidies that exist for other elements of the
113 energy system, including efficiency and renewable energy.
114
115 On a straight-dollar basis, I find that subsidies for renewable energy exceed subsidies for fossil
116 energy by a factor of at least 2. Further, proportional to U.S. energy output, the tax-related
117 subsidy for renewables is more than 50 times the level of tax-related subsidies for fossil fuels.
118 When properly analyzed, the data indicate that U.S. subsidies have shifted, and continue to shift,
119 in the direction of energy sources that require market support – away from fossil fuels, and
120 towards renewables in support of a diversified energy portfolio.
121
122 Fourth, with respect to the impacts of federal subsidies on oil production, I find that Erickson
123 selectively targeted data and tailored his methods to inflate the beneficial impacts of subsidy
124 reform on fossil fuel consumption and associated emissions reductions. Erickson limits the bases
125 of his opinion to one academic study and one commercial study, even though those and other
126 reputable studies point to different conclusions. Notably, he is conspicuously silent regarding
127 the range of expert views on the matter of subsidy reform in the oil production sector. My
128 examination of these studies, as well as review of the studies that Erickson, himself, relies on as
129 part of the basis for his conclusions, indicates that the effect of oil subsidy reforms on emissions
130 will be small to zero. More broadly, the studies that Erickson cites in support of his analysis of
131 the impacts of subsidies on oil production do not substantiate his claims, and serve to evince that
132 this topic lacks clear-cut conclusions. Rather than subsidy policy, which is at the margin of key
133 considerations for the fossil fuel sector, it is my opinion that market and technological forces
134 mainly drive production, consumption, and emissions associated with the oil industry.
135
136 Fifth, with respect to the impacts of federal coal leasing policies, I again find that Erickson's
137 conclusions are not supported by the breadth of nuanced research on this topic. In my expert
138 opinion, wholesale reform of federal coal leasing policies warrants more rigorous analysis of
139 attendant impacts than that presented by Erickson in his Expert Report. The foundation of
140 Erickson's opinion is qualitative and focused on elementary economic logic that he mis-applies

141 to the coal market. In my expert opinion, it is probable that coal extraction will continue to
142 decline over time, irrespective of federal coal leasing reforms or reversal of preferential tax-
143 based subsidies.
144
145 I also examined the foundation of Joseph E. Stiglitz's assertion in his Expert Report, dated April
146 13, 2018, that the U.S. failed to take affirmative action to eliminate fossil fuels. I maintain that
147 this assertion is ill-founded and not well-substantiated. Specifically, Stiglitz fails to identify
148 plausible, real-world actions that the U.S. government could have taken that would have led to
149 appreciably different outcomes with respect to domestic and international energy systems. It is
150 my belief that the dependence on fossil fuels which existed prior to the oil crises of the 1970s,
151 and which exists today, in fact, is the inevitable consequence of history, contrary to the Stiglitz
152 assertion (page 12 in Stiglitz' Expert Report). My opinion is shared by nationally-recognized
153 historians in energy technology.
154
155 In addition, Stiglitz fails to acknowledge that, in the late 1970s, when he asserts the U.S. failed to
156 take affirmative actions to move off fossil fuels, there was little experience with renewables
157 technology. What experience did exist suggests that such technologies could be as much as 25
158 times more costly than existing rival (fossil fuel) technologies. While advances in wind and solar
159 technologies have facilitated, and will continue to facilitate, integration of renewables into the
160 U.S. energy system, these technologies were cost-prohibitive in the 1970s, and the potential for
161 their future performance was relatively unknown.
162
163 Finally, I find that Erickson and Stiglitz make key errors of omission, in their respective Expert
164 Reports, by failing to note that climate change requires international cooperation, as a matter of
165 foreign policy. In my expert opinion, effective solutions to mitigate the adverse impacts of
166 climate change necessitate engaged cooperation between the U.S. and its international partners.
167 Stiglitz suggests that the U.S. has been neglectful in the actions needed to achieve international
168 cooperation on climate problems. I disagree. In fact, the U.S. has been at the forefront of efforts
169 to engage with its trading partners on issues of global climate, including efforts associated with
170 the Intergovernmental Panel on Climate Change (IPCC), the 1992 Framework Convention on
171 Climate Change, and the 2015 Paris Agreement.
172
173 It is my expert opinion that the simplistic and narrowly-focused approaches posited by Stiglitz
174 and Erickson with respect to U.S. engagement on the issue of climate change fails to appreciate
175 the global nature of the problem and the need for a nuanced foreign policy strategy to obtain
176 international cooperation. Below, I summarize the bases for my opinions in greater detail.
177

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*    August 13, 2018
**Expert Report. David G. Victor**

178 **Finding #1:  THE SIZE AND COMPOSITION OF U.S. EMISSIONS NECESSITATES**
179 **AN INTEGRATED SOLUTION, AND THE U.S. SHARE OF GLOBAL EMISSIONS IS**
180 **DECLINING**
181
182 The Plaintiffs in this case have put forth that "the United States is responsible for more than a
183 quarter of global historic cumulative $CO_2$ emissions."[1]  The Federal Defendants have admitted
184 that "from 1850 to 2012, $CO_2$ emissions from the United States (including from land use)
185 constituted more than one-quarter of cumulative global $CO_2$ emissions."[2] The Expert Report of
186 Mr. Peter A. Erickson, dated April 12, 2018, states:
187
188        "The U.S. is responsible for a substantial amount of global GHG [Greenhouse
189        Gas] emissions." (page 3)
190
191 I examined the data relied upon, and the techniques applied by, Erickson to support his
192 conclusion.  It is my expert opinion that Erickson's analysis of the size and composition of U.S.
193 emissions obscures the scope and complexity of policy interventions needed to control those
194 emissions.  Further, even if the U.S. were to unilaterally eliminate all of its current GHG
195 emissions, about 88% of global emissions would still remain.[3]  I state the bases for my opinion
196 below.
197
198 First, the data that Erickson presents as the basis for his opinion are for only a subset of
199 greenhouse gases—industrial emissions of carbon dioxide ($CO_2$), mainly from burning fossil
200 fuels.[4]  In so doing, Erickson creates the impression that emissions control policies should
201 pinpoint only energy-related combustion of fossil fuels and niche industrial activities, such as
202 production of cement.  This is incorrect, because Erickson's statistics exclude 35% of global
203 emissions of GHGs, as shown in Figure 1 and explained below.  A proper and full accounting
204 shows there are many other GHGs that contribute to climate change, beyond the subset of
205 emissions discussed by Erickson in his Expert Report.  Further, in my view, emissions controls
206 should implicate a range of industrial and agricultural activities in the United States and abroad.
207 In fact, many other gases and sources beyond $CO_2$ from industrial sources should be considered
208 when deriving a total estimate of GHG emissions—notably, methane ($CH_4$), nitrous oxide ($N_2O$),
209 $CO_2$ from changes in land use, and so-called "F-gases" used in industrial operations.  Scientific
210 evidence shows that soot also has a large impact on climate change—most soot comes from
211 biomass burning, combustion of diesel fuel, and a host of other activities in the US and abroad.[5]

---

[1] First Amended Complaint for Declaratory and Injunctive Relief, *Kelsey Cascadia Rose Juliana, et al. v. United States of America et al., Case No. 6:15-CV-01517-TC*, Document No. 7, filed September 10, 2015, page 3, paragraph 7.

[2] Federal Defendants' Answer to First Amended Complaint for Declaratory and Injunctive Relief (ECF No. 7), *Kelsey Cascadia Rose Juliana, et al. v. United States of America et al., Case No. 6:15-CV-01517-TC*, Document No. 98, filed January 13, 2015, page 5, paragraph 7.

[3] See Figure 2 of this Expert Report for an explanation of the derivation of the 88% figure.

[4] The Erickson report presents data from the Carbon Dioxide Information Analysis Center (CDIAC) at the Oak Ridge National Laboratory (ORNL).  The CDIAC data set, available at http://cdiac.ess-dive.lbl.gov/, is focused on fossil fuels and industry.  It is necessary to look to other data sources to develop a complete picture of GHG emissions.

[5] T.C. Bond et al., "Bounding the role of black carbon in the climate system: A scientific assessment," *Journal of Geophysical Research:* Atmospheres 118:538-5552, 2013. Drew Shindell, et al., "Simultaneously Mitigating Near-

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*        **August 13, 2018**
**Expert Report. David G. Victor**

212 In my opinion, by failing to consider the full range of activities and GHGs that contribute to
213 climate change, Erickson oversimplifies the scope of actions necessary to decrease global GHG
214 emissions.
215
216 My opinion is supported by Figure 1, which shows the full accounting for global emissions, as
217 reported in the latest assessment of the IPCC.[6]  In my view, policy intervention to mitigate the
218 growth of GHG emissions requires flexibility and should be broad in scope.  Since 1990, the
219 U.S. has been a leading advocate for such a "comprehensive approach" in emissions statistics
220 and emissions control efforts.[7]  The essence of the U.S. approach is that any effort to limit
221 climate change should engage the full range of activities and GHGs that cause such change.
222
223 Specifically, I believe that the scope of policy intervention should include not just the whole of
224 the energy system (a major source of $CO_2$ and $CH_4$), but also agriculture and land policies (a
225 major source of $CH_4$ as well as $N_2O$ and soot and the carbon absorbed in soils and thus $CO_2$
226 emissions), air pollution policy (which affects $CH_4$ and soot), wastewater treatment (a source of
227 $N_2O$ and $CH_4$), many manufacturing industries (where fluorinated "F-gases" are used along with
228 cement where the chemistry of cement manufacture cases $CO_2$), and forestry (which affects
229 carbon in soils and in above-ground timber).  For these reasons, Erickson's oversimplification of
230 the interventions necessary to achieve his stated reductions in GHG emissions fails to consider
231 the breadth of necessary policy changes, and the complexity of interactions between energy
232 systems and industrial sectors.

---

Term Climate Change and Improving Human Health and Food Security," *Science* 335(6065):183-189, Jan. 13,
2012.  Jennifer Burney, Charles Kennel, and David G. Victor, "Getting serious about the new realities of global
climate change," *Bulletin of the Atomic* Scientists 69(4):49-57, July 2013.

[6] Figure 1 is based on methods that are widely accepted and used by the United Nations Framework Convention on
Climate Change, and by the United States Government. Those methods include 100-year "global warming
potentials" to account for the fact that greenhouse gases differ in their impact on the climate, and in the time
horizon or which the greenhouse gases live in the atmosphere. See *Working Group III Contribution to the Fifth
Assessment Report of the Intergovernmental Panel on Climate Change*, 2014, available online at:
http://www.ipcc.ch/report/ar5/wg3/.

[7] Jonathan B. Wiener & Richard B. Stewart, The Comprehensive Approach to Global Climate Policy: Issues of Design
and Practicality, 9 *Arizona Journal of International and Comparative Law* 83-113 (1992). David G. Victor, 1991,
"Limits of Market-based Strategies for Slowing Global Warming: The Case of Tradeable Permits," *Policy Sciences*,
vol. 24, pp. 199-222.  Alan D Hecht and Dennis Tirpak. Framework Agreement on Climate Change: A Scientific and
Policy History.  1995.  29 Climatic Change 371-402.

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*                    August 13, 2018
**Expert Report. David G. Victor**



233
234  *Figure 1: Emissions of GHGs.  Figure shows emissions of different GHGs converted into*
235  *common units known as CO₂-equivalents (CO₂e).  The waterfall on the right side of the chart*
236  *indicates uncertainty in the global estimates for each of these emission sources.  The percentages*
237  *listed on the chart show the portion of global total emissions accounted for by each major type of*
238  *emission at each decade.  In 2010, 35% of total GHG emissions derived from sources that are*
239  *expressly excluded from Erickson's analysis, and therefore his summary statistics.  Source:*
240  *Intergovernmental Panel on Climate Change, Working Group III Contribution to the Fifth*
241  *Assessment Report, 2014, Chapter: Summary for Policy Makers, page 7, Figure 1,*
242  *http://www.ipcc.ch/pdf/assessment-report/ar5/wg3/WGIIIAR5_SPM_TS_Volume.pdf.*
243
244  Second, Erickson presents data on emissions from the U.S. and other countries, asserting that
245  "The U.S. remains the world's second largest emitter, and has been responsible for about 15% of
246  global CO₂ emissions since 2010." (page 4)  By ignoring trends over time, Erickson fails to
247  articulate the fact that overall U.S. emissions contributions have been declining since 2005 (see
248  inset to figure 2 below).   With the decline in U.S. emissions, the ability of the U.S. to have an
249  impact on the global problem through unilateral action has declined, as well.
250
251  Figure 2 charts all GHG emissions, unlike Erickson's data which are narrowly limited to CO₂
252  emissions from fossil fuels and industrial sources.  As shown, the U.S. share of global GHG
253  emissions has declined over the last decade.  The decline in absolute level of U.S. emissions is
254  due to several factors, including: (1) the shift from coal to inexpensive natural gas in the power
255  sector;  and (2) substantial expanded investment in renewable power.[8]  The decline in the U.S.

---

[8] See also K. Larsen, J. Larsen, W. Herndon, S. Mohan, and T. Houser, *Taking Stock 2017: Adjusting Expectations for US GHG Emissions* (Rhodium Group, 2017). Carbon Dioxide Information Analysis Center, National CO₂ Emissions from Fossil-Fule Burning, Cement Manufacture, and Gas Flaring: 1751-2014, national-level dataset dated March 5,

256 share of global GHG emissions is due to two factors:  (1) the decline in US absolute emissions;
257 and (2) the increase in absolute emissions attributable to other countries, such as China and
258 India.
259



260
261 *Figure 2: Share of emissions from the U.S. and other countries that have important geopolitical*
262 *impacts on efforts to cooperate on climate change, from 1970 to 2012.  The timeline ends in*
263 *2012, with the U.S. share at 12%, which reflects the end point for the most reliable updates of*
264 *the global data set for GHG emissions.  Data for industrial $CO_2$ extends to 2016. Inset figure*
265 *shows absolute emissions from the U.S. using two different accounting methods—top line*
266 *includes all GHGs and is comparable with the main figure; the bottom line includes only sources*
267 *of industrial $CO_2$ and is comparable with the data presented by Erickson.  The "all GHGs" data*
268 *in the EDGAR data sets exclude $CO_2$ emissions from short cycle biomass burning and exclude*
269 *soot and other aerosols due to lack of data reliability and availability. The data in Figure 2 are*
270 *drawn from the EDGAR system, which is notable for its coverage and comprehensiveness;*
271 *EDGAR is the same source as that used for Figure 1.[9]*

---

2017, http://cdiac.ess-dive.lbl.gov/ftp/ndp030/nation.1751_2014.ems. These data indicate that U.S. emissions peaked at 1,578,873,000 metric tons of carbon in 2005, and have declined thereafter.

[9] Sources:  EDGAR 4.2 FT2012 (all GHGs through 2012) and EDGAR 4.3.2 (industrial $CO_2$ up to 2016).  Files are the GHG timeseries files at:

http://edgar.jrc.ec.europa.eu/overview.php?v=42FT2012

http://edgar.jrc.ec.europa.eu/overview.php?v=CO2andGHG1970-2016&dst=CO2emi

272 My analysis indicates that even if the U.S. eliminates all of its territorial GHG emissions, and by
273 extension all of its $CO_2$ emissions, a substantial share (88%) of total global GHG emissions
274 would remain.  As shown in Figure 2, the U.S. is just one of many emitters, and action to limit
275 climate change requires coordinated international action.
276
277 **Finding #2.  IMPLEMENTING NEW CONSUMPTION-BASED ACCOUNTING METHODS FOR**
278 **GREENHOUSE GASES IS NEITHER ADMINISTRATIVELY NOR POLITICALLY STRAIGHTFORWARD**
279
280 In his Expert Report, Erickson states:
281
282      "Due to advances in the availability of trade and other economic data,
283      consumption-based GHG inventories are not difficult to produce – especially at
284      the national level, even as the concepts and models used to produce them can be
285      complex." (page 11)
286
287 Erickson further states:
288
289      "The most common approach is to use global trade data, assembled in a multi-
290      regional input-output (MRIO) model, to estimate the flow of materials, goods, and
291      services throughout the world in order to fulfill the consumption of a given
292      country." (page 11)
293
294 Erickson concludes:
295
296      "In my opinion, few if any technical barriers would prevent the Federal
297      Defendants in this case, especially the U.S. EPA or U.S. DOE, from conducting
298      both consumption-based and extraction-based inventories for the U.S."
299
300 I assessed the data summarized by Erickson in his Expert Report, and examined academic efforts
301 to adopt consumption-based accounting systems.  In my opinion, Erickson oversimplifies the
302 technical feasibility of the U.S. adopting a supplemental, consumption-based GHG inventory.
303 Even if feasible, Erickson fails to articulate the length of time that will be needed to design and
304 implement a consumption-based accounting structure that: (1) accurately reflects the full range
305 of GHG emissions; and (2) is implemented with data and cooperation from all significant trading
306 partners of the United States.  Further, Erickson fails to address the most important challenge in
307 adopting a new accounting system – aligning the new system with border adjustments, such that
308 imported products face the same emission control incentives as products manufactured in the
309 U.S.  In my expert opinion, even if the U.S. were to shift to a consumption-based accounting
310 system, such a shift would affect the US share of global emissions by only about 1%.  I
311 summarize the bases for my opinions below.
312
313 I agree that, in theory, a shift in emissions accounting could shed light on the number of products
314 consumed in the U.S. that contribute to emissions in territories outside the U.S.  However, I

---

To compute the US share, on the GHG timeseries worksheet for the EDGAR 4.2 FT2012 dataset, divide cell AS22
(US emissions in 2012, which were 6343840 metric kilotons of CO2eq) into cell AS238 (global emissions in 2012,
which were 53937188 metric kilotons of CO2eq).

