# EXPERT REPORT

Opinion re "Expert Report of Mark Jacobson, Ph.D." April 6, 2018

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*

*Case No. 6:15-CV-01517-TC*

Howard J. Herzog

Senior Research Engineer
Massachusetts Institute of Technology
MIT Energy Initiative
77 Massachusetts Avenue
Cambridge, MA  02139

Prepared for:
The United States Department of Justice

August 13, 2018

Howard J. Herzog

1    **1.    Introduction**

2    This expert report is submitted in connection with the matter known as *Kelsey Cascadia Rose*
3    *Juliana; Xiuhtezcatl Tonatiuh M., through his Guardian Tamara Roske-Martinez; et al., v. The*
4    *United States of America; Donald Trump, in his official capacity as President of the United*
5    *States; et al., United States District Court, District of Oregon Case No. 6:15-cv-015-17-TC*. I
6    have been asked to assess claims made by Mark Z. Jacobson regarding "the feasibility of
7    transitioning the United States of America to 100% clean and renewable energy in all energy
8    sectors by mid-century," as proffered by Dr. Jacobson in his Expert Report (page 1), dated April
9    6, 2018. The opinions contained in this report are based on my professional knowledge, training,
10   and experience. I reserve the right to supplement this report as additional information is made
11   available.

12   **2.    Qualifications**

13   I am a Senior Research Engineer[1] at the Massachusetts Institute of Technology (MIT) in the MIT
14   Energy Initiative[2], an interdisciplinary laboratory that carries out energy-related research. I have
15   worked as an energy researcher at MIT for over 29 years. My primary focus for the past 15 years
16   has been carbon dioxide capture and storage (CCS).  I also have worked extensively in the fields
17   of geothermal energy, industrial energy efficiency, biomass, and energy conversion (e.g.,
18   biomass to transport fuels). Sponsors of my research have included industry, government, and
19   environmental organizations. These sponsors have been both domestic and international.  My
20   curriculum vitae is included as Appendix A to this report, and a list of my publications from
21   2008 to the present is contained in Appendix B.
22
23   My research has focused on improving the environmental performance of energy systems in the
24   United States, especially with respect to the de-carbonization of such systems.  I received a
25   Certificate from the Intergovernmental Panel on Climate Change (IPCC) for my work on the
26   IPCC Special Report on Carbon Dioxide Capture and Storage.  The certificate reads: "presented
27   to Howard Herzog for contributing to the award of the Nobel Peace Prize for 2007 to the IPCC."
28   I was the coordinating lead author on the chapter entitled "Costs and economic potential."[3]
29
30   I trained as a Chemical Engineer at MIT, and spent ten years in industry, before returning to MIT
31   in 1989 to join the research staff.  My work at MIT focuses on the interrelationship between
32   technology and policy as it relates to energy systems and climate change.  I have supervised the
33   research of dozens of MIT graduate students, who have subsequently successfully defended their
34   masters and doctorial theses.  I founded and directed the Carbon Sequestration Initiative, an
35   industrial consortium focused on CCS with 26 member companies.   Currently, I chair the
36   steering committee for the International Energy Agency's Greenhouse Gas R&D Programme's
37   CCS Cost Network.
38

---

[1] This is the highest position on the research staff at MIT.

[2] The founding director of the MIT Energy Initiative is Prof. Ernest Moniz, who served as U.S. Secretary of Energy from May 2013 to January 2017.

[3] Each chapter had two Coordinating Lead Authors (CLAs), with support from between 5 and 20 or more lead authors.  CLAs participated in the drafting of the Summary for Policy Makers and the Technical Summary.

39  I have an extensive background in modeling. I have expertise in developing engineering cost
40  models, including but not limited to detailed models for enhanced geothermal systems, CCS, and
41  conversion of biomass to fuels. I am the co-founder of Aspen Technology, a firm that develops
42  process simulation models[4]. At MIT, I work closely with the energy economists who developed
43  the Emissions Prediction and Policy Analysis (EPPA) model, which is a multi-sector, multi-
44  regional general equilibrium model of the world's economy. My supervision of MIT graduate
45  students involves engagement with many types of computational models, including process
46  models, dynamic models, electricity system dispatch models, costing models, and the EPPA
47  model.
48
49  I have authored a book for The MIT Press Essential Knowledge Series entitled *Carbon Capture*.
50  It will be released in September, 2018.
51

52  **3.    Summary Overview**

53  The Plaintiffs in this case have put forward a proposal to convert 100% of the energy system of
54  the United States of America to renewable energy by the year 2050. Specifically, the Expert
55  Report of Mark Z. Jacobson, dated April 6, 2018, states:

56      "I conclude … that it is both technically and economically feasible to transition
57      from a predominantly fossil fuel-based energy system to a 100% clean, renewable
58      energy system for all energy sectors by 2050, with about 80% conversion by
59      2030…" (page 2)

60  Jacobson refers to this framework as "100% WWS (wind, water, solar)." He further states
61
62      "Our research further finds that the U.S. electric power grid with 100% WWS can stay stable
63      at low cost (similar or less than today's direct energy cost …)" (page 4)
64
65  Jacobson (Expert Report, page 4) affirms that "the methodology for this research" is "outlined in
66  detail in Jacobson *et. al.* (2015a, 2015b) and updated in Jacobson *et al*. (2017a; 2018)". The four
67  papers can by organized as shown below:
68

| Paper Focus | Original Paper | Updates |
|---|---|---|
| **100% WWS Roadmaps** | Jacobson *et al.* (2015a) | Jacobson *et al.* (2017a) |
| **Grid Integration & Reliability** | Jacobson *et al.* (2015b) | Jacobson *et al.* (2018) |

69
70  I examined and assessed the facts and data, along with the principles and methods applied by
71  Jacobson to support his conclusions that: (1) "it is both technically and economically feasible to
72  transition from a predominantly fossil fuel-based energy system to a 100% clean, renewable
73  energy system for all energy sectors by 2050, with about 80% conversion by 2030…" (page 2);
74  and (2) "the U.S. electric power grid with 100% WWS can stay stable at low cost (similar or less
75  than today's direct energy cost …" (page 4).
76

---

[4] Process simulation models assist engineers in the design and operation of industrial processes, such as oil refining, chemical production, power generation and many more.

77  It is my expert opinion that Jacobson's conclusions are based on insufficient facts and data, and the
78  incorrect application of generally accepted methods.  As a result, I believe that Jacobson's opinions
79  cannot be reasonably relied upon.  Specifically, Jacobson's conclusions are unreliable, because he:
80  (1) relies on flawed data, (2) does not sufficiently analyze critical areas, and (3) applies a flawed
81  methodology, making them unreliable in their application to support his conclusions. Below, I
82  summarize the issues with Jacobson's data and methods.  In the appendices of this report, I provide
83  analyses to support my findings.

84  First, Jacobson fails to define what he means by "technically and economically feasible."  In my
85  expert opinion, concluding that an engineered system is technically feasible requires evidence
86  that the technology has been demonstrated at scale, with its performance characteristics
87  sufficiently well-documented, such that required permits and financing are obtainable.  It also is
88  my expert opinion that concluding that an engineered system is economically feasible from a
89  project financing perspective requires evidence that the technology has similar or lower costs
90  than competing technologies, and/or has benefits, for which the facts evidence that people are
91  willing to pay additional costs.  Jacobson fails to offer such evidence in his expert report.

92  Second, it is my expert opinion that Jacobson's proposed timelines for building, installing, and
93  deploying the necessary facilities and infrastructure to transition to his proposed energy system
94  are unrealistic and likely infeasible by failing to address myriad real-world considerations.  He
95  provides insufficient data and offers no reliable methodology to support his proposed timelines
96  (Section 4.1).

97  Third, it is generally accepted that three criteria are necessary to demonstrate, in Jacobson's own
98  words, a "solution to the grid reliability problem" (Jacobson et al. 2015b, page 15060).  Jacobson
99  fails to demonstrate that his 100% WWS system satisfies these criteria, specifically:

100  1. **Supply and demand must match at all times**. It is my expert opinion that the
101  simulations run by Jacobson using the LOADMATCH model are not consequential,
102  because they include unrealistic assumptions regarding energy storage, hydrogen
103  production, demand response, and hydroelectric power. The data and facts underlying his
104  model are flawed and insufficient, which prevents the reliable application of his
105  methodology (Section 4.2).

106  2. **Electricity must be moved effectively from where it is generated to where it is used**.
107  Jacobson's simulations assume that new long-distance transmission lines will solve this
108  problem.  It is my expert opinion that his solution is insufficiently supported by data and
109  contains no modeling or simulation to demonstrate that the proposed long-distance
110  transmission framework will work. Further, Jacobson presents insufficient facts or data
111  regarding key implementation issues for long-distance transmission, such as siting,
112  permitting, and governance (Section 4.3).

113  3. **Grid services, such as frequency control, operational reserves, and security are
114  essential to a properly-functioning energy system**. Jacobson's modeling and
115  simulations pay little or no attention to these concerns.  It is my expert opinion that
116  Jacobson offers insufficient data and does not apply reliable principles and methods to
117  show how his proposal will satisfy these essential services (Section 4.4).

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*          August 13, 2018
Expert Report. Howard J. Herzog

118  Fourth, it is my expert opinion that Jacobson's work failed to reliably apply principles and
119  techniques of cost estimation.  Specifically, Jacobson's Expert Report, and his supporting
120  analyses in Jacobson et al. (2015b) and Jacobson et al. (2018), fail to conform to best practices in
121  cost estimation, including modeling the cost of capital, estimating total capital costs, determining
122  capacity factors, indexing year dollars, and accounting for macroeconomic impacts (Section 4.5).

123  In summary, it is my expert opinion that, because Jacobson: (1) uses insufficient and/or flawed
124  facts or data, (2) does not use reliable methods for key aspects of his proposed solution, and (3)
125  does not apply generally accepted principles and techniques  reliably to support key components
126  of his testimony, he fails to evince that it is both technically and economically feasible to
127  transition from a predominantly fossil fuel-based energy system to a 100% clean, renewable
128  energy system for all energy sectors by 2050, with about 80% conversion by 2030.  Furthermore,
129  these flaws render his claim that costs of a 100% WWS energy system will be "similar or less
130  than today's direct energy cost" (Jacobson Expert Report, page 4) invalid.  Finally, I believe that the
131  timeline proposed by Jacobson to transform the United States energy system to 100% WWS is
132  unsubstantiated and unrealistic.

133  The sections that follow discuss my assessment of Jacobson's Expert Report.  Jacobson fails to
134  provide all of the inputs and outputs underpinning his models, and therefore my assessment is
135  limited to the information included in his Expert Report, and that which is publically available.  I
136  reserve the right to revisit my assessment and update this report should additional material be
137  made available to me.

138  I note that I am not the only scholar to have concerns with the data, methods, and findings
139  posited by Jacobson. Scholars, including those who have performed peer review on Jacobson's
140  publications, have reached conclusions similar to my own.  Specifically Clack et al. (2017)[5] and
141  Heard et al. (2017) noted the following about Jacobson et al. (2015b), which Jacobson asserts is
142  the foundation of his Expert Report:

143       "The scenarios of [Jacobson et al. 2015b] can, at best, be described as a poorly
144       executed exploration of an interesting hypothesis. The study's numerous
145       shortcomings and errors render it unreliable as a guide about the likely cost,
146       technical reliability, or feasibility of a 100% wind, solar, and hydroelectric power
147       system. It is one thing to explore the potential use of technologies in a clearly
148       caveated hypothetical analysis; it is quite another to claim that a model using
149       these technologies at an unprecedented scale conclusively shows the feasibility
150       and reliability of the modeled energy system implemented by midcentury." (Clack
151       et al., 2017, page 6727)

152

153       "If one reaches a new conclusion by not addressing factors considered by others,
154       making a large set of unsupported assumptions, using simpler models that do not
155       consider important features, and then performing an analysis that contains critical
156       mistakes, the anomalous conclusion cannot be heralded as a new discovery. The

---

[5] Clack et al. (2017) is a direct rebuttal to Jacobson et al (2015b).  Clack had 20 energy experts as co-authors,
including two from Jacobson's employer, Stanford University.  Clack et al. identified insufficient power system
modeling, including 2 modeling errors, 9 implausible assumptions,  and 3 instances of inadequate scrutiny of the
climate model that Jacobson employed.

157    conclusions reached by [Jacobson et al., 2015b] about the performance and cost of
158    a system of "100% penetration of intermittent wind, water and solar for all
159    purposes" are not supported by adequate and realistic analysis and do not provide
160    a reliable guide to whether and what cost such a transition might be achieved."
161    (Clack et al., 2017, page 6727)

162
163    "For example, some studies have done system simulations… but have made
164    unrealistic assumptions in setting up the simulation… The work of [Jacobson et
165    al., 2015b] is an example of this because it depends strongly on extraordinary
166    assumptions relating to electrification, energy storage and flexibility in demand.
167    Although this work scored [the highest grade] for a fine-grained timescale
168    simulation, the results of such a simulation are likely to be meaningless because
169    the underlying assumptions are unrealistic." (Heard et al., 2017, page 1130)

170
171    **4.    Review and Assessment of Jacobson's Expert Report**

172    **4.1    Finding #1: Jacobson's proposed timelines for building, installing, and deploying**
173    **the necessary facilities and infrastructure to transition the United States energy**
174    **infrastructure to his proposed energy system are unrealistic and probably**
175    **infeasible.**

176    Jacobson's Expert Report page 16 contains a section, titled "Timelines for Transitioning
177    Individual Sectors," wherein he provides a list of proposed transformation timelines for each
178    sector. Jacobson's overall stated goal is "80% [WWS] by 2030 and 100% [WWS] by 2050," but
179    he does not provide any details or roadmaps for achieving these goals.

180    Specifically, Jacobson's proposed energy system would require large-scale development of new
181    energy infrastructure, including solar and wind farms in addition to transmission, distribution,
182    and storage infrastructure. Nowhere in his Expert Report does Jacobson address siting, design,
183    permitting, or financing for the necessary facilities and infrastructure. In my view, given the
184    timing required for these considerations, and for construction itself, it is improbable that
185    sufficient solar and wind capacity can be constructed to meet U.S. energy demand within the
186    timeline proposed by Jacobson in his Expert Report.

187    Further, Jacobson fails to comment on the numerous coordination issues associated with rapid,
188    large-scale transformation of the U.S. energy system.  Notably, Jacobson proposes simultaneous
189    transformation of all three aspects of the energy system – energy supply (power plants), energy
190    demand (including commercial, residential, transportation, etc.), and the grid (an interconnected
191    national grid, with heavy reliance on storage). The practical challenges associated with
192    simultaneous transformation of this sort, each of which relies on the other to progress, are
193    substantial.

194    It is unclear from Jacobson's Expert Report, or the sources he cites, exactly *how* this large-scale
195    energy system transformation will take place. With only proposed timelines and no detailed
196    blueprint, it is not self-evident how the myriad coordination issues inherent to any such
197    transformation will be mitigated.

198  Figure 1 below supports my contention that the build-out necessary to meet Jacobson's proposed
199  transition to 100% WWS by 2050 is an order of magnitude greater on a per capita basis than
200  recent build-outs undertaken by the U.S., Germany, and China.

201  In my expert opinion, the timelines posited by Jacobson to build, install, and deploy the
202  necessary facilities and infrastructure to transition the United States energy infrastructure to a
203  proposed 100% WWS energy system are unrealistic and, in my opinion, infeasible.

204  *Figure 1*



206  *Source:  Michael Cembalest,  Eye on the Market: Annual Energy Paper April 2018, p. 20, available online at:*
207  *https://www.jpmorgan.com/jpmpdf/1320745241034.pdf.*

## 4.2    Finding #2:  Jacobson fails to demonstrate that his proposed energy system can match electricity supply and demand at all times, a requirement of technical feasibility.

212  Wind and solar power are intermittent. Wind turbines only produce electricity when there is
213  wind; solar panels only produce electricity when the sun shines. Because wind and solar produce
214  less than 10% of our current electricity[6], dealing with the intermittency of wind and solar power
215  is not a significant challenge for our energy system. If the wind stops and the sun doesn't shine,
216  electricity generated by natural gas, coal, or nuclear plants can be dispatched to meet electricity
217  demand.

218  In my view, if the energy system relies on wind and solar for over 95% of total electricity
219  generation, as proposed by Jacobson's Expert Report, the system will not be able to match

---

[6] U.S. Energy Information Administration, U.S. Department of Energy, "What is U.S. electricity generation by source?", 2017 preliminary data, lasted updated March 7, 2018. Available online at: https://www.eia.gov/tools/faqs/faq.php?id=427&t=3, accessed August 3, 2018. These data indicate that utility-scale electricity generation was 6.3% wind and 1.3% solar, while natural gas, coal, and nuclear constituted 32%, 30%, and 20% of electricity generation, respectively.

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*    **August 13, 2018**
**Expert Report. Howard J. Herzog**

220  electricity supply and demand at all times.[7] Due to intermittency, there will be times when
221  energy supply greatly exceeds energy demand. There will be other times when energy supply
222  will be insufficient to meet demand. This variability is a significant problem.  A requirement of
223  technical feasibility is that electricity systems must balance supply and demand at all times.

224  Jacobson et al. (2015b) documents how their "LOADMATCH" model matches electricity supply
225  and demand at all times by relying on three primary strategies: 1) energy storage; 2) demand
226  response; and 3) dispatching of hydroelectric power.

227  Based on my review, detailed in the subsequent sections of this report, I believe that Jacobson et
228  al. rely on unrealistic assumptions in their model, and therefore the results of their simulations
229  are not consequential.  Specifically, my analysis indicates that Jacobson's underlying
230  assumptions about energy storage, demand response, and the dispatching of hydroelectric power,
231  the three primary strategies that his LOADMATCH model uses to match electricity supply and
232  demand at all times, are not simply unrealistic, but also unsubstantiated.  This model also was
233  reviewed by Heard et al. (2017); their assessment of the model as follows: "Although this work
234  scored [the highest mark] for a fine-grained timescale simulation, the results of such a simulation
235  are likely to be meaningless because the underlying assumptions are unrealistic" (Heard et al.,
236  2017, page 1130).

237  It is my expert opinion that Jacobson's LOADMATCH model and the estimates, findings, and
238  conclusions in his Expert Report, which are derived from and based upon his LOADMATCH
239  model, fail to adequately demonstrate that his proposed energy system is both technically
240  feasible and capable of matching electricity supply and demand at all times.

241  ### 4.2.1   Assessment of Jacobson's Modeling of Energy Storage

242  Jacobson et al. (2015b) documents that LOADMATCH uses several energy storage technologies
243  to align electricity demand with electricity supply. As shown in Figure 2, (reproduced from
244  Jacobson et al., 2015b (page 15062), Jacobson et al. (2015b) rely primarily on hydrogen storage
245  and underground thermal energy storage (UTES) as their storage mechanisms to ensure
246  sufficient supplies of electricity exist to meet demand for electricity at all times. Therefore, I
247  focus my assessment on these two technologies.  I summarize my analysis of these systems
248  below, with additional detail provided in Appendices C and D for hydrogen storage and UTES,
249  respectively.

250

---

[7] The Executive Summary of Jacobson's Expert Report states: "Second, averaged over the United States, our
roadmaps propose that all-purpose U.S. energy in 2050 could be met with ~30.9% onshore wind, ~19.1% offshore
wind, ~30.7% utility-scale photovoltaics (PV), ~7.2% rooftop PV, ~7.3% concentrated solar power (CSP) with
storage, ~1.25% geothermal power, ~0.37% wave power, ~0.14% tidal power, and ~3.01% hydroelectric power
(where virtually all hydroelectric dams exist already)" (pages 2-3). Only the latter four categories, summing to
4.77%, reflect non-wind, non-solar sources of electricity generation.

251    *Figure 2. Six-year time series comparison of energy storage changes used to align electricity demand with*
252    *electricity supply per Jacobson et al. (2015b)*



253

254    *Source: Jacobson et al., (2015b), Figure 2, Panel (D), page 15062.*

255    *4.2.1.a.   Assessment of Jacobson's Modeling of Hydrogen Storage*

256    There are two essential flaws with hydrogen storage as proposed and modeled in Jacobson et al.
257    (2015b) and Jacobson et al. (2018).[8]

258    1)  Jacobson severely underestimates the cost to operate the proposed hydrogen storage
259        system; and

260    2)  Jacobson does not address the costs and barriers associated with transforming the
261        transportation and industrial sectors to hydrogen use.

262    My analysis indicates that Jacobson underestimates costs for the hydrogen storage system by at
263    least a factor of ten, as I detail in Appendix C. In my view, there are three main reasons for his
264    underestimation:

265    •  **The capacity factors[9] used by Jacobson in his analysis are overestimated by a factor**
266       **of approximately eight, which yields an underestimation in hydrogen storage system**
267       **costs by a factor of over five.** Jacobson cites to Jacobson et al. (2015b), which cites to
268       Jacobson et al. (2005), as his source for the cost of hydrogen production. Within the 2005
269       paper, Jacobson calculates hydrogen production costs using a range of capacity factors
270       from 50% to 95%. However, Jacobson uses these hydrogen production costs in Jacobson
271       et al. (2015b), which definitively shows that the capacity factor for the hydrogen storage
272       system can be no greater than 9% (see Appendix C, Issue #3). The lower the capacity
273       factor, the greater the cost per kilogram of hydrogen produced.[10] I believe that Jacobson
274       failed to return to his earlier (2005) work to readjust the hydrogen storage system costs to
275       account for the appropriate capacity factors governing the energy system modeled via

---

[8] As per Jacobson, both papers serve as the foundation of his Expert Report.

[9] A capacity factor is the ratio of actual production over a given time horizon, divided by the maximum possible
(i.e., full capacity) production for the same period.

[10] As an illustrative example, consider the capital costs of a plant are $1 million dollars a year.  At full capacity, the
plant can output 1,000 units of product per year.  If the plant operates at 100% capacity, the per unit capital costs are
$1,000/unit, but at 10% capacity, the per unit capital costs are $10,000/unit.  At lower capacities, there are fewer
units of production across which to spread the same capital costs.

276   LOADMATCH in Jacobson et al. (2015b). This misalignment between his 2005 and
277   2015 analyses results in an underestimation of the hydrogen storage system costs by a
278   factor of 5.26 for Jacobson's et al (2015) high value case, while the underestimation of
279   his low value case is $10$[11].   Jacobson's contention on page 4 in his Expert Report that
280   "Our research further finds that the U.S. electric power grid with 100% WWS can stay stable
281   at low cost (similar or less than today's direct energy cost …" is based in part on this
282   underestimation.

