

Office of
**FOSSIL ENERGY**

**ABOUT US**

# Our Budget

Home » About Us » Our Budget

**Office of Fossil Energy FY 2019 Budget**

The Office of Fossil Energy (FE) programs are focused on activities related to the reliable, efficient, affordable, and environmentally sound use of fossil fuels that are essential to our Nation's security and economic prosperity. FE manages DOE's Fossil Energy Research and Development (FER&D) portfolio, which includes R&D Programs in Advanced Coal Energy Systems & CCUS, Natural Gas Technologies, and Unconventional Fossil Energy Technologies; as well as funding for the operations, infrastructure, and R&D at the National Energy Technology Laboratory (NETL). In addition, FE manages the Nation's emergency stockpile of crude oil and petroleum at the Strategic Petroleum Reserve, the Northeast Home Heating Oil Reserve, and the Naval Petroleum and Oil Shale Reserves.

FY 2019 Budget Request

**Previous Budgets**

FY 2018 Budget Request

FY 2017

FY 2016

FY 2015

P00000114948

FY 2014

FY 2013

FY 2012

FY 2011

FY 2010

FY 2009

OFFICE of
**FOSSIL ENERGY**

Forrestal Building

1000 Independence Avenue, SW

Washington, DC 20585

202-586-6660

Sign Up for Email Updates

    

An office of

ABOUT FE

Careers & Internships

Contact Us

ENERGY.GOV RESOURCES

Budget & Performance

Directives, Delegations & Requirements

FOIA

Inspector General

Privacy Program

Small Business

P00000114949

Staff & Contractor Resources

**FEDERAL GOVERNMENT**

The White House

USA.gov

Web Policies • Privacy • No Fear Act • Whistleblower Protection • Information Quality • Open Gov • Accessibility

P00000114950