

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
WASHINGTON, D.C. 20460

OFFICE OF
COMMUNICATIONS, EDUCATION AND
PUBLIC AFFAIRS

## Statement of EPA Administrator Carol M. Browner
## to the White House Conference on Climate Action
## April 21, 1994

Climate change threatens the future well-being of our children and society as a whole. We need to protect human health, food production, ecosystems and all the living things that depend on them from this grave danger.

EPA is committed to meeting the goals of the President's Climate Change Action Plan to reduce greenhouse gas emissions to 1990 levels by the year 2000. We intend to evaluate progress under the Plan on a regular basis, at a minimum every two years. EPA will continue to look for further opportunities for emissions reductions. We stand ready to work with other agencies to take additional actions that may be needed to address this problem.

Together we are launching a new generation of programs to prevent global warming and improve the economy. Their success depends on strong partnerships between the public and private sectors. We call on industry, states, and the environmental community to work with the Clinton Administration on its plan to protect the global atmosphere, prevent pollution, improve air and water quality, and provide jobs.

More than 1,500 companies have joined EPA to implement this plan. I want to commend the more than 800 leaders attending today's White House Conference on Climate Action for their commitment to solving this complex problem.



Recycled/Recyclable
Printed with Soy/Canola ink on paper that contains at least 50% recycled fiber