FOIA Number: 2006-0469-F (2)

# FOIA MARKER

This is not a textual record. This is used as an administrative marker by the William J. Clinton Presidential Library Staff.

| | |
|---|---|
| Collection/Record Group: | Clinton Presidential Records |
| Subgroup/Office of Origin: | Speechwriting |
| Series/Staff Member: | Michael Waldman |
| Subseries: | |

| | |
|---|---|
| OA/ID Number: | 14455 |
| FolderID: | |

**Folder Title:**
Climate Change 6/26/1997

| Stack: | Row: | Section: | Shelf: | Position: |
|---|---|---|---|---|
| S | 92 | 4 | 4 | 1 |

P00000132937

# WHITE HOUSE STAFFING MEMORANDUM

DATE: 6/25  ACTION/CONCURRENCE/COMMENT DUE BY: 6/25 @ noon

SUBJECT: UN Environmental Speech

|  | ACTION | FYI |  | ACTION | FYI |
|---|---|---|---|---|---|
| VICE PRESIDENT | ✓ | ☐ | McCURRY | ☐ | ✓ |
| BOWLES | ✓ | ☐ | McGINTY | ✓ | ☐ |
| McLARTY | ☐ | ☐ | NASH | ☐ | ☐ |
| PODESTA | ✓ | ☐ | RUFF | ☐ | ☐ |
| MATHEWS | ✓ | ☐ | SMITH | ☐ | ☐ |
| RAINES | ☐ | ☐ | REED | ✓ | ☐ |
| BAER | ✓ | ☐ | SOSNIK | ✓ | ☐ |
| ECHAVESTE | ☐ | ☐ - | LEWIS | ✓ | ☐ |
| EMANUEL | ✓ | ☐ | YELLEN | ☐ | ☐ |
| GIBBONS | ✓ | ☐ | STREETT | ☐ | ☐ |
| IBARRA | ☐ | ☐ | SPERLING | ✓ | ☐ |
| RADD | ☐ | ☐ | TARULLO | ✓ | ☐ |
| HIGGINS | ☐ | ☐ | VERVEER | ☐ | ☐ |
| HILLEY | ✓ | ☐ | Waldman → | ✓ | ☐ |
| KLAIN | ✓ | ☐ |  | ☐ | ☐ |
| BERGER | ☐ | ☐ |  | ☐ | ☐ |
| LINDSEY | ☐ | ☐ |  | ☐ | ☐ |

REMARKS:

Comments to Dan Benjamin

RESPONSE:

Staff Secretary
Ext 6-2702

6/24/97  8:00 a.m.

'97 JUN 25 AM9:14

# PRESIDENT WILLIAM JEFFERSON CLINTON
## ADDRESS TO THE UN SESSION ON ENVIRONMENT AND DEVELOPMENT
## NEW YORK CITY
## JUNE 26, 1997

Acknowledgments: Mr. President, Mr. Secretary General, Distinguished Leaders.

Five years ago in Rio de Janeiro, the nations of the world joined together around a simple but revolutionary proposition: that today's progress must not come at tomorrow's expense -- that the earth we leave to our children must be as rich with promise and beauty as the one we inherited.

At Rio, the world embraced a compelling reality: our responsibilities to build a brighter future for our people and to protect the environment are inextricably linked together. Just as our nations must work together to promote growth, good jobs and social progress, we must join together in safeguarding the natural resources on which growth, jobs and progress depend.  Today, we know that our well-being depends on keeping our forests healthy and whole, our air clear and oceans clean.  We understand that how well a country fulfills these obligations affects more than just its own citizens -- because what comes out of a smokestack or goes into the water in one nation can do grievous harm to others.  And we have learned that preserving the resources we share is crucial to stability and peace, within nations and among them.

In the years since Rio, our shared resolve has led to real progress. The United States is proud to have led the effort to ban dumping of radioactive wastes in the oceans...and reduce marine pollution from sources on land.  With others, we are working to protect the precious coral reefs...conserve threatened fish...and stop ozone depletion which threatens life in the ocean and on land.  We are partners in the effort to stop the advance of deserts.  And we helped forge a



- informal public/comments
- enviro is one @ the wake of global issues.

P00000132939


{ downpayment

P00000132940

consensus at the Cairo Population Conference on the individual's right to make family planning choices and to gender equality.

