

CHANGING CLIMATE

J. O. Fletcher

September, 1968

P-3933

P00000138466

CHANGING CLIMATE

J. O. Fletcher*

The RAND Corporation, Santa Monica, California

ABSTRACT

The following questions are discussed:

1.  Is global climate changing?

2.  What is the pattern of global climatic change?

3.  What causes global climate to change?

4.  Is man's activity inadvertently influencing global climate?

5.  What are the possibilities for purposefully influencing
    global climate?

6.  What interest and competence have been shown by nations of
    the world in global climate control?

7.  What can be done to speed progress?

———————
        *Any views expressed in this paper are those of the author.
They should not be interpreted as reflecting the views of the RAND
Corporation or the official opinion or policy of any of its govern-
mental or private research sponsors.  Papers are reproduced by The
RAND Corporation as a courtesy to members of its staff.

        This summary statement was prepared as an individual contribution
to a more comprehensive RAND review of weather and climate control.

P00000138467

-2-

## I.  IS GLOBAL CLIMATE CHANGING?

The climate of a particular region is determined by a number of relatively static factors such as elevation, latitude, topography, and type of surface, and also by the properties of the air which passes over it.  The dynamic factor which causes weather changes is the circulation of the atmosphere.  Variations in the mean behavior of the atmospheric circulation over a period of years constitutes a variation of climate.

Substantial, worldwide changes of climate do occur, even within the span of a few decades, and have been described by many investigators (Mitchell, 1963; Willett, 1965; Lamb, 1966; Rubinstein and Polozova, 1966).  The data clearly show that the general vigor of the global atmospheric circulation undergoes significant variations, with associated latitudinal shifts of the main zonal currents and changes in the nature of their disturbances.  Variation in the global circulation pattern is the common factor which makes possible a coherent interpretation of climatic data from all parts of the earth.

For example, during the first three decades of this century the trend was toward growing strength of the northern hemisphere zonal circulation, northward displacement of polar fronts in both the atmosphere and the ocean, northward displacement of the ice boundary, weaker development of blocking anticyclones over the continents, more northward cyclone paths and pronounced aridity of the south central parts of North America and Eurasia (the dust bowl).  Conversely, recent decades have exhibited opposite trends:  weakening zonal circulation, southward shifts of ice boundary and cyclone paths, and substantially increased rainfall in the south central parts of the continents.

1968, thus far, has underscored these trends.  Icelandic fishermen suffered great losses due to the most extensive sea ice in the last 60 years, while phenomenal wheat yields from the central plains, both North American and Eurasian, have pushed wheat prices to a 26-year low.  Even India produced so much wheat that its storage facilities were fully utilized, blocking the acceptance of U.S. surplus shipments.  (Although as recently as Christmas, 1967, it was widely

P00000138468

-3-

predicted that millions of Indians would die of starvation in 1968.)
These cases illustrate that our complex pattern of human activity is
sensitive to relatively small variations in climate. But the range
of variation of global climate is enormous. Less than 20,000 years
ago the Pleistocene ice sheet still covered North America from the
Atlantic to the Pacific with a thickness of up to two miles. The
last major ice sheet disappeared from Scandinavia about 8000-7000 BC,
while in North America the ice retreated at an even later date. During
the period of ice retreat and somewhat after, rainfall in the Mediter-
ranean area and perhaps over much of the hemisphere was less than at
present, possibly due to cooler oceans. The post glacial warming
culminated in the "climatic optimum" of 4000-2000 BC, during which
world temperatures were 4-5°F warmer than they are now and rain was
much more plentiful in North Africa, where the Egyptian civilization
was developing.

The decline from the warm optimum was abrupt from about 1000 BC,
with cooling continuing to about 400 BC. This was a period of maximum
North African rainfall and rapid development of human activity, partly
induced by climatic stress. For example, a period of stormy climate
in the North Sea area at about 120 BC set the Teutonic peoples on the
move. By this time renewed warming had set in which continued until
the "secondary climatic optimum" of 800-1000 AD. This period was
characterized by a relatively dry, warm and storm-free North Atlantic
and was the time of the great Viking colonization of Iceland, Greenland
and Newfoundland. The decline, from about 1300 AD with one partial
recovery about 1400-1550, continued until about 1750, culminating in
the "little ice age" of 1550-1840. During this period Arctic pack
ice advanced in the North Atlantic and the Greenland and Newfoundland
colonies were extinguished.

P00000138469

-4-

## II.  WHAT IS THE PATTERN OF GLOBAL CLIMATE CHANGE

Only during the last century have we begun to observe our global ocean/atmosphere system in enough detail to discern some of the patterns of climatic change, but even today, our ability to observe the essential elements of the global system is far from adequate.[*]  However, some of the characteristic features of global climatic changes are now emerging, and have been described by several authors, most completely by Lamb (1966a).  The pattern is so complex and so much influenced by various ocean/atmosphere feedback interactions that no investigator has thus far put forward a plausible physical explanation, and it has only been possible to describe in increasing detail how the global system changes.  In piecing together this picture the connecting factors that make possible a rational description of global climate are the general vigor of the global atmospheric circulation, and to an increasing extent, the variation of sea surface temperatures in response to changing atmospheric circulation.

Since the "little iceage" of 1650-1840, which climaxed the cooling trend from about 1300, a new warming trend predominated which seems to have reached a climax in the 1920's, followed by cooling since about 1940, at first irregularly but then sharply since about 1960.  The periods of general warming were accompanied by increasing vigor of the westerly zonal circulation in both hemispheres, bringing a more maritime climate to the continents, more northerly cyclone tracks and a pronounced warming of the Arctic.  (From 1890 to 1940 the mean thickness of Arctic pack ice decreased by more than 1/3 (Ahlmann, 1945).  Since about 1940 the reverse pattern has occurred, with weakened zonal circulation, greater development of blocking anticyclones over continents in winter, more variable and southerly cyclone paths, and a colder Arctic.

Neither the warming trend nor the cooling trend proceeded smoothly; on the contrary, there seem to have been critical thresholds at which sudden changes occurred.  Some of the characterstics of these sudden changes are now beginning to be revealed.

---

[*]For example, sea surface temperatures and sea ice extent.

