

THE WHITE HOUSE
PRESIDENT
GEORGE W. BUSH



CLICK HERE TO PRINT

For Immediate Release
Office of the Press Secretary
March 13, 2001

## Text of a Letter from the President to Senators Hagel, Helms, Craig, and Roberts

Thank you for your letter of March 6, 2001, asking for the Administration's views on global climate change, in particular the Kyoto Protocol and efforts to regulate carbon dioxide under the Clean Air Act. My Administration takes the issue of global climate change very seriously.

As you know, I oppose the Kyoto Protocol because it exempts 80 percent of the world, including major population centers such as China and India, from compliance, and would cause serious harm to the U.S. economy. The Senate's vote, 95-0, shows that there is a clear consensus that the Kyoto Protocol is an unfair and ineffective means of addressing global climate change concerns.

As you also know, I support a comprehensive and balanced national energy policy that takes into account the importance of improving air quality. Consistent with this balanced approach, I intend to work with the Congress on a multipollutant strategy to require power plants to reduce emissions of sulfur dioxide, nitrogen oxides, and mercury. Any such strategy would include phasing in reductions over a reasonable period of time, providing regulatory certainty, and offering market-based incentives to help industry meet the targets. I do not believe, however, that the government should impose on power plants mandatory emissions reductions for carbon dioxide, which is not a "pollutant" under the Clean Air Act.

A recently released Department of Energy Report, "Analysis of Strategies for Reducing Multiple Emissions from Power Plants," concluded that including caps on carbon dioxide emissions as part of a multiple emissions strategy would lead to an even more dramatic shift from coal to natural gas for electric power generation and significantly higher electricity prices compared to scenarios in which only sulfur dioxide and nitrogen oxides were reduced.

This is important new information that warrants a reevaluation, especially at a time of rising energy prices and a serious energy shortage. Coal generates more than half of America's electricity supply. At a time when California has already experienced energy shortages, and other Western states are worried about price and availability of energy this summer, we must be very careful not to take actions that could harm consumers. This is especially true given the incomplete state of scientific knowledge of the causes of, and solutions to, global climate change and the lack of commercially available technologies for removing and storing carbon dioxide.

Consistent with these concerns, we will continue to fully examine global climate change issues -- including the science, technologies, market-based systems, and innovative options for addressing concentrations of greenhouse gases in the atmosphere. I am very optimistic that, with the proper focus and working with our friends and allies, we will be able to develop technologies, market incentives, and other creative ways to address global climate change.

I look forward to working with you and others to address global climate change issues in the context of a national energy policy that protects our environment, consumers, and economy.

Sincerely,

GEORGE W. BUSH

---

**Return to this article at:**
http://www.whitehouse.gov/news/releases/2001/03/20010314.html

P00000141289