JULIA A. OLSON (OR Bar 062230)
JuliaAOlson@gmail.com
Wild Earth Advocates
1216 Lincoln Street
Eugene, OR 97401
Tel: (415) 786-4825

ANDREA K. RODGERS (OR Bar 041029)
Andrearodgers42@gmail.com
Law Offices of Andrea K. Rodgers
3026 NW Esplanade
Seattle, WA 98117
Tel: (206) 696-2851

PHILIP L. GREGORY (*pro hac vice*)
pgregory@gregorylawgroup.com
Gregory Law Group
1250 Godetia Drive
Redwood City, CA 94062
Tel: (650) 278-2957
*Attorneys for the Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **KELSEY CASCADIA ROSE JULIANA**; **XIUHTEZCATL TONATIUH M.**, through his Guardian Tamara Roske-Martinez; et al., | Case No.: 6:15-cv-01517-AA |
| Plaintiffs, | **PLAINTIFFS' WITNESS LIST** |
| v. | |
| The **UNITED STATES OF AMERICA**; **DONALD TRUMP**, in his official capacity as President of the United States; et al., | |
| Defendants. | |

**PLAINTIFFS' WITNESS LIST**

Pursuant to the Court's Order in this matter, Youth Plaintiffs hereby submit the following Witness List. Youth Plaintiffs reserve the right to call any witnesses identified on Defendants' witness list. The Youth Plaintiffs hereby submit the following list of individuals who will or may be called to testify at the bench trial in the above-captioned case set to begin October 29, 2018.

## I.  FACT WITNESSES

The names and addresses of witnesses, other than experts, to be called at trial and the general nature of the testimony of each are:

1.  **Jessica Wentz**, Senior Fellow and Associate Researcher, Sabin Center for Climate Change Law, Columbia Law School, WILL TESTIFY regarding actions of the Defendants taken during the Trump Administration to perpetuate a fossil fuel-based energy system. 435 West 116th Street, New York, New York 10027.

    Estimated time for direct examination: 5 hours.

2.  **Aji P**. is a Plaintiff in this action. He WILL TESTIFY about how he has been injured due to the Defendants' conduct in causing and contributing to climate change. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062.

    Estimated time for direct examination: 2 hours.

3.  **Alexander L**. is a Plaintiff in this action. He WILL TESTIFY about how he has been injured due to the Defendants' conduct in causing and contributing to climate change. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062.

    Estimated time for direct examination: 2 hours.

4.  **Avery M**. is a Plaintiff in this action. She WILL TESTIFY about how she has been injured due to the Defendants' conduct in causing and contributing to climate change. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062.

1

Estimated time for direct examination: 2 hours.

5.    **Hazel V**. is a Plaintiff in this action. She WILL TESTIFY about how she has been injured due to the Defendants' conduct in causing and contributing to climate change. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062. Estimated time for direct examination: 2 hours.

6.    **Isaac V**. is a Plaintiff in this action. He WILL TESTIFY about how he has been injured due to the Defendants' conduct in causing and contributing to climate change. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062. Estimated time for direct examination: 2 hours.

7.    **Jacob L**. is a Plaintiff in this action. He WILL TESTIFY about how he has been injured due to the Defendants' conduct in causing and contributing to climate change. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062. Estimated time for direct examination: 2 hours.

8.    **Jayden F**. is a Plaintiff in this action. She WILL TESTIFY about how she has been injured due to the Defendants' conduct in causing and contributing to climate change. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062. Estimated time for direct examination: 2 hours.

9.    **Journey Z**. is a Plaintiff in this action. He WILL TESTIFY about how he has been injured due to the Defendants' conduct in causing and contributing to climate change. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062. Estimated time for direct examination: 2 hours.

10.    **Kelsey Cascadia Rose Juliana** is a Plaintiff in this action. She WILL TESTIFY about how she has been injured due to the Defendants' conduct in causing and contributing to

climate change. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062.

Estimated time for direct examination: 2 hours.

11.    **Kiran O**. is a Plaintiff in this action. He WILL TESTIFY about how he has been injured due to the Defendants' conduct in causing and contributing to climate change. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062.

Estimated time for direct examination: 2 hours.

12.    **Levi D**. is a Plaintiff in this action. He WILL TESTIFY about how he has been injured due to the Defendants' conduct in causing and contributing to climate change. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062.

Estimated time for direct examination: 2 hours.

13.    **Miko V**. is a Plaintiff in this action. She WILL TESTIFY about how she has been injured due to the Defendants' conduct in causing and contributing to climate change. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062.

Estimated time for direct examination: 2 hours.

