# Supreme Court of the United States

No.   18A410

IN RE UNITED STATES, ET AL.

---

**O R D E R**

---

UPON CONSIDERATION of the application of counsel for the applicants,

IT IS ORDERED that discovery and trial in the United States District Court for the District of Oregon, in case No. 6:15-cv-01517, are stayed pending receipt of a response, due on or before Wednesday, October 24, 2018, by 3 p.m., and further order of the undersigned or of the Court.

    /s/   John G. Roberts, Jr.
Chief Justice of the United States

Dated this 19th
day of October 2018.