JEFFREY BOSSERT CLARK
Assistant Attorney General
JEFFREY H. WOOD
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division

LISA LYNNE RUSSELL, Chief
GUILLERMO A. MONTERO, Assistant Chief
SEAN C. DUFFY (NY Bar. No. 4103131)
MARISSA A. PIROPATO (MA Bar. No. 651630)
CLARE BORONOW (admitted to MD bar)
FRANK J. SINGER (CA Bar No. 227459)
ERIKA NORMAN (CA Bar No. 268425)
Trial Attorneys
Natural Resources Section
601 D Street NW
Washington, DC 20004
Telephone: (202) 305-0445
Facsimile:  (202) 305-0506
sean.c.duffy@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**EUGENE DIVISION**

| | |
|---|---|
| KELSEY CASCADIA ROSE JULIANA, *et al.*, | Case No. 6:15-cv-01517-AA |
| Plaintiffs, | **NOTICE OF FILING PETITION FOR WRIT OF MANDAMUS AND EMERGENCY MOTION UNDER NINTH CIRCUIT RULE 27-3** |
| v. | |
| UNITED STATES OF AMERICA, *et al.*, | |
| Defendants. | |

Defendants, by and through undersigned counsel, hereby give notice of the filing in the

United States Court of Appeals for the Ninth Circuit of a Petition for a Writ of Mandamus to the

United States District Court for the District of Oregon and Emergency Motion Under Ninth

Circuit Rule 27-3 ("Petition"). A copy of the Petition is filed herewith as an exhibit to this Notice.

| | |
|---|---|
| Dated: November 5, 2018 | Respectfully submitted,<br>JEFFREY BOSSERT CLARK<br>Assistant Attorney General<br>JEFFREY H. WOOD<br>Principal Deputy Assistant Attorney General<br>Environment & Natural Resources Division<br><br>*/s/ Sean C. Duffy*<br>LISA LYNNE RUSSELL<br>GUILLERMO A. MONTERO<br>SEAN C. DUFFY (NY Bar No. 4103131)<br>MARISSA PIROPATO (MA Bar No. 651630)<br>CLARE BORONOW (admitted to MD bar)<br>FRANK J. SINGER (CA Bar No. 227459)<br>ERIKA NORMAN (CA Bar No. 268425)<br><br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Natural Resources Section<br>601 D Street NW<br>Washington, DC 20004<br>Telephone: (202) 305-0445<br>Facsimile: (202) 305-0506<br>sean.c.duffy@usdoj.gov<br><br>*Attorneys for Defendants* |