**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| Kelsey Cascadia Rose Juliana; Xiuhtezcatl Tonatiuh M., through his Guardian Tamara Roske-Martinez; Alexander Loznak; Jacob Lebel; Zealand B., through his Guardian Kimberly Pash-Bell; Avery M., through her Guardian Holly McRae; Sahara V., through her Guardian Toa Aguilar; Kiran Isaac Oommen; Tia Marie Hatton; Isaac V., through his Guardian Pamela Vergun; Miko V., through her Guardian Pamel Vergun; Hazel V., through her Guardian Margo Van Ummerson; Sophie K., through her Guardian Dr. James Hansen; Jaime B., through her Guardian Jamescita Peshlakai; Journey Z., through his Guardian Erika Schneider; Victoria B., through her Guardian Daisy Calderon; Nathaniel B., through his Guardian Sharon Baring; Aji P., through his Guardian Helaina Piper; Levi D., through his Guardian Leigh-Ann Draheim; Jayden F., through her Guardian Cherri Foytlin; Nicholas V., through his Guardian Marie Venner; Earth Guardians, a | No. 18-36082  D.C. No. 6:15-cv-01517-AA  ORDER |

nonprofit organization; FUTURE
GENERATIONS, through their
Guardian Dr. James Hansen,

*Plaintiffs-Appellees*,

v.

UNITED STATES OF AMERICA; MARY
B. NEYMAYR, in her official capacity
as Director of Council on
Environmental Quality; MICK
MULVANEY, in his official capacity
as Director of the Office of
Management and the Budget;
KELVIN K. DROEGEMEIR, Dr., in his
official capacity as Director of the
Office of Science and Technology
Policy; DAN BROUILLETTE, Dr., in
his official capacity as Secretary of
Energy; U.S. DEPARTMENT OF THE
INTERIOR; DAVID BERNHARDT, in his
official capacity as Secretary of
Interior; U.S. DEPARTMENT OF
TRANSPORTATION; ELAINE L. CHAO,
in her official capacity as Secretary
of Transportation; UNITED STATES
DEPARTMENT OF AGRICULTURE;
SONNY PERDUE, in his official
capacity as Secretary of Agriculture;
UNITED STATES DEPARTMENT OF
COMMERCE; WILBUR ROSS, in his
official capacity as Secretary of
Commerce; UNITED STATES
DEPARTMENT OF DEFENSE; MARK T.

ESPER, in his official capacity as
Secretary of Defense; UNITED
STATES DEPARTMENT OF STATE;
MICHAEL POMPEO, in his official
capacity as Secretary of State;
ANDREW WHEELER, in his official
capacity as Administrator of the
EPA; OFFICE OF THE PRESIDENT OF
THE UNITED STATES; U.S.
ENVIRONMENTAL PROTECTION
AGENCY; U.S. DEPARTMENT OF
ENERGY; DONALD J. TRUMP, in his
official capacity as President of the
United States,
                               *Defendants-Appellants*.

Filed February 10, 2021

Before:  Mary H. Murguia and Andrew D. Hurwitz, Circuit
Judges, and Josephine L. Staton,* District Judge.

Order

## ORDER

The full court has been advised of the petition for
rehearing en banc.  A judge requested a vote on whether to
rehear the matter en banc.  The matter failed to receive a

---

* The Honorable Josephine L. Staton, United States District Judge
for the Central District of California, sitting by designation.

4                    Juliana v. United States

majority of the votes of the nonrecused active judges in favor of en banc consideration.  Fed R. App. P. 35.

The petition for rehearing en banc, Dkt. 156, is **DENIED**.

Judges McKeown, Collins, Bress and VanDyke did not participate in the consideration of the petition for rehearing en banc.