UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 05 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KELSEY CASCADIA ROSE JULIANA; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> UNITED STATES OF AMERICA; et al., <br><br> Defendants - Appellants. | No. 18-36082 <br><br> D.C. No. 6:15-cv-01517-AA <br> U.S. District Court for Oregon, Eugene <br><br> **MANDATE** |

The judgment of this Court, entered January 17, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7