JEAN E. WILLIAMS
Acting Assistant Attorney General

SEAN C. DUFFY (NY Bar. No. 4103131)
FRANK J. SINGER (CA Bar. No. 227459)
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M Street NE
Washington, DC 20002
Telephone: (202) 305-0445
Facsimile:  (202) 305-0506
sean.c.duffy@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# EUGENE DIVISION

| | |
|---|---|
| **KELSEY CASCADIA ROSE JULIANA**, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA**, *et al.*,<br>Defendants. | Case No. 6:15-cv-01517-AA<br><br>**FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO EXTEND TIME TO RESPOND TO PROPOSED DEFENDANT-INTERVENORS' MOTION FOR LIMITED INTERVENTION  (ECF No. 489)** |

On June 8, 2021, Proposed Defendant-Intervenors moved to intervene in this case "for the limited purposes of opposing Plaintiffs' motion for leave to amend and file a second amended complaint, (Doc. 462), participating in settlement negotiations, and objecting to any proposed settlement (if necessary)."  Motion for Limited Intervention 1, ECF No. 475.  The Parties' responses to that motion are due June 22, 2021.  ECF No. 485.  Plaintiffs have since moved for an extension of, "at a minimum, an additional 2 weeks (14 days) to submit Plaintiffs'

response in opposition" to the Motion for Limited Intervention.  Pls.' Mot. to Extend, ECF No. 489.

Federal Defendants take no position on Plaintiffs' extension request.


Dated:  June 14, 2021 				JEAN E. WILLIAMS
						Acting Assistant Attorney General
						United States Department of Justice

						*/s/ Sean C. Duffy*
						SEAN C. DUFFY (NY Bar No. 4103131)
						FRANK J. SINGER (CA Bar No. 227459)
						Environment & Natural Resources Division
						Natural Resources Section
						150 M Street NE
						Washington, DC 20002
						Tel:  (202) 305-0445
						Fax:  (202) 305-0506
						E-mail:  sean.c.duffy@usdoj.gov

						*Attorneys for Defendants*