DEREK SCHMIDT
*Attorney General of Kansas*

Brant M. Laue (KS Bar No. 16857)
*Solicitor General*

STATE OF KANSAS
OFFICE OF THE ATTORNEY GENERAL
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612
Telephone: (785) 368-8539
Fax: (785) 296-3131
brant.laue@ag.ks.gov

*Counsel for Proposed Defendant-Intervenor*
*State of Kansas*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| **KELSEY CASCADIA ROSE JULIANA**, *et al.*, <br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES OF AMERICA**, *et al.*, <br> Defendants. | Case No. 6:15-cv-01517-AA <br><br> **PROPOSED DEFENDANT-INTERVENOR STATE OF KANSAS'S MOTION FOR LIMITED INTERVENTION AND MEMORANDUM IN SUPPORT** |

**MOTION**

Pursuant to Local Rule 7-1(a), lead counsel for the other Proposed Defendant-Intervenor States have indicated that they do not oppose this motion. The other parties already have indicated their opposition to the states' motion. Doc. 475.

Pursuant to Federal Rule of Civil Procedure 24, Proposed Defendant-Intervenor the State of Kansas moves this Court for an order allowing it to intervene as defendant in this case as of right, or in the alternative permissibly, for the limited purposes of participating in settlement negotiations; if necessary, objecting to any proposed settlement; and opposing Plaintiffs' motion for leave to amend and file a second amended complaint. Doc. 462.

The same motion (Doc. 475) was filed on June 8, 2021, by a group of states, and it is the intent of this Proposed Defendant-Intervenor to join in that motion and the arguments in support of it, without any further separate filings, briefing, or argument on this motion filed by the State of Kansas.

**MEMORANDUM**

This Proposed Defendant-Intervenor hereby joins in and adopts the arguments made in the "Proposed Defendant-Intervenors' Motion for Limited Intervention and Memorandum in Support" filed in this case on June 8, 2021. Doc. 475. Although the State of Kansas is reassured by the recent statement of the United States that the climate change executive order "did not alter the United States' view that this case is non-justiciable and should be dismissed," Doc. 498 at p. 4, it still wishes to join the other states as an intervenor in this matter.

## CONCLUSION

The State of Kansas respectfully requests that the Court grant its motion to intervene for the limited purposes of participating in settlement negotiations; if necessary, objecting to any proposed settlement; and opposing Plaintiffs' motion for leave to amend and file a second amended complaint.

Respectfully submitted,

Dated: June 23, 2021

DEREK SCHMIDT
*Attorney General of Kansas*

 */s/ Brant M. Laue*
Brant M. Laue (KS Bar No. 16857)
*Solicitor General*

STATE OF KANSAS
OFFICE OF THE ATTORNEY GENERAL
120 SW 10th Ave., 2nd Floor
Topeka, KS 36130
Telephone: (785) 368-8539
Fax: (785) 296-3131
brant.laue@ag.ks.gov

*Counsel for Proposed Defendant-Intervenor
State of Kansas*

Proposed Defendant-Intervenor's Motion for
Limited Intervention and Memo. in Support     2

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 23, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Oregon by using the CM/ECF system, which will send notification of such to the attorneys of record.

                                      */s/ Brant M. Laue*
                                      Counsel for State of Kansas