JEAN E. WILLIAMS
Acting Assistant Attorney General

SEAN C. DUFFY (NY Bar No. 4103131)
FRANK J. SINGER (CA Bar No. 227459)
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M Street NE
Washington, DC 20002
Telephone: (202) 305-0445
Facsimile:  (202) 305-0506
sean.c.duffy@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| **KELSEY CASCADIA ROSE JULIANA**, *et al.*, <br>     Plaintiffs, <br><br> v. <br><br> **UNITED STATES OF AMERICA**, *et al.*, <br>     Defendants. | Case No. 6:15-cv-01517-AA <br><br> **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

Defendants hereby provide notice of supplemental authority of a new opinion in *California, et al. v. Texas, et al.*, Nos. 19-840 and 19-1019, issued by the United States Supreme Court on June 17, 2021.  In that opinion, the Supreme Court reaffirmed that the Declaratory Judgment Act, 28 U.S.C. § 2201, "alone does not provide a court with jurisdiction," or "'permit litigants to . . . obtain constitutional rulings in advance of necessity.'"  Slip. Op. at 8 (quoting *Poe v. Ullman*, 367 U.S. 497, 506 (1961)).  "Instead, just like suits for every other type of remedy, declaratory-judgment actions must satisfy Article III's case-or-controversy requirement."  *Id.*  A copy of the slip opinion is attached.

Dated:  June 24, 2021

JEAN E. WILLIAMS
Acting Assistant Attorney General
United States Department of Justice

*/s/ Sean C. Duffy*
SEAN C. DUFFY (NY Bar No. 4103131)
FRANK J. SINGER (CA Bar No. 227459)
Environment & Natural Resources Division
Natural Resources Section
150 M Street, NE
Washington, DC 20002
Tel:  (202) 305-0445
Fax:  (202) 305-0506
E-mail:  sean.c.duffy@usdoj.gov

*Attorneys for Defendants*