TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

SEAN C. DUFFY (NY Bar No. 4103131)
FRANK J. SINGER (CA Bar No. 227459)
Trial Attorneys
Natural Resources Section
150 M Street NE
Washington, DC 20002
Tel: (202) 305-0445
sean.c.duffy@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **KELSEY CASCADIA ROSE JULIANA**, *et al.*,<br>          Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA**, *et al.*,<br>          Defendants. | Case No. 6:15-cv-01517-AA<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITIES RE: MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT AND TO LIFT THE STAY**<br><br>**(ECF Nos. 528, 529, 530)** |

      Plaintiffs submit *Dobbs v. Jackson Women's Health Org.*, 142 S. Ct. 2228 (2022) (ECF No. 528), *West Virginia v. EPA*, 142 S. Ct. 2587 (2022) (ECF No. 529), and *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2022) (ECF No. 530), as supplemental authorities in support of their Motion for Leave to File a Second Amended Complaint, ECF No. 462. None of these authorities address the issues before the Court on Plaintiffs' motion for leave to amend.

      Defendants opposed Plaintiffs' motion because it is barred by the Ninth Circuit's mandate and because the proposed amendment is futile, as it cannot cure Plaintiffs' lack of

redressability.  Defs.' Br. in Opp'n to Mot. for Leave to file Second Am. Compl., ECF No. 468 (citing *Juliana v. United States*, 947 F.3d 1159, 1170-71 (9th Cir. 2020)).  *Dobbs, West Virginia*, and *Bruen* do not address the rule of mandate or redressability, and thus do not bear on the pending motion.

Dated: October 17, 2022

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Sean C. Duffy*
SEAN C. DUFFY (NY Bar No. 4103131)
FRANK J. SINGER (CA Bar No. 227459)
Natural Resources Section
150 M Street, NE
Washington, DC 20002
Tel: (202) 305-0445 / Fax: (202) 305-0506
sean.c.duffy@usdoj.gov

*Attorneys for Defendants*