D̲erek̲ S̲chmidt̲
Kansas Attorney General

K̲urtis̲ W̲iard̲
  *Assistant Solicitor General*
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
Phone: (785)296-2215
Fax: (785)291-3875
Dwight.carswell@ag.ks.gov

*Attorney for Defendant-Intervenors State of Kansas*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| K̲elsey̲ R̲ose̲ C̲ascadia̲ J̲uliana̲, et al. | Case No. 6:15-CV-01517-TC |
| Plaintiff, | |
| v. | **STATE OF KANSAS** |
| | **NOTICE OF SUBSTITUTION** |
| U̲nited̲ S̲tate̲ of A̲merica̲, et al. | **OF COUNSEL** |
| Defendants, | |

    Pursuant to LR 83-11(d), the undersigned Kurtis Wiard, hereby enters his appearance as counsel in this case for the State of Kansas, substituting for Brant M. Laue, who hereby withdraws as counsel of record. Mr. Wiard's contact information is as follows:

    Kurtis Wiard
      *Assistant Solicitor General*
    120 SW 10th Avenue, 2nd Floor
    Topeka, KS 66612-1597
    Phone: (785)296-2215
    Fax: (785)291-3875
    kurtis.wiard@ag.ks.gov

Counsel is registered with the United State District Court for the District of Oregon for electronic filing using the email address set forth above.

DATED this 5th day of January, 2023.

DEREK SCHMIDT
Kansas Attorney General

 /s/ Kurtis Wiard
KURTIS WIARD
 *Deputy Solicitor General*
 120 SW 10th Avenue, 2nd Floor
 Topeka, KS 66612-1597
 Phone: (785)296-2215
 Fax: (785)291-3875
 Kurtis.wiard@ag.ks.gov

 /s/ Brant M. Laue
 Brant M. Laue

*Attornesy for Defendant-Intervenors State of Kansas*