TREG R. TAYLOR
*Attorney General of Alaska*

Garrison A. Todd (AK Bar No. 2011097)
*Assistant Attorney General*
STATE OF ALASKA
DEPARTMENT OF LAW
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5100
Facsimile: (907) 276-3697
Email:  Garrison.Todd@alaska.gov

*Counsel for Defendant-Intervenor*
*State of Alaska*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| KELSEY CASCADIA ROSE JULIANA, *et al.*, | Case No.: 6:15-cv-01517-AA |
| Plaintiffs, | |
| v. | **STATE OF ALASKA'S NOTICE OF SUBSTITUTION OF COUNSEL** |
| UNITED STATES OF AMERICA, *et al.*, | |
| Defendants. | |

Pursuant to LR 83-11(d), the undersigned Garrison A. Todd, hereby enters

his appearance as counsel in this case for the State of Alaska, substituting for

Nathan Haynes, who hereby withdraws as counsel of record.

Mr. Todd's contact information is as follows:

> Garrison A. Todd
> Assistant Attorney General
> Environmental Section

Alaska Department of Law
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
Phone: (907) 269-5539
Email: Garrison.Todd@alaska.gov

Counsel is registered with the United State District Court for the District of

Oregon for electronic filing using the email address set forth above.


DATED: January 5, 2023.

TREG R. TAYLOR
*Attorney General of Alaska*


By:     /s/Garrison A. Todd
        Garrison A. Todd (AK Bar No. 2011097)
        *Assistant Attorney General*

        STATE OF ALASKA
        DEPARTMENT OF LAW
        1031 West Fourth Avenue, Suite 200
        Anchorage, AK 99501
        Phone: (907) 269-5100
        Facsimile: (907) 276-3697
        Email: Garrison.Todd@alaska.gov

        *Counsel for Defendant-Intervenor*
        *State of Alaska*

## STATEMENT OF CONSENT

Pursuant to LR 83-11(d), I hereby consent to my withdrawal in this matter and to the substitution of Garrison A. Todd as counsel of record.

/s/ *Nathan Haynes*
Nathaniel Haynes
(AK Bar No. 1906061)

## CERTIFICATE OF SERVICE

I hereby certify that on **January 5, 2023**, I electronically filed the foregoing with

the Clerk of the Court for the United States District Court for the District of Oregon by

using the CM/ECF system, which will send notification of such to the attorneys of record.


*/s/ Leilani J. Tufaga*
Leilani J. Tufaga
Law Office Assistant III