STEVE MARSHALL
*Attorney General of Alabama*

Thomas A. Wilson (AL Bar No. 1494-D25C)
*Deputy Solicitor General*

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Ave.
Montgomery, AL 36130
Telephone: (334) 242-7300
Fax: (334) 353-8400

Thomas.Wilson@AlabamaAG.gov
*Counsel for Defendant-Intervenor State of Alabama*

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# EUGENE DIVISION

| | |
|---|---|
| **KELSEY CASCADIA ROSE JULIANA,** *et al.,* | Case No. 6:15-cv-01517-AA |
| Plaintiffs, | |
| *v.* | |
| **UNITED STATES OF AMERICA,** *et AL.,* Defendants. | **MOTION FOR LEAVE TO WITHDRAW** |

## <u>MOTION FOR LEAVE TO WITHDRAW</u>

COMES NOW the undersigned, Thomas A. Wilson, and files this Motion for Leave to Withdraw as counsel of record for Defendant-Intervenor State of Alabama.  As grounds for said Motion, undersigned states that effective March 24, 2023, he will no longer be working for the State of Alabama.  The State of Alabama will continue to be represented by Edmund G. LaCour Jr., and no party will be prejudiced by this withdrawal.

Motion for Leave to Withdraw

Respectfully submitted,

STEVE MARSHALL
Attorney General


/s/ Thomas A. Wilson
THOMAS A. WILSON
*Deputy Solicitor General*

**Counsel for Defendant-Intervenor
State of Alabama**


OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL 36130
Phone:  334.242.7300
Fax:  334.353.8400
Thomas.wilson@AlabamaAG.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Thomas A. Wilson
THOMAS A. WILSON
*Deputy Solicitor General*

Motion for Leave to Withdraw