GENTNER F. DRUMMOND
*Attorney General of Oklahoma*

Garry M. Gaskins, II (Okla. Bar No. 20212)
*Solicitor General*

STATE OF OKLAHOMA
OFFICE OF THE ATTORNEY GENERAL

313 NE 21st Street
Oklahoma City, OK 73105
Telephone: (405) 521-3921
Fax: (405) 521-4518
Garry.Gaskins@oag.ok.gov

*Counsel for Defendant-Intervenor*
*State of Oklahoma*

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# EUGENE DIVISION

| | |
|---|---|
| **KELSEY CASCADIA ROSE JULIANA**, *et al.*,<br>    Plaintiffs,<br><br>        v.<br><br>**UNITED STATES OF AMERICA**, *et al.*,<br>    Defendants. | Case No. 6:15-cv-01517-AA<br><br>**NOTICE OF LIMITED APPEARANCE** |

**NOTICE OF LIMITED APPEARANCE**

Notice of Limited Appearance

The State of Oklahoma has moved to intervene as a defendant in this case for the limited purposes of opposing Plaintiffs' Second Amended Complaint (*See* Doc. 542), participating in settlement negotiations, and objecting to any proposed settlement (if necessary). Defendant-Intervenor State of Oklahoma hereby gives notice of the special, limited appearance of Garry M. Gaskins, II as an attorney for the State of Oklahoma for those limited purposes. Defendant - Intervenor State of Oklahoma will no longer be represented by Bryan Cleveland, as he is no longer employed by the Oklahoma Attorney General's Office. Mr. Gaskins has registered to use the Court's Electronic Case Filing System (ECF), and pleadings may thus be served electronically using ECF. If necessary, notices, orders, or other papers may be sent to Mr. Gaskins at the following address:

> Garry M. Gaskins, II
> Office of the Attorney General
> 313 NE 21st Street
> Oklahoma City, OK 73105
>
> Telephone: (405) 521-3921
> Email: Garry.Gaskins@oag.ok.gov

Respectfully submitted this 27th day of September 2023.

> /s/ Garry M. Gaskins, II
> Garry M. Gaskins, II (Okla. Bar No. 20212)
> *Deputy Solicitor General*
>
> STATE OF OKLAHOMA
> OFFICE OF THE ATTORNEY GENERAL
> 313 NE 21st Street
> Oklahoma City, OK 73105
> Telephone: (405) 521-3921
> Fax: (405) 521-4518
> Garry.Gaskins@oag.ok.gov
>
> *Counsel for Defendant-Intervenor*
> *State of Oklahoma*

Notice of Limited Appearance

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 27, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Oregon by using the CM/ECF system, which will send notification of such to the attorneys of record.

                         */s/ Garry M. Gaskins, II*
                         Garry M. Gaskins, II
                         Counsel for State of Oklahoma