TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

GUILLERMO A. MONTERO
Assistant Section Chief
SEAN C. DUFFY (NY Bar No. 4103131)
FRANK J. SINGER (CA Bar No. 227459)
Trial Attorneys
Natural Resources Section
150 M Street NE
Washington, DC 20002
(202) 305-0445
sean.c.duffy@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| KELSEY CASCADIA ROSE JULIANA, *et al.*, | Case No. 6:15-cv-01517-AA |
| Plaintiffs, | **NOTICE OF FILING PETITION FOR WRIT OF MANDAMUS AND MOTION FOR STAY OF PROCEEDINGS** |
| v. | |
| UNITED STATES OF AMERICA, *et al.*, | |
| Defendants. | |

Defendants, by and through undersigned counsel, hereby give notice of the filing in the United States Court of Appeals for the Ninth Circuit of a Petition for a Writ of Mandamus and Motion for a Stay of Proceedings. A copy of the Petition is filed herewith as an exhibit to this Notice.

Dated: February 2, 2024

Respectfully submitted,

TODD KIM
Acting Assistant Attorney General
Environment & Natural Resources Division

*/s/ Sean C. Duffy*
GUILLERMO A. MONTERO
SEAN C. DUFFY (NY Bar No. 4103131)
FRANK J. SINGER (CA Bar No. 227459)

Natural Resources Section
150 M Street NE
Washington, DC 20002
Telephone: (202) 305-0445
Facsimile: (202) 305-0506
sean.c.duffy@usdoj.gov

*Attorneys for Defendants*