**FILED**

**FEB 29 2024**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: UNITED STATES OF AMERICA, et al. <br><br> _____ <br><br> UNITED STATES OF AMERICA; et al., <br><br>      Petitioners, <br>  v. <br><br> UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON, EUGENE, <br><br>      Respondent, <br><br> KELSEY CASCADIA ROSE JULIANA; et al., <br><br>      Real Parties in Interest. | No. 24-684 <br><br> D.C. No. 6:15-cv-1517 <br> District of Oregon, Portland <br><br> ORDER |

Before: CLIFTON, CALLAHAN, and H.A. THOMAS, Circuit Judges.

This petition for a writ of mandamus raises issues that warrant an answer. *See* Fed. R. App. P. 21(b). Accordingly, within 21 days, the real parties in interest must file an answer.

The district court may also address the petition if it so desires. If the district court elects to address the petition, it may file an answer with this court or issue a supplemental order and serve a copy on this court.

Petitioners may file a reply within 7 days after service of the answer(s).

Petitioners' motion for a stay, included with the mandamus petition, is denied without prejudice to renewal following the district court's adjudication of the stay motion filed in that court. *See* Fed. R. App. P. 8. Real parties in interest's motion to strike the stay motion (Docket Entry No. 7) is denied.

The parties' motions to accept oversized filings (Docket Entry Nos. 5 and 8) are granted.

Petitioners' motion to amend the caption to remove government officials who no longer serve in office (Docket Entry No. 6) is granted. The Clerk will remove as parties to this petition Ashton Carter, Shaun Donovan, Anthony Foxx, Christy Goldfuss, John Holdren, John Kerry, Sally Jewell, Gina McCarthy, Ernest Moniz, Penny Pritzker, Barack Obama, and Donald J. Trump.

The mandamus petition is referred to the next available motions panel.

The Clerk will serve a copy of this order on the district court and District Judge Ann L. Aiken.