IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**KELSEY CASCADIA ROSE JULIANA,** *et al.,*

    Plaintiffs,

v.

**UNITED STATES OF AMERICA,** *et al.*,

    Defendants.

Civ. No. 6:15-cv-01517-AA

**ORDER**

AIKEN, District Judge:

The United States Court of Appeals for the Ninth Circuit has instructed this Court to dismiss this case for lack of Article III standing. *United States of America, et al. v. United States District Court for the District of Oregon, Eugene, et al.*, Case No. 24-684, Doc. 24. Therefore, this case is DISMISSED. Judgment shall be entered accordingly.

It is so ORDERED and DATED this 1st day of May 2024.

      /s/Ann Aiken

    Ann Aiken
    United States District Judge

Page 1 of 1 – ORDER