# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| **KELSEY CASCADIA ROSE JULIANA,** *et al.,* | Civ. No. 6:15-cv-01517-AA |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| **UNITED STATES OF AMERICA,** *et al.*, | |
| Defendants. | |

AIKEN, District Judge:

For the reasons set forth in the Court's accompanying Order, this case is DISMISSED.

It is so ORDERED and DATED this 1st day of May 2024.

    /s/Ann Aiken

Ann Aiken
United States District Judge

Page 1 of 1 – JUDGMENT