# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

December 12, 2024

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

      Re:  Kelsey Cascadia Rose Juliana, et al.
             v. United States, et al.
             No. 24-645
             (Your No. 24-684)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 9, 2024 and placed on the docket December 12, 2024 as No. 24-645.

Sincerely,

**Scott S. Harris**, Clerk

by

Katie Heidrick
Case Analyst