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*        August 13, 2018
**Expert Report. David G. Victor**

315 believe that any change in accounting scheme also must contemplate adjustments in border
316 tariffs, thereby creating the necessary incentives for all emitting firms, both global and domestic,
317 to control their emissions.  Simply adopting a new accounting system will not have much impact
318 on behavior unless that system is coupled to incentives for firms and consumers to adjust their
319 behavior to reflect the full range of consumption-based emissions. Such border adjustments are
320 necessary so that U.S.-imported products face the same emission control incentives as products
321 manufactured within the U.S.  Without a comprehensive solution that addresses this differential
322 in cost, the U.S. will be at an economic disadvantage vis-à-vis its international partners.  This
323 disadvantage will make it harder to create the global incentives needed for global emission
324 reductions and will also exacerbate the political challenges of sustaining an effective climate
325 policy in the U.S.[10]
326
327 Erickson asserts that "consumption-based GHG inventories are not difficult to produce." (page
328 11) As the basis for his opinion, Erickson presumes:
329
330    1.  The technical computation of consumption-based statistics is "a relatively straight-
331        forward process" (page 11), and the "[m]ethods for conducting them have been widely
332        studied." (page 13).  Erickson cites to academic studies as the basis for these assertions.
333
334    2.  Other jurisdictions—such as the United Kingdom[11] and Oregon[12]—have conducted
335        consumption-based inventory and accounting, suggesting that precedent exists and
336        governments have overcome the technical challenges.
337
338    3.  Border adjustments and tariff implications are not an impediment to advancement by
339        virtue of remaining silent to such issues in his Expert Report.
340
341 I believe that Erickson's logic is faulty, and he fails to appreciate the complexity of adopting and
342 implementing a consumption-based accounting system.  Specifically, Erickson fails to recognize
343 that, even with the agreement of its cooperative trading partners, it would take the U.S. one to
344 two decades to implement an effective consumption-based accounting system.  If the U.S.
345 trading partners are not cooperative, then I believe that such a system would take even longer.[13]

---

[10]  Robert O. Keohane and David G. Victor, "Cooperation and discord in global climate policy," *Nature Climate Change* 6:570-575 (2016).

[11] United Kingdom Department for Environment Food & Rural Affairs, "UK's Carbon Footprint 1997-2015," available online at: https://assets.publishing.service.gov.uk/government/uploads/system/uploads/attachment_data/file/704607/Consumption_emissions_May18.pdf.

[12] Oregon Department of Environmental Quality, "Consumption-based Greenhouse Gas Emissions Inventory for Oregon," available online at: https://www.oregon.gov/DEQ/mm/Pages/Consumption-based-GHG.aspx

[13] A useful example of international cooperative engagement, and the magnitude of the challenges related to such, is the current effort by the American Institute of CPAs (AICPA) to converge International and U.S. Accounting Principles – alignment of U.S. generally-accepted accounting principles (or GAAP) and International Financial Reporting Standards (IFRS) set by the International Accounting Standards Board (IASB) in London, United Kingdom. The AICPA set a goal of "substantial completion of work" between the IASB and the Financial Accounting Standards Board (FASB) during 2013; this goal was supported by the G-20 group of countries, but convergence is still incomplete. The "Convergence Headquarters" webpage at IFRS.com, a site run by the IFRS Foundation (founded by

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*    **August 13, 2018**
**Expert Report. David G. Victor**

346 Presently, and for the foreseeable future, there are substantial technical and methodological
347 challenges associated with adopting a consumption-based accounting system.  I discuss these
348 challenges in more detail below.
349
350 First, data are accessible for industrial $CO_2$ emissions, yet a serious and balanced policy strategy
351 must address the full range of GHGs.  The foundational studies on consumption-based
352 accounting assess implications associated with industrial $CO_2$ and fail to assess other GHGs or
353 polluting activities.  For example, the UK accounting system purports to cover all GHGs.  Yet,
354 my assessment of the data reveals that the more detailed estimates within the UK analysis cover
355 only industrial $CO_2$ emissions.[14]  In my view, to implement consumption-based accounting in
356 ways that actually influence the activities contributing to emissions, a broader accounting of
357 GHGs is necessary than that which the current consumption-based accounting scheme can
358 support.
359
360 Second, all of the extant accounting efforts, which form the basis for Erickson's opinion, are
361 based on average emission factors.  Specifically, these methods rely on average emission
362 coefficients (e.g., for electric power) and average estimates for emissions caused by the
363 production of different tradeable goods (e.g., steel, cement).  This is standard practice for the
364 input-output data sets and models that underlie the main studies on consumption-based
365 accounting.  Nonetheless, little attention has been paid to the limitations associated with relying
366 on averages.
367
368 The practical implication of emissions averaging is that particular firms that are selling or buying
369 products will have an incentive to claim that their production is less emissions intensive than the
370 average.  In some cases, those claims will be accurate.  In other cases, firms will simply shift
371 energy sources so that they assign "clean" production to traded goods, while using "dirty"
372 production elsewhere.  For example, a firm that produces energy-intensive products in China
373 might claim that it is purchasing electricity from the Chinese grid with a contract that assigns
374 nuclear power or renewable power to that firm, with no associated emissions.  Yet, electrons are
375 co-mingled on electric grids, and the Chinese grid, on average, is dominated by coal-fired power
376 plants.  How can the claim from the Chinese firm about its electricity supply contract be
377 validated?  In my view, efforts to develop consumption-based accounting systems have not

---

AICPA), lists a series of updates between October 2012 and February 2015, none of which indicate the
achievement of full convergence. The latest progress report from the IASB and FASB on the convergence of
accounting standards dates back to 2010 (accessible at https://www.asb.or.jp/jp/wp-
content/uploads/20100706_11.pdf). In 2016, the SEC Chair issued a public statement stating: "While it is now clear
that U.S. GAAP and IFRS will continue to coexist in our public capital markets for the foreseeable future, it is just as
clear that the efforts to enhance the respective standards and reduce differences between them should continue."
The full statement is accessible at: https://www.sec.gov/news/statement/white-2016-01-05.html.  The challenge
of creating convergence and reliability in emissions statistics is much greater than for financial accounting because
almost none of the foundation for detailed reporting of all underlying emissions, linked to particular firms and
production methods, exists whereas the task of financial accounting convergence began after a comparable
foundation was already in place.

[14] United Kingdom Department for Environment Food & Rural Affairs, "UK's Carbon Footprint 1997-2015,"
available online at:
https://assets.publishing.service.gov.uk/government/uploads/system/uploads/attachment_data/file/704607/Cons
umption_emissions_May18.pdf.

378 addressed the challenge of moving beyond simple averages, and in so doing reducing the
379 potential for leakage.
380
381 Simply ignoring the problem—as Erickson appears to do—raises the risk that the newly-
382 instituted consumption-based accounting system would be deemed inconsistent with applicable
383 trade law under the WTO.  In practice, the WTO has allowed border measures, such as those
384 which would be implemented through consumption-based accounting, but only if countries
385 implement those border measures in ways that allow better-performing firms and governments to
386 be treated differently from worse-performing counterparts.  In my expert opinion, accounting
387 systems should be designed to reflect real world behavior, and not simply rely on sectoral
388 averages of unknown accuracy.[15]  Quite apart from the question of WTO compliance is the
389 matter of incentives.  The purpose of a consumption-based accounting system is to create
390 incentives for particular firms and consumers to adjust their behavior and reduce emissions in a
391 cost-effective manner.  Failure to create a sophisticated accounting system that allows individual
392 firms to adjust their behavior and get credit for emissions lower than the sector average would
393 undermine the very purpose of adopting a consumption-based accounting system in the first
394 place.
395
396 Third, the data needed for a global consumption-based accounting system to be effective is
397 substantial and obtaining such data from overseas producers would be challenging.  For example,
398 US-based administrators could not effectively review all relevant contracts for power supply in
399 China in the example offered above.  Although I focus on China, because its firms account for
400 the largest share of emissions exported by virtue of the volume of products shipped to the U.S.,
401 for a consumption based accounting system to work, it would need to cover all significant
402 trading partners of the United States.  Some of the data collection apparatus exists under
403 implementation of cross-border tax provisions.  But, a similar infrastructure does not yet exist for
404 the collection of global emissions factors and other needed statistics.
405
406 Further, with respect to Erickson's use of the UK model as a salient example of a successful
407 consumption-based accounting system, the UK program is largely an academic, thought
408 experiment.  The UK model is focused on providing a complementary analysis of the UK
409 "footprint" with respect to global climate change. The Oregon program cited by Erickson tends
410 to be more transparent and routinized.  However, it relies completely on sectoral averages, and
411 for the reasons discussed above, this renders the Oregon model unreliable.  In addition, the
412 Oregon model fails to reveal how methodological challenges will be handled when individual
413 producers have an incentive to deviate from those averages.[16]

---

[15] For example, see the World Trade Organization (WTO) Report of the Appellate Body, "United States – Import
Prohibition of Certain Shrimp and Shrimp Products," Report No. AB-1998-4, available online at:
https://www.wto.org/english/tratop_e/dispu_e/58abr.pdf. While this entrains a number of legal and political
issues outside the scope of my Expert Report, I note that a member of that WTO Appellate Body (Jim Bacchus) has
written extensively about how the precedents created at the WTO allow for non-discriminatory border
adjustments, including the border tax adjustments discussed in this report.  See James Bacchus, on behalf of the
E15 Expert Group on Measures to Address Climate Change and the Trade System, "Global Rules for Mutually
Supportive and Reinforcing Trade and Climate Regimes," January 2016, available online at:
http://www3.weforum.org/docs/E15/WEF_Climate_Change_POP.pdf.

[16] For detail on the indexes see Oregon Department of Environmental Quality, "Consumption-based Greenhouse
Gas Emissions Inventory for Oregon," available online at: https://www.oregon.gov/DEQ/mm/Pages/Consumption-

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*          **August 13, 2018**
**Expert Report. David G. Victor**

414 My assessment of the UK and Oregon models reveals that neither system collects the data
415 needed to move beyond sectoral averages. Further, neither system offers a vision for how such
416 data could be collected and audited to check for data quality. With substantial cooperation
417 across different jurisdictions, the necessary data infrastructure could be built, but doing so will
418 take time and will require engaged international coordination, because building these systems
419 without the cooperation of governments in exporting countries would set the system up for
420 failure. In my view, unilateral action by the U.S. is insufficient to achieve this goal. My opinion
421 is supported by assertions made by Stiglitz in his Expert Report, wherein he relies on standard
422 economic theory to emphasize the need to "charge" emitters "…for the negative externalities
423 they create, such as carbon emissions," but also recognizes that "…the vast majority of negative-
424 externality carbon emissions across the globe are not priced." (page 38). Addressing this issue
425 requires international engagement, such that any sovereign imposing emissions controls on
426 produced goods also imposes a similar burden on its international trading partners with respect to
427 the emissions associated with imported goods. It is my expert opinion that failure to engage with
428 the international community on this issue will result in a flawed consumption-based accounting
429 system that fails to effectively create the incentives needed for global action. Worse, poorly
430 implemented consumption-based accounting systems and border adjustments could trigger
431 retaliation and trade wars, if exporting countries feel their products are being unfairly targeted or
432 importing countries feel they are at an economic disadvantage. Those side-effects of shifts in
433 trade-related policies could compromise U.S. policy to preserve a free and fair system for trading
434 goods and services in global markets.

435

436 In his Expert Report, Erickson also claims that "U.S. emissions from a consumption-based
437 perspective have been higher than territorial emissions since about the mid-1980s, as growth in
438 U.S. consumption of goods has outpaced growth in manufacturing." (page 9) However,
439 Erickson fails to articulate how this proportional increase actually affects the U.S. overall share
440 of global emissions. My assessment of the data reveals that a shift to consumption-based
441 accounting affected the US share of global emissions by only about 1%. I show the data and
442 method underpinning this calculation below.

443

444 In the early 1990s, the U.S. was a net exporter of emissions to other countries. Since 1990, the
445 share of heavy manufacturing has declined, and the U.S. has become a net importer of emissions.
446 The effect of this shift is shown in Figure 3 (Peters et al., 2011). I rely on Figure 3 as the basis of
447 my opinion for two reasons. First, it is consistent with the method and data used in the first
448 authoritative study based on consumption accounting. Second, it offers country-level data that is
449 sufficiently transparent to be able to assess the numerical effects of consumption-based
450 accounting systems.[17] According to the data in this study, the U.S. was a net importer of about

---

based-GHG.aspx, and Oregon Department of Environmental Quality, "Greenhouse Gas Emissions and Emissions
Intensities for Consumption of Materials, Services, Fuels and Electricity," October 13, 2011, available online at:
https://www.oregon.gov/deq/FilterDocs/wprSupTechRepGHGInten.pdf.

[17] See: (1) GP Peters and EG Hertwich, "CO2 Embodied in international trade with implications for global climate
policy," *Environmental Science & Technology*, 42(5):1401-7, Mar 1, 2008; (2) Edgar G. Hertwich and Glen P. Peters,
"Carbon Footprint of Nations: A Global, Trade-Linked Analysis," *Environmental Science & Technology,* 43(16):6414-
6420, June 15, 2009. These two papers offer foundations for the Peters et al. 2001 analysis. The papers, along
with the Peters et al 2011 paper, have been cited substantially in the academic community (approx., 3,000 times
per Google Scholar). See also Steven Davis and Ken Caldeira, "Consumption-Based Accounting of $CO_2$ Emissions,"
*Proceedings of the National Academy of Sciences of the United States of America (PNAS)* March 2010

451 480 million metric tons of $CO_2$ emissions annually in 2008.  That is, if the U.S. adopted a
452 consumption-based accounting system, using the methods outlined in the Peters et al., 2011
453 study, U.S. emissions would have been about 480 million metric tons higher than U.S. emissions
454 accrued under a territorial-based accounting system.[18]  For comparison, that 480 million metric
455 tons is about 8.6% of US total industrial $CO_2$ emissions in 2008 using territorial accounting.[19]
456
457 Thus, if the U.S. had adopted a consumption-based accounting system, such as the kind of
458 system advocated by Erickson's report, its emissions would rise about 8.6% above those accrued
459 under the territorial-based accounting system. Applying this 8.6% increase to the most recent
460 estimates for the US share of world emissions would raise the US share from 12% with territorial
461 accounting to 13% with consumption-based accounting, i.e., an increase in the overall global
462 share of U.S. emissions of 1%.[20]  Concurrently, a shift from territorial-based to consumption-
463 based accounting systems likely would lower China's responsibility for emissions by about three

---

107(12):5687-92 (cited 1100 times).  In addition, in his Expert Report, Erickson references four other studies that offer distinct methods and analysis:

A) John Barrett et al., "Consumption-Based GHG Emission Accounting: A Case Study," *Climate Policy* 13, no. 4 (July 1, 2013): 451 70.

B) Manfred Lenzen et al., "Building EORA: A Global Multi-Region Input Output Database at High Country and Sector Resolution," *Economic Systems Research* 25, no. 1(March 1, 2013): 20-49.

C) Peter Erickson, et al., "A Consumption_Based GHG Inventory for the U.S. State of Oregon," *Environmental Science & Technology*, 46(7):3679-3686, March 22, 2012.

D) Kirsten S. Wiebe and Norihiko Yamano, "Estimating CO2 Emissions Embodied in Final Demand and Trade Using the OECD ICIO 2015," OECD Science, Technology and Industry Working Papers (Paris: Organisation for Economic Cooperation and Development, September 3, 2016), available online at: http://www.oecd-ilibrary.org/content/workingpaper/5jlrcm216xkl-en.

These other four, measured by number of citations, have had a smaller impact on analytical research about consumption based accounting, with citations of 184, 505, 37, and 17 times (per Google Scholar).  This citation analysis forms the basis for my choice of the Peters et al analysis to illustrate and elaborate my opinions in this Expert Report.  This exercise is not intended to be a full assessment of the intellectual mapping of which groups and papers have had particular influence on the development of methods and analysis in this area.  In my view, because the methods under development are at an early stage, and there are many different approaches and assumptions that could be applied,  it is important to offer logic for why a particular study or method is used for a particular calculation.

[18] This number reflects the change in average U.S. emissions in 2008 between territorial-based accounting and consumption based accounting, as reported in Peters et al., 2011.  Specifically, Dataset S1 to Peters et al. 2011, Worksheet "7.TSTRD_Transfers" Cell U36, indicates a 2008 "transfer," or difference between territorial- and consumption-based accounting systems of an increase of 479 million metric tons of $CO_2$ emissions.

[19] This figure computed by dividing 479 million metric tons into the estimated US industrial $CO_2$ emissions are reported in the EDGAR data sources for Figure 2 of my Expert Report (5,602 million metric tons in 2008).   Other sources produce similar numbers, including official US Government data:   U.S. Department of Energy, Energy Information Administration, Table 12.1 Carbon Dioxide Emissions From Energy Consumption by Source, https://www.eia.gov/totalenergy/data/browser/index.php?tbl=T12.01#/?f=A&start=1973&end=2017&charted=0-1-13. These data indicate 2008 "total energy $CO_2$ emissions" of 5,815 million metric tons.

[20] This calculation requires two proportionality assumptions that underscore why it would be valuable to have reliable time-series estimates for consumption-based emissions for all GHGs, and until those estimates exist the assumption of proportionality is the best approach for calculation.  I assume that the effect of 8.6% is proportional to all GHGs and that the effect of shifting to consumption based accounting for the US in 2012 would be proportional to 2008.

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*    **August 13, 2018**
**Expert Report. David G. Victor**

464 times the increase in emissions attributable to the U.S.[21] This shift is attributable to the fact that,
465 since the early 1990s, the main pattern in global trade has been the rise of China as a net
466 exporter, and the rise of the U.S. and Western Europe as net importers of most of China's
467 emissions embodied in the country's exports.
468



469
470 *Figure 3: Shift in emissions (million metric tons of $CO_2$) from 1990 to 2008 due to a shift from*
471 *territorial to consumption-based accounting. The top bar of the figure shows the rise in US*
472 *territorial emissions (grey bars) over time period of concern plus the incremental increase due to*
473 *emissions caused by products that are imported to the U.S. from China (blue bar), India (green*
474 *bar) and other developing countries. Source: Peters et al PNAS (2011, Figure 3).*
475
476 **Finding #3. US FEDERAL ENERGY SUBSIDIES HAVE A SMALL AND DECLINING**
477 **IMPACT ON US TERRITORIAL ENERGY PRODUCTION**
478
479 When discussing U.S. subsidies, Erickson focuses predominantly on domestic fossil fuel
480 production, suggesting that U.S. subsidization of energy is dominated by fossil fuels. (page 13)
481 Notably, in Table 2 of his Expert Report, Erickson summarizes fossil fuel-related, direct
482 subsidies compiled by the US for the Group of Twenty (G20). (page 14) Erickson relies on the
483 data presented in Table 2 to highlight the magnitude of the spend made by the U.S. to subsidize
484 the fossil fuel infrastructure and production. In my expert opinion, Erickson's use and summary
485 of these data misleads the reader in two ways.
486

---

[21] See Dataset S1 to Peters et al 2011, Worksheet "7. TSTRD Transfers" Cells U36 and U52. China's estimated
difference in 2008 between the territorial- and consumption-based accounting systems yields a decrease of 1,329
million metric tons of $CO_2$ (Cell U52); the corresponding difference for the United States is 479 million metric tons
(Cell U36). 1,329 / 479 = 2.77, i.e., China's decrease in emissions from shifting from a territorial-based to a
consumption-based accounting system is approximately three times as large as the United States' increase from
this shift. Other authoritative studies lead to similar conclusions, but, as befits research projects where the
underlying data about emission factors and trade patterns are contested, there remains uncertainty. For example,
Davis and Caldeira 2010 report net imports of emissions into the United States from overseas (exclusive of
intermediate goods) at about 600 million metric tons of $CO_2$ per year.