- **The cost of capital used in Jacobson's analysis is underestimated by a factor of
  approximately three to four**. Jacobson cites to Jacobson et al. (2018), which uses
  figures of one to three percent as estimates of the cost of capital for hydrogen storage.[12]
  In my view, this rate is too low. As explained in section 4.5.1, reasonable values for the
  cost of capital are 6.2 to 7.7 percent. Benchmarking Jacobson's stated costs of capital of
  one to three percent against more realistic values of 6.2 to 7.7 percent reveals that
  Jacobson underestimates the cost of the hydrogen storage system by a factor of 1.6 for
  Cases A and C.

- **The multiplier factor applied to the major pieces of equipment in the hydrogen
  storage system is too small.**  As described in section 4.5.2, the factored estimation
  method is a standard methodology for conducting engineering cost estimates.  Factors are
  applied to the capital cost of major pieces of equipment to determine a total project
  capital cost.  In section 4.5.2, I itemize the factors that inform an engineering cost
  estimate.  Briefly, these factors cover installation, supporting facilities, engineering
  services, contingencies, owner's costs, and interest during construction.  The factors vary
  by project, but for a chemical process like hydrogen production, factors in the range of 3
  to 5 are typical (Rudd and Watson, 1968).  Jacobson et al. (2018) provides costs for only
  3 capital items: the electrolyzer, the compressor, and the storage tanks.  Jacobson applies
  only one factor, an "installation factor" of 1.2 to 1.3[13].  I believe that Jacobson fails to
  include all the other items listed above in his cost estimation.  In my view, Jacobson's
  failure to include the full suite of relevant cost items results in an underestimation of the
  hydrogen storage system costs by a factor of 3.0.

305   As shown in Appendix C, my calculations indicate that correcting for these errors and omissions
306   raises the "Case A" hydrogen system cost estimated in Jacobson et al. (2018) by a factor of 11.8.
307   Further, I calculate that this correction corresponds to an increase in the overall energy costs of
308   the entire WWS system estimated in Jacobson et al. (2018) Case A by 49%.  In my view,
309   Jacobson severely underestimates the costs, and electricity cost impacts, associated with the
310   hydrogen storage system.  Specifically, my calculations do not support Jacobson's assertion that:
311   "our research further finds that the U.S. electric power grid with 100% WWS can stay stable at
312   low cost (similar or less than today's direct energy cost …" (Expert Report, page 4).

---

[11] Details in Appendix C, Table C-3.

[12] Jacobson et al. (2015b), which relied on Jacobson et al. (2005), used a range of 6 to 8% for cost of capital.  As
explained in Appendix C, Jacobson et al. (2015b) also underestimated costs, but cost of capital for the hydrogen
storage system was not an issue.

[13] Jacobson et al. (2015b) via Jacobson et al. (2005) provides costs for the same three equipment items, but uses no
factors at all.  They do state that the electrolyzer capital cost they give is an installed cost.

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*                    August 13, 2018
Expert Report. Howard J. Herzog

313    In addition to underestimating the cost to operate the hydrogen storage system, Jacobson
314    omits analysis of the costs downstream of the hydrogen production plant in his Expert Report and
315    supporting papers.  Specifically, Jacobson omits: (1) costs associated with infrastructure
316    necessary to transport the hydrogen to the end-user; and (2) costs incurred by end-users to
317    convert their operations from fossil fuels to hydrogen in their operations.  Further, Jacobson
318    offers insufficient analysis as to how transformation of the various sectors to hydrogen would
319    occur.  Transforming parts of the economy to hydrogen has been proposed for decades, but little
320    progress has been made in the United States; Jacobson's proposal for the use of hydrogen is
321    theoretical and offers insufficient details to suggest a realistic path forward.

322    *4.2.1.b   Assessment of Jacobson's Modeling of Underground Thermal Energy Storage (UTES)*

323    UTES is the largest non-hydrogen storage option employed in Jacobson et al. (2015b). I assessed
324    UTES, as proposed by Jacobson et al. (2015b). My assessment indicates that Jacobson fails to
325    adequately demonstrate the practicality and feasibility of UTES on a scale necessary to achieve a
326    100% clean, renewable energy system for all energy sectors by 2050, with about 80% conversion
327    by 2030.  In my view, Jacobson fails to adequately document the full suite of costs associated
328    with UTES; and, for costs that Jacobson cites, he fails to adequately demonstrate cost
329    reasonableness.

330    Specifically, my review of Jacobson's cost analysis of UTES reveals the following flaws:

331        1)  Jacobson fails to adequately document the sources of UTES capital costs used in his
332            modeling;

333        2)  The capital costs used by Jacobson for UTES are underestimated (see Appendix D for
334            details);

335        3)  Jacobson's "cost of capital" inputs for estimating UTES costs are unrealistically low; and

336        4)  Jacobson's UTES costs rely on inputs based on a "greenfield" or "newbuild" project akin
337            to the Drake Landing Solar Community (DLSC). In reality, existing homes and
338            communities will need to be retrofitted for UTES. In my view, the retrofit of existing
339            homes and communities will be more costly than a "greenfield" or "newbuild" situation,
340            and likely result in the stranding of existing energy infrastructure assets.

341    In my expert opinion, and for reasons I discuss in more detail below, UTES is not a viable option
342    for large-scale energy storage in the manner envisioned by Jacobson in Jacobson et al. (2015b)
343    and Jacobson et al. (2018),[14] and by extension in his Expert Report.

344    In his Expert Report, Jacobson cites to Jacobson et al. (2015b), which states on page 15060: "All
345    building air- and water-heating coupled with storage uses underground TES (UTES) in soil.
346    UTES storage is patterned after the seasonal and short-term district heating UTES system at the
347    Drake Landing Community, Canada [Sibbitt et al., 2012]." This assertion indicates that

---

[14] The costing methodology for UTES in Jacobson et al. (2018) is identical to that in Jacobson et al. (2015b) with the exception of the cost of capital, which was lowered from 3 (1.5-4.5)% to 2 (1-3)%.

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*    **August 13, 2018**
**Expert Report. Howard J. Herzog**

348  Jacobson's basis for UTES deployment and functionality is the Drake Landing Solar Community
349  (DLSC), a planned community of 52 homes in Canada.

350  Based on this concept, Jacobson assumes that 85% to 95% of all air and water heating in the
351  United States will be realized from energy stored in UTES.[15] Achieving this objective requires
352  UTES systems to be retrofitted to tens of millions of homes in the United States. For reference, a
353  picture of DLSC is included below as Figure 3. The picture shows the large area required for
354  solar thermal panels. It also shows a lack of trees in the community, as this would block sunlight.
355  For efficiency, homes in DLSC are spaced closely together. Not pictured, but present, are the
356  144 boreholes in the community that give access to the underground storage reservoir.

357  *Figure 3. Photo of the Drake Landing Solar Community*



358
359  *Source: Sibbitt et al, (2012).*

360  Jacobson offers insufficient justification or analysis to support his claim that 85% to 95% of all
361  air and water heating in the United States can be realized from energy stored in UTES.  Neither
362  in his Expert Report, nor in his articles underpinning his Expert Report, does Jacobson address
363  questions as to whether DLSC can be replicated on a large scale within the United States.
364  Specifically, Jacobson provides no response to:

---

[15] Jacobson et al. (2015b) Table 1, p.15061, Column titled "(4) percent of load that is flexible (F) or coupled with
TES (S) or used for H2 (H) (%)," all rows titled "Air Heating," and "Water heating".

11

365      •    What are the geological requirements for the UTES storage reservoir? What percentage
366             of neighborhoods in the United States can meet these requirements?

367      •    How can the existing neighborhoods and residential areas be retrofitted or rebuilt to
368             facilitate UTES? How will UTES be implemented in densely-populated neighborhoods,
369             multifamily homes, apartment buildings, and high-rises? How will UTES be deployed in
370             wider neighborhoods with multi-acre lots, or rural communities?

371      •    Will citizens accept the aesthetics of treeless residential areas with many solar panels?
372             Will existing trees need to be cut down and, if so, what will be the environmental, human
373             health, and climate change-related impacts?

374      •    What modifications and retrofits will be needed in existing homes to interface with the
375             UTES system? Who will finance and pay for these retrofits? Will retrofits be mandatory?

376  In my view, these issues and questions are not minor, esoteric concerns.  Jacobson fails to
377  adequately address these concerns in the papers that serve as the basis of his Expert Report.
378  Specifically, in order to achieve a 100% clean, renewable energy system for all energy sectors by
379  2050, with about 80% conversion by 2030, Jacobson relies on storage, a substantial proportion of
380  which is UTES, to ensure that electricity supply meets electricity demand at all times. In my
381  view, Jacobson fails to address the practicability and feasibility of such large-scale storage in his
382  Expert Report or in the underlying literature that he cites in support of his analysis.

383  In addition to ignoring issues of practicability and feasibility, Jacobson underestimates the costs
384  associated with large-scale deployment of UTES.  Notably, DLSC, the example upon which
385  Jacobson relies, was highly subsidized by the Canadian government. "The project added $7.1
386  million (over $136,000 additional per home) to the development's initial capital cost, which was
387  only feasible due to financial incentives from the federal and provincial governments."[16] In my
388  view, the retrofit cost of $136,000 per home is prohibitively expensive.  Jacobson offers no
389  comment on how UTES systems will be financed, or whether a government subsidy cost will be
390  borne by the United States (Federal, States and/or Municipalities) in order to finance myriad
391  similar communities nationwide.

392  In his Expert Report, Jacobson cites to Jacobson et al. (2015b), which estimates UTES cost.  As
393  shown in Appendix D, I recalculate the cost of UTES using capital costs and cost of capital
394  inputs that I believe are more appropriate than those used by Jacobson. My recalculation raises
395  Jacobson's estimated UTES cost nearly sevenfold on a cents-per-kilowatt-hour basis relative to
396  the figure reported in Jacobson et al. (2015b).  Based on my recalculation, I estimate a
397  corresponding increase in overall base case energy costs of over 11% from those reported as
398  "2050 total LCOE" in Jacobson et al. (2015b), Table 2, page 15063.

399  In summary, I believe that Jacobson fails to support his argument that UTES can be reasonably
400  and practicably deployed on a large scale in the U.S.  And, in my view, Jacobson has
401  underestimated the costs associated with retrofitting the U.S. to UTES.

---

[16] "Combining Our Energies: Integrated Energy Systems For Canadian Communities," Report of the Standing
Committee on Natural Resources, House of Commons, Canada, pg. 25 (2009).
http://www.ourcommons.ca/Content/Committee/402/RNNR/Reports/RP3982433/rnnrrp04/rnnrrp04-e.pdf

402    *4.2.2    Assessment of Jacobson's Modeling of Demand Response*

403    The term "demand response" refers to a varied set of mechanisms and behaviors by which
404    electric utilities and customers (electricity users) work to adjust the demand for power. One
405    example is for utilities to offer customers financial incentives to postpone electricity-consuming
406    tasks until periods when demand is lower. Another example is to allow utilities to control certain
407    loads, such as air conditioners or water heaters, to help align electricity supply to electricity
408    demand. By adjusting the demand for power in his model, Jacobson relies on demand response
409    to help ensure grid reliability.  Manipulating demand is a key mechanism used by Jacobson to
410    match electricity supply and demand at all times, which is essential to Jacobson's premise that a
411    100% WWS system by 2050 is technically feasible.

412    In his Expert Report, Jacobson relies on Jacobson et al. (2015b) and Jacobson et al. (2018) as the
413    bases for his assumptions regarding demand response[17]. The sectors that make up the largest
414    proportion of demand response are transportation and industrial, and these are the focus of my
415    assessment.  I reviewed Jacobson et al. (2015a) and Jacobson et al. (2018), and I conclude that
416    Jacobson fails to justify his assumptions about the amount of demand response available, and
417    fails to account for the costs associated with such response.  In my view, Jacobson overestimates
418    the amount of demand response available.  A summary of my analysis of the transportation and
419    industrial sectors follows.

420    For the transportation sector, Jacobson assumes that 41.4% of the load[18] is subject to demand
421    response.  Because Jacobson assumes that 43.6% of transportation load goes to hydrogen
422    production for fuel cell vehicles, nearly three-quarters of all electric vehicles are assumed to be
423    flexible in the timing of their fueling[19].  The time of the greatest surplus electricity in the 100%
424    WWS system is during the solar supply peak.  As such, fueling of electric vehicles will need to
425    occur primarily during daylight hours.  The feasibility of this fueling structure depends on: (1)
426    whether the American driving public will be able and willing to adhere to this timing; and (2)
427    whether the required infrastructure exists to support fueling this many vehicles at this time of
428    day.  Specifically, to charge most electric vehicles in the daytime, when most people work, will
429    require electric charging stations for most parking spaces in most parking garages and lots across
430    the U.S.  In his Expert Report, Jacobson does not comment on the practicality of such a large
431    change in infrastructure, nor does he provide insight into what this infrastructure will cost, or
432    who will pay.  In addition, Jacobson offers no analysis to support the feasibility of nearly 75% of
433    electric vehicles having flexible fueling schedules that fit with times of excess power generation.
434    He neither offers evidence, nor cites to any studies, to support his assumption that the majority of

---

[17] In Jacobson et al. (2015b), demand response is included as part of what is termed "flexible load", which is defined
as load that can either be supplied from storage or shifted in time.  This shifting in time is demand response.
Because demand response is aggregated with supply from storage in the paper, one cannot quantitatively determine
exactly how much demand response is available in each sector.

[18] Load is a term for devices that draw power from the grid.  As used here, it is synonymous with demand. Jacobson
et. al (2018), p. 243, Note to table 3 indicates: "41.4% of the transportation load [is assumed to be subject to demand
response]."

[19] Since 43.6% of transportation load is covered by hydrogen, the 56.3% is left over.  If all this was used by electric
vehicles, then the percent of electric vehicles that have flexible loads are 41.4/56.3 = 73.5%. Jacobson et. al (2018),
p. 243, Note to Table 3 indicates: "43.6% of the transportation electric load is used to produce, compress, and store
$H_2$ ahead of its use."

435  the American driving public will abide to this schedule.  Finally, Jacobson omits the cost for the
436  required infrastructure in his costing of the 100% WWS system.

437  For the industrial sector, Jacobson cites to Jacobson et al. (2015b) and Jacobson et al. (2018),
438  which states: "70% of high-temperature industrial load" is subject to demand response.[20]

439  Jacobson provides insufficient corroborating evidence to support this assumption.  Based on
440  numbers provided in Jacobson et al. (2015b) Table 1, I calculate that this load represents a little
441  over 60% of the total industrial sector.[21]  Based on my direct professional experience with pulp
442  and paper mills, ammonia plants, chemical plants, refineries, petrochemical plants, and cement
443  plants, I disagree that 60% of the load of the industrial sector can be subject to demand response.
444  Given the capital intensive nature of plants in these industrial sectors, the cost of idling
445  equipment and associated labor limits industry's ability to alter demand response.  Jacobson
446  offers no details supporting his assumptions beyond quoting a National Research Council
447  report[22] that states: "In combination with peak-load pricing for electricity, energy efficiency and
448  demand response can be a lucrative enterprise for industrial customers."  Jacobson fails to bridge
449  the divide between this statement and his assumption that over 60% of industrial load can
450  respond to demand.  I agree that demand response is an important load balancing tool.  However,
451  the utility of demand response is predicated on how much is possible, and at what cost.  Jacobson
452  fails to address either in his Expert Report.

453  In summary, I conclude that Jacobson does not justify his assumptions about the amount of
454  demand response available, nor does he account for the associated costs.  Further, in my view,
455  Jacobson overestimates the amount of demand response available.

456  *4.2.3   Assessment of Jacobson's Modeling of Hydroelectric Power*

457  The water in dams behind hydroelectric plants are a vast reservoir of energy storage.  If
458  hydroelectric plants can be dispatched at will, then they are extremely valuable in matching
459  electricity supply and demand at all times.  However, there are constraints that limit the
460  usefulness of hydroelectric power's role in terms of load matching.  First, there is an installed
461  capacity that sets the absolute maximum power that hydroelectric can provide at any one time
462  (referred to by Jacobson in his Expert Report as the "peak[23] hydropower discharge rate").
463  Second, there are constraints on the dispatch of hydroelectric dams for a variety of reasons,
464  including environmental concerns and water use issues.  These constraints limit the ability to
465  flexibly dispatch hydroelectric power as a load balancing tool.

---

[20] This is stated in Jacobson et al. (2018) in the note to Table 3 on page 243, and the Supporting Information on page
6.

[21] Per Jacobson et al. (2015b) Table 1, Column "(3) Percent of sector load (%)", Row "Hi-T/chem/elec procs,"
87.19% of the industrial sector load appears to be high temperature, chemical, or electrical processes. Multiplying
87.19% by the 70% of high-temperature industrial load assumed to be subject to demand response per Jacobson et
al. (2018) yields 61.03%.

[22] National Academy of Sciences, National Academy of Engineering, National Research Council (2010) Real
Prospects for Energy Efficiency in the United States (National Academies Press, Washington, DC), p 251.

[23] While Jacobson uses the term peak hydropower discharge rate in his Expert Report, it is synonymous with the
term maximum hydropower discharge rate used in Jacobson et al. (2018).

466 Specifically, Jacobson's decision to increase the peak hydropower discharge rate in his model
467 (discussed below) has been subject to debate and criticism.  In my view, in his models, Jacobson
468 has overestimated the role of hydroelectric power in balancing supply and demand to achieve a
469 100% clean, renewable energy system for all energy sectors by 2050, with about 80% conversion
470 by 2030.  Specifically, in my view, Jacobson fails to apply appropriate capacity constraints to
471 address the practical realities of how much and when hydroelectric power can meet energy
472 demand. [24]

473 In his Expert Report, Jacobson relies on Jacobson et al. (2015b) and Jacobson et al. (2018) to
474 explain his use of the peak hydropower discharge rate.  In Jacobson et al. (2018) page 238,
475 Jacobson writes:
476
477 "In [Jacobson et al. (2015b)], it was not made clear in the text but was evident
478 from Fig. 2b, S4b, and S5b that the maximum possible hydropower discharge rate
479 in the continental U.S. was increased by a factor of ~15 relative to the near-
480 present-day maximum discharge rate by adding turbines without a corresponding
481 change in annually averaged hydropower energy output."
482
483 Furthermore, Jacobson explains how this constraint is handled in his updated simulations:
484
485 "for North America in Case B, the maximum discharge rate is allowed to
486 increase up to only 2 times the near-present-day value. In Cases A and C, here,
487 zero increases in hydropower turbines are allowed for any region."
488
489 Finally, Jacobson discusses cost:
490
491 "[Jacobson et al. (2015b)] further neglected the cost of the additional hydropower
492 turbines, which were subsequently calculated as ~3% of total energy costs. Here,
493 for Case B, for North America, they are ~0.32% of the total energy cost due to the
494 lesser increase in the hydropower maximum discharge rate." (All quotes from
495 Jacobson et al. (2018) page 238.)
496
497 In Jacobson et al. (2018), Jacobson claims that in Jacobson et al. (2015b) the peak hydropower
498 discharge rate was raised by a factor of 15, adding about 3% to total energy costs for the 100%
499 WWS energy system.  Jacobson neglected to include this change in energy costs in Jacobson et
500 al. (2015b).  In Jacobson et al. (2018), Case B raises the peak hydropower discharge rate by a
501 factor of 2, adding about 0.32% to total energy costs for the 100% WWS energy system, while
502 Cases A and C do not raise the peak hydropower discharge rate.
503
504 I have several concerns regarding the feasibility of Jacobson's assumption to increase the peak
505 hydropower discharge rate.  First, Jacobson has not shown that there is enough room at existing
506 dams.  Second, even if sufficient space exists, Jacobson has failed to show that the turbines can

[24] Ken Caldeira, a scholar with the Carnegie Institution for Science at Stanford University, wrote a detailed blog
analyzing Jacobson et al. use of hydroelectric power, concluding:  "Whether you call failure to impose a suitable
capacity constraint on maximum hydro generation in each time period a "modeling error" is up to you, but that
would seem to be an entirely reasonable interpretation based on the available facts."
https://kencaldeira.wordpress.com/2018/02/28/mzj-hydro-explainer/amp/

507  dispatch at those increased rates. In addition, there are myriad factors that restrict discharge
508  rates. In my professional experience, these factors arise from environmental concerns and from
509  competitive uses for the water, such as irrigation. Finally, there is the matter of cost. In Jacobson
510  et al. (2018), Jacobson claims a 3% increase to total energy costs for the 100% WWS energy
511  system when referring to the case presented in Jacobson et al. (2015b). My assessment is that this
512  estimate is too low. In my view, the estimate presented in Clack et al. (2017) of a 24% increase
513  is more realistic, but my experience suggests that even this estimate may be too low. In
514  summary, Jacobson makes assumptions about the possibility of increasing peak hydropower
515  discharge rates, but offers no technical justification. He does not present a single study of an
516  existing dam to show whether this increase is even feasible.
517
518  My conclusions are similar to Clack et al. (2017) regarding Jacobson's lack of constraints on the
519  dispatching of hydroelectric power:
520
521      "Achievable peak hydropower output is likely to be significantly smaller than the
522      theoretical maximum …. This is because the total output of hydroelectric facilities
523      is limited by overall river flows and further constrained by environmental
524      considerations and other priorities for water use (e.g., navigation, irrigation,
525      protection of endangered species and recreation). These constraints currently
526      prevent all hydroelectric capacity from running at peak capacity simultaneously
527      …. In addition, a portion of U.S. hydropower facilities are "run-of-river" facilities
528      without the ability to store water for on-demand power production behind the
529      dams, and still more facilities have minimum and maximum flow rates imposed
530      for environmental reasons that restrict their operating flexibility. Recent years
531      have seen major environmental initiatives to restrict hydropower output and even
532      remove dams; the courts and political processes have been receptive to these
533      efforts and all indications point to even more restrictions in future." (Clack et al.,
534      2017, SI, page 3)
535
536  The dispatch of hydroelectric power is an important mechanism used by Jacobson in his
537  LOADMATCH model to balance electricity supply and demand at all times. Constraints on how
538  hydroelectric power can be dispatched appear to be missing from the model. The net effect of
539  Jacobson over relying on hydroelectric power to balance load, is an underestimation in the need
540  for other storage options, resulting in an underestimation of costs for his 100% WWS energy
541  system and weakening his claim of technical feasibility.
542
543  *4.2.4    Assessment of Jacobson's Modeling of Extreme Conditions*
544
545  To demonstrate an energy system is technically feasible, it must be proved out at extreme
546  weather conditions, because these are the moments at which there is high energy usage, high
547  stress on the performance of energy systems, and therefore, the highest probability of failure.
548  Jacobson's Expert Report relies on Jacobson et al. (2015b) and Jacobson et al. (2018) as the
549  bases for his opinions. My assessment of Jacobson et al. (2015b) and Jacobson et al. (2018)
550  suggests that simulated testing at extreme conditions was not done by Jacobson. Notably, from
551  Jacobson et al. (2015), page 15061: "The 2050 annual cooling and heating loads (Table 1) are
552  distributed in LOADMATCH each 30-s time step during each month of 2050–2055 in proportion
553  to the number of cooling- and heating-degree days, respectively, each month averaged over the
554  United States from 1949 to 2011." In fact, Jacobson relies on historically average temperatures

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*    **August 13, 2018**
**Expert Report. Howard J. Herzog**

553 for each month in his model.  In my view, the use of these historically average temperatures does
554 not capture extreme weather events, because, among other reasons, smoothing these
555 temperatures over a month's time horizon eliminates the spikes in temperatures, and the
556 associated spikes in energy demand.
557
558 An example of extreme weather conditions is bitter cold over much of the US for an extended
559 period of time, as occurred during the polar vortex (January 2014) or the cold snap last winter
560 (December, 2017- January 2018).  Temperatures were well below average by 10 degrees, 20
561 degrees, or even more in some places.[25]  The obvious direct effect of lower temperatures is the
562 demand for more heating, as well as strain on the performance of energy systems.  For example,
563 the efficiency of heat pumps (see Figure 4 below) is measured by the coefficient of performance
564 (COP), which declines substantially in the cold.  At $0^{o}F$, a heat pump requires about twice the
565 electricity per unit of heat delivered as that required at $40^{o}F$.  At subzero temperatures, which
566 were present during these cold snaps, the efficiency degrades even more.
567
568 *Figure 4.  Net Daily Coefficient of Performance (COP)*



569 *Source: R.K. Johnson, "Measured Performance of a Low Temperature Air Source Heat Pump", National*
570 *Renewable Energy Laboratory Report, page 14 (September 2013).  Reproduced from Figure 8.  Net daily COP as*
571 *measured on site is compared to the heat pump's laboratory-rated efficiency.  The laboratory data are established*
572 *in an environmental chamber, with the heat pump fully warmed up and operating under steady-state conditions.*
573
574 Battery performance also degrades in cold conditions.  Jacobson's transition to a 100% WWS
575 system by 2050 is predicated on the electrification of the passenger car fleet, which will rely on
576 batteries for sustained performance.  Battery performance will be substantially affected in

[25] For information on the January 2014 polar vortex, see Nick Wiltgen, "Deep Freeze Recap: Coldest Temperatures
of the Century for Some," weather.com, January 10, 2014, available online at:
https://weather.com/storms/winter/news/coldest-arctic-outbreak-1990s-midwest-south-east-20140103. For
information on the 2017-2018 North American cold wave, see "Record-breaking cold sweeps US in first days of
2018," *Christian Science Monitor*, January 2, 2018, available online at:
https://www.csmonitor.com/USA/2018/0102/Record-breaking-cold-sweeps-US-in-first-days-of-2018.