We are also making important strides here in America. We have cleaned up a record number of toxic waste dumps -- though we have many more to clean. We passed tough new laws to better protect our water, created new national parks and monuments and prevented mining in Yellowstone and oil and gas development in the Arctic National Wildlife Refuge. Our efforts for environmental protection, economic growth and social improvement are increasingly united -- and I am proud of the work my Council on Sustainable Development is doing to strengthen that unity.

But in the last five years, we have all learned a hard reality: achieving the goals we set for ourselves in Rio will be more difficult than we thought. The father of American conservation, John Muir, said, "When we try to pick anything out by itself, we find it hitched to everything else in the universe." That is the glory of nature, which we see in the rainforest's web of life or Muir's beloved California woodlands; it is also the hurdle before mankind as we try to manage the complex relationship between human society and the natural world. As Vice President Gore said on Monday, "Sustainable development requires sustained commitment."

Nowhere is this more true than on the critical issue of climate change. The problem is profound and far-reaching: Concentrations of greenhouse gases in the atmosphere are at their highest level in more than 200,000 years and climbing sharply. If the trend is not changed, scientists expect the seas to rise two feet or more in the next century. In America, that means 9000 square miles of Florida, Louisiana and other coastal areas will be flooded...in Asia, 17% of Bangladesh, now home to 6 million people, will be lost...islands such as the Maldives will disappear from the map.

CLINTON LIBRARY PHOTOCOPY

P00000132941

- we know what goal line is
- I just put America on
  China

- But no city of nations:
  - let's agree
    on goal line
  - but each country
    has to decide how
    to get there on their
    own

- We see enviro-tech
  as part of leadership
  ↳ but import
  → the enviro tech
     has come of age

6:00

X39220  // safe dkg water

[cool]

Clinton Library Photocopy

P00000132942

The changed climate will disrupt agriculture, cause severe droughts and floods...and the spread of infectious diseases, including 50 million or more cases a year of malaria.

No nation can escape this danger. No nation can evade its responsibility to confront it. We must all do our part -- industrial nations that emit the largest quantities of greenhouse gases and developing nations whose emissions are growing rapidly. My own country's responsibilities are clear. With only 4% of the world's population, the United States emits more than 20% of the world's greenhouse gases. That must -- and will -- change.

Let us be clear: This effort will not be easy. It will carry significant costs. And it will demand sustained effort over many decades. Governments and industries will have to make significant investments to create new technologies and curtail pollution. Meeting our goals will require that we innovate...distribute the burden fairly within our societies...try new and creative measures like flexible emissions trading...and above all, use common sense to achieve maximum protection of the environment at the lowest possible cost.

To realize our commitment, we must make our people full partners in this great enterprise. Ultimately, their ingenuity and determination -- as well of that of people around the world -- will decide our success. Our immediate task is to galvanize our people so that they understand the scope of the challenge and embrace it -- and in the coming months, I will work to do exactly that. With others in my government, I will speak to the American people about every aspect of climate change, including at a White House Conference on Climate change this fall. We will lay out the scientific facts so that they understand why we must act...and the economic facts so that they understand the benefits and the costs. And we will summon the best ideas and strategies from

those who recognize in this global problem a global opportunity -- to develop essential new technologies...increase productivity and energy efficiency...and turn this challenge to our advantage.

? Our dialogue with the American people will underpin the decisions we must make on what we must do. We will bring a strong commitment to Kyoto in December. There, we and the global community will set realistic, binding limits that return greenhouse emissions to 1990 levels and then reduce them.

Today, I want to discuss three initiatives that will help us confront the problem of climate change and advance the sustainable development goals we share.

First: To help developing nations reduce greenhouse gas emissions, I am pleased to announce that the U.S. will provide them with $1 billion in assistance over the next five years. These funds will go to programs that support energy efficiency, develop alternative energy sources and advance better resource management to promote growth that does not adversely affect the climate.

Second: Aid alone cannot guarantee that sound, sustainable practices take root in the developing nations. Only when nations build thriving economies with free markets and embrace wise environmental policies can these goals be achieved. That is why the United States will work harder to encourage private investment that meets environmental standards. Starting today, the U.S. Overseas Private Investment Corporation will require that its projects adhere to new and strengthened environmental guidelines. In our era, trade and investment -- not aid -- are the

primary engine of economic change. This effort can pave the way to common guidelines for responsible investment...and greatly strengthen sustainable growth in developing countries.