P00000138470

-5-

During the warming from 1840 to 1930 a sudden change seems to
have occurred about 1893-95, characterized by sharp increase in zonal
westerlies and a concurrent decrease of rainfall associated with the
intertropical convergence zone (Kraus 1954, 1955, 1956, 1959, 1963).
Conversely, after the gradual and variable cooling since 1940, a sud-
den decrease in westerly circulation occurred about 1961-63, with a
concurrent increase of rainfall in the intertropical convergence
zone.  At the same time the intertropical convergence zone seems to
have narrowed and increased in zonality (Lamb, 1966d).  Associated with
these changes in the intensity of the main zonal circulation, there
has been a shift in the mean longitudinal positions of the climatic
troughs and ridges:  eastward with growing wind speed, westward with
weakening wind speed, accompanied by an associated major displacement
of rainfall and drought patterns (see Fig. 10 from Lamb, 1966d).  The
economic consequences of these shifts are enormous, as was noted at
the beginning of this paper in reference to India's 1968 wheat surplus.

The greatest obscurity in the observed behavior of the atmosphere
is in the southern hemisphere.  No reliable index has been found for
the strength of the southern hemisphere trade winds and even the
indices of zonal westerlies are suspect, coming from either New
Zealand or Chile and not extending far enough south.  Temperature
patterns for the 80 per cent of the southern hemisphere covered by
oceans are nonexistent.  Even since the IGY, year to year variations
in the sea ice covering 13 per cent of the southern hemisphere ocean
in winter are largely unknown.  However, the meager data that are
available strongly suggest that the "worldwide" warming and cooling
referred to above extended only to about 60°S, beyond which the secu-
lar trends were in the opposite direction (Lamb 1966c) (Fletcher,
1968).

P00000138471

### III.  WHAT CAUSES GLOBAL CLIMATE TO CHANGE?

No one has been able to explain why such climatic variations oc-
cur.  They seem to be associated with variations in the vigor of the
whole global atmospheric circulation, but why the global system varies
is still a mystery.  It follows that the fundamental problem in the
study of climatic change is the development of a quantitative under-
standing of the general circulation of the atmosphere; and, since
three-fourths of the heat which forces the atmospheric motion comes
by way of the ocean surface, a quantitative understanding of oceanic
heat transport and ocean/atmosphere heat exchange is especially vital.

Such an understanding should begin with the planetary distribution
of heat loss and gain by the atmosphere and ocean, and by using the
fundamental physical laws (embodied in the classical equations of
motion and thermodynamics) should enable us to predict the global dis-
tribution of temperature, pressure, motion, water vapor, clouds and
precipitation, together with resulting moisture and heat transports.
In principle, such an analytic approach is straightforward and was
outlined by V. Bjerknes in 1904 (Fletcher, 1965, p. 149).  In prac-
tice, however, there are enormous difficulties.  The late John von
Neumann, who led the modern assault on the problem of mathematical
simulation of the atmosphere has been quoted as saying that "fore-
casting the weather for more than a day or two in advance is the
most complicated and difficult physical and mathematical puzzle yet
proposed or even thought of" (Thompson and Roberts, 1967).

Nevertheless, with the development of modern computer technology,
rapid progress is being made.  Already it is becoming possible to simu-
late mathematically certain large-scale processes in more detail than
we observe them in nature.  (For a survey of the background and present
status of atmospheric modeling, see Gavrilin, 1965.)

This progress toward simulating atmospheric dynamics calls for
better understanding of the processes of atmospheric heat losses and
gains which force the motion of the real atmosphere.  Although the
general atmospheric circulation is forced by an uneven distribution

P00000138472

-7-

of heating between the equator and the poles, variations in equatorial
heating and variations in polar cooling are poorly understood and
little studied, largely because of the paucity of relevant data over
the oceans.

Nevertheless, it has been discovered that significant anomalies
of ocean/atmosphere heat and moisture exchange do occur and that these
anomalies are closely related to variations in the dynamical behavior
of the atmosphere.

The first ocean area to receive detailed study was the North
Atlantic (Sandstrom, 1932) and these studies have since been extended
by many investigators to encompass the whole Atlantic (Shishkov, 1962;
Bjerknes, 1964; Sorkina, 1965; Namias, 1966).

In recent years the emphasis of leading investigators has
shifted to the Pacific, where even larger anomalies of ocean/atmos-
phere heat exchange have been found to occur, both in the equatorial
zone (Bjerknes, 1958, 1959, 1960, 1966, 1968) and in the mid-latitudinal
North Pacific (Wyrtki, 1966) (Namias, 1968).

For example, one very influential ocean/atmosphere interaction
which is subject to large and sudden anomalies is associated with
the zone of cold water at the equator, which is caused by the opposite
deflection of surface water north and south of the equator in response
to the easterly trade winds.  In the eastern Pacific, the temperature
difference between this upwelling water and the warm waters on either
side is normally several degrees and extends for several thousand miles.
In the Indian Ocean, the 1963-64 expedition found a cold equatorial
tongue nearly $10^{\circ}$ colder than surrounding waters.  ($28^{\circ}C-18^{\circ}C$)
(Lamb 1966d)

During some years these cold tongues weaken or vanish as the
equatorial trade winds wane.  Bjerknes has documented several such
cases for the Pacific, showing that the resulting variation of evapo-
ration and subsequent condensation influences the circulation of the
whole northern hemisphere.  Similar studies for the Indian Ocean have
not yet been conducted due to the lack of data, but it seems likely
that similar processes are associated with the phenomenal rise of
East African rainfall since 1961-63.  Indeed, the frequency of such

P00000138473

-8-

occurrences may be closely connected with the abrupt changes in
the global system since 1961-63. (Lamb, 1966d)

Unfortunately, we do not know why the equatorial trade winds
wane. Presumably this has to do with the strength and position of the
southern hemisphere oceanic anticyclones, the strength of the southern
zonal westerlies and the longitudinal shifts of mean troughs and ridges.
There is growing evidence that variations of the northern hemisphere
circulation are related to variations of the much stronger southern
hemisphere circulation, but the basic cause of the planetary variation
is still a mystery.