14.    **Nathaniel B**. is a Plaintiff in this action. He WILL TESTIFY about how he has been injured due to the Defendants' conduct in causing and contributing to climate change. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062.

Estimated time for direct examination: 2 hours.

15.    **Nicholas V.** is a Plaintiff in this action. He WILL TESTIFY about how he has been injured due to the Defendants' conduct in causing and contributing to climate change. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062.

Estimated time for direct examination: 2 hours.

**PLAINTIFFS' WITNESS LIST**                                                        3

16.    **Sahara V**. is a Plaintiff in this action. She WILL TESTIFY about how she has been injured due to the Defendants' conduct in causing and contributing to climate change. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062. Estimated time for direct examination: 2 hours.

17.    **Sophie K**. is a Plaintiff in this action. She WILL TESTIFY about how she has been injured due to the Defendants' conduct in causing and contributing to climate change. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062. Estimated time for direct examination: 2 hours.

18.    **Tia H**. is a Plaintiff in this action. She WILL TESTIFY about how she has been injured due to the Defendants' conduct in causing and contributing to climate change. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062. Estimated time for direct examination: 2 hours.

19.    **Victoria B**. is a Plaintiff in this action. She WILL TESTIFY about how she has been injured due to the Defendants' conduct in causing and contributing to climate change. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062. Estimated time for direct examination: 2 hours.

20.    **Xiuhtezcatl Tonatiuh M**. is a Plaintiff in this action. He WILL TESTIFY about how he has been injured due to the Defendants' conduct in causing and contributing to climate change. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062. Estimated time for direct examination: 2 hours.

21.    **Zealand B**. is a Plaintiff in this action. He WILL TESTIFY about how he has been injured due to the Defendants' conduct in causing and contributing to climate change. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062.

Estimated time for direct examination: 2 hours.

22.    **Jaime B**. is a Plaintiff in this action. She MAY TESTIFY about how she has been

injured due to the Defendants' conduct in causing and contributing to climate change.

c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062.

Estimated time for direct examination: 2 hours.

23.    **Jamescita Peshlakai** MAY TESTIFY about how her daughter, Plaintiff Jaime B., has

been harmed due to the Defendants' conduct in causing and contributing to climate

change. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062.

Estimated time for direct examination: 2 hours.

24.    **Mae Peshlakai** MAY TESTIFY about how her granddaughter, Plaintiff Jaime B., has

been harmed due to the Defendants' conduct in causing and contributing to climate

change and how Defendants' conduct has harmed Jaime's family, cultural, and spiritual

traditions as a member of the Navajo Nation. c/o Gregory Law Group, 1250 Godetia

Drive, Redwood City, CA 94062.

Estimated time for direct examination: 2 hours.

25.    **Sharon Baring** MAY TESTIFY about how her son, Plaintiff Nathan B., has been

harmed due to the Defendants' conduct in causing and contributing to climate change.

c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062.

Estimated time for direct examination: 2 hours.

26.    **Marie Venner** MAY TESTIFY about how her son, Plaintiff Nick V. has been harmed

due to the Defendants' conduct in causing and contributing to climate change. c/o

Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062.

Estimated time for direct examination: 2 hours

**PLAINTIFFS' WITNESS LIST**                                                        5

27.    **Rafe Pomerance** MAY TESTIFY about his experiences and observations working at World Resources Institute and the United States Department of State related to climate change outreach and oversight; c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062.

Estimated time for direct examination: 4 hours.

28.    **Stephen Seidel** MAY TESTIFY about his experiences and observations working at the Environmental Protection Agency, Council on Environmental Quality, and White House Climate Change Task Force related to climate change activities; c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062.

Estimated time for direct examination: 4 hours.

29.    **Susan Ying** MAY TESTIFY about her experiences and observations working in the aerospace and aeronautical industries related to renewable energy transportation; c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062.

Estimated time for direct examination: 4 hours

30.    **Howard C. Sun** or other representative from Council on Environmental Quality MAY TESTIFY for purposes of authentication and admissibility of government documents; Headquarters, Washington, D.C.; Estimated time for direct examination: 1 hour

31.    Representative from Office of Management and Budget MAY TESTIFY for purposes of authentication and admissibility of government documents; Headquarters, Washington, D.C.; Estimated time for direct examination: 1 hour

32.    **Michael Kuperberg**, Ph.D. or other representative from Office of Science and Technology Policy MAY TESTIFY for purposes of authentication and admissibility of government documents; Headquarters, Washington, D.C.; Estimated time for direct

examination: 1 hour

33.  **Eric Boyle** or other representative from Department of Energy MAY TESTIFY for purposes of authentication and admissibility of government documents; Headquarters, Washington, D.C.; Estimated time for direct examination: 1 hour