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*        August 13, 2018
**Expert Report. David G. Victor**

487 First, it is important to put the total subsidy spend into perspective.  Using the same numbers
488 quoted by Erickson ($4.8b of subsidy in 2015, mainly for oil and gas (page 13)), the total market
489 value of oil produced in the U.S. in 2015 was about $172b,[22] and the value of produced natural
490 gas was about $73b.[23]  In total, US oil and gas producers extract commodities worth $245b per
491 year.  The subsidy embodied in the output is only about 1.9% of the total market value of
492 production.[24]  In my view, subsidies worth that tiny fraction of the total value are not material to
493 an industry whose prices can swing many multiples of this percentage in a financial quarter.
494
495 Second, total energy subsidies include all forms of energy, not just fossil fuels, as suggested by
496 the focus placed by Erickson in Table 2 of his Expert Report.  Total subsidies are much larger
497 and more nuanced than the simple direct expenditures summarized in Table 2.[25]  In my opinion,
498 by focusing on fossil fuel subsidies reported to the G20, Erickson cherry-picks just one element
499 of the total subsidies picture.  The data reported to the G20 was part of a policy exercise
500 specifically focused on fossil fuel subsidies.  In so doing, Erickson ignores the richer array of
501 evidence that provides a complete picture of subsidies across the energy sector.  Similarly, in his
502 Expert Report, Stiglitz misleads the reader by focusing on fossil fuel subsidies, not
503 acknowledging the full array of energy subsidies, and ignoring the shift in U.S. subsidy strategy
504 away from fossil fuels and toward renewables.  For example, Stiglitz asserts:
505
506        "…for at least 40 years…direct and indirect subsidies to fossil fuel producers hinder thea
507        doption of renewable energy and improvements in renewable energy technologies." (page
508        38-39)
509
510 As the basis for this assertion, Stiglitz cites an attachment to a 1978 memo from Jim Schlesinger
511 to President Carter. Stiglitz offers no citations either to current retrospective analysis, (e.g. a

---

[22] This is the simple volumetric calculation that multiples US. output for 2015 (9.4 million barrels per day, per U.S. Department of Energy, Energy Information Administration, U.S. Field Production of Crude Oil, 2015 at 9,408 thousand barrels per day, available online at:
https://www.eia.gov/dnav/pet/hist/LeafHandler.ashx?n=pet&s=mcrfpus2&f=a)) by approximate average price for the year ($50/bbl—slightly higher than West Texas Intermediate (WTI) at $49/barrel and slightly lower than Brent at $52/barrel, per U.S. Department of Energy, Energy Information Administration, "Crude oil prices started 2015 relatively low, ended the year lower," January 6, 2016, available online at:
https://www.eia.gov/todayinenergy/detail.php?id=24432). 9,408,000 x 365 x $50 =  $171,696,000,000, or approximately $172 billion.

[23] Calculated based on U.S. gas production of 79 billion cubic feet (bcf) per day (U.S. Department of Energy, Energy Information Administration, "U.S. natural gas production reaches record high in 2015," April 15, 2016, available online at: https://www.eia.gov/todayinenergy/detail.php?id=25832 ) and a wholesale Henry Hub price averaging $2.61 per million British thermal unit (MBBtu) that year (U.S. Department of Energy, Energy Information Administration, "Average annual natural gas spot price in 2015 was at lowest level since 1999," January 5, 2016, available online at: https://www.eia.gov/todayinenergy/detail.php?id=24412 ). 79 bcf is equal to 76.3 trillion BTU (conversion factor 0.966), or simply 76,300,000 million BTU.  76.3 x 365 x $2.61 =  $72.687 billion, or approximately $73 billion.

[24] $4.8 billion divided by $245 billion yields approximately 0.02.

[25] The U.S. Department of Energy, Energy Information Administration, provides an array of studies that assess the state of governmental financial interventions and subsidies relevant to energy markets. See U.S. Department of Energy, Energy Information Administration, "Direct Federal Financial Interventions and Subsidies in Energy in Fiscal Year 2015," March 12, 2015, available online at: https://www.eia.gov/analysis/requests/subsidy/dmeess.php.

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*        August 13, 2018
**Expert Report. David G. Victor**

512 time series analysis of subsidy reform), or to relevant policy and analytical research on
513 renewables and energy efficiency subsidies.  Since 1978 a lot has happened, notably in shifting
514 direct subsidies away from fossil fuels and toward renewables and energy efficiency.  He notes,
515 approvingly, that the price of solar panels is dropping (page 28).  However, Stiglitz does not
516 indicate that those declines are, in part, due to the direct subsidies that the U. S., Germany, China
517 and other countries have offered and continue to offer to producers as well as purchasers of
518 renewable energy equipment, along with a host of other reforms that have made it easier to
519 connect solar electricity supplies to the grid.  Instead, Stiglitz offers a hypothetical thought
520 experiment as to the kind of redress that is appropriate without any foundational basis:
521
522          "If Defendants stopped providing subsidies and/or implemented carbon pricing policies
523          that allow the U.S. government to further fund research and development of green
524          technologies to decarbonize the economy, such measures would have a large positive
525          impact in the long term…" (page 39)
526
527 In my opinion, if Erickson or Stiglitz were to analyze the breadth of U.S. subsidies, they would
528 concede a different perspective of U.S. policy with respect to subsidy and preferential treatment
529 of renewables vis-à-vis fossil fuels.  Challenges exist in conducting a meta analysis of this sort.
530 Determining what constitutes a subsidy can be difficult, and accessing the relevant data
531 necessitates engaging with many sections of the federal government. Mindful of these
532 challenges, I elect to rely on the most recent (2012) systematic analysis by the Congressional
533 Budget Office (CBO), which compiled a wide array of direct subsidies by energy source.[26]  I
534 choose to focus on direct subsidies, because the quantitative information in Erickson's Expert
535 Report focuses on a selection of direct subsidies related to the production of fossil fuels.
536
537 A key finding from the CBO analysis is that tax-based subsidies dominate total federal support
538 for energy sources.  The CBO is systematic in their analysis of tax-based subsidies, which helps
539 to frame the tax treatment of fossil fuels; starting with this kind of systematic analysis lowers the
540 risk that statistics will be cherry-picked to favor one particular finding.  As I previously stated,
541 fossil fuels dominate Erickson's analysis of subsidies, particularly with respect to  Table 2 of
542 Expert Report.[27]  Figure 4, below, reproduces the CBO's key findings with respect to tax-based
543 subsidies.
544

---

[26] U.S. Congressional Budget Office, "Federal Financial Support for the development and Production of Fuels and Energy Technologies," Issue Brief, March 2012, available online at: https://www.cbo.gov/sites/default/files/112th-congress-2011-2012/reports/03-06-fuelsandenergybrief.pdf. In addition, the Congressional Research Service and the Office of Management and Budget have completed cross-sectoral studies of U.S. energy subsidies.

[27] The accounting methods used in U.S. Government, "United States Self-Review of Fossil Fuel Subsidies" (Submitted December 2015 to the G-20 Peer Reviewers, December 2015),
http://www.oecd.org/site/tadffss/publication/, which informs Table 2 of Erickson's Expert Report differ from those used in the CBO's analysis. For a more detailed comparison, contrast Table 2 of Erickson's Expert Report with Table 1 in U.S. Congressional Budget Office, "Federal Financial Support for the development and Production of Fuels and Energy Technologies," Issue Brief, March 2012, available online at: https://www.cbo.gov/sites/default/files/112th-congress-2011-2012/reports/03-06-fuelsandenergybrief.pdf.

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*        **August 13, 2018**
**Expert Report. David G. Victor**



545
546 *Figure 4: Energy-Related Tax Subsidies, by Type of Fuel or Technology (billions 2011 USD).*
547 *Figure reports data from 1977 through 2011, the time period of concern in the CBO study[28].*
548
549 Although the data captured by the CBO study is through 2011, and the data relied upon by
550 Erickson from the G20 study is through 2015, a clear message emerges.  While the CBO analysis
551 is systematic, the Erickson analysis relies on cherry-picked subsidy statistics that focus on fossil
552 energy subsidies, belying the larger picture.   As the CBO study makes clear, most of the direct
553 subsidy spend by the US on energy (as computed through tax preferences) is focused on
554 renewables, not fossil fuels.  Specifically, according to the CBO study, the portion of 2011 tax
555 preferences (subsidies) attributable to fossil fuels is about $2.5b.[29]  Whereas, the portion
556 attributable to renewables is about $12.9b; wherein $6.9b is attributable to biofuels (ethanol and
557 biodiesel), and the remaining $6b is attributable to other renewable power sources, such as solar
558 and wind.[30]
559
560 In my opinion, it is instructive to normalize these amounts of tax-based subsidies according to
561 production of fuels.  As a fraction of the total U.S. energy supply, in 2011, fossil fuels accounted

---

[28] Source: U.S. Congressional Budget Office, "Federal Financial Support for the development and Production of Fuels and Energy Technologies," Issue Brief, March 2012, available online at: https://www.cbo.gov/sites/default/files/112th-congress-2011-2012/reports/03-06-fuelsandenergybrief.pdf, based on data from Molly F. Sherlock, Energy Tax Policy: Historical Perspectives on and Current Status of Energy Tax Expenditures, CRS Report for Congress R41227 (Congressional Research Service, May 2, 2011), p. 26; Joint Committee on Taxation, Estimates of Federal Tax Expenditures for Fiscal Years 2011-2015 (JCS-1-12, January 17, 2012)pp. 33-35; Office of Management and Budget, Budget of the U.S. Government, Fiscal Year 2013: Appendix (Feb 2012), p. 1068.

[29] U.S. Congressional Budget Office, "Federal Financial Support for the development and Production of Fuels and Energy Technologies," Issue Brief, March 2012, available online at: https://www.cbo.gov/sites/default/files/112th-congress-2011-2012/reports/03-06-fuelsandenergybrief.pdf. Within Table 1 (p. 3), the tax preferences for fossil fuels sum to $2.5 billion, or $0.8 billion + $0.8 billion + $0.9 billion

[30] U.S. Congressional Budget Office, "Federal Financial Support for the development and Production of Fuels and Energy Technologies," Issue Brief, March 2012, available online at: https://www.cbo.gov/sites/default/files/112th-congress-2011-2012/reports/03-06-fuelsandenergybrief.pdf. Within Table 1 (p. 3), the tax preferences for renewable energy sum to $12.9 billion ($1.4 + $0.7 + $6.1 + $0.8 + $3.9).

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*          **August 13, 2018**
**Expert Report. David G. Victor**

562  for 78% of total U.S. primary energy supply and received 12% in tax-based subsidies.[31,32]  In
563  2011, new renewable energy technologies including wind, solar and biomass s accounted for
564  7.8% of U.S. primary energy supply and received 63% in tax-based subsidies.  The numbers for
565  renewables are distorted by U.S. biofuels policy.[33,34]  Nonetheless, my assessment reveals that
566  proportional to U.S. energy output, the tax-related subsidy for new renewables, in 2011, was
567  over 50 times the level of tax-related subsidies for fossil fuels.[35]  This assessment reveals that,
568  when properly analyzed, U.S. subsidies have shifted, and continue to shift, in the direction of
569  energy sources that require market support, and are favored as contributing elements of a
570  diversified energy portfolio.
571

---

[31] U.S. Department of Energy, Energy Information Administration, Table 1.2 Primary Energy Production by Source, available online at:
https://www.eia.gov/totalenergy/data/browser/index.php?tbl=T01.02#/?f=A&start=1949&end=2017&charted=1-2-3-4-6-13.  Data indicate that total fossil fuel-based energy production in 2011 was 60.543191 quadrillion Btu, compared to 78.035874 total energy production, or approximately 77.58 percent.

[32] U.S. Congressional Budget Office, "Federal Financial Support for the development and Production of Fuels and Energy Technologies," Issue Brief, March 2012, available online at: https://www.cbo.gov/sites/default/files/112th-congress-2011-2012/reports/03-06-fuelsandenergybrief.pdf. Within Table 1 (p. 3), the tax preferences for fossil fuels sum to $2.5 billion, or $0.8 billion + $0.8 billion + $0.9 billion. $2.5 billion divided by total 2011 energy-related tax preference as reported in Table 1, or $20.5 billion, yields 0.122, or approximately 12 percent.

[33] U.S. Department of Energy, Energy Information Administration, Table 1.2 Primary Energy Production by Source, available online at:
https://www.eia.gov/totalenergy/data/browser/index.php?tbl=T01.02#/?f=A&start=1949&end=2017&charted=1-2-3-4-6-13. Data indicate that total renewables-based energy production in 2011 was 9.223985 quadrillion Btu; of that total 3.102852 quadrillion BTU equivalents came from hydroelectricity.  I exclude hydroelectricity from my calculation of the "renewables" subsidy share, because: (a) there is relatively little tax preference allocated to hydro, and (b) most studies about the potential for shifting to renewable energy (and the need for policy supporting that shift) focus on what are often called "new renewables," which is a concept that explicitly excludes the large hydro plants that account for nearly all US hydroelectricity production.  That leaves 6.121133 quadrillion BTU of renewables output, compared to 78.035874 total energy production, or approximately 7.84 percent.  The data available do not support disentanglig the federal tax preferences for hydroelectricity that might be included in the CBO analysis.

[34] U.S. Congressional Budget Office, "Federal Financial Support for the development and Production of Fuels and Energy Technologies," Issue Brief, March 2012, available online at: https://www.cbo.gov/sites/default/files/112th-congress-2011-2012/reports/03-06-fuelsandenergybrief.pdf. Within Table 1 (p. 3), the tax preferences for renewables sum to $12.9 billion ($1.4 + $0.7 + $6.1 + $0.8 + $3.9). $12.9 billion divided by total 2011 energy-related tax preference as reported in Table 1, or $20.5 billion, yields 0.629, or approximately 63 percent.

[35] $2.5 billion in tax preference relative to 60.543191 quadrillion Btu of energy produced in 2011 yields approximately $0.041292835 billion in tax preference per quadrillion Btu of fossil fuel energy produced. $12.9 billion in tax preference to 6.122 quadrillion Btu of energy produced in 2011 yields approximately $2.107453 billion in tax preference per quadrillion Btu of renewables-based energy produced. $2.107453 / $0.041292385 = 51.04, or approximately a factor of 51.  (If this calculation is performed to include hydroelectricity, then the result is a factor of approximately 34.)

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*        August 13, 2018
**Expert Report. David G. Victor**

572 **Finding #4.  CHANGING FEDERAL SUBSIDIES ON OIL WILL HAVE MINIMAL**
573 **IMPACT ON GLOBAL OIL PRICES, OIL CONSUMPTION AND EMISSIONS**
574
575 In his Expert Report, Erickson states:
576
577        "… with prices at or near $50 per barrel, the U.S. government is substantially
578        expanding the country's future oil production, relative to if these subsidies were
579        not in place." (page 16)
580
581 Erickson concludes:
582
583        "… it is my professional opinion that, at least for oil, Federal Government
584        subsidies are likely to both increase oil industry profits and increase U.S. oil
585        production. Both of these outcomes make it more difficult for the U.S. to
586        transition to a low-carbon economy and meet domestic and international climate
587        goals …" (page 16)
588
589 In his Expert Report, Stiglitz echoes these views as part of a broader claim that the U.S. is
590 engaged in a "perpetuation of a national fossil-fuel based energy system." (page 7)  Stiglitz fails
591 to provide a well-founded basis for this opinion.  I focus on the assertions made by Erickson
592 regarding the impact of subsidies on oil production, because they are quantitative and based on a
593 model analysis, for which the underlying assumptions about the factors that affect production can
594 be scrutinized and compared with the literature.
595
596 In my view, Erickson has selectively targeted data and tailored his methods to inflate the
597 beneficial impacts of subsidy reform on U.S. consumption of fossil fuels, and associated
598 reductions in emissions contributions.  My assessment of Erickson's research indicates that
599 Erickson mines the facts to support his arguments about the impact of subsidies on oil
600 production.  Specifically, Erickson is conspicuously silent about the range of expert views on the
601 matter of subsidy reform in the oil sector.  Erickson limits the bases of his opinions to illustrative
602 calculations from one set of studies (for which Erickson is co-author).  Yet other reputable
603 studies, including studies that Erickson himself cites, point to different conclusions.  Based on
604 my examination of these other studies, I conclude that the effect of oil subsidy reforms on
605 emissions will be much smaller than suggested by Erickson, because other factors have a much
606 larger impact on production decisions, the industry is highly competitive and responsive to
607 changes in market conditions and production costs.  In addition, relative to the size of the sector,
608 the impact on the total financial picture of the industry is extremely small (on the order of 1% of
609 turnover, as I describe below).  Below, I detail the three bases for my conclusions.
610
611 First, Erickson's findings are based on a thought exercise that is not reflective of reality.
612 Erickson's thought exercise is predicated on substantial changes to the U.S. tax code to remove
613 all subsidies related to fossil fuels while leaving subsidies that affect the rest of the energy
614 system untouched.  Moreover, Erickson's Report is misleading, because he offers his opinions in
615 the context of altering relatively narrow tax measures.  Yet, to support his opinions he relies on a
616 modeling study that actually adopts an expansive notion of subsidy, which includes topics such
617 as liability transfers to the government for closure of oil wells, transfer of railroad safety risks to
618 the public, public funding of the strategic petroleum reserve, public coverage of damage to roads,