577  extreme weather conditions.  Specifically, more electricity will be required for each mile traveled
578  during such conditions.  Based on the materials available to me, there is no indication that these
579  types of feedbacks are simulated in Jacobson's model.
580
581  In summary, Jacobson, did not run simulations of extreme conditions in LOADMATCH.  In
582  addition, LOADMATCH is static; it does not automatically adjust the performance of different
583  components of Jacobson's proposed energy system for changes in meteorological conditions.  I
584  believe that without correctly simulating and testing for extreme weather conditions in
585  LOADMATCH, Jacobson cannot claim that the 100% WWS energy system matches electricity
586  supply and demand at all times, which is an essential requirement for a "technically feasible"
587  energy system.
588
589  *4.2.5   Summary: Jacobson fails to demonstrate that his proposed energy system can match*
590  *electricity supply and demand at all times, a requirement of technical feasibility.*

591  Intermittency will be a major challenge to any energy system that relies heavily on intermittent
592  renewable energy sources, such as Jacobson's 100% WWS energy system. Properly functioning
593  electricity systems must match demand with supply at all times.  Jacobson proposes that energy
594  storage, demand response, and dispatching of hydroelectric power solve the intermittency
595  problem for his 100% WWS energy system.  However, in my expert opinion, Jacobson fails to
596  adequately demonstrate the technical feasibility of his proposed system because his assumptions
597  regarding energy storage, demand response, and hydroelectric power dispatch are unrealistic,
598  unsubstantiated, or both. Specifically, I find that:

599  • ***Hydrogen Storage.*** Jacobson's costs for the hydrogen storage system are underestimated
600    by at least a factor of ten and the costs and barriers for transforming the needed to parts of
601    the transportation and industrial sectors to hydrogen use are not addressed.

602  • ***Underground Thermal Energy Storage (UTES).***  Jacobson fails to adequately
603    demonstrate the practicality and feasibility of UTES on the scale envisioned. Beyond
604    matters of practicality, Jacobson fails to adequately document the costs associated with
605    UTES and underestimates those cost by at least a factor of 7.

606  • ***Demand response.***  Jacobson does not provide sufficient justification for his assumptions
607    about the amount of demand response available nor does he account for its cost.  Further,
608    he substantially overestimates the amount of demand response available.

609  • ***Dispatching of hydroelectric power.***  Jacobson makes assumptions about the possibility
610    of increasing maximum hydropower discharge rates, but offers no technical justification;
611    nor does he present even a single study of an existing dam to show whether this increase
612    is even feasible.  There is no indication that Jacobson acknowledges constraints on the
613    dispatch of hydroelectric power, let alone incorporated them into his model.

614  • ***Simulation of extreme weather conditions.***  There is no indication that Jacobson
615    simulates the ability of his proposed energy system to match electricity supply and
616    demand during extreme weather conditions, at which times there is the highest
617    probability of failure.

618  Given these flaws, it is my expert opinion that, contrary to what is stated in his Expert Report,
619  Jacobson has neither demonstrated that his 100% WWS energy system is technically feasible,
620  nor that the U.S. electric power grid with 100% WWS can stay stable at direct energy costs
621  similar or less than today's costs.

**4.3      Finding #3:  Jacobson's proposal for long-distance electricity transmission is**
**unsubstantiated, fails to illustrate or validate its technical feasibility, and**
**underestimates its costs.**

625  Jacobson's proposed energy system considers the United States (excluding Alaska and Hawaii)
626  as a whole. Given that weather conditions will vary from region to region and State to State,
627  long-distance electricity transmission infrastructure is necessary to move generated and stored
628  electricity in one region to another to ensure that there is always adequate supply to meet
629  demand, regardless of local conditions. In his Expert Report on page 2, Jacobson states that: "A
630  100% WWS system would also require … an expanded transmission and distribution system."
631  Based on my analysis of this component of Jacobson's modeled 100% WWS system, I conclude:

632      1)  The level of detail supplied by Jacobson is inadequate,

633      2)  Jacobson does not address critical issues regarding siting and permitting,

634      3)  Jacobson is silent on policy and governance issues regarding the grid, despite proposing a
635          system that likely is incompatible with the current governance of the grid, and

636      4)  Jacobson substantially underestimates the costs associated with an expanded transmission
637          and distribution system.

638  I summarize the bases for my opinion on these issues below, and provide additional details in
639  Appendix E.

640  First, the level of detail supplied by Jacobson for his proposed long-distance transmission system
641  is inadequate. Jacobson's proposal is highly conceptual, and falls short on details. Specifically,
642  Jacobson does not present any system designs or simulations of the long-distance transmission
643  grid. Jacobson's analysis appears to be based on two primary assumptions: (1) the percent of
644  wind and solar requiring extra transmission; and (2) the length of the extra transmission lines.
645  Relying on these parameters, Jacobson assumes in his LOADMATCH model that all generated
646  electricity can be distributed freely around the country, with no constraint or difficulty.

647  Further, Jacobson does no modeling or simulations of the transmission system to:

648      •  Test or validate that his primary assumptions regarding the percent of wind and solar
649         generation requiring extra transmission, or the length of the extra transmission lines, are
650         valid;

651    • Confirm that congestion[26] on the grid will not pose a problem in his proposed energy
652       system; and

653    • Validate his assumed 40 percent capacity factor (see Appendix E, Issue #5).

654    Second, Jacobson is silent on the challenges associated with siting and permitting new
655    transmission lines. A recent *Technology Review* article commented on current proposals for new
656    long-distance transmission lines by noting: "all of these [proposals] are moving through the
657    approvals process at a dawdling pace."[27] One recent example of the types of challenges inherent
658    to the siting and permitting of new transmission lines is the Northern Pass project, a 192-mile
659    transmission line project to bring hydroelectric power from Canada to New Hampshire and New
660    England.[28] According to the Department of Energy,

661       "Since it was first proposed in 2010, the $1.6 billion Northern Pass project has
662       been subject to multiple layers of federal and state government permitting
663       regulations, a nearly 4,000 page Environmental Impact Statement, and adjusted its
664       planned route in response to input from local communities as well as federal and
665       state permitting agencies."[29]

666    In early 2018, the state of New Hampshire rejected the project's permit, jeopardizing the entire
667    project after eight years of development.[30] Jacobson ignores these types of difficulties and
668    challenges in his Expert Report. At a minimum, addressing such issues adds to project costs and
669    slows down implementation timelines. In the worst case, a failure to resolve such issues may
670    result in project cancellation.

671    Third, Jacobson's analysis fails to acknowledge the current realities of the U.S. energy grid.
672    Today, the U.S. grid is divided into three distinct interconnects, with essentially no electricity
673    moving between them. Within these interconnects, the grid is subdivided into Independent
674    System Operators (ISOs) established by the Federal Energy Regulatory Commission (FERC).
675    The ISOs coordinate, control, and monitor the operation of the grid within their geographical
676    jurisdictions.

677    Jacobson's LOADMATCH model ignores the existence of these interconnects, and associated
678    complexities. Instead, Jacobson assumes that electricity moves freely between and across
679    interconnects, with no mention of policy or governance concerns. Further, Jacobson neither
680    comments on whether the current system, with three interconnects and multiple ISOs is
681    compatible with his proposed 100% WWS system, nor addresses the costs and complexities

---

[26] Congestion in transmission lines is similar to highway congestion. Like a highway, there is a capacity of the lines to transmit electricity. If the load is too large, only a fraction will be transmitted, opening the possibility that demand will not be satisfied. There are models available to simulate the operation of transmission lines and identify areas that could have congestion. LOADMATCH does not do this.

[27] James Temple, "How to Get Wyoming Wind to California, and Cut 80% of U.S. Carbon Emissions," *Technology Review* 121 (2): 16-17 (2018).

[28] See http://www.northernpass.us/project-overview.htm for additional information on the Northern Pass project.

[29] https://energy.gov/articles/department-energy-approves-presidential-permit-northern-pass-transmission-line-project

[30] Jon Chesto and David Abel, "N.H. rejects Canada-Mass. power lines," *Boston Globe*, February 2, 2018.

682 associated with transitioning these interconnects to his proposed system. In my expert opinion,
683 current grid governance is incompatible with Jacobson's proposed 100% WWS system, and
684 would require significant modifications to function within Jacobson's model. Jacobson is silent
685 on the changes likely to be required, how long such changes will take to implement, and the
686 political feasibility of such changes.

687 In addition to the aforementioned conceptual issues, my review of Jacobson's underlying
688 calculations suggests that he has substantially underestimated the costs for long-distance
689 transmission. As I detail in Appendix E, I believe that Jacobson's modeling underestimates costs
690 for long-distance transmission by at least a factor of four, and it could be much higher. I
691 summarize two of the biggest issues below:

692 • Jacobson's estimates for the capital costs associated with long-distance transmission
693 infrastructure are questionable. As described in Appendix E, I compare Jacobson's
694 capital cost estimates with estimates from recent projects, including the Northern Pass
695 project. My analysis reveals a material discrepancy that compromises the reliability of
696 Jacobson's cost estimates. Specifically, when compared with the Northern Pass project,
697 Jacobson's capital cost estimates are underestimated by an order of magnitude (i.e., a
698 factor of 10 or more).

699 • Jacobson's calculations underestimate costs when converting the capital costs of long-
700 distance transmission projects to electricity costs. As I described for other parameters of
701 Jacobson's analysis, in my view, these underestimates share similar causes: (1) the
702 capacity factor used by Jacobson appears too high; (2) the cost of capital factor used by
703 Jacobson appears too low; and (3) it appears that Jacobom omits operations and
704 maintenance (O&M) costs associated with long-distance transmission lines.

705 In my expert opinion, Jacobson fails to adequately define his transmission system, and he does
706 not offer any modeling to show that his proposed system will work as advertised. Further,
707 Jacobson does not address issues regarding siting and permitting, and he is silent on policy and
708 governance issues regarding the U.S. energy grid. Finally, as with the storage technologies,
709 Jacobson underestimates the costs associated with an expanded transmission and distribution
710 system.

711 In my view, Jacobson has failed to justify the assumption in his LOADMATCH model that
712 electricity can be freely moved around the country. Notably, if there are constraints on the
713 ability for electricity to move freely across the U.S. energy grid, then greater importance is
714 placed on effective storage and/or demand response techniques. If electricity cannot, or does not,
715 move freely across regions of the United States, then additional storage and/or demand response
716 will be required. As discussed above, Jacobson fails to evince effective storage or demand
717 response in his Expert Report. The collective effect of these failures in transmission, storage,
718 and demand response is that energy demand will not match energy supply at all times, and the
719 energy system will fail.

720    **4.4    Finding #4:  Jacobson ignores the necessary provision of essential grid services, such**
721    **as frequency control, operating reserves, and grid security, in his modeling and cost**
722    **estimates.**

723    Energy grids are complex mechanisms that require many components to ensure that electricity
724    flows, matching supply with demand. Many grid services are required to prevent blackouts and
725    avoid damage to machinery attached to the grid. Jacobson omits consideration of these services
726    from his analyses.

727    Frequency control[31] is essential for the grid because poor frequency control will damage
728    machinery, result in suboptimal performance, and potentially disrupt the whole grid.  Wind and
729    solar power are asynchronous generators. At present, systems with high penetrations of
730    asynchronous generators are unproven to maintain good frequency control.  In his Expert Report,
731    Jacobson cites to Jacobson et al. (2015b) and Jacobson et al. (2018) as the bases for his proposed
732    energy system.  My assessment of both papers indicates that neither Jacobson et al. (2015b) nor
733    Jacobson et al. (2018) include any analysis or modeling that demonstrates that the proposed
734    100% WWS energy system can maintain frequency control.

735    Although a statement in the supplemental information to Jacobson et al. (2015b) contains a list of
736    components that potentially can assist with frequency control, such as energy storage and
737    demand response, as I discuss above, there is no analysis or modeling performed that
738    demonstrates that these components are sufficient for effective frequency control in the proposed
739    100% WWS system. As a result, Jacobson's analyses are insufficient to demonstrate the
740    technical feasibility of this aspect of his proposed energy system.

741    With regard to the grid, "operating reserves" refer to generating capacity available to meet
742    electricity demand in the case of disruptions. Operating reserves are essential to prevent
743    disruptions in energy supply. Because wind and solar are intermittent power sources, operating
744    reserves are of heightened importance given the uncertainty of wind and solar generation. In my
745    view, LOADMATCH and Jacobson's analyses fail to account for this key aspect of grid
746    functionality. Other scholars, including Clack et al. (2017) support this opinion, concluding:

747          "…the LOADMATCH model does not provide the provision of operating
748          reserves necessary to maintain reliability in the case of unplanned outages of
749          transmission lines and generation or storage facilities and errors in forecasted
750          wind and solar output and demand.  Studies of existing wind and solar projects
751          and experience in power systems with growing shares of variable renewable
752          resources demonstrate that solar and wind energy forecast errors can be
753          significant: for example, errors related to variable output caused by cloud cover
754          and other meteorological conditions that have been documented at coastal and
755          inland solar PV and CSP plants in California." (Clack et al, 2017, supporting
756          information, page 11)

---

[31] The US grid operates on alternating current (AC) power.  AC power is transmitted as sine waves; the frequency is
the number of cycles per second of these sine waves.  In the US, the grid operates at 60 cycles per second, also
called 60 hertz or 60 Hz.  Frequency control is required to make sure that the grid operates at the proper frequency.

757  In my expert opinion, Jacobson's omission of considerations for operating reserves both
758  underestimates the costs of his proposed energy system and renders his analysis inadequate to
759  demonstrate its feasibility.

760  Lastly, grid security is a top priority of the U.S. Department of Energy and is an identified
761  vulnerability for attacks by foreign agents.[32] Jacobson et al. (2015b) on page 12 of the supporting
762  information note with regard to security only that: "Resiliency and security are lower priority
763  elements but are nevertheless topics of interest as well." These "lower priority elements" do not
764  appear to be modeled by Jacobson in Jacobson et al. (2015b). In my expert opinion, grid security
765  is essential to grid operation – one cannot claim that an energy system is technically feasible and
766  reliable without rigorous analysis of that system's security and resiliency to disruption and
767  attack.

768  **4.5    Finding #5: Jacobson's Expert Report and underpinning analyses do not leverage**
769  **best practices in cost estimation, leading to a significant underestimation of costs.**

770  My assessment of Jacobson's Expert Report and the sources that underpin its estimates and
771  conclusions reveals a pattern by Jacobson of not conforming to best practices in cost estimation.
772  It is my view, this pattern results in costs being substantially underestimated.

773  I identify the following repeated flaws and errors, which are cumulative, made by Jacobson[33]:

774      • The cost of capital used by Jacobson throughout his analyses is consistently,
775        unrealistically low. I conclude that, as a result of this analytic flaw, Jacobson
776        consistently underestimates costs by a factor of 2 to 4.

777      • Jacobson focuses his cost estimation on the major equipment items, but omits other
778        significant project costs. I conclude that, as a result of this analytic flaw, Jacobson
779        consistently underestimates costs by a factor of 3 to 5.

780      • Jacobson's choice of capacity factors is erroneous in some instances and undocumented
781        in some others. For example, I conclude that, as a result of these analytic flaws, Jacobson
782        underestimates costs for the hydrogen storage system by a factor greater than 8.

783      • Jacobson fails to index costs for the hydrogen storage system and long-distance
784        transmission system.

785      • Jacobson does not consider the macroeconomic impacts of an accelerated program to
786        transform the United States energy systems. These impacts will result in much higher
787        costs for all parts of the energy system.

788  The effect of these flaws are cumulative, as shown for the example of the hydrogen storage
789  system in Appendix C, Table C-5. I discuss each of these flaws in more detail below.

---

[32] Earlier this year, DOE launched the Office of Cybersecurity, Energy Security and Emergency Response to deal
with grid security issues. See http://www.insidesources.com/time-doe-lead-electric-grid-security/.

[33] The first and last bullets applies to all technologies costed – generation, storage, transmission, etc. The other three
bullets apply primarily to non-generation technologies.

790    *4.5.1 Jacobson's Modeling of the Cost of Capital*

791    In my view, the cost of capital used by Jacobson throughout his analyses is consistently,
792    unrealistically low. Jacobson appears to confuse the *discount rate* with the *cost of capital*. While
793    the discount rate is related to, and may affect, the cost of capital, they are distinctly different
794    parameters. The discount rate describes the time value of money.[34] Whereas, the cost of capital is
795    project-specific and describes the interest rate (or financing cost) that must be paid to raise
796    capital to pay for a specific project. Most capital projects are financed with a combination of debt
797    (loans) and equity (owner investment); in general, the cost of capital is expressed as a weighted
798    average of the cost of debt and equity.

799    In the table below, I summarize cost of capital figures from Lazard (2017), a source commonly
800    used by industry practitioners.  The first column reflects cost of capital figures used by Lazard
801    (2017) in its levelized cost of electricity (LCOE) analyses. The second column reflects
802    alternative cost of capital figures suggested by Lazard (2017) as being potentially more prevalent
803    for North America.

| Cost of Capital Parameter | Used in Lazard's LCOE Analysis | Potentially More Prevalent for North America as suggested by Lazard |
|---|---|---|
| After-Tax Weighted Average Cost of Capital | 7.7% | 6.2% |
| Cost of Equity | 12.0% | 10.0% |
| Cost of Debt | 8.0% | 6.0% |

804

805    As indicated in the table above, a reasonable range for an after-tax weighted average cost of
806    capital for North America is between 6.2% and 7.7%.  In my view, these are the appropriate
807    parameters to use when assessing the cost impacts of financing capital changes to the U.S.
808    electricity system.  By comparison, the two published papers cited by Jacobson as forming the
809    basis for his Expert Report, Jacobson et al. (2015b) and Jacobson et al. (2018), rely on a stated
810    "discount rate" of 3% and 2%, respectively.

811    In his analyses, Jacobson does not differentiate between the discount rate and the cost of capital.
812    In so doing, Jacobson ignores the fact that a discount rate and a cost of capital are different. In
813    Jacobson et al. (2018), Jacobson justifies his use of a low discount rate as an intergenerational
814    discount rate. In my view, it is not appropriate to use an intergenerational discount rate to
815    calculate the financing cost associated with raising capital to fund an infrastructure project.  To
816    fund a project similar to those contemplated by Jacobson in his Expert Report, one must be
817    prepared to pay a rate commensurate with the prevailing cost of capital at the time the project is
818    undertaken. In my view, Jacobson's interchangeable use of discount rates with cost of capital
819    rates is incorrect; and, in so doing, Jacobson substantially underestimates costs throughout his
820    analyses.  As a result, I believe that Jacobson fails to support his contention that a transformation
821    of the U.S. energy sector to 100% WWS by 2050 is economically feasible.

---

[34] The time value of money refers to the premise that a dollar today is worth more than a dollar tomorrow, by virtue
of the ability to invest today's dollar and realize a financial return on that investment.

822   In my view, Jacobson further underestimates costs by using relatively long project lifetimes.
823   Jacobson's use of longer lifetimes effectively reduces the annual capital charges of a project, by
824   extending the period over which the project is to be funded. When costing projects, standard
825   industry practice involves the use of economic lifetimes, which are notably shorter than the
826   project lifetimes used by Jacobson.  For example, in Jacobson et al. (2018) Table S2, project
827   lifetimes range from 30 to 85 years.  As a measure of comparison, Lazard (2017) uses a standard
828   project lifetime of 20 years. The table below compares annual capital charges across differential
829   assumptions for cost of capital and project lifetimes. (For a derivation of the annual capital
830   charge, see Equation 2 in Appendix E.)

| Parameter | Lazard: LCOE Analysis | Lazard: More Prevalent for North America | Jacobson et al. (2015b): 30-year lifetime | Jacobson et al. (2018): 30-year lifetime | Jacobson et al. (2018): 85-year lifetime |
|---|---|---|---|---|---|
| Cost of capital | 7.7% | 6.2% | 3.0% | 2.0% | 2.0% |
| Project lifetime | 20 | 20 | 30 | 30 | 85 |
| Annual capital charge | 10.0% | 8.9% | 5.1% | 4.5% | 2.5% |

831

832   As illustrated in the table above, annual capital charges under Jacobson's cost of capital and
833   project lifetime assumptions are underestimated by a factor of two to four relative to industry-
834   standard assumptions from Lazard (2017).  In my opinion, this underestimation is substantial and
835   undermines Jacobson's contention on page 4 in his Expert Report that "Our research further finds
836   that the U.S. electric power grid with 100% WWS can stay stable at low cost (similar or less than
837   today's direct energy cost …".