Third: At home, we must unleash more of the creative power of our people to meet the challenge of climate change. Already, we are working with our auto industry to advance the frontiers of technology and produce cars that are three times as fuel efficient as today's models. But we must do more. For example, we must find ways to use the sun's energy to reduce our reliance on fossil fuels. To advance that effort, I am announcing today that our government will work with America's communities to install solar panels on 1 million roofs around our nation by the year 2010. By capturing the sun's warmth, we can help turn down the earth's temperature.



Distinguished leaders: In all of our cultures, the thought has been handed down that, as Scripture says, "One generation passes away and another comes, but the earth abides forever." We must strengthen our stewardship of the environment so that when this generation passes, it will be a rich and abundant earth that abides -- and the coming generation will inherit a world as full and as good as the one we have known.

###

THE WHITE HOUSE

WASHINGTON

# FROM THE OFFICE OF:

# RAHM EMANUEL

# SENIOR ADVISOR TO THE PRESIDENT

DATE: _____

PAGES: _____

TO: _____DAN BENJAMIN_____

FROM: _____WALDMAN_____

FAX NUMBER: _____

COMMENTS: _____

_____Please deliver_____

_____ASAP_____

If there are any problems with this transmission please call (202) 456-2531

P00000132946

We know what the goal is: xxx.

Each nation must take steps to meet that goal. We must each address our own situations, meet our own needs, each taking our own responsibility toward that global goal.

Over the past two and a half decades, the United States has acted to reduce pollution and protect our environment. We have made real progress; our air is cleaner, our water purer, our food safer. Yet we have far to go. In the United States, childhood asthma is growing rapidly, and is the single biggest reason that children are hospitalized.

This past week, the United States has acted to take dramatic steps to reduce air pollution. Yesterday, I announed new standards for soot and smog -- the most dramatic step to protect clean air in [x] years. This new standard will

This new standard I will not pretend that this standard is not controversial within the United States. It underscores that real change requires real choices; that the task of protecting our environment will affect every busines, every family, every city, and our national governments. But protecting our children is too important -- and it is the right thing to do. NOTE: DAN: THIS IS SIMILAR TO THE PARAGRAPH YOU ALREADY HAVE ...

With the action that I have taken, the United States will make a down payment on the action the world must take to forestall climate disruption -- with a 10% reduction in ozone from this one action alone. This is a major step -- but it must be only the first step. We must continue to find ways to address climate change, etc etc

## *Achieving Clean Air in Common Sense, Flexible and Affordable Ways*

Although the law requires EPA to set air quality standards that, above all, protect the public health, the agency has developed a plan for affordably meeting the new standards through common sense measures. Along with any final standards for ozone and particulate matter, EPA will issue an **implementation package** designed to give states, local governments and business the new flexibility they'll need to meet protective public health standards in a reasonable, cost-effective way.

### Implementing the Ozone Standard

**AVOID NON-COMPLIANCE "STIGMA"** -- EPA will not need to designate as non-attainment areas those in which anticipated regional measures will provide the bulk of the needed ozone reductions. EPA will create a new "transitional" classification for these counties -- one that will avoid burdensome new local planning requirements and restrictions on economic growth.

**FOCUS ON UTILITY EMISSIONS** -- EPA will work from a regional plan developed collectively by 37 states over the last two years to address the long-distance transport of ozone. This plan focuses on major power plants (which offer the most cost-effective opportunities for reducing pollution) to reduce nitrogen oxide, a key ingredient of smog. These reductions alone should be enough to allow most of the newly non-attainment counties to be able to comply with the new standard.

**DELIVER CLEAN AIR FASTER** -- By participating in the regional ozone reduction plan, counties that are not in compliance with the new standard will quickly achieve significant reductions in their ozone levels.

**ALLOW MORE TIME TO COMPLY** -- States and counties participating in the regional pollution control strategy will have at least until the year 2004 to meet the new standard.

### Implementing the Standard for Particulate Matter

**ENSURE STRONG SCIENCE FOR IMPLEMENTATION** -- In order to ensure that implementation continues to reflect the best current science, EPA would complete another full scientific review of the health effects of fine particulates before any "non-attainment" designations would be made or local controls mandated.