Impressive statistical correlations between various indices of
climatic change and various indices of solar activity have been pre-
sented by many investigators (Fairbridge, 1961, Rubinshteyn, 1966),
but no one has been able to advance a physically-plausible cause and
effect explanation. Variations in the solar "constant" are usually
judged to be too small to account for the relatively large observed
variations of global climate (Sawyer, 1966). As a result, much at-
tention has been directed towards searching for mechanisms by which
upper atmosphere processes, triggered by small changes in the energy
from the sun, can in turn influence much more energetic tropospheric
processes. However, a better understanding of ocean/atmosphere inter-
actions may reveal that feedback processes can amplify the effect of
small solar variations to produce large changes in the behavior of the
planetary system. One such "thermal lever" is the variable extent of
ice on the ocean. (Fletcher 1965, 1968). The presence of ice on the
sea effectively prevents heat transfer from ocean to atmosphere in
winter, thus forcing the atmosphere to balance the heat lost to space.
A decrease in solar radiation tends to cause cooling, which causes
ice extension, which in turn cools the atmosphere more and causes more
ice growth and stronger thermal gradients. The causes and effects are
self reinforcing, providing "positive feedback." How far such a proc-
ess must go before triggering other instabilities in the ocean/atmos-
phere system, such as the sudden variation of equatorial temperature
described above, cannot be judged at this time. Clearly, there are
many complex feedback processes, both positive and negative, in the

P00000138474

-9-

ocean/atmosphere "climate machine" and many thresholds beyond which
the direction of the feedback can change.  For example, suppose that
the warming of the Arctic, which by 1940 had greatly reduced the pack
ice thickness, had continued.  As the ice receded farther in summer
and the thinner ice was more fractured in winter, evaporation would
greatly increase, thus salinifying and cooling the surface waters and
decreasing the vertical stability of the upper layers of the ocean.
If this process continued to the point of destroying the present
strong stratification of ocean surface layers and inducing deep con-
vection, then refreezing at the surface would be impossible until the
whole water column had cooled to freezing temperature -- a process
which would take many years at the least.  After the whole ocean had
cooled to the freezing temperature, additional cooling would refreeze
the surface, thus recreating surface stratification and reformation
of surface ice, the initial condition.  Thus a "threshold" exists in
both directions.

Many other examples of "feedback processes" and thresholds, from
small scale to planetary scale, could be given.  Some need to be
systematically evaluated quantitatively, by field observation, by
physical explanation, and by laboratory simulation (using mathematical
models of atmospheric and oceanic circulation).  Possibly such feedback
processes can amplify the climatic effects of variations in solar
"constant" or variations in atmospheric transparancy caused by volcanic
eruptions.  Evidence that atmospheric dustiness is the primary cause of
climatic variations has been presented by Davitaya (1965) and Budyko
(1967ab).

As a final comment on causes of climatic change, the present lack
of understanding can perhaps be underscored by noting that even the
variable rotation rate of the earth on its axis (due to shifting mass
in the molten core) cannot be excluded as possible cause.  In fact,
impressive statistical correlations relating variable rotation speed
with secular climatic changes have been presented (Maximov, 1954).
This line of investigation was not considered very promising by most
meteorologists, but the different behavior of atmospheric circulation
since the sudden slowing down of the Earth's rotation in 1961 by 1
millisecond per day, has created new interest in the problem.

P00000138475

-10-

## IV.  IS MAN INADVERTENTLY INFLUENCING GLOBAL CLIMATE?

Whether human activity has been a significant cause of the large
climatic shifts of the past century is a question which cannot yet be
answered with any confidence.  The complexities of global climate are
still too poorly understood so assess the dynamical response of the
system to a given change, yet it is the dynamical response of both
the ocean and the atmosphere that primarily determines climate.  How-
ever, many investigators have argued that the effects of man's activi-
ties are already significant, or even dominant, in changing global
climate.  The influencing factors most frequently suggested are carbon
dioxide pollution, smog (dust) pollution and heat pollution.  The physi-
cal arguments advanced have to do with the effects of these pollutants
on the heat balance of the atmosphere.

Carbon dioxide is one of the three important radiation absorbing
constituents in the atmosphere (along with water vapor and ozone).
There is no doubt that its concentration has been increasing in the
last century, apparently by some 10-15%.  The physical effect of a
greater $CO_2$ concentration is to decrease the radiative loss to space.
(Due to the fact that the radiation comes from a higher and hence
cooler level in the atmosphere.)  Thus, an increase in $CO_2$ increases
the "greenhouse effect" and causes global warming.  Many investigators
have suggested that the warming since 1900 was due to just such an in-
crease in $CO_2$.  Callendar (1938, 1961) and Plass (1959) estimate that
a warming of almost $1^{\circ}F$ during the last century could be attributed
to this cause, and this is comparable to the warming that that did
occur.  It is further estimated that, by the year 2000, a further
warming of $3^{\circ}F$ could be caused by $CO_2$.  Other authors have estimated
an even greater warming.  Nothwithstanding these arguments, the sharp
global cooling of the past decade indicates that other factors are
more influential than increasing $CO_2$.  For example, Moller (1953)
estimates that a 10% change in $CO_2$ can be compensated by a 3% change in
water vapor or 1% change in mean cloudiness.  Moreover, the oceans have
an enormous capacity to absorb $CO_2$, which also varies with temperature;
that is, colder oceans can store more $CO_2$.  Thus, warming oceans could

P00000138476

-11-

also be a primary cause of increasing $CO_2$ in the atmosphere.  In summary, it appears that, other factors being constant, $CO_2$ from human activity could cause important changes of global climate during the next few decades.  But, of course, other factors are not constant, and in recent years have apparently been more influential than the $CO_2$ increase.

With regard to heat pollution, Budyko (1962, 1966) points out that, although the yearly production of energy on earth is now only about 1/2500 of the radiation balance of the Earth's surface, it would become equal to the surface radiation balance if compounded annually at 10% for 100 years or 4% for 200 years.  (The present growth rate is about 4%, which is a doubling each 17 years).  From these numbers we may conclude that sometime during the next century heat pollution, like $CO_2$, will indeed become important on a global scale.  By then we must learn to compensate for it.  But for the time being, and for the next few decades, it will be insignificant on the global scale.