34.  **Benjamin Simon** or other representative from Department of Interior MAY TESTIFY for purposes of authentication and admissibility of government documents; Headquarters, Washington, D.C.; Estimated time for direct examination: 1 hour

35.  **Darren Timothy** or other representative from Department of Transportation MAY TESTIFY for purposes of authentication and admissibility of government documents; Headquarters, Washington, D.C.; Estimated time for direct examination: 1 hour

36.  **William Hohenstein** or other representative from Department of Agriculture MAY TESTIFY for purposes of authentication and admissibility of government documents; Headquarters, Washington, D.C.; Estimated time for direct examination: 1 hour

37.  **William Sweet**, Ph.D., or other representative from Department of Commerce MAY TESTIFY for purposes of authentication and admissibility of government documents; Headquarters, Washington, D.C.; Estimated time for direct examination: 1 hour

38.  **Rebecca Patton** or other representative from Department of Defense MAY TESTIFY for purposes of authentication and admissibility of government documents; Headquarters, Washington, D.C.; Estimated time for direct examination: 1 hour

39.  **Marissa McInnis** or other representative from Department of Defense MAY TESTIFY for purposes of authentication and admissibility of government documents; Headquarters, Washington, D.C.; Estimated time for direct examination: 1 hour

40.  **Rebecca Patton** or other representative from Department of Defense MAY TESTIFY

for purposes of authentication and admissibility of government documents;

Headquarters, Washington, D.C.; Estimated time for direct examination: 1 hour

41.    **Kathleen White** or other representative from Department of Defense MAY TESTIFY

for purposes of authentication and admissibility of government documents;

Headquarters, Washington, D.C.; Estimated time for direct examination: 1 hour

42.    **Jerry Drake** or other representative from Department of State MAY TESTIFY for

purposes of authentication and admissibility of government documents; Headquarters,

Washington, D.C.; Estimated time for direct examination: 1 hour

43.    **Daniel Conrad** or other representative from Environmental Protection Agency MAY

TESTIFY for purposes of authentication and admissibility of government documents;

Headquarters, Washington, D.C.; Estimated time for direct examination: 1 hour

44.    **Cheryl MacKay** MAY TESTIFY purposes of authentication and admissibility of

government documents; Headquarters, Washington, D.C.; Estimated time for direct

examination: 1 hour

45.    Any witness called by Defendants.

46.    Any necessary rebuttal witnesses.


## II.  EXPERT WITNESSES

The names and addresses of the expert witnesses to be used by the Youth Plaintiffs at the

trial, the issue upon which each will testify, and the estimated time for direct examination are:

1.    **Dr. James Hansen** WILL TESTIFY regarding expert testimony related to how climate

change works, the energy imbalance created by human-caused greenhouse gas emissions,

related temperature trends, sea level rise, climate tipping points, the urgency of returning

**PLAINTIFFS' WITNESS LIST**                                                    8

the planet to the Holocene temperature range, and the emission reduction and carbon sequestration prescription for stabilizing the climate system and restoring Earth's energy balance. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062.

Estimated time for direct examination: 5 hours.

2.    **Dr. Eric Rignot** WILL TESTIFY regarding expert testimony related to the retreat of the grounding line of West Antarctica ice sheets, potential melting scenarios, the melting and ice disintegration trends for East Antarctica and Greenland, current and projected ice sheet loss, ocean warming patterns and global sea level rise. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062.

Estimated time for direct examination: 5 hours.

3.    **Dr. Kevin Trenberth** WILL TESTIFY regarding expert testimony related to the impact of fossil fuel emissions and climate change on the environment, the water cycle and precipitation, including drought and wildfires, the increasing severity and frequency of storms, significant rain events, and flooding. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062.

Estimated time for direct examination: 5 hours.

4.    **Dr. Steven Running** WILL TESTIFY regarding expert testimony related to the impacts of climate change on terrestrial ecosystems in the United States, including impacts on species, biodiversity, ecosystem shifts and collapse, and the effects of terrestrial climate change impacts on humans, including the Plaintiffs. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062.

Estimated time for direct examination: 5 hours.

5.    **Dr. Ove Hoegh-Guldberg** WILL TESTIFY regarding expert testimony related to the

impacts of fossil fuel emissions, atmospheric $CO_2$ levels and global warming on ocean acidification, ocean warming, coral reefs and other marine life, the corollary maximum concentration threshold of $CO_2$, the current state and trends of ocean acidification and ocean warming, and the ecosystem, food chain, and human impacts of present and ongoing harm to oceans from climate change and ocean acidification. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062.