619 and a host of other measures.[36]  On page 14, Erickson presents Table 2, which lists direct
620 subsidies for coal, oil and gas—subsidies that he calls "tax measures" (line 602).  Then on page
621 15, Erickson points to other industry and academic studies that examine these "tax measures."  As
622 a means of further comparison, Erickson then turns to his own opinion, relying notably on a
623 peer-reviewed 2017 publication in *Nature Energy*.[37]  In fact, the modeling methods and data
624 utilized in the *Nature Energy* paper are not limited to tax measures but rely on Erickson's more
625 expansive notion of subsidies.  Through this sleight of language in Erickson's Expert Report, the
626 reader is left with the impression that, at oil prices of $50/barrel, as Erickson says of his team's
627 analysis:  "…we found that 47% of new U.S. oil investment would  depend on subsidies to
628 proceed." (page 15).  This statement reports data from his Nature Energy paper[38] that, in fact, is
629 based on model runs that assume his fully expansive view of subsidies.  In his Expert Report,
630 Erickson then returns to the narrow definition of tax measures, comments on the effect of
631 intangible drilling costs (a tax measure), and draws the general conclusion:  "…the U.S.
632 government is substantially expanding the country's future oil production, relative to if these
633 subsidies were not in place." (page 16).  Erickson never explains (either in his Expert Report, or
634 in the published materials that he cites) how much of the effect is due to tax measures and how
635 much hinges on his more expansive notion of subsidies.  As a result, the reader is left wondering
636 how the scope of Erickson's analysis compares with the assertions made in his Expert Report.
637 For these reasons, I believe that Erickson's assertions on these matters are unsupported and
638 unreliable.
639
640 For Erickson's thought exercise to be successful, expansive changes would be needed not just in
641 federal policy, but also to state tax codes and local zoning ordinances associated with
642 infrastructure improvements.  If there were substantial changes in federal policy then states and
643 localities also would respond, often with counter-acting effects.  Yet, in his Expert Report,
644 Erickson is silent on the breadth of policy intervention that his thought exercise would
645 necessitate and also silent on possible counter-vailing responses.  It is only upon examination of
646 the underlying technical documentation that informs Erickson's analysis that the breadth of
647 intervention becomes clear.[39]  Further, it is only upon examination of the underlying
648 fundamentals of Erickson's analysis that one understands the degree to which Erickson's
649 findings rely on unilateral or binary assumptions—if <u>all</u> subsidies were removed, then a preferred
650 outcome arises.  Common sense dictates that policy intervention involves various slopes (or

---

[36] See table 1 of P. Erickson, A. Down, M. Lazarus, D. Koplow, "Effect of subsidies to fossil fuel companies on United States crude oil production," Nature Energy 2:891-898 (2017)  And for more detail see supplemental materials to that article at Supplementary information is available for this paper at https://doi.org/10.1038/. s41560-017-0009-8.

[37] P. Erickson, A. Down, M. Lazarus, D. Koplow, "Effect of subsidies to fossil fuel companies on United States crude oil production," Nature Energy 2:891-898 (2017)

[38] See table 2 of P. Erickson, A. Down, M. Lazarus, D. Koplow, "Effect of subsidies to fossil fuel companies on United States crude oil production," Nature Energy 2:891-898 (2017)

[39] In particular, the appendix to the 2017 Working Paper that offers more detail on See P. Erickson, A. Down, M. Lazarus, D. Koplow.  Effect of government subsidies for upstream oil infrastructure on U.S. oil production and global CO2 emissions. 2017.  Stockholm Environment Institute Working Paper 2017-02. I rely on that working paper because it offers a fuller assessment of the modeling work and how it compares with other studies than is available in the supplemental materials to the published peer-reviewed article from the same study team, which are available at: https://doi.org/10.1038/. s41560-017-0009-8.

651 degrees) of change.  In his expert report, Erickson does not contemplate, or analyze the impact
652 of, degrees of change arising from his proposed policy intervention(s).
653
654 Second, Erickson frames the basis for his argument in general terms of supply and demand and
655 points to other industry and academic studies that, he implies, offer supportive conclusions.  For
656 example, he begins his comparison of other studies with the statement "[t]here is evidence that
657 these tax measures positively affect fossil fuel industry profits and investment…" (page 14)
658 Perhaps this is a fair statement, because it is so general; but the details can have a large impact on
659 the conclusions.  My examination of the existing literature suggests that the existing literature
660 nuanced.  Reasonable disagreement exists as to whether subsidy reform would have a material
661 impact on U.S. oil production.
662
663 Before presenting his results, Erickson points to two others studies that have examined how tax-
664 based subsidies might affect behavior in the industry.  Other materials published by Erickson and
665 his co-authors allow some detailed comparison between his opinion and these two published
666 studies.[40]  My analysis of these  comparisons suggests that the differences across the studies are
667 large.  Notably, I believe that this is something that Erickson has found in his own published
668 research, yet he elects to not mention or explain these differences in his Expert Report.  The first
669 study was completed by Dr. Gilbert Metcalf, a highly respected economist;  the second study
670 was completed by Wood Mackenzie, a highly respected energy research and consultancy
671 group.[41]
672
673 The study completed by Metcalf has the benefit of being straightforward.  Specifically, at
674 prevailing oil prices of $50/bbl, Erickson's studies suggest that 72% of the onshore projects by
675 independent oil producers depend on the presence of subsidies,[42] whereas Metcalf concludes that
676 just 8% of the onshore independent producers on subsidy for their decision to drill.[43]  Offshore,

---

[40] P. Erickson, A. Down, M. Lazarus, D. Koplow.  Effect of government subsidies for upstream oil infrastructure on U.S. oil production and global CO2 emissions. 2017.  Stockholm Environment Institute Working Paper 2017-02.
[41] These comparisons are referenced in the appendices (Tables A-5 and A-6) to a working paper that Erickson cites as technical support for the oil market model, and which he uses as the basis for his Expert Report.  See See P. Erickson, A. Down, M. Lazarus, D. Koplow.  Effect of government subsidies for upstream oil infrastructure on U.S. oil production and global CO2 emissions. 2017.  Stockholm Environment Institute Working Paper 2017-02.

[42] See P. Erickson, A. Down, M. Lazarus, D. Koplow.  Effect of government subsidies for upstream oil infrastructure on U.S. oil production and global CO2 emissions. 2017.  Stockholm Environment Institute Working Paper 2017-02., Table A-5, p. 47.  See also P. Erickson, A. Down, M. Lazarus, D. Koplow, "Effect of subsidies to fossil fuel companies on United States crude oil production," Nature Energy 2:891-898 (2017)

[43] Gilbert E. Metcalf, "The Impact of Removing Tax Preferences for U.S. Oil and natural Gas Production: Measuring Tax Subsidies by an Equivalent Price Impact Approach," NBER Working Paper Series, NBER, August 2016, available online at: http://www.nber.org/papers/w22537.pdf. See Table 5, p. 40, which indicates that the change in drilling rates for independent on shore oil producers is an 8.2 decrease (given an absence of subsidy).  For consistency I will cite the NBER version of the paper because that is what Erickson cited, but the more authoritative version is peer-reviewed and published:  Gilbert E. Metcalf. "The Impact of Removing Tax Preferences for U.S. Oil and Gas Production" *Journal of the Association of Environmental and Resource Economists* Vol. 5 Iss. 1 (2017) p. 1 – 37. Doi: 10.1086/693367

677 the differences are even larger.  Specifically, according to Erickson's research, 100% of
678 independent offshore drilling depends on subsidy,[44] whereas Metcalf concludes that just 17% of
679 independent offshore drilling depends on subsidy.[45]
680
681 Erickson's Expert Report suggests that his findings are consistent with "university and research
682 studies" (page 15), wherein he specifically cites to the Metcalf study (page 15, FN 33).
683 However, as per the parameters summarized above, my assessment of the Metcalf analysis
684 suggests a conclusion that is opposite to that proffered by Erickson.  Specifically, at least for oil,
685 the Metcalf study suggests that Federal government subsidies have little impact on U.S. oil
686 production because most of the types of wells drilled for new production (onshore and offshore)
687 are profitable without subsidies.
688
689 In addition, Erickson cites three times to a policy brief by Joe Aldy, implying a further
690 consistency between his opinion and that of other experts.  (Aldy is an economist—formerly in
691 the U.S. Government and now at Harvard's Kennedy School.)  My examination of the Aldy brief
692 suggests that, in fact, it is not consistent with Erickson's position.  Specifically, Aldy concludes
693 that oil production subsidies "have a very small impact on production, their removal will not
694 materially increase retail fuel prices, reduce employment, or weaken U.S. energy security."[46]
695
696 With regard to the study completed by Wood Mackenzie, which Erickson discussed only in
697 passing in his Expert Report, the key question of concern is whether preferential tax treatment
698 associated with Intangible Drilling Costs (IDC) has a material impact on oil production, prices,
699 oil consumption, and by extension emissions contribution.  The oil industry is attentive to IDC,
700 because it is the largest single subsidy for oil and gas production.  In Erickson's own study
701 published in *Nature Energy*, he and his co-authors also find that IDC has the single largest
702 impact on the IRR that they estimate for new drilling.[47]  For example, in 2015, it accounted for

---

[44] See P. Erickson, A. Down, M. Lazarus, D. Koplow.  Effect of government subsidies for upstream oil infrastructure on U.S. oil production and global CO2 emissions. 2017.  Stockholm Environment Institute Working Paper 2017-02., Table A-5, p. 47, Table A-5, p. 47.

[45] Gilbert E. Metcalf, "The Impact of Removing Tax Preferences for U.S. Oil and natural Gas Production: Measuring Tax Subsidies by an Equivalent Price Impact Approach," NBER Working Paper Series, NBER, August 2016, available online at: http://www.nber.org/papers/w22537.pdf. See Table 5, p. 40, which indicates that the change in drilling rates for independent on shore oil producers is an 8.2 decrease (given an absence of subsidy).  There are many differences between the models that can explain these results, not least of which is the fact that the Metcalf results are presented independent of price, whereas Erickson's team presents their own model with price-dependent results.  The Metcalf study is presented in a working paper by an academic foreign policy think tank (The Council on Foreign Relations—I am a member of that organization), and the Erickson detailed studies are presented in a working paper by a think tank, with which he is affiliated (Stockholm Environment Institute). Neither of these working papers appears to be reviewed in the manner typical of academic journals, and neither author has been asked to do the detailed model-by-model comparisons that are typical in the energy modeling community.

[46] Joseph E. Aldy, "Report: Eliminating Fossil Fuel Subsidies," February 26, 2013, Proposal 5 in Brookings Institution, "15 Ways to Rethink the Federal Budget," published February 22, 2013, available online at: https://www.brookings.edu/research/eliminating-fossil-fuel-subsidies/.

[47] See the waterfall charts in figure 2 of P. Erickson, A. Down, M. Lazarus, D. Koplow, "Effect of subsidies to fossil fuel companies on United States crude oil production," Nature Energy 2:891-898 (2017),

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*        **August 13, 2018**
**Expert Report. David G. Victor**

703 $1.6b/yr in subsidy.[48]  But this amount must be kept in perspective.  As a measure of
704 comparison, $1.6b/yr is 0.6% of the produced value of oil and gas in the U.S.[49]
705
706 In my view, the issue of concern is not whether the oil industry would prefer to preserve a
707 preferential tax treatment, but rather whether eliminating the preferential treatment (or subsidy)
708 for IDC has a material impact on oil production.  I discuss the particulars of this study by Wood
709 Mackenzie, and its relevance to Erickson's opinion in more detail below.
710
711 First, Erickson's own research—published elsewhere, but not discussed in his Expert Report—
712 reveals that the magnitude of effects in the Wood Mackenzie model differ from those in
713 Erickson's model by a factor of two or more.[50]  By citing the Wood Mackenzie model as a basis
714 for his opinion, yet offering an opinion that deviates substantially from that study, Erickson
715 confounds the question of the impact of subsidies on production. Given the breadth of
716 uncertainty raised by the differences in subsidy effects analyzed in the Erickson, Metcalf, and
717 Wood Mackenzie studies, the actual impacts of subsidies on oil production appear to be a matter
718 of substantial debate.  In my view, the degrees of difference between all three analysis reinforce
719 that Erickson's opinion, as proffered in his Expert Report is unreliable.
720
721 Second, the scope of the Wood Mackenzie study is different than that of Erickson's research.
722 Erickson is focused on oil production;  oil is a highly marketable commodity, easily transported
723 to market.  By contrast, the Wood Mackenzie study examined the impact of IDC on oil *and* gas
724 drilling activity.  In general, the drilling costs associated with gas wells tend to be more sensitive
725 to costs, and therefore more sensitive to changes in preferential tax treatment, because the price
726 of gas remains low in the U.S. due to the technological advances associated with shale gas
727 exploration.  Erickson is silent on these significant methodological differences in approach
728 between his analysis and the Wood Mackenzie study.  Given these methodological differences, it
729 is not self-evident that the Wood Mackenzie study supports Erickson's analysis. In my view,
730 across the array of studies on which Erickson relies to form the basis of his opinion, there is no
731 consensus on the effect of subsidies on oil production
732
733 In addition to Erickson's discussion regarding onshore drilling, which I find to be
734 unsubstantiated and unreliable, the modeling studies that Erickson uses as a basis for his opinion
735 include estimates that 73% of undeveloped offshore resources depend on subsidy to be economic
736 at $50/bbl.  In my view, this finding, and thus the opinions in Erickson's Report that are based in

---

[48] According to US Government estimates that are reprinted in Table 2 of Erickson's expert report.

[49] See discussion under Finding #3 of this report. Total market value of oil produced in the United States in 2015 was about $172b, and the value of produced natural gas in 2015 was about $72b. Therefore, $1.6 billion divided by ($172b + $72b) yields approximately 0.0065306, or 0.6 percent.  Here I focus on oil and gas together because IDC applies to both, but Erickson's analysis looks only at oil.

[50] The Wood Mackenzie study finds that 40% of onshore projects depend on this subsidy, compared with Erickson's own research, suggesting that 18% of onshore projects have such dependency.  Offshore, the results are reversed and even larger—9% for Wood Mackenzie and 25% for the Erickson team. See Wood Mackenzie, *Impacts of Delaying IDC Deductibility* (2014-2025), prepared for the American Petroleum Institute, 2013, available online at: http://www.api.org/~/media/files/policy/taxes/13-july/api-us-idc-delay-impacts-release-7-11-13.pdf and P. Erickson, A. Down, M. Lazarus, D. Koplow, "Effect of subsidies to fossil fuel companies on United States crude oil production," Nature Energy 2:891-898 (2017), Table A-6, p. 48.

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*    August 13, 2018
**Expert Report. David G. Victor**

737 part on this finding, also is unsubstantiated and unreliable.  The study by Metcalf, which looked
738 at this issue, offers no such support for that conclusion.[51]  Nor does one find support in the real
739 world.  Prior to 2014, when oil prices were high, a coalition led by BP planned a $20b offshore
740 oil production project in the Gulf of Mexico called "Mad Dog 2."  Co-located near an existing oil
741 field (Mad Dog 1), Mad Dog 2 would produce 140,000 barrels per day.  When oil prices crashed
742 in 2014, Mad Dog 2 was idled and redesigned using more standardized platform designs and a
743 host of improvements that radically reduced costs.   In December 2016, when oil prices were
744 forecasted at $50/bbl, or about half the level prior to the price crash of 2014, BP restarted Mad
745 Dog 2.  In announcing the venture, BP's CEO stated:  "This announcement shows that big deep
746 water projects can still be economic in a low-price environment in the US if they are designed in
747 a smart and cost-effective way."[52]  Although these changes are under way in the real world, in
748 Erickson's peer-reviewed *Nature Energy* paper, he and his co-authors exclude offshore drilling
749 from the main display figure.  They state: "…Very few projects for offshore Gulf of Mexico are
750 economic at an oil price of US $50 per barrel, and the effect of subsidies is both small in IRR
751 terms and highly variable."[53]  Yet, it is precisely in that real-world context—oil at $50, and
752 subsidies that have a small and variable effect on the internal rate of return (IRR) for offshore
753 drilling, that BP restarted Mad Dog 2, arguably one of the largest new oil production projects in
754 the Gulf of Mexico.  This anecdote illustrates that the industry is accustomed to responding to
755 changes in the fiscal environment for projects that are forecasted to yield returns irrespective of
756 the contemplated elimination of direct subsidies.
757
758 In my opinion, tinkering at the margins of the fossil fuel sector with subsidy policy—even an
759 extreme tinkering with Erickson's proposed realignment of the U.S. tax code—is dwarfed in
760 relevance by market and technological forces.  Direct production subsidies are on the scale of 1%
761 of industry production; real technological and operational changes have responded to changes of
762 50% in the value of produced oil in just a few years.  Further, the studies Erickson relies upon to
763 support his arguments fail to evince a clear relationship between subsidy policy and oil
764 production.
765
766 **Finding #5.  CHANGING FEDERAL COAL LEASING POLICIES WILL HAVE SMALL**
767 **EFFECTS ON US CONSUMPTION OF COAL AND EMISSIONS CONTRIBUTIONS**
768
769 In his Expert Report, Erickson states:
770
771     "…federal land leasing practices show how the Federal Government plays a
772     significant role in aiding and facilitating U.S. fossil fuel extraction" (page 19)
773
774 Essentially, Erickson asserts that the U.S. subsidizes fossil fuel extraction by leasing federal
775 lands to industry actors, and failing to charge lessees the *full* cost of extraction from federal

---

[51] Gilbert E. Metcalf, "The Impact of Removing Tax Preferences for U.S. Oil and natural Gas Production: Measuring Tax Subsidies by an Equivalent Price Impact Approach," NBER Working Paper Series, NBER, August 2016, available online at: http://www.nber.org/papers/w22537.pdf.

[52] Jessica Tippee, "Re-engineered Mad Dog Phase 2 gets the greenlight," *Offshore*, January 2, 2018, available online at: https://www.offshore-mag.com/articles/print/volume-77/issue-12/top-offshore-projects/re-engineering-mad-dog-phase-2-gets-the-greenlight.html.