838   *4.5.2. Estimating Total Capital Requirement*
839
840   An important principle in engineering cost estimation is correctly identifying the capital
841   requirements associated with the design, construction, and operation of an engineered system.
842   Reliably applying engineering cost principles is essential to determine whether a proposed
843   engineered system is technically and economically feasible.  In my experience, determining
844   whether a project is feasible will inform whether sufficient financing exists to move forward.  I
845   believe that Jacobson, when costing certain proposed changes to the U.S. energy system, errs by
846   assessing costs associated only with major capital equipment items.  In so doing, Jacobson fails
847   to accurately apply generally accepted principles in engineering cost estimation, yielding results
848   that are not reliably supported.
849
850   Typically, in my experience, practitioners use the "factored estimate" approach[35] to estimate the
851   capital requirements, and, by extension, the financing needs, of a project. The first step in this
852   approach is to itemize and cost the major equipment items. Then, factors are applied to adjust
853   this estimate to account for other project-related costs.  By methodically building up these layers
854   of costs, one arrives at the "Total Capital Requirement;" this is the value that must be financed
855   for a project to move forward.

---

[35] See the classic textbook, Rudd and Watson (1968), as well as a more recent paper, Rubin et al. (2013).

856  For example, as an engineering practitioner, I begin with the costs of the major equipment items
857  and apply factors to account for labor, and items such as piping, instrumentation, insulation,
858  foundations, buildings, structures, fireproofing, electrical, painting, and clean up to arrive at the
859  "Bare Erected Costs."  Then, using the subtotal of bare erected costs, I add estimates for
860  engineering services, as well as process and project contingencies to arrive at an estimate of
861  "Total Plant Costs."  Next, I add to the estimate of total plant costs, an estimate of one-time
862  owner's costs, including but not necessarily limited to the cost of feasibility studies, surveys,
863  land, insurance, permitting, finance transaction costs (e.g., debt financing costs).  This results in
864  "Total Overnight Costs."  Finally, adding in "Interest During Construction" yields the "Total
865  Capital Requirement."
866
867  In my view, Jacobson narrowly focuses his cost estimation only on major capital equipment
868  items, excluding cost parameters that are generally accepted by engineering practitioners as
869  necessary to assess the total cost of designing, constructing, and operating a system.  Although
870  the ratio of total project costs to capital equipment costs tends to vary by project, in my
871  professional experience, this ratio tends to be in the range of 3 to 5.  My opinion is supported by
872  Rudd and Watson (1968).  My analysis of the data presented by Jacobson, and the cost
873  estimation methods that he applies, indicate that Jacobson has not reliably and accurately
874  accounted for all of the costs likely to result from his proposed changes to the U.S. energy
875  system.  In the case of the hydrogen storage system, I observed that Jacobson uses a total project
876  cost to capital equipment cost ratio of only 1 to 1.3, which is substantially less than that affirmed
877  by experts in engineering cost estimation.
878
879  By ignoring the full suite of project costs necessary to transition the U.S. energy system, I
880  estimate that in certain cases Jacobson is accounting only for approximately 20 to 33% of total
881  capital costs, and by extension is substantially underestimating the true cost of his proposed
882  changes to the U.S. energy system.
883
884  *4.5.3.  Determining Capacity Factors*
885
886  A capacity factor is the ratio of actual production over a given time horizon, divided by the
887  maximum possible (i.e., full capacity) production over that period.  A capacity factor informs
888  how effective one is in the use of the capital put into a project.  For example, if a power project
889  costs $1,000/kW and the annual capital charge is 10%, then the annual capital costs are
890  $100/kW/yr.  There are 8,760 hours per year.  So, if the capital is used 100% of the time (i.e.,
891  capacity factor of 1), the capital component of the costs would be 1.14¢/kWh[36].  However, if the
892  capital is used only 50% of the time, then the cost would double to 2.28¢/kWh.  A capacity
893  factor of 10% yields a cost of 11.4¢/kWh.  Therefore, accurate costing is predicated on correct
894  capacity factors.
895
896  As previously discussed in section 4.2.1a, I believe that Jacobson erroneously used a capacity
897  factor for hydrogen production that is more than eight times too large.  In my view, this error is
898  characteristic of a lack of attention to detail.  For example, the capacity factor for hydrogen
899  production is easily calculated from Jacobson's LOADMATCH simulations (see Appendix C,
900  Issue #3).  Specifically, the system load for hydrogen production is 180.2 GW, when averaged

---

[36] $100 kW/yr/(100%*8760hrs/yr) =$0.0114/kWh=1.14¢/kWh

901    over the year.  The maximum load is about 2,000 GW.  In my professional experience, one
902    engineers a system for the maximum load, plus a safety factor.  For this example, in my
903    professional experience, a typical safety factor of 15% is reasonable.  Based on these parameters,
904    the size of the hydrogen production system is 2,300 GW.  Therefore its capacity factor is 180.2
905    GW divided by 2300 GW or 7.8%.  Even if we did not include a safety factor, the capacity factor
906    would be 9% (i.e., 180.2/2000).  Jacobson uses a capacity factor of 72.5%.  As I note above, the
907    lower the actual capacity factor, the greater the cost of electricity. Based on my analysis, I have
908    similar concerns about the capacity factor used by Jacobson in the long-distance transmission
909    system, and believe that Jacobson has overestimated his capacity factor for long-distance
910    transmission (see Appendix E).

911

912    In my view, in both cases, Jacobson does not conduct the type of analysis that I would expect as
913    a practitioner in the field to determine reasonable capacity factors.

914

915    *4.5.4 Indexing Year Dollars*

916

917    In his Expert Report, Jacobson cites to Jacobson et al. (2015b) and Jacobson et al. (2018), both
918    of which report results in 2013 US dollars.  My assessment of these supporting materials indicate
919    that Jacobson made the following errors, which lead to an underestimation of capital costs:

920

921        1)  The hydrogen storage system costs were excerpted from Jacobson et al. (2005) in 2004
922            US dollars, and renamed 2013 US dollars in Jacobson et al. (2015b) with no adjustments
923            (see Appendix C, Issue #2).

924        2)  The transmission costs were excerpted from Delucchi and Jacobson (2011) in 2007 US
925            dollars and renamed 2013 US dollars in Jacobson et al. (2015b) and Jacobson et al.
926            (2108) with no adjustments (see Appendix E, Issue #1).

927

928    *4.5.5 Accounting for Macroeconomic Impacts*

929

930    In my professional experience, engineering practitioners cannot design, construct, and operate
931    systems in a vacuum.  In fact, I often collaborate with economists to ensure that the
932    macroeconomic impacts of an engineered system are appropriately accounted for when modeling
933    transformations to the U.S. energy system.  Integrated Assessment Modelling (IAM) is used in
934    the environmental engineering field to ensure that the institutional knowledge of multiple
935    disciplines are integrated to provide a balanced assessment of potential impacts of an engineered
936    system.  My work on how to incorporate carbon capture and storage technologies into IAM is a
937    representative example of this approach[37].

938    The scope of changes proposed by Jacobson for his 100% WWS system is unprecedented both in
939    terms of magnitude and in terms of timing (see section 4.1).  In my view, adopting Jacobson's
940    approach will raise demand for a wide assortment of commodities, goods, and services.  Labor,
941    steel, and rare earth elements are just a few of examples from a longer list.  Absent a

---

[37] See, for example, McFarland, J.R.and H.J. Herzog, "Incorporating Carbon Capture and Storage Technologies in
Integrated Assessment Models," *Energy Economics* **28**: 632-52 (2006).

942  countervailing surge in supply, increased demand to achieve the immediate scalability
943  envisioned by Jacobson will result in substantial price increases for these commodities, goods,
944  and services.  Jacobson errs in his analysis by neither integrating changes in demand (and
945  associated price increases), nor addressing constraints on supply, in his modelling.

946  As a result, Jacobson underestimates the true cost of transitioning from a predominantly fossil
947  fuel-based energy system to a 100% clean, renewable energy system for all energy sectors by
948  2050, with about 80% conversion by 2030.  In addition, he has failed to apply accepted
949  macroeconomic principles in his analysis of whether the "U.S. electric power grid with 100%
950  WWS can stay stable at low cost (similar or less than today's direct energy cost…" (Jacobson
951  Expert Report, page 4).

952  **5.    Conclusions**

953  Jacobson's proposed energy system is focused on wind, water, and solar technologies for
954  electricity generation, to the exclusion of nuclear power, carbon capture and storage (CCS), and
955  biomass generation. Others have also proposed all renewable electricity systems; Heard et al.
956  (2017) evaluated 24 studies proposing 100% renewable electricity systems, including that
957  proposed in Jacobson et al. (2015b). Heard et al. (2017) conclude:

958      "None of the 24 studies provides convincing evidence that these basic feasibility
959      criteria can be met…(Abstract)  This desire to push the 100%-renewable ideal
960      without critical evaluation has ironically delayed the identification and
961      implementation of effective and comprehensive decarbonization pathways. We
962      argue that the early exclusion of other forms of technology from plans to
963      decarbonize the global electricity supply is unsupportable, and arguably reckless."
964      (page 1130)

965  Intermittent renewables pose major challenges for electricity systems because their generation is
966  controlled by nature, not by the operators of the electricity system.  As such, it is critical to have
967  technically feasible, cost-effective storage options to supply electricity to satisfy demand when
968  the sun is not shining and the wind is not blowing.  These options are not commercially available
969  today at large-scale.  Jacobson proposes some possibilities, such as hydrogen storage or
970  underground thermal energy storage, but they are unproven and Jacobson does not provide an
971  adequate analysis to show they are either technically feasible or cost-effective.  In his Expert
972  Report, page 19, Jacobson states:

973      "IPCC (2014) further states that, with high penetrations of renewable energy
974      (RE), nuclear and CCS are not efficient (Section 7.6.1.1), "*...high shares of*
975      *variable RE power...may not be ideally complemented by nuclear, CCS,...*'"

976  The reason for this is the intermittency of renewal sources result in lowering the capacity
977  factors of nuclear and CCS, driving up their costs.  However, the exact same
978  phenomenon impacts all capital intensive systems in the electricity system, including
979  energy storage technologies.  Jacobson claims his storage technologies can be cost
980  effective, but as documented in this report, he underestimates their capital costs, uses
981  unrealistically high capacity factors, and uses unrealistically low cost of capital. It is

982    ironic that part of his reasoning for rejecting CCS and nuclear technologies applies
983    equally well to rejecting his options for energy storage.

984    Jacobson's analysis of the mechanisms beyond energy storage that are used to match supply and
985    demand at all times is also flawed.

986    • Jacobson substantially overestimates the amount of demand response available.  He does
987      not provide sufficient justification for his assumptions about the amount of demand
988      response he assumes nor does he account for its cost.

989    • Jacobson makes assumptions about the possibility of increasing maximum hydropower
990      discharge rates, but offers no technical justification; nor does he present even a single
991      study of an existing dam to show whether this increase is even feasible.  There is no
992      indication that Jacobson acknowledges constraints on the dispatch of hydroelectric
993      power, let alone incorporated them into his model.

994    Electricity must be effectively moved from where it is generated to where it is used. Jacobson's
995    simulations assume that new long-distance transmission lines will solve this problem.  However,
996    his proposal provides inadequate details and contains no modeling or simulation to demonstrate
997    that the proposed long-distance transmission framework will work. Further, Jacobson is silent on
998    key issues regarding long-distance transmission, such as siting, permitting, and governance.

999    Grid services such as frequency control, operational reserves, and grid security are essential to a
1000   properly-functioning energy system. Jacobson's modeling and simulations pay little attention to
1001   these concerns, and he offers no analysis to support the ability of his proposal to satisfy these
1002   essential needs.

1003   Jacobson reports Total LCOE (¢/kWh all energy) for his 100% WWS systems in Jacobson et al.
1004   (2015b) in the range of 8.5-15.4¢/kWh, with an average of 11.37¢/kWh; and in Jacobson et al.
1005   (2018), Jacobson reports point estimates of 10.51¢/kWh (Case A), 10.09¢/kWh (Case B), and
1006   10.62¢/kWh (Case C).   These cost estimates are not believable, because they fail to conform to
1007   best practices in cost estimation, including but not limited to modeling the cost of capital,
1008   estimating total capital costs, determining capacity factors, indexing year dollars, and accounting
1009   for macroeconomic impacts. In a more rigorous assessment, I would not be surprised to see them
1010   exceed 50¢/kWh.

1011   Jacobson's proposed timelines for building, installing, and deploying the necessary facilities and
1012   infrastructure to transition to his proposed energy system are unrealistic and fail to address
1013   myriad real-world considerations that render his proposal infeasible.

1014   As a result of my analysis, I take exception to the overriding conclusions from the Expert Report
1015   of Mark Z. Jacobson, dated April 6, 2018, that state:

1016        "I conclude … that it is both technically and economically feasible to transition
1017        from a predominantly fossil fuel-based energy system to a 100% clean, renewable
1018        energy system for all energy sectors by 2050, with about 80% conversion by
1019        2030…" (page 2)

1020   and

1021    "Our research further finds that the U.S. electric power grid with 100% WWS can stay stable
1022    at low cost (similar or less than today's direct energy cost …" (page 4)
1023
1024    In my expert opinion, Mark Jacobson has failed to adequately support these statements because he:
1025
1026    • Relies on insufficient and/or flawed facts or data, including but not limited to the
1027    timeline for transition to a 100% WWS system, the amount of demand response
1028    available, the assumptions regarding dispatching and expanding hydropower, and the
1029    costs of UTES storage and long distance transmission lines.
1030
1031    • Does not use reliable methods for key aspects of his proposed solution, including but not
1032    limited to design and operation of a long distance transmission system, simulating a
1033    timeline for transitioning to a 100% WWS system, and supplying essential grid services
1034    like frequency control and operating reserves.
1035
1036    • Does not apply generally accepted principles and techniques reliably to support key
1037    components of his testimony, including but not limited to the values he uses for cost of
1038    capital, the method he uses for estimating total capital requirements, the lack of indexing
1039    for different year dollars in certain instances, the method he uses for determining
1040    capacity factors, and ignoring considering extreme conditions and macroeconomic
1041    affects in his analyses.
1042
1043    I end by reiterating the warning from Clack et al. (2017) (page 6722):
1044
1045    "Policy makers should treat with caution any visions of a rapid, reliable, and low-cost
1046    transition to entire energy systems that relies almost exclusively on wind, solar, and
1047    hydroelectric power."
1048
1049    **6.    Information Relied Upon and Considered**

1050    Clack CTM, SA Qvistc, J Apt, M Bazilian, AR Brandt, K Caldeira, SJ Davis, V Diakov, MA
1051    Handschy, PDH Hines, P Jaramillo, DM Kammenm, JCS Long, MG Morgan, A Reed, V
1052    Sivaram, J Sweeney, GR Tynan, DG Victor, JP Weyant, and JF Whitacre, "Evaluation of a
1053    proposal for reliable low-cost grid power with 100% wind, water, and solar," *Proc Natl Acad Sci*
1054    **114**: 6722–6727 (2017).
1055
1056    Delucchi MA and MZ Jacobson, "Providing all global energy with wind, water, and solar power,
1057    part II: Reliability, system and transmission costs, and policies," *Energy Policy* **39**(3): 1170–
1058    1190 (2011).
1059
1060    Gaine K, and A Duffy, "A life cycle cost analysis of large-scale thermal energy storage for
1061    buildings using combined heat and power," *Zero Emission Buildings Conference Proceedings*,
1062    eds Haase M, Andresen I, Hestnes A (Trondheim, Norway), 7-8 June (2010).
1063
1064    Heard, BP, BW Brook, TML Wigley, and CJA Bradshaw, "Burden of proof: A comprehensive
1065    review of the feasibility of 100% renewable-electricity systems," *Renewable and Sustainable
1066    Energy Reviews* **76**: 1122-1133 (2017).
1067

1068    Jacobson, M, "Expert Report of Mark Jacobson, Ph.D.," submitted for *Kelsey Cascadia Rose*
1069    *Juliana; Xiuhtezcatl Tonatiuh M., through his Guardian Tamara Roske-Martinez; et al., v. The*
1070    *United States of America; Donald Trump, in his official capacity as President of the United*
1071    *States; et al., United States District Court, District of Oregon Case No. 6:15-cv-015-17-TC*,
1072    April 6, 2018.

1074    Jacobson MZ, WG Colella, and DM Golden, "Cleaning the air and improving health with
1075    hydrogen fuel-cell vehicles," *Science* **308**(5730): 1901-1905 (2005).

1077    Jacobson, MZ, MA Delucchi, G Bazouin, ZAF Bauer, CC Heavey, E Fisher, SB Morris, DJY
1078    Piekutowski, TA Vencill, and TW Yeskoo, "100% clean and renewable wind, water, and
1079    sunlight (WWS) all-sector energy roadmaps for the 50 United States," *Energy Environ Sci.* **8**:
1080    2093-2117 (2015a).

1082    Jacobson, MZ, MA Delucchi, MA Cameron, and BA Frew, "A low-cost solution to the grid
1083    reliability problem with 100% penetration of intermittent wind, water, and solar for all
1084    purposes," *Proc. Natl. Acad. Sci.* **112**: 15,060-15,065 (2015b).

1086    Jacobson, MZ, MA Delucchi, ZAF Bauer, SC Goodman, WE Chapman, MA Cameron, C
1087    Bozonnat, L Chobadi, HA Clonts, P Enevoldsen, JR Erwin, SN Fobi, OK Goldstrom, EM
1088    Hennessy, J Liu, J Lo, CB Meyer, SB Morris, KR Moy, PL O'Neill, I Petkov, S Redfern, R
1089    Schucker, MA Sontag, J Wang, E Weiner, AS Yachanin, "100% clean and renewable wind,
1090    water, and sunlight (WWS) all-sector energy roadmaps for 139 countries of the world," *Joule,* **1**:
1091    108-121 (2017a).

1093    Jacobson, MZ, MA Delucchi, MA Cameron, and BA Frew, "The United States can keep the grid
1094    stable at low cost with 100% clean, renewable energy in all sectors despite inaccurate claims,"
1095    *Proc. Natl. Acad. Sci.* **114**: E5021-E5023 (2017b).

1097    Jacobson, MZ, MA Delucchi, MA Cameron, and BV Mathiesen, "Matching demand with supply
1098    at low cost among 139 countries within 20 world regions with 100% intermittent wind, water,
1099    and sunlight (WWS) for all purposes," *Renewable Energy*, **123**: 236-248 (2018).

1101    Lazard, "Lazard's Levelized Cost of Energy Analysis - Version 11.0" (2017).  Available at
1102    https://www.lazard.com/media/450337/lazard-levelized-cost-of-energy-version-110.pdf

1104    Rehau, "Underground thermal energy storage," (2011). Available at
1105    http://www.igshpa.okstate.edu/membership/members_only/proceedings/2011/100611-1030-B-
1106    Christopher%20Fox%20-%20Rehau%20-
1107    %20Underground%20Thermal%20Energy%20Storage.pdf

1109    Rubin ES, C Short, G Booras, J Davison, C Ekstrom, M Matuszewski, and S McCoy, "A
1110    proposed methodology for $CO_2$ capture and storage cost estimates," *International Journal of*
1111    *Greenhouse Gas Control*, **17**: 488-503 (2013).

1113    Rubin, ES, JE Davison, and HJ Herzog, "The Cost of $CO_2$ Capture and Storage," *International*
1114    *Journal of Greenhouse Gas Control*, **40**: 378-400, (2015).

1115    Rudd, DF and CC Watson, *Strategy of Process Engineering*, John Wiley & Sons, Inc., New
1116    York (1968).

1117

1118    Sibbitt, B, D McClenahan, R Djebbar, J Thornton, B Wong, J Carriere, and J Kokko, "The
1119    performance of a high solar fraction seasonal storage district heating system: Five years of
1120    operation," *Energy Procedia* **30**: 856–865 (2012).

1121

1122    **7.    Compensation**

1123    My rate for expert services in this case is $350/hour.

1124

1125    I have not testified as an expert at trial or by deposition within the preceding four (4) years.

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*                    **August 13, 2018**
**Expert Report. Howard J. Herzog**

1126    **Appendix A: CV**

1127    **HOWARD J. HERZOG**

1128    Senior Research Engineer                         Tel:  (617) 253-0688
1129    MIT Energy Initiative                        FAX:  (617) 253-8013
1130    Room E19-370L                                email:  hjherzog@mit.edu
1131    Cambridge, MA  02139                         http://sequestration.mit.edu
1132
1133    **EDUCATION:**
1134    Feb 1975          B.S., Chemical Engineering, Massachusetts Institute of Technology
1135                              *Honors:*
1136                                 - American Institute of Chemists' Student Award
1137                                 - Phi Lambda Upsilon (Honorary Chemical Society)
1138                                 - Tau Beta Pi (Honorary Engineering Society)
1139    Feb 1975          M.S., Chemical Engineering Practice, Massachusetts Institute of Technology
1140    June 1980         Chemical Engineer's Degree, Massachusetts Institute of Technology
1141
1142    **PROFESSIONAL EXPERIENCE:**
1143    1989 - present    Massachusetts Institute of Technology
1144                              *Research Areas:*
1145                                 - Controlling $CO_2$ Emissions from Power Plants
1146                                 - Greenhouse Gas Mitigation Technologies
1147                                 - Geothermal Energy and Heat Mining
1148                                 - Hazardous Waste Disposal and Environmental Remediation
1149                                 - Industrial Energy Use and Analysis
1150
1151    1986 - 1988       Laser Analytics Division, Spectra-Physics, Inc.
1152
1153    1981 - 1986       Aspen Technology, Inc.
1154
1155    1980 - 1981       Massachusetts Institute of Technology Energy Laboratory - ASPEN Project
1156
1157    1975 - 1978       Stone & Webster Engineering Corp.
1158
1159    Summers           Eastman Kodak Company
1160    72,73,74
1161
1162    **PROFESSIONAL AND HONOR SOCIETIES:**
1163    American Institute of Chemical Engineers
1164    EIT Certificate
1165    Phi Lambda Upsilon
1166    Tau Beta Pi
1167
1168    **AWARDS:**
1169    Greenman Award (2010) from the International Energy Agency Greenhouse Gas R&D Programme "in
1170    recognition of contributions made to the development of greenhouse gas control technologies"
1171
1172    Certificate from the Intergovernmental Panel on Climate Change (IPCC) "for contributing to the award of
1173    the Nobel Peace Prize for 2007 to the IPCC"

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*    August 13, 2018
Expert Report. Howard J. Herzog

**CONSULTING (Partial list, 1989-present):**

Alstom Power
Aspen Technology, Inc.
Air Products
BP
Cabot Corporation
Clean Air Task Force
Clean Harbors
Coal Utilization Research Council
Connecticut Center for Advanced Technology, Inc.
EPRI
European Commission
FutureGen Alliance
General Electric Company
ICF
Kværner Engineering
Mannesmann
Metalor USA Refining Corporation
Ministry of the Environment (Japan)
New Energy and Industrial Technology
       Development Organization (Japan)
OECD Environmental Directorate
Praxair
Quantum Reservoir Impact
SES Innovation
Technology Centre Mongstad
Total
U.S. Department of Energy
VerTech Treatment Systems
World bank

## Appendix B:  Publications 2008-Present

Bui, M, CS Adjiman, A Bardow, EJ Anthony, A Boston, S Brown, PS Fennell, S Fuss, A Galindo, LA Hackett, JP Hallett, HJ Herzog, G Jackson, J Kemper, S Krevor, GC Maitland, M Matuszewski, IS Metcalfe, C Petit, G Puxty, J Reimer, DM Reiner, ES Rubin, SA Scott, N Shah, B Smit, JPM Trusler, P Webley, J Wilcox and N Mac Dowell, "Carbon capture and storage (CCS): the way forward," *Energy Environ. Sci.*, **11**, 1062-1176 (2018).