**ALLOW TIME TO ESTABLISH PROGRAM** -- Because the new standard would regulate fine particulates for the first time, EPA will allow **five years** to build a nationwide monitoring network, and to gather and analyze the data needed to designate areas and develop implementation plans.

**PROVIDE A REASONABLE TIMETABLE FOR COMPLIANCE** -- Once it has the data, EPA would use its discretion under the Clean Air Act to allow another **three years** for areas that aren't in compliance to submit air quality plans on how they'll meet the new standard, a **year-and-a-half** for review of these plans, and **several more years** for many areas to actually comply with the new standard. This will give business additional time to find the most cost-effective pollution controls.

**GIVE CREDIT FOR REDUCTIONS UNDER 1990 CLEAN AIR ACT** -- No areas will be designated as non-attainment if they will eventually meet the new particulate matter standard based on their reductions in sulfate emissions (which contain particulate matter) that are already required by the 1990 Clean Air Act acid rain provisions. These will take effect in the year 2000.

P00000132948

# Updated Air Quality Standards

- EPA's recommended final standards for particulate matter and ozone (otherwise known as soot and smog) will be a major step forward in protecting the public from the health hazards of air pollution. These updated standards, the product of many years of intensive scientific review, move us toward fulfilling the Clean Air Act's goal of ensuring Americans that their air is safe to breathe. The new standards will provide new health protections to 125 million Americans, including 35 million children.

## *Particulate Matter*

*The standard for coarse particles remains essentially unchanged, while a new standard for fine particles will be set at an annual limit of 15 micrograms per cubic meter, with a 24-hour limit of 65 micrograms per cubic meter.*

- This is the first time ever that the government has set a public health standard for fine particle pollution.

- Scientists say that fine particles -- those measuring 2.5 micrometers in diameter and smaller -- are some of the most damaging to human health because they penetrate and remain in the deepest passages of the lungs.

- This new standard, as revised from EPA's original proposal, will provide new protections to nearly 70 million Americans, and will prevent approximately 15,000 premature deaths each year.

- By setting an annual limit of 15 micrograms per cubic meter, the new standard focuses on the most important issue -- controlling the amount of pollution and exposure to which Americans are subjected -- and therefore addresses the most significant health concerns.

- A more flexible 24-hour standard of 65 micrograms per cubic meter, revised from the original EPA proposal, will give greater flexibility to individual sources of pollution, while still ensuring that the health of the American people is protected.

## *Ozone*

> *For ozone, the recommended final standard will be updated from 0.12 parts per million of ozone measured over one hour to a standard of 0.08 parts per million measured over eight hours, with four exceedences of the standard allowed before an area is deemed to be out of compliance.*

- This is the first time in 20 years that the ozone standard will be updated.

- The updated standard recognizes the current scientific view that exposure to ozone levels at and below the <u>current</u> standard causes significant adverse health effects in children and in healthy adults engaged in outdoor activities.

- The new 0.08 standard is much stronger and more protective than the old standard of 0.12. It will extend new health protections to 35 million people, bringing to 113 million the number of Americans protected by the air quality standard for ozone.

- For children, the new standard will reduce respiratory problems, such as asthma attacks. It will result in one million fewer incidences of decreased lung function in children each year.

- By moving from a one-hour to an eight-hour measurement, the standard will better reflect the real-world effects of ozone on human health.

- By focusing on <u>concentration</u> of ozone, the new standard will do more than merely designate high-pollution areas as out of compliance -- for the first time, it will also respond to health concerns based on <u>how much</u> an area is out of compliance.

- Increasing the number of exceedences -- from three (as originally proposed by EPA) to four -- will provide greater stability in the designation of areas, consistent with providing strong public health protections.

## *Implementation of the Standards*

*. Although the law requires EPA to set air quality standards that, above all, protect the public health, the agency has developed a plan for affordably meeting the new standards through common sense measures. Along with these final standards for ozone and particulate matter, EPA will issue an **implementation package** designed to give states, local governments and business the new flexibility they'll need to meet protective public health standards in a reasonable, cost-effective way.*

- The **Ozone Implementation Package** will use a regional, state-sponsored plan to address the long-distance transport of ozone. As that plan's reductions take effect, the vast majority of areas that do not currently meet the new ozone standard will be able to do so without any additional new local pollution controls or measures. In those circumstances, those areas will not be designated as non-attainment areas. In order to help them avoid burdensome measures associated with non-compliance, EPA will create a new "transitional" classification for these areas and extend the deadlines for compliance to the year 2004.