Budyko (1966) also considers forest belts, irrigation projects, swamp drainage and creation of reservoirs.  Such projects can greatly influence the climate of a local region, but none seem likely to be significant compared to global processes.

One of the most rapidly increasing man-made forms of atmospheric pollution is smog, which includes all forms of industrial pollution. Bryson (1968) suggests that there has been a turbidity increase of 30% per decade over Mauna Loa Observatory, which is far from all sources of pollution.  Bryson further argues that a more turbid atmospheric transparency, even by only 3 - 4%, could change the global mean temperature by $0.7^{\circ}F$, an amount comparable to changes of the last century.  He believes that increasing global air pollution, through its effect on the reflectivity of the earth, is currently dominant over $CO_2$ increase and solar variation, and is responsible for the temperature decline of the past decade or two.  If Bryson's interpretation is correct, mankind faces an immediate and urgent problem of global climate control, for smog production is increasing everywhere at an exponential rate and no means of curbing this increase are in sight.

Still another form of growing pollution, and one whose possible effects have been little studied, is the creation of cirrus cloudiness

P00000138477

-12-

by the exhaust products of high flying aircraft (vapor trails). In-
creased cloudiness of any form tends to increase the reflectivity of
the earth and, according to Bryson's calculations, a 1% increase in
mean albedo would cool the earth by 3°F. However, it may be noted that
increased cloudiness at high levels greatly reduces radiative loss to
space, and this effect would warm the earth. Thus, the effect of more
or less cloudiness is very great, but the direction of the influence
depends on the type and height of the clouds and on whether they are
in a dark or sunlit region of the earth.

Still other forms of pollution have not as yet been evaluated at
all for their possible influence on climate. For example, fuel ex-
pended by ships comes to about $10^9$ tons per year. Assuming 5% in-
complete combustion, some 50 million tons per year are released as
pollutant. Presumably, that fuel which is spread on the sea is con-
sumed by bacteria, but it is unclear just how quickly this takes place.
Where an oil film is allowed to persist, it influences the heat balance
by not only reducing evaporation and turbulent heat flux, but also
lowering the radiative emissivity of the surface.

From the foregoing considerations, we may conclude that man is
probably inadvertently influencing global climate at the present time.
Certainly several products of man's activity are theoretically influen-
tial enough to do so within a few decades. However, there are so many
variables and degrees of freedom in the global system that specific
cause and effect estimates in this regard are very uncertain.

P00000138478

-13-

V.  WHAT ARE THE POSSIBILITIES FOR PURPOSEFULLY
INFLUENCING GLOBAL CLIMATE?

Theoretical perspectives for influencing large scale atmospheric
circulation have been formulated by Yudin (1966).  Some of his con-
clusions can be summarized as follows:

a. In order to divert air movement over a given region, it is
   theoretically most effective to apply energy evenly over broad
   portions of the air mass.  This is necessary in order to mini-
   mize the dissipation of energy by parasitic acoustical and
   gravity waves.  In other words, the partitioning of the applied
   energy among the various scales of atmospheric motion depends
   on the suddenness with which it is applied.

b. To influence the field of motion, in addition to Criterion
   (a), it is also desirable to avoid intermediate links in-
   volving conversion of thermal energy to potential energy, then
   to kinetic energy.  More direct methods must be found.

c. In theory, it should be possible to change the velocity field
   with much less energy than would be necessary to change the
   temperature field or pressure field.  Direct action is much
   more effective than thermal action.

d. Investigation of conditions of stability for atmospheric per-
   turbations indicates that, under certain conditions, a small
   energy addition might lead to large changes in the further
   course of a process.  Emphasis should be placed on identifying
   critical "instability points" in the natural development of
   cyclones.

e. Theoretically, action on the field of the ageostrophic wind
   and particularly on the vertical component of the ageostropic
   wind should produce the largest influence for the energy
   expended.

f. In connection with the possibility of steering cyclones, Yudin
   stresses that only slight deflections of the wind from the geo-
   stropic are associated with much faster movement of cyclone
   centers.

P00000138479

-14-

    g. In connection with influencing the intensity of cyclones, Yudin calculates that "by creating a descending movement with a velocity of 3 cm/sec at the upper boundary --, we can essentially weaken the intensity of a cyclone in eight hours."

These brief criteria clearly identify one difficulty associated with large scale weather modification, namely, that the theoretically most effective approaches all involve actions that we do not know how to produce efficiently. On the other hand, various ways of influencing the thermal losses and inputs to the atmosphere, although theoretically inefficient from the viewpoint of immediate dynamical consequences, are much more achievable with present technology. For example, it has already been noted that the creation or dissipation of high cloudiness has an enormous influence on the heat budget of the atmosphere and of the surface. Moreover, under certain conditions, only one kg of reagent can seed several $km^2$. It is estimated that sixty C-5 aircraft, operating from Eielson AFB and Thule AFB could deliver 1 kg per $km^2$ per day over the entire Arctic basin ($10^7 km^2$).

Thus, it is a large but not impossible task to consider seeding such enormous areas. Assuming that such seeding were effective in creating or dissipating clouds, it is of interest to estimate the effect of such cloudiness on the heat budget of the surface/atmosphere system. According to Vowinkel and Orvig (1964), the presence of average cloudiness over the Arctic in July decreases the radiative loss to space by about 350 billion $cal/km^2$/day from what it would be without clouds. For comparison, 100% cloud tops at 500 m would decrease radiative loss by only 50 billion $cal/km^2$/day while 100% cloud tops at 5,000 m would decrease radiative loss by about 1,000 billion $cal/km^2$/day. These numbers demonstrate not only the enormous thermal leverage that might be exercised by influencing mean cloudiness, but also the enormous range of influence that might be possible, depending on cloud type, height, and its influence on the regional heat budget. This conclusion is further underscored by noting that mean monthly values of radiative loss at the surface have been observed to vary by more than 100% in different years at some Arctic stations.

P00000138480

-15-

Similarly, it may be noted that, under certain conditions, in-
fluencing the surface albedo of Arctic pack ice is not beyond the
capability of present technology. Since the presence of sea ice ef-
fectively severs the intense heat flux from ocean water to cold atmos-
phere, regulating the extent of sea ice is still another possible way
of exercising enormous thermal leverage on patterns of thermal forcing
of atmospheric motion (Budyko, 1962) (Fletcher, 1965, 1968).