Estimated time for direct examination: 5 hours.

6.  **Dr. Lise Van Susteren** WILL TESTIFY regarding expert testimony related to the psychological, mental, emotional and physical impacts of climate change on young people, including Plaintiffs. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062.

Estimated time for direct examination: 5 hours.

7.  **Peter Erickson** WILL TESTIFY regarding expert testimony related to the value of consumption-based and other greenhouse gas emissions inventories and how such inventories are prepared. Mr. Erickson will also testify regarding the influence of government subsidies and incentives on the production of fossil fuels and associated $CO_2$ emissions. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062.

Estimated time for direct examination: 5 hours.

8.  **Dr. Mark Jacobson** WILL TESTIFY regarding expert testimony related to the feasibility of transitioning the United States from fossil fuel-based energy systems for all sectors to 100% clean, renewable energy in all energy sectors, and the time-frame it would take to do so. Dr. Jacobson will also testify regarding the economic feasibility of transitioning energy systems off of fossil fuels and the comparative impacts of fossil fuels

compared to clean, renewable energy on energy security, jobs, and land use. c/o **Gregory Law Group**, 1250 Godetia Drive, Redwood City, CA 94062.

Estimated time for direct examination: 5 hours.

9. **Dr. Frank Ackerman** WILL TESTIFY regarding expert testimony related to the economic costs to society and future generations of climate change and a fossil fuel-based energy system. Dr. Ackerman will also testify to the lack of consideration of the risks of catastrophic climate change impacts in federal decision-making regarding climate and energy policy, the Federal Government's use of high discounting rates, and the undervaluing of the social cost of carbon. Dr. Ackerman will also testify to the economic impacts of delaying in mitigating climate change. c/o **Gregory Law Group**, 1250 Godetia Drive, Redwood City, CA 94062.

Estimated time for direct examination: 5 hours.

10. **Andrea Wulf** WILL TESTIFY regarding expert testimony related to the historical evidence that a balanced order of nature and humanity's connection with nature, including the climate system, is deeply embedded in the history and tradition of the United States. Ms. Wulf will also testify as to the attitudes of the founding fathers and other leading thinkers of the early republic of the United States towards nature, and the interconnection between these attitudes and the philosophical and ideological underpinnings of the United States' political and legal system, as well as to the influence of the German explorer and scientist Alexander von Humboldt (1769-1859) on various early American thinkers, writers and environmentalists, including the founding fathers. c/o **Gregory Law Group**, 1250 Godetia Drive, Redwood City, CA 94062.

Estimated time for direct examination: 4 hours.

11.    **Professor Catherine Smith** WILL TESTIFY regarding expert testimony related to the historical and sociological legal basis for reviewing government actions that discriminate against and harm children under heightened judicial scrutiny. Professor Smith will also testify as to how children are situated differently from other classes of people, and receive and have historically received differential treatment in the American legal system and under international law, and thus merit the status of a protected class for the purpose of the Equal Protection Clause. Professor Smith will also testify regarding the historical and sociological legal basis for granting children in America extraordinary legal protection from government action and government action causing climate change-related harms. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062. Estimated time for direct examination: 4 hours.

12.    **Dr. G. Philip Robertson** WILL TESTIFY regarding expert testimony related to the potential capacity for improved management of United States forest, range and agricultural lands to achieve net negative carbon emissions (i.e., sequester atmospheric carbon) and avoid future greenhouse gas emissions, and the quantum of this potential for carbon sequestration and greenhouse gas mitigation. Dr. Roberston will also testify regarding the global carbon cycle generally, and how land management practices can contribute to negative and avoided greenhouse gas emissions. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062.
Estimated time for direct examination: 4 hours.

13.    **James Gustave Speth** WILL TESTIFY regarding expert testimony related to the historical knowledge of the United States government, including Defendants, of climate change, climate science, obligations to present and future generations to mitigate climate

change and prevent climate change harms, and alternative pathways to power the United States' energy system other than through the use of fossil fuels. Mr. Speth will also testify regarding the actions, policies and decisions of the United States government, including Defendants, in the areas of climate change and energy, and particularly the promotion, maintenance and further entrenching of a fossil-fuel based energy system. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062.

Estimated time for direct examination: 6 hours.