[53] See caption to figure 2 on page 894:  P. Erickson, A. Down, M. Lazarus, D. Koplow, "Effect of subsidies to fossil fuel companies on United States crude oil production," Nature Energy 2:891-898 (2017)

776 lands.  Erickson, in particular, focuses his analysis of leasing reform on coal. In his Expert
777 Report, Stiglitz offers supporting comments for coal leasing reforms that would charge producers
778 the full costs of extraction from federal lands, including charges for the harm caused by GHG
779 emissions (page 36);  Stiglitz asserts that the U.S. should "cease approvals for any new fossil fuel
780 infrastructure." (page 39)
781
782 I examine the impacts of coal leasing reforms as asserted by Erickson in his Expert Report,
783 because this is the area where it is possible to compare Erickson's assertions with leasing reform
784 proposals that have been the subject of quantitative examination by other analysts.  The issue at
785 hand is whether eliminating federal leasing practices for coal extraction would have a material
786 impact on the U.S. output of coal, the price of coal, and thus coal consumption and attendant
787 emissions contributions in the U.S.  I believe that the research on this issue is nuanced and
788 largely unsupportive of Erickson's findings.  I discuss the basis for my opinion below.
789
790 First, it is difficult to evaluate the data and methods used by Erickson, and therefore substantiate
791 his conclusions regarding federal leasing reform.  Erickson does not offer a model-based analysis
792 as the basis for his views, nor does he offer the findings of an independent literature review.
793 Instead, Erickson appears to base his conclusion on the logic of supply and demand; he suggests
794 that leasing reforms will constrain supply, prices will then go up, and demand must go down.
795 He observes that the impact of leasing reforms on fuel prices and $CO_2$ emissions "depends on
796 one's view of how fuel markets operate" (page 18).  Yet, Erickson's analysis includes no serious
797 attention to how the coal market actually functions.  The users of coal (mainly electric utilities)
798 are under extensive regulatory and business pressures that affect the ultimate demand for coal.
799 Moreover, transportation costs are a larger share of delivered fuel prices.  When transport is
800 expensive, changes in production costs have a smaller impact on the cost of delivered coal.
801 Further, even if major sources of fossil fuels from federal lands are curtailed—for example, if
802 coal extracted from federal lands were to become more expensive or curtailed altogether—then,
803 in a free market structure, other suppliers could potentially offset or erase the effects from federal
804 leasing reforms.
805
806 I agree with Erickson that an understanding of how markets operate is critically important;  in
807 my view, the qualitative schematic that Erickson offers to explain behavior in the coal market is
808 not accurate.  In my opinion, wholesale reform of federal fossil fuel leasing policies warrants
809 more rigorous analysis of attendant impacts than that presented by Erickson in his Expert Report.
810
811 Second, Erickson demonstrates lack of attention to the existing literature on the topic of federal
812 fossil fuel leasing reform.  Similar to his discussion of subsidy reform, Erickson's Expert Report
813 suggests that academic research is supportive of his conclusions.  As the basis for his opinion,
814 Erickson asserts there has been little analysis of the impact on emissions of constraints imposed
815 on U.S. fossil fuel production.  In my opinion, this is incorrect.  Erickson also posits that there is
816 widespread agreement regarding the effects of leasing reform fossil fuel markets.  He cites to a
817 body of literature focused on the function of energy markets (ref 53 in the Erickson report); yet,
818 he does not elaborate on what those studies actually show.  My examination of this literature, and
819 all the other literature that Erickson cites with regard to the coal market, reveals that, on balance,
820 the most reliable expert studies are not supportive of Erickson's position.  My review of
821 Erickson's Expert Report reveals that, despite citing various bodies of literature in support of his
822 opinions, Erickson fails to acknowledge and rebut the areas of differences between the literature

823  cited and his findings.  In fact, the studies cited by Erickson offer a more nuanced view of the
824  impacts of coal leasing reforms than that asserted by Erickson in his Expert Report.  Below, I
825  discuss my assessment of two studies cited by Erickson
826
827  The first study cited in ref 53 of Erickson is a detailed model analysis by Gerarden et al., 2016.
828  This study examines the coal leasing reforms that Erickson asserts should be adopted by the U.S.
829  The Gerarden study reveals interactions that explain why federal leasing reforms have indirect
830  and small impacts on emissions contributions.[54]  Notably, the study reveals that only about 40%
831  of US coal production comes from federal lands, and thus the impact of leasing reforms on total
832  production requires modeling of the entire coal market—federal and non-federal sources.  The
833  study further cautions that any such modeling effort also must address the fact that higher prices
834  on federal lands likely will be offset by new coal supplies arising from non-federal lands.[55]  It is
835  instructive to note that, since 2008, U.S. coal shipments to the electric power sector (by far the
836  dominant user of coal in the country) have already declined 36%--an amount nearly equal to
837  Gerarden et al.'s estimate of the entire production from federal lands.[56]   Those declines are due
838  principally to factors unrelated to coal leasing reform—such as inexpensive natural gas and
839  larger mandates for (and greater economic competitiveness of) renewable energy[57]—and are
840  indicative of the large excess supply of coal that stands ready to fill the market even if changes to
841  federal coal leasing affected the supply and price of coal.
842
843  Other academic studies reveal complementary findings to those of Gerarden et al., 2016.  For
844  example, a study by the consultancy ICF looks at a large number of scenarios that include many
845  interventions in the federal coal leasing program.[58]  This study has the advantage that the model
846  used allows calculation of the full array of energy sources used to generate electricity (known as
847  the "generation mix"), and thus can examine the impact of coal leasing reforms on consumption
848  of coal by the industry's largest customer (power utilities) and total emissions.   Erickson cites
849  this study to support the point that curtailment in federal coal leasing will lead to substitution of
850  coal by less emission-intensive renewables or natural gas (page 19).  In fact, the ICF study is
851  much more nuanced and generally finds the opposite conclusion regarding the generation mix.
852  That study concludes that the leasing reforms have little impact because "…increased production
853  from non-federal coal offsets the reductions in federal coal, leaving national coal-fired

---

[54] Todd Gerarden, W. Spencer Reeder, and James H. Stock, "Federal Coal Program Reform, the Clean Power Plan, and the Interaction of Upstream and Downstream Climate Policies," NBER Working Paper No. 22214, issued April 2016, available online at: http://www.nber.org/papers/w22214. An assumption in this analysis is that coal buyers face other limits on the cost-effectiveness of coal purchases when compared with other fuels, such as natural gas. Gerarden et al., 2016 model those limits using the CPP, but any other set of similar constraints would have similar effects and lead to the same conclusion; that is, coal leasing reforms have minimal impact on coal production, consumption and emissions.  Despite current policy discussions about repeal of the CPP, large coal-fired electric utilities (the main buyers of coal in the United States) are making investment and operational plans as if the CPP or other incentives, such as state-level policies, would continue to exist.  Thus the Gerarden et al analysis remains germane to the real world effects of a potential coal leasing reform.

[55] Ibid.

[56] US Energy Information Administration. US Coal Shipments Reach Their Lowest Level in Years.  2018. https://www.eia.gov/todayinenergy/detail.php?id=36812

[57] K. Larsen, J. Larsen, W. Herndon, S. Mohan, and T. Houser, *Taking Stock 2017: Adjusting Expectations for US GHG Emissions* (Rhodium Group, 2017).

[58] Vulcan/ICF, "Federal Coal Leasing Reform Options: Effects on CO2 Emissions and Energy Markets, Summary of Modeling Results, Final Report" (Vulcan, Inc. report with analysis supported by ICF International, January 26, 2016)

854  generation unchanged." Yet Erickson concludes his assessment of coal leasing reforms with the
855  statement that "any constraints on coal supply are expected to affect prices and lead to reduced
856  coal consumption for power generation [and lower $CO_2$ emissions]." (page 19)
857
858  Erickson offers this conclusion despite the fact that, in the actual U.S. coal market, whether
859  "any" constraint on supply affects demand depends on the actions of substitute suppliers and on
860  factors that affect demand for coal. This is especially true in the electric power sector, where
861  most coal is consumed in the U.S., and where coal competes directly with rival sources of power,
862  such as renewables and natural gas . For example, Erickson cites a recent study by Houser et al.,
863  which explores whether coal can make a "comeback." This study is instructive, because it looks
864  exactly at the kinds of policy scenarios that Erickson is considering. Specifically, Houser et al
865  assess the effects of coal leasing reforms on the competitiveness of coal, and then assess
866  outcomes assuming such policies were removed. Houser et al conclude that a shift in policy
867  "could stem the recent decline in U.S. coal consumption, but only if natural gas prices increase
868  going forward. If natural gas prices remain at or near current levels or renewable costs fall more
869  quickly than expected, U.S. coal consumption will continue its decline."[59] I believe that current
870  drilling behavior and technological advances in the gas market suggest that prices for natural gas
871  will remain low for the foreseeable future.
872
873  In my opinion, irrespective of federal fossil fuel leasing reforms or reversal of preferential tax-
874  based subsidies, it is probable that coal extraction will continue to decline over time, and
875  attendant emissions contributions also will decline. I base this opinion on the breadth of my
876  institutional expertise and assessment of the literature.
877
878  **Finding #6. THE U.S. DID NOT FAIL TO TAKE AN AFFIRMATIVE ACTION TO**
879  **ELIMINATE FOSSIL FUELS AFTER THE ENERGY CRISES OF THE 1970S.**
880
881  In his Expert Report, Stiglitz asserts that, since the watershed moments of the 1970s, the U.S. has
882  perpetuated a fossil energy system. Specifically, Stiglitz states:
883
884        "The fact that the U.S. national energy system is so predominately fossil fuel-
885        based is not an inevitable consequence of history. With the oil crises of the 1970s,
886        recognition of the risks of dependence on oil was developed (though these risks
887        were markedly different from those with which we are concerned today). Even
888        then, it was clear that there were viable alternatives, and with the appropriate
889        allocation of further resources to R&D, it is likely that these alternatives would
890        have been even more competitive. Thus, the current level of dependence of our
891        energy system on fossil fuels is a result of intentional actions taken by Defendants
892        over many years (including subsidization of fossil fuels and inactions in the form
893        of not providing adequate support for alternatives)." (page 12)
894
895  Stiglitz further states:

---

[59] Trevor Houser, Jason Bordoff, and Peter Marsters, Center on Global Energy Policy, "Can Coal Make a Comeback?" April 2017, available online at:
http://energypolicy.columbia.edu/sites/default/files/Center%20on%20Global%20Energy%20Policy%20Can%20Coal%20Make%20a%20Comeback%20April%202017.pdf.

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*    **August 13, 2018**
**Expert Report. David G. Victor**

896         "I would note that inactions in this sense are affirmative decisions by Defendants
897         not to act." (page 12)
898
899 In my opinion, this assertion is not well-substantiated and is misleading. Stiglitz does not identify
900 plausible, real-world actions that the U.S. could have taken that would have led to appreciably
901 different outcomes.  Contrary to what Stiglitz asserts, I believe that the dependence on fossil
902 fuels which existed prior to oil crises of the 1970s, and which exists today, is the "inevitable
903 consequence of history." (page 12)  Two facts support my opinion.
904
905 First, every major industrial economy faced similar challenges during the energy crises of the
906 1970s, and each of these economies emerged from the crises with energy systems dominated by
907 fossil fuels.[60]  Although several of these economies invested in the leading renewable power
908 system of the day—hydroelectric energy—each economy remained dependent on fossil fuels.
909 Two of these large industrial economies—France and Japan—invested in nuclear power.  In the
910 case of France, which made the most decisive shift to nuclear power of any major economy, half
911 of its energy system relies on fossil fuels and 41% relies on nuclear power.[61]  In the case of
912 Japan, nuclear power accounted for 15% of the country's energy system, and fossil fuels
913 accounted for 80%.[62]  Since 1998, the share of fossil fuels has increased.  I cite to these examples
914 to illustrate that the U.S. was not alone in its response to the energy challenges arising from the
915 crises of 1970.  Despite all this sustained attention the challenge of fossil fuel supply across the
916 global economy and despite substantial spending on alternative energy systems, fossil fuels
917 remained the dominant energy source for the global economy and all major industrial economies.
918 In my expert opinion, as a historian of energy technology, I believe that the global race to
919 dependence on fossil fuels, indeed, was inevitable.  Further, my opinion is supported by
920 internationally recognized historians in energy technology.[63]
921
922 Second, Stiglitz's assertion that dependence on fossil fuels was not an "inevitable consequence
923 of history" is based on the premise that viable alternatives to fossil fuels were available, but for a
924 failure of the Federal government to invest in associated research, development and
925 demonstration of new technologies (RD&D).  Stiglitz misrepresents the magnitude and breadth

---

[60] The one possible exception to this statement is the Soviet Union, a large industrial economy that, at the time embraced central planning and had significant fossil fuel production of its own.  It did not experience the energy crises of the 1970s in the same way.  Nonetheless, the Soviet Union also maintained a fossil fuel-dominated energy system.

[61] These data computed from BP Statistical Review of World Energy, a widely used expert reference source, available online at: https://www.bp.com/en/global/corporate/energy-economics/statistical-review-of-world-energy.html. Data for France are for 2015, the peak year for nuclear since 1965 and thus the year when fossil fuels accounted for their smallest share of the French energy system.  The French share of fossil energy declined below 70% for the first time in 1985 as the country's nuclear deployment program accelerated and has been below that level ever since.

[62] Ibid.

[63] .H. Ausubel, A. Grubel, and N. Nakicenovic, "Carbon Dioxide Emissions in a Methane Economy," *Climatic Change* 12:245 (1998). Vaclav Smil, *Energy at the Crossroads: Global Perspectives and Uncertainties* Cambridge: MIT Press, February 11, 2005.

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*    **August 13, 2018**
**Expert Report. David G. Victor**

926 of the Federal government's contributions to RD&D.[64]  I have examined the data, and contrary to
927 Stiglitz's assertion, the U.S. has devoted a substantial and growing fraction of its RD&D budget
928 in the known alternatives to fossil fuels.  Figure 5 shows public-sector energy-related spending
929 (in constant dollars) on R&D by source.  The data supports my conclusion that the U.S.
930 substantially invested in zero-emission and low emissions technologies:  nuclear power,
931 renewables, and energy efficiency.  When viewed holistically, since 1980, a greater proportion of
932 public-sector spending has focused on non-fossil fuel related energy systems than on fossil fuels.



933
934 *Figure 5: U.S. public sector energy-related spending on research, development and*
935 *demonstration (RD&D) since 1980.  Source: IEA RD&D database—see the U.S. time series*
936 *data, total RD&D in million 2017USD at market exchange rates*
937 *(http://wds.iea.org/WDS/TableViewer/dimView.aspx?ReportId=1399)*
938
939 A cornerstone of Stiglitz's opinion is that renewable technologies—zero-emission alternatives—
940 were ripe for increased public-sector investment, and if only the U.S. had made those
941 investments, then renewables would have become a leading source of the U.S. energy supply
942 instead of fossil fuels.  Stiglitz's but-for argument is a form of revisionist history that is not
943 supported by the facts of the time.
944
945 As illustrated in Figure 6, during the energy crises of the 1970s and 1980s, renewable power was
946 a costly, niche option for energy supply.  Specifically, Figure 6 charts time series data on the state
947 of performance for leading wind and solar technologies, as well as for gas turbines there were

---

[64] Stiglitz comments mainly about "R&D," as a general concept.  I use the term RD&D, because for most energy technologies the last "D" is important—demonstration of new concepts at commercial scale is usually needed before the private sector will, on its own, invest in new technologies.

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*          **August 13, 2018**
**Expert Report. David G. Victor**

948 also a relatively new technology at the time.  Based on my assessment of this chart, I conclude
949 that advances in wind and solar technology have facilitated, and will continue to facilitate,
950 improvements in renewables in the U.S. energy system.  However, at the time of the first energy
951 crises in the 1970s, these technologies were cost-prohibitive, and the scale of their performance
952 potential was relatively unknown.
953



954 *Figure 6: Performance (measured in $ capital expenditure for kilowatt of energy output*
955 *potential) over time for leading photovoltaics (also known as solar cells), wind and gas turbine*
956 *technologies.  The chart shows the cost of buying each technology, and how cost improved with*
957 *time and investment.  The basis for my opinion is the snapshot around 19800s, when solar cells*
958 *approached $20,000 USD/kw, wind was about $3000 USD/kw, and still immature gas turbines*
959 *were more than $1000 USD/kw.*[65]  *For comparison, coal fired power plants were, at the time,*
960 *about $700 for coal-fired power plants.*[66]  *Put differently, the categories of renewable energy*
961 *technologies that today are most promising (solar and wind) were approximately 25x to 5x the*
962 *capital cost of coal plants.  These novel power sources were also less reliable and, in the case of*
963 *gas, burned fuel that was more costly.  Source: Arnulf Grubler, Nebojsa Nakicenovic and David*

[65] The study for figure 6 is but one, although a fairly comprehensive review of the literature.  More recent
retrospectives on renewable technology point to similar findings—for example, the Lantz et al retrospective on
wind power, which puts the capital cost of wind projects around 1980 in the US at about $3300/kw (converted to
1990$ with the GDP deflator).  See E. Lantz, M. Hand, R. Wiser. The Past and Future Cost of Wind Energy. 2010.
NREL Preprint.
[66] A major retrospective analysis of coal-fired power plants puts the capital cost at about $1000 USD/kw capacity in
the 1970s.  That figure is in 2006$, which converted to 1990$ using the GDP deflator (to make it comparable with
figure 6) is about $700.  For the retrospective see J. McNerney, J.D. Farmer, and J.E. Trancik, "Historical costs of
coal-fired electrticity and implications for the future,"  39 Energy Policy 3042-3054 (2011).

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*      August 13, 2018
**Expert Report. David G. Victor**

964  *G. Victor*, *"Dynamics of energy technologies and global change,"* Energy Policy 27(5):247-280,
965  *1999.*

966

967  Stiglitz fails to acknowledge that, in the late 1970s, there was little experience with renewables
968  technology, and what experience did exist suggests such technologies would be substantially
969  more costly than existing commercial rivals.  Figure 6 suggests on the order of 10 times more
970  expensive.  Further, during this era, the U.S. was already adopting a range of policies aimed at
971  supporting renewables and assisting other low-emission technologies to become cost
972  competitive.  For example, in 1978, the U.S. reformed its energy policies to facilitate the entry of
973  new energy technologies, including their ability to connect to the U.S. power grid.[67]  In addition,
974  the U.S. was actively supporting nuclear power, efficiency, fuel cells and other major options.