Herzog, H, "Financing CCS demonstration projects: Lessons learned from two decades of experience," *Energy Procedia* **114**, 5691-5700 (2017).

Kearns, J, G Teletzke, J Palmer, H Thomann, H Kheshgi, Y-HH Chen, S Paltsev, and H Herzog, "Developing a consistent database for regional geologic $CO_2$ storage capacity worldwide," *Energy Procedia* **114**, 4697-4709 (2017).

Abanades, JC, ES Rubin, M Mazzotti and HJ Herzog, "On the climate change mitigation potential of $CO_2$ conversion to fuels," *Energy Environ. Sci.*, **10**, 2491-2499 (2017).

Herzog, H., "Lessons Learned from CCS Demonstration and Large Pilot Projects", *MIT Energy Initiative Working Paper MITEI-WP-2016-06*, May (2016).

Rubin, E.S., J.E. Davison, and H.J. Herzog, "The Cost of $CO_2$ Capture and Storage," *International Journal of Greenhouse Gas Control*, **40**, pp 378-400 (2015).

Cuellar, A.D., and H. Herzog, "A Path Forward for Low Carbon Power from Biomass," *Energies*, **8**(3), 1701-1715, doi:10.3390/en8031701, (2015).

H. Herzog, "CCS at a Crossroads," Focus on CCS Opinion Leaders Series, Global CCS Institute (2015).

Herzog, H., "Pumping CO2 underground can help fight climate change. Why is it stuck in second gear?", *The Conversation*, March 12 (2015).

Seifkar, N. , X. Lu, M. Withers, R. Malina, R. Field, S. Barrett, and H. Herzog, "Biomass to Liquid Fuels Pathways:  A Techno-Economic Environmental Evaluation", MIT Energy Initiative Report (2015).

Eltayeb, A., M. Stern, H. Herzog and T.A. Hatton, "Energetics of electrochemically-mediated amine regeneration," *Energy Procedia*, **63**, 595-604 (2014).

Wolff, J. and H. Herzog, "What lessons can hydraulic fracturing teach CCS about social acceptance?," *Energy Procedia*, **63**, 7024-7042 (2014).

Clark, V. and H. Herzog, "Can "stranded" fossil fuel reserves drive CCS deployment?," *Energy Procedia*, **63**, 7261-7271 (2014).

Clark, V.R. and H.J. Herzog, "Assessment of the US EPA's Determination of the Role for $CO_2$ Capture and Storage in New Fossil Fuel-Fired Power Plants," *Environ. Sci. Technol.*, **48(1**4), 7723–7729 (2014).

Eide, J., F. de Sisternes, H. Herzog and M. Webster, "CO2 Emission Standards and Investment in Carbon Capture," *Energy Economics*, **45**, 7647-7667 (2014).

Lupion, M. and H. Herzog, "NER300: Lessons learnt in attempting to secure CCS projects in Europe," *International Journal of Greenhouse Gas Control*, **19**, 19-25 (2013).

1257    Herzog, H. and J. Eide, "Rethinking CCS - Moving Forward in Times of Uncertainty," in *Cornerstone*,
1258    the official journal of the World Coal Association, by Wiley Periodicals Inc., **1**(1), 44-50, Spring (2013).
1259

1260    Eide, J., H. Herzog and M. Webster, "Rethinking CCS – Developing Quantitative Tools for Designing
1261    Robust Policy in Face of Uncertainty," *Energy Procedia*, **37**, 7647-7667 (2013).
1262

1263    Botero, C., R. Field, H. Herzog, A. Ghoniem, "The Phase Inversion-based Coal-CO2 Slurry (PHICCOS)
1264    Feeding System: Technoeconomic Assessment using Coupled Multiscale Analysis," *International*
1265    *Journal of Greenhouse Gas Control,* **18**, 150-164 (2013).
1266

1267    Botero, C., R.P. Field, H.J. Herzog and A.F. Ghoniem, "Coal-CO2 slurry feed for pressurized gasifiers:
1268    Slurry preparation system characterization and economics," *Energy Procedia*, **37**, 2213-2223 (2013).
1269

1270    Botero, C., R.P. Field, H.J. Herzog, A.F. Ghoniem, "On the Thermal and Kinetic Performance of a Coal-
1271    CO2 Slurry-fed Gasifier: Optimization of CO2 and H2O Flow using CO2 Skimming and Steam
1272    Injection," Proceedings of the 38th International Technical Conference on Clean Coal & Fuel Systems,
1273    Clearwater, FL (2013).
1274

1275    Botero, C., R.P. Field, H.J. Herzog and A.F. Ghoniem, "Impact of finite-rate kinetics on carbon
1276    conversion in a single-stage entrained flow gasifier with coal-CO2 slurry feed," *Applied Energy,* **104**,
1277    408–417 (2013).
1278

1279    Stern, M. C., F. Simeon, H.J. Herzog, T. A. Hatton, "An Electrochemically-mediated Gas Separation
1280    Process for Carbon Abatement," *Energy Procedia*, **37**, 1172-1179 (2013).
1281

1282    Stern, M.C., F. Simeon, H.J. Herzog, T. A. Hatton, "Post-Combustion Carbon Dioxide Capture using
1283    Electrochemically-Mediated Amine Regeneration"**,** *Energy & Environmental Science,* **6**(8), 2505 - 2517
1284    (2013).
1285

1286    Botero, C., R.D. Brasington, R.P. Field, H.J. Herzog and A.F. Ghoniem, "Performance of an IGCC Plant
1287    with Carbon Capture and Coal-CO2-Slurry Feed: Impact of Coal Rank, Slurry Loading, and Syngas
1288    Cooling Technology," *Industrial & Engineering Chemistry Research*, (2012).
1289

1290    Brasington, R. and H. Herzog, "Dynamic Response of Monoethanolamine (MEA) CO2 Capture Units,"
1291    presented at the Carbon Management Technology Conference, Orlando, Florida, February (2012).
1292

1293    Szulczewski, M.L., C.W. MacMinn, H.J. Herzog, and R. Juanes, "Lifetime of Carbon Capture and
1294    Storage as a Climate-change Mitigation Technology," *Proceedings of the National Academy of Sciences*,
1295    **109**(14), 5185-5189 (2012).
1296

1297    House, K.Z., A.C. Baclig, M. Ranjan, E.A. van Nierop, J. Wilcox, H.J. Herzog, "Economic and Energetic
1298    Analysis of Capturing CO2 from Ambient Air," *Proceedings of the National Academy of Sciences*,
1299    **108**(51): 20428-20433 (2011).
1300

1301    Herzog, H., "Scaling up Carbon Dioxide Capture and Storage: From Megatons to Gigatons," *Energy*
1302    *Economics* **33**:597–604 (2011).
1303

1304    Bashadi, S. and H. Herzog, "Using Auxiliary Gas Power for CCS Energy Needs in Retrofitted Coal
1305    Power Plants," *Energy Procedia*, **4**, 1828–1834, (2011).
1306

1307    Kothandaraman, A., L. Nord, O. Bolland, H.J. Herzog and G.J. McRae, "Comparison of Solvents for
1308    Post-combustion Capture of CO2 by Chemical Absorption," *Energy Procedia*, **4**, 1373-1380 (2011).

Nord, L.O., A. Kothandaraman, H. Herzog, G. McRae and O. Bolland, "A Modeling Software Linking Approach for the Analysis of an Integrated Reforming Combined Cycle with Hot Potassium Carbonate CO2 Capture," *Energy Procedia*, **4**, 741-748 (2011).

Ranjan, M., and H.J. Herzog, "Feasibility of Air Capture," *Energy Procedia*, **4**, 2869-2876 (2011).

Stern, M. C., F. Simeon, T. Hammer, H. Landes, H.J. Herzog, T.A. Hatton, Electrochemically Mediated Separation for Carbon Capture, *Energy Procedia*, **4**, 860-867 (2011).

Ereira, E., H. Herzog, and M. Webster, "Assessing Early Investments in Carbon Capture and Storage Technology under Uncertainties," presented at the 10th International Conference on Greenhouse Gas Control Technologies, Amsterdam, The Netherlands, September (2010).

Johnsson, F., D. Reiner, K. Itaoka and H. Herzog, "Stakeholder Attitudes on Carbon Capture and Storage – An International Comparison," *International Journal of Greenhouse Gas Control*, Vol 4(2), 410–418 (2010).

Singelton, G., H. Herzog and S. Ansolabehere, "Public Risk Perspectives on the Geologic Storage of Carbon Dioxide," *International Journal of Greenhouse Gas Control* **3**(1): 100-107 (2009).

Herzog, H., "Carbon Dioxide Capture and Storage," Chapter 13 in The Economics and Politics of Climate Change, editors: Dieter Helm and Cameron Hepburn, Oxford University Press, (2009).

Hamilton, M., H. Herzog and J. Parsons, "Cost and U.S. Public Policy for New Coal Power Plants with Carbon Capture and Sequestration," *Energy Procedia*, **1**, 4487-4494 (2009).

Hildebrand, A.N. and H.J. Herzog, "Optimization of Carbon Capture Percentage for Technical and Economic Impact of Near-Term CCS Implementation at Coal-Fired Power Plants," *Energy Procedia*, **1**, 4135-4142 (2009).

Shu, G., M. Webster and H. Herzog, "Scenario Analysis of Carbon Capture and Sequestration Generation Dispatch in the Western U.S. Electricity System," *Energy Procedia*, **1**, 4119-4126 (2009).

Herzog, H., J. Meldon, A. Hatton, "Advanced Post-Combustion CO2 Capture," Chapter within *Coal without Carbon, An Investment Plan for Federal Action*, prepared for the Clean Air Task Force under a grant from the Doris Duke Charitable Foundation, September (2009).

Johnsson, F., D. Reiner, K. Itaoka, H. Herzog, "Stakeholder Attitudes on Carbon Capture and Storage - An International Comparison," presented at the 9th International Conference on Greenhouse Gas Control Technologies, Washington, DC, November (2008).

1349    **Appendix C: Assessment of Jacobson's Methods for Calculating Hydrogen Storage Costs**
1350

1351    This appendix provides detail on Jacobson's methods for calculating the costs of his proposed
1352    hydrogen storage system. Jacobson has made significant changes to the cost calculations for this
1353    hydrogen storage system between Jacobson et al. (2015b) and Jacobson et al. (2018). This
1354    appendix reviews and comments on both sets of calculations.
1355

1356    Jacobson estimates hydrogen costs as 0.46 (0.22-0.69) cents per kilowatt-hour (¢/kWh), per
1357    Jacobson et al. (2015b).[38] These costs reflect 2013 year-dollars.[39]
1358

1359    According to Jacobson et al. (2015b), the basis for these hydrogen costs is an earlier publication
1360    by Jacobson: Jacobson MZ, Colella WG, Golden DM (2005) Cleaning the air and improving
1361    health with hydrogen fuel-cell vehicles. *Science* 308(5730):1901-1905, referred to in this
1362    appendix as Jacobson et al. (2005).[40]
1363

1364    This remainder of this appendix provides detail and calculations that highlight flaws and errors
1365    associated with the figures in Jacobson et al. (2005), Jacobson et al. (2015b), and Jacobson et al.
1366    (2018).
1367

1368    **Issue #1 – The hydrogen cost figures in Jacobson et al. (2015b) do not match the figures in**
1369    **Jacobson et al. (2005) despite Jacobson's reference and appear to be underestimated.**
1370

1371    Details for hydrogen generation costs are given in Jacobson et al. (2005), Supporting Online
1372    Material, Section 4, pages 22-23, Table S2. The hydrogen cost generation costs include four
1373    components:
1374

1375        1) Electrolyzer;
1376        2) Compressor;
1377        3) Storage equipment; and
1378        4) Water costs.
1379

1380    Table S2 of Jacobson et al. (2005) reports costs for each of these components in both low and
1381    high cases in units of $kgH$_2$ as indicated in Table C-1 below. The sum of these components, per
1382    the total row of Table C-1, yields $1.40 to $3.66.

---

[38] Jacobson et al. (2015b), Table 2, page 15063, row "H$_2$ prod/compress/stor. (excl. elec. Cost) (¢/kWh)". The
kilowatt-hours (kWh) in this figure refer to all energy. This cost excludes electricity; electricity costs are considered
elsewhere in Jacobson et al. (2015b), Table 2.

[39] Jacobson et al. (2015b), Table 2, page 15063 directly states that electricity costs presented therein are in "2013
dollars."

[40] Jacobson et al. (2015b), Table 2, page 15063, footnote m makes reference to citation (38), which is Jacobson et
al. (2005) as indicated on page 15065 of Jacobson et al. (2015b).

1383    *Table C-1: Hydrogen Storage Costs from Jacobson et al. (2005)*

| Hydrogen Cost Component | Low Value | High Value | Source Row from Jacobson et al. (2005), Table S2 |
|---|---|---|---|
| Electrolyzer | $0.39 | $2.00 | Cost of electrolysis for producing $H_2$ ($/kg-$H_2$) |
| Compressor | $0.70 | $1.34 | Cost of $H_2$ compression ($/kg-$H_2$) |
| Storage equipment | $0.31 | $0.31 | Cost of $H_2$ storage ($/kg-$H_2$) |
| Water Costs | $0.005 | $0.009 | Cost of water per kg-$H_2$ ($/kg-$H_2$) |
| **Total** | **$1.40** | **$3.66** | |

Note: Where appropriate, figures rounded to two decimal places for consistency with figures reported in Jacobson et al. (2015b); Jacobson et al. (2005) provides figures to numerous decimal places on an inconsistent basis.

1384

1385    The totals in Table C-1 do not match the values reports in Jacobson et al. (2015b), Table 2, page
1386    15063, footnote m. This is summarized in Table C-2.

1387

1388    *Table C-2: Comparison of Hydrogen Storage Costs from Jacobson et al. (2005) and Jacobson et*
1389    *al. (2015b)*

| Publication | Low Value | High Value | Source |
|---|---|---|---|
| Jacobson et al. (2005) | $1.40 | $3.66 | Table C-1, row "Total" |
| Jacobson et al. (2015b) | $1.16 | $3.57 | Jacobson et al (2015b), page 15063, footnote m. |
| **Difference** | -17.14% | -2.46% | Calculated as [2015b value – 2005 value] / [2005 value] |

1390

1391    This expert report does not speculate on why there is a mismatch between these two sets of
1392    numbers. However, I note that there is a difference between the values cited by Jacobson et al.
1393    (2015b) in support of the figures used, and the values actually found in the citation. The extent of
1394    this difference is not consistent between the lower and higher values calculated across the two
1395    publications. Jacobson does not provide any explanation for this difference.

1396

1397    The effect of this flaw is to reduce the hydrogen storage costs estimated within Jacobson et al.
1398    (2015b), and therefore to understate the overall costs of Jacobson's proposed energy system.

1399

1400    **Issue #2 – Jacobson fails to adjust his inputs on a dollar-year basis as appropriate and**
1401    **therefore underestimates hydrogen storage costs.**

1402

1403    As stated above, the figures in Jacobson et al. (2015b) reflect 2013 year-dollars. However,
1404    Jacobson et al. (2005) was published in 2005; the year-dollar basis for the figures therein must be
1405    2005 year-dollars or year-dollars from a year prior to 2005. There is no mention of dollar-year

1406   basis in Jacobson et al. (2005), Supporting Online Information, Table S2. However, Table 1 of
1407   Jacobson et al. (2005) indicates use of a 2004 year-dollar basis in this publication.[41]
1408
1409   Jacobson et al. (2015b) makes no mention of indexing to correct for dollar-year basis. While, as
1410   described in Issue #1, the figures between Jacobson et al. (2005) and Jacobson et al. (2015b) do
1411   not match, the discrepancy in Issue #1 cannot be explained by adjustments for dollar-year basis,
1412   because such adjustments between 2004 and 2013 would raise costs, and not lower them.
1413   However, the discrepancy noted in Issue #1 features lower costs for the 2013 year-dollar basis
1414   than for the 2004 year-dollar basis.
1415
1416   The Consumer Price Index rose by approximately 23 percent between 2004 and 2013.[42] By
1417   failing to account for inflation from the original year-dollar basis in which hydrogen storage
1418   costs were estimated in Jacobson et al. (2005), the figures in Jacobson et al. (2015b) therefore
1419   appear to substantially underestimate the costs of hydrogen storage.
1420
1421   **Issue #3 – The capacity factors are inconsistent between Jacobson et al. (2005) and**
1422   **Jacobson et al. (2015b), resulting in an underestimation of costs.**
1423
1424   To calculate electrolyzer costs, Jacobson et al. (2005) uses capacity factors, referred to as
1425   "fraction of time electrolyzer used."[43] These capacity factors are 95 percent for the "low value"
1426   case and 50 percent for the "high value" case.
1427
1428   However, this is in contradiction to the figures presented in Jacobson et al. (2015b). Specifically,
1429   the third panel of Figure S6 on page 19 of the Supporting Information to Jacobson et al. (2015b)
1430   is reproduced below as Figure C-1.
1431
1432   *Figure C-1.*
1433



1434
1435   *Source: Jacobson et al. (2015b), Supporting Information, Figure S6, third panel, page 19.*
1436

---

[41] Jacobson et al. (2005), page 1904, Table 1 provides "Estimated health, climate, and total cost reductions (positive values) or increases (negative values) per year in 2004 dollars for each of the four cases discussed."

[42] U.S. Department of Labor, Bureau of Labor Statistics, Consumer Price Index Research Series Using Current Methods (CPI-U-RS), U.S. city average, All items, not seasonally adjusted, December 1977 = 100, available online at: https://www.bls.gov/cpi/research-series/allitems.pdf. Per these data, the Consumer Price Index averaged 277.5 in 2004 and 342.5 in 2013, suggesting an increase of (342.5/277.5) – 1, or 23.42 percent.

[43] Jacobson et al. (2005), Supporting Online Information, Table 2, page 22-23, row "Fraction of time electrolyzer used." Footnote v to Table 2 reads: "the high estimate assumes that multiple connected wind farms reduce intermittency."

1437    In this figure, the electrical load going to the hydrogen storage system is represented by the
1438    orange line. The load going to the hydrogen storage system is shown to be about 2 terawatt-hours
1439    per hour (TWh/hr), or 2,000 gigawatts (GW). In Jacobson et al. (2015b), page 15061, Table 1,
1440    the average load for the system is listed as 180.2 GW.[44]
1441
1442    Assuming a maximum load of 2,000 GW and an average load of 180.2 GW, the capacity factor
1443    is 180.2 divided by 2,000, or approximately nine percent.[45]
1444
1445    My calculations, shown in Table C-3 below, indicate that aligning the capacity factor estimates
1446    between the simulations in Jacobson et al. (2015b) and the estimation of hydrogen storage
1447    system costs in Jacobson et al. (2005) yields a range for hydrogen costs of $11.5-$18.8 per kg-
1448    $H_2$.
1449
1450    *Table C-3: Calculation of Hydrogen Storage Costs Using Capacity Factor Derived from*
1451    *Jacobson et al. (2015b)*

| Parameter | Low Value | High Value | Calculation | Source |
|---|---|---|---|---|
| Capacity Factor | 0.95* | 0.5* | $a$ | Jacobson et al. (2005), Table S2, Row c |
| Cost of electrolysis for producing $H_2$ ($/kg-$H_2$) | 0.387 | 2.00 | $b$ | Jacobson et al. (2005), Table S2, Row m |
| Electrolyzer cost, adjusted for 9% capacity factor | 4.09 | 11.1 | $c = b * \dfrac{a}{0.09}$ | Calculated value |
| Cost of $H_2$ compression ($/kg-$H_2$) | 0.7* | 1.34 | $d$ | Jacobson et al. (2005), Table S2, Row u |
| Compressor cost, adjusted for 9% capacity factor ($/kg-$H_2$) | 7.39 | 7.44 | $e = d * \dfrac{a}{0.09}$ | Calculated value |
| Cost increase from 9% capacity factor ($/kg-$H_2$) | 10.4 | 15.2 | $f = (c - b) + (e - d)$ | Calculated value |
| $H_2$ costs, Jacobson et al. (2015b) ($/kg-$H_2$) | 1.16 | 3.57 | $g$ | Jacobson et al., 2015b, Table 2, footnote m |
| $H_2$ costs with cost increase | 11.5 | 18.8 | $h = f + g$ | Calculated value |
| Factor increase over Jacobson et al. (2015b) $H_2$ costs | 10.0 | 5.26 | $i = \dfrac{h}{g}$ | Calculated value |
| Data from Jacobson et al. (2005) reflect Table S2, pages 22-23, in the Supporting Online Information. Calculations and figures shown to three significant digits places. Asterisks (*) denote figures provided by Jacobson et al. (2005) shown to fewer than three significant digits. Figures may not calculate due to rounding. | | | | |

1452

---

[44] Jacobson et al. (2015b), page 15061, Table 1, column "(6) 2050 load used for $H_2$ production and compression," row "All Sectors".

[45] When equipment is sized, it is generally oversized from a theoretical estimate to take into account uncertainty and other issues (e.g., equipment outages). Therefore, the actual capacity factor is likely to be less than nine percent given an increased maximum load.