- The **Particulate Matter Implementation Package** will give businesses ample time to find the most cost-effective pollution controls. In addition, EPA will complete another full scientific review of the health effects of fine particulates before any "non-attainment" designations are made or local controls mandated. EPA will allow five years to gather and analyze necessary data, and then use its discretion under the Clean Air Act to allow another three years for areas that are not in compliance to submit air quality plans on how they will meet the new standard. Following another year and a half for review of the plans, it will be several more years before many areas will actually have to comply with the new standard.

P00000132951



# UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
## WASHINGTON, D.C. 20460

OFFICE OF THE ADMINISTRATOR

TO: Katie McGinty 4562710
Michael Waldman 4565709/4562530
Kathleen Wallman 4562223

FROM: Loretta Ucelli
260 9828

COMMENTS: Attached is suggested language on global climate change

Number of Pages to follow: 1
Date: 6/25
Time:

Transmission Number: (202) 260-3684
Verification Number: (202) 260-7960 or 260-9828

Office of the Administrator
401 M Street, S.W.
Room 1204 West Tower
Mail Code: 1101



Recycled/Recyclable
Printed with Soy/Canola Ink on paper that
contains at least 50% recycled fiber

June 25, 1997

MEMORANDUM FOR KATIE MCGINTY, MICHAEL WALDMAN AND KATHLEEN WALLMAN

FROM:     LORETTA UCELLI

SUBJECT:  CLIMATE CHANGE

---

The following language on the impact of the new air quality standards on global climate change may be helpful in preparing for the President's speech tomorrow at the United Nations. Please call me or Stephanie Cutter at 260-9828 if you have any questions or need further information.

**IMPACT OF NEW AIR QUALITY STANDARDS ON CLIMATE CHANGE:**

> **The new air quality standards announced yesterday will help address the global warming problem by reducing the carbon emissions that contribute to climate change by more than 35 million tons per year -- a significant downpayment on expected future international commitments.**

P00000132953

PRESIDENT CLINTON'S ADDRESS TO    DRAFT 6/25
UN GENERAL ASSEMBLY SPECIAL SESSION

JUNE 26, 1997

- **President Clinton reaffirms the "spirit of Rio" and highlights the importance of promoting sustainable development for the 21st century.**

- **President Clinton speaks to the American people about climate change.**

    - **The science is compelling. Climate change threatens sea-level rise, more severe droughts and floods, forest loss and the spread of infectious disease.**

    - **The United States has clear responsibilities, as part of a global effort. With only 4% of the world's population, we emit more than 20% of the world's greenhouse gases.**

    - **Addressing this problem will not be easy. It will require sustained effort over many decades.**

    - **During the months ahead, President Clinton will speak to the American people about climate change and chair a White House Conference on Climate Change. He wants to hear from those who recognize in this global problem a global opportunity.**

- **President Clinton announces four environment initiatives.**

    - **Million Solar Roofs.** A program to install solar units on one million roofs in the U.S. by the year 2010. The Department of Energy will oversee the effort. The program will remove market barriers, speed federal purchasing of solar technologies and use existing authorities to facilitate financing of solar units.

    - **AID Developing Country Climate Change Initiative.** Guaranteed floor of $150 million per year for five years in direct aid. Goal of $25 million in credit financing, leveraged to provide a minimum of $250 million in additional aid for climate friendly development projects. Direct aid will focus on technical assistance and training for improved forest and energy sector management, including development of renewable energy sources and sustainable forestry.

    - **Overseas Private Investment Corporation (OPIC) Environmental Program.** OPIC will track and report annually on greenhouse gas emissions from all its power sector projects. OPIC will not finance projects located in primary tropical forests, protected areas or other ecologically fragile areas; will not finance projects involving the production or use of persistent organic pollutants and will not finance large dams that disrupt natural ecosystems or the livelihood of local inhabitants. OPIC will provide the public with an opportunity to comment on all environmentally sensitive projects.

    - **Technology Challenge.** President Clinton challenges the nations leaders in science and technology -- in government, universities and the private sector -- to develop the technologies needed to address the problem of climate change. As part of this challenge, President Clinton directs his Cabinet to work with the National Laboratories to embark on an unprecedented research effort to develop breakthrough technologies.

P00000132954