Influencing the temperature of the ocean surface over extended
areas by changing the courses of certain ocean currents in various
ways has also been proposed. (Wexler, 1958) (Rusin and Flit, 1962)
(Borisov, 1959, 1967). These schemes involve large but not impossible
engineering efforts. The principle difficulty, however, is that
present understanding of ocean dynamics is too rudimentary to reliably
predict the effects of such projects and, even if this were possible,
the dynamical response of the atmosphere to the new pattern of heating
could not be predicted.

These various examples are enough to demonstrate the following
essential conclusions: (1) It does appear to be within man's engi-
neering capacity to influence the heat loss and gain of the atmosphere
on a scale that can influence patterns of thermal forcing of atmos-
pheric circulation. (2) Purposeful use of this capability is not
feasible because present understanding of atmospheric and oceanic dy-
namics and heat exchange is far too imperfect to predict the outcome
of such efforts. (3) Although it would be theoretically more effi-
cient to act directly on the moving atmosphere, engineering techniques
for doing so are not presently available. (4) The inadvertent influ-
ences of man's activity will lead eventually to catastrophic influences
on global climate unless ways can be developed to compensate for these
undesired effects. Whether the time remaining for bringing this problem
under control is a few decades or a century is still an open question.
(5) The diversity of thermal processes that can be influenced in the
atmosphere, and between the atmosphere and ocean, offers promise that,
if global climate is adequately understood, it can be influenced for
the purpose of either maximizing climatic resources or avoiding un-
wanted changes. For example, to avoid undesired planetary warming,

P00000138481

-16-

ways must be found to drain additional heat to space. Regulating
cloud cover, as suggested in an example above, is one possible way
of approaching this problem.

### VI. WHAT INTEREST AND COMPETENCE IN GLOBAL CLIMATE CONTROL HAVE BEEN SHOWN BY NATIONS OF THE WORLD

Only the U.S. and the USSR have expressed serious interest in the
problem of influencing global climate.

In the U.S., this expression has taken the form of statements by
the U.S. National Academy of Sciences (1966) and the National Science
Foundation (1965), pointing out the possible necessity for influencing
global climate and commenting on the scientific feasibility of doing
so. The only formal research program to date has been the NSF funding
program for "Weather Modification" which has for several years in-
cluded some basic work on climatic change and possible climate control.

In the USSR, both governmental and scientific interest has been
more evident. A conference on climate modification was held in Lenin-
grad on 25-28 April 1961 under the sponsorship of the three institu-
tions most closely concerned with the problem -- The Main Geophysical
Observatory, Leningrad, The Institute of Applied Geophysics, Moscow,
and the Institute of Geography, Moscow (JPRS 24512). At this confer-
ence, the Chief of the Hydrometeorological Service, Ye K. Fedorov,
estimated that some 5 to 10 years would be required to adequately de-
fine the problem. (It is now seven years later and as yet the problem
has not been adequately defined). Fedorov also stressed investigation
of ways to influence heat exchange between the atmosphere and the sur-
face as the most promising approach for influencing large scale processes.

Scientists of the various Institutes also reported on various as-
pects of climate control investigation. At the Institute of Applied
Geophysics, Moscow, this work is led by A.N. Gusev, Director of the
Climate Laboratory, and has emphasized the development of a more ade-
quate theory of global climate, including attempts to develop models
of global circulation. At that time, emphasis was on mechanical and
electrical analogue models. In recent years, emphasis is shifting to
mathematical models as computer facilities grow in power.

P00000138482

-17-

At the Institute of Geography, Moscow, emphasis has been on analysis of observed changes of climate and their possible causes. The Director, I.P. Gerasimov, has stressed that future modification of climate should not be undertaken without an understanding of such events in the past, including the causes of such large variations as the Quaternary ice ages. B.L. Dzerdzeevskii at the Institute of Geography has led work on the analysis of atmospheric circulation types and their relation to observed solar changes.

At the main Geophysical Observatory, Leningrad, emphasis on possible climate modification has the longest history and represents the greatest level of effort. Since coming to office in 1954, Director M.I. Budyko has stressed study of the heat balance of the surface/atmosphere system over the earth. A special series of studies have been directed toward the possible removal of the ice cover from the Arctic Ocean. It was concluded that the Arctic sea ice, once removed, would not recur. Instead, a new climatic balance would be established in which sufficient heat would be furnished to the Arctic Ocean to compensate its winter losses. Computations have been made to determine the climatic characteristics of Eurasia and North America under these conditions. However, such computations have been greatly handicapped by the unavailability of an adequate mathematical model or the computer power to simulate global climatic behavior under specified boundary conditions. Summaries of this work were presented at a U.S. symposium in 1966 (Fletcher, 1966).

In recent years, the main computing center of the new "Science City" at Novosibirsk has been assuming a growing leadership in the development of mathematical models of global climate. The Director, G.I. Marchuk, has maintained close contact with U.S. work by extended visits. (1965, 1967, 1969).

Also, the Institute of Oceanography, Moscow, is sponsoring a growing capability emphasizing mathematical models of oceanic and atmospheric circulation. The Director, A.S. Monin, is a dynamic meteorologist and has stressed the influence of ocean/atmosphere interaction on global climate. The extended U.S. visit of his colleague, B. L. Gavrilin, during 1968 is a part of this long range program.

P00000138483

-18-

An organizational framework for governmental supervision of these programs was established in 1962 when a Special Council on Modification of Meteorological Processes was established under the State Committee on the Coordination of Scientific Research Work of the Soviet Council of Ministers. The first meeting of this group was held in Leningrad 11-13 June 1962, where sixteen reports were presented (JPRS:24512). We have no recent information on the activities of this group.

Budyko (1962) reports that "the new program of the Soviet Communist Party, adopted at the 22nd Party Congress, lists the development of climate-control methods among the most urgent problems of Soviet science." (See also, Materials of the 22nd Congress of the Communist Party of the Soviet Union, Moscow 1961, p. 415) (Zikeev and Doumani, 1967).