14. **Dr. Harold R. Wanless** WILL TESTIFY regarding expert testimony related to climate change- and greenhouse gas emission-induced sea level rise; the relationship between $CO_2$ concentrations and fluctuations in sea level rise in the paleoclimate record; and the relationship between anthropogenic climate change, ocean warming, polar ice melt, and accelerating observed and projected sea-level rise. Dr. Wanless will also testify as to the harms associated with sea level rise that Plaintiffs face and the urgency of stopping additional greenhouse gas emissions in order to prevent and/or mitigate these harms. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062.

Estimated time for direct examination: 5 hours.

15. **Dr. Howard Frumkin** WILL TESTIFY regarding expert testimony related to the health impacts of climate change, and particularly those health impacts affecting children, as well as projected climate change-related health impacts on that will affect present generations of children as they reach adulthood. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062.

Estimated time for direct examination: 4 hours.

16. **Dr. James H. Williams** WILL TESTIFY regarding expert testimony related to the

**PLAINTIFFS' WITNESS LIST**                                                                                    13

technological pathways, feasibility and costs of achieving deep decarbonization of the United States energy system commensurate with stabilizing the climate system at non-dangerous levels; the policies that could be used to achieve this outcome; the capacity of the United States government, including Defendants, to achieve such a decarbonization of the United States energy system; and the implications of such a decarbonization of the United States energy system on quality of life and standards of living. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062.

Estimated time for direct examination: 5 hours.

17.    **Dr. Joseph E. Stiglitz** WILL TESTIFY regarding expert testimony related to the economic dimensions of the climate change-related risks, costs and harms to Plaintiffs and other children that are occurring and will continue to occur if defendants continue to pursue policies perpetuating a fossil fuel-based energy system and defer action to mitigate climate change. Dr. Stiglitz will also testify regarding the economics, including the feasibility and benefits, of transitioning to a non-fossil fuel economy now rather than later, and the economic tools available to achieve this transition. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062.

Estimated time for direct examination: 5 hours.

18.    **Dr. Susan E. Pacheco** WILL TESTIFY regarding expert testimony related to the public health impacts on children from climate change and air pollution from fossil fuels. Dr. Pacheco will also testify regarding the unique vulnerability of children to the impacts of climate change and air pollution from fossil fuels, and the particular vulnerability of certain populations of children, including several Plaintiffs. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062.

Estimated time for direct examination: 5 hours.

19.    **Dr. Karrie P. Walters** WILL TESTIFY regarding expert testimony related to the expert

reports of Dr. Jeffrey Sugar and Dr. Lise Van Susteren; psychological harms from

climate change; and the psychological coping strategies and options of Plaintiffs in the

face of anthropogenic climate change. Dr. Walters will also testify as to the distinction

between, on the one hand, mental health disorders and diagnoses, and, on the other hand,

the identification of mental health harm. c/o Gregory Law Group, 1250 Godetia Drive,

Redwood City, CA 94062.

Estimated time for direct examination: 3 hours.

20.    **Dr. Akilah Jefferson** WILL TESTIFY regarding expert testimony related to the expert

reports of Dr. Normal Klein, Dr. Arthur Partikian, Dr. Howard Frumkin, Dr. Susan

Pacheco and Dr. Jerome Paulson; the connection between climate change, and asthma

and allergies; the way in which Plaintiffs are being specifically harmed by climate

change-connected asthma and allergies; and the empirical and clinical evidence that

climate change is a significant factor in exacerbating the risk, longevity, and severity of

asthma and allergies. c/o Gregory Law Group, 1250 Godetia Drive, Redwood City, CA

94062.

Estimated time for direct examination: 3 hours.

21.    **Dr. Jerry Paulson** MAY TESTIFY regarding expert testimony related to the public

health impacts on children from climate change and air pollution from fossil fuels. Dr.

Paulson will also testify regarding the unique vulnerability of children to the impacts of

climate change and air pollution from fossil fuels, and the particular vulnerability of

certain populations of children, including several Plaintiffs. c/o Gregory Law Group,

1250 Godetia Drive, Redwood City, CA 94062.

Estimated time for direct examination: 5 hours.

DATED this 15th day of October, 2018.

Respectfully submitted,

/s/ Andrea K. Rodgers
Andrearodgers42@gmail.com
Law Offices of Andrea K. Rodgers
3026 NW Esplanade
Seattle, WA 98117
Tel: (206) 696-2851

Julia A. Olson (OR Bar 062230)
JuliaAOlson@gmail.com
Wild Earth Advocates
1216 Lincoln Street
Eugene, OR 97401
Tel: (415) 786-4825

Philip L. Gregory (*pro hac vice*)
pgregory@gregorylawgroup.com
Gregory Law Group
1250 Godetia Drive
Redwood City, CA 94062
Tel: (650) 278-2957