975

976  **Finding #7.   ERRORS OF OMISSION: CLIMATE CHANGE REQUIRES**
977  **INTERNATIONAL COOPERATION, WHICH IS A MATTER FOR WELL-**
978  **PROSECUTED FOREIGN POLICY**

979

980  In my expert opinion, effective solutions to mitigate the adverse impacts of climate change
981  necessitate engaged cooperation between the U.S. and its international partners.  My review of
982  the expert reports submitted by Erickson and Stiglitz fail to adequately address the importance of
983  international cooperation in addressing climate change.  The omission by Erickson and Stiglitz to
984  address the importance of international cooperation in addressing climate change leads to
985  misleading conclusions about the breadth and scope of the challenges associated with slowing
986  and reversing climate change, and the role of the U.S. in redressing these challenges.  Below, I
987  discuss the basis for my opinion

988

989  First, technologies and fuels are traded globally.  GHGs, once emitted, mix globally, as does the
990  heat created when those GHGs alter the climate.  As such, the capacity of the U.S. to alter the
991  global trajectory of climate change through unilateral domestic action is limited.  For example,
992  assume the U.S. government unilaterally ceased all emissions contributions from its own
993  footprint.  The countervailing impact of its actions would be to reduce global emissions by less
994  than 1%, which is less than the annual change in global emissions between 2011 and 2012.[68]

---

[67] See the Public Utility Regulatory Policies Act (PURPA), Pub. L. 95-617, 92 Stat. 3117, 16 U.S. Code 46 § 2601 et seq, enacted November 9, 1978.

[68] The U.S. Department of Energy, Office of Energy Efficiency & Renewable Energy (EERE) publishes annual Federal Agency Greenhouse Gas Inventory data at
http://ctsedwweb.ee.doe.gov/Annual/Report/ComprehensiveGreenhouseGasGHGInventoriesByAgencyAndFiscalYear.aspx. These data indicate that 2012 greenhouse gas emissions across all Federal Agencies totaled 164.39 million metric tons of CO2 equivalent. This number can be calculated by summing the subtotals for Scope 1 (15.188 and 45.623  and 0.831 million metric tons), Scope 2 (30.4 and 0.89 and 1.912 million metric tons) , and Scope 3 (16.537 and 52.683 and 0.326 million metric tons) emissions across all three of the emissions categories provided. The EDGAR 4.2 FT2012 (all GHGs) dataset, referenced as the source for Figure 2 earlier in this Expert Report, does not provide data beyond 2012; its estimate for global GHG emissions as of 2012 is 53,526.3028283888 million metric tons. Dividing approximately 161 million by approximately 53,526 million yields approximately 0.003, or 0.3% of global emissions. By comparison, the EDGAR data used in this Expert Report as a reference for Figure 2 indicate a year-over-year change in total global greenhouse gas emissions between 2011 and 2012 of 1.39 percent, or approximately 52,791 million metric tons in 2011 to 53,562 million metric tons in 2012.

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*    August 13, 2018
**Expert Report. David G. Victor**

995 Further, assume that the U.S. economy as a whole eliminated all of its territorial emissions
996 contributions, which in 2012 accounted for 12% of global emissions. That 12% reduction would
997 be offset to some degree by countervailing responses in other countries. Lower US demand for
998 fuels, such as oil could lower the global price for oil and raise consumption and emissions in
999 other countries. Higher costs of industrial production in the US due to higher energy costs could
1000 shift industrial activity to other countries, leading to expanded consumption of fossil energy and
1001 emissions abroad. Higher demand in the US for renewable energy technologies and other
1002 elements of a zero emission energy system could raise the price of those technologies globally,
1003 leading to reduced use abroad and higher emissions. Deriving a quantitative measure of such
1004 impacts requires understanding of how the global markets and other governments would respond
1005 to such actions. Stiglitz offers no such estimate for the size of these countervailing responses,
1006 except to say that "U.S. emissions will not be perfectly offset," (page 41) a statement for which
1007 he cites a study that does not examine the extreme scenario he contemplates. Nor does Stiglitz
1008 offer any other citations to supporting literature or analysis; he also does not acknowledge that
1009 even a complete cessation of US emissions without any offsetting effect would alter global
1010 emissions only 12%.
1011
1012 Stiglitz suggests in his Expert Report that if the U.S. were to lead with extreme action, such as
1013 ceasing approval for any new fossil fuel infrastructure, that others nations would follow.[69]
1014 Stiglitz does not quantify the magnitude of this effect, nor does he offer guideposts to estimate
1015 the possible impacts. My review of academic studies that have examined the effects of
1016 leadership in areas where countries already are instituting reductions in emissions suggests that
1017 leadership, in fact, does not automatically generate followership.[70] Leadership without
1018 cooperation and coordination can be counter productive, reducing the impact of unilateral actions
1019 on emissions. Failure to demonstrate cooperation in tandem with leadership can also undermine
1020 political support needed to sustain emissions controls.
1021
1022 Second, international cooperation requires international institutions for cooperation, including
1023 venues to encourage dialogue and treaties to foster engagement. The U.S. has been at the
1024 forefront of efforts to build those institutions. For example, the U.S. has been a seminal
1025 participant in the IPCC.[71] The U.S. also was one of the key architects of the 1992 Framework
1026 Convention on Climate Change, and served as a leading force (along with China and France) in
1027 creating the 2015 Paris Agreement.[72]
1028

---

[69] See page 41. Stiglitz asserts that, because the U.S. is a big emitter leadership though its actions "has a significant impact on these global outcomes", referring to the outcomes of lower emissions globally, and the avoidance of an offsetting "leakage" of emissions to other jurisdictions.

[70] David G. Victor et al., "Turning Paris into reality at the University of California," *Nature Climate Change* 8:183-185, 2018. Robert O. Keohane and David G. Victor, "Cooperation and Discord in Global Climate Policy," Nature Climate Change. 2016. DOI: 10.1038/NCLIMATE2937

[71] Alan D Hecht and Dennis Tirpak. Framework Agreement on Climate Change: A Scientific and Policy History. 1995. 29 Climatic Change 371-402.

[72] On the US role see for example C.F. Parker and C. Karlsson, "The UN climate change negotiations and the role of the United States: assessing American leadership from Copenhagen to Paris" 27 Environmental Politics 519-540 (2018). https://www.tandfonline.com/doi/full/10.1080/09644016.2018.1442388

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*          **August 13, 2018**
**Expert Report. David G. Victor**

1029  In my opinion, mitigating climate change requires the committed engagement of the U.S. and its
1030  international partners.  I believe that the measured progress realized to date reflects mainly the
1031  complexity and political challenges associated with crafting effective international cooperation,
1032  rather than neglect of the topic by the U.S. government.  It is my expert opinion that the
1033  simplistic and narrowly-focused approaches posited by Stiglitz and Erickson with respect to U.S.
1034  engagement—which advocate unilateral action and gloss over the challenges inherent to
1035  international engagement and cooperation—fail to respect the global nature of the problem, the
1036  need for an integrated, portfolio-based solution and the essential role for diplomacy in the
1037  process of implementing that solution.
1038
1039 **IV.      INFORMATION RELIED UPON AND CONSIDERED**
1040
1041       Alan D Hecht and Dennis Tirpak. Framework Agreement on Climate Change: A Scientific
1042       and Policy History.  1995.  29 Climatic Change 371-402
1043       Arnulf Grubler, Nebojsa Nakicenovic and David G. Victor, "Dynamics of energy
1044       technologies and global change," Energy Policy 27(5):247-280, 1999.
1045       BP Statistical Review of World Energy, a widely used expert reference source, available
1046       online at: https://www.bp.com/en/global/corporate/energy-economics/statistical-
1047       review-of-world-energy.html.
1048       Carbon Dioxide Information Analysis Center, National $CO_2$ Emissions from Fossil-Fuel
1049       Burning, Cement Manufacture, and Gas Flaring: 1751-2014, national-level dataset dated
1050       March 5, 2017, http://cdiac.ess-dive.lbl.gov/ftp/ndp030/nation.1751_2014.ems.
1051       C.F. Parker and C. Karlsson, "The UN climate change negotiations and the role of the
1052       United States: assessing American leadership from Copenhagen to Paris" 27
1053       Environmental Politics 519-540
1054       (2018).  https://www.tandfonline.com/doi/full/10.1080/09644016.2018.1442388
1055       Collin Eaton, "The numbers behind the Permian spotlight at OTC," Houston Chronicle,
1056       May 1, 2018, available online at: https://www.chron.com/business/energy/article/The-
1057       numbers-behind-the-Permian-spotlight-at-OTC-12878811.php.
1058       David G. Victor and Bruce Jones, "Undiplomatic action: A practical guide to the new
1059       politics and geopolitics of climate change," Brookings Institution report, February 2018,
1060       available online at: https://www.brookings.edu/research/undiplomatic-action-a-
1061       practical-guide-to-the-new-politics-and-geopolitics-of-climate-change/
1062       David G. Victor and Kassia Yanosek, "The Next Energy Revolution: The Promise and Peril
1063       of High-Tech Innovation," Foreign Affairs (July/August 2017), available online at:
1064       https://www.foreignaffairs.com/articles/2017-06-13/next-energy-revolution.
1065       David G. Victor et al., "Turning Paris into reality at the University of California," Nature
1066       Climate Change 8:183-185, 2018.

1067    David G. Victor, Global Warming Gridlock: Creating More Effective Strategies for
1068    Protecting the Planet, Cambridge University Press: 2011.

1069    Drew Shindell, et al., "Simultaneously Mitigating Near-Term Climate Change and
1070    Improving Human Health and Food Security," Science 335(6065):183-189, Jan. 13, 2012.

1071    Edgar G. Hertwich and Glen P. Peters, "Carbon Footprint of Nations: A Global, Trade-
1072    Linked Analysis," Environmental Science & Technology, 43(16):6414-6420,  June 15,
1073    2009.

1074    Federal Defendants' Answer to First Amended Complaint for Declaratory and Injunctive
1075    Relief (ECF No. 7), Kelsey Cascadia Rose Juliana, et al. v. United States of America et al.,
1076    Case No. 6:15-CV-01517-TC, Document No. 98, filed January 13, 2015, page 5, paragraph
1077    7.

1078    First Amended Complaint for Declaratory and Injunctive Relief, Kelsey Cascadia Rose
1079    Juliana, et al. v. United States of America et al., Case No. 6:15-CV-01517-TC, Document
1080    No. 7, filed September 10, 2015, page 3, paragraph 7.

1081    Gilbert E. Metcalf, "The Impact of Removing Tax Preferences for U.S. Oil and natural Gas
1082    Production: Measuring Tax Subsidies by an Equivalent Price Impact Approach," NBER
1083    Working Paper Series, NBER, August 2016, available online at:
1084    http://www.nber.org/papers/w22537.pdf.

1085    Glen P. Peters, Jan C. Minx, Christopher L. Weber, and Ottmar Edenhofer, "Growth in
1086    emissions transfers via international trade from 1990 to 2008," Proceedings of the
1087    National Academy of Sciences of the United States of America (PNAS) May 24, 2011
1088    108(21):8903-8908.

1089    GP Peters and EG Hertwich, "CO2 Embodied in international trade with implications for
1090    global climate policy," Environmental Science & Technology, 42(5):1401-7, Mar 1, 2008.

1091    J.H. Ausubel, A. Grubel, and N. Nakicenovic, "Carbon Dioxide Emissions in a Methane
1092    Economy," Climatic Change 12:245 (1998).

1093    J. McNerney, J.D. Farmer, and J.E. Trancik, "Historical costs of coal-fired electrticity and
1094    implications for the future,"  39 Energy Policy 3042-3054 (2011)

1095    James Bacchus, on behalf of the E15 Expert Group on Measures to Address Climate
1096    Change and the Trade System, "Global Rules for Mutually Supportive and Reinforcing
1097    Trade and Climate Regimes," January 2016, available online at:
1098    http://www3.weforum.org/docs/E15/WEF_Climate_Change_POP.pdf.

1099    Jennifer Burney, Charles Kennel, and David G. Victor, "Getting serious about the new
1100    realities of global climate change," Bulletin of the Atomic Scientists 69(4):49-57, July
1101    2013.

1102   Jessica Tippee, "Re-engineered Mad Dog Phase 2 gets the greenlight," Offshore, January
1103   2, 2018, available online at: https://www.offshore-mag.com/articles/print/volume-
1104   77/issue-12/top-offshore-projects/re-engineering-mad-dog-phase-2-gets-the-
1105   greenlight.html.

1106   John Barrett et al., "Consumption-Based GHG Emission Accounting: A Case Study,"
1107   Climate Policy 13, no. 4 (July 1, 2013): 451
1108   70,https://doi.org/10.1080/14693062.2013.788858.

1109   Jonathan B. Wiener & Richard B. Stewart, The Comprehensive Approach to Global
1110   Climate Policy: Issues of Design and Practicality, 9 Arizona Journal of International and
1111   Comparative Law 83-113 (1992).

1112   Joseph E. Aldy, "Report: Eliminating Fossil Fuel Subsidies," February 26, 2013, Proposal 5
1113   in Brookings Institution, "15 Ways to Rethink the Federal Budget," published February
1114   22, 2013, available online at: https://www.brookings.edu/research/eliminating-fossil-
1115   fuel-subsidies/

1116   K. Larsen, J. Larsen, W. Herndon, S. Mohan, and T. Houser, Taking Stock 2017: Adjusting
1117   Expectations for US GHG Emissions (Rhodium Group, 2017)

1118   Kirsten S. Wiebe and Norihiko Yamano, "Estimating CO2 Emissions Embodied in Final
1119   Demand and Trade Using the OECD ICIO 2015," OECD Science, Technology and Industry
1120   Working Papers (Paris: Organisation for Economic Cooperation and Development,
1121   September 3, 2016), available online at: http://www.oecd-
1122   ilibrary.org/content/workingpaper/5jlrcm216xkl-en.

1123   Lucy Baker, "Of embodied emissions and inequality: Rethinking energy consumption,"
1124   Energy Research & Social Science 36, February 2018, p. 52-60, available online at:
1125   https://www.sciencedirect.com/science/article/pii/S2214629617303110#bibl0005.

1126   Manfred Lenzen et al., "Building EORA: A Global Multi-Region Input Output Database at
1127   High Country and Sector Resolution," Economic Systems Research 25, no. 1 (March 1,
1128   2013): 20–49, https://doi.org/10.1080/09535314.2013.769938.

1129   Oregon Department of Environmental Quality, "Consumption-based Greenhouse Gas
1130   Emissions Inventory for Oregon," available online at:
1131   https://www.oregon.gov/DEQ/mm/Pages/Consumption-based-GHG.aspx.

1132   Oregon Department of Environmental Quality, "Greenhouse Gas Emissions and
1133   Emissions Intensities for Consumption of Materials, Services, Fuels and Electricity,"
1134   October 13, 2011, available online at:
1135   https://www.oregon.gov/deq/FilterDocs/wprSupTechRepGHGInten.pdf.

1136   P. Erickson, A. Down, M. Lazarus, D. Koplow, "Effect of subsidies to fossil fuel companies
1137   on United States crude oil production," Nature Energy 2:891-898 (2017).

1138    Peter Erickson, et al., "A Consumption_Based GHG Inventory for the U.S. State of
1139    Oregon," Environmental Science & Technology, 46(7):3679-3686, March 22, 2012.

1140    Public Utility Regulatory Policies Act (PURPA), Pub. L. 95-617, 92 Stat. 3117, 16 U.S. Code
1141    46 § 2601 et seq, enacted November 9, 1978.

1142    Robert O. Keohane and David G. Victor, "Cooperation and discard in global climate
1143    policy," Nature Climate Change 6:570-575 (2016).

1144    Scott Barrett, Environment and Statecraft: The Strategy of Environmental Treaty-
1145    making, Oxford University Press: 2005.

1146    Steven Davis and Ken Caldeira, "Consumption-Based Accounting of $CO_2$ Emissions,"
1147    Proceedings of the National Academy of Sciences of the United States of America
1148    (PNAS) March 2010 107(12)L5687-92.

1149    T.C. Bond et al., "Bounding the role of black carbon in the climate system: A scientific
1150    assessment," Journal of Geophysical Research: Atmospheres 118:538-5552, 2013.

1151    Todd Gerarden, W. Spencer Reeder, and James H. Stock, "Federal Coal Program Reform,
1152    the Clean Power Plan, and the Interaction of Upstream and Downstream Climate
1153    Policies," NBER Working Paper No. 22214, issued April 2016, available online at:
1154    http://www.nber.org/papers/w22214.

1155    Trevor Houser, Jason Bordoff, and Peter Marsters, Center on Global Energy Policy, "Can
1156    Coal Make a Comeback?" April 2017, available online at:
1157    http://energypolicy.columbia.edu/sites/default/files/Center%20on%20Global%20Energ
1158    y%20Policy%20Can%20Coal%20Make%20a%20Comeback%20April%202017.pdf.

1159    U.S. Congressional Budget Office, "Federal Financial Support for the development and
1160    Production of Fuels and Energy Technologies," Issue Brief, March 2012, available online
1161    at: https://www.cbo.gov/sites/default/files/112th-congress-2011-2012/reports/03-06-
1162    fuelsandenergybrief.pdf.

1163    U.S. Department of Energy, Energy Information Administration, "Average annual natural
1164    gas spot price in 2015 was at lowest level since 1999," January 5, 2016, available online
1165    at: https://www.eia.gov/todayinenergy/detail.php?id=24412.

1166    U.S. Department of Energy, Energy Information Administration, "Direct Federal Financial
1167    Interventions and Subsidies in Energy in Fiscal Year 2015," March 12, 2015, available
1168    online at: https://www.eia.gov/analysis/requests/subsidy/dmeess.php.

1169    U.S. Department of Energy, Energy Information Administration, U.S. Field Production of
1170    Crude Oil, available online at:
1171    https://www.eia.gov/dnav/pet/hist/LeafHandler.ashx?n=pet&s=mcrfpus2&f=a))

1172    U.S. Department of Energy, Energy Information Administration, "U.S. natural gas
1173    production reaches record high in 2015," April 15, 2016, available online at:
1174    https://www.eia.gov/todayinenergy/detail.php?id=25832

1175    U.S. Department of Energy, Energy Information Administration, Table 1.2 Primary
1176    Energy Production by Source, available online at:
1177    https://www.eia.gov/totalenergy/data/browser/index.php?tbl=T01.02#/?f=A&start=19
1178    49&end=2017&charted=1-2-3-4-6-13.