1453    As indicated in Table C-3, applying the capacity factor derived from the estimates in Jacobson et
1454    al. (2015b) yields a cost of $11.5-$18.8 per kg-$H_2$. This cost exceeds the estimates under high
1455    capacity factors from Jacobson et al. (2005) by a factor of 5.3 to a factor of 10. Therefore, based
1456    on a misaligned capacity factor, Jacobson's costs for hydrogen storage appear to be
1457    underestimated.
1458
1459    **Issue #4 – Jacobson underestimates hydrogen storage system costs by omitting some types**
1460    **of projects costs.**
1461
1462    As described in Section 4.5.2 of this expert report, Jacobson et al. (2015b) only considers costs
1463    for major pieces of equipment, and not for additional project costs, such as engineering services,
1464    contingencies, interest during construction, and so on. As a result, he underestimates hydrogen
1465    storage system costs.
1466
1467    **Issue #5 – Jacobson substantially revises his hydrogen electrolyzer and compressor costs**
1468    **downward in Jacobson et al. (2018) relative to Jacobson et al. (2015b) with inadequate**
1469    **explanation.**
1470
1471    Table C-4 compares the components comprising hydrogen cost in dollars per kg-$H_2$ between the
1472    estimates in Jacobson et al. (2005), which were brought forward to Jacobson (2015b), and
1473    Jacobson et al. (2018).
1474
1475    *Table C-4: Comparison of Hydrogen Storage Costs ($/kg-$H_2$) from Jacobson et al. (2005) and*
1476    *Jacobson et al. (2018), by Component*

| Component | Jacobson et al. (2005) | Jacobson et al. (2018) | | | Source and Derivation |
|---|---|---|---|---|---|
| | | Case A | Case B | Case C | |
| Electrolyzer | $1.19 ($0.39-$2.00) | $0.56 ($0.20-$0.92) | | | 2005: Table C-1 2018: SI, page 7 |
| Compressor | $1.02 ($0.70-$1.34) | $0.37 ($0.15-$0.60) | | | 2005: Table C-1 2018: SI, page 7 |
| Storage | $0.31 | $2.06 | $0.09 | $2.32 | 2005: Table C-1 2018: SI, page 7 (see note 1) |
| Water Costs | $.007 ($.005-$.009) | $.007 ($.005-$.009) | | | 2005: Table C-1 2018: SI, page 7 |
| **Total** | **$2.36 (see note 2)** | **$2.99** | **$1.03** | **$3.26** | Sum of above components |

Totals may not sum due to rounding to two decimal places. Table C-1 refers to the table in this Appendix. "SI" refers to the Supporting Information to Jacobson et al. (2018). Jacobson et al. (2015b) does not provide a breakdown of hydrogen storage costs by component, this table uses the per-component costs as reported in Jacobson et al. (2005), which Jacobson et al. (2015b) cites as a reference with regard to hydrogen storage costs.
Additional notes:
1. The difference in storage costs for the cases in Jacobson et al. (2018) is due to assumptions regarding days of hydrogen storage required as shown in Jacobson et al (2018) Table S1, column j. These are 23 days (Case A), 1 day (Case B), and 26 days (Case C).
2. This is the cost used in Jacobson et al. (2015b). As described in Issue #1 of this appendix, the component costs do not add to this total cost.

1477

1478   As indicated in the first two rows of Table C-4, Jacobson et al. (2018) features a considerably
1479   lower range for compressor costs in dollars per kg-H2 than the range of costs used in Jacobson et
1480   al. (2005). While there is some overlap between the corresponding ranges in electrolyzer costs
1481   between the two publications, the range in Jacobson et al. (2018) generally reflects lower costs.
1482   Jacobson offers no explanation for the decrease in electrolyzer costs by 53% and compressor
1483   costs by 64% in the three years between the publications.[46]

1484

1485   The remaining issues in this Appendix, i.e., Issues #6, #7, and #8 pertain specifically to figures
1486   and calculations performed in Jacobson et al. (2018).

1487

1488   **Issue #6 – Jacobson et al. (2018) repeats the same errors regarding capacity factor as**
1489   **Jacobson et al. (2015b), thereby underestimating hydrogen storage costs.**

1490

1491   Jacobson et al. (2018) does not provide data that aligns to Table S6 of Jacobson et al. (2015b),
1492   which indicated a capacity factor of approximately nine percent. Therefore, it is unclear what the
1493   simulations in Jacobson et al. (2018) indicate regarding the appropriate capacity factor to use for
1494   estimating hydrogen storage costs. Jacobson et al. (2018) state in the SI on page 7 that they use a
1495   capacity factor range of 50-95%, the exact same range assumed in Jacobson et al. (2015b). In
1496   addition, Jacobson et al. (2018) gives no indication that it used the LOADMATCH output to
1497   inform what an appropriate capacity factor should be. If this was done, Jacobson would be able
1498   to specify a capacity factor for each of the three cases (see discussions in Section 4.5.3 and App
1499   C, Issue #3), instead of using a generic range. It is my expert opinion that if the LOADMATCH
1500   output were available for Jacobson et al. (2018), it would reveal a capacity factor much closer to
1501   the 9% from Jacobson et al. (2015b) than the generic 50-95% range.

1502

1503   **Issue #7 – Jacobson et al. (2018) uses an unreasonably low cost of capital, underestimating**
1504   **hydrogen storage costs.**

1505

1506   Through Jacobson et al. (2018), the cost of capital applied is between one percent and three
1507   percent.[47] As described in this expert report in Section 4.5.1, reasonable cost of capital rates
1508   range from 6.2 percent to 7.7 percent; the cost of capital used by Jacobson et al. (2018) is
1509   underestimated. Critically, in Jacobson et al. (2005), the cost of capital used was between six
1510   percent and eight percent. [48]

1511

1512   The higher the cost of capital, the more expensive the financing for the project. By understating
1513   the cost of capital, Jacobson et al. (2018) underestimates hydrogen storage costs.

1514

1515   **Issue #8 – The cost estimates in Jacobson et al. (2018) do not include all relevant project**
1516   **costs for hydrogen storage, thereby underestimating costs.**

1517

1518   Page 7 of the Supporting Information to Jacobson et al. (2018) indicates a capital cost of "1.2-
1519   1.3" applied to electrolyzer costs, compressor costs, and storage costs. As described in Section

---

[46] From Table C-4, ($0.56-$1.19)/$1.19 = a 53% decrease in electrolyzer costs; ($0.37-$1.02)/$1.02 = a 64%
decrease in compressor costs.

[47] Jacobson et al. (2018), SI, Page 30, Table S9, footnote

[48] Jacobson et al. (2005), SI, Page 23, Table S2, row e "interest rate"

1520    4.5.2 of this expert report, the typical range for capital costs for similar projects is 3 to 5, rather
1521    than 1.2 to 1.3.
1522
1523    **Summary – Recalculation of Jacobson et al. (2018) hydrogen costs using realistic inputs.**
1524
1525    This section recalculates the cost of hydrogen using realistic inputs for capacity factor, the cost
1526    of capital, and capital cost multipliers, as well as the combination of all three inputs. The effects
1527    of recalculation of Jacobson et al. (2018) Case A using these realistic inputs is shown below and
1528    reproduced fully in Attachment A to this Appendix, Tables C-A-1 through C-A-5.
1529

1530    • **Jacobson et al. (2018) Case A.** Cost of hydrogen = **$2.99/kgH$_2$**, per Jacobson et al.
1531       (2018), Supporting Information, Page 7, sum of electrolyzer, compressor, storage, and
1532       water costs. See also the derivation in Table C-4. For clarity, this calculation is
1533       reproduced in Table C-A-1.
1534

1535    • **Adjustment: use of capacity factor of 9%.** Resulting cost of hydrogen = **$8.08/kgH$_2$**,
1536       per Table C-A-2.
1537

1538    • **Adjustment: use of cost of capital of 6.2% to 7.7%.** Resulting cost of hydrogen =
1539       **$4.70/kgH$_2$** per Table C-A-3.
1540

1541    • **Adjustment: use of capital cost multipliers of 3 to 5.** Resulting cost of hydrogen =
1542       **$9.10/kgH$_2$** per Table C-A-4.
1543

1544    • **Adjustment: use of capacity factor of 9%, cost of capital of 6.2% to 7.7%, <u>and</u>
1545       capital cost multipliers of 3 to 5.** Resulting cost of hydrogen = **$35.43/kgH$_2$** per Table
1546       C-A-5.
1547

1548    Table C-5 summarizes these resulting costs of hydrogen under the use of realistic inputs.
1549

1550    *Table C-5: Comparison of Hydrogen Storage System Costs under Realistic Inputs*

| Scenario | Hydrogen Storage System Cost | Cost Increase Relative to Jacobson et al. (2018) Case A* |
|---|---|---|
| Jacobson et al. (2018) Case A | $2.99/kgH$_2$ | 1.0 |
| Capacity factor of 9% | $8.08/kgH$_2$ | 2.7 |
| Interest rate of 6.2% to 7.7% | $4.70/kgH$_2$ | 1.6 |
| Capital cost multipliers of 3 to 5 | $9.10/kgH$_2$ | 3.0 |
| Use of all three realistic inputs above | $35.43/kgH$_2$ | 11.8 |
| * Reflects the hydrogen storage system cost in each row divided by the midpoint hydrogen cost in Jacobson et al. (2018) Case A, i.e., $2.99/kgH$_2$. Hydrogen storage system costs reflect final estimates derived in Tables C-A-1 through C-A-5. | | |

1551
1552    If the results of the above analysis, i.e., a cost increase in hydrogen storage system costs by a
1553    factor of 11.8 were relayed into Jacobson et al. (2018), Supporting Information, Table S9, page
1554    28-29, column "North America," row "H$_2$ production/compression/storage," the value of 0.474
1555    ¢/kWh would increase by a factor of 11.8 (i.e., 35.43/2.99) to 5.62 ¢/kWh. The corresponding
1556    Levelized Cost of Energy (LCOE) for all energy would rise by the difference between 5.62

1557   ¢/kWh and 0.474 ¢/kWh, or 5.15 ¢/kWh. Therefore, it would increase from 10.51 ¢/kWh, as
1558   listed Jacobson et al. (2018), Supporting Information, Table S9, page 28-29, column "North
1559   America," row "Total LCOE (¢/kWh-all-energy)" to 15.66 ¢/kWh. Therefore, one can argue that
1560   the total energy costs in Jacobson et al. (2018) should be 49 percent greater (i.e., 5.15/10.51) than
1561   reported in Table S9 for North America, Case A solely as a result of unrealistic inputs in the
1562   calculation of costs for the hydrogen production, compression, and storage system.
1563
1564   Based on this analysis, I conclude that the hydrogen storage costs, and therefore the overall
1565   energy system costs found in Jacobson et al. (2015b) and Jacobson et al. (2018), and relied upon
1566   in his Expert Report, are substantially underestimated.

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*                    **August 13, 2018**
**Expert Report. Howard J. Herzog**

1567
1568                                                    **Appendix C**
1569
1570    **Attachment A: Derivation of Hydrogen Storage System Costs Consistent with Jacobson et al. (2018) Case A under Realistic Inputs**
1571
1572    *Table C-A-1: Derivation of Jacobson et al. (2018) Hydrogen Storage System Costs, with no Input Adjustments*

| Parameter | Low Value | High Value | Calculation | Source |
|---|---|---|---|---|
| *Electrolyzer* | | | | |
| Capital cost ($/kw) | $300 | $450 | $a$ | Jacobson et al. (2018), Supporting Information, page 7 |
| Capacity factor | 0.95 | 0.5 | $b$ | |
| Lifetime, years | 15 | 10 | $c$ | |
| Interest rate | 0.01 | 0.03 | $d$ | Jacobson et al. (2018), Supporting Information, page 30, Footnote to Table S9 |
| Annual charge rate | 0.072 | 0.117 | $e = \frac{d*(1+d)^c}{(1+d)^c - 1}$ | Calculated value |
| Installation factor | 1.2 | 1.3 | $f$ | Jacobson et al. (2018), Supporting Information, page 7 |
| Annualized capital cost, $/kw/yr | 26.0 | 68.6 | $g = f * e * a$ | Calculated value |
| Annual O&M cost factor | 0.015 | 0.015 | $h$ | Jacobson et al. (2018), Supporting Information, page 7 |
| O&M cost, $/kw/yr | 4.50 | 6.75 | $i = h * a$ | Calculated value |
| Total cost, $/kw/yr | 30.5 | 75.3 | $j = g + i$ | Calculated value |
| kWh/kg-$H_2$ | 53.37 | 53.37 | $k$ | Jacobson et al. (2018), Supporting Information, page 7 |
| Hours/year | 8,760 | 8,760 | $l = 24 * 365$ | Calculated value |
| Operating hours/year | 8,322 | 4,380 | $m = l * b$ | Calculated value |
| Cost, $/kg-$H_2$ | 0.195 | 0.918 | $n = j * \frac{k}{m}$ | Calculated value |
| Average of low and high $/kg-$H_2$ | 0.557 | | $o = Average\ of\ n_{low},\ n_{high}$ | Calculated value |

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*    **August 13, 2018**
**Expert Report. Howard J. Herzog**

| Parameter | Low Value | High Value | Calculation | Source |
|---|---|---|---|---|
| *Compressor* | | | | |
| Capital cost ($) | 400,000 | 515,000 | $p$ | Jacobson et al. (2018), Supporting Information, page 7 |
| Annualized capital cost, $/yr | 34,619 | 78,486 | $q = f * e * p$ | Calculated value |
| O&M cost, $/yr | 6,000 | 7,725 | $r = h * p$ | Calculated value |
| Total annualized cost, $/yr | 40,619 | 86,211 | $s = q + r$ | Calculated value |
| Compressor rate, kg-$H_2$/hr | 33 | 33 | $t$ | Jacobson et al. (2018), Supporting Information, page 7 |
| Cost, $/kg-$H_2$ | 0.148 | 0.596 | $u = \dfrac{s}{(t*m)}$ | Calculated value |
| Average of low and high $/kg-$H_2$ | 0.372 | | $v = Average\ of\ u_{low},\ u_{high}$ | Calculated value |
| *Storage Equipment* | | | | |
| Capital cost ($/kg-$H_2$) | 450 | 550 | $w$ | Jacobson et al. (2018), Supporting Information, page 7 |
| Lifetime, years | 50 | 30 | $x$ | |
| Annual charge rate | 0.0255 | 0.0510 | $y = \dfrac{d*(1+d)^x}{(1+d)^x - 1}$ | Calculated value |
| Annualized capital cost, $/kg-$H_2$/yr | 13.8 | 36.5 | $z = f * y * w$ | Calculated value |
| O&M cost, $/kg-$H_2$/yr | 6.75 | 8.25 | $aa = h * w$ | Calculated value |
| Total annualized cost, $/kg-$H_2$/yr | 20.5 | 44.7 | $ab = aa + z$ | Calculated value |
| Days of hydrogen storage | 23 | 23 | $ac$ | Jacobson et al. (2018), Supporting Information, Table S1 |
| Cost, $/kg-$H_2$ | 1.29 | 2.82 | $ad = ab * \dfrac{ac}{365}$ | Calculated value to adjust cost for fraction of year that hydrogen is stored |
| Average of low and high $/kg-$H_2$ | 2.06 | | $ae = Average\ of\ ad_{low},\ ad_{high}$ | Calculated value |
| *Cost summary, $/kg-$H_2$* | | | | |
| Electrolyzer | 0.557 | | $o$ | Matches numbers in Jacobson et al. (2018), Supporting Information, page 7 |
| Compressor | 0.372 | | $v$ | |
| Storage | 2.06 | | $ae$ | |
| Water | 0.00708 | | $af = \dfrac{0.00472 + 0.00944}{2}$ | Jacobson et al. (2018), Supporting Information, page 7 (Electrolyzer paragraph) |
| **Cost of $H_2$ storage system** | **$2.99/kg-$H_2$** | | $o + v + ae + af$ | Calculated value |
| Note: Figures may not calculate due to rounding. | | | | |

1573
1574

1575 *Table C-A-2: Derivation of Jacobson et al. (2018) Hydrogen Storage System Costs, Adjusted for 9% Capacity Factor*
1576 *Highlighted values reflect adjusted inputs*

| Parameter | Low Value | High Value | Calculation | Source |
|---|---|---|---|---|
| *Electrolyzer* | | | | |
| Capital cost ($/kw) | $300 | $450 | $a$ | Jacobson et al. (2018), Supporting Information, page 7 |
| Capacity factor | 0.09 | 0.09 | $b$ | Adjusted input, see discussion in Issues #3 and #6 of Appendix C |
| Lifetime, years | 15 | 10 | $c$ | Jacobson et al. (2018), Supporting Information, page 7 |
| Interest rate | 0.01 | 0.03 | $d$ | Jacobson et al. (2018), Supporting Information, page 30, Footnote to Table S9 |
| Annual charge rate | 0.072 | 0.117 | $e = \frac{d*(1+d)^c}{(1+d)^c - 1}$ | Calculated value |
| Installation factor | 1.2 | 1.3 | $f$ | Jacobson et al. (2018), Supporting Information, page 7 |
| Annualized capital cost, $/kw/yr | 26.0 | 68.6 | $g = f * e * a$ | Calculated value |
| Annual O&M cost factor | 0.015 | 0.015 | $h$ | Jacobson et al. (2018), Supporting Information, page 7 |
| O&M cost, $/kw/yr | 4.50 | 6.75 | $i = h * a$ | Calculated value |
| Total cost, $/kw/yr | 30.5 | 75.3 | $j = g + i$ | Calculated value |
| kWh/kg-$H_2$ | 53.37 | 53.37 | $k$ | Jacobson et al. (2018), Supporting Information, page 7 |
| Hours/year | 8,760 | 8,760 | $l = 24 * 365$ | Calculated value |
| Operating hours/year | 788 | 788 | $m = l * b$ | Calculated value |
| Cost, $/kg-$H_2$ | 2.06 | 5.10 | $n = j * \frac{k}{m}$ | Calculated value |
| Average of low and high $/kg-$H_2$ | 3.58 | | $o = $ Average of $n_{low}, n_{high}$ | Calculated value |
| *Compressor* | | | | |
| Capital cost ($) | 400,000 | 515,000 | $p$ | Jacobson et al. (2018), Supporting Information, page 7 |
| Annualized capital cost, $/yr | 34,619 | 78,486 | $q = f * e * p$ | Calculated value |
| O&M cost, $/yr | 6,000 | 7,725 | $r = h * p$ | Calculated value |
| Total annualized cost, $/yr | 40,619 | 86,211 | $s = q + r$ | Calculated value |
| Compressor rate, kg-$H_2$/hr | 33 | 33 | $t$ | Jacobson et al. (2018), Supporting |

| Parameter | Low Value | High Value | Calculation | Source |
|---|---|---|---|---|
| | | | | Information, page 7 |
| Cost, \$/kg-$H_2$ | 1.56 | 3.31 | $u = \dfrac{s}{(t*m)}$ | Calculated value |
| Average of low and high \$/kg-$H_2$ | 2.44 | | $v = Average\ of\ u_{low},\ u_{high}$ | Calculated value |
| *Storage Equipment* | | | | |
| Capital cost (\$/kg-$H_2$) | 450 | 550 | $w$ | Jacobson et al. (2018), Supporting |
| Lifetime, years | 50 | 30 | $x$ | Information, page 7 |
| Annual charge rate | 0.0255 | 0.0510 | $y = \dfrac{d*(1+d)^x}{(1+d)^x - 1}$ | Calculated value |
| Annualized capital cost, \$/kg-$H_2$/yr | 13.8 | 36.5 | $z = f * y * w$ | Calculated value |
| O&M cost, \$/kg-$H_2$/yr | 6.75 | 8.25 | $aa = h * w$ | Calculated value |
| Total annualized cost, \$/kg-$H_2$/yr | 20.5 | 44.7 | $ab = aa + z$ | Calculated value |
| Days of hydrogen storage | 23 | 23 | $ac$ | Jacobson et al. (2018), Supporting Information, Table S1 |
| Cost, \$/kg-$H_2$ | 1.29 | 2.82 | $ad = ab * \dfrac{ac}{365}$ | Calculated value to adjust cost for fraction of year that hydrogen is stored |
| Average of low and high \$/kg-$H_2$ | 2.06 | | $ae = Average\ of\ ad_{low},\ ad_{high}$ | Calculated value |
| *Cost summary, \$/kg-$H_2$* | | | | |
| Electrolyzer | 3.58 | | $o$ | See above |
| Compressor | 2.44 | | $v$ | See above |
| Storage | 2.06 | | $ae$ | See above |
| Water | 0.00708 | | $af = \dfrac{0.00472 + 0.00944}{2}$ | Jacobson et al. (2018), Supporting Information, page 7 (Electrolyzer paragraph) |
| **Cost of $H_2$ storage system** | **\$8.08/kg-$H_2$** | | $o + v + ae + af$ | Calculated value |
| Note: Figures may not calculate due to rounding. | | | | |