In general, Soviet work has been most severely handicapped by the lack of computer power comparable to that available in the U.S. However, all of the interested Soviet institutes have demonstrated great emphasis on theoretical work which will contribute to rapid progress as more powerful computers become available. They have also maintained close contact with U.S. groups developing models of atmospheric circulation, maintaining visiting scientists with them much of the time.

In addition, Soviet agencies have been investing great efforts in field observations, especially in high latitude oceanic regions. The following announcment by the Novosti Press Agency is indicative of these efforts. (Arctic, Vol. 21, No. 2, 1968)

"A program of investigations into the mutual influence of the oceans of the world and the atmosphere has been mapped out in the Soviet Union. These studies are aimed at long-term weather forecasts, the elucidation of the reasons for climatic fluctuations, forecasts of the ice regime in the Arctic seas, and a better organization of fishing, and hunting sea-animals.

Concerning the natural experiments suggested by the Arctic and Antarctic Scientific Research Institute (whose program has been discussed in the U.S.S.R. Geographical Society), the head of the Hydrological Regime Sector, Yevgeny Nikiforov, M.Sc. (Geography) said that a vast territory will be subjected to observations conducted according to special techniques. The natural experiment zone will

P00000138484

-19-

> embrace the northern parts of the Atlantic and the Pacific,
> the Arctic Ocean, and the Norwegian, Greenland, and Barents
> seas.
>     The investigations will be conducted from research ves-
> sels and planes equipped with special scientific instru-
> mentation and automatic meteorological stations.  At the
> same time, the natural experiment will extend over terri-
> tories of the continents adjacent to the oceans and seas.
> During these observations it is planned to use the entire
> network of meteorological stations, and the North Pole
> drifting stations; special high-latitude expeditions will
> be launched."

The decade of the 1970's promises to be a period of rapidly
growing international cooperation and activity directed toward study
of global atmospheric circulation.  The planned Global Atmospheric
Research Program (GARP) grew out of a proposal of President John F.
Kennedy to the U.N. General Assembly in 1961.  General Assembly
Resolution 1721 (XVI) recommended joint action to "study basic physi-
cal processes that affect climate and that would be involved in large
scale weather modification."

U.N. Resolution 1802 (XVII) 1962 initiated a long series of
planning conferences under the auspices of the World Meteorological
Organization (WMO), the International Council of Scientific Unions
(ICSU), and the International Union of Geophysics and Geodesy (IUGG).
The most recent study conference met at Stockholm in June 1967 to
formulate detailed scientific requirements.  The first large scale
observation program will probably be in 1973.  Thus far, American
scientists have played the leading roles in these activities.

P00000138485

-20-

## VII.  WHAT CAN BE DONE TO SPEED PROGRESS?

With environmental problems, it is convenient to think of progress in four stages -- observation, understanding, prediction, and control. We must observe how nature behaves before we can understand why, we must understand before we can predict and we must be able to predict the outcome before we undertake measures for control.  Much progress is needed in all four areas in order to achieve the degree of control over climatic processes that is becoming necessary.

In the past, progress has been severely limited by several factors that are now changing rapidly.

One factor was limited observations.  No more than about 20% of the global atmosphere was observed at one time, and that very incompletely.  With the advent of satellite observing systems some quantities can be observed over the entire planet every day.  This observational breakthrough makes possible the synoptic surveillance of the entire global system and the sophistication of the observations that can be made by satellite is rapidly increasing.  The processing and dissemination of this vast new pool of data presents many problems, which are gradually being resolved by the National Environmental Satellite Center.  (Brister, 1967, 1968).

Synoptic observations of the global system have further emphasized the necessity of observing certin typical regions in great detail for a limited period in order to understand the heat exchange processes taking place and their influence on the atmosphere and the ocean. This is especially important in regions which play an important role in the thermal forcing of atmospheric and oceanic circulation, and where large year to year variations can occur.  In the equatorial heat source region, variations in the intensity of the tropical convergence zone seem to be associated with changing global climate.  In the two polar heat sink regions, variations in extent of ice cover on the ocean also seem to be associated with changing global climate.  In all cases, both the causes and the effects of these variations are obscure.

P00000138486

-21-

The equatorial problems are receiving increased attention in recent years, and several field observational programs have been conducted there: the "Indian Ocean Experiment" of 1964, the "Line Island experiment" of 1966, the "Barbados Experiment" of 1968, and the planned sequels to these experiments, "TROMEX" in 1969 and a later "Marshall Islands Experiment."

Similar planning for regions of large heating anomalies at high latitudes is needed but has not yet gotten under way. One region of prime importance is the Weddell Sea sector of the Southern Ocean, which is thought to be the source of most of the bottom water of the world ocean. A very limited two year field program began in 1968, aimed at preliminary measurements of bottom water runoff. To learn how this important region influences the global atmosphere and the world ocean, the program should be expanded to include year-round quantitative observations of the patterns of ocean/atmosphere heat exchange and should be extended to be concurrent with large scale international efforts to observe the behavior of the southern hemisphere atmospheric circulation. (Such as the "Eole Experiment" in 1970 and the tentative "GARP" experiments in 1973 and 1976.) With regard to the northern heat sink region, formulation of needed field measurements was a prime subject of a "Symposium on the Arctic Heat Budget and Atmospheric Circulation" sponsored by NSF in 1966. Detailed recommendations are included in the proceedings (Fletcher, 1966).

A second factor limiting progress has been the nature of the problem. An adequate theoretical basis has not as yet been developed for explaining the interactions of the global heat engine and for accounting for observed changes in climate. Causal relationships have been obscured by the multitude of factors operating and problems for investigation have often been ill-defined. Research methods are often painfully slow and frustrating and thus appear less attractive to graduate students than the more direct methods of experimental sciences; observation of physical behavior, formation of a hypothesis, deduction of consequences from the hypothesis, and the testing of deductions by physical experiment. These limitations are also changing rapidly, for the rapid increase in computer power, coupled with the parallel development of mathematical models of atmospheric and oceanic circulation,

P00000138487

-22-

promise powerful experimental tools for testing hypotheses and causal relationships. An inevitable result will be the development of a more sophisticated theory to explain climatic change which, in turn will trigger an avalanche of "climatic experiments" testing the predictions of the improved theory of climate.

Thus, not only is "observation" in the throes of a technological breakthrough, but also "understanding" and "prediction." For these reasons, relatively rapid progress over the next decade is inevitable.