1179    U.S. Department of Energy, Energy Information Administration, Table 12.1 Carbon
1180    Dioxide Emissions From Energy Consumption by Source,
1181    https://www.eia.gov/totalenergy/data/browser/index.php?tbl=T12.01#/?f=A&start=19
1182    73&end=2017&charted=0-1-13.

1183    U.S. Energy Information Administration. US Coal Shipments Reach Their Lowest Level in
1184    Years.  2018.  https://www.eia.gov/todayinenergy/detail.php?id=36812

1185    United Kingdom Department for Environment Food & Rural Affairs, "UK's Carbon
1186    Footprint 1997-2015," available online at:
1187    https://assets.publishing.service.gov.uk/government/uploads/system/uploads/attachm
1188    ent_data/file/704607/Consumption_emissions_May18.pdf.

1189    Vaclav Smil, Energy at the Crossroads: Global Perspectives and Uncertainties Cambridge:
1190    MIT Press, February 11, 2005.

1191    Vulcan/ICF, "Federal Coal Leasing Reform Options: Effects on CO2 Emissions and Energy
1192    Markets, Summary of Modeling Results, Final Report" (Vulcan, Inc. report with analysis
1193    supported by ICF International, January 26, 2016)

1194    Wood Mackenzie, Impacts of Delaying IDC Deductibility (2014-2025), prepared for the
1195    American Petroleum Institute, 2013, available online at:
1196    http://www.api.org/~/media/files/policy/taxes/13-july/api-us-idc-delay-impacts-
1197    release-7-11-13.pdf.

1198    Working Group III Contribution to the Fifth Assessment Report of the Intergovernmental
1199    Panel on Climate Change, 2014, available online at:
1200    http://www.ipcc.ch/report/ar5/wg3/.

1201    World Trade Organization (WTO) Report of the Appellate Body, "United States – Import
1202    Prohibition of Certain Shrimp and Shrimp Products," Report No. AB-1998-4, available
1203    online at: https://www.wto.org/english/tratop_e/dispu_e/58abr.pdf.

1204

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*        **August 13, 2018**
**Expert Report. David G. Victor**

1205 **V.    COMPENSATION**
1206
1207 My preparatory rate for expert services in this case is $325/hour.  My Testimony or Deposition
1208 rate is $350/hour.
1209
1210 I have not testified as an expert at trial or by deposition within the preceding four (4) years.
1211

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*      August 13, 2018
**Expert Report. David G. Victor**

1212 **Appendix A: CV**
1213
1214 **DAVID G. VICTOR**
1215
1216 **A. PROFESSIONAL PREPARATION:**
1217 Harvard University, History and Science, A.B., 1987
1218 Massachusetts Institute of Technology, Political Science, Ph.D., 1997
1219
1220 **B. APPOINTMENTS:**
1221 University of California, San Diego
1222 Professor, School of International Relations and Pacific Studies, 2009 to present
1223 Director, Laboratory on International Law and Regulation, 2009 to present
1224 Stanford University
1225 Professor, School of Law, 2006-2009
1226 Director, Program on Energy and Sustainable Development, 2001-2009
1227 Council on Foreign Relations, New York
1228 Robert W. Johnson, Jr., Senior Fellow for Science and Technology, 1998-2009
1229 International Institute for Applied Systems Analysis, Laxenburg, Austria
1230 Research Scholar, Project on "Environmentally Compatible Energy Strategies, 1997-1998
1231 Co-Leader, Project on "Implementation and Effectiveness of International Environmental
1232 Commitments (IEC)", 1993-1997
1233
1234 **C. PRODUCTS**
1235
1236 **1. Five Most Relevant Products**
1237 [1] David G. Victor, 2011, *Global Warming Gridlock: Creating More Effective Strategies for*
1238 *Protecting the Planet* (Cambridge: Cambridge University Press).
1239 [2] Oil and Governance: State-Owned Enterprises and the World Energy Supply*, Cambridge:*
1240 *Cambridge University Press* (with David Hults and Mark Thurber, eds). 2012.
1241 [3] David G. Victor, 2013," "The Gas Promise," in: Jan H. Kalicki and David L. Goldwyn, eds.,
1242 *Energy and Security: Strategies for a World in Transition*, chapter 3, pp.88-106 (Baltimore: Johns
1243 Hopkins Press).
1244 [4] "The Regime Complex for Climate Change," *Perspectives on Politics,* 9(2010): 7-23. (with
1245 Robert Keohane)
1246 [5] "Climate Policy: Ditch the 2 °C Warming Goal." *Nature* 514.7520 (2014): 30–31. (With
1247 Charles Kennel)
1248
1249 **2. Other Significant Products**
1250 [1] "The Cognitive Revolution and the Political Psychology of Elite Decision Making,"
1251 *Perspectives on Politics*, 11(2013): 368-386. (with Emilie Hafner-Burton and Alex Hughes)
1252 [2] "Politics and Economics of Second-Best Regulation of Greenhouse Gases: The Importance of
1253 Regulatory Credibility," *Energy Journa*l, 32(2011): 1-24. (with Valentina Bosetti)

1254 [3] "A Madisonian Approach to Climate Policy," *Science*, 309(2005): 1820-1821. (with Joshua
1255 House and Sarah Joy)

1256 [4] "The Regime Complex for Plant Genetic Resources," *International Organization*, 58(2004):
1257 277-309. (with Kal Raustiala)

1258 [5] Markets in Developing Countries: Politics, Law and Institutions, *Cambridge: Cambridge*
1259 *University Press*. (with Thomas Heller, eds.)
1260

1261 **D. SYNERGISTIC ACTIVITIES:**
1262

1263 **1. Selected awards**
1264 Heinz I. Eulau Award, American Political Science Association, 2012.
1265 Convening Lead Author, Intergovernmental Panel on Climate Change, 2011-2014.
1266

1267 **2. Selected Fellowships and Lectures**
1268 Keeling Lecture, Scripps Institution of Oceanography, April 2014
1269 Harold Jacobson Lecture, Institute for Social Research, University of Michigan, October 2013.
1270 Banco Mundial lecture, Sao Paulo, Brazil. March 2013.
1271 Energy Forum Lecture, University of Texas, Austin. February 2012.
1272 Research Institute of Innovative Technology for Earth featured speaker, Tokyo, Japan. February
1273 2013.
1274 Electric Power Research Institute keynote speaker, Summer Seminar, August 2012.
1275 Cochrane Lecture, University of Minnesota. January 2010.
1276 Observer Research Foundation plenary lecture, September 2008.
1277

1278 **3. Professional Activities**
1279 American Association for the Advancement of Science
1280 American Political Science Association
1281 American Geophysical Union
1282 American Society of International Law
1283 International Studies Association
1284 International Institute for Strategic Studies
1285

1286 **4. Editorial activities**
1287 Editorial Boards: *Climatic Change* (Deputy Editor responsible for most submissions in the social
1288 sciences). Oxford University Press *Encyclopedia of Global Change. Chinese Academy of Social*
1289 *Sciences, Sustainable Development Research. Nature Climate Change. Energy Research and*
1290 *Social Science.*
1291 Reviewer (selected): *American Journal of International Law. American Journal of Political*
1292 *Science. American Political Science Review. Climatic Change. Comparative Political Studies.*
1293 *Governance. International Studies Quarterly. Journal of Energy Policy. Journal of Politics.*
1294 *Nature. Review of International Studies. Regulation and Governance. Science. World Politics.*
1295

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*    August 13, 2018
**Expert Report. David G. Victor**

1296 **E. COLLABORATORS AND OTHER AFFILIATIONS**
1297
1298 **1. Collaborators and coauthors in past 48 months**
1299 Valentina Bosetti (FEEM), Emilie Hafner-Burton (UCSD), David Hults (Stanford Law School),
1300 Charles Kennel (SIO/UCSD), Robert Keohane (Princeton), Yonatan Lupu (GWU), Fang Rong
1301 (UCSD), Varun Rai (UT-Austin), V. (Ram) Ramanathan (SIO/UCSD), P.R. Shukla (IIMA), Barton
1302 Thompson (Stanford Law School), Mark Thurber (Stanford), Kassia Yanosek (McKinsey and
1303 Company).
1304
1305 **2. Graduate advisors**
1306 Eugene B. Skolnikoff (MIT), Abraham Chayes (Harvard), Kenneth Oye (MIT).
1307
1308 **3. Ph.D. advising**
1309 Jeremy Carl (Stanford), Danny Cullenward (Stanford), Yassir Eddebarr (UCSD), Stephie Fried
1310 (UCSD), Ryan Hanna (UCSD), Mark Hayes (Stanford), Lukas Nonnemacher (UCSD), Daniel
1311 Maliniak (UCSD), Peter Kannberg (Scripps Institution of Oceanography), Wei Peng (Princeton),
1312 Varun Rai (Stanford), Tamara Sheldon (UCSD), Yanyang Xu (UCSD).
1313

1314 **Appendix B: Publications 2008-Present**

1315

1316 **Aakre S., Kallbekken S., Van Dingenen R., Victor D.G.** Incentives for small clubs of Arctic
1317 countries to limit black carbon and methane emissions. 2018  . Nature Climate Change,
1318 8(1), 85-90. 10.1038/s41558-017-0030-8

1319

1320 **Abdulla A., Ford M.J., Morgan M.G., Victor D.G.** A retrospective analysis of funding and
1321 focus in US advanced fission innovation. 2017. Environmental Research Letters, 12(8)
1322 10.1088/1748-9326/aa7f10

1323

1324 **Ajami, Newsha K., Barton H. Thompson Jr., David G. Victor**. The  Path to Water Innovation.
1325 2014. The Hamilton Project. Stanford Woods Institute for the Environment     , 1-40.

1326

1327 **Bang G., Victor D.G., Andresen S.** California's cap-and-trade programme: The role of
1328 diffusion. 2017. The Evolution of Carbon Markets: Design and Diffusion, 67-87.
1329 10.4324/9781315228266

1330

1331 **Bang G., Victor D.G., Andresen S**. California's cap-and-trade system: Diffusion and lessons.
1332 2017.Global Environmental Politics, 17(3), 12-30.10.1162/GLEP_a_00413

1333

1334 **Bosetti V., Victor D.G.**      Politics and economics of second-best regulation of greenhouse
1335 gases: The importance of regulatory credibility. 2011. Energy Journal, 32(1), 1-24.
1336      110.5547/ISSN0195-6574-EJ-

1337

1338 **Briggs S., Kennel C.F., Victor D.G.**  Planetary vital signs. 2015. Nature Climate Change, 5(11),
1339 969-97010.1038/nclimate2828

1340

1341 **Burney J.A., Kennel C.F., Victor D.G.**  Getting serious about the new realities of global
1342 climate change. 2013. Bulletin of the Atomic Scientists, 69(4), 49        -57.
1343 10.1177/0096340213493882

1344

1345 **Clack C.T.M., Qvist S.A., Apt J., Bazilian M., Brandt A.R., Caldeira K., Davis S.J., Diakov V.,**
1346 **Handschy M.A., Hines P.D.H., Jaramillo P., Kammen D.M., Long J.C.S., Morgan M.G., Reed**
1347 **A., Sivaram V., Sweeney J., Tynan G.R., Victor D.G., Weyant J.P., Whitacre J.F.** Evaluation
1348 of a proposal for reliable low-cost grid power with 100% wind, water, and solar. 2017.
1349 Proceedings of the National Academy of Sciences of the United States of America, 114(26),
1350 6722-6727.          10.1073/pnas.1610381114

1351

1352 **Collins, William, Steven J. Davis,  Roger Bales,  Jennifer Burney, Ryan McCarthy,  Eric**
1353 **Rignot,  William Torre,  David Victor**. Science and Pathways for Bending the Curve  (Chapter
1354 3). 2018 *IN:* Bending the Curve: Ten scalable solutions for carbon neutrality and climate
1355 stability

1356

1357  **Edenhofer, Ottmar, Ramón Pichs-Madruga, Youba Sokona, Susanne Kadner, Jan C Minx,**
1358  **Steffen Brunner, Shardul Agrawala, Giovanni Baiocchi, Igor Alexeyevich Bashmakov,**
1359  **Gabriel Blanco, John Broome, Thomas Bruckner, Mercedes Bustamante, Leon Clarke, M**
1360  **Conte Grand, Felix Creutzig, Xochitl Cruz-Nunez, Shobhakar Dhakal, Navroz K Dubash,**
1361  **Patrick Eickemeier, Ellie Farahani, Manfred Fischedick, Marc Fleurbaey, Reyer Gerlagh,**
1362  **Luis Gomez Echeverri, Sujata Gupta, J Hamisch, Kejun Jiang, Frank Jotzo, Sivan Kartha,**
1363  **Stephan Klasen, Charles Kolstad, Volker Krey, HC Kunreuther, Oswaldo Lucon, Omar**
1364  **Masera, Yacob Mulugetta, Richard Norgaard, T Patt, Nijavalli H Ravindranath, Keywan**
1365  **Riahi, Joyashree Roy, Ambuj Sagar, Roberto Schaeffer, Steffen Schlömer, Karen Seto,**
1366  **Kristin Seyboth, Ralph Sims, Pete Smith, Eswaran Somanathan, Robert Stavins, C von**
1367  **Stechow, Thomas Sterner, Taishi Sugiyama, Sangwon Suh, Kevin Urama, Diana Ürge-**
1368  **Vorsatz, Anthony Venables, D Victor, Elke Weber, Dadi Zhou, Ji Zou, Timm Zwickel**.
1369  Technical summary. 2014*. IN:* Change 2014: Mitigation of Climate Change. Contribution of
1370  Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on
1371  Climate Change, 33-107.
1372
1373  **Ford M.J., Abdulla A., Morgan M.G., Victor D.G**. Expert assessments of the state of U.S.
1374  advanced fission innovation. 2017. Energy Policy, 108, 194-200.
1375  10.1016/j.enpol.2017.05.059
1376
1377  **Gallo N.D., Victor D.G., Levin L.A.** Ocean commitments under the Paris Agreement. 2017.
1378  Nature Climate Change, 7(11), 833-838.   10.1038/nclimate3422.
1379
1380  **Gulbrandsen L.H., Underdal A., Victor D.G., Wettestad J**. Theory and method. 2017. The
1381  Evolution of Carbon Markets: Design and Diffusion, 13-29.        10.4324/9781315228266
1382
1383  **Hafner-Burton E.M., Alex Hughes D., Victor D.G.**  The cognitive revolution and the political
1384  psychology of elite decision making. 2013. Perspectives on Politics, 11(2), 368-386
1385        10.1017/S1537592713001084
1386
1387  **Hafner-Burton E.M., Alex Hughes D., Victor D.G**. THE BEHAVIORAL PSYCHOLOGY OF ELITE
1388  DECISION MAKING: IMPL ICATIONS FOR POLITICAL SCIENCE . 2011. Laboratory on
1389  International Law and Regulation (ILAR) Working Paper No. 9
1390
1391  **Hafner-Burton E.M., Haggard S., Lake D.A., Victor D.G**. The Behavioral Revolution and
1392  International Relations. 2017.      International Organization, 71, S1-S31.
1393        10.1017/S0020818316000400
1394
1395  **Hafner-Burton E.M., Leveck B.L., Victor D.G.**  No false promises: How the prospect of non-
1396  compliance affects elite preferences for international cooperation. 2017. International
1397  Studies Quarterly, 61(1), 136-149. 10.1093/isq/sqw047
1398

1399    **Hafner-Burton,  E.M., LeVeck B.L., Victor D.G.** How activists perceive the utility of
1400    international law. 2016. Journal of Politics, 78(1), 167-180.        10.1086/683371
1401
1402    **Hafner-Burton,  E.M., LeVeck B.L., Victor D.G.** How the Prospect of Non-Compliance Affects
1403    Elite Preferences for International Cooperation: Evidence from a 'Lab in the Field'
1404    Experiment. 2015. SSRN Working Paper, 1-40
1405
1406    **Hafner-Burton  E.M., LeVeck B.L., Victor D.G., Fowler J.H.**  Decision maker preferences for
1407    international legal cooperation. 2014. International Organization, 68(4), 845-876.
1408    10.1017/S002081831400023X
1409
1410    **Hafner-Burton E.M., Steinert-Threlkeld Z.C., Victor D.G**.        Predictability versus
1411    flexibility: Secrecy in international investment arbitration. 2016. World Politics, 68(3),
1412    413-453. 10.1017/S004388711600006X
1413
1414    **Hafner-Burton  E.M., Steinert-Threlkeld Z.C., Victor D.G.** Leveling the Playing Field.  2013.
1415    Laboratory on International Law and Regulation (ILAR) Working Paper No. 18, 1-40
1416
1417    **Hafner-Burton E.M., Victor D.G., Lupu Y.**  Political science research on international law:
1418    The state of the field.  2012. American Journal of International Law, 106(1), 47-97.
1419    10.5305/amerjintelaw.106.1.0047
1420
1421    **Hafner-Burton E.M., Victor D.G., J.H. Fowler.** A Behavioral Approach to Elite Decision
1422    Making in International Legal Cooperation.  2012
1423
1424    **Hafner-Burton E.M., Victor D.G**.  Secrecy in International Investment Arbitration: An
1425    Empirical Analysis. 2016. Secrecy in International Investment Arbitration:  An Empirical
1426    Analysis, 7(1), 161-182.
1427    **Hafner-Burton E.M., LeVeck B.L., Victor D.G.** Strategic Enforcement: Results from an Elite
1428    Survey Experiment on International Trade Agreements.  2012. SSRN Working Paper, 1-32.
1429
1430    **Hafner-Burton E.M., LeVeck B.L., Victor D.G., Fowler J.H.**  A Behavioral Approach to
1431    International Cooperation. 2015. International Organization
1432
1433    **Hanna R., Disfani V.R., Kleissl J., Victor D.G.** A new simulation model to develop and assess
1434    business cases for commercial microgrids.  2017. 2017 North American Power Symposium,
1435    NAPS 201710.1109/NAPS.2017.8107381
1436
1437    **Hanna R., Ghonima M., Kleissl J., Tynan G., Victor D.G.** Evaluating business models for
1438    microgrids: Interactions of technology and policy. 2017. Energy Policy, 103, 47-61
1439    10.1016/j.enpol.2017.01.010
1440

1441    **He G., Victor D.G**. Experiences and lessons from China's success in providing electricity for
1442    all. 2017. Resources, Conservation and Recycling. 122, 335-338.
1443    10.1016/j.resconrec.2017.03.011

1445    **Homer-Dixon T., Klare M.T., Goodman S.W., Kern P.J., Victor D.G**. Debating disaster: The
1446    world is not enough .2008. National Interest, 93

1448    **Inchauste, Gabriela and David G. Victor.** The Political Economy of Energy Subsidy Reform.
1449    2017.1-273

1451    **Iyer G.C., Clarke L.E., Edmonds J.A., Flannery B.P., Hultman N.E., McJeon H.C., Victor D.G**.
1452    Improved representation of investment decisions in assessments of CO 2 mitigation. 2015.
1453    Nature Climate Change, 5(5), 436-440.    10.1038/nclimate2553

1455    **Jiang B., Wenying C., Yuefeng Y., Lemin Z., Victor D**. The future of natural gas consumption
1456    in Beijing, Guangdong and Shanghai: An assessment utilizing MARKAL. 2008. Energy Policy,
1457    36(9), 3286-329910.1016/j.enpol.2008.04.031. (Article also published  in: IEEE Power and
1458    Energy Society 2008 General Meeting: Conversion and Delivery of Electrical Energy in the
1459    21st Century

1461    **Kennel C.F., Briggs S., Victor D.G**. Making climate science more relevant: Better indicators
1462    for risk management are needed after Paris. 2016. Science, 354(6311), 421-422
1463    10.1126/science.aag3248.