1577
1578

49

1579 *Table C-A-3: Derivation of Jacobson et al. (2018) Hydrogen Storage System Costs, Adjusted for Cost of Capital of 6.2% to 7.7%*
1580 *Highlighted values reflect adjusted inputs*

| Parameter | Low Value | High Value | Calculation | Source |
|---|---|---|---|---|
| *Electrolyzer* | | | | |
| Capital cost ($/kw) | $300 | $450 | $a$ | Jacobson et al. (2018), Supporting Information, page 7 |
| Capacity factor | 0.95 | 0.50 | $b$ | |
| Lifetime, years | 15 | 10 | $c$ | |
| Interest rate | 0.062 | 0.077 | $d$ | Adjusted input, see discussion in Issue #7 of Appendix C and Section 4.5.1 of this expert report |
| Annual charge rate | 0.104 | 0.147 | $e = \frac{d*(1+d)^c}{(1+d)^c-1}$ | Calculated value |
| Installation factor | 1.2 | 1.3 | $f$ | Jacobson et al. (2018), Supporting Information, page 7 |
| Annualized capital cost, $/kw/yr | 37.6 | 86.0 | $g = f * e * a$ | Calculated value |
| Annual O&M cost factor | 0.015 | 0.015 | $h$ | Jacobson et al. (2018), Supporting Information, page 7 |
| O&M cost, $/kw/yr | 4.50 | 6.75 | $i = h * a$ | Calculated value |
| Total cost, $/kw/yr | 42.1 | 92.8 | $j = g + i$ | Calculated value |
| kWh/kg-$H_2$ | 53.37 | 53.37 | $k$ | Jacobson et al. (2018), Supporting Information, page 7 |
| Hours/year | 8,760 | 8,760 | $l = 24 * 365$ | Calculated value |
| Operating hours/year | 8,322 | 4,380 | $m = l * b$ | Calculated value |
| Cost, $/kg-$H_2$ | 0.270 | 1.13 | $n = j * \frac{k}{m}$ | Calculated value |
| Average of low and high $/kg-$H_2$ | 0.700 | | $o = Average\ of\ n_{low},\ n_{high}$ | Calculated value |
| *Compressor* | | | | |
| Capital cost ($) | 400,000 | 515,000 | $p$ | Jacobson et al. (2018), Supporting Information, page 7 |
| Annualized capital cost, $/yr | 50,070 | 98,429 | $q = f * e * p$ | Calculated value |
| O&M cost, $/yr | 6,000 | 7,725 | $r = h * p$ | Calculated value |
| Total annualized cost, $/yr | 56,070 | 106,154 | $s = q + r$ | Calculated value |
| Compressor rate, kg-$H_2$/hr | 33 | 33 | $t$ | Jacobson et al. (2018), Supporting Information, page 7 |
| Cost, $/kg-$H_2$ | 0.204 | 0.734 | $u = \frac{s}{(t*m)}$ | Calculated value |

| Parameter | Low Value | High Value | Calculation | Source |
|---|---|---|---|---|
| Average of low and high $/kg-$H_2$ | 0.469 | | $v = Average\ of\ u_{low},\ u_{high}$ | Calculated value |
| *Storage Equipment* | | | | |
| Capital cost ($/kg-$H_2$) | 450 | 550 | $w$ | Jacobson et al. (2018), Supporting |
| Lifetime, years | 50 | 30 | $x$ | Information, page 7 |
| Annual charge rate | 0.0652 | 0.0863 | $y = \frac{d*(1+d)^x}{(1+d)^x - 1}$ | Calculated value |
| Annualized capital cost, $/kg-$H_2$/yr | 35.2 | 61.7 | $z = f * y * w$ | Calculated value |
| O&M cost, $/kg-$H_2$/yr | 6.75 | 8.25 | $aa = h * w$ | Calculated value |
| Total annualized cost, $/kg-$H_2$/yr | 42.0 | 70.0 | $ab = aa + z$ | Calculated value |
| Days of hydrogen storage | 23 | 23 | $ac$ | Jacobson et al. (2018), Supporting Information, Table S1 |
| Cost, $/kg-$H_2$ | 2.64 | 4.41 | $ad = ab * \frac{ac}{365}$ | Calculated value to adjust cost for fraction of year that hydrogen is stored |
| Average of low and high $/kg-$H_2$ | 3.53 | | $ae = Average\ of\ ad_{low},\ ad_{high}$ | Calculated value |
| *Cost summary, $/kg-$H_2$* | | | | |
| Electrolyzer | 0.700 | | $o$ | See above |
| Compressor | 0.469 | | $v$ | See above |
| Storage | 3.53 | | $ae$ | See above |
| Water | 0.00708 | | $af = \frac{0.00472 + 0.00944}{2}$ | Jacobson et al. (2018), Supporting Information, page 7 (Electrolyzer paragraph) |
| **Cost of H₂ storage system** | **$4.70/kg-$H_2$** | | $o + v + ae + af$ | Calculated value |
| Note: Figures may not calculate due to rounding. | | | | |

1581
1582

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*          **August 13, 2018**
**Expert Report. Howard J. Herzog**

1583 *Table C-A-4: Derivation of Jacobson et al. (2018) Hydrogen Storage System Costs, Adjusted for Capital Cost Multipliers of 3 to 5*
1584 *Highlighted values reflect adjusted inputs*

| Parameter | Low Value | High Value | Calculation | Source |
|---|---|---|---|---|
| *Electrolyzer* | | | | |
| Capital cost ($/kw) | $300 | $450 | $a$ | Jacobson et al. (2018), Supporting Information, page 7 |
| Capacity factor | 0.95 | 0.5 | $b$ | |
| Lifetime, years | 15 | 10 | $c$ | |
| Interest rate | 0.01 | 0.03 | $d$ | Jacobson et al. (2018), Supporting Information, page 30, Footnote to Table S9 |
| Annual charge rate | 0.072 | 0.117 | $e = \frac{d*(1+d)^c}{(1+d)^c - 1}$ | Calculated value |
| Installation factor | 3.0 | 5.0 | $f$ | Adjusted input, see discussion of Issue #8 in Appendix C and Section 4.5.2 of this expert report |
| Annualized capital cost, $/kw/yr | 64.9 | 264 | $g = f * e * a$ | Calculated value |
| Annual O&M cost factor | 0.015 | 0.015 | $h$ | Jacobson et al. (2018), Supporting Information, page 7 |
| O&M cost, $/kw/yr | 4.50 | 6.75 | $i = h * a$ | Calculated value |
| Total cost, $/kw/yr | 69.4 | 271 | $j = g + i$ | Calculated value |
| kWh/kg-$H_2$ | 53.37 | 53.37 | $k$ | Jacobson et al. (2018), Supporting Information, page 7 |
| Hours/year | 8,760 | 8,760 | $l = 24 * 365$ | Calculated value |
| Operating hours/year | 8,322 | 4,380 | $m = l * b$ | Calculated value |
| Cost, $/kg-$H_2$ | 0.445 | 3.30 | $n = j * \frac{k}{m}$ | Calculated value |
| Average of low and high $/kg-$H_2$ | 1.87 | | $o = Average\ of\ n_{low},\ n_{high}$ | Calculated value |
| *Compressor* | | | | |
| Capital cost ($) | 400,000 | 515,000 | $p$ | Jacobson et al. (2018), Supporting Information, page 7 |
| Annualized capital cost, $/yr | 86,549 | 301,869 | $q = f * e * p$ | Calculated value |
| O&M cost, $/yr | 6,000 | 7,725 | $r = h * p$ | Calculated value |
| Total annualized cost, $/yr | 92,549 | 309,594 | $s = q + r$ | Calculated value |
| Compressor rate, kg-$H_2$/hr | 33 | 33 | $t$ | Jacobson et al. (2018), Supporting Information, page 7 |

| Parameter | Low Value | High Value | Calculation | Source |
|---|---|---|---|---|
| Cost, \$/kg-H$_2$ | 0.337 | 2.14 | $u = \dfrac{s}{(t*m)}$ | Calculated value |
| Average of low and high \$/kg-H$_2$ | 1.24 | | $v = Average\ of\ u_{low},\ u_{high}$ | Calculated value |
| *Storage Equipment* | | | | |
| Capital cost (\$/kg-H$_2$) | 450 | 550 | $w$ | Jacobson et al. (2018), Supporting |
| Lifetime, years | 50 | 30 | $x$ | Information, page 7 |
| Annual charge rate | 0.0255 | 0.0510 | $y = \dfrac{d*(1+d)^x}{(1+d)^x - 1}$ | Calculated value |
| Annualized capital cost, \$/kg-H$_2$/yr | 34.4 | 140 | $z = f * y * w$ | Calculated value |
| O&M cost, \$/kg-H$_2$/yr | 6.75 | 8.25 | $aa = h * w$ | Calculated value |
| Total annualized cost, \$/kg-H$_2$/yr | 41.2 | 149 | $ab = aa + z$ | Calculated value |
| Days of hydrogen storage | 23 | 23 | $ac$ | Jacobson et al. (2018), Supporting Information, Table S1 |
| Cost, \$/kg-H$_2$ | 2.60 | 9.36 | $ad = ab * \dfrac{ac}{365}$ | Calculated value to adjust cost for fraction of year that hydrogen is stored |
| Average of low and high \$/kg-H$_2$ | 5.98 | | $ae = Average\ of\ ad_{low},\ ad_{high}$ | Calculated value |
| *Cost summary, \$/kg-H$_2$* | | | | |
| Electrolyzer | 1.87 | | $o$ | See above |
| Compressor | 1.24 | | $v$ | See above |
| Storage | 5.98 | | $ae$ | See above |
| Water | 0.00708 | | $af = \dfrac{0.00472 + 0.00944}{2}$ | Jacobson et al. (2018), Supporting Information, page 7 (Electrolyzer paragraph) |
| **Cost of H$_2$ storage system** | **\$9.10/kg-H$_2$** | | $o + v + ae + af$ | Calculated value |
| Note: Figures may not calculate due to rounding. | | | | |

1585
1586

53

1587 *Table C-A-5: Derivation of Jacobson et al. (2018) Hydrogen Storage System Costs, Adjusted for Capacity Factor of 9%, Cost of Capital of 6.2% to*
1588 *7.7%, and Capital Cost Multipliers of 3 to 5*
1589 *Highlighted values reflect adjusted inputs*

| Parameter | Low Value | High Value | Calculation | Source |
|---|---|---|---|---|
| *Electrolyzer* | | | | |
| Capital cost ($/kw) | $300 | $450 | $a$ | Jacobson et al. (2018), Supporting Information, page 7 |
| Capacity factor | 0.09 | 0.09 | $b$ | Adjusted input, see discussion in Issues #3 and #6 of Appendix C |
| Lifetime, years | 15 | 10 | $c$ | Jacobson et al. (2018), Supporting Information, page 7 |
| Interest rate | 0.062 | 0.077 | $d$ | Adjusted input, see discussion in Issue #7 of Appendix C and Section 4.5.1 of this expert report |
| Annual charge rate | 0.104 | 0.147 | $e = \frac{d*(1+d)^c}{(1+d)^c-1}$ | Calculated value |
| Installation factor | 3.0 | 5.0 | $f$ | Adjusted input, see discussion of Issue #8 in Appendix C and Section 4.5.2 of this expert report |
| Annualized capital cost, $/kw/yr | 93.9 | 331 | $g = f * e * a$ | Calculated value |
| Annual O&M cost factor | 0.015 | 0.015 | $h$ | Jacobson et al. (2018), Supporting Information, page 7 |
| O&M cost, $/kw/yr | 4.50 | 6.75 | $i = h * a$ | Calculated value |
| Total cost, $/kw/yr | 98.4 | 338 | $j = g + i$ | Calculated value |
| kWh/kg-$H_2$ | 53.37 | 53.37 | $k$ | Jacobson et al. (2018), Supporting Information, page 7 |
| Hours/year | 8,760 | 8,760 | $l = 24 * 365$ | Calculated value |
| Operating hours/year | 788 | 788 | $m = l * b$ | Calculated value |
| Cost, $/kg-$H_2$ | 6.66 | 22.85 | $n = j * \frac{k}{m}$ | Calculated value |
| Average of low and high $/kg-$H_2$ | 14.75 | | $o = Average\ of\ n_{low},\ n_{high}$ | Calculated value |

| Parameter | Low Value | High Value | Calculation | Source |
|---|---|---|---|---|
| *Compressor* | | | | |
| Capital cost ($) | 400,000 | 515,000 | $p$ | Jacobson et al. (2018), Supporting Information, page 7 |
| Annualized capital cost, $/yr | 125,175 | 378,574 | $q = f * e * p$ | Calculated value |
| O&M cost, $/yr | 6,000 | 7,725 | $r = h * p$ | Calculated value |
| Total annualized cost, $/yr | 131,175 | 386,299 | $s = q + r$ | Calculated value |
| Compressor rate, kg-$H_2$/hr | 33 | 33 | $t$ | Jacobson et al. (2018), Supporting Information, page 7 |
| Cost, $/kg-$H_2$ | 5.04 | 14.85 | $u = \dfrac{s}{(t*m)}$ | Calculated value |
| Average of low and high $/kg-$H_2$ | 9.94 | | $v = Average\ of\ u_{low},\ u_{high}$ | Calculated value |
| *Storage Equipment* | | | | |
| Capital cost ($/kg-$H_2$) | 450 | 550 | $w$ | Jacobson et al. (2018), Supporting Information, page 7 |
| Lifetime, years | 50 | 30 | $x$ | |
| Annual charge rate | 0.0652 | 0.0863 | $y = \dfrac{d*(1+d)^x}{(1+d)^x - 1}$ | Calculated value |
| Annualized capital cost, $/kg-$H_2$/yr | 88.1 | 237 | $z = f * y * w$ | Calculated value |
| O&M cost, $/kg-$H_2$/yr | 6.75 | 8.25 | $aa = h * w$ | Calculated value |
| Total annualized cost, $/kg-$H_2$/yr | 94.8 | 246 | $ab = aa + z$ | Calculated value |
| Days of hydrogen storage | 23 | 23 | $ac$ | Jacobson et al. (2018), Supporting Information, Table S1 |
| Cost, $/kg-$H_2$ | 5.97 | 15.48 | $ad = ab * \dfrac{ac}{365}$ | Calculated value to adjust cost for fraction of year that hydrogen is stored |
| Average of low and high $/kg-$H_2$ | 10.73 | | $ae = Average\ of\ ad_{low},\ ad_{high}$ | Calculated value |
| *Cost summary, $kg-$H_2$* | | | | |
| Electrolyzer | 14.75 | | $o$ | See above |
| Compressor | 9.94 | | $v$ | See above |
| Storage | 10.73 | | $ae$ | See above |
| Water | 0.00708 | | $af = \dfrac{0.00472 + 0.00944}{2}$ | Jacobson et al. (2018), Supporting Information, page 7 (Electrolyzer paragraph) |
| **Cost of $H_2$ storage system** | **$35.43/kg-$H_2$** | | $o + v + ae + af$ | Calculated value |
| Note: Figures may not calculate due to rounding. | | | | |

1590

1591 **Appendix D: Assessment of Jacobson's Methods for Calculating Underground Thermal**
1592 **Energy Storage (UTES) Costs**
1593
1594 This appendix provides detail on Jacobson's methods for calculating the costs of underground
1595 thermal energy storage (UTES) to be used as a component of his proposed 100% WWS energy
1596 system.
1597
1598 **Issue #1 – Jacobson does not adequately document the sources for his UTES capital costs.**
1599
1600 Jacobson et al. (2015b), Supplementary Information, Table S1, indicates capital costs for UTES
1601 at $0.90/maximum-deliverable-kWh$_{th}$, with a broader range of $0.071-$1.71/maximum-
1602 deliverable-kWh$_{th}$.[49] Footnote 5 to Table S1 cites this figure to references (39) and (30), which
1603 are Gaine and Duffy (2010)[50] and Rehau (2011),[51] respectively, per page 27 of the
1604 Supplementary Information to Jacobson et al. (2015b).
1605
1606 My review of these two sources indicates that neither source contains capital costs nor do they
1607 suggest values for capital costs for UTES. Jacobson's UTES capital costs are therefore lacking in
1608 valid sourcing.
1609
1610 **Issue #2 – Jacobson substantially underestimate UTES capital costs.**
1611
1612 The lack of valid sourcing indicated in Issue #1 notwithstanding, the capital costs used in
1613 Jacobson et al. (2015b) for UTES are underestimated. Combining the capital cost estimate of
1614 $0.90 ($0.071-$1.71)/maximum-deliverable-kWh$_{th}$ with the energy storage capacity of 514.6
1615 TWh in the same table yields a total capital cost investment figure of $463 billion, with a range
1616 of $37 billion to $880 billion.[52]
1617
1618 Clack (2017) notes with regard to UTES capital costs: "the known capital costs for the Drake
1619 Landing system suggest a UTES installation cost of at least $1.8 trillion for [Jacobson's
1620 proposed] 100% wind, solar and hydroelectric power system."[53] Clack's estimate of $1.8 trillion,

---

[49] Specifically, these figures are located in Jacobson et al. (2015b), Supplementary Information, Table S1, column "Capital cost of storage beyond power generation ($/maximum-deliverable-kWh-th)," row "UTES."

[50] Gaine K, Duffy A (2010) A life cycle cost analysis of large-scale thermal energy storage for buildings using combined heat and power. *Zero Emission Buildings Conference Proceedings*, eds Haase M, Andresen I, Hestnes A (Trondheim, Norway), 7-8 June 2010.

[51] Rehau (2011) Underground thermal energy storage. Available at
http://www.igshpa.okstate.edu/membership/members_only/proceedings/2011/100611-1030-BChristopher%
20Fox%20-%20Rehau%20-%20Underground%20Thermal%20Energy%20Storage.pdf. Accessed December 27, 2014.

[52] Jacobson et al. (2015b), Supplementary Information, Table S1, row "UTES," column "Capital cost of storage beyond power generation ($/maximum-deliverable-kWh-th)," yields the $0.90 ($0.071-$1.71) estimate; column "Assumed energy storage capacity (maximum-deliverable TWh)" yields the 514.6 estimate. 514.6 x $0.90 = $463 billion; 514.6 x $0.071 = $38 billion, 514.6 x $1.71 = $880 billion. There are 1 billion kilowatts in a terawatt, therefore multiplying the figure in dollars per kilowatt-hour by the figure in terawatt hours translates the dollar figure into the billions.

[53] Clack CTM, et al. (2017) Evaluation of a proposal for reliable low-cost grid power with 100% wind, water, and solar. Proc Natl Acad Sci USA 114:6722–6727, page 6727. Clack indicates that the Drake's Landing system's costs

1621   based on the same project which Jacobson references as a demonstration of UTES storage, is
1622   nearly four times as high as Jacobson's central estimate of $463 billion, and more than double
1623   the high end of Jacobson's estimated range of $880 billion. This analysis shows that Jacobson's
1624   estimates for UTES capital costs are underestimated.
1625
1626   **Issue #3 – Jacobson understates UTES capital costs by using an unrealistically low cost of
1627   capital.**
1628
1629   As discussed in Section 4.5.1 of this expert report, Jacobson relies on the use of very low,
1630   unrealistic cost of capital rates. Jacobson et al. (2015b), Table 2, page 15063, row "All storage
1631   except H2 (¢/kWh)" reports energy costs of 0.33 (0.062-0.75) for all energy storage but
1632   hydrogen. Of this 0.33 central estimate, 0.22 ¢/kWh is for UTES.[54]
1633
1634   Using the UTES capital cost of $463 billion (see Issue #2) and cost of capital used in the calculus
1635   is a more realistic weighted average cost of capital (WACC) from Lazard (2017) of 7.7% under a
1636   20-year economic lifetime,[55] the corresponding UTES cost is 0.39 ¢/kWh, rather than the 0.22
1637   ¢/kWh estimated in Jacobson et al. (2015b), as indicated in Table D-A-2 of the Attachment to
1638   this Appendix.
1639
1640   **Issue #4 – Jacobson does not acknowledge that retrofit costs for UTES systems will be
1641   substantially higher compared to "greenfield" situations such as Drake's Landing.**
1642
1643   Drake's Landing comprised a new build project. However, most places where UTES will be
1644   applied in Jacobson's proposed energy systems will require retrofitting. It is generally accepted
1645   that retrofit projects of this nature are usually more expensive than new build or "greenfield"
1646   projects.
1647
1648   **Summary – Recalculation of Jacobson's UTES costs using realistic inputs.**
1649
1650   Starting with a UTES capital cost of $1.8 trillion (see Issue #2) and WACC of 7.7% with a 20
1651   year economic lifetime (see Issue #3),  the corresponding UTES cost is 1.50¢/kWh, rather than
1652   the 0.22 ¢/kWh estimated in Jacobson et al. (2015b), as indicated in Table D-A-3 of the
1653   Attachment to this Appendix.
1654
1655   Presently, Jacobson et al. (2015b), Table 2, page 15063, row "2050 total LCOE (¢/kWh-to-load)
1656   in 2013 dollars" indicates a central estimate cost of 11.37 ¢/kWh. Under the scenario with
1657   adjusted, realistic capital cost and cost of capital, the central estimate cost for 2050 total LCOE
1658   would instead be 12.65 ¢/kWh, or 11.37 plus the difference between 1.50 ¢/kWh and 0.22
1659   ¢/kWh, or 1.28 ¢/kWh. This reflects an increase in total energy costs of over 11 percent, i.e.,
1660   12.65 / 11. 37 = 1.113.
1661

---

imply a cost of $3.5 billion (2015$) per TWh. $3.5 billion multiplied 514.6 TWh of UTES storage as estimated in
Table S1 of Jacobson et al. (2015b) yields approximately $1.8 trillion, as estimated by Clack here.

[54] A detailed derivation is available in Attachment A to Appendix D, Table D-A-1.

[55] Lazard, "Lazard's Levelized Cost of Energy Analysis - Version 11.0" (2017), page 14.  Available at
https://www.lazard.com/media/450337/lazard-levelized-cost-of-energy-version-110.pdf

1662    Therefore, based solely on Jacobson's unrealistic and unsubstantiated inputs for UTES capital
1663    costs, the costs of Jacobson's entire 100% WWS energy system appear to be understated by over
1664    11 percent.