This process is already under way, but the rate and direction of progress will obviously be influenced by the scale and organization of the resources invested, both human and material. At present, there are three main groups developing atmospheric circulation models (ESSA, NCAR, UCLA). There are at least two substantial groups investigating the causes of climatic change (MIT, University of Wisconsin), and additional groups investigating global heat engine features that are both influential and subject to large variations (Arctic heat exchanges -- McGill, University of Washington; Antarctic heat exchanges -- CSIRO, University of Wisconsin; Equatorial heat exchanges -- McGill, Florida State, University of Miami). It would be desirable to bring the concerted capabilities of these and other groups to bear within a systematic program of climate research utilizing numerical experiments based on theoretical analysis and field observation. Ways of furthering this aim should be systematically explored.

It is clear that the means are presently at hand to support rapid progress in observation, understanding, and prediction. But, what about control?

It must be emphasized that purposeful control of climatic processes will not be possible until a much more adequate climatic theory is developed. On the other hand, it is presently possible to identify and investigate certain potential techniques for influencing climatic processes.

The example of cloud seeding over the Arctic basin was cited earlier and there are many more ways in which heat exchanges might be influenced on a large scale, such as influencing the albedo of the

P00000138488

-23-

surface or the radiative properties of the atmosphere (Rusin, 1962 –
Fletcher, 1965 – Budyko, 1962).  Such techniques should be system-
atically evaluated, and new ones discovered.  In general, such tests
must be conducted under natural conditions and be designed to trigger
cumulative effects on natural heat exchanges.  Nature sets a limit on
the rate of such experimentation, as the annual cycle occurs only once
a year.  It can be anticipated that when rapid experimental progress
becomes urgent this limitation will be severely felt.  Meanwhile, it
would be wise to inititate a small but systematic program of field
evaluation of such potential techniques for large scale weather modi-
fication.

Also, it may be noted that an understanding of contemporary and
future climatic changes can hardly be achieved without understanding
the large climatic changes of the past.  Defining the patterns of these
changes is a way of observing nature's own "climate control experiments."
Yet, the collection and systematization of paleoclimatic evidence has
been both meager and uncoordinated in the U.S.  There is no U.S. insti-
tutional counterpart to, say, the Main Geophysical Observatory in
Leningrad or the Institute for Geography in Moscow.  There has been
no coordinated effort comparable to that led by Lamb at the British
Meteorological Office.  It is not suggested that these institutional
efforts be emulated in the U.S., but rather, that the pace of the
U.S. investigation could be increased by a recognition of the im-
portance of such work by U.S. funding agencies and by a modest increase
in the level of support.

Finally it must be emphasized that management of climatic re-
sources is a problem shared by all nations.  The global ocean/atmos-
phere is a single interacting physical system, in which an action
anywhere may influence behavior everywhere.  We are rapidly approach-
ing the time when progress toward learning how to manage global climate
will be proportional to the purposeful investment of scientific ef-
forts.  Coordination of these efforts is in everyone's interest.

P00000138489

-24-

## REFERENCES

Ahlmann, Hans W., 1945: The Organization of Soviet Arctic Research, Polarboken, Stockholm, p. 32.

Bjerknes, J., 1958: "Related Fluctuations of Trade Winds and Northern Climates," Geophysica Helsinki, Vol. 6, No. 3-4, pp. 169-177.

-----, 1959: "The Recent Warming of the North Atlantic," The Atmosphere and the Sea in Motion, Rockefeller Institute Press and Oxford University Press, pp. 65-73.

-----, 1960: "Ocean Temperature and Atmospheric Circulation," WMO Bulletin, Vol. IX, No. 3, p. 151.

-----, 1964: "Atlantic Air-Sea Interaction," Advances in Geophysics, Vol. 10, Academic Press, New York.

-----, 1966: "A Possible Response of the Hadley Circulation to Variations of the Heat Supply from the Equatorial Pacific," Tellus, Vol. XVII, pp. 820-829.

-----, 1968: Atmospheric Teleconnections from the Equatorial Pacific, P-3882, The RAND Corporation, Santa Monica, California.

Borisov, P.M., 1959: "The Bering Strait Dam," Literaturnaya Gazeta, Moscow.

-----, 1967: "Can We Control the Climate of the Arctic?" Priroda, Issue 12, pp. 63-73.

Bristor, C.L., 1968: "Computer Processing of Satellite Cloud Pictures," ESSA Technical Memo NESCTM-3.

-----, 1967: "Satellite Data Collection," Proc. IBM Symposium, Western Research Center, Yorktown, New York.

Bryson, R.A., 1968: "All Other Factors Being Constant," Weatherwise, Vol. 21, No. 2.

Budyko, M.I., 1962: "Certain Means of Climate Modification," Meteorologiia i Gidrologiia, No. 2:3-8.

-----, O.A. Drozdov, and M.I. Yudin, 1966: "Influence of Economic Activity on Climate," Contemporary Problems of Climatology, Leningrad.

-----, 1967a: "Effect of Volcanic Eruptions on Solar Radiation Coming to the Surface of the Earth," Met. i Gid., No. 10.

-----, 1967b: "Variations of Climate," Met. i Gid., No. 11.

P00000138490

-25-

Callendar, G.S., 1938: "The Artificial Production of Carbon Dioxide and its Influence Upon Surface Temperature," Meteorol. Mag., Vol. 73.

-----, 1961: "Temperature Fluctuations and Trends over the Earth," J. Roy. Meteorol. Soc., Vol. 87, No. 371.

Davitaya, F.F., 1965: "The Possible Influence of Atmospheric Dusti- ness on the Recession of Glaciers and Warming of the Climate," Izv. Akad. Nauk SSSR, No. 2.

Fairbridge, R.W. (ed.), 1961: "Solar Variations, Climatic Change, and Related Geophysical Problems," Annals N.Y. Acad. Sci., Vol. 95, pp. 1-740.

Fletcher, J.O., 1965: The Heat Budget of the Arctic Basin and Its Relation to Climate, R-444-PR, The RAND Corporation, Santa Monica, California.

-----, (ed.), 1966: Proceedings of the Symposium on the Arctic Heat Budget and Atmospheric Circulation, RM-5233-NSF, The RAND Corporation, Santa Monica, California.