1465    **Kennel, C. F., Ramanathan, V., & Victor, D. G**.  Coping with climate change in the next half-
1466    century. 2012. Proceedings of the American Philosophical Society, 156(4)4, 398-415.

1468    **Keohane R.O., Victor D.G.** Cooperation and discord in global climate policy. 2016. Nature
1469    Climate Change,6(6), 570-575.    10.1038/nclimate2937

1471    **Keohane R.O., Victor D.G**. After the failure of top down mandates: The role of experimental
1472    governance in climate change policy (Chapter 14). 2015. *IN:* Towards a Workable and
1473    Effective Climate Regime  2015-November, 201-212

1475    **Keohane R.O., Victor D.G**. The transnational politics of energy.  2013. Daedalus, 142(1), 97-
1476    109. 10.1162/DAED_a_00196

1478    **Keohane R.O., Victor D.G.** The regime complex for climate change. 2011 Perspectives on
1479    Politics,  9(1) 7-10.1017/S1537592710004068

1481    **LeVeck B.L., Hughes D.A., Fowler J.H., Hafner-Burton E., Victor D.G**. The role of self-interest
1482    in elite bargaining. 2014. Proceedings of the National Academy of Sciences of the United
1483    States of America, 111(52), 18536-18541. 10.1073/pnas.1409885111

1484
1485    **Pascual, C., Victor, D.G., Fernandez de Casto Medinas, R.**  Will Mexican Energy Reform
1486    Survive Political Transition: What Mexicans Think.  2018.  Brookings Initiative on Energy and
1487    Climate.  Paper 3 (June).
1488
1489    **Peng W., Yuan J., Zhao Y., Lin M., Zhang Q., Victor D.G., Mauzerall D.L.** Air quality and
1490    climate benefits of long-distance electricity transmission in China. 2017.      Environmental
1491    Research Letters, 12(6).10.1088/1748-9326/aa67ba
1492
1493    **Rai, V., NC Chung, MC Thurber, DG Victor.** PESD Carbon Storage Project Database. 2009.
1494    Program on Energy and Sustainable Development Working Paper No. 76, 1-9.
1495
1496    **Rai V., Victor D.G.** Awakening giant: Strategy and performance of the Abu Dhabi National
1497    Oil Company (ADNOC). 2011. Oil and Governance: State-Owned Enterprises and the World
1498    Energy Supply, 478-51410.1017/CBO9780511784057.014
1499
1500    **Rai V., Victor D.G**. Climate change and the energy challenge: A pragmatic approach for
1501    India. 2009. Economic and Political Weekly,      44(31), 78-85
1502
1503    **Rai V., Victor D.G.** Identifying viable options in developing countries for climate change
1504    mitigation: the case of India. 2010.International Association for Energy Economics (IAEE)
1505    Energy Forum , 9-13
1506
1507    **Rai V., Victor D.G., Thurber M.C.**  Carbon capture and storage at scale: Lessons from the
1508    growth of analogous energy technologies.      2010. Energy Policy, 38(8), 4089      -4098
1509        10.1016/j.enpol.2010.03.035
1510
1511    **Ramanathan, V., J Allison, M Auffhammer, D Auston, A Barnosky, L Chiang, W Collins, S
1512    Davis, F Forman, S Hecht, D Kammen, CY Lin Lawell, T Matlock, D Press, D Rotman, S
1513    Samuelsen, G Solomon, D Victor, B Washom, J Christensen.** Bending the Curve: Ten
1514    Scalable Solutions for Carbon Neutrality and Climate Stability (Chapter 1). 2016 *IN:* Bending
1515    the Curve: Ten Scalable Solutions for Carbon Neutrality and Climate Stability
1516
1517    **Ramanathan, V., Sanchez Sorondo, M., Dasgupta, P, von Braun, J., Victor, D.G..** Climate
1518    Extremes and Global Health: New Ways for Making Progress. Foreign Affairs. 2018.
1519
1520    **Ramanathan V., Seddon J., Victor D.G**. The next  front on climate change.  2016. Foreign
1521    Affairs,      95(2), 135-142
1522
1523    **Rong F., Victor D.G.** WHAT  DOES IT COST TO BUILD A POWER PLANT? Laboratory on
1524    International Law and Regulation (ILAR) Working Paper No. 17, 1-47.
1525

1526    **Rong F., Victor D.G.** Coal liquefaction policy in China: Explaining the policy reversal since
1527    2006. 2011. Energy Policy, 39(12), 8175—8184.10.1016/j.enpol.2011.10.017
1528

1529    **Sabel C.F., Victor D.G.** Governing global problems under uncertainty: making bottom-up
1530    climate policy work. 2017. Climatic Change, 144(1), 15-27.        10.1007/s10584-015-1507-y
1531

1532    **Sand M., Berntsen T.K., Von Salzen K., Flanner M.G., Langner J., Victor D.G.** Response of
1533    Arctic temperature to changes in emissions of short-lived climate forcers. 2016        .
1534    Nature Climate Change, 6(3), 286-289.    10.1038/nclimate2880
1535

1536    **Shukla P.R., Dhar S., Victor D.G., Jackson M**. Assessment of demand for natural gas from
1537    the electricity sector in India. 2009. Energy Policy, 37(9), 3520-3534.
1538        10.1016/j.enpol.2009.03.067
1539

1540    **Victor, D. G.** The new geometry of climate governance. 2018. Chinese Journal of Population
1541    Resources and Environment, 1-5.10.1080/10042857.2018.1487185
1542

1543    **Victor, D.G., WEF Global Future Council on Energy et al.** Transformation of the Global
1544    Energy System.  2018.  World Economic Forum.
1545

1546    **Victor D. G.** Foreign aid for capacity building to address climate change.  2017. Aid
1547    Effectiveness for Environmental Sustainability, 17-49.    10.1007/978-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-5_2
1548

1549    **Victor D.G.**  Trump: China could take lead on climate. 2016. Nature, 539(7630), 495.
1550    10.1038/539495a
1551

1552    **Victor D.** Plan B for Copenhagen. 2009.   Nature, 461(7262), 342-344.  10.1038/461342a
1553

1554    **Victor D.G**. Taking the lead: Faced with government inaction, private firms emerge as major
1555    players in climate change mitigation. 2017. Science, 358(6370), 1547.
1556        10.1126/science.aar2637
1557

1558    **Victor D.G**. Energy and climate: Moving beyond symbolism. 2017. Brookings Big Ideas for
1559    America, 176-184.
1560

1561    **Victor D.G.** Three-Dimensional Climate Clubs: Implications for Climate Cooperation and the
1562    G20. 2017. International Centre for Trade and Sustainable Development.
1563

1564    **Victor D.G.** Making the promise of Paris a reality. 2016. The Paris Agreement and Beyond:
1565    International Climate Change Policy Post-2020, 1 -18.
1566

1567    **Victor D.G.** What the framework convention on climate change teaches us about
1568    cooperation on climate change.   2016. Politics and Governance, 4(3), 133-141.
1569    10.17645/pag.v4i3.657.
1570

1571    **Victor D.G**. On the Regulation of Geoengineering. 2009.  *IN:* The Economics and Politics of
1572    Climate Change. 10.1093/acprof:osobl/9780199573288.003.0016
1573

1574    **Victor D.G**. On the Regulation of Geoengineering. 2008. Oxford Review of Economic Policy,
1575    Volume 24, Issue 2, 1 July 2008, Pages 322–336.
1576

1577    **Victor D.G**. Embed the social sciences in climate policy. 2015. Nature, 520(7545), 27-29.
1578    10.1038/520027a
1579

1580    **Victor D.G.** The Case for Climate Clubs.   2015. E15Initiative. International Centre for Trade
1581    and Sustainable Development (ICTSD) and the World Economic Forum
1582

1583    **Victor D.G.**  Copenhagen II or something new (COMMENTARY). 2014. Nature Climate
1584    Change, 4(10), 853-855.10.1038/nclimate2396
1585

1586    **Victor D.G.**  Why do smart people disagree about facts? Some perspectives on climate
1587    denialism. 2014. Laboratory on International Law and Regulation (ILAR) Working Paper No.
1588    20, 1-12
1589

1590    **Victor D.G.**  Why the world has failed to slow global warming. 2013. Post-2020 Climate
1591    Change Regime Formation, 10-31.          10.4324/9780203383353
1592

1593    **Victor D.G.**  Climate diplomacy. 2013. Technology Review, 116(5), 12-
1594

1595    **Victor D.G.**  National oil companies and the future of the oil industry. 2013. Annual Review
1596    of Resource Economics, 5, 445- 462.        10.1146/annurev-resource-091912-151856.
1597

1598    **Victor D.G.** A political theory of water governance.  2013. Laboratory on International Law
1599    and Regulation (ILAR) Working Paper No. 19, 1-33.
1600

1601    **Victor D.G.** The Gas Promise. 2013. Laboratory on International Law and Regulation (ILAR)
1602    Working Paper No. 7, 1-24.
1603

1604    **Victor D.G.** Policy: National effects of global policy. 2012.  Nature Climate Change, 2(1).24-
1605    25.10.1038/nclimate1338.
1606

1607    **Victor D.G.** Diplomacy's meltdown (Commentary). 2011.  Scientific American, 304(1), 14-
1608    10.1038/scientificamerican0111-14
1609

1610    **Victor D.G.** Global warming gridlock: Creating more effective strategies for protecting the
1611    planet. 2011. 358pgs        10.1017/CBO9780511975714
1612

1613    **Victor D.G.** The Political Context for California's Climate Change Policy. 2010. Giannini
1614    Foundation of Agricultural Economics. University of California, 14(1), 6-8.
1615

1616    **Victor D.G.** THE POLITICS AND ECONOMICS OF INTERNATIONAL CARBON OFFSETS.
1617    2010.Modeling the Economics of Greenhouse Gas Mitigation:  Summary of a Workshop,
1618    132-142.
1619

1620    **Victor D.G**.  Potemkin trading. 2009. Technology Review, 112(4), 12
1621

1622    **Victor D.G**. Global warming: Why the 2°C goal is a political delusion. 2009. Nature,
1623    459(7249), 909-10.1038/459909a
1624

1625    **Victor D.G.** Climate accession deals: New strategies for taming growth of greenhouse gases
1626    in developing countries. 2009. Post-Kyoto International Climate Policy: Implementing
1627    Architectures for Agreement: Research from the Harvard Project on International Climate
1628    Agreements, 618- 648.10.1017/CBO9780511813207.021
1629

1630    **Victor D.G.** The Politics of Fossil-Fuel Subsidies. 2009. Global Subsidies Initiative, 1-33
1631

1632    **Victor D.G**.  Smoke and mirrors. 2008. National Interest, 93
1633

1634    **Victor D.G**. Sources of Alternative Energy and Energy Market Innovations. 2008. The Global
1635    Politics of Energy, 135-147.
1636

1637    **Victor D.G., Abdulla A., Auston D., Brase W., Brouwer J., Brown K., Davis S.J., Kappel C.V.,**
1638    **Meier A., Modera M., Zarin Pass R., Phillips D., Sager J., Weil D., McNeilly L., Bockmiller F.,**
1639    **DIamond C., Dowey E., Elliott J., Eng R., Kaffka S., Kloss M., Mezić I., Morejohn J., Ritzinger**
1640    **E., Weissman S., Williams J.** Turning Paris into reality at the University of California. 2018.
1641    Nature Climate Change, 8(3), 183-18510.1038/s41558-018-0103-3
1642

1643    **Victor D.G., Akimoto K., Kaya Y., Yamaguchi M., Cullenward D., Hepburn C**. Prove Paris
1644    was more than paper promises. 2017.    Nature, 548(7665), 25-27.      10.1038/548025a
1645

1646    **Victor, D. G., Almeida, P., & Wong, L.** Water Management Policy in Brazil. 2015. Laboratory
1647    on International Law and Regulation (ILAR) Working Paper No. 21, 1-41.
1648

1649    **Victor D.G., Eskreis-Winkler S.** In the tank.  2008. Foreign Affairs, 87(4), 70-83.
1650

1651    **Victor D.G., Gerlagh R., Baiocchi G**. Getting serious about categorizing countries. 2014.
1652    Science, 345(6192), 34-36.        10.1126/science.1255302

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*        August 13, 2018
**Expert Report. David G. Victor**

1653
1654  **Victor D.G., Hults D.R., Thurber M.C. editors**. Oil and governance: State-owned enterprises
1655  and the world energy supply. 2012. 1014 pgs.    10.1017/CBO9780511784057
1656
1657  **Victor D.G., Hults D.R., Thurber M.C**. Introduction and overview.  2012. *IN*: Oil and
1658  Governance: State-Owned Enterprises and the World Energy Supply, 3-32.
1659      10.1017/CBO9780511784057.002
1660
1661  **Victor D.G., Hults D.R., Thurber M.C**.  Major conclusions and implications for the future of
1662  the oil industry. 2012. *IN*: Oil and Governance: State-Owned Enterprises and the World
1663  Energy Supply, 887-928.10.1017/CBO9780511784057.024
1664
1665  **Victor, D.G.,  Jones, B.D.** Undiplomatic Action: A Practical Guide to the New Politics and
1666  Geopolitics of Climate Change.  2018.  Brookings Initiative on Energy and Climate Paper
1667  Series #1.  Brookings Institution.
1668
1669  **Victor D.G., Kennel C.F.**    Climate policy: Ditch the 2°C warming goal. 2014. Nature,
1670  514(7520), 30-31.10.1038/514030a
1671
1672  **Victor D.G., Kennel C.F., Ramanathan V.** The climate threat we can beat: What it is and how
1673  to deal with it. 2012.  Foreign Affairs, 91(3).
1674
1675  **Victor, David G. and Keohane, Robert O.**  The Regime Complex for Climate Change. 2010.
1676  APSA 2010 Annual Meeting Paper, 1-28.
1677
1678  **Victor D.G., Leape J.P.** Global climate agreement: After the talks        . 2015. Nature,
1679  527(7579), 439-44110.1038/527439a
1680
1681  **Victor D.G., Morgan M.G., Apt J., Steinbruner J., Ricke K.**        The geoengineering option -
1682  A Last Resort Against Global Warming. 2009. Foreign Affairs, 88(2),64-76
1683
1684  **Victor, D. G., & Morse, R. K**.  Living with coal. Climate policy's most Inconvenient Truth.
1685  Sept/Oct. 2009. Boston Review    , 7-14
1686
1687  **Victor D.G., Ramanathan V., Zaelke D**. Air pollution: Harmful soot spurs climate-policy
1688  action. 2015. Nature, 517(7532), 21-.        10.1038/517021b
1689
1690  **Victor D.G., Yanosek K.**    The next energy revolution the promise and peril of high-tech
1691  innovation. 2017. Foreign Affairs, 96(4), 124- 131.
1692
1693  **Victor D.G., Yanosek K.**    The crisis in clean energy: Stark Realities of the Renewables Craze.
1694  2011. Foreign Affairs, 90(4).
1695

1696   **Victor D.G., Yueh L.** The new energy order: Managing insecurities in the twenty-first
1697   century. 2010. Foreign Affairs, 89(1),61  -73.
1698

1699   **Victor D.G., Zaelke D., Ramanathan V.**   Soot and short-lived pollutants provide political
1700   opportunity. 2015. Nature Climate Change, 5     (9), 796           -798.
1701        10.1038/nclimate2703.
1702

1703   **Victor, D. G., Zhou, D., Ahmed, E. H. M., Dadhich, P. K., Olivier, J. G. J., Rogner, H-H.,**
1704   **Sheikho, K. and Yamaguchi, M.**   Introductory Chapter. 2014. *IN*: Climate Change 2014:
1705   Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment
1706   Report of the Intergovernmental Panel on Climate Change
1707

1708   **Wara, Michael and David G. Victor.** A realistic policy on international carbon offsets. 2008.
1709   Program on Energy and Sustainable Development Working Paper, 74(1), 24-
1710

1711   **Wettestad J., Gulbrandsen L.H., Victor D.G., Underdal A.** Comparative analysis and
1712   conclusions. 2017.The Evolution of Carbon Markets: Design and Diffusion, 229-252.
1713        10.4324/9781315228266
1714

1715   **Wilson E.J., Morgan M.G., Apt J., Bonner M., Bunting C., Gode J., Haszeldine R.S., Jaeger**
1716   **C.C., Keith D.W., McCoy S.T., Pollak M.F., Reiner D.M., Rubin E.S., Torvanger A., Ulardic C.,**
1717   **Vajjhala S.P., Victor D.G., Wright I.W.** Regulating the geological sequestration of $CO_2$. 2008.
1718   Environmental Science and Technology, 42(8),2718-2722.        10.1021/es087037k