1665
1666                                    **Appendix D**
1667
1668            **Attachment A: Derivation of Energy Costs with Realistic Inputs for UTES**
1669
1670    *Table D-A-1: Derivation of Jacobson et al. (2015b) "All storage except $H_2$" Costs, Consistent with Jacobson et al. (2015b) Table 2*

| Parameter | Low Value | Mid Value | High Value | Calculation | Source |
|---|---|---|---|---|---|
| Capital cost of storage beyond power generation (\$/maximum deliverable-kWh$_{th}$) | | | | | |
| PHS | 12 | 14 | 16 | *a* | |
| STES | 0.13 | 6.5 | 12.9 | *b* | Jacobson et al. (2015b), |
| PCM-ice | 12.9 | 36.7 | 64.5 | *c* | Supporting Information, Table S1 |
| PCM-CSP | 10 | 15.3 | 20 | *d* | |
| UTES | 0.071 | 0.90 | 1.71 | *e* | |
| Assumed energy storage capacity (maximum deliverable TWh) | | | | | |
| PHS | | 0.808 | | *f* | |
| STES | | 0.590 | | *g* | |
| PCM-ice | | 0.253 | | *h* | Jacobson et al. (2015b), |
| PCM-CSP | | 13.26 | | *i* | Supporting Information, Table S1 |
| UTES | | 514.6 | | *j* | |
| Total capital cost (\$ billions) | | | | | |
| PHS | 9.7 | 11.3 | 12.9 | $k = a * f$ | |
| STES | 0.1 | 3.8 | 7.6 | $l = b * g$ | |
| PCM-ice | 3.3 | 9.3 | 16.3 | $m = c * h$ | |
| PCM-CSP | 132.6 | 202.9 | 265.2 | $n = d * i$ | Calculated values |
| UTES | 36.5 | 463.1 | 880.0 | $o = e * j$ | |
| **Total Capital Cost** | 182.2 | 690.5 | 1,182.0 | $p = k + l + m + n + o$ | |
| Interest Rate | 0.015 | 0.03 | 0.045 | *q* | Jacobson et al. (2015b), Table 2, |
| Lifetime | 35 | 30 | 25 | *r* | note j |
| Annual Charge Rate | 0.037 | 0.051 | 0.067 | $s = \dfrac{q*(1+q)^r}{(1+q)^r - 1}$ | Calculated value |
| Annual Capital Cost, Total | 6.73 | 35.23 | 79.71 | $t = s * p$ | |
| Annual O&M Cost Factor | 0.01 | 0.015 | 0.02 | *u* | Jacobson et al. (2015a), Supporting Information, Table S11 |

**59**

| Parameter | Low Value | Mid Value | High Value | Calculation | Source |
|---|---|---|---|---|---|
| Annual O&M Cost, Total | 1.82 | 10.36 | 23.64 | $v = p * u$ | Calculated value |
| Terrawatt-hours/year (TWh/yr) | | 13,783 | | $w = 86,295 / 6$ | Jacobson et al. (2015b), Table 2, "Total load met over 6 y" |
| **All storage except H$_2$ (¢/kWh)** | **0.062** | **0.33** | **0.75** | $x = 100* \frac{t+v}{w}$ | **Matches Jacobson et al. (2015b), Table 2** |
| Annual Capital Cost, UTES only | 1.35 | 23.63 | 59.34 | $y = s * o$ | |
| Annual O&M Cost, UTES only | 0.37 | 6.95 | 17.60 | $z = u * o$ | Calculated values |
| **Storage, UTES only (¢/kWh)** | **0.012** | **0.22** | **0.56** | $aa = 100* \frac{y+z}{w}$ | |
| Note: Figures may not calculate due to rounding. | | | | | |

1671

1672  *Table D-A-2: Derivation of Jacobson et al. (2015b) UTES Costs, Adjusted for 7.7% Cost of Capital and 20-Year Project Lifetime*
1673  *Highlighted values reflect adjusted inputs*

| Parameter | Mid Value | Calculation | Source |
|---|---|---|---|
| Capital cost of storage beyond power generation ($/maximum deliverable-kWhth) – UTES only | 0.9 | $a$ | Jacobson et al. (2015b), Supporting Information, Table S1 |
| Assumed energy storage capacity (maximum deliverable TWh) – UTES only | 514.6 | $b$ | Jacobson et al. (2015b), Supporting Information, Table S1 |
| Total capital cost, $billions – UTES only | 463.1 | $c = a * b$ | Calculated value |
| Interest Rate | 0.077 | $d$ | Adjusted inputs, see Issue #3 of Appendix D |
| Lifetime | 20 | $e$ | |
| Annual Charge Rate | 0.100 | $f = \frac{d*(1+d)^e}{(1+d)^e - 1}$ | Calculated value |
| Annual O&M Cost Factor | 0.015 | $g$ | Table D-A-1, row u |
| Terrawatt-hours/year (TWh/yr) | 13,783 | $h = 86,295 / 6$ | Table D-A-1, row w |
| Annual Capital Cost, UTES only | 46.1 | $i = f * c$ | Calculated values using adjusted inputs (calculations using Jacobson's inputs in Table D-A-1, rows y, z, aa) |
| Annual O&M Cost, UTES only | 6.95 | $j = g * c$ | |
| **Storage, UTES only (¢/kWh)** | **0.39** | $k = 100* \frac{i+j}{h}$ | |
| Note: Figures may not calculate due to rounding. | | | |

1674

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*    **August 13, 2018**
**Expert Report. Howard J. Herzog**

1675  *Table D-A-3: Derivation of Jacobson et al. (2015b) UTES Costs, Adjusted for 7.7% Cost of Capital, 20-Year Project Lifetime, and $1.8*
1676  *trillion capital cost*
1677  *Highlighted values reflect adjusted inputs*

| Parameter | Mid Value | Calculation | Source |
|---|---|---|---|
| Total capital cost, $billions – UTES only | 1,800 | *a* | Adjusted input, see Issue #2 of Appendix D |
| Interest Rate | 0.077 | *b* | Adjusted inputs, see Issue #3 of Appendix D |
| Lifetime | 20 | *c* | |
| Annual Charge Rate | 0.100 | $d = \dfrac{b*(1+b)^c}{(1+b)^c - 1}$ | Calculated value |
| Annual O&M Cost Factor | 0.015 | *e* | Table D-A-1, row u |
| Terrawatt-hours/year (TWh/yr) | 13,783 | *f = 86,295 / 6* | Table D-A-1, row w |
| Annual Capital Cost, UTES only | 179.3 | *g = a * d* | Calculated values using adjusted inputs (calculations using Jacobson's inputs in Table D-A-1, rows y, z, aa) |
| Annual O&M Cost, UTES only | 27.0 | *h = a * e* | |
| **Storage, UTES only (¢/kWh)** | **1.50** | $i = 100* \dfrac{g+h}{f}$ | |
| Note: Figures may not calculate due to rounding. | | | |

1678 **Appendix E: Assessment of Jacobson's Methods for Calculating Long-Distance**
1679 **Transmission Costs**
1680
1681 This appendix provides detail on Jacobson's methods for calculating the costs of long-distance
1682 transmission required for his proposed 100% WWS energy system.
1683
1684 Jacobson et al. (2015b), Table 2, page 15063, footnote k indicates long-distance transmission
1685 costs of 1.2 (0.3-3.2) ¢/kWh. These costs are also used in Jacobson et al. (2018), as indicated on
1686 page 31 of the Supporting Information, footnote to Table S9. Per references in both Jacobson et
1687 al. (2015b) and Jacobson et al. (2018), these costs can be traced back to Delucchi MA, Jacobson
1688 MZ (2011) Providing all global energy with wind, water, and solar power, part II: Reliability,
1689 system and transmission costs, and policies. *Energy Policy* 39(3):1170–1190, (Delucchi and
1690 Jacobson, 2011), Table A.2a, page 1182, row "Total cost of extra transmission ($/kWh).
1691
1692 **Issue #1 – Jacobson underestimates long-distance transmission costs by failing to correct**
1693 **for dollar-year basis.**
1694
1695 Within Delucchi and Jacobson (2011), Table A.2a, page 1182, costs are clearly indicated as
1696 being on a 2007 year-dollar basis. These costs are imported as is into Jacobson et al. (2015b) and
1697 Jacobson et al. (2018) and represented as 2013 year-dollar basis. There is no correction for year-
1698 dollar basis. Best practices calls for indexing the different dollar year basis (see section 4.5.4).
1699 The Consumer Price Index rose by approximately 12 percent between 2007 and 2013.[56] By
1700 failing to index from the original year-dollar basis in which long-distance transmission costs
1701 were estimated in Jacobson et al. (2011), the figures in Jacobson et al. (2015b) underestimate the
1702 costs for long-distance transmission.
1703
1704 **Issue #2 – The Delucchi and Jacobson (2011) calculations for long-distance transmission**
1705 **costs upon which Jacobson relies appear flawed and erroneous.**
1706
1707 In Delucchi and Jacobson (2011), Table A.2a, page 1182, total transmission system capital costs
1708 are the sum of capital costs for two components:
1709
1710    1) Line, land, and tower – reflected in row "Capital cost of line, land, and tower ($/MW$_{rs}$) in
1711       Table A.2a. – $448,000 ($240,000-$680,000); and
1712
1713    2) Station equipment – reflected in row "Capital cost of station equipment ($/MW$_{rs}$) in
1714       Table A.2a. – $148,000 ($118,000-$177,000).
1715
1716 This sum is $596,000 (358,000-857,000) per megawatt. Costs per megawatt can be converted to
1717 dollars per kilowatt-hour by the following formula (Rubin et al., 2017, page 502):
1718

---

[56] U.S. Department of Labor, Bureau of Labor Statistics, Consumer Price Index Research Series Using Current
Methods (CPI-U-RS), U.S. city average, All items, not seasonally adjusted, December 1977 = 100, available online
at: https://www.bls.gov/cpi/research-series/allitems.pdf. Per these data, the Consumer Price Index averaged 304.6 in
2007 and 342.5 in 2013, suggesting an increase of (342.5/304.6) – 1, or 12.44 percent.

[Equation 1]
$$\frac{Capital\ Cost\ (\$/MW) * Capital\ Charge\ Rate\ (\frac{fraction}{year})}{1000\ \frac{kW}{MW} * 8760\ \frac{hours}{year} * Capacity\ Factor}$$

1719

1720   In Equation 1, the capital charge rate is a function of the interest rate (or weighted average cost of
1721   capital) and project economic lifetime. It is calculated as shown in Equation 2, and can also be
1722   calculated using a spreadsheet's mortgage payment function.
1723

[Equation 2]
$$\frac{r * (1 + r)^T}{(1 + r)^T - 1}$$

1724
1725   *where:*
1726
1727   *r is the interest rate*
1728   *T the economic lifetime in years*
1729

1730   In addition to the annualized capital cost, there are also costs associated with operations and
1731   maintenance (O&M) of the transmission system, which are given as a percentage of the capital
1732   costs. These O&M costs can also be converted to dollars per kilowatt-hour using Equation 3.
1733

[Equation 3]
$$\frac{Capital\ Cost\ (\$/MW) * Fraction\ of\ Capital\ Costs\ per\ year}{1000\ \frac{kW}{MW} * 8760\ \frac{hours}{year} * Capacity\ Factor}$$

1734

1735   Using the above equations, I calculate the cost of extra transmission using the discount rates,
1736   lifetimes, and maintenance costs listed in Table A.2a of Jacobson and Delucchi (2011) as
1737   follows:
1738

1739   • Low-end estimate: = **$0.005/kWh**
1740

1741   • Mid estimate: = **$0.014/kWh**
1742

1743   • High-end estimate: = **$0.0.029/kWh**
1744

1745   The derivations of each of these figures are provided in the Attachment to this appendix, Table
1746   E-A-1.
1747

1748   These results are not consistent with the results reported in Table A.2a of Jacobson and Delucchi
1749   (2011) of $0.012 (0.003-0.032)/kWh, which are then used in Jacobson et al. (2015b) and
1750   Jacobson et al. (2018). However, it appears that if the calculations erroneously 1) assume the
1751   capital charge rate is the same as the discount rate; and 2) ignore the O&M cost component, then

it is possible to reproduce the low-end and mid estimate show in Jacobson and Delucchi (2011), Table A.2a, row "Total cost of extra transmission ($/kWh)," as follows:

- Mid estimate: $\frac{\$596{,}000*0.07}{1000*8760*0.4}$ = **$0.012/kWh**

- Low-end estimate: $\frac{\$358{,}000*0.03}{1000*8760*0.4}$ = **$0.003/kWh**

These derivations of each of these figures are provided in the Attachment to this appendix, Table E-A-2.

However, the same calculation does not yield an estimate commensurate with the value listed in Table A.2a:

- High-end estimate: $\frac{\$857{,}000*0.1}{1000*8760*0.4}$ = **$0.024/kWh** ≠ $0.032/kWh as listed in Table A.2a

From this analysis, as shown in the comparison between tables E-A-1 and E-A-2 in the Attachment to this Appendix, I conclude the following:

- First, there is an inconsistency, using whatever methods Delucchi and Jacobson (2011) applies, in calculating the high-end value for the extra cost of transmission versus the mid and low-end value. I cannot identify a reason for the inconsistency. The simplest explanation I can offer is that it is a calculation error.

- Second, it appears that Delucchi and Jacobson (2011) erroneously uses the discount rate in place of the capital charge rate. When doing this, I could replicate Jacobson's mid and low-end estimate.

- Third, it appears that Delucchi and Jacobson (2011) omits the annual maintenance cost from its calculation of the total cost of long-distance transmission.

**Issue #3 – Comparison of Jacobson's long-distance transmission system capital costs to the capital costs of long-distance transmission projects currently in development further suggests that Jacobson substantially underestimates capital costs for long-distance transmission.**

Jacobson and Delucchi (2011), Table A.2a reports capital costs as $372 ($299-$429)/MW-km in the row "Capital cost of transmission system ($MW$_{rs}$-km)." A note to Table A.2a indicates: "This quantity is calculated for comparison with estimates of total transmission-system capital costs in other studies," but does not list such studies.

Table E-1 provides a comparison of the capital costs for transmission systems in Jacobson and Delucchi (2011) to several long-distance transmission projects currently under development. The four projects in Table E-1 were chosen because their cost numbers have recently been publicly reported.

1797    *Table E-1: Comparison of Costs for Long-Distance Transmission Projects with Jacobson and*
1798    *Delucchi (2011) estimates*

| Project / Scenario | Route | Cost ($ billions) | Length (miles) | Capacity (MW) | $/MW-km | Relative to 2011 Mid Estimate | Relative to 2011 High-End Estimate |
|---|---|---|---|---|---|---|---|
| | | *a* | *b* | *c* | $d = \dfrac{a}{\dfrac{b}{0.62} * c} * 10^9$ | $e = d / \$372$ | $f = d / \$429$ |
| Jacobson and Delucchi (2011) Mid Estimate[a] | -- | $3.0 (est.) | 994 | 5,000 | $372 | 1.0 | 0.9 |
| Jacobson and Delucchi (2011) High-End Estimate[b] | -- | $4.3 (est.) | 1,243 | 5,000 | $429 | 1.2 | 1.0 |
| Northern Pass[c] | Quebec to NH | $1.6 | 192 | 1,090 | $4,751 | 12.8 | 11.1 |
| TransWest Express Transmission Project[d] | WY to CA | $3.0 | 730 | 3,000 | $851 | 2.3 | 2.0 |
| Plains & Eastern Clean Line[e] | OK to Southeast | $2.5 | 700 | 4,000 | $555 | 1.5 | 1.3 |
| Grain Belt Express Clean Line[f] | KS to NE | $2.3 | 780 | 4,000 | $458 | 1.2 | 1.1 |

The factor of 0.62 in the formula for column d reflects the conversion of miles to kilometers using a factor of 0.62137119.

[a] Delucchi and Jacobson (2011), Table A.2a, page 1182. The cost is calculated using the capital cost of the transmission system of $372/MW-km. Miles are converted from kilometers, which are provided at 1,600.

[b] Delucchi and Jacobson (2011), Table A.2a, page 1182. The cost is calculated using the capital cost of the transmission system of $429/MW-km. Miles are converted from kilometers, which are provided at 2,000.

[c] http://www.northernpass.us/project-overview.htm; https://energy.gov/articles/department-energy-approves-presidential-permit-northern-pass-transmission-line-project

[d] How to get Wyoming wind to California", *Technology Review* **121** (2): 16-17 (2018).. Note that capacity for this project is "up to 3,000" and therefore costs presented are a lower-bound estimate. Costs could increase if ultimate capacity is lower than 3,000 MW.

[e] https://www.plainsandeasternccleanline.com/site/page/project-description

[f] https://www.grainbeltexpresscleanline.com/site/home

1799

1800    Each of these four projects features transmission system costs above the range featured in
1801    Delucchi and Jacobson (2011) and used in Jacobson et al. (2015b) and Jacobson et al. (2018) and
1802    therefore in his Expert Report. While these projects are of lower capacity and shorter distances,
1803    the differences in scale alone do not account for this discrepancy. The Northern Pass project is
1804    further along in its development and only needs a final permit – this project has seen cost
1805    escalations as the development process has progressed. Cost escalations have included
1806    concessions required for permission to site the lines, including agreements to bury large sections
1807    of lines. It is reasonable to expect similar cost escalations in the other projects as they move
1808    through their development processes. As a result, projects of this nature will feature final real
1809    costs that exceed their earlier, projected costs.

1810

1811    In summary, my conclusion from this exercise as reported in Table E-1 is that Jacobson
1812    substantially underestimates the capital cost of long-distance transmission lines.

1813

1814     **Issue #4 – Jacobson makes assumptions on a highly-aggregated basis to determine the**
1815     **amount of long-distance transmission necessary, rather than relying on designs and**
1816     **modeling to explore his proposed long-distance transmission system.**
1817

1818     Jacobson does not present any designs or simulations of his proposed long-distance transmission
1819     grid. At no point does he present even a conceptual design. He offers no commentary on how the
1820     long-distance transmission he proposes will interact with the existing grid structure that exists
1821     today, which is divided into three distinct interconnects with almost no electricity moving
1822     between them. Jacobson bases the amount of transmission necessary on two broad assumptions
1823     regarding distance (kilometers) and capacity (megawatts); at no point does he carry out any
1824     conceptual design or modeling to test any of his assumptions or determine whether his proposed
1825     system will suffer from congestion or other challenges.
1826

1827     **Issue #5 – Jacobson uses an unsourced, unvalidated capacity factor for long-distance**
1828     **transmission which results in an underestimation of long-distance transmission costs.**
1829

1830     In Delucchi and Jacobson (2011), Table A.2a, page 1182, the capacity factor of the transmission
1831     system is indicated to be 40 percent, per row "Average transmission current (fraction of current
1832     at rated capacity)." No explanation or justification is provided for this number.
1833

1834     In my opinion, this number is an overestimate: most of the energy supply in Jacobson's proposed
1835     100% WWS system has low capacity factors. Specifically, in Jacobson et al. (2015b),
1836     Supplementary Information, Table S2, page 14, the proposed energy system includes a total of
1837     5,780 gigawatts (5.78 TW) of wind and solar capacity.[57] Jacobson et al. (2015b), Table 2, page
1838     15063, indicates total wind and solar generation of 13,900 TWh/yr.[58] This results in a system
1839     capacity of factor of 27.5 percent (i.e., 13,900 TWh/yr/(5.78 TW*8760hrs/yr) = 0.275).
1840

1841     In my opinion, transmission lines will not have a 40 percent capacity factor when the supply to
1842     those transmission lines is lower, at 27.5 percent. If the capacity factor of these lines is more
1843     realistic, at, for example, 20 percent in lieu of 40 percent, that alone would double the cost for
1844     long-distance transmission used by Jacobson.

---

[57] The 5,780 GW figure is the result of summing the values in the column, "Proposed existing plus new CONUS
2050 installed (GW)" for the first six rows, i.e., Onshore wind, Offshore wind, Residential PV,
Commercial/government PV, Utility-scale PV, and CSP with some storage.

[58] This is calculated by adding the Total WWS supply before T&D losses of wind (43,509 TWh) and solar (39,901
TWh) and dividing by 6 years to get TWh/yr of wind and solar.

*Kelsey Cascadia Rose Juliana, et al. v. United States of America, et al.*          **August 13, 2018**
**Expert Report. Howard J. Herzog**

1845
1846                                          **Appendix E**
1847
1848              **Attachment A: Analysis of Long-Distance Transmission Costs**
1849
1850   *Table E-A-1: Derivation of Long-Distance Transmission Costs based on Inputs and Parameters Provided in Delucchi and Jacobson*
1851   *(2011)*

| Parameter | Low Value | Mid Value | High Value | Calculation | Source |
|---|---|---|---|---|---|
| Capital cost of line, land, and tower ($/MW$_{TS}$) | 240,000 | 448,000 | 680,000 | $a$ | Delucchi and Jacobson (2011), Table A.2a, page 1182 |
| Capital cost of station equipment ($/MW$_{TS}$) | 118,000 | 148,000 | 177,000 | $b$ | |
| Total capital cost ($/MW$_{TS}$) | 358,000 | 596,000 | 857,000 | $c = a + b$ | Calculated value |
| Discount rate | 0.03 | 0.07 | 0.10 | $d$ | Delucchi and Jacobson (2011), Table A.2a, page 1182 |
| Project lifetime – lines and towers (years) | 70 | 60 | 50 | $e$ | |
| Project lifetime – station equipment (years) | 30 | 30 | 30 | $f$ | |
| Capital charge rate – lines and towers | 0.034 | 0.071 | 0.101 | $g = \frac{d*(1+d)^e}{(1+d)^e - 1}$ | Calculated value, see Equation 2 in Appendix E |
| Capital charge rate – station equipment | 0.051 | 0.081 | 0.106 | $h = \frac{d*(1+d)^f}{(1+d)^f - 1}$ | |
| Average transmission current (capacity factor) | 0.4 | 0.4 | 0.4 | $i$ | Delucchi and Jacobson (2011), Table A.2a, page 1182 |
| Hours/year (hrs/yr) | 8,760 | 8,760 | 8,760 | $j = 365 * 24$ | Calculated value |
| Conversion for MW to kW | 1,000 | 1,000 | 1,000 | $k$ | Conversion factor |
| Capital cost, for line, land, and tower ($/kWh) | 0.0024 | 0.0091 | 0.0196 | $l = \frac{a*g}{k*j*i}$ | Calculated value, see Equation 1 in Appendix E |
| Capital cost, for station equipment ($/kWh) | 0.0017 | 0.0034 | 0.0054 | $m = \frac{b*g}{k*j*i}$ | |
| Total capital cost ($/kWh) | 0.0041 | 0.0125 | 0.0249 | $n = l + m$ | Calculated value; totals may not sum due to rounding |
| Maintenance cost (fraction of | 0.010 | 0.010 | 0.015 | $o$ | Delucchi and Jacobson (2011), |

| Parameter | Low Value | Mid Value | High Value | Calculation | Source |
|---|---|---|---|---|---|
| capital cost per year) | | | | | Table A.2a, page 1182 |
| Total maintenance cost ($/kWh) | 0.0010 | 0.0017 | 0.0037 | $p = \dfrac{c * o}{k * j * i}$ | Calculated value, see Equation 3 in Appendix D |
| **Total cost of extra transmission ($/kWh)** | **0.005** | **0.014** | **0.029** | $q = p + n$ | **Calculated value, see discussion in Issue #2 of Appendix D** |
| Note: Figures may not calculate due to rounding. | | | | | |

1852
1853
1854 *Table E-A-2: Derivation of Long-Distance Transmission Costs as Described in Delucchi and Jacobson (2011) and used in Jacobson et*
1855 *al. (2015b) and Jacobson et al. (2018)*

| Parameter | Low Value | Mid Value | High Value | Calculation | Source |
|---|---|---|---|---|---|
| Capital cost of line, land, and tower ($/MW_{TS}$) | 240,000 | 448,000 | 680,000 | $a$ | Delucchi and Jacobson (2011), Table A.2a, page 1182 |
| Capital cost of station equipment ($/MW_{TS}$) | 118,000 | 148,000 | 177,000 | $b$ | |
| Total capital cost ($/MW_{TS}$) | 358,000 | 596,000 | 857,000 | $c = a + b$ | Calculated value |
| Discount rate | 0.03 | 0.07 | 0.10 | $d$ | Delucchi and Jacobson (2011), Table A.2a, page 1182 |
| Average transmission current (capacity factor) | 0.4 | 0.4 | 0.4 | $e$ | Delucchi and Jacobson (2011), Table A.2a, page 1182 |
| Hours/year (hrs/yr) | 8,760 | 8,760 | 8,760 | $f = 365 * 24$ | Calculated value |
| Conversion for MW to kW | 1,000 | 1,000 | 1,000 | $g$ | Conversion factor |
| **Total cost of extra transmission ($/kWh)** | **0.003** | **0.012** | **0.024** | $j = \dfrac{c * d}{e * f * g}$ | **Calculated value, see Issue #2 of Appendix D** |
| Note: Figures may not calculate due to rounding. | | | | | |

1856