-----, 1968: The Interaction of Variable Sea Ice Extent with Global Climate, RM-5793-NSF, The RAND Corporation, Santa Monica, California. (forthcoming).

Gavrilin, B.L., 1965: "Numerical Experiments on the General Circula- tion of the Atmosphere," Izv. Atmos. Ocean Phys., Vol. 1, No. 12.

JPRS, 24512, "Review of Research and Development in Cloud Physics and Weather Modification," Soviet-Bloc Research in Geophysics, Astronomy, and Space, No. 83.

Kraus, E.B., 1954: "Secular Changes in the Rainfall Regime of East Australia," Quart. J. Roy. Meteorol. Soc., Vol. 80, pp. 591-601.

-----, 1955a: "Secular Changes in Tropical Rainfall Regimes," Quart. J. Roy. Meteorol. Soc., Vol. 81, pp. 198-210.

-----, 1955b: "Secular Changes of East Coast Rainfall Regimes," Quart. J. Roy. Meteorol. Soc., Vol. 81, pp. 430-439.

-----, 1956: "Secular Changes of the Standing Circulation," Quart. J. Roy. Meteorol. Soc., Vol. 82, pp. 289-300.

-----, 1959: "The Evaporation-Precipitation Cycle of the Trades," Tellus, Vol. 11, pp. 147-158.

-----, 1963: "Recent Changes of East Coast Rainfall Regimes," Quart. J. Roy. Meteorol. Soc., Vol. 89, pp. 145-146.

Lamb, H.H., 1966a: The Changing Climate, London, Methuen.

-----, and A.I. Johnson, 1966b: "Secular Variations of the Atmospheric Circulation Since 1750," Geophysical Memoir No. 110.

P00000138491

-26-

-----, 1966c:  "On Climatic Variations Affecting the Far South,"
  1966 WMO Technical Note No. 87, Geneva.

-----, 1966d:  "Climate in the 1960's," Geophys. J., Vol. 132, Part 2.

Landsberg, H.E., 1963:  "Unusual Weather of January 1963," Monthly
  Weather Review, Vol. 91, No. 6, pp. 307-308.

Maximov, I.V., 1954:  "Secular Fluctuations of Ice Conditions in the
  Northern Part of the Atlantic Ocean," Trudy Inst. Oceanology,
  Vol. VIII, Moscow.

Mitchell, J.M., Jr., 1963:  "On the Worldwide Pattern of Secular
  Temperature Change," Changes in Climate, Proc. Rome Symposium, UNESCO.

Müller, F., 1963:  "On the Influence of Changes in the $CO_2$ Concentration
  in Air on the Radiation Balance of the Earth's Surface and on the
  Climate," J. Geophys. Res., Vol. 68, No. 13.

Namias, J., 1966a:  "Large-Scale Air-Sea Interactions as Primary Causes
  of Fluctuations in Prevailing Weather," Trans. N.Y. Acad. Sci.,
  Vol. 29, pp. 183-191.

-----, 1968:  "Long-Range Weather Forecasting -- History, Current Status,
  and Outlook," Bull. AMS, Vol. 49, No. 5.

National Academy of Sciences, 1966:  "Weather and Climate Modification,"
  (2 vols.), Publ. No. 1350, Washington, D.C.

National Science Foundation, 1965:  "Weather and Climate Modification,"
  Publ. NSF 66-3.

Plass, G.N, 1959:  "Carbon Dioxide and Climate," Scientific American
  No. 1.

Rubinstein, E.S., and L.G. Polozova, 1966:  "Contemporary Climatic
  Variations," Hydrometeorological Publishing House, Leningrad.

Rusin, N.P., and L.A. Flit, 1962:  Methods of Climate Control, Moscow.

Sandstrom, J.W., 1932:  "Uber den Einfloss des Golfstromes auf das
  Wether," Physic der frelin Atmosphere, Leipzig.

Sawyer, J.S., 1966:  "Possible Variations of the General Circulation
  of the Atmosphere," World Climate from 8000 BC to 0 BC, Proc. Sym-
  posium Royal Meteorological Society.

Shishkov, V.A., 1962:  "Meridional Transfer of Heat in the Lower
  Troposphere and Anomalies of the Temperature Regime in the Northern
  Part of the Atlantic Ocean," Trudy Institute of Oceanologii ANSSSR,
  Vol. 57.

P00000138492

-27-

Sorkina, A.I., 1965a: "Comparison of the Regimes of Atmospheric Circulation over the North Atlantic and the North Pacific," Oceanology, Vol. 5, No. 3.

-----, 1965b: "Features of Atmospheric Circulation over the North Atlantic During the IGY and IGC," Oceanology, Vol. 5, No. 4.

Thompson, P.D., and W.O. Roberts, 1967: "Computing the Weather," Christian Science Monitor, August.

Vowinckel, E., and S. Orvig, 1964: "Radiation Balance of the Troposphere and of the Earth-Atmosphere System in the Arctic," Publications in Meteorology, No. 63, McGill University, Montreal.

Wexler, H., 1958: "Modifying Weather on a Large Scale," Science, Vol. 128, pp. 1059-1063.

Willett, H.C., 1953: "Atmospheric and Oceanic Circulation as Factors in Glacial-Interglacial Changes of Climate," Climatic Change, Harvard.

-----, 1965: "Solar Climatic Relationships in the Light of Standardized Climatic Data," J. Atmos. Sci., Vol. 22, pp. 120-136.

-----, 1961: "Solar Climatic Relationships," Annals N.Y. Acad. Sci., Vol. 95, Article 1, pp. 89-106.

Wyrtki, K., 1966: "Seasonal Variation of Heat Exchange and Surface Temperature in the North Pacific Ocean," Report 66-3, Hawaii Institute of Geophysics, Honolulu, 8 pp.

Yudin, M.I., 1966: "The Possibilities for Influencing Large-Scale Atmospheric Processes," Contemporary Problems in Climatology, Leningrad.

Zikeev, N.T., and G.A. Doumani, 1967: Weather Modification in the Soviet Union 1946-1966, A Selected Annotated Bibliography, Library of Congress, Washington, D.C.

P00000138493